

**United States**
**Environmental Protection Agency**

EPA Document #740R18008
November 2020
Office of Chemical Safety and
Pollution Prevention

# Risk Evaluation for
# Trichloroethylene

## CASRN: 79-01-6

*November 2020*

**Trial Exhibit**

**104**

**Food & Water v. EPA**
**3:17-cv-02162-EMC**

# TABLE OF CONTENTS

ACKNOWLEDGEMENTS ................................................................................................................25

ABBREVIATIONS ........................................................................................................................26

EXECUTIVE SUMMARY .............................................................................................................30

1  INTRODUCTION .....................................................................................................................44

  1.1  Physical and Chemical Properties ...............................................................................45
  1.2  Uses and Production Volume .......................................................................................46
    1.2.1  Data and Information Sources .................................................................................. 46
    1.2.2  Domestic Manufacture of Trichloroethylene ......................................................... 47
  1.3  Regulatory and Assessment History ...........................................................................50
  1.4  Scope of the Evaluation ...............................................................................................52
    1.4.1  Conditions of Use Included in the Risk Evaluation................................................ 52
    1.4.2  Exposure Pathways and Risks Addressed by Other EPA-Administered Statutes ... 62
    1.4.3  Conceptual Models ................................................................................................. 69
  1.5  Systematic Review .......................................................................................................73
    1.5.1  Data and Information Collection ............................................................................. 73
    1.5.2  Data Evaluation ....................................................................................................... 79
    1.5.3  Data Integration ...................................................................................................... 80

2  EXPOSURES .............................................................................................................................81

  2.1  Fate and Transport .......................................................................................................81
    2.1.1  Fate and Transport Approach and Methodology .................................................... 82
    2.1.2  Summary of Fate and Transport ............................................................................. 82
    2.1.3  Assumptions and Key Sources of Uncertainty for Fate and Transport .................. 85
  2.2  Environmental Exposures .............................................................................................87
    2.2.1  Environmental Exposures Overview ....................................................................... 87
    2.2.2  Environmental Releases to Water ........................................................................... 87
      2.2.2.1  Results for Daily Release Estimate ................................................................... 88
      2.2.2.2  Approach and Methodology .............................................................................. 89
        2.2.2.2.1  Water Release Estimates .............................................................................. 89
        2.2.2.2.2  Estimates of Number of Facilities ............................................................... 90
        2.2.2.2.3  Estimates of Release Days ........................................................................... 92
      2.2.2.3  Assumptions and Key Sources of Uncertainty for Environmental Releases ..... 92
        2.2.2.3.1  Summary of Overall Confidence in Release Estimates ................................ 93
    2.2.3  Aquatic Exposure Modeling Approach ................................................................... 100
      2.2.3.1  E-FAST 2014 Equations and Inputs ................................................................. 100
    2.2.4  Surface Water Monitoring Data Gathering Approach ............................................. 103
      2.2.4.1  Systematic Review of Surface Water Monitoring Data ..................................... 103
      2.2.4.2  Surface Water Monitoring Data from WQX/WQP ........................................... 104
    2.2.5  Geospatial Analysis Approach ................................................................................ 104
    2.2.6  Environmental Exposure Results ............................................................................ 105
      2.2.6.1  Terrestrial Environmental Exposures ............................................................... 105
      2.2.6.2  Aquatic Environmental Exposures .................................................................... 105
        2.2.6.2.1  Predicted Surface Water Concentrations: E-FAST 2014 Modeling ............. 105
        2.2.6.2.2  Measured Surface Water Concentrations ..................................................... 108

45   2.2.6.2.3   Geospatial Analysis Comparing Predicted and Measured Surface Water
46                Concentrations ............................................................................................. 110
47   2.2.6.3   Assumptions and Key Sources of Uncertainty for Environmental Exposures ............ 116
48   2.2.6.4   Confidence in Aquatic Exposure Scenarios ..................................................... 118
49   2.3   Human Exposures ....................................................................................................... 119
50   2.3.1   Occupational Exposures ...................................................................................... 119
51      2.3.1.1   Results for Occupational Assessment ........................................................... 120
52      2.3.1.2   Approach and Methodology .......................................................................... 128
53         2.3.1.2.1   General ................................................................................................. 128
54         2.3.1.2.2   Inhalation Exposure Monitoring Data .................................................... 129
55         2.3.1.2.3   Inhalation Exposure Modeling ............................................................... 129
56         2.3.1.2.4   Acute and Chronic Inhalation Exposure Estimates ................................. 131
57         2.3.1.2.5   Dermal Exposure Modeling ................................................................... 135
58         2.3.1.2.6   Consideration of Engineering Controls and Personal Protective Equipment ....... 139
59         2.3.1.2.7   Number of Workers and Occupational Non-Users Exposed ..................... 141
60      2.3.1.3   Assumptions and Key Sources of Uncertainty for Occupational Exposures ............... 145
61         2.3.1.3.1   Number of Workers ............................................................................... 145
62         2.3.1.3.2   Analysis of Exposure Monitoring Data ................................................... 146
63         2.3.1.3.3   Near-Field/Far-Field Model Framework ................................................. 147
64         2.3.1.3.4   Modeled Dermal Exposures ................................................................... 148
65         2.3.1.3.5   Summary of Overall Confidence in Inhalation Exposure Estimates .......... 149
66   2.3.2   Consumer Exposures ........................................................................................... 155
67      2.3.2.1   Consumer Conditions of Use Evaluated ........................................................ 155
68      2.3.2.2   Consumer Exposure Routes Evaluated .......................................................... 157
69         2.3.2.2.1   Inhalation ............................................................................................ 157
70         2.3.2.2.2   Dermal ................................................................................................ 157
71      2.3.2.3   Consumer Exposures Approach and Methodology .......................................... 158
72         2.3.2.3.1   Modeling Approach ............................................................................... 158
73      2.3.2.4   Consumer Exposure Scenarios and Modeling Inputs ....................................... 161
74         2.3.2.4.1   Consumer Exposure Model Inputs ......................................................... 162
75      2.3.2.5   Consumer Exposure Results ........................................................................ 171
76         2.3.2.5.1   Characterization of Exposure Results ..................................................... 171
77         2.3.2.5.2   Consumer Exposure Estimates ............................................................... 172
78         2.3.2.5.3   Summary of Consumer Exposure Assessment .......................................... 200
79      2.3.2.6   Assumptions and Key Sources of Uncertainty for Consumer Exposures ............... 201
80         2.3.2.6.1   Modeling Approach Uncertainties .......................................................... 202
81         2.3.2.6.2   Data Uncertainties ............................................................................... 203
82      2.3.2.7   Confidence in Consumer Exposure Scenarios ................................................ 205
83   2.3.3   Potentially Exposed or Susceptible Subpopulations ............................................... 210

84   3   HAZARDS ....................................................................................................................... 213

85   3.1   Environmental Hazards ............................................................................................... 213
86   3.1.1   Approach and Methodology ................................................................................ 213
87   3.1.2   Hazard Identification .......................................................................................... 213
88   3.1.3   Species Sensitivity Distributions (SSDs) .............................................................. 218
89   3.1.4   Weight of the Scientific Evidence ........................................................................ 221
90   3.1.5   Concentrations of Concern .................................................................................. 222
91   3.1.6   Summary of Environmental Hazard ...................................................................... 224

| | | |
|---|---|---|
| 92 | 3.1.7 Assumptions and Key Uncertainties for Environmental Hazard Data | 224 |
| 93 | 3.2 Human Health Hazards | 226 |
| 94 | 3.2.1 Approach and Methodology | 226 |
| 95 | 3.2.2 Toxicokinetics | 228 |
| 96 | 3.2.2.1 Absorption | 228 |
| 97 | 3.2.2.2 Distribution | 229 |
| 98 | 3.2.2.3 Metabolism | 229 |
| 99 | 3.2.2.4 Elimination | 231 |
| 100 | 3.2.2.5 Physiologically-Based Pharmacokinetic (PBPK) Modeling Approach | 231 |
| 101 | 3.2.3 Hazard Identification | 235 |
| 102 | 3.2.3.1 Non-Cancer Hazards | 235 |
| 103 | 3.2.3.1.1 Liver toxicity | 235 |
| 104 | 3.2.3.1.2 Kidney toxicity | 236 |
| 105 | 3.2.3.1.3 Neurotoxicity | 237 |
| 106 | 3.2.3.1.4 Immunotoxicity | 238 |
| 107 | 3.2.3.1.5 Reproductive toxicity | 239 |
| 108 | 3.2.3.1.6 Developmental Toxicity | 240 |
| 109 | 3.2.3.1.7 Overt Toxicity Following Acute/Short Term Exposure | 243 |
| 110 | 3.2.3.2 Genotoxicity and Cancer Hazards | 244 |
| 111 | 3.2.3.2.1 Genotoxicity | 244 |
| 112 | 3.2.3.2.2 Kidney cancer | 244 |
| 113 | 3.2.3.2.3 Liver cancer | 244 |
| 114 | 3.2.3.2.4 Cancer of the immune system | 245 |
| 115 | 3.2.3.2.5 Other cancers | 245 |
| 116 | 3.2.4 Weight of Scientific Evidence | 246 |
| 117 | 3.2.4.1 Non-Cancer Hazards | 246 |
| 118 | 3.2.4.1.1 Liver toxicity | 246 |
| 119 | 3.2.4.1.2 Kidney toxicity | 246 |
| 120 | 3.2.4.1.3 Neurotoxicity | 246 |
| 121 | 3.2.4.1.4 Immunotoxicity | 246 |
| 122 | 3.2.4.1.5 Reproductive toxicity | 247 |
| 123 | 3.2.4.1.6 Developmental Toxicity | 247 |
| 124 | 3.2.4.1.7 Overt Toxicity Following Acute/Short Term Exposure | 250 |
| 125 | 3.2.4.2 Cancer Hazards | 250 |
| 126 | 3.2.4.2.1 Meta-Analysis Results | 251 |
| 127 | 3.2.4.2.2 Mode of Action | 252 |
| 128 | 3.2.5 Dose-Response Assessment | 254 |
| 129 | 3.2.5.1 Selection of Studies for Dose-Response Assessment | 254 |
| 130 | 3.2.5.1.1 Liver toxicity | 255 |
| 131 | 3.2.5.1.2 Kidney toxicity | 256 |
| 132 | 3.2.5.1.3 Neurotoxicity | 256 |
| 133 | 3.2.5.1.4 Immunotoxicity | 256 |
| 134 | 3.2.5.1.5 Reproductive toxicity | 256 |
| 135 | 3.2.5.1.6 Developmental toxicity | 257 |
| 136 | 3.2.5.1.7 Cancer | 258 |
| 137 | 3.2.5.2 Potentially Exposed and Susceptible Subpopulations (PESS) | 259 |
| 138 | 3.2.5.3 Derivation of Points of Departure (PODs) | 260 |
| 139 | 3.2.5.3.1 Non-Cancer PODs for Acute Exposure | 261 |

140        3.2.5.3.2  Non-Cancer PODs for Chronic Exposures ........................................ 265
141        3.2.5.3.3  Cancer POD for Lifetime Exposures ............................................... 275
142     3.2.5.4  Selected PODs for Human Health Hazard Domains ............................. 277
143        3.2.5.4.1  Best Overall Non-Cancer Endpoints for Risk Conclusions.................. 280
144    3.2.6  Assumptions and Key Sources of Uncertainty for Human Health Hazard ........ 282
145     3.2.6.1  Confidence in Hazard Identification and Weight of Evidence........................ 282
146        3.2.6.1.1  Uncertainties in Dose-Response Analysis for Select Endpoints ......... 282
147     3.2.6.2  Derivation of PODs, UFs, and PBPK Results ........................................ 283
148     3.2.6.3  Cancer Dose Response .......................................................................... 284
149     3.2.6.4  Confidence in Human Health Hazard Data Integration and Best Overall Endpoints ... 285

150  **4    RISK CHARACTERIZATION** .............................................................................**287**

151   4.1   Environmental Risks ...............................................................................................287
152    4.1.1  Risk Estimation Approach ........................................................................ 287
153    4.1.2  Risk Estimation for Aquatic Organisms .................................................. 288
154    4.1.3  Risk Estimation for Sediment-dwelling Organisms ................................ 297
155    4.1.4  Risk Estimation for Terrestrial Organisms ............................................. 300
156   4.2   Human Health Risks ..............................................................................................301
157    4.2.1  Risk Estimation Approach ........................................................................ 301
158     4.2.1.1  Points of Departure Used in Risk Estimation .................................... 304
159    4.2.2  Risk Estimation for Occupational Exposures by Exposure Scenario ................ 305
160    4.2.3  Risk Estimation for Consumer Exposures by Exposure Scenario........................ 348
161   4.3   Assumptions and Key Sources of Uncertainty for Risk Characterization .................374
162    4.3.1  Environmental Risk Characterization ...................................................... 374
163    4.3.2  Human Health Risk Characterization ....................................................... 375
164     4.3.2.1  Occupational Exposure Considerations ............................................. 375
165     4.3.2.2  Consumer/Bystander Exposure Considerations ................................ 376
166     4.3.2.3  Dermal Absorption Considerations .................................................... 377
167     4.3.2.4  Confidence in Risk Estimates ........................................................... 377
168   4.4   Other Risk Related Considerations ........................................................................380
169    4.4.1  Potentially Exposed or Susceptible Populations ..................................... 380
170    4.4.2  Aggregate and Sentinel Exposures ........................................................... 381
171   4.5   Risk Conclusions ...................................................................................................383
172    4.5.1  Environmental Risk Conclusions ............................................................. 383
173    4.5.2  Human Health Risk Conclusions ............................................................. 387
174     4.5.2.1  Summary of Risk Estimates for Workers and ONUs........................... 387
175     4.5.2.2  Summary of Risk Estimates for Consumers and Bystanders ................ 402

176  **5    UNREASONABLE RISK DETERMINATION** ....................................................**407**

177   5.1   Overview ...............................................................................................................407
178    5.1.1  Human Health ........................................................................................... 407
179     5.1.1.1  Non-Cancer Risks Estimates ............................................................. 408
180     5.1.1.2  Cancer Risks Estimates ..................................................................... 408
181     5.1.1.3  Determining Unreasonable Risk of Injury to Health.......................... 409
182    5.1.2  Environment .............................................................................................. 410
183     5.1.2.1  Determining Unreasonable Risk of Injury to the Environment................. 410
184   5.2   Detailed Unreasonable Risk Determination by Condition of Use .............................411
185    5.2.1  Human Health ........................................................................................... 415

186   5.2.1.1   Manufacture – Domestic manufacture (Domestic manufacture) ................................. 415
187   5.2.1.2   Manufacture – Import (Import) ................................................................................. 416
188   5.2.1.3   Processing – Processing as a reactant/intermediate – Intermediate in industrial gas
189             manufacturing (*e.g.,* manufacture of fluorinated gases used as refrigerants, foam blowing
190             agents and solvents) (Processing as a reactant/intermediate) .................................. 417
191   5.2.1.4   Processing – Incorporation into formulation, mixture or reaction product – Solvents (for
192             cleaning or degreasing); adhesives and sealant chemicals; solvents (which become part
193             of product formulation or mixture) (*e.g.,* lubricants and greases, paints and coatings,
194             other uses) (Processing into a formulation, mixture, or reaction product) ................... 418
195   5.2.1.5   Processing – Incorporation into articles – Solvents (becomes an integral component of
196             articles) (Processing into articles) ........................................................................ 419
197   5.2.1.6   Processing – Repackaging – Solvents (for cleaning or degreasing) (Repackaging) ..... 420
198   5.2.1.7   Processing – Recycling – Recycling (Recycling) ...................................................... 420
199   5.2.1.8   Distribution in Commerce– Distribution (Distribution in commerce) ........................ 421
200   5.2.1.9   Industrial/Commercial Use – Solvent (for cleaning or degreasing) – Batch vapor
201             degreaser (open-top) (Solvent for open-top batch vapor degreasing) ....................... 422
202   5.2.1.10  Industrial/Commercial Use – Solvent (for cleaning or degreasing) – Batch vapor
203             degreaser (closed-loop) (Solvent for closed-loop batch vapor degreasing) ................ 423
204   5.2.1.11  Industrial/Commercial Use – Solvent (for cleaning or degreasing) – In-line vapor
205             degreaser (conveyorized) (Solvent for in-line conveyorized vapor degreasing)........... 424
206   5.2.1.12  Industrial/Commercial Use – Solvent (for cleaning or degreasing) – In-line vapor
207             degreaser (web cleaner) (Solvent for in-line web cleaner vapor degreasing) ............... 425
208   5.2.1.13  Industrial/Commercial Use – Solvent (for cleaning or degreasing) – Cold cleaners
209             (Solvent for cold cleaning) .................................................................................... 426
210   5.2.1.14  Industrial/Commercial Use – Solvent (for cleaning or degreasing) – Aerosol spray
211             degreaser/cleaner; mold release (Solvent for aerosol spray degreaser/cleaner and mold
212             release)................................................................................................................. 427
213   5.2.1.15  Industrial/Commercial Use – Lubricants and greases/lubricants and lubricant additives –
214             Tap and die fluid (Tap and die fluid)...................................................................... 428
215   5.2.1.16  Industrial/Commercial Use – Lubricants and greases/lubricants and lubricant additives –
216             Penetrating lubricant (Penetrating lubricant).......................................................... 428
217   5.2.1.17  Industrial/Commercial Use – Adhesives and sealants – Solvent-based adhesives and
218             sealants; tire repair cement/sealer; mirror edge sealant (Adhesives and sealants)........ 429
219   5.2.1.18  Industrial/Commercial Use – Functional fluids (closed systems) – Heat exchange fluid
220             (Functional fluids) ............................................................................................... 430
221   5.2.1.19  Industrial/Commercial Use – Paints and coatings – Diluent in solvent-based paints and
222             coatings (Paints and coatings diluent) .................................................................... 431
223   5.2.1.20  Industrial/Commercial Use – Cleaning and furniture care products – Carpet cleaner;
224             wipe cleaning (Carpet cleaner and wipe cleaning).................................................. 432
225   5.2.1.21  Industrial/Commercial Use – Laundry and dishwashing products – Spot remover (Spot
226             remover) .............................................................................................................. 433
227   5.2.1.22  Industrial/Commercial Use – Arts, crafts and hobby materials – Fixatives and finishing
228             spray coatings (Fixatives and finishing spray coatings)............................................ 434
229   5.2.1.23  Industrial/Commercial Use – Corrosion inhibitors and anti-scaling agents (Corrosion
230             inhibitors and anti-scaling agents).......................................................................... 434
231   5.2.1.24  Industrial/Commercial Use – Processing aids – Process solvent used in battery
232             manufacture; process solvent used in polymer fiber spinning, fluoroelastomer

233 manufacture, and Alcantara manufacture; extraction solvent used in caprolactam
234 manufacture; precipitant used in beta-cyclodextrin manufacture (Processing aids) ..... 435
235 5.2.1.25 Industrial/Commercial Use – Ink, toner, and colorant products – Toner aid (Toner aid)
236 436
237 5.2.1.26 Industrial/Commercial Use – Automotive care products – Brake and parts cleaners
238 (Brake and parts cleaners) ................................................................................................. 437
239 5.2.1.27 Industrial/Commercial Use – Apparel and footwear care products – Shoe polish (Shoe
240 polish) ................................................................................................................................... 438
241 5.2.1.28 Industrial/Commercial Use – Hoof polishes; gun scrubber; pepper spray; other
242 miscellaneous industrial and commercial uses (Other industrial and commercial uses)
243 439
244 5.2.1.29 Consumer Use – Solvents (for cleaning or degreasing) – Brake and parts cleaner
245 (Solvent in brake and parts cleaner) ................................................................................... 440
246 5.2.1.30 Consumer Use – Solvents (for cleaning or degreasing) – Aerosol electronic
247 degreaser/cleaner (Solvent in aerosol electronic degreaser/cleaner) ............................... 440
248 5.2.1.31 Consumer Use – Solvents (for cleaning or degreasing) – Liquid electronic
249 degreaser/cleaner (Solvent in liquid electronic degreaser/cleaner) .................................. 441
250 5.2.1.32 Consumer Use – Solvents (for cleaning or degreasing) – Aerosol spray degreaser/cleaner
251 (Solvent in aerosol spray degreaser/cleaner) ..................................................................... 442
252 5.2.1.33 Consumer Use – Solvents (for cleaning or degreasing) – Liquid degreaser/cleaner
253 (Solvent in liquid degreaser/cleaner) ................................................................................. 443
254 5.2.1.34 Consumer Use – Solvents (for cleaning or degreasing) – Aerosol gun scrubber (Solvent
255 in aerosol gun scrubber) ..................................................................................................... 443
256 5.2.1.35 Consumer Use – Solvents (for cleaning or degreasing) – Liquid gun scrubber (Solvent in
257 liquid gun scrubber) ............................................................................................................ 444
258 5.2.1.36 Consumer Use – Solvents (for cleaning or degreasing) – Mold release (Solvent in mold
259 release) ................................................................................................................................. 445
260 5.2.1.37 Consumer Use – Solvents (for cleaning or degreasing) – Aerosol tire cleaner (Solvent in
261 aerosol tire cleaner) ............................................................................................................ 446
262 5.2.1.38 Consumer Use – Solvents (for cleaning or degreasing) – Liquid tire cleaner (Solvent in
263 liquid tire cleaner) ............................................................................................................... 446
264 5.2.1.39 Consumer Use – Lubricants and greases – Tap and die fluid (Tap and die fluid) ........ 447
265 5.2.1.40 Consumer Use – Lubricants and greases – Penetrating lubricant (Penetrating lubricant)
266 448
267 5.2.1.41 Consumer Use – Adhesives and sealants – Solvent-based adhesives and sealants
268 (Solvent-based adhesives and sealants) .............................................................................. 449
269 5.2.1.42 Consumer Use – Adhesives and sealants – Mirror edge sealant (Mirror edge sealant) 449
270 5.2.1.43 Consumer Use – Adhesives and sealants – Tire repair cement/sealer (Tire repair
271 cement/sealer) ..................................................................................................................... 450
272 5.2.1.44 Consumer Use – Cleaning and furniture care products – Carpet cleaner (Carpet cleaner)
273 451
274 5.2.1.45 Consumer Use – Cleaning and furniture care products – Aerosol spot remover (Aerosol
275 spot remover) ...................................................................................................................... 452
276 5.2.1.46 Consumer Use – Cleaning and furniture care products – Liquid spot remover (Liquid
277 spot remover) ...................................................................................................................... 452
278 5.2.1.47 Consumer Use – Arts, crafts, and hobby materials – Fixatives and finishing spray
279 coatings (Fixatives and finishing spray coatings) .............................................................. 453
280 5.2.1.48 Consumer Use – Apparel and footwear care products – Shoe polish (Shoe polish) ..... 454

| | | | |
|---|---|---|---|
| 281 | 5.2.1.49 Consumer Use – Other consumer uses – Fabric spray (Fabric spray) | | 455 |
| 282 | 5.2.1.50 Consumer Use – Other consumer uses – Film cleaner (Film cleaner) | | 455 |
| 283 | 5.2.1.51 Consumer Use – Other consumer uses – Hoof polish (hoof polish) | | 456 |
| 284 | 5.2.1.52 Consumer Use – Other consumer uses – Pepper spray (Pepper spray) | | 457 |
| 285 | 5.2.1.53 Consumer Use – Other consumer uses – Toner aid (Toner aid) | | 457 |
| 286 | 5.2.1.54 Disposal – Disposal – Industrial pre-treatment; Industrial wastewater treatment; Publicly | | |
| 287 | owned treatment works (POTW) (Disposal) | | 458 |
| 288 | 5.2.2   Environment | | 459 |
| 289 | 5.3   Unreasonable Risk Determination Conclusion | | 460 |
| 290 | 5.3.1   No Unreasonable Risk Determinations | | 460 |
| 291 | 5.3.2   Unreasonable Risk Determinations | | 461 |
| | | | |
| 292 | **REFERENCES** | | **463** |
| | | | |
| 293 | **APPENDICES** | | **490** |
| | | | |
| 294 | **Appendix A      REGULATORY HISTORY** | | **490** |
| | | | |
| 295 | A.1   Federal Laws and Regulations | | 490 |
| 296 | A.2   State Laws and Regulations | | 497 |
| 297 | A.3   International Laws and Regulations | | 498 |
| | | | |
| 298 | **Appendix B      LIST OF SUPPLEMENTAL DOCUMENTS** | | **500** |
| | | | |
| 299 | **Appendix C      ENVIRONMENTAL EXPOSURES** | | **503** |
| | | | |
| 300 | **Appendix D      CONSUMER EXPOSURES** | | **556** |
| | | | |
| 301 | D.1   Consumer Inhalation Exposure | | 556 |
| 302 | D.2   Consumer Dermal Exposure | | 557 |
| 303 | D.3   Model Sensitivity | | 559 |
| 304 | D.3.1   Continuous Variables | | 560 |
| 305 | D.3.2   Categorical Variables | | 562 |
| 306 | D.4   Monitoring Data | | 562 |
| 307 | D.4.1   Indoor Air Monitoring | | 562 |
| 308 | D.4.2   Personal breathing Zone Monitoring Data | | 564 |
| | | | |
| 309 | **Appendix E      ENVIRONMENTAL HAZARDS** | | **566** |
| | | | |
| 310 | E.1   Species Sensitivity Distribution (SSD) Methodology | | 566 |
| 311 | E.2   Environmental Risk Quotients (RQs) for Facilities Releasing TCE to Surface Water as | | |
| 312 | Modeled in E-FAST | | 581 |
| | | | |
| 313 | **Appendix F      WEIGHT OF SCIENTIFIC EVIDENCE FOR CONGENITAL HEART** | | |
| 314 | **DEFECTS** | | **628** |
| | | | |
| 315 | F.1   Background | | 628 |
| 316 | F.1.1   (Johnson et al., 2003) and (Dawson et al., 1993) | | 628 |
| 317 | F.1.2   Updates to the original publications | | 628 |
| 318 | F.2   EPA Review of the Charles River (2019) Study | | 629 |
| 319 | F.2.1   Study Methodology and Results | | 629 |
| 320 | F.2.2   EPA Review | | 631 |
| 321 | F.2.2.1   Comparing Results Between Charles River and Johnson Studies | | 631 |
| 322 | F.2.2.2   Differences in Types of Malformations Observed | | 632 |
| 323 | F.2.2.3   Methodology Differences | | 639 |

324      F.2.2.4   Adversity of Small VSDs ...................................................641
325      F.2.2.5   Conclusions ...................................................................642
326   F.3   WOE Analysis for Congenital Cardiac Defects ..............................643
327    F.3.1   Methodology ......................................................................643
328    F.3.2   WOE Results By Study Type ..............................................646
329    F.3.3   Mode of Action Discussion ................................................654

330   **Appendix G**    **CONSIDERATIONS FOR BMD MODELING AND APPLICATION OF**
331                        **UNCERTAINTY FACTORS** ........................................ **656**

332   G.1   Selecting the BMD model to use for POD computation .....................656
333   G.2   Uncertainty Factor Selection .................................................657

334   **Appendix H**    **BENCHMARK DOSE ANALYSIS FOR (Selgrade and Gilmour, 2010)** ........... **659**

335   H.1   Applied Dose/Concentration ...............................................659
336    H.1.1   BMDS Wizard Output Report - Mortality ..............................659
337     H.1.1.1   BMDS Summary of Mortality – BMR 10% ........................659
338     H.1.1.2   BMDS Summary of Mortality – BMR: 5% .......................662
339     H.1.1.3   BMDS Summary of Mortality – BMR: 1% .......................664
340    H.1.2   BMDS Wizard Output Report - Number of Mice Infected ...........667
341     H.1.2.1   BMDS Summary of Infected at 72 hours – BMR – 10% ........667
342   H.2   Internal Dose (TotOxMetabBW34) ........................................668
343    H.2.1   BMDS Wizard Output Summary - Mortality .........................668
344     H.2.1.1   BMDS Summary of Mortality – BMR 10% ........................669
345     H.2.1.2   BMDS Summary of Mortality – BMR 5% .........................670
346     H.2.1.3   BMDS Summary of Mortality – BMR 1% .........................671

347   **Appendix I**    **BENCHMARK DOSE MODELING UPDATE FOR NESTED FETAL DATA**
348                    **FROM (Johnson et al., 2003)** ...................................... **673**

349   **Appendix J**    **PBPK MODELING UPDATES FOR REPRESENTATIVE ACUTE AND**
350                    **CHRONIC ENDPOINTS** ........................................... **675**

351   J.1   Derivation of Internal Dose Metric Results for (Selgrade and Gilmour, 2010) ...................675
352    J.1.1   Methods ...........................................................................675
353    J.1.2   Results .............................................................................675
354   J.2   Derivation of Human Equivalent Concentrations/Doses for Best Overall Acute and Chronic
355      Non-Cancer Endpoints .......................................................676
356    J.2.1   Methods ...........................................................................676
357    J.2.2   Results .............................................................................677

358   **Appendix K**    **META-ANALYSIS FOR CANCER** ............................................. **679**

359   K.1   Study Screening and Selection ............................................679
360    K.1.1   Data Quality and Inclusion/Exclusion Criteria Screening ..........679
361    K.1.2   Screening results ...............................................................680
362    K.1.3   Pooled Cohorts .................................................................681
363   K.2   Meta-Analysis Methods and Results ....................................682
364    K.2.1   Methods ...........................................................................682
365    K.2.2   Results .............................................................................684
366     K.2.2.1   Initial Meta-Analyses ...................................................684
367     K.2.2.2   Sensitivity analyses .....................................................690

368    K.2.3  Selected RR estimates and confidence intervals by study and cancer type.........................698
369    K.2.4  Sample Stata commands for meta-analysis ...............................................704

370    **Appendix L     APPROACH FOR ESTIMATING WATER RELEASES FROM**
371    **MANUFACTURING SITES USING EFFLUENT GUIDELINES ...................... 705**

372    **Appendix M     SAMPLE CALCULATIONS FOR CALCULATING ACUTE AND CHRONIC**
373    **(NON-CANCER AND CANCER) INHALATION EXPOSURE ......................... 709**

374    M.1   Example High-End AC, ADC, and LADC .................................................709
375    M.2   Example Central Tendency AEC, ADC, and LADC .......................................710

376    **Appendix N     VAPOR DEGREASING AND COLD CLEANING NEAR-FIELD/FAR-FIELD**
377    **INHALATION EXPOSURE MODELS APPROACH AND PARAMETERS .... 711**

378    N.1   Model Design Equations ...............................................................712
379    N.2   Model Parameters .....................................................................716
380    N.2.1  Far-Field Volume ..................................................................721
381    N.2.2  Air Exchange Rate .................................................................721
382    N.2.3  Near-Field Indoor Air Speed ......................................................721
383    N.2.4  Near-Field Volume .................................................................722
384    N.2.5  Exposure Duration .................................................................722
385    N.2.6  Averaging Time ....................................................................722
386    N.2.7  Vapor Generation Rate .............................................................722
387    N.2.8  Operating Hours ...................................................................725

388    **Appendix O     BRAKE SERVICING NEAR-FIELD/FAR-FIELD INHALATION EXPOSURE**
389    **MODEL APPROACH AND PARAMETERS........................................ 727**

390    O.1   Model Design Equations ...............................................................727
391    O.2   Model Parameters .....................................................................732
392    O.2.1  Far-Field Volume ..................................................................735
393    O.2.2  Air Exchange Rate .................................................................735
394    O.2.3  Near-Field Indoor Air Speed ......................................................735
395    O.2.4  Near-Field Volume .................................................................736
396    O.2.5  Application Time ..................................................................736
397    O.2.6  Averaging Time ....................................................................736
398    O.2.7  Trichloroethylene Weight Fraction ................................................736
399    O.2.8  Volume of Degreaser Used per Brake Job ...........................................737
400    O.2.9  Number of Applications per Brake Job ..............................................737
401    O.2.10 Amount of Trichloroethylene Used per Application ..................................738
402    O.2.11 Operating Hours per Week ..........................................................738
403    O.2.12 Number of Brake Jobs per Work Shift ...............................................738

404    **Appendix P     SPOT CLEANING NEAR-FIELD/FAR-FIELD INHALATION EXPOSURE**
405    **MODEL APPROACH AND PARAMETERS........................................ 739**

406    P.1   Model Design Equations ...............................................................739
407    P.2   Model Parameters .....................................................................743
408    P.2.1  Far-Field Volume ..................................................................747
409    P.2.2  Near-Field Volume .................................................................747
410    P.2.3  Air Exchange Rate .................................................................747
411    P.2.4  Near-Field Indoor Wind Speed ......................................................747

412    P.2.5   Averaging Time ...................................................................................................748
413    P.2.6   Use Rate .............................................................................................................748
414    P.2.7   Vapor Generation Rate .......................................................................................748
415    P.2.8   Operating Hours .................................................................................................748
416    P.2.9   Operating Days ...................................................................................................749
417    P.2.10  Fractional Number of Operating Days that a Worker Works ...............................749
418    **Appendix Q      OCCUPATIONAL INHALATION EXPOSURE AND WATER RELEASE**
419                     **ASSESSMENT**....................................................................................... **750**
420    Q.1    Manufacturing ...............................................................................................................750
421    Q.1.1   Exposure Assessment ..........................................................................................750
422    Q.1.2   Water Release Assessment ..................................................................................750
423    Q.2    Processing as a Reactant ...............................................................................................753
424    Q.2.1   Exposure Assessment ..........................................................................................753
425    Q.2.2   Water Release Assessment ..................................................................................754
426    Q.3    Formulation of Aerosol and Non-Aerosol Products ......................................................754
427    Q.3.1   Exposure Assessment ..........................................................................................754
428    Q.3.2   Water Release Assessment ..................................................................................755
429    Q.4    Repackaging ...................................................................................................................755
430    Q.4.1   Exposure Assessment ..........................................................................................755
431    Q.4.2   Water Release Assessment ..................................................................................756
432    Q.5    Batch Open Top Vapor Degreasing ...............................................................................757
433    Q.5.1   Exposure Assessment ..........................................................................................757
434    Q.5.2   Water Release Assessment ..................................................................................760
435    Q.6    Batch Closed-Loop Vapor Degreasing ..........................................................................764
436    Q.6.1   Exposure Assessment ..........................................................................................764
437    Q.6.2   Water Release Assessment ..................................................................................764
438    Q.7    Conveyorized Vapor Degreasing ...................................................................................765
439    Q.7.1   Exposure Assessment ..........................................................................................765
440    Q.7.2   Water Release Assessment ..................................................................................767
441    Q.8    Web Vapor Degreasing ..................................................................................................767
442    Q.8.1   Exposure Assessment ..........................................................................................767
443    Q.8.2   Water Release Assessment ..................................................................................769
444    Q.9    Cold Cleaning .................................................................................................................769
445    Q.9.1   Exposure Assessment ..........................................................................................769
446    Q.9.2   Water Release Assessment ..................................................................................771
447    Q.10   Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners,
448           Penetrating Lubricants, and Mold Releases ..........................................................772
449    Q.10.1  Exposure Assessment ..........................................................................................772
450    Q.10.2  Water Release Assessment ..................................................................................773
451    Q.11   Metalworking Fluids ......................................................................................................774
452    Q.11.1  Exposure Assessment ..........................................................................................774
453    Q.11.2  Water Release Assessment ..................................................................................776
454    Q.12   Adhesives, Sealants, Paints, and Coatings ....................................................................776
455    Q.12.1  Exposure Assessment ..........................................................................................776
456    Q.12.2  Water Release Assessment ..................................................................................777
457    Q.13   Other Industrial Uses......................................................................................................781
458    Q.13.1  Exposure Assessment ..........................................................................................781

459  Q.13.2 Water Release Assessment ................................................................................781
460  Q.14   Spot Cleaning, Wipe Cleaning and Carpet Cleaning .............................................783
461   Q.14.1 Exposure Assessment .....................................................................................783
462   Q.14.2 Water Release Assessment ..............................................................................785
463  Q.15   Industrial Processing Aid ......................................................................................786
464   Q.15.1 Exposure Assessment .....................................................................................786
465   Q.15.2 Water Release Assessment ..............................................................................787
466  Q.16   Commercial Printing and Copying .........................................................................787
467   Q.16.1 Exposure Assessment .....................................................................................787
468   Q.16.2 Water Release Assessment ..............................................................................788
469  Q.17   Other Commercial Uses .........................................................................................789
470   Q.17.1 Exposure Assessment .....................................................................................789
471   Q.17.2 Water Release Assessment ..............................................................................789
472  Q.18   Process Solvent Recycling and Worker Handling of Wastes ..................................790
473   Q.18.1 Exposure Assessment .....................................................................................790
474   Q.18.2 Water Release Assessment ..............................................................................790
475  Q.19   Appendix Q References ..........................................................................................790

476  **Appendix R  MASS BALANCE** .............................................................................. **799**

477  R.1   Approach for Developing the Mass Balance............................................................799
478  R.2   Results and Uncertainties in the Mass Balance.......................................................800

479  **Appendix S  LEVEL III FUGACITY RESULTS** ......................................................... **802**

480

# LIST OF TABLES

Table 1-1. Physical and Chemical Properties of TCE ................................................................ 46
Table 1-2. Assessment History of TCE ...................................................................................... 51
Table 1-3. Categories and Subcategories of Occupational Conditions of Use and Corresponding
Occupational Exposure Scenario ........................................................................... 53
Table 1-4. Categories and Subcategories of Consumer Conditions of Use .................................. 59
Table 2-1. Environmental Fate Characteristic of TCE ................................................................ 81
Table 2-2.  Summary of EPA's daily water release estimates for each OES and also EPA's Overall
Confidence in these estimates. ................................................................................ 88
Table 2-3.  Summary of EPA's estimates for the number of facilities for each OES. ................... 91
Table 2-4.  Summary of EPA's estimates for release days expected for each OES. ...................... 92
Table 2-5.  Summary of Overall Confidence in Release Estimates by OES .................................. 94
Table 2-6. Industry Sector Modeled for Facilities without Site-Specific Flow Data in E-FAST 2014.. 103
Table 2-7. Summary of Modeled Surface Water Concentrations by OES for Maximum Days of Release
Scenario ................................................................................................................ 106
Table 2-8. Summary of Modeled Surface Water Concentrations by OES for 20 Days of Release Scenario
for Direct Releases ................................................................................................ 106
Table 2-9. Summary of Modeled Surface Water Concentrations by OES for 20 Days of Release Scenario
for Indirect Releases to a non-POTW WWTP .......................................................... 107
Table 2-10. Measured Concentrations of TCE in Surface Water Obtained from the Water Quality Portal:
2013-2017[1] ........................................................................................................... 108
Table 2-11. Measured Levels of TCE in U.S. Surface Water from Published Literature ................ 109
Table 2-12. A summary for each of the 18 occupational exposure scenarios (OESs) ..................... 123
Table 2-13. Summary of inhalation exposure results for Workers based on monitoring data and exposure
modeling for each OES. .......................................................................................... 124
Table 2-14. Summary of inhalation exposure results for ONUs based on monitoring data and exposure
modeling for each OES. .......................................................................................... 125
Table 2-15. A summary of dermal retained dose for Workers based on exposure modeling for each OES
.............................................................................................................................. 126
Table 2-16.  Summary of the total number of workers and ONUs potentially exposed to TCE for each
OES ....................................................................................................................... 127
Table 2-17.  Parameter Values for Calculating Inhalation Exposure Estimates ............................. 132
Table 2-18.  Overview of Average Worker Tenure from U.S. Census SIPP (Age Group 50+) .......... 134
Table 2-19.  Median Year of Tenure with Current Employer by Age Group. .................................. 135
Table 2-20.  Glove Protection Factors for Different Dermal Protection Strategies .......................... 137
Table 2-21.  EPA grouped dermal exposures associated with the various OESs into four bins. ......... 138
Table 2-22.  Assigned Protection Factors for Respirators in OSHA Standard 29 CFR § 1910.134. ..... 140
Table 2-23.  SOCs with Worker and ONU Designations for All Conditions of Use Except ................ 142
Table 2-24.  SOCs with Worker and ONU Designations for Dry Cleaning Facilities ...................... 143
Table 2-25.  Estimated Number of Potentially Exposed Workers and ONUs under NAICS 812320.... 144
Table 2-26.  Summary of overall confidence in inhalation exposure estimates by OES .................... 149
Table 2-27. Evaluated Consumer Conditions of Use and Products for TCE ................................... 155
Table 2-28. Default Modeling Input Parameters ....................................................................... 163
Table 2-29. Consumer Product Modeling Scenarios and Varied Input Parameters ......................... 165
Table 2-30. Consumer Product Modeling Scenarios and Additional Scenario-Specific Input Parameters
.............................................................................................................................. 169
Table 2-31. Surface Area and Body Weight Values for Different Consumer and Bystander
Subpopulations ...................................................................................................... 172

529    Table 2-32. Acute Inhalation Exposure Summary: Brake & Parts Cleaner ............................................ 172
530    Table 2-33. Acute Dermal Exposure Summary: Brake & Parts Cleaner.................................................. 173
531    Table 2-34. Acute Inhalation Exposure Summary: Aerosol Electronic Degreaser/Cleaner.................. 173
532    Table 2-35. Acute Dermal Exposure Summary: Aerosol Electronic Degreaser ..................................... 174
533    Table 2-36. Acute Inhalation Exposure Summary: Liquid Electronic Degreaser/Cleaner.................... 175
534    Table 2-37. Acute Dermal Exposure Summary: Liquid Electronic Degreaser/Cleaner......................... 175
535    Table 2-38. Acute Inhalation Exposure Summary: Aerosol Spray Degreaser/Cleaner .......................... 176
536    Table 2-39. 2014 Acute Inhalation Exposure Summary: Aerosol Spray Degreaser/Cleaner................ 176
537    Table 2-40. Acute Dermal Exposure Summary: Aerosol Spray Degreaser/Cleaner .............................. 177
538    Table 2-41. Acute Inhalation Exposure Summary: Liquid Degreaser/Cleaner ..................................... 177
539    Table 2-42. Acute Dermal Exposure Summary: Liquid Degreaser/Cleaner .......................................... 178
540    Table 2-43. Acute Inhalation Exposure Summary: Aerosol Gun Scrubber............................................ 178
541    Table 2-44. Acute Dermal Exposure Summary: Aerosol Gun Scrubber ................................................ 179
542    Table 2-45. Acute Inhalation Exposure Summary: Liquid Gun Scrubber.............................................. 180
543    Table 2-46. Acute Dermal Exposure Summary: Liquid Gun Scrubber................................................... 180
544    Table 2-47. Acute Inhalation Exposure Summary: Mold Release .......................................................... 181
545    Table 2-48. Acute Dermal Exposure Summary: Mold Release .............................................................. 181
546    Table 2-49. Acute Inhalation Exposure Summary: Aerosol Tire Cleaner.............................................. 182
547    Table 2-50. Acute Dermal Exposure Summary: Aerosol Tire Cleaner .................................................. 182
548    Table 2-51. Acute Inhalation Exposure Summary: Liquid Tire Cleaner................................................ 183
549    Table 2-52. Acute Dermal Exposure Summary: Liquid Tire Cleaner .................................................... 183
550    Table 2-53. Acute Inhalation Exposure Summary: Tap & Die Fluid ..................................................... 184
551    Table 2-54. Acute Dermal Exposure Summary: Tap & Die Fluid .......................................................... 184
552    Table 2-55. Acute Inhalation Exposure Summary: Penetrating Lubricant.............................................. 185
553    Table 2-56. Acute Dermal Exposure Summary: Penetrating Lubricant .................................................. 185
554    Table 2-57. Acute Inhalation Exposure Summary: Solvent-based Adhesive & Sealant ........................ 186
555    Table 2-58. Acute Dermal Exposure Summary: Solvent-based Adhesive & Sealant ............................ 186
556    Table 2-59. Acute Inhalation Exposure Summary: Mirror-Edge Sealant............................................... 187
557    Table 2-60. Acute Dermal Exposure Summary: Mirror-Edge Sealant.................................................. 187
558    Table 2-61. Acute Inhalation Exposure Summary: Tire Repair Cement/Sealer..................................... 188
559    Table 2-62. Acute Dermal Exposure Summary: Tire Repair Cement/Sealer ......................................... 188
560    Table 2-63. Acute Inhalation Exposure Summary: Carpet Cleaner ....................................................... 189
561    Table 2-64. Acute Dermal Exposure Summary: Carpet Cleaner............................................................ 189
562    Table 2-65. Acute Inhalation Exposure Summary: Aerosol Spot Remover ........................................... 190
563    Table 2-66. Acute Dermal Exposure Summary: Aerosol Spot Remover ............................................... 190
564    Table 2-67. Acute Inhalation Exposure Summary: Liquid Spot Remover ............................................. 191
565    Table 2-68. Acute Dermal Exposure Summary: Liquid Spot Remover ................................................. 191
566    Table 2-69. Acute Inhalation Exposure Summary: Fixatives & Finishing Spray Coatings .................. 192
567    Table 2-70. 2014 Acute Inhalation Exposure Summary: Fixatives & Finishing Spray Coatings .......... 192
568    Table 2-71. Acute Dermal Exposure Summary: Fixatives & Finishing Spray Coatings ...................... 193
569    Table 2-72. Acute Inhalation Exposure Summary: Shoe Polish............................................................. 193
570    Table 2-73. Acute Dermal Exposure Summary: Shoe Polish ................................................................ 194
571    Table 2-74. Acute Inhalation Exposure Summary: Fabric Spray .......................................................... 195
572    Table 2-75. Acute Dermal Exposure Summary: Fabric Spray .............................................................. 195
573    Table 2-76. Acute Inhalation Exposure Summary: Film Cleaner.......................................................... 196
574    Table 2-77. Acute Dermal Exposure Summary: Film Cleaner .............................................................. 196
575    Table 2-78. Acute Inhalation Exposure Summary: Hoof Polish ........................................................... 197
576    Table 2-79. Acute Dermal Exposure Summary: Hoof Polish................................................................ 197

577  Table 2-80. Acute Inhalation Exposure Summary: Pepper Spray ........................................ 198
578  Table 2-81. Acute Dermal Exposure Summary: Pepper Spray ........................................... 198
579  Table 2-82. Acute Inhalation Exposure Summary: Toner Aid ............................................ 199
580  Table 2-83. Acute Dermal Exposure Summary: Toner Aid ................................................. 199
581  Table 2-84. Evaluated Pathways for Consumer Conditions of Use ..................................... 200
582  Table 2-85. Summary of Consumer Exposure Levels by Category ..................................... 201
583  Table 2-86. Confidence Ratings for Acute Inhalation Consumer Exposure Modeling Scenarios ......... 206
584  Table 2-87. Confidence Ratings for Acute Dermal Consumer Exposure Modeling Scenarios............ 208
585  Table 2-88. Percentage of Employed Persons by Age, Sex, and Industry Sector ................... 211
586  Table 2-89. Percentage of Employed Adolescent by Detailed Industry Sector....................... 212
587  Table 3-1. Ecological Hazard Data used Quantitatively to Characterize TCE Hazard for Aquatic
588          Organisms .......................................................................................................... 217
589  Table 3-2 Concentrations of Concern (COCs) for Environmental Toxicity............................ 224
590  Table 3-3. TCE Metabolites Identified by Pathway ........................................................... 230
591  Table 3-4. Common Metabolites of TCE and Related Compounds ..................................... 230
592  Table 3-5. List of All of the PBPK-Modeled Dose Metrics Considered in this Risk Evaluation ......... 232
593  Table 3-6. Overall Summary Scores by Line of Evidence for Cardiac Defects from TCE................... 249
594  Table 3-7. Dose-response analysis of selected studies considered for acute exposure scenarios........... 264
595  Table 3-8. Dose-response analysis of selected studies considered for evaluation of liver toxicity........ 266
596  Table 3-9. Dose-response analysis of selected studies considered for evaluation of kidney toxicity .... 267
597  Table 3-10. Dose-response analysis of selected studies considered for evaluation of neurological effects
598          ............................................................................................................................ 269
599  Table 3-11. Dose-response analysis of selected studies considered for evaluation of immune effects.. 271
600  Table 3-12. Dose-response analysis of selected studies considered for evaluation of reproductive effects
601          ............................................................................................................................ 274
602  Table 3-13. Dose-response analysis of selected studies considered for acute exposure scenarios......... 278
603  Table 3-14. Dose-response analysis of selected studies considered for chronic exposure scenarios ..... 279
604  Table 3-15. Cancer Points of Departure for Lifetime Exposure Scenarios ........................... 280
605  Table 3-16. Occupational PODs for Representative Non-Cancer Endpoints ........................ 282
606  Table 4-1. Environmental Risk Quotients for Aquatic Species for Facilities Releasing TCE to Surface
607          Water as Modeled in E-FAST (RQs ≥ 1 in bold) ............................................ 292
608  Table 4-2. RQs for Aquatic Species Calculated using Monitored Environmental Concentrations from
609          WQX/WQP .................................................................................................. 296
610  Table 4-3. RQs for Aquatic Species Calculated using Monitored Environmental Concentrations from
611          Published Literature ................................................................................... 297
612  Table 4-4. Environmental Risk Quotients for Sediment Organisms for Facilities Releasing TCE to
613          Surface Water as Modeled in E-FAST (RQs ≥ 1 in bold) ............................... 299
614  Table 4-5. RQs for Sediment Organisms Calculated using Monitored Environmental Concentrations
615          from WQX/WQP ......................................................................................... 300
616  Table 4-6. RQs Sediment Organisms Calculated using Monitored Environmental Concentrations from
617          Published Literature ................................................................................... 300
618  Table 4-7. Use Scenarios, Populations of Interest and Toxicological Endpoints Used for Acute and
619          Chronic Exposures ...................................................................................... 301
620  Table 4-8. Most Sensitive Endpoints from Each Health Domain for Risk Estimation ........................ 304
621  Table 4-9. Inhalation Exposure Data Summary and PPE Use Determination........................ 306
622  Table 4-10. Occupational Risk Estimation - Manufacturing ............................................... 308
623  Table 4-11. Occupational Risk Estimation - Processing as a Reactant ................................ 310

624  Table 4-12. Occupational Risk Estimation - Batch Open Top Vapor Degreasing - Inhalation Monitoring
625          Data ................................................................................................................... 312
626  Table 4-13. Occupational Risk Estimation - Batch Open Top Vapor Degreasing - Inhalation Modeling
627          Data ................................................................................................................... 313
628  Table 4-14. Occupational Risk Estimation - Batch Closed-Loop Vapor Degreasing .......................... 315
629  Table 4-15. Occupational Risk Estimation - Conveyorized Vapor Degreasing - Inhalation Monitoring
630          Data ................................................................................................................... 317
631  Table 4-16. Occupational Risk Estimation - Conveyorized Vapor Degreasing - Inhalation Modeling
632          Data ................................................................................................................... 318
633  Table 4-17. Occupational Risk Estimation - Web Vapor Degreasing ................................................... 320
634  Table 4-18. Occupational Risk Estimation - Cold Cleaning.................................................................... 322
635  Table 4-19. Occupational Risk Estimation - Aerosol Applications........................................................ 324
636  Table 4-20. Occupational Risk Estimation - Spot Cleaning and Wipe Cleaning (and Other Commercial
637          Uses) - Inhalation Monitoring Data ................................................................... 326
638  Table 4-21. Occupational Risk Estimation - Spot Cleaning and Wipe Cleaning (and Other Commercial
639          Uses) - Inhalation Modeling Data ...................................................................... 327
640  Table 4-22. Occupational Risk Estimation - Formulation of Aerosol and Non-Aerosol Products ........ 329
641  Table 4-23. Occupational Risk Estimation - Repackaging .................................................................... 331
642  Table 4-24. Occupational Risk Estimation - Metalworking Fluids - Inhalation Monitoring Data......... 333
643  Table 4-25. Occupational Risk Estimation - Metalworking Fluids - Inhalation Modeling Data .......... 334
644  Table 4-26. Occupational Risk Estimation - Adhesives, Sealants, Paints, and Coatings (Industrial
645          Setting).............................................................................................................. 336
646  Table 4-27. Occupational Risk Estimation - Adhesives, Sealants, Paints, and Coatings (Commercial
647          Setting).............................................................................................................. 338
648  Table 4-28. Occupational Risk Estimation - Industrial Processing Aid (12 hr) .................................... 340
649  Table 4-29. Occupational Risk Estimation - Commercial Printing and Copying................................... 342
650  Table 4-30. Occupational Risk Estimation - Other Industrial Uses........................................................ 344
651  Table 4-31. Occupational Risk Estimation - Process Solvent Recycling and Worker Handling of Wastes
652          ........................................................................................................................... 346
653  Table 4-32. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Brake and Parts
654          Cleaner .............................................................................................................. 349
655  Table 4-33. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Electronic
656          Degreaser/Cleaner .............................................................................................. 350
657  Table 4-34. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid Electronic
658          Degreaser/Cleaner .............................................................................................. 351
659  Table 4-35. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Spray
660          Degreaser/Cleaner .............................................................................................. 352
661  Table 4-36. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid
662          Degreaser/Cleaner .............................................................................................. 353
663  Table 4-37. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Gun Scrubber
664          ........................................................................................................................... 354
665  Table 4-38. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid Gun Scrubber
666          ........................................................................................................................... 355
667  Table 4-39. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Mold Release ........ 356
668  Table 4-40. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Tire Cleaner
669          ........................................................................................................................... 357
670  Table 4-41. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid Tire Cleaner358
671  Table 4-42. Consumer Risk Estimation - Lubricants and Greases - Tap and Die Fluid........................ 359

672    Table 4-43. Consumer Risk Estimation - Lubricants and Greases - Penetrating Lubricant...................360
673    Table 4-44. Consumer Risk Estimation - Adhesives and Sealants - Solvent-Based Adhesive and Sealant
674    ....................................................................................................................................................... 361
675    Table 4-45. Consumer Risk Estimation - Adhesives and Sealants - Mirror Edge Sealant.....................362
676    Table 4-46. Consumer Risk Estimation - Adhesives and Sealants - Tire Repair Cement / Sealer 363
677    Table 4-47. Consumer Risk Estimation - Cleaning and Furniture Care Products - Carpet Cleaner........364
678    Table 4-48. Consumer Risk Estimation - Cleaning and Furniture Care Products - Aerosol Spot Remover
679    ....................................................................................................................................................... 365
680    Table 4-49. Consumer Risk Estimation - Cleaning and Furniture Care Products - Liquid Spot Remover
681    ....................................................................................................................................................... 366
682    Table 4-50. Consumer Risk Estimation - Arts, Crafts, and Hobby Materials - Fixatives and Finishing
683    Spray Coatings............................................................................................................................ 367
684    Table 4-51. Consumer Risk Estimation - Apparel and Footwear Care Products - Shoe Polish............368
685    Table 4-52. Consumer Risk Estimation - Other Consumer Uses - Fabric Spray ..................................369
686    Table 4-53. Consumer Risk Estimation - Other Consumer Uses - Film Cleaner..................................370
687    Table 4-54. Consumer Risk Estimation - Other Consumer Uses - Hoof Polish....................................371
688    Table 4-55. Consumer Risk Estimation - Other Consumer Uses - Pepper Spray..................................372
689    Table 4-56. Consumer Risk Estimation - Other Consumer Uses - Toner Aid .......................................373
690    Table 4-57. Facilities with Risk from Acute or Chronic Exposure for Aquatic Organisms (RQs ≥ 1 in
691    bold)............................................................................................................................................ 384
692    Table 4-58. Facilities with Risk from Acute or Chronic Exposure for Sediment Organisms (RQs ≥ 1 in
693    bold) ........................................................................................................................................... 386
694    Table 4-59. Occupational Risk Summary Table.....................................................................................389
695    Table 4-60. Consumer Risk Summary Table...........................................................................................402
696    Table 5-1. Categories and Subcategories of Conditions of Use Included in the Scope of the Risk
697    Evaluation ................................................................................................................................... 411
698
699

# LIST OF FIGURES

Figure 1-1. Total Aggregate TCE Production Volume (lbs.) 2012-2015[a] ............................................... 47

Figure 1-2. Percentage of TCE Production Volume by Use ....................................................................... 48

Figure 1-3. TCE Life Cycle Diagram ........................................................................................................ 61

Figure 1-4. TCE Conceptual Model for Industrial and Commercial Activities and Uses: Potential Exposures and Hazards ........................................................................................................................... 70

Figure 1-5. TCE Conceptual Model for Consumer Activities and Uses: Potential Exposures and Hazards ........................................................................................................................................................ 71

Figure 1-6. TCE Conceptual Model for Environmental Releases and Wastes: Potential Exposures and Hazards ......................................................................................................................................... 72

Figure 1-7. Literature Flow Diagram for Environmental Fate and Transport ........................................... 75

Figure 1-8. Literature Flow Diagram for Engineering Releases and Occupational Exposure ................... 76

Figure 1-9. Literature Flow Diagram for Consumer and Environmental Exposure Data Sources ............ 77

Figure 1-10. Literature Flow Diagram for Environmental Hazard ............................................................ 78

Figure 1-11. Literature Flow Diagram for Human Health Hazard ............................................................ 79

Figure 2-1. Environmental transport, partitioning and degradation processes for TCE ............................ 85

Figure 2-2. An overview of how EPA estimated daily water releases for each OES .................................. 88

Figure 2-3. Distribution of Active Facility Releases Modeled .............................................................. 107

Figure 2-4. TCE Modeled Concentrations from Releasing Facilities (250-365 Days of Release) and Measured Concentrations from WQP: Eastern U.S., 2016 .......................................................... 111

Figure 2-5. TCE Modeled Concentrations from Releasing Facilities (250-365 Days of Release) and Measured Concentrations from WQP: Western U.S., 2016 ......................................................... 112

Figure 2-6. TCE Modeled Concentrations from Releasing Facilities (20 Days of Release) and Measured Concentrations from WQP: Eastern U.S., 2016 ............................................................. 113

Figure 2-7. TCE Modeled Concentrations from Releasing Facilities (20 Days of Release) and Measured Concentrations from WQP: Western U.S., 2016 ........................................................... 114

Figure 2-8. Co-Location of Modeled Concentrations from Releasing Facilities and Measured Concentrations from WQP (HUC-8) in North Carolina ............................................................. 115

Figure 2-9. Co-Location of Modeled Concentrations from Releasing Facilities and Measured Concentrations from WQP (HUC-8) in New Mexico ................................................................. 116

Figure 2-10. Components of an occupational assessment for each OES .................................................. 120

Figure 2-11. Illustrative applications of the NF/FF model to various exposure scenarios. .................... 130

Figure 3-1. Species Sensitivity Distributions (SSDs) for Acute Hazard Data Using $LC_{50}$s or $EC_{50}$s (Etterson, 2020) ........................................................................................................................... 219

Figure 3-2. Species Sensitivity Distribution (SSD) for Algae Species Using $EC_{50}$s (Etterson, 2020) ... 220

Figure 3-3. EPA Approach to Hazard Identification, Data Integration, and Dose-Response Analysis for TCE ........................................................................................................................................... 226

Figure 3-4. Dose-Response Analyses of Rodent Non-Cancer Effects Using ......................................... 234

Figure 3-5. Example of HEC99 Estimation through Interpecies, Intraspecies and ................................ 234

## LIST OF APPENDIX TABLES

Table_Apx A-1. Federal Laws and Regulations..............................................................490

Table_Apx A-2. State Laws and Regulations................................................................497

Table_Apx A-3. Regulatory Actions by Other Governments and Tribes .......................498

Table_Apx C-1. Facility-Specific Aquatic Exposure Modeling Results..........................503

Table_Apx D-1. TCE Residential Indoor Air Concentrations ($\mu g/m^3$) in the United States and Canada ...................................................................................................563

Table_Apx D-2. Personal Breathing Zone Concentrations ($\mu g/m3$) for TCE in the United States (General/Residential) ...........................................................................565

Table_Apx E-1. Acute Toxicity Data for Aquatic Organisms used in SSD.....................567

Table_Apx E-2. Standard Error for all distributions and fitting methods using TCE's acute hazard data (Etterson, 2020)...............................................................................570

Table_Apx E-3. Algae Toxicity Data used in SSD .......................................................573

Table_Apx E-4. Standard Error for all distributions and fitting methods using TCE's algae hazard data (Etterson, 2020)...............................................................................578

Table_Apx E-5. Environmental RQs by Facility (with RQs ≥ 1 in bold) ............................581

Table_Apx F-1. Strengths and Limitations of (Johnson et al., 2003)..............................629

Table_Apx F-2. Experimental Design of (Charles River Laboratories, 2019)....................630

Table_Apx F-3. Summary of Observed Interventricular Defects .....................................630

Table_Apx F-4. Incidence of total heart malformations in Johnson and Charles River studies. ...........631

Table_Apx F-5. Incidence of VSDs in Johnson and Charles River studies. ......................632

Table_Apx F-6. Heart and Cardiovascular Defects Observed in Select Oral TCE studies ...................633

Table_Apx F-7. Cardiac Defects Observed in Literature ...............................................635

Table_Apx F-8. List of RA Studies Identified in the Literature Search and Observed Defects in Each 635

Table_Apx F-9. Cardiac Defects Observed After Exposure to RA or TCE .........................638

Table_Apx F-10. Weight-of-Evidence Table for Epidemiology Studies.............................647

Table_Apx F-11. Weight-of-Evidence Table for *In Vivo* Animal Toxicity Studies............................649

Table_Apx F-12. Weight-of-Evidence Table for Mechanistic Studies ................................652

Table_Apx F-13. Overall Weight-of-Evidence Table and Summary Scores ........................654

Table_Apx H-1. Summary of BMD Modeling Results for Mortality from Applied Dose in Selgrade and Gilmour 2010; BMR = 10% Extra Risk ...................................................659

Table_Apx H-2. Summary of BMD Modeling Results for Mortality from Applied Dose in Selgrade and Gilmour 2010; BMR = 5% Extra Risk ...................................................662

Table_Apx H-3. Summary of BMD Modeling Results for Mortality from Applied Dose in Selgrade and Gilmour 2010; BMR = 1% Extra Risk ...................................................664

Table_Apx H-4. Summary of BMD Modeling Results for Number of Mice Infected at 72 Hours after Infection Following Inhalation Exposure to TCE (Selgrade and Gilmour 2010); BMR = 10% Extra Risk ...................................................667

Table_Apx H-5. Study incidence data based on median internal dose metric. .....................669

Table_Apx H-6. Summary of BMD Modeling Results for Mortality from Internal Dose in Selgrade and Gilmour 2010; BMR = 10% Extra Risk ...................................................669

Table_Apx H-7. Summary of BMD Modeling Results for Mortality from Internal Dose in Selgrade and Gilmour 2010; BMR = 5% Extra Risk ...................................................670

Table_Apx H-8. Summary of BMD Modeling Results for Mortality from Internal Dose in Selgrade and Gilmour 2010; BMR = 1% Extra Risk ...................................................671

Table_Apx I-1. Results for Best-Fitting Model in Comparison to Results ............................674

Table_Apx J-1. Selected percentiles for TotMetabBW34 and AUCCBld for female mouse simulations ...................................................................................................676

789   Table_Apx J-2. Human equivalent concentrations and human equivalent doses for the Selgrade and Keil
790         endpoints under both default and occupational respiratory conditions. ......................... 678
791   Table_Apx K-1. Meta-Analysis Inclusion/Exclusion Criteria for Considering Cancer Studies Identified
792         in EPA's Literature Search ............................................................................. 679
793   Table_Apx K-2. Screening Results of Cancer Studies Identified in EPA's Literature Search Based on
794         Inclusion/Exclusion Criteria ........................................................................... 680
795   Table_Apx K-3. Cancer Studies Covering the Same Cohort as Previous Studies from either the 2011
796         IRIS Assessment or EPA Literature Search.......................................................... 681
797   Table_Apx K-4. Analysis of influential studies: NHL ................................................................. 690
798   Table_Apx K-5. Analysis of influential studies: Kidney cancer .................................................... 690
799   Table_Apx K-6. Analysis of influential studies: Liver cancer ...................................................... 691
800   Table_Apx K-7. Selected RR estimates for NHL associated with TCE exposure (overall effect) from
801         cohort studies published after U.S. EPA (2011) .................................................. 698
802   Table_Apx K-8. Selected RR estimates for NHL associated with TCE exposure (overall effect) from
803         case-control studies...................................................................................... 699
804   Table_Apx K-9. Selected RR estimates for NHL associated with TCE exposure (effect in the highest
805         exposure group) studies ................................................................................. 699
806   Table_Apx K-10. Selected RR estimates for kidney cancer associated with TCE exposure (overall
807         effect) from cohort studies ............................................................................. 700
808   Table_Apx K-11. Selected RR estimates for kidney cancer associated with TCE exposure (overall
809         effect) from case-control studies published after U.S. EPA (2011) ........................... 701
810   Table_Apx K-12. Selected RR estimates for liver cancer associated with TCE exposure (overall effect)
811         from cohort studies ....................................................................................... 702
812   Table_Apx K-13. Selected RR estimates for liver cancer associated with TCE exposure (overall effect)
813         from case-control studies published after U.S. EPA (2011).................................... 703
814   Table_Apx L-1. Summary of OCPSF Effluent Guidelines for Trichloroethylene ............................... 705
815   Table_Apx L-2. Default Parameters for Estimating Water Releases of Trichloroethylene from
816         Manufacturing Sites ..................................................................................... 706
817   Table_Apx L-3. Summary of Facility Trichloroethylene Production Volumes and Wastewater Flow
818         Rates........................................................................................................ 707
819   Table_Apx N-1. Summary of Parameter Values and Distributions Used in the Open-Top Vapor
820         Degreasing Near-Field/Far-Field Inhalation Exposure Model ................................. 717
821   Table_Apx N-2. Summary of Parameter Values and Distributions Used in the Conveyorized Degreasing
822         Near-Field/Far-Field Inhalation Exposure Model ................................................ 718
823   Table_Apx N-3. Summary of Parameter Values and Distributions Used in the Web Degreasing Near-
824         Field/Far-Field Inhalation Exposure Model........................................................ 719
825   Table_Apx N-4. Summary of Parameter Values and Distributions Used in the Cold Cleaning Near-
826         Field/Far-Field Inhalation Exposure Model........................................................ 720
827   Table_Apx N-5. Summary of Trichloroethylene Vapor Degreasing and Cold Cleaning Data from the
828         2014 NEI .................................................................................................. 722
829   Table_Apx N-6. Distribution of Trichloroethylene Open-Top Vapor Degreasing Unit Emissions....... 723
830   Table_Apx N-7. Distribution of Trichloroethylene Conveyorized Degreasing Unit Emissions............ 724
831   Table_Apx N-8. Distribution of Trichloroethylene Web Degreasing Unit Emissions......................... 725
832   Table_Apx N-9. Distribution of Trichloroethylene Cold Cleaning Unit Emissions ............................ 725
833   Table_Apx N-10. Distribution of Trichloroethylene Open-Top Vapor Degreasing Operating Hours.... 725
834   Table_Apx N-11. Distribution of Trichloroethylene Conveyorized Degreasing Operating Hours........ 725
835   Table_Apx N-12. Distribution of Trichloroethylene Web Degreasing Operating Hours ..................... 726
836   Table_Apx N-13. Distribution of Trichloroethylene Cold Cleaning Operating Hours ....................... 726

837     Table_Apx O-1. Summary of Parameter Values and Distributions Used in the Brake Servicing Near-
838         Field/Far-Field Inhalation Exposure Model.................................................................. 733
839     Table_Apx O-2. Summary of Trichloroethylene-Based Aerosol Degreaser Formulations ................... 737
840     Table_Apx P-1. Summary of Parameter Values and Distributions Used in the Spot Cleaning ............ 744
841     Table_Apx P-2. Composite Distribution of Dry Cleaning Facility Floor Areas .................................... 747
842     Table_Apx Q-1. Summary of Worker Inhalation Exposure Monitoring Data from TCE Manufacturing
843         .................................................................................................................................... 750
844     Table_Apx Q-2. Summary of OCPSF Effluent Limitations for Trichloroethylene .............................. 751
845     Table_Apx Q-3. Reported Water Releases of Trichloroethylene from Manufacturing Sites Reporting to
846         2016 TRI ...................................................................................................................... 752
847     Table_Apx Q-4. Estimated Water Releases of Trichloroethylene from Manufacturing Sites Not
848         Reporting to 2016 TRI ................................................................................................. 753
849     Table_Apx Q-5. Summary of Worker Inhalation Exposure Surrogate Monitoring Data from TCE Use as
850         a Reactant .................................................................................................................... 754
851     Table_Apx Q-6. Water Release Estimates for Sites Using TCE as a Reactant ..................................... 754
852     Table_Apx Q-7. Summary of Worker Inhalation Exposure Monitoring Data for Unloading TCE During
853         Formulation of Aerosol and Non-Aerosol Products ....................................................... 755
854     Table_Apx Q-8. Summary of Worker Inhalation Exposure Monitoring Data for Unloading/Loading TCE
855         from Bulk Containers ................................................................................................... 756
856     Table_Apx Q-9. Reported Water Releases of Trichloroethylene from Sites Repackaging TCE ........... 757
857     Table_Apx Q-10. Summary of Worker Inhalation Exposure Monitoring Data for Batch Open-Top Vapor
858         Degreasing .................................................................................................................. 758
859     Table_Apx Q-11. Summary of Exposure Modeling Results for TCE Degreasing in OTVDs ............... 760
860     Table_Apx Q-12. Reported Water Releases of Trichloroethylene from Sites Using TCE in Open-Top
861         Vapor Degreasing ........................................................................................................ 760
862     Table_Apx Q-13. Summary of Worker Inhalation Exposure Monitoring Data for Batch Closed-Loop
863         Vapor Degreasing ........................................................................................................ 764
864     Table_Apx Q-14. Summary of Worker Inhalation Exposure Monitoring Data for Conveyorized Vapor
865         Degreasing .................................................................................................................. 765
866     Table_Apx Q-15. Summary of Exposure Modeling Results for TCE Degreasing in Conveyorized
867         Degreasers ................................................................................................................... 767
868     Table_Apx Q-16. Summary of Exposure Modeling Results for TCE Degreasing in Web Degreasers . 769
869     Table_Apx Q-17. Summary of Exposure Modeling Results for Use of Trichloroethylene in Cold
870         Cleaning ...................................................................................................................... 771
871     Table_Apx Q-18. Summary of Worker and Occupational Non-User Inhalation Exposure Modeling
872         Results for Aerosol Degreasing .................................................................................... 773
873     Table_Apx Q-19. Summary of Worker Inhalation Exposure Monitoring Data for TCE Use in
874         Metalworking Fluids .................................................................................................... 774
875     Table_Apx Q-20. ESD Exposure Estimates for Metalworking Fluids Based on Monitoring Data ....... 775
876     Table_Apx Q-21. Summary of Exposure Results for Use of TCE in Metalworking Fluids Based on ESD
877         Estimates .................................................................................................................... 775
878     Table_Apx Q-22. Summary of Worker Inhalation Exposure Monitoring Data for
879         Adhesives/Paints/Coatings........................................................................................... 776
880     Table_Apx Q-23. Reported Water Releases of Trichloroethylene from Sites Using TCE in Adhesives,
881         Sealants, Paints and Coatings ...................................................................................... 777
882     Table_Apx Q-24. Summary of Occupational Exposure Surrogate Monitoring Data for Unloading TCE
883         During Other Industrial Uses ....................................................................................... 781
884     Table_Apx Q-25. Reported Water Releases of Trichloroethylene from Other Industrial Uses............. 782

885  Table_Apx Q-26. Summary of Worker Inhalation Exposure Monitoring Data for Spot Cleaning Using
886      TCE ..................................................................................................................... 783
887  Table_Apx Q-27. Summary of Exposure Modeling Results for Spot Cleaning Using TCE ................ 785
888  Table_Apx Q-28. Reported Water Releases of Trichloroethylene from Sites Using TCE Spot Cleaning
889      ............................................................................................................................. 785
890  Table_Apx Q-29. Summary of Exposure Monitoring Data for Use as a Processing Aid ..................... 786
891  Table_Apx Q-30. Reported Water Releases of Trichloroethylene from Industrial Processing Aid Sites
892      Using TCE ............................................................................................................ 787
893  Table_Apx Q-31. Summary of Worker Inhalation Exposure Monitoring Data for High Speed Printing
894      Presses .................................................................................................................. 788
895  Table_Apx Q-32. Reported Water Releases of Trichloroethylene from Commercial Printing and
896      Copying ................................................................................................................ 788
897  Table_Apx Q-33. Reported Water Releases of Trichloroethylene from Other Commercial Uses in the
898      2016 DMR ............................................................................................................ 789
899  Table_Apx Q-34. Estimated Water Releases of Trichloroethylene from Disposal/Recycling of TCE.. 790
900
901
902
903

## LIST OF APPENDIX FIGURES

Figure_Apx D-1. Elasticities (≥ 0.05) for Parameters Applied in E1 .................................................... 560
Figure_Apx D-2. Elasticities (≥ 0.05) for Parameters Applied in E3 .................................................... 561
Figure_Apx D-3. Elasticities (≥ 0.05) for Parameters Applied in P_DER2b ........................................ 562
Figure_Apx E-1. SSD Toolbox interface showing HC$_{05}$S and P values for each distribution and fitting
          method using TCE's acute hazard data (Etterson, 2020)................................................. 569
Figure_Apx E-2. AIC$_c$ for the five distribution options in the SSD Toolbox for TCE's acute hazard data
          (Etterson, 2020) .................................................................................................... 570
Figure_Apx E-3. All distributions and fitting methods in the SSD Toolbox for TCE's acute hazard data
          (Etterson, 2020) .................................................................................................... 571
Figure_Apx E-4. TCE's acute hazard data fit with the normal, logistic, triangular, Gumbel, and Burr
          distributions fit with maximum likelihood in the SSD Toolbox (Etterson, 2020)........... 572
Figure_Apx E-5. SSD Toolbox interface and list of HC$_{05}$S for each distribution and fitting method using
          TCE's algae hazard data (Etterson, 2020)................................................................... 577
Figure_Apx E-6. AICc Table for algae hazard data (Etterson, 2020) ................................................... 578
Figure_Apx E-7. All distributions and fitting methods in the SSD Toolbox for TCE's algae hazard data
          (Etterson, 2020)..................................................................................................... 579
Figure_Apx E-8. TCE algae data fit with all distributions using the maximum likelihood fitting method
          (Etterson, 2020)..................................................................................................... 580
Figure_Apx H-1. Plot of Incidence by Applied Dose (ppm) with Fitted Curve for Log-Probit Model for
          Mortality from Introduced Infection in Mice Following Inhalation Exposure to TCE
          (Selgrade and Gilmour 2010); BMR = 10% Extra Risk .................................................. 660
Figure_Apx H-2. Plot of Incidence by Applied Dose (ppm) with Fitted Curve for Log-Probit Model for
          Mortality from Introduced Infection in Mice Following Inhalation Exposure to TCE
          (Selgrade and Gilmour 2010); BMR = 5% Extra Risk .................................................... 662
Figure_Apx H-3. Plot of Incidence by Applied Dose (ppm) with Fitted Curve for Log-Probit Model for
          Mortality from Introduced Infection in Mice Following Inhalation Exposure to TCE
          (Selgrade and Gilmour 2010); BMR = 1% Extra Risk .................................................... 665
Figure_Apx H-4. Plot of Incidence by Dose (ppm) with Fitted Curve for Probit Model for Number of
          Mice Infected at 72 Hours after Infection Following Inhalation Exposure to TCE
          (Selgrade and Gilmour 2010); BMR = 10% Extra Risk .................................................. 668
Figure_Apx H-5. Plot of Incidence by Internal Dose with Fitted Curve for Log-Probit Model for
          Mortality from Selgrade and Gilmour 2010; BMR = 10% Extra Risk............................ 670
Figure_Apx H-6. Plot of Incidence by Internal Dose with Fitted Curve for Log-Probit Model for
          Mortality from Selgrade and Gilmour 2010; BMR = 5% Extra Risk.............................. 671
Figure_Apx H-7. Plot of Incidence by Internal Dose with Fitted Curve for Log-Probit Model for
          Mortality from Selgrade and Gilmour 2010; BMR = 1% Extra Risk.............................. 672
Figure_Apx J-1. Distribution of default (resting) respiration rates compared to occupational respiratory
          rate........................................................................................................................ 677
Figure_Apx K-1. Fixed-effects model, overall association of NHL and exposure to TCE................... 684
Figure_Apx K-2. Random-effects model, overall association of NHL and exposure to TCE. ............. 685
Figure_Apx K-3. Fixed-effects model, association of NHL and high exposure to TCE...................... 685
Figure_Apx K-4. Random-effects model, association of NHL and high exposure to TCE. ................. 686
Figure_Apx K-5. Fixed-effects model, overall association of kidney cancer and............................... 687
Figure_Apx K-6. Random-effects model, overall association of kidney cancer and ........................... 687
Figure_Apx K-7. Fixed-effects model, overall association of liver cancer and .................................. 688
Figure_Apx K-8. Random-effects model, overall association of liver cancer and............................... 689

Figure_Apx K-9. Fixed-effects model, overall association of NHL and exposure to TCE, study of Vlaanderen et al. (2013) omitted. ................................................................................. 692

Figure_Apx K-10. Fixed-effects model, association of NHL and high exposure to TCE, study of Vlaanderen et al. (2013) omitted. ................................................................................. 692

Figure_Apx K-11. Fixed-effects model, overall association of kidney cancer and.............................. 693

Figure_Apx K-12. Fixed-effects model, overall association of liver cancer and ................................ 693

Figure_Apx K-13. Fixed-effects model, overall association of NHL and.............................................. 694

Figure_Apx K-14. Fixed-effects model, overall association of kidney cancer and.............................. 695

Figure_Apx K-15. Fixed-effects model, overall association of liver cancer and ................................ 695

Figure_Apx K-16. Funnel plots for publication bias. ......................................................................... 697

Figure_Apx N-1. The Near-Field/Far-Field Model as Applied to the Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model and the Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model................................................................................. 712

Figure_Apx N-2. The Near-Field/Far-Field Model as Applied to the Conveyorized Degreasing Near-Field/Far-Field Inhalation Exposure Model................................................................. 713

Figure_Apx N-3. The Near-Field/Far-Field Model as Applied to the Web Degreasing Near-Field/Far-Field Inhalation Exposure Model................................................................................. 713

Figure_Apx O-1. The Near-Field/Far-Field Model as Applied to the Brake Servicing Near-Field/Far-Field Inhalation Exposure Model................................................................................. 728

Figure_Apx P-1. The Near-Field/Far-Field Model as Applied to the Spot Cleaning Near-Field/Far-Field Inhalation Exposure Model................................................................................. 740

Figure_Apx Q-1. Schematic of the Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model ................................................................................................ 759

Figure_Apx Q-2. Belt/Strip Conveyorized Vapor Degreasing Schematic of the Conveyorized Degreasing Near-Field/Far-Field Inhalation Exposure Model ....................................... 766

Figure_Apx Q-3. Schematic of the Web Degreasing Near-Field/Far-Field Inhalation Exposure Model ............................................................................................................................... 768

Figure_Apx Q-4. Schematic of the Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model.. 770

Figure_Apx Q-5. Schematic of the Near-Field/Far-Field Model for Aerosol Degreasing.................... 773

Figure_Apx Q-6. Schematic of the Near-Field/Far-Field Model for Spot Cleaning............................. 784

Figure_Apx R-1. Mass Balance for Trichloroethylene.......................................................................... 801

## ACKNOWLEDGEMENTS

This report was developed by the United States Environmental Protection Agency (EPA), Office of Chemical Safety and Pollution Prevention (OCSPP), Office of Pollution Prevention and Toxics (OPPT).

**Acknowledgements**

The EPA Assessment Team gratefully acknowledges participation and/or input from Intra-agency reviewers that included multiple offices within EPA, Inter-agency reviewers that included multiple Federal agencies, and assistance from EPA contractors: GDIT (Contract No. CIO-SP3, HHSN316201200013W), ERG (Contract No. EP-W-12-006),Versar (Contract No. EP-W-17-006), ICF (Contract No. EPC14001 and 68HERC19D0003), SRC (Contract No. EP-W-12-003 and 68HERH19D0022), and Abt Associates (Contract No. EPW-16-009).

Special acknowledgement is given for PBPK modeling support from EPA Office of Research and Development (ORD), especially Todd Zurlinden for his derivation of internal doses and Human Equivalent Concentrations/Doses for (Selgrade and Gilmour, 2010) and (Keil et al., 2009). Additional acknowledgements are provided to Amanda Persad, Audrey Galizia,  Barbara Glenn, Channa Keshava, Nagalakshmi Keshava, Rebecca Nachman and Suryanarayana Vulimiri for study quality evaluation and systematic review support; George Woodall for exposure response array; and Thomas Bateson for the cancer meta-analysis.

EPA also acknowledges the contributions of Masashi Ando from the National Institute of Technology and Evaluation (NITE) in Japan for his contribution to the systematic review of environmental exposure data.

**Docket**

Supporting information can be found in public docket (Docket: EPA-HQ-OPPT-2019-0500).

**Disclaimer**

Reference herein to any specific commercial products, process or service by trade name, trademark, manufacturer or otherwise does not constitute or imply its endorsement, recommendation or favoring by the United States Government.

**Authors/Contributors**

Sheila Canavan (Division Director), Stan Barone (Deputy Division Director), Nhan Nguyen (Management Lead), Yvette Selby-Mohamadu (Management Lead), Keith Jacobs (Staff Lead), Rehan Choudhary (prior Staff co-Lead), Heidi Bethel (prior Staff co-Lead), Stephanie Sarraino, Kara Koehrn, Sheila Xiah Kragie, Franklyn Hall, Wen-Hsiung Lee, Toni Krasnic, Katie McNamara, Niva Kramek, Lynne Blake-Hedges, Shannon Rebersak, Caitlin Briere, Sue Makris, Sue Euling, Zaida Figueroa, Bryan Lobar, Matt Etterson, Dave Lynch, Ryan Sullivan, Laura Krnavek, Yashfin Mahid, Mitchell Sumner

## ABBREVIATIONS

| | | |
|---|---|---|
| 1025 | °C | Degrees Celsius |
| 1026 | $\varepsilon_0$ | Vacuum Permittivity |
| 1027 | ACGIH | American Conference of Governmental Industrial Hygienists |
| 1028 | AEGL | Acute Exposure Guideline Level |
| 1029 | ADD | Average Daily Dose |
| 1030 | AF | Assessment Factor |
| 1031 | APF | Assigned Protection Factor |
| 1032 | AQS | Air Quality System |
| 1033 | ATCM | Airborne Toxic Control Measure |
| 1034 | atm | Atmosphere(s) |
| 1035 | ATSDR | Agency for Toxic Substances and Disease Registries |
| 1036 | BAF | Bioaccumulation Factor |
| 1037 | BCF | Bioconcentration Factor |
| 1038 | BIOWIN | The EPI Suite™ module that predicts biodegradation rates |
| 1039 | $BW^{3/4}$ | body weight$^{3/4}$ |
| 1040 | CAA | Clean Air Act |
| 1041 | CARB | California Air Resources Board |
| 1042 | CASRN | Chemical Abstracts Service Registry Number |
| 1043 | CBI | Confidential Business Information |
| 1044 | CCR | California Code of Regulations |
| 1045 | CDC | Centers for Disease Control and Prevention |
| 1046 | CDR | Chemical Data Reporting |
| 1047 | CEHD | Chemical Exposure Health Data |
| 1048 | CEM | Consumer Exposure Model |
| 1049 | CEPA | Canadian Environmental Protection Act |
| 1050 | CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| 1051 | CFC | Chlorofluorocarbon |
| 1052 | CFR | Code of Federal Regulations |
| 1053 | CH | Chloral Hydrate |
| 1054 | CHD | Congenital Heart Defects |
| 1055 | CHIRP | Chemical Risk Information Platform |
| 1056 | ChV | Chronic Value |
| 1057 | cm$^3$ | Cubic Centimeter(s) |
| 1058 | CNS | Central Nervous System |
| 1059 | COC | Concentration of Concern |
| 1060 | COU | Conditions of Use |
| 1061 | CPCat | Chemical and Product Categories |
| 1062 | CSCL | Chemical Substances Control Law |
| 1063 | CWA | Clean Water Act |
| 1064 | CYP | Cytochrome P450 |
| 1065 | DCA | Dichloroacetic acid |
| 1066 | DCE | Dichloroethylene |
| 1067 | DCVC | S-dichlorovinyl-L-cysteine |
| 1068 | DCVG | S-dichlorovinyl-glutathione |
| 1069 | DEVL | Dermal Exposure to Volatile Liquids |
| 1070 | DIY | Do-It-Yourself |
| 1071 | DMR | Discharge Monitoring Report |

| 1072 | EC$_{50}$ | Effect concentration at which 50% of test organisms exhibit an effect |
| 1073 | ECCC | Environment and Climate Change Canada |
| 1074 | ECHA | European Chemicals Agency |
| 1075 | EDC | Ethylene Dichloride |
| 1076 | E-FAST | Exposure and Fate Assessment Screening Tool |
| 1077 | EG | Effluent Guidelines |
| 1078 | EPA | Environmental Protection Agency |
| 1079 | EPCRA | Emergency Planning and Community Right-to-Know Act |
| 1080 | EPI Suite™ | Estimation Program Interface Suite™ |
| 1081 | ESD | Emission Scenario Document |
| 1082 | EU | European Union |
| 1083 | FDA | Food and Drug Administration |
| 1084 | FFDCA | Federal Food, Drug, and Cosmetic Act |
| 1085 | FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| 1086 | FR | Federal Register |
| 1087 | g | Gram(s) |
| 1088 | GACT | Generally Available Control Technology |
| 1089 | GS | Generic Scenario |
| 1090 | GSH | Glutathione |
| 1091 | GST | Glutathione-S-transferase |
| 1092 | HAP | Hazardous Air Pollutant |
| 1093 | HCFC | Hydrochlorofluorocarbon |
| 1094 | HCl | Hydrochloric Acid |
| 1095 | HC$_{05}$ | Hazardous Concentration threshold for 5% of species in a Species Sensitivity Distribution |
| 1096 | HEC | Human Equivalent Concentration |
| 1097 | HED | Human Equivalent Dose |
| 1098 | HFC | Hydrofluorocarbon |
| 1099 | HHE | Health Hazard Evaluation |
| 1100 | HPV | High Production Volume |
| 1101 | Hr | Hour |
| 1102 | IARC | International Agency for Research on Cancer |
| 1103 | ICIS | Integrated Compliance Information System |
| 1104 | IDLH | Immediately Dangerous to Life and Health |
| 1105 | IMIS | Integrated Management Information System |
| 1106 | IRIS | Integrated Risk Information System |
| 1107 | ISHA | Industrial Safety and Health Act |
| 1108 | ISOR | Initial Statement of Reasons |
| 1109 | IUR | Inhalation Unit Risk |
| 1110 | K$_{oc}$ | Soil Organic Carbon-Water Partitioning Coefficient |
| 1111 | K$_{ow}$ | Octanol/Water Partition Coefficient |
| 1112 | kg | Kilogram(s) |
| 1113 | L | Liter(s) |
| 1114 | lb | Pound(s) |
| 1115 | LC$_{50}$ | Lethal Concentration at which 50% of test organisms die |
| 1116 | LOAEL | Lowest-observed-adverse-effect-level |
| 1117 | LOEC | Lowest-observable-effect Concentration |
| 1118 | m$^3$ | Cubic Meter(s) |
| 1119 | MACT | Maximum Achievable Control Technology |

| 1120 | MATC | Maximum Acceptable Toxicant Concentration |
| 1121 | MCCEM | Multi-Chamber Concentration and Exposure Model |
| 1122 | MCL | Maximum Contaminant Level |
| 1123 | MCLG | Maximum Contaminant Level Goal |
| 1124 | mg | Milligram(s) |
| 1125 | mmHg | Millimeter(s) of Mercury |
| 1126 | MOA | Mode of Action |
| 1127 | mPa·s | Millipascal(s)-Second |
| 1128 | MSDS | Material Safety Data Sheet |
| 1129 | MSW | Municipal Solid Waste |
| 1130 | NAICS | North American Industry Classification System |
| 1131 | NATA | National Scale Air-Toxics Assessment |
| 1132 | NCEA | National Center for Environmental Assessment |
| 1133 | NICNAS | Australia National Industrial Chemicals Notification and Assessment Scheme |
| 1134 | NCI | National Cancer Institute |
| 1135 | NCP | National Contingency Plan |
| 1136 | NEI | National Emissions Inventory |
| 1137 | NESHAP | National Emission Standards for Hazardous Air Pollutants |
| 1138 | NHANES | National Health and Nutrition Examination Survey |
| 1139 | NICNAS | National Industrial Chemicals Notification and Assessment Scheme |
| 1140 | NIH | National Institute of Health |
| 1141 | NICNAS | National Industrial Chemicals Notification and Assessment Scheme |
| 1142 | NIOSH | National Institute for Occupational Safety and Health |
| 1143 | NITE | National Institute of Technology and Evaluation |
| 1144 | NOAEL | No-Observed-Adverse-Effect-Level |
| 1145 | NOEC | No-observable-effect Concentration |
| 1146 | NPDES | National Pollutant Discharge Elimination System |
| 1147 | NPDWR | National Primary Drinking Water Regulation |
| 1148 | NRC | National Research Council |
| 1149 | NTP | National Toxicology Program |
| 1150 | NWIS | National Water Information System |
| 1151 | OCPSF | Organic Chemicals, Plastics and Synthetic Fibers |
| 1152 | OCSPP | Office of Chemical Safety and Pollution Prevention |
| 1153 | OECD | Organization for Economic Co-operation and Development |
| 1154 | OEHHA | Office of Environmental Health Hazard Assessment |
| 1155 | OES | Occupational Exposure Scenario |
| 1156 | OEL | Occupational Exposure Limits |
| 1157 | ONU | Occupational Non-User |
| 1158 | OPPT | Office of Pollution Prevention and Toxics |
| 1159 | OR | Odds Ratio |
| 1160 | OSH(A) | Occupational Safety and Health (Administration) |
| 1161 | OSF | Oral Slope Factor |
| 1162 | OST | Office of Science and Technology |
| 1163 | OTVD | Open-Top Vapor Degreaser |
| 1164 | OW | Office of Water |
| 1165 | PBPK | Physiologically-Based Pharmacokinetic |
| 1166 | PBZ | Personal Breathing Zone |
| 1167 | PCE | Tetrachloroethylene |

| 1168 | PF | Protection Factor (for gloves) |
| 1169 | PECO | Population, Exposure, Comparator, and Outcome |
| 1170 | PEL | Permissible Exposure Limit |
| 1171 | PESS | Potentially Exposed or Susceptible Subpopulations |
| 1172 | POD | Point of Departure |
| 1173 | POTW | Publicly Owned Treatment Works |
| 1174 | ppb | Part(s) per Billion |
| 1175 | PPE | Personal Protective Equipment |
| 1176 | ppm | Part(s) per Million |
| 1177 | PSD | Particle Size Distribution |
| 1178 | PV | Production Volume |
| 1179 | QC | Quality Control |
| 1180 | QSAR | Quantitative Structure Activity Relationship |
| 1181 | RCRA | Resource Conservation and Recovery Act |
| 1182 | REACH | Registration, Evaluation, Authorisation and Restriction of Chemicals |
| 1183 | REL | Relative Exposure Limit |
| 1184 | RR | Relative Risk |
| 1185 | RTR | Risk and Technology Review |
| 1186 | SDS | Safety Data Sheet |
| 1187 | SDWA | Safe Drinking Water Act |
| 1188 | SIDS | Screening Information Dataset |
| 1189 | SNUN | Significant New Use Notice |
| 1190 | SNUR | Significant New Use Rule |
| 1191 | SOCMI | Synthetic Organic Chemical Manufacturing Industry |
| 1192 | SPARC | SPARC Performs Automated Reasoning in Chemistry |
| 1193 | SpERC | Specific Environmental Release Categories |
| 1194 | STEL | Short-Term Exposure Limit |
| 1195 | STP model | Sewage Treatment Plant model |
| 1196 | STORET | STOrage and RETrieval |
| 1197 | SSD | Species Sensitivity Distribution |
| 1198 | TCCR | Transparent, clear, consistent, and reasonable |
| 1199 | TCA | Trichloroacetic acid |
| 1200 | TCE | Trichloroethylene |
| 1201 | TCOH | Trichloroethanol |
| 1202 | TCOG | Trichloroethanol, gluuronide conjugate |
| 1203 | TNSSS | Targeted National Sewage Sludge Survey |
| 1204 | TLV | Threshold Limit Value |
| 1205 | TRI | Toxics Release Inventory |
| 1206 | TSCA | Toxic Substances Control Act |
| 1207 | TWA | Time Weighted Average |
| 1208 | UIC | Underground Injection Control |
| 1209 | U.S. | United States |
| 1210 | UV | Ultraviolet |
| 1211 | USGS | United States Geological Survey |
| 1212 | VOC | Volatile Organic Compound |
| 1213 | VP | Vapor Pressure |
| 1214 | Yr | Year(s) |
| 1215 | | |

## EXECUTIVE SUMMARY

This Risk Evaluation for trichloroethylene was performed in accordance with the Frank R. Lautenberg Chemical Safety for the 21st Century Act. The Frank R. Lautenberg Chemical Safety for the 21st Century Act amended the Toxic Substances Control Act (TSCA), the Nation's primary chemicals management law, in June 2016. Under the amended statute, EPA is required, under TSCA Section 6(b), to conduct Risk Evaluations to determine whether a chemical substance presents unreasonable risk of injury to health or the environment, under the conditions of use, without consideration of costs or other non-risk factors, including an unreasonable risk to potentially exposed or susceptible subpopulations, identified as relevant to the Risk Evaluation. Also, as required by TSCA Section (6)(b), EPA established, by rule, a process to conduct these Risk Evaluations: *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726), the "Risk Evaluation Rule." This Risk Evaluation is in conformance with TSCA Section 6(b), and the Risk Evaluation Rule, and is to be used to inform risk management decisions under TSCA. In accordance with TSCA Section 6(b), if EPA finds unreasonable risk from a chemical substance under its conditions of use in any final Risk Evaluation, the Agency will propose actions to address those risks within the timeframe required by TSCA. However, any proposed or final determination that a chemical substance presents unreasonable risk under TSCA Section 6(b) is not the same as a finding that a chemical substance is "imminently hazardous" under TSCA Section 7. The conclusions, findings, and determinations in this final Risk Evaluation are for the purpose of identifying whether the chemical substance presents unreasonable risk or no unreasonable risk under the conditions of use, in accordance with TSCA Section 6, and are not intended to represent any findings under TSCA Section 7.

TSCA Section 26(h) and (i) require EPA to use scientific information, technical procedures, measures, methods, protocols, methodologies and models consistent with the best available science and to base its decisions on the weight of the scientific evidence (also referred to as WOE).[1] To meet these TSCA Section 26 science standards, EPA used the TSCA systematic review process described in the *Application of Systematic Review in TSCA Risk Evaluations* document (U.S. EPA, 2018b). The data collection, evaluation, and integration stages of the systematic review process are used to develop the exposure, fate, and hazard assessments for Risk Evaluations under TSCA.

Trichloroethylene has a wide-range of uses in consumer and commercial products and in industry. An estimated 83.6% of TCE's annual production volume is used as an intermediate in the manufacture of the hydrofluorocarbon, HFC-134a, an alternative to the refrigerant chlorofluorocarbon, CFC-12. Another 14.7% of TCE production volume is used as a degreasing solvent, leaving approximately 1.7% for other uses. The total aggregate production volume decreased from 220.5 to 171.9 million pounds between 2012 and 2015.

EPA evaluated TCE's occupational conditions of use (COUs), including the following categories: manufacture; import; processing as a reactant/intermediate; incorporation into formulation; mixture or reaction product; incorporated into articles; repackaging; recycling; distribution; solvents for cleaning and degreasing; lubricants and greases; adhesives and sealants; functional fluids in a closed system; paints and coatings; cleaning and furniture care products; laundry and dishwashing products; arts, crafts

---

[1] Weight of the scientific evidence means a systematic review method, applied in a manner suited to the nature of the evidence or decision, that uses a pre-established protocol to comprehensively, objectively, transparently, and consistently identify and evaluate each stream of evidence, including strengths, limitations, and relevance of each study and to integrate evidence as necessary and appropriate based upon strengths, limitations, and relevance.

1259  and hobby materials; corrosion inhibitors and anto-scaling agents; processing aids; ink, toner, and
1260  colorant products; automotive care products; apparel and footwear care products; other uses; and
1261  disposal. Consumer COU categories are the following: solvents for cleaning and degreasing; lubricants
1262  and greases; adhesives and sealants; cleaning and furniture care products; arts, crafts, and hobby
1263  materials; apparel and footwear care products; and other consumer uses. Consistent with the decision at
1264  the Problem Formulation stage (U.S. EPA, 2018d), EPA has excluded consumer uses of paint and
1265  coatings from the scope of the evaluation. Trichloroethylene is subject to federal and state regulations
1266  and reporting requirements. Trichloroethylene has been a reportable Toxics Release Inventory (TRI)
1267  chemical under Section 313 of the Emergency Planning and Community Right-to-Know Act (EPCRA)
1268  since 1987. It is designated as a Hazardous Air Pollutant (HAP) under the Clean Air Act (CAA), is a
1269  hazardous substance under the Comprehensive Environmental Response, Compensation and Liability
1270  Act (CERCLA), and is regulated as a hazardous waste under the Resource Conservation and Recovery
1271  Act (RCRA). It is subject to National Primary Drinking Water Regulations (NPDWR) under the Safe
1272  Drinking Water Act (SDWA) and designated as a toxic pollutant under the Clean Water Act (CWA) and
1273  as such is subject to effluent limitations. Under TSCA, EPA previously assessed risks from use of
1274  trichloroethylene in commercial solvent degreasing (aerosol and vapor), consumer use as a spray applied
1275  protective coating for arts and crafts and commercial use as a spot remover at dry cleaning facilities
1276  (U.S. EPA, 2014b). In this final Risk Evaluation, EPA evaluated the following categories of conditions
1277  of use: manufacturing, processing, distribution in commerce, industrial, commercial and consumer uses
1278  and disposal.[2]
1279
1280  *Approach*
1281  EPA used reasonably available information (defined in 40 CFR 702.33 in part as "information that
1282  EPA possesses, or can reasonably obtain and synthesize for use in Risk Evaluations, considering the
1283  deadlines . . . for completing the evaluation . . ."), in a fit-for-purpose approach, to develop a Risk
1284  Evaluation that relies on the best available science and is based on the weight of the scientific
1285  evidence. EPA used previous assessments, for example EPA's IRIS assessment, as a starting point for
1286  identifying key and supporting studies to inform the exposure, fate, and hazard assessments. EPA also
1287  evaluated other studies published since the publication of previous analyses. EPA reviewed the
1288  reasonably available information and evaluated the quality of the methods and reporting of results of
1289  the individual studies using the evaluation strategies described in *Application of Systematic Review in*
1290  *TSCA Risk Evaluations* (U.S. EPA, 2018b). To satisfy requirements in TSCA section 26(j)(4) and 40
1291  CFR 702.51(e), EPA has provided a list of studies considered in carrying out the Risk Evaluation and
1292  the results of those studies in several supplemental files (Appendix B).
1293
1294  In the Problem Formulation (U.S. EPA, 2018d), EPA identified the conditions of use within the scope
1295  of the Risk Evaluation and presented three conceptual models and an analysis plan. These have been
1296  carried into the final Risk Evaluation where EPA has evaluated the risk to the environment and human
1297  health, using both monitoring data and modeling approaches, for the conditions of use (identified in
1298  Section 1.4.1 of this Risk Evaluation).[3] EPA quantitatively evaluated the risk to aquatic species from

---

[2] Although EPA has identified both industrial and commercial uses here, for purposes of distinguishing scenarios in this
analysis, the Agency interprets the authority over "any manner or method of commercial use" under TSCA section 6(a)(5) to
reach both.
[3] EPA did not identify any "legacy uses" (i.e., circumstances associated with activities that do not reflect ongoing or
prospective manufacturing, processing, or distribution) or "associated disposal" (i.e., future disposal from legacy uses) of
TCE, as those terms are described in EPA's Procedures for Chemical Risk Evaluation Rule, 82 FR 33726, 33729 (July 20, 2017).  Therefore, no such
uses or disposals were added to the scope of the Risk Evaluation for TCE following the issuance of the opinion in *Safer
Chemicals, Healthy Families v. EPA*, 943 F.3d 397 (9th Cir. 2019).  EPA did not evaluate "legacy disposal" (i.e., disposals

1299  exposure to surface water as a result of the manufacturing, processing, use, or disposal of
1300  trichloroethylene. EPA evaluated the risk to workers from inhalation and dermal exposures, and
1301  occupational non-users (ONUs)[4] from inhalation exposures, by comparing the estimated exposures to
1302  acute and chronic human health hazards (*i.e.,* liver effects, kidney effects, neurological effects,
1303  immunological effects, reproductive effects, developmental effects, and acute overt toxicity). EPA also
1304  evaluated the risk to consumers from inhalation and dermal exposures, and bystanders from inhalation
1305  exposures, by comparing the estimated exposures to acute human health hazards (*i.e.,* immunological
1306  effects and developmental effects).
1307
1308  In this final Risk Evaluation, consistent with the analysis plan from the Problem Formulation, EPA
1309  conducted quantitative analyses for exposure pathways to aquatic organisms via surface water;
1310  sediment-dwelling organisms via sediment; workers and ONUs from industrial/commercial activities;
1311  consumers and bystanders from consumer activities; and workers and ONUs from waste handling,
1312  treatment, and disposal. During Problem Formulation, EPA conducted a qualitative screening-level
1313  analysis for other exposure pathways that were within the scope of the Risk Evaluation, including
1314  exposures to terrestrial and aquatic organisms exposed via soil, and land-applied biosolid pathways and
1315  exposures to terrestrial organisms exposed via surface water. EPA excluded ambient air, drinking water,
1316  land disposal, ambient water, and waste incineration pathways leading to exposures to the general
1317  population and terrestrial organisms from Risk Evaluation since those pathways are under the
1318  jurisdiction of other environmental statutes administered by EPA.
1319
1320  EPA reviewed the environmental hazard data using the data quality review evaluation metrics and the
1321  rating criteria described in the *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA,
1322  2018b). As stated in Section 3.1, the reasonably available environmental hazard data indicate that TCE
1323  presents hazard to aquatic organisms. For acute exposures, aquatic invertebrates are the most sensitive
1324  species with toxicity values ranging from 7.8 mg/L to 33.85 mg/L. For chronic exposures, toxicity
1325  values for fish and aquatic invertebrates are as low as 7.88 mg/L and 9.2 mg/L, respectively. The data
1326  also indicated that TCE presents hazard for aquatic plants, with toxicity values in algae as low as 0.03
1327  mg/L, and a wide range in toxicity between algae species. Algae are cellular organisms which will cycle
1328  through several generations in hours to days; therefore, the data for algae was assessed together
1329  regardless of duration rather than being categorized as acute or chronic. TCE is not expected to
1330  accumulate in aquatic organisms.
1331
1332  EPA evaluated exposures to trichloroethylene in occupational and consumer settings for the conditions
1333  of use included in the scope of the Risk Evaluation, listed in Section 1.4 (Scope of the Evaluation). In
1334  occupational settings, EPA evaluated acute and chronic inhalation exposures to workers and ONUs, and
1335  acute and chronic dermal exposures to workers. EPA used inhalation monitoring data from literature
1336  sources that met data evaluation criteria, where reasonably available. EPA also used modeling
1337  approaches, where reasonably available, to estimate potential inhalation exposures. Dermal doses for
1338  workers were estimated in occupational exposure scenarios since dermal monitoring data were not
1339  reasonably available. In consumer settings, EPA evaluated acute inhalation exposures to both consumers
1340  and bystanders, and acute dermal exposures to consumers. Inhalation exposures and dermal doses for
1341  consumers and bystanders in these scenarios were estimated since inhalation and dermal monitoring data
1342  were not reasonably available. These analyses are described in Section 2.3 of this Risk Evaluation.

---

that have already occurred) in the Risk Evaluation, because legacy disposal is not a "condition of use" under *Safer Chemicals*, 943 F.3d 397.
[4] ONUs are workers who do not directly handle trichloroethylene but perform work in an area where trichloroethylene is present.

EPA evaluated reasonably available information for human health hazards and identified hazard endpoints including acute and chronic toxicity for non-cancer effects and cancer, as described in Section 3.2. EPA used the *Framework for Human Health Risk Assessment to Inform Decision Making* (U.S. EPA, 2014a) to evaluate, extract, and integrate trichloroethylene's human health hazard and dose-response information. EPA reviewed key and supporting information from previous hazard assessments [TSCA Work Plan Chemical Risk Assessment Trichloroethylene: Degreasing, Spot Cleaning and Arts & Crafts Use (U.S. EPA, 2014b), Toxicological Review of Trichloroethylene (U.S. EPA, 2011e), and other national and international assessments listed in Table 1-2], however all data sources from prior assessments were independently reviewed for this Risk Evaluation. EPA also screened and evaluated relevant studies that were published since these reviews (*i.e.,* from 2010 – 2017, in addition to select studies published after completion of the literature search). Selected key and supporting studies from these prior assessments *[List of Key and Supporting Studies for Human Health Hazard. Docket # EPA-HQ-OPPT-2019-0500]* were considered together with newer literature for characterization of human health hazard.

EPA developed a hazard and dose-response analysis using endpoints observed in inhalation and oral hazard studies, evaluated the weight of the scientific evidence considering EPA and National Research Council (NRC) risk assessment guidance, and selected the points of departure (POD) for acute, chronic and non-cancer endpoints, and inhalation unit risk (IUR) and oral slope factors (OSF) for cancer risk estimates. Health hazards of TCE described and reviewed in this Risk Evaluation include: acute overt toxicity, liver toxicity, kidney toxicity, neurotoxicity, immunotoxicity (including sensitization), reproductive toxicity, developmental toxicity, and cancer. Following dose-response analysis, representative PODs were identified for multiple non-cancer endpoints within the domains of liver toxicity, kidney toxicity, neurotoxicity, immunotoxicity, reproductive toxicity, and developmental toxicity. From among these PODs, acute immunosuppression and chronic autoimmunity were identified as the best overall endpoints for establishing risk conclusions under TSCA in Section 4.5.2. While some other endpoints present lower PODs (developmental neurotoxicity from Fredriksson et al., 1993; congenital heart malformations from Johnson et al., 2003), there is lower confidence in the dose-response and extrapolation of results from those studies (Section 3.2.6.1.1) resulting in increased uncertainty surrounding the precision of the derived PODs for those endpoints. Therefore, EPA concluded that acute immunosuppression and chronic autoimmunity were the best overall non-cancer endpoints for use in Risk Evaluation under TSCA, based on the best available science and weight of the scientific evidence. The selection of these endpoints for use in risk conclusions was supported by the SACC peer review panel (https://www.regulations.gov/document?D=EPA-HQ-OPPT-2019-0500-0111).

For cancer, EPA performed meta-analyses in order to statistically evaluate the epidemiological data for non-Hodgkin Lymphoma (NHL), kidney cancer, and liver cancer. EPA utilized similar methodology as was employed in the 2011 EPA TCE IRIS Assessment (U.S. EPA, 2011e) and included sensitivity analyses, as needed, to partition the results based on both heterogeneity and study quality. See Appendix J for full details and results. The 2019 meta-analysis of all relevant studies examining kidney cancer, liver cancer, or NHL (Appendix J) concluded that there is a statistical significant association between TCE exposure and increased incidence of all three cancers. In accordance with EPA Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), EPA determined that TCE is "Carcinogenic to Humans." For context, this was the same conclusion as the previous EPA meta-analysis in the 2011 IRIS Assessment (U.S. EPA, 2011e), which evaluated older literature than the current assessment. Therefore, EPA utilized the same inhalation unit risk and oral slope factor estimates as were derived in (U.S. EPA, 2011e) and cited in the 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b). A linear

1391   non-threshold assumption was applied to the TCE cancer dose-response analysis because there is
1392   sufficient evidence that TCE-induced kidney cancer likely operates primarily through a mutagenic mode
1393   of action while it cannot be ruled out for the other two cancer types and positive associations were
1394   observed via meta-analysis for all three cancers in epidemiological studies based on low-level,
1395   environmental exposure levels.
1396
1397   *Risk Characterization*
1398   Environmental Risk: For environmental risk, EPA utilized a risk quotient (RQ) to compare the
1399   environmental concentration to the effect level to characterize the risk to aquatic and sediment-dwelling
1400   organisms. EPA included a qualitive assessment describing trichloroethylene exposure from land-
1401   applied biosolids and soil for terrestrial organisms. Trichloroethylene is not expected to accumulate in
1402   sediments, and is expected to be mobile in soil, and migrate to water or volatilize to air. The results of
1403   the risk characterization are in Section 4.1, including two tables (Table 4-1 and Table 4-4) that
1404   summarize the RQs for acute and chronic risks. Surface water concentrations of TCE were modeled for
1405   214 releases.
1406
1407   EPA identified the expected environmental exposures for aquatic species and sediment-dwelling
1408   species under the conditions of use in the scope of the Risk Evaluation. Estimated releases from
1409   specific facilities result in modeled surface water concentrations that exceed the aquatic benchmark
1410   (RQ ≥ 1) for either acute, chronic, and/ or algae concentrations of concern (COC) for the following
1411   conditions of use in various locations (see Table 4-1 and Table 4-4): processing as a reactant; open top
1412   vapor degreasing; repackaging; adhesives; sealants; paints and coatings; industrial processing aid;
1413   other industrial uses; other commercial uses; process solvent recycling and worker handling of wastes;
1414   and waste water treatment plants. Details of these estimates are in Section 4.1.2 and 4.1.3.
1415
1416   Qualitative consideration of the physical-chemical and fate characteristics, as well as consideration of
1417   the conditions of use for TCE indicated limited presence in terrestrial environments (Section 4.1.4).
1418   Therefore EPA did not find risks for terrestrial organisms.
1419
1420   Human Health Risks: Risks were estimated following both acute and chronic exposure for the most
1421   sensitive and robust endpoints from every hazard domain.
1422
1423   For workers and ONUs, EPA estimated potential cancer risk from chronic exposures to
1424   trichloroethylene using inhalation unit risk or dermal cancer slope factor values multiplied by the
1425   chronic exposure for each COU. For workers and ONUs, EPA also estimated potential non-cancer
1426   risks resulting from acute and chronic inhalation and dermal exposures using a Margin of Exposure
1427   (MOE) approach. For workers, EPA estimated risks using several occupational exposure scenarios,
1428   with scenario-specific assumptions regarding the expected use of personal protective equipment (PPE)
1429   for respiratory and dermal exposures for workers directly handling trichloroethylene (Table 4-9). More
1430   information on respiratory and dermal protection, including EPA's approach regarding the
1431   occupational exposure scenarios for trichloroethylene, is in Section 2.3.1.
1432
1433   For the majority of exposure scenarios, risks to workers were identified for multiple endpoints in both
1434   acute and chronic exposure scenarios. Based on the most robust and sensitive acute and chronic
1435   endpoints from each hazard domain, acute and chronic non-cancer and cancer risks were indicated for

all exposure scenarios and occupational conditions of use under high-end[5] inhalation exposure levels. Non-cancer risks following chronic exposure were also identified for all exposure scenarios at high-end exposure levels with expected use of respiratory protection up to Assigned Protection Factor (APF) = 50. When only considering the central tendency[6] inhalation exposure level, risks were not identified for three out of 18 occupational exposure scenarios. Acute and chronic non-cancer and cancer risks were indicated for all exposure scenarios and occupational conditions of use under both high-end and central tendency dermal exposure levels. Risks are still identified for all exposure scenarios (at high-end exposure levels following acute exposure and at both exposure levels following chronic exposure) when gloves are worn even when assuming the maximum applicable glove protection factor (either PF 10 or 20).

ONUs are expected to have lower exposure levels than workers in most instances but exposures could not always be quantified based on reasonably available data and risk estimates for ONUs may be similar to workers in some settings. Therefore, for those instances where monitoring data or modeling did not distinguish between worker and far-field ONU inhalation exposure estimates, EPA considered the worker exposure and risk estimates when determining far-field ONU risk. There is significant uncertainty in these ONU inhalation risk estimates. While the difference between the exposures of ONUs and the exposures of workers directly handling TCE generally cannot be quantified, ONU inhalation exposures are expected to be lower than inhalation exposures for workers directly handling the chemical. In these instances, EPA considered the ONU exposures to be equal to the central tendency risk estimates for workers when determining ONU risk attributable to inhalation. While this is likely health protective as it assumes ONU exposure is as high as it is for the majority of workers (greater numbers are likely to be exposed near the middle of the distribution), this is uncertain. Dermal exposures are not expected because ONUs do not typically directly handle TCE, nor are they in the immediate proximity of TCE.

Based on central-tendency exposure levels, acute and chronic non-cancer risks to ONUs were indicated for the majority of exposure scenarios. ONUs are not assumed to be using PPE to reduce exposures to trichloroethylene used in their vicinity. ONUs are not expected to be dermally exposed to trichloroethylene and therefore dermal risks to ONUs were not assessed. EPA's estimates for ONU risks for each occupational exposure scenario are presented alongside worker risk estimates in Section 4.2.2 and Table 4-59 in Section 4.5.2.1.

For consumers and bystanders for consumer use, EPA estimated non-cancer risks resulting from acute inhalation or dermal exposures (applicable to consumers only) that were modeled with a range of user intensities, described in detail in Section 2.3.2. Bystanders are assumed to not have direct dermal contact with TCE. Based on reasonably available information, EPA determined that consumers or bystanders would not use PPE and that all exposures would be acute, rather than chronic (Section 2.3.2.2).

For consumers, risks were identified for multiple acute endpoints at multiple user intensity levels for

---

[5] A high-end is assumed to be representative of occupational exposures that occur at probabilities above the 90th percentile but below the exposure of the individual with the highest exposure. EPA provided results at the 95th percentile when available.

[6] A central tendency is assumed to be representative of occupational exposures in the center of the distribution for a given condition of use. For Risk Evaluation, EPA used the 50th percentile (median), mean (arithmetic or geometric), mode, or midpoint values of a distribution as representative of the central tendency scenario.

all consumer conditions of use except Pepper Spray, which did not indicate risk for the best overall acute endpoint (immunosuppression). Acute risks were also indicated for most conditions of use for bystanders at both medium and high-intensity acute inhalation levels. EPA's estimates for consumer and bystander risks for each consumer use exposure scenario are presented in Section 4.2.3 and summarized in Table 4-60 in Section 4.5.2.2.

Uncertainties: Key assumptions and uncertainties in the environmental risk estimation include uncertainties regarding the hazard data for aquatic and sediment-dwelling species and surface water concentrations. Additionally the reasonably available environmental monitoring data were limited temporally and geographically.

For the human health risk estimation, key assumptions and uncertainties are related to data on exposures, exposure model input parameters, and the estimates for ONU inhalation exposures for COUs in which monitoring data or probabilistic modeling data were not reasonably available. Additional sources of uncertainty related to human health hazard include selection of the appropriate Physiologically-Based Pharmacokinetic (PBPK) dose-metric for each endpoint, the dose-response and POD derivation for the congenital heart defects (Johnson et al., 2003) and developmental neurotoxicity (Fredriksson et al., 1993) endpoints, and the adjustment of the cancer PODs to account for cancer at multiple sites. Assumptions and key sources of uncertainty in the risk characterization are detailed in Section 4.3.

EPA's assessments, risk estimations, and risk determinations accounted for uncertainties throughout the Risk Evaluation. EPA used reasonably available information, in a fit-for-purpose approach, to develop a Risk Evaluation that relies on the best available science and is based on the weight of the scientific evidence. For instance, systematic review was conducted to identify reasonably available information related to TCE hazards and exposures. If no applicable monitoring data were identified, exposure scenarios were assessed using a modeling approach that requires the input of various chemical parameters and exposure factors. When possible, default model input parameters were modified based on chemical-specific inputs available in literature databases. The consideration of uncertainties supports the Agency's risk determinations, each of which is supported by substantial evidence, as set forth in detail in later sections of this final Risk Evaluation.

Potentially Exposed or Susceptible Subpopulations (PESS): TSCA Section 6(b)(4) requires that EPA conduct a Risk Evaluation to "*determine whether a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the Risk Evaluation by the Administrator, under the conditions of use.*" TSCA Section 3(12) states that "*the term 'potentially exposed or susceptible subpopulation' means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly.*"

In developing the Risk Evaluation, EPA analyzed the reasonably available information to ascertain whether some human receptor groups may have greater exposure or greater susceptibility than the general population to the hazard posed by a chemical. For consideration of the potentially exposed groups, EPA considered trichloroethylene exposures to be higher among workers and consumer users using trichloroethylene along with ONUs and consumer bystanders in the vicinity of trichloroethylene use compared to general population (Section 2.3.3). Risk estimates were also provided separately for ONUs when sufficient data were reasonably available. EPA was unable to provide separate risk

estimates when insufficient information was reasonably available for quantifying ONU exposure. EPA considered the central tendency risk estimate when determining ONU risk for those conditions of use for which ONU exposures were not separately estimated. Consumer risk estimates were provided for low, medium, and high intensities of use, accounting for differences in duration, weight fraction, and mass used. Dermal risk estimates were calculated for both average adult workers and women of childbearing age. See additional discussions in Section 4.4.1. EPA's determinations for unreasonable risk are based on high-end exposure estimates for workers and high intensity use scenarios for consumers and bystanders in order to capture individuals who are PESS.

Factors affecting susceptibility examined in the available studies on TCE include lifestage, sex, genetic polymorphisms, race/ethnicity, preexisting health status, lifestyle factors, and nutrition status. Groups of individuals for which one or several of these factors apply may be considered PESS (Section 3.2.5.2). Additionally, based on the hazards identified from the available information, individuals that either have or are susceptible to kidney, liver, neurological, reproductive, or cancer health conditions are PESS. The use of the 99th percentile Human Equivalent Concentration/Dose (HEC/HED)$_{99}$ POD values derived from relevant (PBPK) dose metrics also account for the vast majority of toxicokinetic variation across the population. By relying on the 99[th] percentile output of the PBPK model, these values are expected to be protective of particularly susceptible subpopulations, including those with genetic polymorphisms resulting in increased activity of bioactivating enzymes. While there may not be a risk for all endpoints to all individuals or to an individual at all times, assessment of risks for all relevant endpoints using toxicokinetic values for the most sensitive 1% of the population is expected to sufficiently cover any particularly susceptible subpopulations. Inclusion of risk estimates for cardiac malformations accounts for susceptible mothers (Jenkins et al., 2007) and their offspring in addition to PESS groups with other susceptibilities including metabolic sensitivity due to increased enzymatic activity of cytochrome P450 2E1 (CYP2E1) (Cichocki et al. 2016; U.S. EPA, 2011e).

Aggregate and Sentinel Exposures: Section 2605(b)(4)(F)(ii) of TSCA requires the EPA, as a part of the Risk Evaluation, to describe whether aggregate or sentinel exposures under the conditions of use were considered and the basis for their consideration. The EPA has defined aggregate exposure as "*the combined exposures to an individual from a single chemical substance across multiple routes and across multiple pathways* (40 CFR Section 702.33)." Exposures to trichloroethylene were evaluated by inhalation and dermal routes separately. Inhalation and dermal exposures are assumed to occur simultaneously for workers and consumers. EPA chose not to employ simple additivity of exposure pathways at this time within a condition of use because of the uncertainties present in the current exposure estimation procedures. Without a PBPK model containing a dermal compartment to account for toxicokinetic processes the true internal dose for any given exposure cannot be determined, and aggregating exposures by simply adding exposures from multiple routes could inappropriately overestimate total exposure. Conversely, not aggregating exposures in any manner may potentially underestimate total exposure for a given individual.

The EPA defines sentinel exposure as "*the exposure to a single chemical substance that represents the plausible upper bound of exposure relative to all other exposures within a broad category of similar or related exposures* (40 CFR Section 702.33)." In this Risk Evaluation, the EPA considered sentinel exposure the highest exposure given the details of the conditions of use and the potential exposure scenarios. Sentinel exposures for workers are the high-end no PPE within each OES. EPA considered sentinel exposures in this Risk Evaluation by considering risks to populations who may have upper bound (*e.g.,* high-end, high intensities of use) exposures. In cases where sentinel exposures result in MOEs greater than the benchmark or cancer risk lower than the benchmark (*i.e.,* risks were not

1574  identified), EPA did no further analysis because sentinel exposures represent the worst-case scenario.
1575  EPA's decision for unreasonable risk are based on high-end exposure estimates to capture individuals
1576  with sentinel exposure.
1577
1578  Additional details on how aggregate and sentinel exposures were considered in this Risk Evaluation are
1579  provided in Section 4.4.2.
1580
1581  *Unreasonable Risk Determination*
1582  In each Risk Evaluation under TSCA Section 6(b), EPA determines whether a chemical substance
1583  presents an unreasonable risk of injury to health or the environment, under the conditions of use. The
1584  determination does not consider costs or other non-risk factors. In making this determination, EPA
1585  considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance
1586  on health and human exposure to such substance under the conditions of use (including cancer and non-
1587  cancer risks); the effects of the chemical substance on the environment and environmental exposure
1588  under the conditions of use; the population exposed (including any potentially exposed or susceptible
1589  subpopulations, as determined by EPA); the severity of hazard (including the nature of the hazard, the
1590  irreversibility of the hazard); and uncertainties. EPA also takes into consideration the Agency's
1591  confidence in the data used in the risk estimate. This includes an evaluation of the strengths, limitations,
1592  and uncertainties associated with the information used to inform the risk estimate and the risk
1593  characterization. The rationale for the risk determination is discussed in Section 5.2. The Agency's risk
1594  determinations are supported by substantial evidence, as set forth in detail in later sections of this final
1595  Risk Evaluation.
1596
1597  Unreasonable Risk of Injury to the Environment: EPA used a screening-level approach to integrate relevant
1598  pathways of environmental exposure with available environmental hazard data to evaluate unreasonable risk to
1599  relevant environmental receptors. EPA assessed environmental exposures derived from predicted and measured
1600  concentrations of TCE in surface water in the U.S. Specifically, the aquatic exposures associated with the
1601  industrial and commercial conditions of use were predicted through modeling, and the aquatic exposure
1602  assessment also includes an analysis of collected measured surface water concentrations from monitoring data.
1603  EPA considered the biological relevance of the species to determine the concentrations of concern for the
1604  location of surface water concentration data to produce risk quotients, as well as frequency and duration of the
1605  exposure. EPA determined that the evaluation does not support an unreasonable risk determination to aquatic
1606  organisms. For sediment-dwelling invertebrates, the toxicity of TCE is similar to the toxicity to aquatic
1607  invertebrates. Therefore, for sediment dwelling organisms the risk estimates, based on the highest ambient
1608  surface water concentration, do not support an unreasonable risk determination to sediment-dwelling organisms
1609  from acute or chronic exposures. TCE exposure to terrestrial organisms is expected to be low since physical-
1610  chemical properties do not support an exposure pathway from water and soil pathways to these organisms.
1611  The risk estimates, the environmental effects of TCE, the exposures, physical chemical properties of TCE, and
1612  consideration of uncertainties support EPA's determination that there is no unreasonable risk to the environment
1613  from all conditions of use of TCE.
1614
1615  Unreasonable Risks of Injury to Health: EPA's determination of unreasonable risk for specific
1616  conditions of use of TCE listed below are based on health risks to workers, occupational non-users,
1617  consumers, or bystanders from consumer use. TCE has a large database of human health toxicity data.
1618  For each hazard domain there are several endpoints, and often a single endpoint was examined by
1619  multiple studies. For acute exposures, EPA evaluated unreasonable risks of non-cancer effects
1620  (developmental toxicity and immunosuppression). For chronic exposures, EPA evaluated unreasonable

1621 risks of non-cancer effects (liver toxicity, kidney toxicity, neurotoxicity, autoimmunity, reproductive
1622 toxicity, and developmental toxicity) as well as cancer (liver, kidney, and non-Hodgkin Lymphoma).
1623 The drivers for EPA's determination of unreasonable risk are non-cancer effects (immunosuppression)
1624 from acute inhalation and dermal exposures, non-cancer effects (autoimmunity) from chronic inhalation
1625 and dermal exposures, and cancer from chronic inhalation and dermal exposures.
1626
1627 Unreasonable Risk of Injury to Health of the General Population: General population exposures to TCE
1628 may occur from all conditions of use via releases to air, water or land. During the course of the Risk
1629 Evaluation process for TCE, OPPT worked closely with the offices within EPA that administer and
1630 implement regulatory programs under the Clean Air Act (CAA), the Safe Drinking Water Act (SDWA),
1631 the Clean Water Act (CWA), the Comprehensive Environmental Response, Compensation, and Liability
1632 Act (CERCLA), and the Resource Conservation and Recovery Act (RCRA)). Through intra-agency
1633 coordination, EPA found exposures to the general population via surface water, drinking water, ambient
1634 air and sediment pathways are covered under the jurisdiction of other environmental statutes,
1635 administered by EPA, *i.e.,* CAA, SDWA, CWA, CERCLA, and RCRA. As explained in more detail in
1636 Section 1.4.2, EPA believes it is both reasonable and prudent to tailor TSCA Risk Evaluations when
1637 other EPA offices have expertise and experience to address specific environmental media, rather than
1638 attempt to evaluate and regulate potential exposures and risks from those media under TSCA. EPA
1639 believes that coordinated action on exposure pathways and risks addressed by other EPA-administered
1640 statutes and regulatory programs is consistent with the statutory text and legislative history, particularly
1641 as they pertain to TSCA's function as a "gap-filling" statute, and also furthers EPA aims to efficiently
1642 use Agency resources, avoid duplicating efforts taken pursuant to other Agency programs, and meet the
1643 statutory deadlines for completing Risk Evaluations. EPA has therefore tailored the scope of the Risk
1644 Evaluations for TCE using authorities in TSCA sections 6(b) and 9(b)(1). EPA did not evaluate risk to
1645 the general population from ambient air, water and disposal and pathways for any condition of use, and
1646 the unreasonable risk determinations do not account for exposures to the general population.
1647
1648 Unreasonable Risk of Injury to Health of Workers: EPA evaluated non-cancer effects from acute and
1649 chronic inhalation and dermal occupational exposures and cancer from chronic inhalation and dermal
1650 occupational exposures to determine if there was unreasonable risk of injury to workers' health. The
1651 drivers for EPA's determination of unreasonable risk for workers are non-cancer effects from acute
1652 (immunosuppression) and chronic (autoimmunity) inhalation and dermal exposures, and cancer from
1653 chronic inhalation and dermal exposures.
1654
1655 EPA generally assumes compliance with OSHA requirements for protection of workers including the
1656 implementation of the hierarchy of controls. In support of this assumption, EPA used reasonably
1657 available information indicating that some employers, particularly in the industrial setting, are providing
1658 appropriate engineering, administrative controls, or PPE to their employees consistent with OSHA
1659 requirements. EPA does not have reasonable available information to support this assumption for each
1660 condition of use; however, EPA does not believe that the Agency must presume, in the absence of such
1661 information, a lack of compliance with existing regulatory programs and practices. Rather, EPA assumes
1662 there is compliance with worker protection standards unless case-specific facts indicate otherwise, and
1663 therefore existing OSHA regulations for worker protection and hazard communication will result in use
1664 of appropriate PPE in a manner that achieves the stated APF or PF. EPA's decisions for unreasonable
1665 risk to workers are based on high-end exposure estimates, in order to account for the uncertainties
1666 related to whether or not workers are using PPE. Therefore, EPA's approach for evaluating risk to
1667 workers and ONUs is to use the reasonably available information and professional judgement to

1668 construct exposure scenarios that reflect the workplace practices involved in the conditions of use of the
1669 chemicals and address uncertainties regarding availability and use of PPE.
1670
1671 For each condition of use of TCE with an identified risk for workers, EPA assumes, as a baseline, the
1672 use of a respirator with an APF of 10 to 50. Similarly, EPA assumes the use of gloves with PF of 10 to
1673 20. However, EPA assumes that for some conditions of use, the use of appropriate respirators is not a
1674 standard industry practice, based on best professional judgement given the burden associated with the
1675 use of respirators, including the expense of the equipment and the necessity of fit-testing and training for
1676 proper use. Similarly, EPA does not assume that it is a standard industry practice that workers in some
1677 small commercial facilities (*e.g.,* those performing spot cleaning, wipe cleaning, shoe polishing, or hoof
1678 polishing; commercial printing and copying) have a respiratory protection program or regularly employ
1679 dermal protection. Therefore, the use of respirators and gloves is unlikely for workers in these facilities.
1680
1681 The unreasonable risk determinations reflect other risk factors, such as the severity of the effects
1682 associated with the occupational exposures to TCE and incorporate consideration of the PPE that EPA
1683 assumes. A full description of EPA's unreasonable risk determination for each condition of use is in
1684 Section 5.2.
1685
1686 Unreasonable Risk of Injury to Health of Occupational Non-Users (ONUs): ONUs are workers who do
1687 not directly handle TCE but perform work in the area where TCE is present. EPA evaluated non-cancer
1688 effects to ONUs from acute and chronic inhalation occupational exposures and cancer from chronic
1689 inhalation occupational exposures to determine if there was unreasonable risk of injury to ONU's health.
1690 The unreasonable risk determinations reflect the severity of the effects associated with occupational
1691 exposures to TCE and the assumed absence of PPE for ONUs, since ONUs do not directly handle the
1692 chemical and are instead doing other tasks in the vicinity. Non-cancer effects and cancer from dermal
1693 occupational exposures to ONUs were not evaluated because ONUs are not dermally exposed to TCE.
1694 For inhalation exposures, when there was reasonably available information, EPA estimated ONUs'
1695 exposures and described the risks separately from workers directly exposed. When the difference
1696 between ONUs' exposures and workers' exposures cannot be quantified, EPA assumed that ONUs'
1697 inhalation exposures are lower than inhalation exposures for workers directly handling the chemical
1698 substance, and EPA considered the central tendency risk estimates when determining ONU risk. A full
1699 description of EPA's unreasonable risk determination for each condition of us is in Section 5.2.
1700
1701 Unreasonable Risk of Injury to Health of Consumers: EPA evaluated non-cancer effects to consumers
1702 from acute inhalation and dermal exposures to determine if there was unreasonable risk of injury to
1703 consumers' health. A full description of EPA's unreasonable risk determination for each condition of
1704 use is in Section 5.2.
1705
1706 Unreasonable Risk of Injury to Health of Bystanders (from Consumer Uses): EPA evaluated non-cancer
1707 effects to bystanders from acute inhalation exposures to determine if there was unreasonable risk of
1708 injury to bystanders' health. EPA did not evaluate non-cancer effects from dermal exposures to
1709 bystanders because bystanders are not dermally exposed to TCE. A full description of EPA's
1710 unreasonable risk determination for each condition of use is in Section 5.2.
1711
1712 Summary of Unreasonable Risk Determinations: In conducting Risk Evaluations, "EPA will determine
1713 whether the chemical substance presents an unreasonable risk of injury to health or the environment
1714 under each condition of use within the scope of the Risk Evaluation…"  40 CFR 702.47. Pursuant to
1715 TSCA section 6(i)(1), a determination of "no unreasonable risk" shall be issued by order and considered

1716   to be final agency action. Under EPA's implementing regulations, "[a] determination by EPA that the
1717   chemical substance, under one or more of the conditions of use within the scope of the Risk Evaluation,
1718   does not present an unreasonable risk of injury to health or the environment will be issued by order and
1719   considered to be a final Agency action, effective on the date of issuance of the order." 40 CFR
1720   702.49(d).
1721
1722   EPA has determined that the following conditions of use of TCE do not present an unreasonable risk of
1723   injury to health or the environment. These determinations are considered final agency action and are
1724   being issued by order pursuant to TSCA section 6(i)(1). The details of these determinations are in
1725   Section 5.2, and the TSCA section 6(i)(1) order is contained in Section 5.3.1 of this final Risk
1726   Evaluation.
1727

| Conditions of Use that Do Not Present an Unreasonable Risk |
| --- |
| • Distribution in commerce<br>• Consumer use in pepper spray |

1728
1729   EPA has determined that the following conditions of use of TCE present an unreasonable risk of injury.
1730   EPA will initiate TSCA section 6(a) risk management actions on these conditions of use as required
1731   under TSCA section 6(c)(1). Pursuant to TSCA section 6(i)(2), the unreasonable risk determinations for
1732   these conditions of use are not considered final agency action. The details of these determinations are in
1733   Section 5.2
1734

| Manufacturing that Presents an Unreasonable Risk |
| --- |
| • Manufacturing: domestic manufacture<br>• Manufacturing: import |

1735

| Processing that Presents an Unreasonable Risk |
| --- |
| • Processing: processing as a reactant/intermediate<br>• Processing: incorporation into a formulation, mixture or reaction product<br>• Processing: incorporation into articles<br>• Processing: repackaging<br>• Processing: recycling |

1736

| Industrial and Commercial Uses that Present an Unreasonable Risk |
| --- |
| • Industrial and commercial use as a solvent for open-top batch vapor degreasing<br>• Industrial and commercial use as a solvent for closed-loop batch vapor degreasing<br>• Industrial and commercial use as a solvent for in-line conveyorized vapor degreasing<br>• Industrial and commercial use as a solvent for in-line web cleaner vapor degreasing<br>• Industrial and commercial use as a solvent for cold cleaning<br>• Industrial and commercial use as a solvent for aerosol spray degreaser/cleaner and mold release |

| Industrial and Commercial Uses that Present an Unreasonable Risk |
|---|
| • Industrial and commercial use as a lubricant and grease in tap and die fluid<br>• Industrial and commercial use as a lubricant and grease in penetrating lubricant<br>• Industrial and commercial use as an adhesive and sealant in solvent-based adhesives and sealants; tire repair cement/sealer; mirror edge sealant<br>• Industrial and commercial use as a functional fluid in heat exchange fluid<br>• Industrial and commercial use in paints and coatings as a diluent in solvent-based paints and coatings<br>• Industrial and commercial use in cleaning and furniture care products in carpet cleaner and wipe cleaning<br>• Industrial and commercial use in laundry and dishwashing products in spot remover<br>• Industrial and commercial use in arts, crafts, and hobby materials in fixatives and finishing spray coatings<br>• Industrial and commercial use in corrosion inhibitors and anti-scaling agents.<br>• Industrial and commercial use as processing aids in process solvent used in battery manufacture; process solvent used in polymer fiber spinning, fluoroelastomer manufacture and Alcantara manufacture; extraction solvent used in caprolactam manufacture; precipitant used in beta-cyclodextrin manufacture<br>• Industrial and commercial use as ink, toner and colorant products in toner aid<br>• Industrial and commercial use in automotive care products in brake parts cleaner<br>• Industrial and commercial use in apparel and footwear care products in shoe polish<br>• Industrial and commercial use in hoof polish; gun scrubber; pepper spray; other miscellaneous industrial and commercial uses |

1737

| Consumer Uses that Present an Unreasonable Risk |
|---|
| • Consumer use as a solvent in brake and parts cleaner<br>• Consumer use as a solvent in aerosol electronic degreaser/cleaner<br>• Consumer use as a solvent in liquid electronic degreaser/cleaner<br>• Consumer use as a solvent in aerosol spray degreaser/cleaner<br>• Consumer use as a solvent in liquid degreaser/cleaner<br>• Consumer use as a solvent in aerosol gun scrubber<br>• Consumer use as a solvent in liquid gun scrubber<br>• Consumer use as a solvent in mold release<br>• Consumer use as a solvent in aerosol tire cleaner<br>• Consumer use as a solvent in liquid tire cleaner<br>• Consumer use as a lubricant and grease in tap and die fluid<br>• Consumer use as a lubricant and grease in penetrating lubricant<br>• Consumer use as an adhesive and sealant in solvent-based adhesives and sealants<br>• Consumer use as an adhesive and sealant in mirror edge sealant<br>• Consumer use as an adhesive and sealant in tire repair cement/sealer<br>• Consumer use as a cleaning and furniture care product in carpet cleaner |

| Consumer Uses that Present an Unreasonable Risk |
| --- |
| • Consumer use as a cleaning and furniture care product in aerosol spot remover<br>• Consumer use as a cleaning and furniture care product in liquid spot remover<br>• Consumer use in arts, crafts, and hobby materials in fixative and finishing spray coatings<br>• Consumer use in apparel and footwear products in shoe polish<br>• Consumer use in fabric spray<br>• Consumer use in film cleaner<br>• Consumer use in hoof polish<br>• Consumer use in toner aid |

1738

| Disposal that Presents an Unreasonable Risk |
| --- |
| • Disposal |

1739

# 1   INTRODUCTION

This document represents the final Risk Evaluation for trichloroethylene (TCE) under the Frank R. Lautenberg Chemical Safety for the 21st Century Act which amended the Toxic Substances Control Act, the Nation's primary chemicals management law, in June 2016.

The Environmental Protection Agency (EPA) published the scope of the Risk Evaluation for TCE (U.S. EPA, 2017i) in June 2017, and the Problem Formulation in May, 2018 (U.S. EPA, 2018d), which represented the analytical phase of Risk Evaluation in which "the purpose for the assessment is articulated, the problem is defined, and a plan for analyzing and characterizing risk is determined" as described in Section 2.2 of the *Framework for Human Health Risk Assessment to Inform Decision Making*. In this final Risk Evaluation, consistent with the analysis plan from the Problem Formulation, EPA conducted quantitative analyses for exposure pathways to aquatic organisms via surface water; sediment-dwelling organisms via sediment; workers and ONUs from industrial/commercial activities; consumers and bystanders from consumer activities; and workers and ONUs from waste handling, treatment, and disposal. During Problem Formulation, EPA conducted a qualitative screening-level analysis for other exposure pathways that were within the scope of the Risk Evaluation, including exposures to terrestrial and aquatic organisms exposed via soil, and land-applied biosolid pathways and exposures to terrestrial organisms exposed via surface water. EPA excluded ambient air, drinking water, land disposal, ambient water, and waste incineration pathways leading to exposures to the general population and terrestrial organisms from Risk Evaluation since those pathways are under the jurisdiction of other environmental statutes administered by EPA. The conclusions, findings, and determinations in this final Risk Evaluation are for the purpose of identifying whether the chemical substance presents unreasonable risk or no unreasonable risk under the conditions of use, in accordance with TSCA Section 6, and are not intended to represent any findings under TSCA Section 7.

As per EPA's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726 (July 20, 2017)), this Risk Evaluation was subject to both public comment and peer review, which are distinct but related processes. EPA provided 60 days for public comment on any and all aspects of this Risk Evaluation, including the submission of any additional information that might be relevant to the science underlying the Risk Evaluation and the outcome of the systematic review associated with trichloroethylene. This satisfies TSCA (15 U.S.C. 2605(b)(4)(H)), which requires EPA to provide public notice and an opportunity for comment on a draft Risk Evaluation prior to publishing a final Risk Evaluation.

Peer review was conducted in accordance with EPA's regulatory procedures for chemical Risk Evaluations, including using the *EPA Peer Review Handbook* and other methods consistent with the science standards laid out in Section 26 of TSCA (*See* 40 CFR 702.45). As explained in the *Risk Evaluation Rule* (82 FR 33726 (July 20, 2017)), the purpose of peer review is for the independent review of the science underlying the risk assessment. As such, peer review addressed aspects of the underlying science as outlined in the charge to the peer review panel such as hazard assessment, assessment of dose-response, exposure assessment, and risk characterization.

As EPA explained in the *Risk Evaluation Rule* (82 FR 33726 (July 20, 2017)), it is important for peer reviewers to consider how the underlying Risk Evaluation analyses fit together to produce an integrated risk characterization, which forms the basis of an unreasonable risk determination. EPA believed peer reviewers were most effective in this role if they received the benefit of public comments on draft Risk Evaluations prior to peer review. For this reason, and consistent with standard Agency practice, the

1786 public comment period preceded peer review. The final Risk Evaluation changed in response to public
1787 comments received on the draft Risk Evaluation and/or in response to peer review, which itself may be
1788 informed by public comments. EPA responded to public and peer review comments received on the
1789 draft Risk Evaluation and explained changes made in response to those comments in this final Risk
1790 Evaluation and the associated response to comments document.

1791 In this final Risk Evaluation, Section 1.1 presents the basic physical-chemical characteristics of
1792 trichloroethylene, as well as a background on regulatory history, conditions of use, and conceptual
1793 models, with particular emphasis on any changes since the publication of the draft Risk Evaluation. This
1794 section also includes a discussion of the systematic review process utilized in this final Risk Evaluation.
1795 Section 2 provides a discussion and analysis of the exposures, both health and environmental, that can
1796 be expected based on the conditions of use for trichloroethylene. Section 3 discusses environmental and
1797 health hazards of trichloroethylene. Section 4 presents the risk characterization, where EPA integrates
1798 and assesses reasonably available information on health and environmental hazards and exposures, as
1799 required by TSCA (15 U.S.C. 2605(b)(4)(F)). This section also includes a discussion of any
1800 uncertainties and how they impact the draft Risk Evaluation. Section 5 presents EPA's determination of
1801 whether the chemical presents an unreasonable risk under the conditions of use, as required under TSCA
1802 (15 U.S.C. 2605(b)(4)).
1803

1804 EPA also solicited input on the first 10 chemicals as it developed use documents, scope documents, and
1805 Problem Formulations. At each step, EPA has received information and comments specific to individual
1806 chemicals and of a more general nature relating to various aspects of the Risk Evaluation process,
1807 technical issues, and the regulatory and statutory requirements. EPA has considered comments and
1808 information received at each step in the process and factored in the information and comments as the
1809 Agency deemed appropriate and relevant including comments on the published Problem Formulation of
1810 trichloroethylene.

## 1.1 Physical and Chemical Properties

1812 Physical-chemical properties influence the environmental behavior and the toxic properties of a
1813 chemical, thereby informing the potential conditions of use, exposure pathways and routes and hazards
1814 that EPA considered. For scope development, EPA considered the measured or estimated physical-
1815 chemical properties set forth in Table 1-1 and found no additional information during Problem
1816 Formulation or the draft Risk Evaluation that would change these values.
1817

1818 TCE is a colorless liquid with a pleasant, sweet odor resembling that of chloroform. It is considered a
1819 volatile organic compound (VOC) because of its moderate boiling point, 87.2°C, and high vapor
1820 pressure, 73.46 mm Hg at 25°C. TCE is moderately water soluble (1.280 g/L at 25°C) and has a log
1821 octanol/water partition coefficient (Kow) of 2.42. The density of TCE, 1.46 g/m$^3$ at 20°C, is greater than
1822 that of water.
1823

1824
1825    **Table 1-1. Physical and Chemical Properties of TCE**

| Property | Value [a] | References |
|---|---|---|
| Molecular Formula | $C_2HCl_3$ | |
| Molecular Weight | 131.39 g/mole | |
| Physical Form | Colorless, liquid, sweet, pleasant odor, resembles chloroform | (O'Neil et al., 2006) |
| Melting Point | -84.7°C | (Lide, 2007) |
| Boiling Point | 87.2°C | (Lide, 2007) |
| Density | 1.46 g/cm$^3$ at 20°C | (ECB, 2000) |
| Vapor Pressure | 73.72 mmHg at 25°C[b] | (Daubert and Danner, 1995) |
| Vapor Density | 4.53 | (O'Neil et al., 2006) |
| Water Solubility | 1,280 mg/L at 25°C | (Horvath et al., 1999) |
| Octanol/Water Partition Coefficient (Log $K_{ow}$) | 2.42 | (Banerjee et al., 1980) |
| Henry's Law Constant | 9.85E-03 atm·m$^3$/mole | (Leighton and Calo, 1981) |
| Flash Point | 90°C (closed cup) | (ECB, 2000) |
| Auto Flammability | 410°C (Estimated) | (WHO, 1985) |
| Viscosity | 0.545 mPa·s at 25°C | (Lide, 2007) |
| Refractive Index | 1.4775 at 20°C | (O'Neil et al., 2001) |
| Dielectric Constant | 3.4 $\varepsilon_0$ at 16°C | (Weast and Selby, 1966) |
| Aqueous Permeability Coefficient (Kp) | 0.019 cm/hr | (Poet et al., 2000) |
| Neat Dermal Flux (Jskin) [c] | 430 nmol/cm$^2$-min (5.65E-02 mg/cm$^2$-min) | (Kezic et al. 2001) |

[a] Measured unless otherwise noted
[b] This value was updated based on systematic review re-analysis of original values. The original value of 73.46 mmHg, from (Daubert and Danner, 1989), was used for occupational and consumer modeling of inhalation exposures. The effect of this small difference is expected to be negligible for associated exposure estimates.
[c] EPA calculated neat Kp as 0.00232 cm/hr from Jskin based on the density of TCE.

1826    ## 1.2  Uses and Production Volume

1827    This section contains use and production volume information for TCE.

1828    ### 1.2.1  Data and Information Sources

1829    The summary of use and production volume information for TCE that is presented below is based on
1830    research conducted for the *Problem Formulation Document Trichloroethylene* (EPA-740-R1-7014) and
1831    any additional information that was learned since the publication of that document.  The previous
1832    research was based on reasonably available information, including the *Use and Market Profile for*
1833    *Trichloroethylene*, (EPA-HQ-OPPT-2016-0737-0056), public meetings, and meetings with companies,
1834    industry groups, chemical users and other stakeholders to aid in identifying conditions of use and
1835    verifying conditions of use identified by the EPA. The information and input received from the public,
1836    stakeholder meetings and the additional contacts was incorporated into this section to the extent
1837    appropriate. Thus, EPA believes the manufacture, processing, distribution, use and disposal activities
1838    constitute the conditions of use within the scope of the Risk Evaluation for trichloroethylene, based on
1839    reasonably available information.

#### 1.2.2   Domestic Manufacture of Trichloroethylene

A life cycle diagram is provided (Figure 1-3) depicting the conditions of use that are within the scope of the Risk Evaluation during various life cycle stages including manufacturing, processing, use (industrial, commercial, consumer; when distinguishable), distribution and disposal. The information is grouped according to Chemical Data Reporting (CDR) processing codes and use categories (including functional use codes for industrial uses and product categories for industrial, commercial and consumer uses), in combination with other data sources (*e.g.,* published literature and consultation with stakeholders), to provide an overview of conditions of use. The EPA notes that some subcategories of use may be grouped under multiple CDR categories.

For the purposes of this Risk Evaluation, CDR definitions were used. CDR use categories include the following: "industrial use" means use at a site at which one or more chemicals or mixtures are manufactured (including imported) or processed. "Commercial use" means the use of a chemical or a mixture containing a chemical (including as part of an article) in a commercial enterprise providing saleable goods or services. "Consumer use" means the use of a chemical or a mixture containing a chemical (including as part of an article, such as furniture or clothing) when sold to or made available to consumers for their use (U.S. EPA, 2016d).

To understand conditions of use relative to one another and associated potential exposures under those conditions of use, the life cycle diagram includes the production volume associated with each stage of the life cycle, as reported in the 2016 CDR reporting (U.S. EPA, 2016d) when the volume was not claimed confidential business information (CBI). The 2016 CDR reporting data for TCE are provided in Figure 1-1 for TCE from the EPA's CDR database (U.S. EPA, 2016d). For the 2016 CDR reporting period, non-confidential data indicate a total of 13 manufacturers and importers of TCE in the United States.



**Figure 1-1. Total Aggregate TCE Production Volume (lbs.) 2012-2015[a]**

[a]The CDR data for the 2016 reporting period is available via ChemView (https://java.epa.gov/chemview). Because of an ongoing CBI substantiation process required by amended TSCA, the CDR data available in the Risk Evaluation is more specific than currently in ChemView. M = millions of pounds (lbs).

As reported in the Use Document [EPA-HQ-OPPT-2016-0737-0003 (U.S. EPA, 2017c)], as well as in the 2014 TCE risk assessment (U.S. EPA, 2014b), an estimated 83.6% of TCE's annual production

1874    volume is used as an intermediate in the manufacture of the hydrofluorocarbon, HFC-134a, an
1875    alternative to the refrigerant chlorofluorocarbon, CFC-12. Another 14.7% of TCE production volume is
1876    used as a degreasing solvent, leaving approximately 1.7% for other uses (Figure 1-2). The current status
1877    of the volume of TCE used as an intermediate in the manufacture of HFC-134a, is complicated by
1878    regulatory activity affecting hydrofluorocarbons (HFCs) in general. In 2015, EPA  issued a rule under its
1879    Significant New Alternatives Policy (SNAP) program that changed the listings for certain HFCs in
1880    various end-uses in the aerosol, refrigeration and air conditioning, and foam blowing sectors from
1881    acceptable, or acceptable subject to use conditions, to unacceptable, or acceptable subject to narrowed
1882    use limits. The listings were to become effective generally starting in 2016 through 2022, depending on
1883    the use. The SNAP rules, as originally written, would control <u>specific <i>uses</i></u> of HFCs or HFC blends,
1884    rather than *production*. SNAP continues to list as acceptable several blends of HFCs with other
1885    compounds with lower environmental impact and other small exemptions. Under these listings, a decline
1886    in the use of TCE as an intermediate in the manufacture of HFCs might be expected along with the use
1887    of the HFCs. However, the potential effect is less than clear due to a decision to vacate EPA's rule by
1888    the Court of Appeals for the District of Columbia ''to the extent it requires manufacturers to replace
1889    HFCs with a substitute substance.'' Based on the court's partial vacatur, EPA did not apply the HFC
1890    listings in the 2015 Rule and plans to address the court's remand in a rulemaking which has not yet
1891    occurred. Meanwhile, several states have adopted or are in the process of adopting laws similar to the
1892    2015 SNAP rule and a similar SNAP rule issued in 2016 that also changed the status of certain HFCs
1893    and HFC blends from acceptable to unacceptable.  It is important to note that the SNAP rules, as
1894    originally written, would control <u>specific <i>uses</i></u> of HFCs or HFC blends, rather than *production*. SNAP
1895    continues to list as acceptable several blends of HFCs with other compounds with lower environmental
1896    impact and other small exemptions. Because of uncertainty surrounding the response to EPA's
1897    regulatory activity and the regulatory activity of States with respect to HFCs for certain uses, EPA does
1898    not have a reasonable basis to make assumptions about what the current distribution might be. Also
1899    reflected in the life cycle diagram is the fact that TCE, as a widely used solvent, has numerous
1900    applications across industrial, commercial and consumer settings.
1901



1902
1903    **Figure 1-2. Percentage of TCE Production Volume by Use**
1904
1905    Descriptions of the industrial, commercial and consumer use categories identified from the 2016 CDR
1906    and included in the life cycle diagram (Figure 1-3) are summarized below (<u>U.S. EPA, 2016d</u>). The

descriptions provide a brief overview of the use category; the [*Environmental Releases and Occupational Exposure Assessment. Docket: EPA-HQ-OPPT-2019-0500)]* contains more detailed descriptions (*e.g.,* process descriptions, worker activities, process flow diagrams, equipment illustrations) for each manufacture, processing, use and disposal category. The descriptions provided below are primarily based on the corresponding industrial function category and/or commercial and consumer product category descriptions from the 2016 CDR and can be found in the EPA's Instructions for Reporting 2016 TSCA Chemical Data Reporting (U.S. EPA, 2016b).

The following describes several industrial/commercial CDR use categories where TCE has been used; the [*Environmental Releases and Occupational Exposure Assessment. Docket: EPA-HQ-OPPT-2019-0500)]* provides additional process-related information on the remaining categories and life cycle stages.

The **"Solvents for Cleaning and Degreasing"** category encompasses chemical substances used to dissolve oils, greases and similar materials from a variety of substrates including metal surfaces, glassware and textiles. This category includes the use of TCE in vapor degreasing, cold cleaning and in industrial and commercial aerosol degreasing products.

The **"Lubricants and Greases"** category encompasses chemical substances contained in products used to reduce friction, heat generation and wear between solid surfaces. This category includes the use of TCE in penetrating lubricants, and tap and die fluids for industrial, commercial and consumer uses.

The **"Adhesives and Sealants"** category encompasses chemical substances contained in adhesive and sealant products used to fasten other materials together. This category includes the use of TCE in mirror-edge sealants and other adhesive products.

The "**Functional Fluids (closed system)"** category encompasses liquid or gaseous chemical substances used for one or more operational properties in a closed system. Examples are heat transfer agents (*e.g.,* coolants and refrigerants).

The **"Paints and Coatings"** category encompasses chemical substances contained in paints, lacquers, varnishes and other coating products that are applied as a thin continuous layer to a surface. Coating may provide protection to surfaces from a variety of effects such as corrosion and ultraviolet (UV) degradation; may be purely decorative; or may provide other functions. The EPA anticipates that the primary subcategory to be the use of TCE in solvent-based coatings. This category covers industrial, commercial and consumer uses of paints and coatings.

The **"Cleaning and Furniture Care Products"** category encompasses chemical substances contained in products that are used to remove dirt, grease, stains and foreign matter from furniture and furnishings, or to cleanse, sanitize, bleach, scour, polish, protect or improve the appearance of surfaces. This category includes the use of TCE for spot cleaning and carpet cleaning.

The **"Laundry and Dishwashing Products"** category encompasses chemical substances contained in laundry and dishwashing products and aids formulated as a liquid, granular, powder, gel, cakes, and flakes that are intended for consumer or commercial use.

The **"Arts, Crafts and Hobby Materials"** category encompasses chemical substances contained in arts, crafts, and hobby materials that are intended for consumer or commercial use.

## 1.3 Regulatory and Assessment History

The EPA conducted a search of existing domestic and international laws, regulations and assessments pertaining to TCE. The EPA compiled this summary from data available from federal, state, international and other government sources, as cited in Appendix A.

### *Federal Laws and Regulations*

TCE is subject to federal statutes or regulations, other than TSCA, that are implemented by other offices within the EPA and/or other federal agencies/departments. A summary of federal laws, regulations and implementing authorities is provided in Appendix A.1.

### *State Laws and Regulations*

TCE is subject to state statutes or regulations implemented by state agencies or departments. A summary of state laws, regulations and implementing authorities is provided in Appendix A.2.

### *Laws and Regulations in Other Countries and International Treaties or Agreements*

TCE is subject to statutes or regulations in countries other than the United States and/or international treaties and/or agreements. A summary of these laws, regulations, treaties and/or agreements is provided in Appendix A.3.

EPA has identified assessments conducted by other agency programs and organizations (see Table 1-2). Depending on the source, these assessments may include information on conditions of use, hazards, exposures, and potentially exposed or susceptible subpopulations (PESS)—information useful to the EPA in preparing this Risk Evaluation. Table 1-2 shows the assessments that have been conducted. In addition to using this information, EPA conducted a full review of the data collected [see *Trichloroethylene (CASRN 79-01-6) Bibliography: Supplemental File for the TSCA Scope Document,* EPA-HQ-OPPT-2016-0737) using the literature search strategy (see *Strategy for Conducting Literature Searches for Trichloroethylene: Supplemental File for the TSCA Scope Document,* EPA-HQ-OPPT-2016-0737] to ensure that the EPA is considering information that has been made available since these assessments were conducted.

In EPA's previous TCE Workplan Risk Assessment (U.S. EPA, 2014b), risks from use of TCE in commercial and consumer solvent degreasing (aerosol and vapor), consumer use as a spray-applied protective coating for arts and crafts and commercial use as a spot remover at dry-cleaning facilities were assessed. The TCE Risk Assessment was used to support two proposed rules under TSCA section 6 (81 FR 91592; December 12, 2016; 82 FR 7432; January 19, 2017) to address risks from use of TCE. Along with other reasonably available information, the EPA used the existing TSCA risk assessments to inform its development of the TCE Risk Evaluation.

1992
1993    **Table 1-2. Assessment History of TCE**

| Authoring Organization | Assessment |
|---|---|
| **EPA Assessments** | |
| Office of Chemical Safety and Pollution Prevention (OCSPP)/ Office of Pollution Prevention and Toxics (OPPT) | TSCA Work Plan Chemical Risk Assessment Trichloroethylene: Degreasing, Spot Cleaning and Arts & Crafts Use (U.S. EPA, 2014b) |
| OCSPP/OPPT | Supplemental Occupational Exposure and Risk Reduction Technical Report in Support of Risk Management Options for Trichloroethylene (TCE) Use in Aerosol Degreasing (U.S. EPA, 2016f) |
| OCSPP/OPPT | Supplemental Exposure and Risk Reduction Technical Report in Support of Risk Management Options for Trichloroethylene (TCE) Use in Consumer Aerosol Degreasing (U.S. EPA, 2016e) |
| OCSPP/OPPT | Supplemental Occupational Exposure and Risk Reduction Technical Report in Support of Risk Management Options for Trichloroethylene (TCE) Use in Spot Cleaning (U.S. EPA, 2016g) |
| OCSPP/OPPT | Supplemental Occupational Exposure and Risk Reduction Technical Report in Support of Risk Management Options for Trichloroethylene (TCE) Use in Vapor Degreasing [RIN 2070-AK11] (U.S. EPA, 2016h) |
| Integrated Risk Information System (IRIS) | Toxicological Review of Trichloroethylene (U.S. EPA, 2011e) |
| National Center for Environmental Assessment (NCEA) | Sources, Emission and Exposure for Trichloroethylene (TCE) and Related Chemicals (U.S. EPA, 2001) |
| Office of Water (OW)/ Office of Science and Technology (OST) | Update of Human Health Ambient Water Quality Criteria: Trichloroethylene (TCE) 79-01-6 (U.S. EPA, 2015b) |
| **Other U.S.-Based Organizations** | |
| Agency for Toxic Substances and Disease Registries (ATSDR) | Final Toxicological Profile for Trichloroethylene (ATSDR, 2019) |
| National Research Council (NRC) | Assessing the Human Health Risks of Trichloroethylene: Key Scientific Issues (NRC, 2006) |
| Office of Environmental Health Hazard Assessment (OEHHA), Pesticide and Environmental Toxicology Section | Public Heath Goal for Trichloroethylene in Drinking Water (CalEPA, 2009) |
| **International** | |
| Institute for Health and Consumer Protection, European Chemicals Bureau | European Union Risk Assessment Report, Trichloroethylene (ECB, 2004) |
| Australia National Industrial Chemicals Notification and Assessment Scheme (NICNAS) | Trichloroethylene: Priority Existing Chemical Assessment Report No. 8 (NICNAS, 2000) |

## 1.4  Scope of the Evaluation

### 1.4.1   Conditions of Use Included in the Risk Evaluation

TSCA Section 3(4) defines the conditions of use (COUs) as ''the circumstances, as determined by the Administrator, under which a chemical substance is intended, known, or reasonably foreseen to be manufactured, processed, distributed in commerce, used, or disposed of." The conditions of use are described below in Table 1-3 and Table 1-4. No additional information was received by the EPA following the publication of the Problem Formulation (U.S. EPA, 2018d) that would update or otherwise require changes to the life cycle diagram (Figure 1-3) as presented in the Problem Formulation (U.S. EPA, 2018d). Nonetheless, EPA decided to reorganize the conditions of use for this Risk Evaluation. In this Risk Evaluation, the COUs as described in (U.S. EPA, 2018d) were evaluated for occupational scenarios based on corresponding occupational exposure scenarios (OES) (Table 1-3). The occupational COUs are also applicable to environmental receptors based on water releases from these activities.

"Lace wig and hair extension glues" have been eliminated as a COU since the publication of the Problem Formulation (U.S. EPA, 2018d). EPA, after consultation with the FDA, has determined that this use, previously identified in the Problem Formulation as a conditions of use, is not a condition of use because it falls outside the scope of EPA's jurisdiction. TSCA sec. 3(2) excludes from the definition of "chemical substance" cosmetics as they are defined in the Federal Food, Drug and Cosmetic Act (FFDCA) when manufactured, processed, or distributed in commerce for use as a cosmetic. Because the glue for lace wigs and hair extensions is a cosmetic within section 201(i) of the FFDCA, any TCE used for these purposes is outside the scope of TSCA.

Consumer scenarios were evaluated separately from occupational scenarios, and EPA re-categorized certain COUs based on product function. None of these changes resulted in any difference in how these products are or would have been assessed, they simply reflect a recategorization in order to improve clarity. Additionally, subcategories were added based on availability of differing forms of a product (*e.g.,* aerosol vs liquid). The updated consumer conditions of use and explanations for the changes are presented in Table 1-4.

Table 1-3. Categories and Subcategories of Occupational Conditions of Use and Corresponding Occupational Exposure Scenario

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario (OES) | References |
|---|---|---|---|---|
| Manufacture | Domestic manufacture | Domestic manufacture | Manufacturing | (U.S. EPA, 2016d) |
| | Import | Import | Repackaging | (U.S. EPA, 2016d) |
| Processing | Processing as a reactant/ intermediate | Intermediate in industrial gas manufacturing (e.g., manufacture of fluorinated gases used as refrigerants, foam blowing agents and solvents) | Processing as a reactant | (U.S. EPA, 2016d); EPA-HQ-OPPT-2016-0737-0013; EPA-HQ-OPPT-2016-0737-0013, EPA-HQ-OPPT-2016-0737-0026; EPA-HQ-OPPT-2016-0737-0027 |
| | Processing – Incorporation into formulation, mixture or reaction product | Solvents (for cleaning or degreasing) | Formulation of Aerosol and Non-Aerosol Products | (U.S. EPA, 2016d) |
| | | Adhesives and sealant chemicals | | (U.S. EPA, 2016d) |
| | | Solvents (which become part of product formulation or mixture) (e.g., lubricants and greases, paints and coatings, other uses) | | (U.S. EPA, 2016d); EPA-HQ-OPPT-2016-0737-0003; EPA-HQ-OPPT-2016-0737-0056 |
| | Processing – incorporated into articles | Solvents (becomes an integral components of articles) | | (U.S. EPA, 2016d) |
| | Repackaging | Solvents (for cleaning or degreasing) | Repackaging | (U.S. EPA, 2016d) |
| | Recycling | Recycling | Process Solvent Recycling and Worker Handling of Wastes | (U.S. EPA, 2017f) |

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario (OES) | References |
|---|---|---|---|---|
| Distribution in commerce | Distribution | Distribution | [Distribution in commerce of TCE is the transportation associated with the moving of TCE in commerce. Exposures and emissions are not expected.] | EPA-HQ-OPPT-2016-0737-0003 |
| Industrial/ commercial use | Solvents (for cleaning or degreasing) | Batch vapor degreaser (e.g., open-top, closed-loop) [c] | Batch Open-Top Vapor Degreasing; Batch Closed-Loop Vapor Degreasing | EPA-HQ-OPPT-2016-0737-0003; (U.S. EPA, 2014b), (U.S. EPA, 2016b), EPA-HQ-OPPT-2016-0737-0056 |
| | | In-line vapor degreaser (e.g., conveyorized, web cleaner) [c] | Conveyorized Vapor Degreasing; Web Vapor Degreasing | EPA-HQ-OPPT-2016-0737-0003; (U.S. EPA, 2014b), (U.S. EPA, 2016b), EPA-HQ-OPPT-2016-0737-0056 |
| | | Cold cleaner | Cold Cleaning | EPA-HQ-OPPT-2016-0737-0003; (U.S. EPA, 2017b); EPA-HQ-OPPT-2016-0737-0056 |
| | | Aerosol spray degreaser/ cleaner [c] | Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases | EPA-HQ-OPPT-2016-0737-0003, (U.S. EPA, 2014b), (U.S. EPA, 2016b), EPA-HQ-OPPT-2016-0737-0056 |
| | | Mold release | | |
| | Lubricants and greases/lubricants and lubricant additives | Tap and die fluid | Metalworking Fluids | (U.S. EPA, 2016d); EPA-HQ-OPPT-2016-0737-0003; EPA-HQ-OPPT-2016-0737-0028, EPA-HQ-OPPT-2016-0737-0056 |

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario (OES) | References |
|---|---|---|---|---|
| | | Penetrating lubricant | Aerosol Applications: Spray Degreasing/Cleaning; Automotive Brake and Parts Cleaners; Penetrating Lubricants; and Mold Releases; Metalworking Fluids | (U.S. EPA, 2016d), EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003; EPA-HQ-OPPT-2016-0737-0028 |
| | Adhesives and sealants | Solvent-based adhesives and sealants | Adhesives, Sealants, Paints, and Coatings | (U.S. EPA, 2016d), EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | | Tire repair cement/sealer | | (U.S. EPA, 2016d), EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | | Mirror edge sealant | | EPA-HQ-OPPT-2016-0737-0003; (U.S. EPA, 2014b), EPA-HQ-OPPT-2016-0737-0056 |
| | Functional fluids (closed systems) | Heat exchange fluid | Other Industrial Uses | (U.S. EPA, 2017h) |
| | Paints and coatings | Diluent in solvent-based paints and coatings | Adhesives, Sealants, Paints, and Coatings | (U.S. EPA, 2016d), EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0010; EPA-HQ-OPPT-2016-0737-0015; EPA-HQ-OPPT-2016-0737-0027 |
| | Cleaning and furniture care products | Carpet cleaner | Spot Cleaning, Wipe Cleaning and Carpet Cleaning | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario (OES) | References |
|---|---|---|---|---|
| | Laundry and dishwashing products | Wipe cleaning [d] | | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | | Spot remover [c] | | EPA-HQ-OPPT-2016-0737-0003, (U.S. EPA, 2014b), (U.S. EPA, 2016a), EPA-HQ-OPPT-2016-0737-0056 |
| | Arts, crafts and hobby materials | Fixatives and finishing spray coatings [e] | Adhesives, Sealants, Paints, and Coatings | (U.S. EPA, 2014b) |
| | Corrosion inhibitors and anti-scaling agents | Corrosion inhibitors and anti-scaling agents | Industrial Processing Aid | (U.S. EPA, 2016d) |
| | Processing aids | Process solvent used in battery manufacture | | (U.S. EPA, 2017h) |
| | | Process solvent used in polymer fiber spinning, fluoroelastomer manufacture and Alcantara manufacture | | (U.S. EPA, 2017h) |
| | | Extraction solvent used in caprolactam manufacture | | (U.S. EPA, 2017h) |
| | | Precipitant used in beta-cyclodextrin manufacture | | (U.S. EPA, 2017h) |
| | Ink, toner and colorant products | Toner aid | Commercial Printing and Copying | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario (OES) | References |
|---|---|---|---|---|
| | Automotive care products | Brake and parts cleaner | Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | Apparel and footwear care products | Shoe polish | Other Commercial Uses | (U.S. EPA, 2017h) |
| | Other uses | Hoof polishes [c] | | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | | Pepper spray | | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | | Gun scrubber | | EPA-HQ-OPPT-2016-0737-0056; EPA-HQ-OPPT-2016-0737-0003 |
| | | Other miscellaneous industrial and commercial uses | | (U.S. EPA, 2017h) |
| Disposal | Disposal | Industrial pre-treatment | Process Solvent Recycling and Worker Handling of Wastes | (U.S. EPA, 2017f) |
| | | Industrial wastewater treatment | | |
| | | Publicly owned treatment works (POTW) | | |

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario (OES) | References |
|---|---|---|---|---|
| | | | | |

[a] These categories of conditions of use appear in the Life Cycle Diagram, reflect CDR codes, and broadly represent conditions of use of TCE in industrial and/or commercial settings.

[b] These subcategories reflect more specific uses of TCE.

[c] This includes uses assessed in the (U.S. EPA, 2014b) risk assessment.

[d] This condition of use involves wipe cleaning. Note that the Problem Formulation described "cleaning wipes" as a condition of use. This referred to the application of a product that is then wiped off, rather than a pre-wet towelette.

[e] "Hoof polish" would remain within EPA's jurisdiction unless the article in question was also *intended for the diagnosis, cure, mitigation, treatment, of disease or intended to affect the structure or function of the body of animals*, as described in the FFDCA. EPA identified a single product for hoof polish containing TCE (U.S. EPA, 2017b), and this product is intended for only cosmetic and not medical use. Therefore, "hoof polish" was evaluated as a COU, applicable only to products restricted to cosmetic function.

2024
2025

2026     **Table 1-4. Categories and Subcategories of Consumer Conditions of Use**

| Life Cycle Stage | Category | Subcategory |
|---|---|---|
| Use | Solvents for Cleaning and Degreasing | Brake & Parts Cleaner[2] |
| | | Aerosol Electronic Degreaser/Cleaner[1] |
| | | Liquid Electronic Degreaser/Cleaner[1] |
| | | Aerosol Spray Degreaser/Cleaner[1] |
| | | Liquid Degreaser/Cleaner[1] |
| | | Aerosol Gun Scrubber[1,3] |
| | | Liquid Gun Scrubber[1,3] |
| | | Mold Release |
| | | Aerosol Tire Cleaner[1,4] |
| | | Liquid Tire Cleaner[1,4] |
| | Lubricants and Greases | Tap & Die Fluid |
| | | Penetrating Lubricant[5] |
| | Adhesives and Sealants | Solvent-based Adhesive & Sealant |
| | | Mirror-edge Sealant |
| | | Tire Repair Cement/Sealer |
| | Cleaning and Furniture Care Products[10] | Carpet Cleaner |
| | | Aerosol Spot Remover[1,6] |
| | | Liquid Spot Remover[1,6] |
| | Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings[7] |
| | Apparel and Footwear Care Products | Shoe Polish |
| | Other Consumer Uses | Fabric Spray[8] |
| | | Film Cleaner |
| | | Hoof Polish |
| | | Pepper Spray |
| | | Toner Aid[9] |

| Life Cycle Stage | Category | Subcategory |
|---|---|---|

[1] Form was determined based on the specific products identified as representative of the associated product subcategories. Distinct subcategories based on differing forms (aerosol and liquid) were not specifically defined in the Problem Formulation. They were added due to product availability based on additional research that helped to differentiate specific product forms (*i.e.,* liquid or aerosol) and types.

[2] The brake cleaner subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the automotive care products category; however, the same brake cleaning conditions of use are now associated with the broader solvents for cleaning and degreasing category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the brake cleaner product(s) and not a broader category of use.

[3] The gun scrubber subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the other consumer uses category; however, the same gun scrubber conditions of use are now associated with the broader solvents for cleaning and degreasing category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the gun scrubber product(s) and not a broader category of use.

[4] Tire cleaner products / subcategories of use were not specifically called out in the Problem Formulation; however, such products were identified in the 2017 Use and Market Report (U.S. EPA, 2017f) and Preliminary Information on Manufacturing, Processing, Distribution, Use, and Disposal: TCE (U.S. EPA, 2017c) and fit within the broader Solvents for Cleaning and Degreasing category.

[5] Based on additional research into the specific product(s) associated with the broader lubricants and greases category, the subcategory name was updated from penetrating lubricant to lubricant.

[6] The spot remover subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the laundry and dishwashing products category; however, the same spot remover conditions of use are now associated with the cleaning and furniture care products category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the spot remover product(s) and not a broader category of use.

[7] This subcategory is referred to as "clear protective coating spray" in U.S. EPA (2014b) and as "spray fixative" in the TCE Significant New Use Rule (80 FR 47441).

[8] Fabric spray (specifically an anti-fray spray) was added following Problem Formulation based on identification in the final 2014 TCE Work Plan Chemical Risk Assessment (U.S. EPA, 2014b).

[9] The toner aid subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the Ink, toner, and colorant products category; however, the toner aid use is not like use of a toner or pigment; therefore, the same toner aid condition of use is now associated with the other consumer use category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the toner aid product(s) and not a broader category of use.

[10] Problem Formulation described "cleaning wipes" as a condition of use for this category. However, that referred to the application of a product that is then wiped off, rather than a pre-wet towelette. A number of consumer conditions of use involve wipe cleaning and are described in detail in Section 2.3.2.5.2 as leading to dermal contact with impeded evaporation.

2027

2028  To help characterize the life cycle of TCE, EPA developed a national mass balance to evaluate how
2029  much of the volume of TCE can be accounted for from cradle-to-grave. The inputs into the mass balance
2030  included date from the 2016 CDR, 2017 NEI, 2017 TRI, and available market data. The result of the
2031  mass balance is provided in Appendix R. The total mass accounted for at the end-of-life stage, which
2032  includes wastes from manufacturing, processing, use, waste treatment and disposal facilities, is
2033  approximately 101% of the 2015 production volume. The over-accounting of volume is most likely due
2034  to incomplete reporting data and comparison of data from different years. There is additional uncertainty
2035  arising from the potential to double count TRI volumes reported as transferred off-site for energy
2036  recovery, treatment, and recycling that are then received by another TRI site that reports this volume in
2037  its on-site waste management activities. Finally, the true export volume is higher than presented in the
2038  mass balance as multiple sites reporting to 2016 CDR claimed their export volume as CBI. Additional
2039  details on the development of the mass balance can be found in Appendix R.
2040



**Figure 1-3. TCE Life Cycle Diagram**
The life cycle diagram depicts the conditions of use that are within the scope of the Risk Evaluation during various life cycle stages including manufacturing, processing, use (industrial, commercial, consumer), distribution and disposal. The production volumes shown are for reporting year 2015 from the 2016 CDR reporting period (U.S. EPA, 2016d). A mass balance of TCE throughout the life cycle can be found in Appendix R.

### 1.4.2   Exposure Pathways and Risks Addressed by Other EPA-Administered Statutes

In its TSCA section 6(b) Risk Evaluations, EPA is coordinating action on certain exposure pathways and risks falling under the jurisdiction of other EPA-administered statutes or regulatory programs. More specifically, EPA is exercising its TSCA authorities to tailor the scope of its Risk Evaluations, rather than focusing on environmental exposure pathways addressed under other EPA-administered statutes or regulatory programs or risks that could be eliminated or reduced to a sufficient extent by actions taken under other EPA-administered laws. EPA considers this approach to be a reasonable exercise of the Agency's TSCA authorities, which include:

- TSCA section 6(b)(4)(D): "The Administrator shall, not later than 6 months after the initiation of a Risk Evaluation, publish the scope of the Risk Evaluation to be conducted, including the hazards, exposures, conditions of use, and the potentially exposed or susceptible subpopulations the Administrator expects to consider…."

- TSCA section 9(b)(1): "The Administrator shall coordinate actions taken under this chapter with actions taken under other Federal laws administered in whole or in part by the Administrator. If the Administrator determines that a risk to health or the environment associated with a chemical substance or mixture could be eliminated or reduced to a sufficient extent by actions taken under the authorities contained in such other Federal laws, the Administrator shall use such authorities to protect against such risk unless the Administrator determines, in the Administrator's discretion, that it is in the public interest to protect against such risk by actions taken under this chapter."

- TSCA section 9(e): "…[I]f the Administrator obtains information related to exposures or releases of a chemical substance or mixture that may be prevented or reduced under another Federal law, including a law not administered by the Administrator, the Administrator shall make such information available to the relevant Federal agency or office of the Environmental Protection Agency."

- TSCA section 2(c): "It is the intent of Congress that the Administrator shall carry out this chapter in a reasonable and prudent manner, and that the Administrator shall consider the environmental, economic, and social impact of any action the Administrator takes or proposes as provided under this chapter."

- TSCA section 18(d)(1): "Nothing in this chapter, nor any amendment made by the Frank R. Lautenberg Chemical Safety for the 21st Century Act, nor any rule, standard of performance, Risk Evaluation, or scientific assessment implemented pursuant to this chapter, shall affect the right of a State or a political subdivision of a State to adopt or enforce any rule, standard of performance, Risk Evaluation, scientific assessment, or any other protection for public health or the environment that— (i) is adopted or authorized under the authority of any other Federal law or adopted to satisfy or obtain authorization or approval under any other Federal law…."

TSCA authorities supporting tailored Risk Evaluations and intra-agency referrals

TSCA section 6(b)(4)(D) requires EPA, in developing the scope of a Risk Evaluation, to identify the hazards, exposures, conditions of use, and potentially exposed or susceptible subpopulations the Agency "expects to consider" in a Risk Evaluation. This language suggests that EPA is not required to consider all conditions of use, hazards, or exposure pathways in Risk Evaluations.

In the Problem Formulation documents for many of the first 10 chemicals undergoing Risk Evaluation, EPA applied this authority and rationale to certain exposure pathways, explaining that "EPA is planning to exercise its discretion under TSCA 6(b)(4)(D) to focus its analytical efforts on exposures that are

2093  likely to present the greatest concern and consequently merit a Risk Evaluation under TSCA, by
2094  excluding, on a case-by-case basis, certain exposure pathways that fall under the jurisdiction of other
2095  EPA-administered statutes." This approach is informed by the legislative history of the amended TSCA,
2096  which supports the Agency's exercise of discretion to focus the Risk Evaluation on areas that raise the
2097  greatest potential for risk. See June 7, 2016 Cong. Rec., S3519-S3520. Consistent with the approach
2098  articulated in the Problem Formulation documents, and as described in more detail below, EPA is
2099  exercising its authority under TSCA to tailor the scope of exposures evaluated in TSCA Risk
2100  Evaluations, rather than focusing on environmental exposure pathways addressed under other EPA-
2101  administered, mediaspecific statutes and regulatory programs.
2102
2103  *TSCA section 9(b)(1)*
2104  In addition to TSCA section 6(b)(4)(D), the Agency also has discretionary authority under the first
2105  sentence of TSCA section 9(b)(1) to "coordinate actions taken under [TSCA] with actions taken under
2106  other Federal laws administered in whole or in part by the Administrator." This broad, freestanding
2107  authority provides for intra-agency coordination and cooperation on a range of "actions." In EPA's
2108  view, the phrase "actions taken under [TSCA]" in the first sentence of section 9(b)(1) is reasonably read
2109  to encompass more than just risk management actions, and to include actions taken during Risk
2110  Evaluation as well. More specifically, the authority to coordinate intra-agency actions exists regardless
2111  of whether the Administrator has first made a definitive finding of risk, formally determined that such
2112  risk could be eliminated or reduced to a sufficient extent by actions taken under authorities in other
2113  EPA-administered Federal laws, and/or made any associated finding as to whether it is in the public
2114  interest to protect against such risk by actions taken under TSCA. TSCA section 9(b)(1) therefore
2115  provides EPA authority to coordinate actions with other EPA offices without ever making a risk finding,
2116  or following an identification of risk. This includes coordination on tailoring the scope of TSCA Risk
2117  Evaluations to focus on areas of greatest concern rather than exposure pathways addressed by other
2118  EPA- administered statutes and regulatory programs, which does not involve a risk determination or
2119  public interest finding under TSCA section 9(b)(2).
2120
2121  In a narrower application of the broad authority provided by the first sentence of TSCA section 9(b)(1),
2122  the remaining provisions of section 9(b)(1) provide EPA authority to identify risks and refer certain of
2123  those risks for action by other EPA offices. Under the second sentence of section 9(b)(1), "[i]f the
2124  Administrator determines that a risk to health or the environment associated with a chemical substance
2125  or mixture could be eliminated or reduced to a sufficient extent by actions taken under the authorities
2126  contained in such other Federal laws, the Administrator shall use such authorities to protect against such
2127  risk unless the Administrator determines, in the Administrator's discretion, that it is in the public interest
2128  to protect against such risk by actions taken under [TSCA]." Coordination of intra-agency action on
2129  risks under TSCA section 9(b)(1) therefore entails both an identification of risk, and a referral of any
2130  risk that could be eliminated or reduced to a sufficient extent under other EPA-administered laws to the
2131  EPA office(s) responsible for implementing those laws (absent a finding that it is in the public interest to
2132  protect against the risk by actions taken under TSCA).
2133
2134  Risk may be identified by OPPT or another EPA office, and the form of the identification may vary. For
2135  instance, OPPT may find that one or more conditions of use for a chemical substance present(s) a risk to
2136  human or ecological receptors through specific exposure routes and/or pathways. This could involve a
2137  quantitative or qualitative assessment of risk based on reasonably available information (which might
2138  include, *e.g.,* findings or statements by other EPA offices or other federal agencies). Alternatively, risk
2139  could be identified by another EPA office. For example, another EPA office administering non-TSCA
2140  authorities may have sufficient monitoring or modeling data to indicate that a particular condition of use
2141  presents risk to certain human or ecological receptors, based on expected hazards and exposures. This

2142  risk finding could be informed by information made available to the relevant office under TSCA section
2143  9(e), which supports cooperative actions through coordinated information-sharing.
2144

2145  Following an identification of risk, EPA would determine if that risk could be eliminated or reduced to a
2146  sufficient extent by actions taken under authorities in other EPA-administered laws. If so, TSCA
2147  requires EPA to "use such authorities to protect against such risk," unless EPA determines that it is in
2148  the public interest to protect against that risk by actions taken under TSCA. In some instances, EPA may
2149  find that a risk could be sufficiently reduced or eliminated by future action taken under non-TSCA
2150  authority. This might include, *e.g.,* action taken under the authority of the Safe Drinking Water Act to
2151  address risk to the general population from a chemical substance in drinking water. This sort of risk
2152  finding and referral could occur during the Risk Evaluation process, thereby enabling EPA to use more a
2153  relevant and appropriate authority administered by another EPA office to protect against hazards or
2154  exposures to affected receptors.
2155

2156  Legislative history on TSCA section 9(b)(1) supports both broad coordination on current intraagency
2157  actions, and narrower coordination when risk is identified and referred to another EPA office for action.
2158  A Conference Report from the time of TSCA's passage explained that section 9 is intended "to assure
2159  that overlapping or duplicative regulation is avoided while attempting to provide for the greatest
2160  possible measure of protection to health and the environment." S. Rep. No. 94-1302 at 84. See also H.
2161  Rep. No. 114-176 at 28 (stating that the 2016 TSCA amendments "reinforce TSCA's original purpose of
2162  filling gaps in Federal law," and citing new language in section 9(b)(2) intended "to focus the
2163  Administrator's exercise of discretion regarding which statute to apply and to encourage decisions that
2164  avoid confusion, complication, and duplication"). Exercising TSCA section 9(b)(1) authority to
2165  coordinate on tailoring TSCA Risk Evaluations is consistent with this expression of Congressional
2166  intent.
2167

2168  Legislative history also supports a reading of section 9(b)(1) under which EPA coordinates intraagency
2169  action, including information-sharing under TSCA section 9(e), and the appropriatelypositioned EPA
2170  office is responsible for the identification of risk and actions to protect against such risks. See, *e.g.,*
2171  Senate Report 114-67, 2016 Cong. Rec. S3522 (under TSCA section 9, "if the Administrator finds that
2172  disposal of a chemical substance may pose risks that could be prevented or reduced under the Solid
2173  Waste Disposal Act, the Administrator should ensure that the relevant office of the EPA receives that
2174  information"); H. Rep. No. 114-176 at 28, 2016 Cong. Rec. S3522 (under section 9, "if the
2175  Administrator determines that a risk to health or the environment associated with disposal of a chemical
2176  substance could be eliminated or reduced to a sufficient extent under the Solid Waste Disposal Act, the
2177  Administrator should use those authorities to protect against the risk"). Legislative history on section
2178  9(b)(1) therefore supports coordination with and referral of action to other EPA offices, especially when
2179  statutes and associated regulatory programs administered by those offices could address exposure
2180  pathways or risks associated with conditions of use, hazards, and/or exposure pathways that may
2181  otherwise be within the scope of TSCA Risk Evaluations.
2182

2183  *TSCA sections 2(c) & 18(d)(1)*
2184  Finally, TSCA sections 2(c) and 18(d) support coordinated action on exposure pathways and risks
2185  addressed by other EPA-administered statutes and regulatory programs. Section 2(c) directs EPA to
2186  carry out TSCA in a "reasonable and prudent manner" and to consider "the environmental, economic,
2187  and social impact" of its actions under TSCA. Legislative history from around the time of TSCA's
2188  passage indicates that Congress intended EPA to consider the context and take into account the impacts
2189  of each action under TSCA. S. Rep. No. 94-698 at 14 ("the intent of Congress as stated in this
2190  subsection should guide each action the Administrator takes under other sections of the bill").

2191
2192    Section 18(d)(1) specifies that state actions adopted or authorized under any Federal law are not
2193    preempted by an order of no unreasonable risk issued pursuant to TSCA section 6(i)(1) or a rule to
2194    address unreasonable risk issued under TSCA section 6(a). Thus, even if a Risk Evaluation were to
2195    address exposures or risks that are otherwise addressed by other federal laws and, for example,
2196    implemented by states, the state laws implementing those federal requirements would not be preempted.
2197    In such a case, both the other federal and state laws, as well as any TSCA section 6(i)(1) order or TSCA
2198    section 6(a) rule, would apply to the same issue area. See also TSCA section 18(d)(1)(A)(iii). In
2199    legislative history on amended TSCA pertaining to section 18(d), Congress opined that "[t]his approach
2200    is appropriate for the considerable body of law regulating chemical releases to the environment, such as
2201    air and water quality, where the states have traditionally had a significant regulatory role and often have
2202    a uniquely local concern." Sen. Rep. 114-67 at 26.
2203
2204    EPA's careful consideration of whether other EPA-administered authorities are available and more
2205    appropriate for addressing certain exposures and risks is consistent with Congress' intent to maintain
2206    existing federal requirements and the state actions adopted to locally and more specifically implement
2207    those federal requirements, and to carry out TSCA in a reasonable and prudent manner. EPA believes it
2208    is both reasonable and prudent to tailor TSCA Risk Evaluations in a manner reflective of expertise and
2209    experience exercised by other EPA and State offices to address specific environmental media, rather
2210    than attempt to evaluate and regulate potential exposures and risks from those media under TSCA. This
2211    approach furthers Congressional direction and EPA aims to efficiently use Agency resources, avoid
2212    duplicating efforts taken pursuant to other Agency and State programs, and meet the statutory deadline
2213    for completing Risk Evaluations.
2214
2215    EPA-administered statutes and regulatory programs that address specific exposure pathways and/or risks
2216    During the course of the Risk Evaluation process for trichloroethylene, OPPT worked closely with the
2217    offices within EPA that administer and implement regulatory programs under the Clean Air Act (CAA),
2218    the Safe Drinking Water Act (SDWA), the Clean Water Act (CWA), the Comprehensive Environmental
2219    Response, Compensation, and Liability Act (CERCLA), and the Resource Conservation and Recovery
2220    Act (RCRA). Through this intra-agency coordination, EPA determined that specific exposure pathways
2221    are well-regulated by the EPA statutes and regulations described in the following paragraphs.
2222
2223    *Ambient air pathway*
2224    The CAA contains a list of hazardous air pollutants (HAP) and provides EPA with the authority to add
2225    to that list pollutants that present, or may present, a threat of adverse human health effects or adverse
2226    environmental effects. For stationary source categories emitting HAP, the CAA requires issuance of
2227    technology-based standards and, if necessary, additions or revisions to address developments in
2228    practices, processes, and control technologies, and to ensure the standards adequately protect public
2229    health and the environment. The CAA thereby provides EPA with comprehensive authority to regulate
2230    emissions to ambient air of any hazardous air pollutant.
2231
2232    Trichloroethylene is a HAP. See 42 U.S.C. 7412. EPA has issued a number of technologybased
2233    standards for source categories that emit trichloroethylene to ambient air and, as appropriate, has
2234    reviewed, or is in the process of reviewing remaining risks. See 40 CFR part 63; Appendix A. Because
2235    stationary source releases of trichloroethylene to ambient air are addressed under the CAA, EPA is not
2236    evaluating emissions to ambient air from commercial and industrial stationary sources or associated
2237    inhalation exposure of the general population or terrestrial species in this TSCA Risk Evaluation.
2238
2239

2240 *Drinking water pathway*
2241 EPA has regular analytical processes to identify and evaluate drinking water contaminants of potential
2242 regulatory concern for public water systems under the Safe Drinking Water Act (SDWA). Under
2243 SDWA, EPA must also review and revise "as appropriate" existing drinking water regulations every 6
2244 years.
2245
2246 EPA has promulgated National Primary Drinking Water Regulations (NPDWRs) for trichloroethylene
2247 under SDWA. See 40 CFR part 151; Appendix A. EPA has set an enforceable Maximum Contaminant
2248 Level (MCL) as close as feasible to a health based, non-enforceable Maximum Contaminant Level Goal
2249 (MCLG). Feasibility refers to both the ability to treat water to meet the MCL and the ability to monitor
2250 water quality at the MCL, SDWA Section 1412(b)(4)(D), and public water systems are required to
2251 monitor for the regulated chemical based on a standardized monitoring schedule to ensure compliance
2252 with the maximum contaminant level (MCL). Hence, because the drinking water exposure pathway for
2253 trichloroethylene is currently addressed in the SDWA regulatory analytical process for public water
2254 systems, EPA is not evaluating exposures to the general population from the drinking water exposure
2255 pathway in the Risk Evaluation for trichloroethylene under TSCA.
2256
2257 *Ambient water pathway*
2258 EPA develops recommended water quality criteria under section 304(a) of the CWA for pollutants in
2259 surface water that are protective of aquatic life or human health designated uses. EPA develops and
2260 publishes water quality criteria based on priorities of states and others that reflect the latest scientific
2261 knowledge. A subset of these chemicals are identified as "priority pollutants" (103 human health and 27
2262 aquatic life). The CWA requires states adopt numeric criteria for priority pollutants for which EPA has
2263 published recommended criteria under section 304(a), the discharge or presence of which in the affected
2264 waters could reasonably be expected to interfere with designated uses adopted by the state. When states
2265 adopt criteria that EPA approves as part of state's regulatory water quality standards, exposure is
2266 considered when state permit writers determine if permit limits are needed and at what level for a
2267 specific discharger of a pollutant to ensure protection of the designated uses of the receiving water. Once
2268 states adopt criteria as water quality standards, the CWA requires that National Pollutant Discharge
2269 Elimination System (NPDES) discharge permits include effluent limits as stringent as necessary to meet
2270 standards. CWA section 301(b)(1)(C). This is the process used under the CWA to address risk to human
2271 health and aquatic life from exposure to a pollutant in ambient waters.
2272
2273 EPA has identified trichloroethylene as a priority pollutant and has developed recommended water
2274 quality criteria for protection of human health for trichloroethylene which are available for adoption into
2275 state water quality standards for the protection of human health and are available for use by NPDES
2276 permitting authorities in deriving effluent limits to meet state criteria.[7] See, *e.g.,* 40 CFR part 423,
2277 Appendix A; 40 CFR 131.11(b)(1); 40 CFR 122.44(d)(1)(vi). As such, EPA is not evaluating exposures
2278 to the general population from the surface water exposure pathway in the Risk Evaluation under TSCA.
2279
2280 *Land application of biosolids and general population exposure*
2281 As wastewater undergoes treatment, some wastewater treatment facilities such as publicly-owned
2282 treatment works (POTWs) use the remaining sludge as biosolids for land application. These biosolids
2283 could have residual trichloroethylene. Trichloroethylene in biosolids that are land applied could be
2284 transported via runoff from rainwater to surface waters. However, surface waters drawn for drinking
2285 water are treated, tested and under the Safe Drinking Water Act, regulated via NPDWRs. EPA
2286 promulgates NPDWRs under SDWA when the Agency concludes a contaminant may have adverse

---

[7] See https://www.epa.gov/wqc/ambient-water-quality-criteria-trichloroethylene.

2287    health effects, occurs or is substantially likely to occur in public water systems at a level of concern and
2288    that regulation, in the sole judgement of the Administrator, presents a meaningful opportunity for health
2289    risk reduction. For each contaminant with NPDWRs, EPA sets an enforceable MCL as close as feasible
2290    to a health based, non-enforceable MCLG or establishes a treatment technique. The MCL for any
2291    residual levels of trichloroethylene that could result in exposure to the general population is 0.005mg/L.
2292    Residual concentrations of trichloroethylene in surface waters not used for drinking water are covered
2293    by the CWA Ambient Water Quality Criteria for human health consumption of water and organisms (0.4
2294    µg/L). CWA Section 304(a)(1). States and tribal governments may adopt the EPA Clean Water Act
2295    Section 304(a) recommended criteria or may adopt their own criteria that differ from EPA's
2296    recommendations, subject to EPA's approval, using scientifically defensible methods. States are
2297    required to adopt and implement EPA-approved criteria as part of their regulatory water quality
2298    standards, and compliance with these criteria is considered by states in permits and water quality
2299    assessment decisions. Thus, general population exposure via the biosolid pathway is not evaluated under
2300    any of the conditions of use in the final Risk Evaluation.

*Onsite Releases to Land Pathway*

2303    The Comprehensive Environmental Response, Compensation, and Liability Act – otherwise known as
2304    CERCLA or Superfund – provides EPA with broad authority to address uncontrolled or abandoned
2305    hazardous-waste sites as well as accidents, spills, and other releases of hazardous substances, pollutants
2306    and contaminants into the environment. Through CERCLA, EPA is provided authority to conduct a
2307    response action and seek reimbursement of cleanup costs from potentially responsible parties, or in
2308    certain circumstances, order a potentially responsible party to conduct a cleanup.

2310    CERCLA Section 101(14) defines "hazardous substance" by referencing other environmental statutes,
2311    including toxic pollutants listed under CWA Section 307(a); hazardous substances designated pursuant
2312    to CWA Section 311(b)(2)(A); hazardous air pollutants listed under CAA Section 112; imminently
2313    hazardous substances with respect to which EPA has taken action pursuant to TSCA Section 7; and
2314    hazardous wastes having characteristics identified under or listed pursuant to RCRA Section 3001. See
2315    40 CFR 302.4. CERCLA Section 102(a) also authorizes EPA to promulgate regulations designating as
2316    hazardous substances those substances which, when released into the environment, may present
2317    substantial danger to the public health or welfare or the environment. EPA must also promulgate
2318    regulations establishing the quantity of any hazardous substance the release of which must be reported
2319    under Section 103. Section 103 requires persons in charge of vessels or facilities to report to the
2320    National Response Center if they have knowledge of a release of a hazardous substance above the
2321    reportable quantity threshold.

2323    Trichloroethylene is a hazardous substance under CERCLA. Releases of trichloroethylene in excess of
2324    10 pounds within a 24-hour period must be reported (40 CFR 302.4, 302.6). The scope of this EPA
2325    TSCA Risk Evaluation does not include on-site releases to the environment of trichloroethylene at
2326    Superfund sites and subsequent exposure of the general population or non-human species.

*Disposal Pathways*

2329    Trichloroethylene is included on the list of hazardous wastes pursuant to RCRA section 3001 (40 CFR
2330    §§ 261.33) as a listed waste on the F001, F002, K030, and U228 lists. The general standard in RCRA
2331    section 3004(a) for the technical criteria that govern the management (treatment, storage, and disposal)
2332    of hazardous waste are those "necessary to protect human health and the environment," RCRA 3004(a).
2333    The regulatory criteria for identifying "characteristic" hazardous wastes and for "listing" a waste as

2334  hazardous also relate solely to the potential risks to human health or the environment. 40 C.F.R. §§
2335  261.11, 261.21-261.24. RCRA statutory criteria for identifying hazardous wastes require EPA to "tak[e]
2336  into account toxicity, persistence, and degradability in nature, potential for accumulation in tissue, and
2337  other related factors such as flammability, corrosiveness, and other hazardous characteristics." Subtitle
2338  C controls cover not only hazardous wastes that are landfilled, but also hazardous wastes that are
2339  incinerated (subject to joint control under RCRA Subtitle C and the CAA hazardous waste combustion
2340  MACT) or injected into UIC Class I hazardous waste wells (subject to joint control under Subtitle C and
2341  SDWA).
2342
2343  EPA is not evaluating on-site releases to land from RCRA Subtitle C hazardous waste landfills or
2344  exposures of the general population or terrestrial species from such releases in the TSCA evaluation.
2345  Design standards for Subtitle C landfills require double liner, double leachate collection and removal
2346  systems, leak detection system, run on, runoff, and wind dispersal controls, and a construction quality
2347  assurance program. They are also subject to closure and postclosure care requirements including
2348  installing and maintaining a final cover, continuing operation of the leachate collection and removal
2349  system until leachate is no longer detected, maintaining and monitoring the leak detection and
2350  groundwater monitoring system. Bulk liquids may not be disposed in Subtitle C landfills. Subtitle C
2351  landfill operators are required to implement an analysis and testing program to ensure adequate
2352  knowledge of waste being managed, and to train personnel on routine and emergency operations at the
2353  facility. Hazardous waste being disposed in Subtitle C landfills, including TCE (listed as a hazardous
2354  waste in 40 CFR 261.31, 261.33), must also meet RCRA waste treatment standards before disposal. See
2355  40 CFR part 264; Appendix A.
2356
2357  EPA is not evaluating on-site releases to land from RCRA Subtitle D municipal solid waste (MSW)
2358  landfills or exposures of the general population or terrestrial species from such releases in the TSCA
2359  evaluation. While permitted and managed by the individual states, municipal solid waste landfills are
2360  required by federal regulations to implement some of the same requirements as Subtitle C landfills.
2361  MSW landfills generally must have a liner system with leachate collection and conduct groundwater
2362  monitoring and corrective action when releases are detected. MSW landfills are also subject to closure
2363  and post-closure care requirements, and must have financial assurance for funding of any needed
2364  corrective actions. MSW landfills have also been designed to allow for the small amounts of hazardous
2365  waste generated by households and very small quantity waste generators (less than 220 lbs per month).
2366  Bulk liquids, such as free solvent, may not be disposed of at MSW landfills. See 40 CFR part 258.
2367
2368  EPA is not evaluating on-site releases to land from industrial non-hazardous waste and
2369  construction/demolition waste landfills or associated exposures to the general population or terrestrial
2370  species in the trichloroethylene Risk Evaluation. Industrial non-hazardous and construction/demolition
2371  waste landfills are primarily regulated under authorized state regulatory programs. States must also
2372  implement limited federal regulatory requirements for siting, groundwater monitoring and corrective
2373  action and a prohibition on open dumping and disposal of bulk liquids. States may also establish
2374  additional requirements such as for liners, post-closure and financial assurance, but are not required to
2375  do so. See, *e.g.,* RCRA section 3004(c), 4007; 40 CFR part 257.
2376
2377  EPA is not evaluating emissions to ambient air from municipal and industrial waste incineration and
2378  energy recovery units or associated exposures to the general population or terrestrial species in the Risk
2379  Evaluation, as these emissions are regulated under Section 129 of the Clean Air Act. CAA Section 129
2380  requires EPA to review and, if necessary, add provisions to ensure the standards adequately protect
2381  public health and the environment. Thus, combustion by-products from incineration treatment of

2382 trichloroethylene wastes would be subject to these regulations, as would trichloroethylene burned for
2383 energy recovery. See 40 CFR part 60.
2384
2385 EPA is not evaluating on-site releases to land that go to underground injection or associated exposures to
2386 the general population or terrestrial species in its Risk Evaluation. Environmental disposal of
2387 trichloroethylene injected into Class I hazardous well types are covered under the jurisdiction of RCRA
2388 and SDWA and disposal of trichloroethylene via underground injection is not likely to result in
2389 environmental and general population exposures under any of the conditions of use in this final Risk
2390 Evaluation. See 40 CFR part 144.

2391 ### 1.4.3   Conceptual Models

2392 The conceptual models for this final Risk Evaluation are shown in Figure 1-4, Figure 1-5, and Figure
2393 1-6. The EPA considered the potential for hazards to human health and the environment resulting from
2394 exposure pathways outlined in the preliminary conceptual models of the TCE scope document (U.S.
2395 EPA, 2017d). These conceptual models considered potential exposures resulting from consumer
2396 activities and uses, industrial/ commercial activities, and environmental releases and wastes. The
2397 Problem Formulation documents refined the initial conceptual models and analysis plans that were
2398 provided in the scope documents (U.S. EPA, 2017d).
2399
2400 For the purpose of this evaluation, EPA considered workers and occupational non-users, which includes
2401 men and women of reproductive age (Figure 1-4). Consumer exposure was assessed for various
2402 pathways for users age 11 and older along with bystanders of all ages (Figure 1-5).
2403
2404 The pathways that were determined to be included in the Risk Evaluation but did not warrant further
2405 analysis in this Risk Evaluation were: exposure to both humans and ecological organisms due to land
2406 application of biosolids following wastewater treatment and exposure to terrestrial organisms. In the
2407 Problem Formulation, the EPA determined that no further evaluation of these pathways is needed due to
2408 the physical/chemical properties associated with TCE (high vapor pressure) and its rapid volatilization
2409 to air from soil and water or rapid migration through soil into groundwater. Due to TCE's fate
2410 properties, a significant portion of TCE would not be available to enter the sediment compartment.
2411
2412 The pathways that were determined to be included in the Risk Evaluation and further analyzed include:
2413 - Exposure to aquatic species (*i.e.,* aquatic plants) via contaminated surface water.
2414 - Exposure to sediment-dwelling species via sediment.
2415 - Inhalation and dermal exposures to workers and consumers, and inhalation exposures to ONUs
2416   and bystanders, from industrial/commercial activities and consumer activities.
2417 - Inhalation and dermal exposures to workers and inhalation exposures to ONUs from waste
2418   handling, treatment and disposal.
2419
2420 Review and evaluation of reasonably available information on TCE confirmed the preliminary
2421 conclusions in the Problem Formulation (U.S. EPA, 2018d). The conceptual models from the Problem
2422 Formulation are shown below in Figure 1-4, Figure 1-5, and Figure 1-6.
2423



**Figure 1-4. TCE Conceptual Model for Industrial and Commercial Activities and Uses: Potential Exposures and Hazards**

The conceptual model presents the exposure pathways, exposure routes and hazards to human receptors from industrial and commercial activities and uses of TCE.

[a] Some products are used in both commercial and consumer applications. Additional uses of TCE are included in Table 1-3.
[b] Fugitive air emissions are those that are not stack emissions, and include fugitive equipment leaks from valves, pump seals, flanges, compressors, sampling connections and open-ended lines; evaporative losses from surface impoundment and spills; and releases from building ventilation systems.
[c] Receptors include Potentially Exposed or Susceptible Subpopulations (PESS) including women of childbearing age and their children and genetically susceptible populations.
[d] When data and information are reasonably available to support the analysis, EPA also considers the effect that engineering controls and/or personal protective equipment have on occupational exposure levels.

2436



**Figure 1-5. TCE Conceptual Model for Consumer Activities and Uses: Potential Exposures and Hazards**

The conceptual model presents the exposure pathways, exposure routes and hazards to human receptors from consumer activities and uses of TCE.

[a] Some products are used in both commercial and consumer applications. Additional uses of TCE are included in Table 1-3.

[b] Exposure may occur through mists that deposit in the upper respiratory tract however, based on physical chemical properties, mists of TCE will likely be rapidly absorbed in the respiratory tract or evaporate and not result in an oral exposure. Although less likely given the physical-chemical properties, oral exposure may also occur from incidental ingestion of residue on hand/body.

[c] Receptors include Potentially Exposed or Susceptible Subpopulations (PESS).

2437
2438
2439
2440
2441
2442
2443
2444
2445
2446
2447



**Figure 1-6. TCE Conceptual Model for Environmental Releases and Wastes: Potential Exposures and Hazards**

The conceptual model presents the exposure pathways, exposure routes and hazards to human and environmental receptors from environmental releases and wastes of TCE.

[a] Industrial wastewater or liquid wastes may be treated on-site and then released to surface water (direct discharge), or pre-treated and released to POTW (indirect discharge).

2448
2449
2450
2451
2452
2453
2454
2455

## 1.5 Systematic Review

TSCA requires the EPA to use scientific information, technical procedures, measures, methods, protocols, methodologies and models consistent with the best available science and base decisions under section 6 on the weight of scientific evidence. Within the TSCA Risk Evaluation context, the weight of the scientific evidence is defined as "*a systematic review method, applied in a manner suited to the nature of the evidence or decision, that uses a pre-established protocol to comprehensively, objectively, transparently, and consistently identify and evaluate each stream of evidence, including strengths, limitations, and relevance of each study and to integrate evidence as necessary and appropriate based upon strengths, limitations, and relevance.*" (40 CFR 702.33).

To meet the TSCA § 26(h) science standards, EPA used the TSCA systematic review process described in the *Application of Systematic Review in TSCA Risk Evaluations* document (U.S. EPA, 2018b). The process complements the Risk Evaluation process in that the data collection, data evaluation and data integration stages of the systematic review process are used to develop the exposure and hazard assessments based on reasonably available information. EPA defines "reasonably available information" to mean information that EPA possesses, or can reasonably obtain and synthesize for use in Risk Evaluations, considering the deadlines for completing the evaluation (40 CFR 702.33).

EPA is implementing systematic review methods and approaches within the regulatory context of the amended TSCA. Although EPA will make an effort to adopt as many best practices as practicable from the systematic review community, EPA expects modifications to the process to ensure that the identification, screening, evaluation and integration of data and information can support timely regulatory decision making under the aggressive timelines of the statute.

### 1.5.1   Data and Information Collection

EPA planned and conducted a comprehensive literature search based on key words related to the different discipline-specific evidence supporting the Risk Evaluation (*e.g.,* environmental fate and transport; engineering releases and occupational exposure; consumers and environmental exposure; and environmental and human health hazard). EPA then developed and applied inclusion and exclusion criteria during the title and abstract screening to identify information potentially relevant for the Risk Evaluation process. The literature and screening strategy as specifically applied to TCE is described in the *Strategy for Conducting Literature Searches for Trichloroethylene (TCE): Supplemental File for the TSCA Scope Document* (U.S. EPA, 2017e) and the results of the title and abstract screening process were published in the [*Trichloroethylene (CASRN 79-01-6) Bibliography: Supplemental File for the TSCA Scope Document;* (U.S. EPA, 2017i)].

For studies determined to be on-topic (or relevant) after title and abstract screening, EPA conducted a full text screening to further exclude references that were not relevant to the Risk Evaluation. Screening decisions were made based on eligibility criteria documented in the form of the populations, exposures, comparators, and outcomes (PECO) framework or a modified framework.[8] Data sources that met the criteria were carried forward to the data evaluation stage. The inclusion and exclusion criteria for full text screening for TCE are available in Appendix F of the *Problem Formulation of the Risk Evaluation for Trichloroethylene* (U.S. EPA, 2018d)

---

[8] A PESO statement was used during the full text screening of environmental fate and transport data sources. PESO stands for Pathways and Processes, Exposure, Setting or Scenario, and Outcomes. A RESO statement was used during the full text screening of the engineering and occupational exposure literature. RESO stands for Receptors, Exposure, Setting or Scenario, and Outcomes.

2498    Although EPA conducted a comprehensive search and screening process as described above, EPA made
2499    the decision to leverage the literature published in previous assessments[9] when identifying relevant key
2500    and supporting data[10] and information for developing the TCE Risk Evaluation. This is discussed in the
2501    *Strategy for Conducting Literature Searches for Trichloroethylene: Supplemental Document to the*
2502    *TSCA Scope Document* (U.S. EPA, 2017e). In general, many of the key and supporting data sources
2503    were identified in the comprehensive *Trichloroethylene (CASRN 79-01-6) Bibliography: Supplemental*
2504    *File for the TSCA Scope Document;* (U.S. EPA, 2017i). However, there were instances in which EPA
2505    missed relevant references that were not captured in the initial categorization of the on-topic references.
2506    EPA found additional relevant data and information using backward reference searching, which was a
2507    technique that will be included in future search strategies. This issue was discussed in Section 4 of the
2508    *Application of Systematic Review for TSCA Risk Evaluations* (U.S. EPA, 2018b). Other relevant key and
2509    supporting references were identified through targeted supplemental searches to support the analytical
2510    approaches and methods in the trichloroethylene Risk Evaluation (*e.g.,* to locate specific information for
2511    exposure modeling) or to identify new data and information published after the date limits of the initial
2512    search.
2513
2514    EPA used previous chemical assessments to quickly identify relevant key and supporting information as
2515    a pragmatic approach to expedite the quality evaluation of the data sources, but many of those data
2516    sources were already captured in the comprehensive literature as explained above. EPA also considered
2517    newer information not taken into account by previous chemical assessments as described in the *Strategy*
2518    *for Conducting Literature Searches for Trichloroethylene: Supplemental Document to the TSCA Scope*
2519    *Document* (U.S. EPA, 2017e). EPA then evaluated the confidence of the key and supporting data
2520    sources as well as newer information instead of evaluating the confidence of all the underlying evidence
2521    ever published on a chemical substance's fate and transport, environmental releases, environmental and
2522    human exposure and hazards. All other literature from previous authoritative assessments were
2523    considered as supplemental information. A comprehensive evaluation of all of the data and information
2524    ever published for a chemical substance would be extremely labor intensive and could not be achieved
2525    considering the deadlines specified in TSCA section 6(b)(4)(G) for completing such evaluation for most
2526    chemical substances especially those that have a data rich database such as TCE. Furthermore, EPA
2527    evaluated how EPA's evaluation of the key and supporting data and information and newer information
2528    would change the previous conclusions presented in the previous assessments.
2529
2530    This pragmatic approach allowed EPA to maximize the scientific and analytical efforts of other
2531    regulatory and non-regulatory agencies by accepting for the most part the relevant scientific knowledge
2532    gathered and analyzed by others except for influential information sources that may have an impact on
2533    the weight of the scientific evidence and ultimately the risk findings. The influential information (*i.e.,*
2534    key/supporting) came from a smaller pool of sources subject to the rigor of the TSCA systematic review
2535    process to ensure that the Risk Evaluation uses the best available science and the weight of the scientific
2536    evidence.
2537

---

[9] Examples of existing assessments are EPA's chemical assessments (*e.g.,* previous work plan risk assessments, Problem
Formulation documents), ATSDR's Toxicological Profiles, EPA's IRIS assessments and ECHA's dossiers. This is
described in more detail in the *Strategy for Conducting Literature Searches for Trichloroethylene: Supplemental Document*
*to the TSCA Scope Document* (U.S. EPA, 2017e).
[10] Key and supporting data and information are those that support key analyses, arguments, and/or conclusions in the risk
evaluation.

2538  Figures 1-5 to 1-9 below depict the literature flow diagrams illustrating the results of this process for
2539  each scientific discipline-specific evidence supporting the final Risk Evaluation. Each diagram provides
2540  the total number of references at the start of each systematic review stage (*i.e.,* data search, data
2541  screening, data evaluation, data extraction/data integration) and those excluded based on criteria guiding
2542  the screening and data quality evaluation decisions.

2543

2544  EPA made the decision to bypass the data screening step for data sources that were highly relevant to the
2545  final Risk Evaluation as described above. These data sources are depicted as "key/supporting data
2546  sources" in the literature flow diagrams. Note that the number of "key/supporting data sources" were
2547  excluded from the total count during the data screening stage and added, for the most part, to the data
2548  evaluation stage depending on the discipline-specific evidence. The exception was the engineering
2549  environmental releases and occupational exposure data sources that were subject to a combined data
2550  extraction and evaluation step (Figure 1-8).

2551



2552

*This is a key and supporting source from existing assessments, the EPI Suite™ set of models, that was highly relevant
for the TSCA risk evaluation. This source bypassed the data screening step and moved directly to the data evaluation
step.

2553
2554  **Figure 1-7. Literature Flow Diagram for Environmental Fate and Transport**
2555
2556  Note: Literature search results for the environmental fate and transport of TCE yielded 10,040 studies. During Problem
2557  Formulation, following data screening, most environmental exposure pathways were removed from the conceptual models.
2558  As a result, 9,979 studies were deemed off-topic and excluded. One key source (U.S. EPA, 2012b) and the remaining 61
2559  studies related to environmental exposure pathways retained in the conceptual models entered data evaluation, where 9
2560  studies were deemed unacceptable and 52 moved into data extraction and integration. Note: Data sources identified relevant
2561  to physical-chemical properties were not included in this literature flow diagram. The data quality evaluation of physical-
2562  chemical properties  studies can be found in the supplemental document, [*Data Quality Evaluation of Physical-Chemical
2563  Properties Studies. Docket:* EPA-HQ-OPPT-2019-0500] and the extracted data are presented in Table 1-1.
2564
2565



2566
2567 **Figure 1-8. Literature Flow Diagram for Engineering Releases and Occupational Exposure**
2568
2569 Literature search results for environmental release and occupational exposure yielded 10,132 data sources. Of these data
2570 sources, 159 were determined to be relevant for the Risk Evaluation through the data screening process. These relevant data
2571 sources were entered into the data extraction/evaluation phase. After data extraction/evaluation, EPA identified several data
2572 gaps and performed a supplemental, targeted search to fill these gaps (*e.g.,* to locate information needed for exposure modeling).
2573 The supplemental search yielded 8 relevant data sources that bypassed the data screening step [*List of Key and Supporting*
2574 *Studies for Environmental Releases and Occupational Exposure. Docket:* <u>EPA-HQ-OPPT-2019-0500</u>)] and were evaluated
2575 and extracted in accordance with *Appendix D: Data Quality Criteria for Occupational Exposure and Release Data of the*
2576 *Application of Systematic Review for TSCA Risk Evaluations* document (<u>U.S. EPA, 2018b</u>). Of the 152 sources from which
2577 data were extracted and evaluated, 43 sources only contained data that were rated as unacceptable based on serious flaws
2578 detected during the evaluation. Of the 124 sources forwarded for data integration, data from 36 sources were integrated, and
2579 73 sources contained data that were not integrated (*e.g.,* lower quality data that were not needed due to the existence of higher
2580 quality data, data for release media that were removed from scope after data collection).
2581
2582 *The quality of data in these sources (n=73) were acceptable for risk assessment purposes, but they were ultimately excluded
2583 from further consideration based on EPA's integration approach for environmental release and occupational exposure
2584 data/information. EPA's approach uses a hierarchy of preferences that guide decisions about what types of data/information
2585 are included for further analysis, synthesis and integration into the environmental release and occupational exposure
2586 assessments. EPA prefers using data with the highest rated quality among those in the higher level of the hierarchy of
2587 preferences (*i.e.,* data > modeling > occupational exposure limits or release limits). If warranted, EPA may use data/information
2588 of lower rated quality as supportive evidence in the environmental release and occupational exposure assessments.
2589



*The quality of data in these sources were acceptable for risk assessment purposes and considered for integration. The sources; however, were not extracted for a variety of reasons, such as they contained only secondary source data, duplicate data, or non-extractable data (i.e., charts or figures). Additionally, some data sources were not as relevant to the PECO as other data sources which were extracted.

**Figure 1-9. Literature Flow Diagram for Consumer and Environmental Exposure Data Sources**

EPA conducted a literature search to determine relevant data sources for assessing exposures for trichloroethylene within the scope of the Risk Evaluation. This search identified 1149 data sources including relevant supplemental documents. Of these, 998 were excluded during the screening of the title, abstract, and/or full text and 151 data sources were recommended for data evaluation across up to five major study types in accordance with *Appendix E:Data Quality Criteria for Studies on Consumer, General Population and Environmental Exposure of the Application of Systematic Review for TSCA Risk Evaluations* document (U.S. EPA, 2018b). Following the evaluation process, 79 references were forwarded for further extraction and data integration. EPA has not developed data quality criteria for all types of exposure information, some of which may be relevant when estimating consumer exposures. This is the case for absorption and permeability data and some product-specific data such as density and weight fraction often reported in Safety Data Sheets. As appropriate, EPA evaluated and summarized these data to determine their utility with supporting the Risk Evaluation.



2608
2609 **Figure 1-10. Literature Flow Diagram for Environmental Hazard**

2610
2611 The environmental hazard data sources were identified through literature searches and screening strategies using the
2612 ECOTOXicology Knowledgebase System (ECOTOX) Standing Operating Procedures. For studies determined to be on-topic
2613 after title and abstract screening, EPA conducted a full text screening to further exclude references that were not relevant to
2614 the Risk Evaluation. Screening decisions were made based on eligibility criteria as documented in the ECOTOX User Guide
2615 (U.S. EPA, 2018c). Additional details can be found in the *Strategy for Conducting Literature Searches for Trichloroethylene*
2616 *Supplemental Document to the TSCA Scope Document* (U.S. EPA, 2017e).

2617
2618 The "Key/Supporting Studies" box represents data sources cited in an existing assessment (Environment Canada and Health
2619 Canada, 1993) that were considered highly relevant for the TSCA Risk Evaluation because they were used as key and
2620 supporting information by another regulatory organization to support their chemical hazard and risk assessment. These
2621 citations were found independently from the ECOTOX process. These studies bypassed the data screening step and moved
2622 directly to the data evaluation step. These two studies were ultimately excluded because they examined hazard to terrestrial
2623 species and the relevant exposure pathway of air releases has since been determined to be out of scope.

2624
2625 The literature search process for environmental hazard data found 8,565 citations for TCE. At the title and abstract screening
2626 phase, 8,144 citations were excluded as off-topic using ECOTOXicology knowledgebase criteria. The remaining 419
2627 citations underwent a more thorough full text screening using the same criteria to determine which citations should undergo
2628 data evaluation. For data evaluation, EPA developed data quality evaluation (DQE) criteria to evaluate the data under TSCA,
2629 based on a combination of EPA's ECOTOXicology knowledgebase (ECOTOX) criteria and the Criteria for Reporting and
2630 Evaluating ecotoxicity Data (CRED). There were 71 citations that went to data evaluation for TCE, which included the
2631 above-mentioned two additional citations gathered from (Environment Canada and Health Canada, 1993) that were later
2632 excluded as out of scope. EPA analyzed each of these studies using the DQE results to determine overall study quality.
2633 Twenty-five studies were considered acceptable and were rated high, medium, or low quality during this analysis. The
2634 extracted data from these 25 studies were used during data integration for TCE.

2635
2636



**Figure 1-11. Literature Flow Diagram for Human Health Hazard**

The literature search results for human health hazard of TCE yielded 6,049 studies. This included 95 key and supporting studies identified from previous EPA assessments[11]. Of the 5,954 new studies screened for relevance, 5,869 were excluded as off topic. The remaining 85 new studies together with the 95 key and supporting studies entered data evaluation. Ten studies were deemed unacceptable based on the evaluation criteria for human health hazard data sources and the remaining 170 studies were carried forward to data extraction/data integration. Additional details can be found in the *Strategy for Conducting Literature Searches for Trichloroethylene Supplemental Document to the TSCA Scope Document* (U.S. EPA, 2017e).

The "Key/Supporting Studies" box represents data sources cited in an existing assessment (U.S. EPA, 2011e) that were considered highly relevant for the TSCA Risk Evaluation because they were used as key and supporting information by another regulatory organization to support their chemical hazard and risk assessment. For a list of the key and supporting studies, see *[List of Key and Supporting Studies for Human Health Hazard. Docket # EPA-HQ-OPPT-2019-0500]*.

### 1.5.2   Data Evaluation

During the data evaluation stage, the EPA assesses the quality of the methods and reporting of results of the individual studies identified during Problem Formulation using the evaluation strategies described in *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018b). The EPA evaluated the quality of the on-topic TCE study reports identified in [*Trichloroethylene (CASRN 79-01-6) Bibliography: Supplemental File for the TSCA Scope Document;* (U.S. EPA, 2017i)], and gave all studies an overall high, medium, low or unacceptable confidence rating during data evaluation.

The results of the data quality evaluations for key studies are summarized in Section 2.1 (Fate and Transport), Section **Error! Reference source not found.** (Releases to the Environment), Section 2.2.6 (Environmental Exposures), Section 2.3 (Human Exposures), Section 3.1 (Environmental Hazards) and

---

[11] "Key and supporting studies" for human health are those deemed suitable for consideration for dose-response analysis. This does not include mechanistic or qualitative data, including genotoxicity studies. Data extraction and evaluation results for all relevant genotoxicity studies are presented in [*Data Extraction and Evaluation Tables for Genotoxicity Studies. Docket: EPA-HQ-OPPT-2019-0500*].

2664 Section 3.2 (Human Health Hazards). Supplemental files[12] also provide details of the data evaluations
2665 including individual metric scores and the overall study score for each data source (Docket: *EPA-HQ-*
2666 *OPPT-2019-0500*).

### 1.5.3   Data Integration

2668 Data integration includes analysis, synthesis and integration of information for the Risk Evaluation.
2669 During data integration, the EPA considers quality, consistency, relevancy, coherence and biological
2670 plausibility to make final conclusions regarding the weight of the scientific evidence. As stated in
2671 *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018b), data integration
2672 involves transparently discussing the significant issues, strengths, and limitations as well as the
2673 uncertainties of the reasonably available information and the major points of interpretation (U.S. EPA,
2674 2018e). EPA defines "reasonably available information" to mean information that EPA possesses, or can
2675 reasonably obtain and synthesize for use in Risk Evaluations, considering the deadlines for completing
2676 the evaluation (*Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control*
2677 *Act* (82 FR 33726).
2678

2679 EPA used previous assessments (see Table 1-2) to identify key and supporting information and then
2680 analyzed and synthesized available evidence regarding TCE's chemical properties, environmental fate
2681 and transport properties and its potential for exposure and hazard. EPA's analysis also considered recent
2682 data sources that were not considered in the previous assessments (Section 1.5.1) as well as reasonably
2683 available information on potentially exposed or susceptible subpopulations.
2684

2685 The exposures and hazards sections describe EPA's analysis of the influential information (*i.e.,* key and
2686 supporting data) that were found acceptable based on the data quality reviews as well as discussion of
2687 other scientific knowledge using the approach described in Section 1.5.1. The exposure section also
2688 describes whether aggregate or sentinel exposures to a chemical substance were considered under the
2689 conditions of use within the scope of the Risk Evaluation, and the basis for that consideration.
2690
2691

---

[12] See Appendix B for the list of all supplemental files.

# 2   EXPOSURES

For TSCA exposure assessments, EPA evaluated exposures and releases to the environment resulting from the conditions of use applicable to TCE. Post-release pathways and routes were described to characterize the relationship or connection between the conditions of use for TCE (Section 1.4.1) and the exposure to human receptors, including potentially exposed or susceptible subpopulations (PESS) and ecological receptors. EPA considered, where relevant, the duration, intensity (concentration), frequency and number of exposures in characterizing exposures to TCE.

## 2.1  Fate and Transport

Environmental fate includes both transport and transformation processes. Environmental transport is the movement of the chemical within and between environmental media. Transformation occurs through the degradation or reaction of the chemical with other species in the environment. Hence, knowledge of the environmental fate of the chemical informs the determination of the specific exposure pathways and potential human and environmental receptors EPA expects to consider in the Risk Evaluation. Table 2-1 presents environmental fate data that EPA identified and considered in the Scoping and Problem Formulation documents as well as additional data extracted from the systematic review process.

**Table 2-1. Environmental Fate Characteristic of TCE**

| Property or Endpoint | Value [a] | References | Data Quality Rating |
|---|---|---|---|
| Indirect photodegradation | 1-11 days (atmospheric oxidation based on measured hydroxyl radical oxidation) | (U.S. EPA, 2014b) | High |
| Hydrolysis half-life | 10.7 months (average; decomposition in aerated water in the dark; part of the reaction may have occurred in the vapor phase) | (Dilling et al., 1975) | High |
| Biodegradation | 0% after 3 months (aerobic groundwater) | (Nielsen et al., 1996) | High |
| | 38.9% after 28 days (aerobic OECD 302B Inherent biodegradability test) | (Tobajas et al., 2016) | High |
| | 100% degradation after 20 days (anaerobic serum bottle test with added glucose, phenol, benzoate, acetate, and methanol on incubated shaker table) | (Long et al., 1993) | High |
| | 0% degradation after 40 days (anaerobic groundwater in untreated wells) | (Schmidt and Tiehm, 2008) | High |
| | 100% degradation after 40 days (anaerobic groundwater microcosms with added hydrogen/acetate) | (Schmidt and Tiehm, 2008) | High |

| Property or Endpoint | Value [a] | References | Data Quality Rating |
|---|---|---|---|
| | TCE removed slowly with a reduction of 40% after 8 weeks (TCE (200 µg/L) incubated with batch bacterial cultures under methanogenic conditions) | (Bouwer and McCarty, 1983) | High |
| | 100% degradation after 20 days (aerobic with Methane culture, aerobic with phenol culture) | (Long et al., 1993) | High |
| Bioconcentration factor (BCF) | 17 (Bluegill) | (Barrows et al., 1980) | High |
| | 18.4 (estimated) | (U.S. EPA, 2012b) | High |
| Bioaccumulation factor (BAF) | 24 (estimated) | (U.S. EPA, 2012b) | High |
| Organic carbon:water partition coefficient (Log $K_{oc}$) | 1.8 (estimated by MCI method) 2.1 (estimated by $K_{ow}$ method) | (U.S. EPA, 2012b) | High |
| [a] Measured unless otherwise noted | | | |

### 2.1.1   Fate and Transport Approach and Methodology

EPA gathered and evaluated environmental fate information according to the process described in the Application of *Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018b). Reasonable available environmental fate data, including biotic and abiotic degradation rates, removal during wastewater treatment, volatilization from lakes and rivers, and organic carbon:water partition coefficient (Koc) were selected for use in this assessment document.

Other fate estimates were based on modeling results from EPI (Estimation Programs Interface) Suite™ (U.S. EPA, 2012b; https://www.epa.gov/tsca-screening-tools/epi-suitetm-estimation-program-interface), a predictive tool for physical/chemical and environmental fate properties. EPI Suite™ was reviewed by the EPA Science Advisory Board (https://yosemite.epa.gov/sab/sabproduct.nsf/02ad90b136fc21ef85256eba00436459/CCF982BA9F9CF CFA8525735200739805/$File/sab-07-011.pdf) and the individual models have been peer reviewed in numerous articles published in technical journals. Citations for such articles are available in the EPI Suite™ help files. Table 2-1 provides environmental fate data that EPA considered while assessing the fate of TCE.

### 2.1.2   Summary of Fate and Transport

The EPI Suite™ (U.S. EPA, 2012b)  STP model was run using default settings (set biodegradation half-life to 10,000 hours) to evaluate the potential for TCE to volatilize to air or adsorb to sludge during wastewater treatment. In order to improve the accuracy of the EPI Suite™ estimations, physical and chemical properties (Log Kow, Boiling point, Melting point, Vapor Pressure, Water solubility, Henry's Law Constant) from Table 1-1 were entered into EPI Suite along with TCE's SMILES notation entry (C(=CCL)(CL)CL) before running the module.

43
44 If TCE is released to the air, TCE does not absorb radiation well at wavelengths that are present in the
45 lower atmosphere (>290 nm) so direct photolysis is not a main degradation process. Degradation by
46 reactants in the atmosphere has a half-life of several days meaning that long range transport is possible.
47
48 If TCE is released to water, sediment or soil, the fate of TCE is influenced by volatilization from the
49 water surface or from soil as indicated by its physical chemical properties (*e.g.,* Henry's law constant)
50 and by microbial biodegradation under some conditions. The EPI Suite™ model that estimates
51 volatilization from lakes and rivers ("Volatilization" model) was run using default settings to evaluate
52 the volatilization half-life of TCE in surface water. The volatilization model estimates that the half-life
53 of TCE in a model river is 1.2 hours and the half-life in a model lake is 110 hours. Therefore, the
54 volatilization is likely to be a significant removal process. Although the log $K_{OC}$ indicates that TCE will
55 partition to sediment organic carbon, organic matter typically comprises 25% or less of sediment
56 composition (*e.g.,* https://pubs.usgs.gov/of/2006/1053/downloads/pdf/of-2006-1053.pdf) of which
57 approximately 40-60% is organic carbon (Schwarzenbach et al., 2003). Based on these values, and the
58 range of $K_{OC}$ of 1.8 to 2.1 the sediment-water Kd (where Kd = $K_{OC}$ *$f_{OC}$) is expected to be equal to or
59 less than 9.5 to 19, indicating that at equilibrium, concentrations in sediment would be expected to be
60 less than 19 times higher than in porewater. So, TCE is expected to be present in sediment pore water
61 with concentrations similar to or less than the overlying water. This is due to partitioning to organic
62 matter in sediment and relatively more rapid biodegradation in anaerobic and methanogenic
63 environments compared to aerobic conditions assumed closer to the surface of the water column. In the
64 case of spills or leaks of TCE directly to soil or surface water, TCE may sink as a dense non-aqueous
65 phase liquid (DNAPL). However, such spills and leaks are not considered conditions of use within the
66 scope of the Risk Evaluation.
67
68 If TCE is released to wastewater treatment, the removal percentage of TCE is estimated by using the
69 STP model in EPI Suite™ as 81%, including 80% removal via volatilization and 1% removal via
70 adsorption. This value (81%) is used for the calculation of exposure assement in this document. TCE
71 present in the solids and water portion of biosolids following wastewater treatment and land application
72 would be expected to rapidly volatilize into air. Furthermore, TCE is not anticipated to remain in soil, as
73 it is expected to either volatilize into air or migrate through soil into groundwater.
74
75 The partitioning of TCE released to air, water and soil is informed by the use of the level III fugacity
76 model in EPI Suite™. The fugacity model in EPI Suite™ is a level III multimedia fate model which
77 uses environmental parameters and computations identical to those used in (Mackay et al., 1992). The
78 model environment consists of four main compartments: air, water sediment and soil. Mass transport
79 between the compartments via volatilization, diffusion, deposition and runoff are modeled. The level III
80 fugacity model in EPI Suite™ was not used to determine any specific environmental concentrations of
81 TCE. The model was used to qualitatively assess how TCE will behave in specific media (*i.e.,* setting
82 the model to 100% emission to a single medium) in order to inform development of Figure 2-1. EPA
83 also ran the level III fugacity model using emissions from a mass balance developed to account for the
84 amount of TCE entering and leaving all facilities in the United States. For the mass balance EPA
85 attempted to quantify the amount of trichloroethylene associated with each of its life cycle stages from
86 introduction into commerce in the U.S. (from both domestic manufacture and import), processing, use,
87 release, and disposal. The mass balance development and uncertainties are detailed in Appendix R.
88 Physical chemical and environmental fate properties used as input to the model were taken from Table
89 1-1 and Table 2-1, respectively. The model was run using annual emissions to air and water from the
90 mass balance converted to kilograms per hour. Land disposal, energy recovery and treatment, and off-
91 site recycling were not considered as environmental releases.

92
93  The emissions to air from the mass balance comprise >99% of the total emissions with less than one
94  percent released to water. The model estimates 99.2 percent of TCE will remain in air when release
95  estimates from the mass balance are used. TCE was predicted to continue to partition to air based on its
96  greater fugacities in water and sediment compared to its fugacity in air. The details of the model results
97  are given in Appendix S.
98
99  The biodegradation of TCE in the environment is dependent on a variety of factors and thus, a wide
100  range of degradation rates have been reported (ranging from days to years). The BIOWIN module in the
101  EPI Suite™ was run using default settings to estimate biodegradation rates of TCE in soil and sediment.
102  Three out of the four models built in the BIOWIN module (BIOWIN 1, 2, and 5) estimate that TCE will
103  not rapidly biodegrade in aerobic environments, while a fourth (BIOWIN 6) estimates that TCE will
104  rapidly biodegrade in aerobic environments. The weight of the scientific evidence from these estimates
105  suggests that TCE does not biodegrade quickly under aerobic condition. This conclusion is supported by
106  test results in a frequently cited publication (Rott et al.,1982) which indicates 19% aerobic
107  biodegradation in 28 days (OECD 301D) and 2.4% aerobic biodegradation in 14 days (OECD 301C),
108  respectively. The data were also cited in the 2004 EU TCE Risk Assessment (ECB, 2004).
109
110  During the systematic review process, a high-quality aerobic serum bottle biodegradation study reported
111  that 100% degradation occurred in 20 days in methane and phenol cultures. The result indicates that the
112  aerobic degradation rate with either methane or phenol culture is "fast" and is different from the
113  BIOWIN predictions.  However, the "fast" aerobic biodegradation with special cultures cannot represent
114  general environmental conditions, so the "slow aerobic biodegradation" considered in the scoping and
115  Problem Formulation documents was not changed in this Risk Evaluation document.
116
117  During the systematic review for fate endpoints, several high-quality anaerobic biodegradation test data
118  were identified and inserted into the original fate table summarized in the Problem Formulation
119  document (U.S. EPA, 2018c). The added anaerobic biodegradation data suggest that the TCE anaerobic
120  biodegradation rate ranges from slow to rapid and may be dependent on presence of electron donating
121  co-metabolites.
122
123  The systematic review did not identify any additional studies for sorption coefficient to soil and
124  sediments, therefore, the log $K_{OC}$ value was estimated with EPI Suite™ as 1.8, which is close to the
125  measured values ranged from 1.86 to 2.17 with different soils in the previous TCE assessments (U.S.
126  EPA, 2014b). These log $K_{OC}$ values (1.8-2.1) suggest that the sorption of TCE to soil and sediment is
127  low and TCE is mobile in soil and sediment.
128
129  The systematic review identified a high quality bioconcentration data with low BCF ( BCF=17;
130  Barrows, 1980). The BAF of TCE is also low (BAF=24) based on EPI Suite™ estimation. Therefore,
131  TCE is not expected to accumulate in aquatic organisms due to low BCF and BAF.
132
133  Figure 2-1 summarizes the overall partitioning and degradation expected for TCE.
134





135
136 **Figure 2-1. Environmental transport, partitioning and degradation processes for TCE**
137

138 In Figure 2-1, transport and partitioning are indicated by green arrows and degradation is indicated by
139 orange arrows. The width of the arrow is a qualitative indication of the likelihood that the indicated
140 partitioning will occur or the rate at which the indicated degradation will occur (*i.e.,* wider arrows
141 indicate more likely partitioning or more rapid degradation). Because transport and partitioning
142 processes (green arrows) can occur in both directions across an interface, the transport and partitioning
143 pathways are illustrated with arrows pointing in both directions.  For interfaces where one direction of
144 transport and partitioning is expected to prevail based on release rates and partition coefficients, the
145 primary direction of transport is indicated by a wider arrow. However, the direction of transport in a
146 given locality depends on the site-specific properties of environmental media, weather conditions, TCE
147 release rates, degradation and transformation rates, and TCE concentrations within environmental
148 compartments. The question marks over the aerobic and anaerobic biodegradation arrows indicate
149 uncertainty regarding how quickly TCE will biodegrade. Figure 2-1 considers only transport,
150 partitioning, and degradation within and among environmental media; sources to the environment such
151 as discharge and disposal are not illustrated.

152 **2.1.3   Assumptions and Key Sources of Uncertainty for Fate and Transport**
153 A range of biodegradation rates have been reported for TCE. The range of degradation rates reported
154 were measured in laboratory studies for biodegradation in water, soil and sediment. These studies are
155 subject to several sources of variability including variability inherent in the methodology, inter-
156 laboratory variability and variability due to factors such as the specific microbial populations used,
157 water, soil and sediment chemistry, oxygen concentration/redox potential, of the collected samples used
158 in the study, temperature and test substance concentration. No single value is universally applicable as it
159 is influenced by these variables and possibly others. However, the weight of evidence shows the aerobic
160 biodegradation of TCE is slow and the anaerobic biodegradation in anaerobic condition ranges from slow
161 to rapid. Anaerboic biodegredation results in formation of dichloroethylene (DCE) and which is
162 subsequently degredaded to vinyl chloride monomer (VCM) in the same conditions (Vogel and

163  McCarty, 1985). But the portion of TCE that is anaerobically biodegraded, thereby forming DCE and
164  VCM, is unknown.
165
166  The range of Log $K_{OC}$ values (1.8-2.1) is supported by the basic principles of environmental chemistry
167  which states that the $K_{OC}$ is typically within one order of magnitude (one log unit) of the octanol:water
168  partition coefficient ($K_{ow}$).

169  The density of TCE relative to water may result in the formation of free product, or (dense non-aqueous
170  phase liquid) DNAPL under certain conditions. However, under the conditions of use for TCE examined
171  under this Risk Evaluation, it is not expected that TCE DNAPL would be found where disolved
172  concentrations are less than 1% of its aqueous solubility, or 12,800 ug/L at 25°C (Horvath et al., 1999).
173  Under conditions in which TCE is present in surface water at concentrations of less than 1% of its
174  solubility, the physical and chemical properties of TCE that lead to TCE's classification as a DNAPL
175  are not likely to increase the residence time in surface water. DNAPL formation in benthic sediments
176  and in subsurface soils and aquifers is not likely to result from the conditions of use described in this
177  final Risk Evaluation.

178  The Volatilization from Water (WVol) model in EPI SuiteTM is a screening level model that estimates
179  the rate of volatilization of a chemical from a model river and lake. The estimation method follows a
180  two-film concept for estimating the flux of volatiles across the air-water interface. The program's default
181  parameters for a model river were selected to yield a half-life that may be indicative of relatively fast
182  volatilization from environmental waters due to default current velocity, river depth and wind velocity.
183  The default parameters for the lake yield a much slower volatilization rate. The low wind velocity and
184  current speed are indicative of a pond (or very shallow lake) under relatively calm conditions. These
185  default parameters were selected to specifically model a body of water under calm conditions. Although
186  physical chemical properties of the modeled substance and wind speed, water flow velocity and water
187  depth can be modified by the user, the model does not employ all site specific environmental parameters
188  that effect the rates of volatilization. Therefore, rates of volatilization at a specific location under
189  specific environmental conditions could be over or under estimated by the model.
190
191  Accurate inputs are critical for fugacity modeling. Inputs to the level III fugacity model include half-
192  lives in various media, physical chemical properties, and emissions to air, water and soil. As
193  demonstrated by the change in predicted mass of TCE in each compartment when assumptions regarding
194  emissions (mass released to each environmental compartment) are varied, model results are significantly
195  impacted by emissions assumptions. Thus, for optimal use of the model, complete emissions inventories
196  are needed. EPA developed a mass balance for TCE, however, the uncertainty associated with the mass
197  balance and associated releases to the environment carries over to uncertainty in the results of the
198  fugacity modeling. The results of level III fugacity modeling indicate that TCE released to water will
199  partition to air. However, as noted in the SACC review of the TCE draft Risk Evaluation, release
200  scenarios could exist that, when modeled, indicate movement of TCE from air to water. Under that
201  scenario estimated surface water concentrations could be underpredicted if only direct releases to water
202  are considered.
203
204

## 2.2 Environmental Exposures

### 2.2.1 Environmental Exposures Overview

In this section, EPA presents environmental exposures to TCE for aquatic organisms. Exposure to terrestrial organisms is expected to be low since physical chemical properties do not support an exposure pathway through water and soil pathways to these organisms. To characterize environmental exposure, EPA assessed exposures derived from both predicted and measured concentrations of TCE in surface water in the U.S.

Aquatic exposures associated with the industrial and commercial conditions of use evaluated were predicted through modeling. Predicted surface water concentrations resulting from facility releases in the EPA Lifecycle Release Analysis were generated for reporting year 2016. Release estimates were based on loading and/or production volume information obtained from TRI, DMR, and CDR (See Section **Error! Reference source not found.**). The surface water modeling was conducted with EPA's Exposure and Fate Assessment Screening Tool, version 2014 (U.S. EPA, 2014c), using reported annual release/loading amounts (kg/yr) and estimates of the number of days per year that the annual load is released. The Probabilistic Dilution Model (PDM), a module of E-FAST 2014, was run to predict the number of days per year predicted stream concentrations are expected to exceed the designated chronic aquatic COC value.

The aquatic exposure assessment also includes an analysis of collected measured surface water concentrations from monitoring data in EPA's Water Quality Exchange (WQX) using the online Water Quality Portal (WQP) tool and published literature obtained and evaluated through a systematic review process. WQX is the nation's largest source of water quality monitoring data and includes results from EPA's STORage and RETrieval (STORET) Data Warehouse, the United States Geological Service (USGS) National Water Information System (NWIS), and other federal, state, and tribal sources. A literature search was also conducted to identify other peer-reviewed or gray sources of measured surface water concentrations in the US. The measured concentrations reflect ambient surface water concentrations at the monitoring sites but cannot be directly attributed to specific industrial or commercial conditions of use. A geospatial analysis at the watershed level was conducted to compare the measured and predicted surface water concentrations and investigate whether modeled facility releases may be located within the same watershed as observed concentrations in surface water.

### 2.2.2 Environmental Releases to Water

EPA categorized COUs listed in Table 1-3 into 18 OESs. For each OES, a daily water release was estimated based on annual releases, release days, and the number of facilities (Figure 2-2). In this section, EPA describes its approach and methodology for estimating daily water releases, and for each OES, provides a summary of release days, number of facilities, and daily water releases. For detailed facility level results, see Appendix Q of this document and the "Water Release Assessment" section for each OES in [*Environmental Releases and Occupational Exposure Assessment. Docket: EPA-HQ-OPPT-2019-0500)*].



244 **Figure 2-2.  An overview of how EPA estimated daily water releases for each OES.**[13]
245

### 2.2.2.1    Results for Daily Release Estimate

247 EPA combined its estimates for annual water releases, release days, and number of facilities to estimate
248 a range for daily water releases for each OES. A summary of these ranges across facilities is presented
249 in Table 2-2. See Table 2-5 for more details on deriving the overall confidence score for each OES. For
250 some OES, EPA was not able to estimate or did not expect water releases.  For example:
251

- **OES Aerosol Application:**  Water releases were not expected due to the volatile nature of TCE; releases from this OES are expected to be to air.
- **OES Formulation of Aerosol and Non-Aerosol Products:**  All releases reported in TRI were to off-site land, incineration, or recycling.

256
257 **Table 2-2.  Summary of EPA's daily water release estimates for each OES and also EPA's Overall**
258 **Confidence in these estimates.**

| Occupational Exposure Scenario (OES) | Estimated Daily Water Release Range Across Sites (kg/site-day) | | Overall Confidence | Source and Notes |
|---|---|---|---|---|
| | Minimum | Maximum | | |
| Manufacturing | 0 | 1.27 | M | From TRI, DMR |
| Processing as a Reactant | 1.7E-03 | 0.02 | M | From TRI, DMR |
| Formulation of Aerosol and Non-Aerosol Products | - | - | - | No information identified to estimate water releases |
| Repackaging | 6.8E-06 | 1.1 | M | From TRI, DMR |
| Batch Open-Top Vapor Degreasing | 2.53E-07 | 1.96 | M | From TRI, DMR |
| Batch Closed-Loop Vapor Degreasing | 2.53E-07 | 1.96 | M | Same as Batch Open-Top Vapor Degreasing[a] |

---

[13] TRI = Toxics Release Inventory; DMR = Discharge Monitoring Report; NEI = National Emissions Inventory; CDR = Chemical Data Reporting; ELG = Effluent Limitation Guidelines; ESD = Emission Scenario Document

| Occupational Exposure Scenario (OES) | Estimated Daily Water Release Range Across Sites (kg/site-day) | | Overall Confidence | Source and Notes |
| | Minimum | Maximum | | |
| --- | --- | --- | --- | --- |
| Conveyorized Vapor Degreasing | 2.53E-07 | 1.96 | M | Same as Batch Open-Top Vapor Degreasing[a] |
| Web Vapor Degreasing | 2.53E-07 | 1.96 | M | Same as Batch Open-Top Vapor Degreasing[a] |
| Cold Cleaning | 2.53E-07 | 1.96 | M | Same as Batch Open-Top Vapor Degreasing[a] |
| Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases | - | - | H | EPA expects releases of TCE to be to air for this OES |
| Metalworking Fluids | 2.53E-07 | 1.96 | M | Same as Batch Open-Top Vapor Degreasing[a] |
| Adhesives, Sealants, Paints, and Coatings | 3.68E-06 | 0.30 | M | From TRI, DMR |
| Other Industrial Uses | 9.2E-06 | 1.6 | M | From DMR |
| Spot Cleaning and Wipe Cleaning | 2.9E-05 | 8.0E-05 | M | From DMR |
| Industrial Processing Aid | 5.5E-04 | 0.4 | M | From TRI, DMR |
| Commercial Printing and Copying | 2.0E-04 | 2.0E-04 | - | Based on only one reported release in DMR |
| Other Commercial Uses | 1.9E-06 | 0.013 | M | From DMR |
| Process Solvent Recycling and Worker Handling of Wastes | 1.6E-06 | 24.1 | M | From TRI, DMR |

259 [a] Water releases from OTVD were repeated for other degreasing operations and for MWF because the releases were
260 estimated using TRI and DMR data. Due to the limited information in these reporting programs, these sites may in fact not
261 operate OTVDs, but may operate other solvent cleaning machines or perform metalworking activities (*e.g.*, closed-loop
262 degreasing, conveyorized degreasing, web cleaning, or cold cleaning) or use of TCE as a metalworking fluid. They are
263 included in the OTVD assessment as EPA expects OTVDs to be the most likely condition of use. EPA assessed annual
264 releases as reported in the 2016 TRI or 2016 DMR and assessed daily releases by assuming 260 days of operation per year, as
265 recommended in the 2017 ESD on Use of Vapor Degreasers, and averaging the annual releases over the operating days.

266 ### 2.2.2.2    Approach and Methodology

267 ## 2.2.2.2.1  Water Release Estimates
268 Where available, EPA used 2016 TRI (U.S. EPA, 2017g) and 2016 DMR (U.S. EPA, 2016a) data to
269 provide a basis for estimating releases. Facilities are only required to report to TRI if the facility has 10
270 or more full-time employees, is included in an applicable NAICS code, and manufactures, processes, or
271 uses the chemical in quantities greater than a certain threshold (25,000 pounds for manufacturers and
272 processors of TCE and 10,000 pounds for users of TCE). Due to these limitations, some sites that
273 manufacture, process, or use TCE may not report to TRI and are therefore not included in these datasets.
274
275 For the 2016 DMR (U.S. EPA, 2016a), EPA used the Water Pollutant Loading Tool within EPA's
276 Enforcement and Compliance History Online (ECHO) to query all TCE point source water discharges in
277 2016. DMR data are submitted by National Pollutant Discharge Elimination System (NPDES) permit
278 holders to states or directly to the EPA according to the monitoring requirements of the facility's permit.
279 States are only required to load major discharger data into DMR and may or may not load minor

280  discharger data. The definition of major vs. minor discharger is set by each state and could be based on
281  discharge volume or facility size. Due to these limitations, some sites that discharge TCE may not be
282  included in the DMR dataset.
283
284  Where releases are expected but TRI and DMR data were not available or where EPA determined TRI
285  and DMR data did not sufficiently represent releases of TCE to water for a condition of use, releases
286  were estimated using data from literature, relevant Emission Scenario Documents (ESDs) or Generic
287  Scenarios (GSs), existing EPA models (*e.g.,* EPA Water Saturation Loss Model), and/or relevant
288  Effluent Limitation Guidelines (ELG). ELG are national regulatory standards set forth by EPA for
289  wastewater discharges to surface water and municipal sewage treatment plants. For more details, please
290  refer to Appendix L.

### 2.2.2.2.2  Estimates of Number of Facilities

292  Where available, EPA used 2016 CDR (U.S. EPA, 2016c), 2016 TRI (U.S. EPA, 2017g), 2016
293  Discharge Monitoring Report (DMR) (U.S. EPA, 2016a) and 2014 National Emissions Inventory (NEI)
294  (U.S. EPA, 2018a) data to provide a basis to estimate the number of sites using TCE within a condition
295  of use. Generally, information for reporting sites in CDR and NEI was sufficient to accurately
296  characterize each reporting site's condition of use. However, information for determining the condition
297  of use for reporting sites in TRI and DMR is typically more limited.
298
299  In TRI, sites submitting a Form R indicate whether they perform a variety of activities related to the
300  chemical including, but not limited to: produce the chemical; import the chemical; use the chemical as a
301  reactant; use the chemical as a chemical processing aid; and ancillary or other use. In TRI, sites
302  submitting Form A are not required to designate an activity. For both Form R and Form A, TRI sites are
303  also required to report the primary North American Industry Classification System (NAICS) code for
304  their site. For each TRI site, EPA used the reported primary NAICS code and activity indicators to
305  determine the condition of use at the site. For instances where EPA could not definitively determine the
306  condition of use because: 1) the reported NAICS codes could include multiple conditions of use; 2) the
307  site reported multiple activities; and/or 3) the site did not report activities due to submitting a Form A,
308  EPA had to make an assumption on the condition of use to avoid double counting the site. For these
309  sites, EPA supplemented the NAICS code and activity information with the following information to
310  determine a "most likely" or "primary" condition of use:
311  • Information on known uses of the chemical and market data identifying the most prevalent
312     conditions of use of the chemical.
313  • Information obtained from public comments and/or industry meetings with EPA that provided
314     specific information on the site.
315
316  In DMR, the only information reported on condition of use is each site's Standard Industrial
317  Classification (SIC) code. EPA could not determine each reporting site's condition of use based on SIC
318  code alone; therefore, EPA supplemented the SIC code information with the same supplementary
319  information used for the TRI sites (market data, public comments, and industry meetings).
320
321  The National Emissions Inventory (NEI) is a comprehensive and detailed estimate of air emissions of
322  criteria pollutants, criteria precursors, and hazardous air pollutants from air emissions sources. The NEI
323  is released every three years based primarily upon data provided by State, Local, and Tribal air agencies
324  for sources in their jurisdictions and supplemented by data developed by the US EPA. The inventory
325  includes emissions estimates for larger sources that are located at a fixed, stationary location (point
326  sources) and emissions estimates for sources which individually are too small in magnitude to report as
327  point sources (nonpoint sources). In NEI, facilities report on the equipment or process sources for their

328  facility emissions. Based on these reported point sources for TCE emissions, EPA could generally
329  determine which condition of use the facility fell in.
330
331  Where the number of sites could not be determined using CDR/TRI/DMR/NEI or where these data
332  sources were determined to insufficiently capture the number of sites within a condition of use, EPA
333  supplemented the reasonably available information with U.S. economic data using the following
334  method:
335  • Identify the NAICS codes for the industry sectors associated with these uses.
336  • Estimate total number of sites using the U.S. Census' Statistics of US Businesses (SUSB) (U.S.
337    Census Bureau, 2015) data on total establishments by 6-digit NAICS.
338  • Use market penetration data to estimate the percentage of establishments likely to be using TCE
339    instead of other chemicals.
340  • Combine the data generated in Steps 1 through 3 to produce an estimate of the number of sites
341    using TCE in each 6-digit NAICS code, and sum across all applicable NAICS codes for the
342    condition of use to arrive at a total estimate of the number of sites within the condition of use.
343
344  **Table 2-3.  Summary of EPA's estimates for the number of facilities for each OES.**

| Occupational Exposure Scenario (OES) | Number of Facilities | Notes |
|---|---|---|
| Manufacturing | 5 | Based on CDR reporting |
| Processing as a Reactant | 5 to 440[a] | Based on TRI and DMR reporting, and Census data for NAICS 325120 (Industrial Gas Manufacturing) |
| Formulation of Aerosol and Non-Aerosol Products | 19 | Based on TRI reporting |
| Repackaging | 22 | Based on TRI and DMR reporting |
| Batch Open-Top Vapor Degreasing | 194 | Based on NEI and TRI reporting |
| Batch Closed-Loop Vapor Degreasing | 4 | Based on NEI reporting |
| Conveyorized Vapor Degreasing | 8 | Based on NEI reporting |
| Web Vapor Degreasing | 1 | Based on NEI reporting |
| Cold Cleaning | 13 | Based on NEI reporting |
| Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases | 4,366 | Based on Census data and market penetration estimates based on California Air Resources Board (CARB) survey of automotive maintenance and repair facilities |
| Metalworking Fluids | - | No information identified to estimate number of facilities |
| Adhesives, Sealants, Paints, and Coatings | 70 | Based on NEI, TRI, and DMR reporting |
| Other Industrial Uses | 49 | Based on TRI and DMR reporting |
| Spot Cleaning and Wipe Cleaning | 63,748 | Based on Census data for NAICS codes 812300, 812320, 561740; assumed 100% market penetration for TCE. |
| Industrial Processing Aid | 18 | Based on TRI and DMR reporting |
| Commercial Printing and Copying | - | No information identified to estimate number of facilities |
| Other Commercial Uses | - | No information identified to estimate number of facilities |
| Process Solvent Recycling and Worker Handling of Wastes | 30 | Based on TRI and DMR reporting |

345   a The range provided for the number of sites is a function of known sites for this OES from TRI and DMR data and
346   integrating it with sites reporting NAICS codes for this type of use.

347   **2.2.2.2.3  Estimates of Release Days**

348   EPA referenced Emission Scenario Documents (ESDs) or needed to make assumptions when estimating
349   release days for each OES.  A summary along with a brief explanation is presented in Table 2-4 below.
350

351   **Table 2-4.  Summary of EPA's estimates for release days expected for each OES.**

| Occupational Exposure Scenario (OES) | Release Days | Notes |
|---|---|---|
| Manufacturing | 350 | Assumed seven days per week and 50 weeks per year with two weeks per year for shutdown activities. |
| Processing as a Reactant | 350 | Assumed seven days per week and 50 weeks per year with two weeks per year for shutdown activities. |
| Formulation of Aerosol and Non-Aerosol Products | - | Water releases not estimated for this OES. |
| Repackaging | 250 | Assumed 5 days per week and 50 weeks per year. |
| Batch Open-Top Vapor Degreasing | 260 | 2017 ESD on Use of Vapor Degreasing |
| Batch Closed-Loop Vapor Degreasing | 260 | 2017 ESD on Use of Vapor Degreasing |
| Conveyorized Vapor Degreasing | 260 | 2017 ESD on Use of Vapor Degreasing |
| Web Vapor Degreasing | 260 | 2017 ESD on Use of Vapor Degreasing |
| Cold Cleaning | 260 | 2017 ESD on Use of Vapor Degreasing |
| Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases | - | Water releases not expected from this OES. |
| Metalworking Fluids | 260 | 2017 ESD on Use of Vapor Degreasing |
| Adhesives, Sealants, Paints, and Coatings | 250 | 2011 ESD on the Application of Radiation Curable Coatings, Inks, and Adhesives via Spray, Vacuum, Roll and Curtain Coating |
| Other Industrial Uses | 250 | Assumed 5 days per week and 50 weeks per year. |
| Spot Cleaning and Wipe Cleaning | 300 | Assumed 6 days per week and 50 weeks per year. |
| Industrial Processing Aid | 300 | Assumed 6 days per week and 50 weeks per year. |
| Commercial Printing and Copying | 250 | Assumed 5 days per week and 50 weeks per year. |
| Other Commercial Uses | 250 | Assumed 5 days per week and 50 weeks per year. |
| Process Solvent Recycling and Worker Handling of Wastes | 250 | Assumed 5 days per week and 50 weeks per year. |

352   **2.2.2.3      Assumptions and Key Sources of Uncertainty for Environmental**
353   **Releases**

354   EPA estimated water releases using reported discharges from the 2016 TRI and the 2016 DMR. TRI and
355   DMR data were determined to have a "medium" confidence rating through EPA's systematic review
356   process. Due to reporting requirements for TRI and DMR, the number of sites for a given OES may be
357   underestimated. It is uncertain, the extent to which, sites not captured in these databases discharge
358   wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-
359   POTW WWT.

360
361    In addition, information on the use of TCE at facilities in TRI and DMR is limited; therefore, there is
362    some uncertainty as to whether the number of facilities estimated for a given OES do in fact represent
363    that specific OES. If sites were categorized under a different OES, the annual wastewater discharges for
364    each site would remain unchanged; however, average daily discharges may change depending on the
365    release days expected for the different OES.
366
367    Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA
368    estimated the release days and averaged the annual releases over these days.  There is some uncertainty
369    that all sites for a given OES operate for the assumed duration; therefore, the average daily discharges
370    may be higher if sites have fewer release days or lower if they have greater release days. TRI-reporting
371    facilities are required to submit their "best available data" to EPA for TRI reporting purposes. Some
372    facilities are required to measure or monitor emission or other waste management quantities due to
373    regulations unrelated to the TRI Program (*e.g.,* permitting requirements), or due to company policies.
374    These existing, reasonably available data are often used by facilities for TRI reporting purposes, as they
375    represent the best available data.  When monitoring or direct measurement data are not reasonably
376    available, or are known to be non-representative for TRI reporting purposes, the TRI regulations require
377    that facilities determine release and other waste management quantities of TRI-listed chemicals by
378    making reasonable estimates. These reasonable estimates may be obtained through various Release
379    Estimation Techniques, including mass-balance calculations, the use of emission factors, and
380    engineering calculations. There may be greater uncertainty in data resulting from estimates compared to
381    monitoring measurements. However, available monitored data that showed ambient water
382    concentrations were not useful in corroborating the modeling approach because most of them were far
383    downstream from the near-facility modeled concentration estimates.
384
385    Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such
386    that on any given day the actual daily discharges may be higher or lower than the estimated average
387    daily discharge.
388
389    In some cases, the number of facilities for a given OES was estimated using data from the U.S. Census.
390    In such cases, the average daily release calculated from sites reporting to TRI and DMR was applied to
391    the total number of sites reported in (U.S. Census Bureau, 2015). It is uncertain how accurate this
392    average release is to actual releases at these sites; therefore, releases may be higher or lower than the
393    calculated amount.
394
395    The 2014 NEI was also used to estimate the number of facilities for various OES. NEI does not report
396    water release information, therefore, an average release was calculated from the sites reporting water
397    releases to TRI and DMR and applied to sites reported in NEI. It is uncertain how accurate this average
398    release is to actual releases at these sites; therefore, releases may be higher or lower than the calculated
399    amount.

400    **2.2.2.3.1  Summary of Overall Confidence in Release Estimates**
401    Table 2-5 provides a summary of EPA's overall confidence in its release estimates for each of the
402    Occupational Exposure Scenarios assessed.
403

404    **Table 2-5.  Summary of Overall Confidence in Release Estimates by OES**

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
| **Manufacturing** | Wastewater discharges are assessed using reported discharges from the 2016 TRI for four sites. TRI data were determined to have a "medium" confidence rating through EPA's systematic review process. Facilities reporting to TRI only report annual discharges; to assess daily discharges, EPA assumed 350 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites manufacturing TCE will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 350 days/yr or lower if they operate for greater than 350 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge. One of the four sites reporting to TRI also reported to DMR. This information was also assessed.  The same uncertainties discussed above for TRI releases also apply to the DMR data. Based on this information, EPA has a medium confidence in the wastewater discharge estimates for the four sites in the 2016 TRI and 2016 DMR.<br><br>Water discharges from the remaining site was estimated using the maximum daily and monthly discharge limits in the OCPSF EG and the estimated volume of wastewater produced per pound of TCE production from the Specific Environmental Release Category (SpERC) developed by the European Solvent Industry Group for the manufacture of a substance. The estimates assume the site operates at the limits set by the EG; actual releases may be lower for sites operating below the limits or higher for sites not in compliance with the OCPSF EG. Based on this information EPA has a medium confidence in the wastewater discharge estimates for this site. |
| **Processing as a Reactant** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, the number of sites in this OES may be underestimated. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are processing TCE as a reactant rather than a different OES. If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES.<br><br>Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 350 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites processing TCE as a reactant will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 350 days/yr or lower if they operate for greater than 350 days/yr. Furthermore, |

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
| | TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.  Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Formulation of Aerosol and Non-Aerosol Products** | All sites reporting in TRI show zero water releases; EPA does not expect water releases from this OES. |
| **Repackaging** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, the number of sites in this OES may be underestimated. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are performing repackaging activities rather than a different OES. If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES.

Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 250 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites repackaging TCE will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 250 days/yr or lower if they operate for greater than 250 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.  Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Batch Open-Top Vapor Degreasing** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, EPA does not expect all sites using TCE in OTVD to be captured in the databases. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT; however, the sites may be required to comply with an EG depending on the industry in which the OTVD is being used. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all of the sites assessed in this section are using TCE in OTVD rather than a different OES (including other vapor degreasing and cold cleaning operations and use of TCE in metalworking fluids). If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, |

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
|  | average daily discharges may change depending on the number of operating days expected for the OES.<br>Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 260 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites using TCE in OTVDs will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 260 days/yr or lower if they operate for greater than 260 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.  Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Batch Closed-Loop Vapor Degreasing** | Same as the Open-Top Vapor Degreasing (OTVD) OES. |
| **Conveyorized Vapor Degreasing** | Same as the Open-Top Vapor Degreasing (OTVD) OES. |
| **Web Vapor Degreasing** | Same as the Open-Top Vapor Degreasing (OTVD) OES. |
| **Cold Cleaning** | Same as the Open-Top Vapor Degreasing (OTVD) OES. |
| **Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases** | EPA assessed no wastewater discharges for this OES. There is some uncertainty as to whether and how much TCE may deposit on shop floors. However, due to the volatility of TCE, EPA expects TCE to evaporate from any such deposit prior to it being discharged; thus, limiting any potential discharges to surface water, POTW, or non-POTW WWT from this source. Based on this information, EPA has a high confidence in the release assessment. |
| **Metalworking Fluids** | Same as the Open-Top Vapor Degreasing (OTVD) OES. |
| **Adhesives, Sealants, Paints, and Coatings** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, the number of sites in this OES may be underestimated. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are performing adhesive, sealant, paint or coating activities rather than a different OES. If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES.<br><br>Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 250 days/yr of operation and averaged the |

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
| | annual discharges over the operating days. There is some uncertainty that all sites using TCE in adhesives, sealants, paints and coatings will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 250 days/yr or lower if they operate for greater than 250 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.<br><br>There is further uncertainty that the number of sites obtained from the 2014 NEI represent the total number of sites using adhesives, sealants, paints or coatings containing TCE. NEI data only covers specific industries which may not capture the entirety of industries using these products and NEI does not include operations that are classified as area sources because area sources are reported at the county level and do not include site-specific information. It is uncertain the extent that sites not captured in this assessment discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Also, NEI do not report water release information, therefore, an average release was calculated from the sites reporting water releases to TRI and DMR and applied to sites reported in NEI. It is uncertain how accurate this average release is to actual releases as these sites; therefore, releases may be higher or lower than the calculated amount. Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Other Industrial Uses** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, the number of sites in this OES may be underestimated. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are performing other industrial uses rather than a different OES. If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES.<br><br>Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 250 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites using TCE for other industrial uses will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 250 days/yr or lower if they operate for greater than 250 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge. Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
| **Spot Cleaning and Wipe Cleaning** | Wastewater discharges from spot cleaning facilities at industrial launderers are assessed using reported discharges from the 2016 DMR. DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. DMR only contains information for 2 sites. Additional sites may not be in DMR because they may have no water discharges or because they discharge to sewer rather than surface water (sewer discharges not reported in DMR). Facilities reporting to DMR only report annual discharges; to assess daily discharges, EPA assumed annual days of operation and averaged the annual discharges over the operating days. There is some uncertainty that all industrial launderers using TCE will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than the operating days or lower if they operate for greater than the operating days. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge. Based on this information, EPA has a medium confidence in the wastewater discharge estimates at industrial launderers. |
| | There is further uncertainty that the releases estimated for the total number of sites obtained from the U.S. Census' Bureau for spot, carpet and wipe cleaning accurately reflect releases from these sites. An average release was calculated from the sites reporting water releases to DMR and applied to the total number of sites reported in ([U.S. Census Bureau, 2015](#)). It is uncertain how accurate this average release is to actual releases as these sites; therefore, releases may be higher or lower than the calculated amount. It is also uncertain the extent that sites not captured in this assessment discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Industrial Processing Aid** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, the number of sites in this OES may be underestimated. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are using TCE as an industrial processing aid rather than a different OES. If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES. |
| | Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 300 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites using TCE as an industrial processing aid will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer |

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
| | than 300 days/yr or lower if they operate for greater than 300 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.  Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Commercial Printing and Copying** | Wastewater discharges from one commercial printing and copying site was found in the 2016 DMR. DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. However, EPA acknowledges this site does not represent the entirety of commercial printing and copying sites using TCE; data were not reasonably available to estimate water releases from additional sites. |
| **Other Commercial Uses** | Wastewater discharges are assessed using reported discharges from the 2016 DMR. DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for DMR, these sites are not expected to capture the entirety of water releases from this OES. It is uncertain the extent that sites not captured in DMR discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are performing other commercial uses rather than a different OES. If the sites were categorized under a different OES, the annual wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES.

Facilities reporting to DMR only report annual discharges; to assess daily discharges, EPA assumed 250 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites using TCE in other commercial uses will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 250 days/yr or lower if they operate for greater than 250 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.  Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |
| **Process Solvent Recycling and Worker Handling of Wastes** | Wastewater discharges are assessed using reported discharges from the 2016 TRI and the 2016 DMR. TRI and DMR data were determined to have a "medium" confidence rating through EPA's systematic review process. Due to reporting requirements for TRI and DMR, the number of sites in this OES may be underestimated. It is uncertain the extent that sites not captured in these databases discharge wastewater containing TCE and whether any such discharges would be to surface water, POTW, or non-POTW WWT. Additionally, information on the conditions of use of TCE at facilities in TRI and DMR is limited; therefore, there is some uncertainty as to whether all the sites assessed in this section are recycling/disposing of TCE rather than a different OES. If the sites were categorized under a different OES, the annual |

| Occupational Exposure Scenario (OES) | Overall Confidence in Release Estimates |
|---|---|
| | wastewater discharges for each site would remain unchanged; however, average daily discharges may change depending on the number of operating days expected for the OES.<br><br>Facilities reporting to TRI and DMR only report annual discharges; to assess daily discharges, EPA assumed 250 days/yr of operation and averaged the annual discharges over the operating days. There is some uncertainty that all sites recycling/disposing of TCE will operate for this duration; therefore, the average daily discharges may be higher if sites operate for fewer than 250 days/yr or lower if they operate for greater than 250 days/yr. Furthermore, TCE concentrations in wastewater discharges at each site may vary from day-to-day such that on any given day the actual daily discharges may be higher or lower than the estimated average daily discharge.  Based on this information, EPA has a medium confidence in the wastewater discharge estimates. |

405   **2.2.3   Aquatic Exposure Modeling Approach**

406   Surface water concentrations resulting from wastewater releases of TCE from facilities that use,
407   manufacture, or process TCE related to the evaluated industrial and commercial conditions of use were
408   modeled using EPA's Exposure and Fate Assessment Screening Tool, Version 2014 (U.S. EPA, 2014c).
409   E-FAST 2014 estimates chemical concentrations in surface water resulting from releases to surface
410   water, resulting in exposure estimates at the point of release. Advantages to this model are that it
411   requires minimal input parameters and it has undergone extensive peer review by experts outside of
412   EPA. A brief description of the calculations performed within the tool, as well as a description of
413   required inputs and the methodology to obtain and use inputs specific to this assessment is described
414   below. To obtain more detailed information on the E-FAST 2014 tool from the model documentation
415   (U.S. EPA, 2007), as well as to download the tool, visit this web address: https://www.epa.gov/tsca-
416   screening-tools/e-fast-exposure-and-fate-assessment-screening-tool-version-2014/.

417

418   E-FAST 2014 provides estimates of surface water concentration for multiple stream flow parameters. The
419   concentrations reflect predicted levels of TCE in the receiving water body at the point of release and do not
420   incorporate downstream transport or post-release chemical fate processes. For this aquatic exposure
421   assessment, site-specific surface water concentration estimates for free-flowing water bodies are reported for
422   both the 7Q10 and harmonic mean stream flows. The 7Q10 stream flow is the lowest consecutive 7-day
423   average flow during any 10-year period. The harmonic mean stream flow is the inverse mean of
424   reciprocal daily arithmetic mean flow values. Site-specific surface water concentration estimates for still
425   water bodies are reported for calculations using the acute dilution factors. In cases where site-specific
426   flow/dilution data were not reasonably available, the releases were modeled using stream flows of a
427   representative industry sector, as calculated from all facilities assigned to the industry sector in the E-
428   FAST database. Estimates from this calculation method are reported for the 10th percentile harmonic mean
429   and 10th percentile 7Q10 stream flows.

430   **2.2.3.1      E-FAST 2014 Equations and Inputs**

431   *Estimating Surface Water Concentrations*

432   E-FAST 2014 estimates site-specific surface water concentrations for discharges to both free-flowing
433   water bodies (*i.e.,* rivers and streams) and for still water bodies (*i.e.,* bays, lakes, and estuaries).

434

435   For free-flowing water body assessments, E-FAST 2014 can calculate surface water concentrations for

436  four streamflow conditions using the following equation:
437

$$SWC = \frac{WWR \times CF1 \times \left(1 - \frac{WWT}{100}\right)}{SF \times CF2}$$ (Eq. 1)

439  where:
440  SWC      =      Surface water concentration (parts per billion (ppb) or µg/L)
441  WWR      =      Chemical release to wastewater (kg/day)
442  WWT      =      Removal from wastewater treatment (%)
443  SF       =      Estimated flow of the receiving stream (MLD)
444  CF1      =      Conversion factor ($10^9$ µg/kg)
445  CF2      =      Conversion factor ($10^6$ L/day/MLD)
446

447  The streamflow conditions used to estimate stream concentrations within the model include a mean flow
448  (*i.e.,* the harmonic mean flow) and low flows (30Q5, 7Q10, and 1Q10 flows). The harmonic mean flow
449  is the inverse mean of reciprocal daily arithmetic mean flow values. The 30Q5 flow reflects 30
450  consecutive days of lowest flow over a five-year period. The 7Q10 flow reflects seven consecutive days
451  of lowest flow over a 10-year period. The 1Q10 flow reflects the single day of lowest flow over a 10-
452  year period.
453

454  For still water body assessments, no simple streamflow value represents dilution in these types of water
455  bodies. As such, E-FAST 2014 accounts for dilution by incorporating an acute or chronic dilution factor
456  for the water body of interest instead of streamflows. Dilution factors in E-FAST 2014 are typically 1
457  (representing no dilution) to 200. The following equation is used to calculate surface water
458  concentrations in still water bodies:
459

$$SWC = \frac{WWR \times \left(1 - \frac{WWT}{100}\right) \times CF1}{PF \times CF2 \times DF}$$ (Eq. 2)

461  where:
462  SWC      =      Surface water concentration (ppb or µg/L)
463  WWR      =      Chemical release to wastewater (kg/day)
464  WWT      =      Removal from wastewater treatment (%)
465  PF       =      Effluent flow of the discharging facility (MLD)
466  DF       =      Acute or chronic dilution factor used for the water body (typically between 1 and 200)
467  CF1      =      Conversion factor ($10^9$ µg/kg)
468  CF2      =      Conversion factor ($10^6$ L/day/MLD)
469

470  ***Estimating Days of COC Exceedance***
471  The Probabilistic Dilution Model (PDM) portion of E-FAST 2014 was also run for free-flowing water
472  bodies, which predicts the number of days per year a chemical's concentration of concern (COC) in an
473  ambient water body will be exceeded. The model is based on a simple mass balance approach presented
474  by (Di Toro, 1984) that uses probability distributions as inputs to reflect that streams follow a highly
475  variable seasonal flow pattern and there are numerous variables in a manufacturing process that can
476  affect the chemical concentration and flow rate of the effluent. PDM does not estimate exceedances for
477  chemicals discharged to still waters, such as lakes, bays, or estuaries. For these water bodies, the days of
478  exceedance is assumed to be zero unless the predicted surface water concentration exceeds the COC. In
479  these cases, the days of exceedance is set to the number of release days per year (see required inputs
480  below).
481

482  ***Modeling Inputs***
483  Chemical release to wastewater (WWR)

484  Annual wastewater loading estimates (kg/site/year or lb/site/year) were predicted in Section **Error! Reference**
485  **source not found.** and based on reported production loading or production volume estimates. To model these
486  releases within Exposure and Fate Assessment Screening Tool  2014, the annual release is converted to a daily
487  release using an estimated days of release per year, *e.g.*, WWR (kg/site/day) = Annual loading (kg/site/year) /
488  Days released per year (days/year). In cases where the total annual release amount from one facility is
489  discharged via multiple mechanisms (*i.e.*, direct to surface water and/or indirectly through one or more
490  WWTPs), the annual release amount was divided accordingly based on reported information in TRI (Form R).
491
492  Release Days (days/year)
493  The number of days per year that the chemical is discharged is used to calculate a daily release amount from
494  annual loading estimates (see Eq. 3). Current regulations do not require facilities to report the number of days
495  associated with reported releases. Therefore, two release scenarios were modeled for direct discharging facilities
496  to provide a range of surface water concentrations predicted by E-FAST 2014. The two scenarios modeled are a
497  higher release frequency (200 to 365 days) based on release estimates in Section **Error! Reference source not**
498  **found.** and a low-end release frequency of 20 days of release per year as an estimate of releases that could lead
499  to chronic risk for aquatic organisms. The 20-day chronic risk criterion is derived from partial life cycle
500  tests (*e.g.,* daphnid chronic and fish early life stage tests) that typically range from 21 to 28 days in
501  duration. For discharges from water treatment facilities (*e.g.,* POTWs, STPs, WWTPs), only the higher release
502  frequency was modeled because such treatment sites are anticipated to discharge more frequently than non-
503  treatment facilities.
504
505  Removal from wastewater treatment (WWR%)
506  The WWR% is the percentage of the chemical removed from wastewater during treatment before
507  discharge to a body of water. As discussed in Section 2.1.1, the WWR% for TCE is estimated as 81%.
508  The WWR% of 81% was applied, when appropriate, to volumes characterized as being transferred off-
509  site for treatment at a water treatment facility prior to discharge to surface water. A WWR% of zero was
510  used for direct releases to surface water because the release estimates are based on estimated release
511  (post-treatment). In cases where it wasn't clear whether the release was direct or indirect, both possible
512  scenarios were modeled.
513
514  Concentration of Concern
515  Concentrations of Concern (COCs) are threshold concentrations below which adverse effects on aquatic
516  life are expected to be minimal. See Section 3.1.5 for a full discussion of acute and chronic COCs for
517  TCE. For E-FAST modeling, only the chronic COCs are entered for use in PDM runs, which compare
518  estimated stream concentrations calculated based on an annual stream flow distribution to the chronic
519  COCs and output the number of days per year that the selected COCs are exceeded. The COCs used in
520  the PDM module of E-FAST 2014 for TCE were 3, 788, 920, and 14,400 µg/L.
521
522  Facility or Industry Sector
523  The required site-specific stream flow or dilution factor information is contained in the E-FAST 2014
524  database, which is accessed by querying a facility National Pollutant Discharge Elimination System
525  (NPDES) number, facility name, or reach code. For facilities that directly discharge to surface water (*i.e.,*
526  "direct dischargers"), the NPDES of the direct discharger is selected from the database. For facilities that
527  indirectly discharge to surface water (*i.e.,* "indirect dischargers" because the release is sent to a water treatment
528  facility prior to discharge to surface water), the NPDES of the receiving treatment facility is selected. The
529  receiving facility name and location was obtained from the TRI database (Form R), if available. As TRI does not
530  contain the NPDES of receiving facilities, the NPDES was obtained using EPA's Envirofacts search tool. If a
531  facility NPDES was not available in the E-FAST-2014 database, the release was modeled using water body data
532  for a surrogate NPDES (preferred) or an industry sector, as described below.

533
534 Surrogate NPDES: In cases where the site-specific NPDES was not available in the E-FAST 2014
535 database, the preferred alternative was to select the NPDES for a nearby facility that discharges to the
536 same waterbody. Nearby facilities were identified using the Chemical Safety Mapper within IGEMS
537 and/or search of the E-FAST 2014 by reach code.
538
539 Industry Sector (SIC Code Option):  If the NPDES is unknown, no close analog could be identified, or the
540 exact location of a chemical loading is unknown, surface water concentrations were modeled using the
541 "SIC Code Option" within E-FAST 2014. This option uses the 10th and 50th percentile receiving stream
542 flows for dischargers in a given industry sector, as defined by the Standard Industrial Classification
543 (SIC) codes of the industry. Table 2-6 below provides the industrial sectors that were applied as needed
544 for each condition of use category.
545
546 **Table 2-6. Industry Sector Modeled for Facilities without Site-Specific Flow Data in E-FAST 2014**

| Condition of Use | Industry Sector in E-FAST 2014 for Stream Flow Data [1] |
|---|---|
| OES: Adhesives, Sealants, Paints, and Coatings | Adhesives and Sealants Manufacture |
| OES: Commercial Printing and Copying | Printing |
| OES: Industrial Processing Aid | POTW[2] (Industrial) |
| OES: Manufacturing | Organic Chemicals Manufacture |
| OES: N/A Water Treatment Facility | POTW[2] (Industrial) |
| OES: Other Commercial Uses | POTW[2] (Industrial) |
| OES: Other Industrial Uses | POTW[2] (Industrial) |
| OES: OTVD (Includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, Cold Cleaning, and Metalworking Fluids) | Primary Metal Forming Manufacture |
| OES: Process Solvent Recycling and Worker Handling of Wastes | POTW[2] (Industrial) |
| OES: Processing as a Reactant | Organic Chemicals Manufacture |
| OES: Repackaging | n/a |
| OES: Spot Cleaning and Carpet Cleaning | n/a |

547 [1] n/a = Not applicable because a NPDES or surrogate NPDES was available in E-FAST 2014 to obtain a site-specific stream
548 flow for all facilities within the OES.
549 [2] POTW = Publicly Owned Treatment Works

550 ### 2.2.4    Surface Water Monitoring Data Gathering Approach
551 To characterize environmental exposure in ambient water from TCE, EPA used two approaches to
552 obtain measured surface water concentrations.

553 #### 2.2.4.1    Systematic Review of Surface Water Monitoring Data
554 EPA conducted a full systematic review of published literature to identify studies reporting
555 concentrations of TCE in surface water in the United States. Studies clearly associated with releases
556 from Superfund sites, improper disposal methods, and landfills were considered not to meet the PECO
557 statement and excluded from data evaluation and extraction. The systematic review process is described
558 in detail in Section 1.5. A total of 28 surface water studies were extracted and the results are summarized
559 in Section 2.2.6.2.2.

| | |
|---|---|
| 560 | ### 2.2.4.2     Surface Water Monitoring Data from WQX/WQP |
| 561 | For this aquatic exposure assessment, the primary source for data on the occurrence of TCE in surface |
| 562 | water is monitoring data retrieved from the Water Quality Portal (WQP), which integrates publicly |
| 563 | available US water quality data from multiple databases: 1) the United States Geological Survey |
| 564 | National Water Information System (USGS NWIS); 2) EPA's STOrage and RETrieval (STORET); and |
| 565 | 3) the United States Department of Agriculture Agricultural Research Service (USDA ARS) Sustaining |
| 566 | The Earth's Watersheds - Agricultural Research Database System (STEWARDS). NWIS is the Nation's |
| 567 | principal repository of water resources data USGS collects from over 1.5 million sites, including sites |
| 568 | from the National Water-Quality Assessment (NAWQA). STORET refers to an electronic data system |
| 569 | originally created by EPA in the 1960s to compile water quality monitoring data. NWIS and STORET |
| 570 | now use common web services, allowing data to be published through the WQP tool. The WQP tool and |
| 571 | User Guide is accessed from the following website: (http://www.waterqualitydata.us/portal.jsp). |

| | |
|---|---|
| 572 | Surface water data for TCE were downloaded from the WQP on October 3, 2018. The WQP can be |
| 573 | searched through three different search options: Location Parameters, Site Parameters, and Sampling |
| 574 | Parameters. Three queries were performed using the Sampling Parameters search. One query obtained |
| 575 | STORET data using the Characteristics parameter (selected "Trichlorethylene (STORET)" and two |
| 576 | queries obtained NWIS data using the Parameter Codes (34485 for "Trichloroethene, water, filtered, |
| 577 | recoverable, micrograms per liter" and 39180 for "Trichloroethene, water, unfiltered, recoverable, |
| 578 | micrograms per liter"). Parameters codes were obtained from the USGS website |
| 579 | https://nwis.waterdata.usgs.gov/usa/nwis/pmcodes using the chemical CASRN. All queries were |
| 580 | performed using a Date Range of 01-01-2013 to 12-31-2017. Both the "Site data only" and "Sample |
| 581 | results (physical/chemical metadata)" were selected for download in "MS Excel 2007+" format. The |
| 582 | "Site data only" file contains monitoring site information (*i.e.,* location in hydrologic cycle, HUC and |
| 583 | geographic coordinates); whereas the "Sample result" file contains the sample collection data and |
| 584 | analytical results for individual samples. |
| 585 | |
| 586 | The "Site data only" and "Sample results (physical/chemical metadata)" files were linked using the |
| 587 | common field "Monitoring Location Identifier" and then filtered to eliminate records not relevant to the |
| 588 | scope of the environmental evaluation. Specifically, filtering was applied to select the media of interest |
| 589 | (*i.e.,* surface water), eliminate records that were quality control samples (*i.e.,* field blanks) or identified |
| 590 | as having  analytical quality concerns (*i.e.,* quality control issues, sample contamination, or estimated |
| 591 | values), and eliminate records associated with contaminated sites (*i.e.,* Superfund). |
| 592 | |
| 593 | Following filtering to obtain the final dataset, the domains "ResultDetectionConditionText," |
| 593 | "ResultCommentText," and "MeasureQualifierCode" were examined to identify samples with non- |
| 594 | detect concentrations. All non-detect samples were tagged and the concentrations were converted to ½ |
| 595 | the reported detection limit for summary calculation purposes. If a detection limit was not provided, |
| 596 | calculations were performed using the average of the reported detection limits in all samples (calculated |
| 597 | as 0.3 µg/L). |

| | |
|---|---|
| 598 | ### 2.2.5     Geospatial Analysis Approach |
| 599 | Using 2016 data, the measured surface water concentrations from the WQP and predicted concentrations |
| 600 | from the modeled facility releases were mapped in ArcGIS Version 10.6 to conduct a watershed analysis |
| 601 | at the Hydrologic Unit Code (HUC)-8 and HUC-12 level. The purpose of the analysis is to identify |
| 602 | whether any the observed surface water concentrations could be associated with the modeled facility |
| 603 | releases. In addition, the analysis included a search for Superfund sites within 1 to 5 miles of the surface |
| 604 | water monitoring stations. A US-level map was developed to provide a spatial representation of the |

605  measured and predicted concentrations. HUCs with co-located monitoring stations and facility releases
606  were identified and examined further.
607
608  The location of the monitoring stations was determined from the geographic coordinates (latitude and
609  longitude) provided in WQP. Releases from facilities were located based on the geographic coordinates
610  for the NPDES, TRI, and/or FRS of the mapped facility, as provided by FRS. For indirect dischargers,
611  the location of the receiving facility was mapped if known. If not known, the location of the indirect
612  discharger was mapped. Superfund sites in 2016 were identified and mapped using geographic
613  coordinates of the "front door," as reported in the database in Envirofacts.

### 2.2.6  Environmental Exposure Results

#### 2.2.6.1  Terrestrial Environmental Exposures

616  Exposure to terrestrial organisms is expected to be low since physical chemical properties do not support
617  an exposure pathway through water, biosolids, and soil pathways to these organisms. The partition of
618  TCE into sediments is very low. Furthermore, the primary fate of TCE released to surface waters or
619  surface soils is volatilization.

#### 2.2.6.2  Aquatic Environmental Exposures

621  To characterize environmental exposure, EPA assessed surface water concentrations derived from both
622  predicted concentrations of TCE in surface water (using E-FAST modeling results) and measured
623  concentrations (using monitored data from WQP and the published literature). Generally, the modeled
624  concentrations reflect near-site estimates at the point of release, and the measured concentrations reflect
625  localized ambient water concentrations at the monitoring sites. However, there were several sources in
626  the published literature that represent near facility concentrations and are labeled as such. Facility
627  release data is summarized in Section **Error! Reference source not found.** and full details are provided
628  in Appendix Q.

### 2.2.6.2.1  Predicted Surface Water Concentrations: E-FAST 2014 Modeling

630  A summary of the surface water concentration estimates modeled using E-FAST 2014, based on the
631  lifecycle release analysis for the year 2016, is summarized by OES in Table 2-7 through Table 2-9. A
632  break-out of facility-specific modeling results organized per OES, with predicted surface water
633  concentrations and associated days of COC exceedance, are included in Appendix C. These facility-
634  specific modeling results are utilized and discussed in environmental risk characterization presented in
635  Section 4.1.2.
636
637  For the higher release frequency scenarios (250-365 days of release/year), predicted surface water
638  concentrations under 7Q10-flow conditions ranged from 1.27E-5 to 765.63 µg/L (Table 2-7). For the 20-
639  day release/year scenario assumed for direct dischargers, predicted surface water concentrations under
640  7Q10 flow conditions ranged from 0.00019 to 9,937.5 µg/L (Table 2-8). For comparison purposes,
641  indirect releases to non-POTW WWTPs were also modeled assuming 20 days of release, resulting in
642  surface water concentrations of 0.2 to 339.11 µg/L (Table 2-9.).
643

644 **Table 2-7. Summary of Modeled Surface Water Concentrations by OES for Maximum Days of**
645 **Release Scenario**

| OES | No. of Releases Modeled | Surface Water Concentration (7Q10) (µg/L) | |
|---|---|---|---|
| | | Min | Max |
| Manufacturing | 6 | 0.00514 | 2.77 |
| Processing as a Reactant (low-end # of sites) | 3 | 0.0000518 | 169 |
| Processing as a Reactant | 4 | 0.18 | 0.92 |
| Repackaging | 4 | 0.0000189 | 27.18 |
| OTVD | 51 | 0.0000822 | 765.63 |
| Adhesives, Sealants, Paints, and Coatings | 104 | 0.000818 | 10.83 |
| Other Industrial Uses | 16 | 0.0000941 | 9.5 |
| Spot Cleaning and Carpet Cleaning | 1 | 0.00388 | 0.00388 |
| Industrial Processing Aid | 6 | 0.000419 | 9.3 |
| Commercial Printing and Copying | 1 | 0.00292 | 0.00292 |
| Other Commercial Uses | 5 | 0.00564 | 9 |
| Process Solvent Recycling and Worker Handling of Wastes | 4 | 0.98 | 11.76 |
| N/A (WWTP) | 9 | 0.0000127 | 0.7 |
| **Grand Total** | **214** | **1.27E-5** | **765.63** |

646
647 **Table 2-8. Summary of Modeled Surface Water Concentrations by OES for 20 Days of Release**
648 **Scenario for Direct Releases**

| OES | No. of Releases Modeled | Surface Water Concentration (7Q10) (µg/L) | |
|---|---|---|---|
| | | Min | Max |
| Manufacturing | 3 | 0.0897 | 49.91 |
| Processing as a Reactant (low-end # of sites) | 3 | 0.000907 | 3000 |
| Processing as a Reactant | 2 | 16.45 | 16.45 |
| Repackaging | 3 | 0.000235 | 89.13 |
| OTVD | 51 | 0.00103 | 9937.5 |
| Adhesives, Sealants, Paints, and Coatings | 52 | 0.0101 | 133.33 |
| Other Industrial Uses | 16 | 0.00154 | 200 |
| Spot Cleaning and Carpet Cleaning | 1 | 0.0485 | 0.0485 |
| Industrial Processing Aid | 3 | 0.00335 | 2.2 |
| Commercial Printing and Copying | 1 | 0.0365 | 0.0365 |
| Other Commercial Uses | 5 | 0.0658 | 110 |
| Process Solvent Recycling and Worker Handling of Wastes | 1 | 138.24 | 138.24 |
| N/A (WWTP) | 9 | 0.00019 | 12.79 |
| **Grand Total** | **150** | **0.00019** | **9,937.5** |

649
650

651  **Table 2-9. Summary of Modeled Surface Water Concentrations by OES for 20 Days of Release**
652  **Scenario for Indirect Releases to a non-POTW WWTP**

| OES | No. of Releases Modeled | Surface Water Concentration (7Q10) (µg/L) | |
|---|---|---|---|
| | | **Min** | **Max** |
| Manufacturing | 3 | 9.48 | 42.14 |
| Processing as a Reactant | 1 | 3.13 | 3.13 |
| Repackaging | 1 | 339.11 | 339.11 |
| Industrial Processing Aid | 3 | 0.2 | 138.34 |
| Process Solvent Recycling and Worker Handling of Wastes | 3 | 11.26 | 106.75 |
| **Grand Total** | **11** | **0.2** | **339.11** |

653
654  On a site-specific basis, the modeled surface water concentrations did not exceed the highest COC
655  (14,400 µg/L) for any facility and only exceeded the COCs of 788 µg/L and 920 µg/L for two releasing
656  facilities (US Nasa Michoud Assembly Facility in New Orleans, LA and Praxair Technology Center in
657  Tonawanda, NY). These release scenarios involving release to a still water body,
658  which applied no additional dilution. There were 102 modeled releases that exceeded the lowest COC of
659  3 ppb. A detailed summary table by facility is provided in Appendix C.
660
661  ***Characterization of Modeled Releases***
662  As discussed in Section **Error! Reference source not found.**, releases of TCE were estimated for use in
663  modeling based on data from TRI, DMRs, and CDR (primarily TRI and DMR) for the 2016 calendar
664  year. Release estimates were generally facility-specific and releasing facilities were assigned to one of
665  13 occupational exposure scenarios (OES). Overall, modeling was conducted on 157 unique active
666  releasing facilities plus one OES with sites nationwide (440 unknown sites in OES Processing as a
667  Reactant). As shown in Figure 2-3., the releases occurred in 39 states. With respect to watersheds, the
668  releases occurred across 122 HUC-8 areas and 144 HUC-12 areas.
669



670
671  **Figure 2-3. Distribution of Active Facility Releases Modeled**
672
673  Direct and indirect dischargers accounted for 70% and 30% of the total releases modeled, respectively.
674  Site-specific waterbody flow/dilution data (identified via NPDES) were available in E-FAST 2014 for

675  the majority of the releases (58%); surrogate waterbody flow/dilution data were used in only 15% of the
676  cases, with the remaining cases (26%) run using a representative industry sector SIC code. For releases
677  modeled with site-specific receiving waterbody flows or dilution factors, 86% were associated with free-
678  flowing water bodies and 14% were associated with still water bodies such as lakes, bays, or estuaries.

679  **2.2.6.2.2   Measured Surface Water Concentrations**

680  ***Measured Concentrations of TCE from WQP***

681  A summary of the monitoring data obtained from the WQP is provided in Table 2-10. for the years
682  2013-2017. Per year, the filtered datasets evaluated contained between 46 and 793 surface water samples
683  collected from 89 to 193 unique monitoring stations. Detection frequencies were low, ranging from 0 to
684  8.7%. Concentrations ranged from not detected (ND; <0.022-5) to 0.11 µg/L in 2013, ND (<0.022-5) to
685  1.86 µg/L in 2014, ND (<0.025-2.4) to 0.011 µg/L in 2015, all ND (<0.025-5) in 2016, and ND (<0.025-
686  5) to 2.0 µg/L in 2017. Peaks were observed in 2014 and 2017; however, caution should be used in
687  interpreting trends with these data due to the small number of samples and the lack of samples collected
688  from the same sites over multiple years. The quantitative environmental assessment used the 2016 data
689  set only. For the 2016 data, concentrations in all samples were non-detect. No samples in the 2013-2017
690  dataset had concentrations exceeding the lowest COC of 3 µg/L.

691

692  **Table 2-10. Measured Concentrations of TCE in Surface Water Obtained from the Water Quality
693  Portal: 2013-2017[1]**

| Year | Detection Frequency | Concentration (µg/L) in all samples | | | Concentrations (µg/L) in only samples above the detection limit | | |
|---|---|---|---|---|---|---|---|
| | | No. of Samples (No. of Unique Stations) | Range[2] | Average (Standard Deviation)[3] | No. of Samples (No. of Unique Stations) | Range | Average (Standard Deviation)[3] |
| 2013 | 4.67% | 793 (164) | ND (<0.022-<5) to 0.11 | 0.21 (0.26) | 37 (22) | 0.008 to 0.11 | 0.051 (0.016) |
| 2014 | 3.78% | 609 (155) | ND (<0.022-<5) to 1.86 | 0.33 (0.31) | 23 (13) | 0.0055 to 1.86 | 0.17 (0.41) |
| 2015 | 1.42% | 352 (91) | ND (<0.025-<2.4) to 0.011 | 0.42 (0.16) | 5 (2) | 0.0075 to 0.011 | 0.009 (0.001) |
| 2016 | 0.0% | 473 (109) | ND (<0.025-<5) | 0.44 (0.27) | 0 (0) | NA | NA |
| 2017 | 8.70% | 46 (25) | ND (<0.025-<5) to 2.0 | 0.47 (0.53) | 4 (1) | 1.0 to 2.0 | 1.5 (0.71) |
| All Years | 3.04% | 2273 (384) | ND (<0.022-<5) to 2.0 | 0.33 (0.29) | 69 (39) | 0.0055 to 2.0 | 0.13 (0.35) |

[1]Data were downloaded from the Water Quality Portal (www.waterqualitydata.us) on 10/3/2018. STORET surface water data
were obtained by selecting "TCE (STORET)" for the Characteristic. NWIS surface water data were obtained by selecting
"34485; 39180" for the Parameter Codes. Samples were filtered for surface water media and locations only. Results were
reviewed and cleansed (*i.e.,* samples/sites were eliminated if identified as estimated, quality control, media type other than
surface water, Superfund, landfill, failed laboratory quality control, etc.).
[2]ND = Not Detected. Reported detection limits in all samples ranged from 0.022 to 5 µg/L.
[3]Calculations were performed using ½ the reported detection limit when results were reported as not detected. If a detection limit
was not provided, calculations were performed using the average of the reported detection limits in all samples (0.65 µg/L).

694

695  The original dataset downloaded contained 31,456 samples for years 2013 through 2017. Following
696  filtering for relevant media and eliminating records with quality assurance issues or those associated
697  with superfund sites, only 2,273 (7%) of the samples were retained. The majority of the samples were
698  excluded because they were an off-topic media (*i.e.,* groundwater, artificial, bulk deposition, leachate,
699  municipal waste, or stormwater) or location type (*i.e.,* landfill, spring, or well). A smaller number of

700  samples were excluded because they were quality control samples, estimated values, or had other quality
701  control issues. Samples associated with one Superfund site (Palermo Wellfield Superfund Site) were
702  also excluded. For the 2016 WQP dataset (473 samples) that is compared with modeled surface water
703  concentrations in the GIS analysis, observations were made across 10 states (AZ, KS, MN, MO, NJ,
704  NM, NC, PA, TN, and TX) at 109 unique monitoring sites, with 1 to 13 samples collected per sampling
705  site.

706  ***Measured Concentrations of TCE from Published Literature***
707  Systematic review of published literature yielded a limited amount of surface water monitoring data for
708  TCE (Table 2-11.). In six U.S. studies encompassing 1,177 surface water samples collected from
709  between 1979 and 2001, reported concentrations of TCE ranged from below the detection limit (0.0001
710  to 0.08) to 17.3 µg/L, with reported central tendency values ranging from 0.0002 to 1.17 µg/L. The
711  maximum concentration was collected from the Charles River in Boston, Massachusetts between 1998
712  and 2000 (Robinson et al., 2004). The next highest TCE concentration was 2.0 µg/L, collected during a
713  large nationwide survey of surface water for drinking water sources (rivers and reservoirs) between 1999
714  and 2000 (USGS, 2003). Robinson et al. (2004) reported the results of sampling conducted between
715  1996 and 2000 from 26 urban sites nationwide (n=711 samples), as part of the National Water-Quality
716  Assessment (NAWQA) Program; the median TCE concentration was only 0.09 µg/L (detection
717  frequency of 41%). One US study (U.S. EPA, 1977) reported much higher concentrations of TCE in
718  surface water, up to 447 µg/L. These samples were collected in 1976-1977 near facilities producing
719  and/or using methylchloroform, thus the concentrations reflect historical levels of TCE and are not
720  considered to be representative of current conditions. Not enough information is reasonably available to
721  provide a trend analysis of US surface water concentrations identified in published literature.

722
723  Systematic review also identified data from various other countries and regions, including China, Korea,
724  United Kingdom, Russia, Portugal, Belgium, Greece, Japan, France, Italy, and Antarctica (see [*Data
725  Extraction Tables for Environmental Monitoring Data. Docket:* EPA-HQ-OPPT-2019-0500]).

726
727  **Table 2-11. Measured Levels of TCE in U.S. Surface Water from Published Literature**

| Location Type | Site Information | Dates Sampled | N (Det. Freq.) | Concentration (µg/L) | | Source | Data Quality Score |
|---|---|---|---|---|---|---|---|
| | | | | Range | Central Tendency (Standard Deviation) | | |
| Ambient | Anchorage, AK; Chester Creek (6 urban sampling sites) | 1998-2001 | 11 (0) | All samples ND (<0.08) | | (USGS, 2006) | Medium |
| | Nation-wide; Surface water for drinking water sources (rivers and reservoirs) | 1999-2000 | 375 (0.008) | ND (<0.2) - 2.0 | NR | (USGS, 2003) | Medium |
| | Nation-wide; Urban Rivers (26 sites, as part of the NAWQA Program) | 1996-2000 | 711 (0.41) | NR | Median: 0.09 | (Robinson et al., 2004) | Medium |
| | Boston, MA; Charles Rivers | 1998-2000 | 29 (1) | NR - 17.3 | Median: 1.17 | (Robinson et al., 2004) | Medium |
| | Gulf of Mexico, near mouth of the Mississippi River and on the Louisiana Shelf (11 stations in the open ocean and coast representing both | 1980 | 11 (0.27) | ND - 0.05 | NR | (Sauer, 1981) | Medium |

| Location Type | Site Information | Dates Sampled | N (Det. Freq.) | Concentration (µg/L) | | Source | Data Quality Score |
|---|---|---|---|---|---|---|---|
| | | | | Range | Central Tendency (Standard Deviation) | | |
| | unpolluted and anthropogenic influences) | | | | | | |
| | Two Bridges, NJ; Passaic River | 1996-1998 | 10 (0.4) | NR | Median: 0.1 | (Robinson et al., 2004) | Medium |
| | Eastern Pacific Ocean (California, US to Valparaiso, Chile) | 1979-1981 | 30 (0.9) | ND (<0.0001) - 0.0007 | Mean: 0.3 (0.002); Median: 0.0002 | (Singh et al., 1983) | Medium |
| Near Facility (methyl-chloroform producer or user) | Baton Rouge, LA (Ethyl Corporation); Stream samples (surface) collected upstream and downstream of the outfall. | 1976 | 2 (1.0) | 0.4 - 37 | NR | (U.S. EPA, 1977) | High |
| | Freeport, TX (Dow Chemical Plant); Stream samples (bottom and surface) collected from the receiving stream at the plant outfall and upstream and downstream of the outfall. | 1976 | 6 (1.0) | 0.9 - 126 | NR | (U.S. EPA, 1977) | High |
| | Geismar, LA (Vulcan Materials Plant); 3 surface water samples collected from the receiving stream at the plant outfall and upstream and downstream of the outfall. | 1976 | 3 (1.0) | 5 - 74 | NR | (U.S. EPA, 1977) | High |
| | Lake Charles, LA (PPG Industries); Stream samples (bottom and surface) collected from the receiving stream at the plant outfall and upstream and downstream of the outfall. | 1976 | 5 (1.0) | 29 - 447 | Mean: 282 (156); Median: 353 | (U.S. EPA, 1977) | High |
| | Auburn, WA (Boeing Company); Stream samples (surface) collected from the receiving stream at outfalls and/or upstream and downstream of the outfall. | 1977 | 5 (1.0) | 5 - 30 | NR | (U.S. EPA, 1977) | High |

NR = Not reported
ND = Not detected; detection limit reported in parethesis if reasonably available

728  **2.2.6.2.3  Geospatial Analysis Comparing Predicted and Measured Surface Water Concentrations**

729  A geospatial analysis at the watershed level (HUC-8 and HUC-12) was conducted to compare the
730  measured and predicted surface water concentrations in 2016 and investigate whether any the facility
731  releases may be associated with the measured concentrations in surface water. A geographic distribution
732  of the concentrations is shown in Figure 2-4 and Figure 2-5 for the maximum days of release scenario,
733  and Figure 2-6 and Figure 2-7 for the 20-day release scenario. The surface water concentrations
734  associated with the monitoring stations and facility releases are denoted on the maps using COCs to

735  determine the concentration thresholds. Overall, there are 39 US states/territories with either a measured
736  concentration or a predicted concentration; at the watershed level, there are 155 HUC-8 areas and 241
737  HUC-12 areas with either measured or predicted concentrations. The monitored data, which represents
738  localized concentrations of TCE in ambient water, generally show lower concentrations than the
739  modeled surface water concentrations from E-FAST, which represents concentrations near facilities
740  releasing TCE.

741



742
743  **Figure 2-4. TCE Modeled Concentrations from Releasing Facilities (250-365 Days of Release) and**
744  **Measured Concentrations from WQP: Eastern U.S.,  2016**
745



746
747 **Figure 2-5. TCE Modeled Concentrations from Releasing Facilities (250-365 Days of Release) and**
748 **Measured Concentrations from WQP: Western U.S., 2016**
749



**Figure 2-6. TCE Modeled Concentrations from Releasing Facilities (20 Days of Release) and Measured Concentrations from WQP: Eastern U.S., 2016**

766
767
768



769
**Figure 2-7. TCE Modeled Concentrations from Releasing Facilities (20 Days of Release) and Measured Concentrations from WQP: Western U.S., 2016**

772

Co-location of releasing facilities and monitoring sampling locations was examined for their presence in the same watershed (HUC-8 and HUC-12). Co-location does not necessarily indicate there is an upstream/downstream connection between release and sampling sites. The monitoring stations co-located with facilities in the same HUC in the 2016 set were also examined for proximity to Superfund sites, however no Superfund sites were identified within five miles of these sites. The co-ocurrence of TCE releasing facilities and monitoring sites is shown in Figure 2-8 and Figure 2-9. These HUC-level maps are only focused on NC and NM states, as those were the only two states with co-located WQP detects and modeled surface water concentrations.

781



782
783 **Figure 2-8. Co-Location of Modeled Concentrations from Releasing Facilities and Measured**
784 **Concentrations from WQP (HUC-8) in North Carolina**
785
786



**Figure 2-9. Co-Location of Modeled Concentrations from Releasing Facilities and Measured Concentrations from WQP (HUC-8) in New Mexico**

### 2.2.6.3 Assumptions and Key Sources of Uncertainty for Environmental Exposures

E-FAST 2014 estimates surface water concentrations at the point of release, without post-release accounting for environmental fate or degradation such as volatilization, biodegradation, photolysis, hydrolysis, or partitioning. Additionally, E-FAST does not estimate stream concentrations based on the potential for downstream transport and dilution. These considerations tend to lead to higher predicted surface water concentrations. Dilution is incorporated, but it is based on the stream flow applied. Therefore, there is uncertainty regarding the level of TCE that would be predicted downstream of a releasing facility or after accounting for potential volatilization from the water surface, which is dependent on the degree of mixing in a receiving water body. Section 4.3.1 discusses the EPISuite modeling done to inform the degree to which volatilization may impact the modeled stream concentrations estimated in E-FAST. Parameters (wind speed, current speed, and water depth) reflective of two releasing sites with the highest predicted surface water concentrations (Praxair Technology Center in Tonawanda, NY and NASA Michoud in New Orleans, LA; see Table 4-1) were used to estimate TCE volatilization half-lives, which varied from one day to more than 10 years. The effect of volatility on estimating instream concentrations is expected to be highly variable and site-specific depending on stream flow and environmental conditions. For discharges to still, shallow water bodies, E-FAST estimates are less likely to overestimate surface water concentrations, as TCE is predicted to have a long half-life in such still water bodies. Despite some sites discharging to or near still water bodies such as lakes or bays, E-FAST does not consider aggregation or accumulation of undegraded

810  chemical. For discharges to faster-flowing, deeper water bodies, E-FAST estimates may inadequately
811  reflect instream volatile losses expected within the timeframe of one day. Given this variation and the
812  predicted half-life of TCE in flowing water bodies, E-FAST surface water concentrations may best
813  represent concentrations found at the point of discharge. Despite these uncertainties, E-FAST is
814  considered an appropriate screening model for near-field environmental concentrations.
815
816  Releases modeled using E-FAST 2014 were predicted based on engineering site-specific estimates, as
817  based on DMR, TRI, and/or CDR databases. These data that form the basis for engineering estimates are
818  self-reported by facilities subject to minimum reporting thresholds; therefore, they may not capture
819  releases from certain facilities not meeting reporting thresholds (*i.e.,* environmental releases may be
820  underestimated).
821
822  The days of release applied in modeling have a direct impact on predicting surface water concentrations.
823  The greater the number of release days assumed, the more the per-day release is diluted (assuming the
824  same overall annual loading estimate). Both the higher release frequency and lower release frequency
825  scenarios were based on estimates and were not based on actual facility reporting. Therefore, there is
826  uncertainty regarding which release scenario is more likely, although the determination was made to
827  consider only the higher release frequency for scenarios involving water treatment facilities.
828
829  Another key parameter in modeling is the applied stream flow distribution, which provides for the
830  immediate dilution of the release estimate. The flow distributions are applied by selecting a facility-
831  specific NPDES code in E-FAST. When site-specific or surrogate site-specific stream flow data were
832  not reasonably available, flow data based on a representative industry sector were used in the
833  assessment. This includes cases where a receiving facility for an indirect release could not be
834  determined. In such cases, it is likely that the stream concentration estimates are higher than they would
835  be if a facility-specific NPDES code was able to be applied, except in certain cases (*e.g.,* NODES
836  associated with low-flow or intermittent streams or bays). Additionally, the stream flow data currently
837  available in E-FAST 2014 are 15 to 30 years old. More recent flow data are available through the
838  National Hydrological Dataset (NHD) but are not available within the E-FAST model.
839
840  With respect to the geospatial comparison of modeled estimates with ambient data obtained from WQX,
841  one limitation is the accuracy of the latitudes and longitudes. The geographic coordinates for facilities
842  were obtained from the FRS Interests geodatabase, which are assigned through various methods
843  including photo-interpretation, address matching, and GPS. These are considered "Best Pick"
844  coordinates. While EPA does assign accuracy values for each record based on the method used, the true
845  accuracy of any individual point is unknown. Also, in some cases the receiving facilities for indirect
846  releases could not be determined. In these cases, the location of the active releaser was mapped. As
847  such, the co-location of facilities and monitoring sites may have been missed. As the number of
848  unknown receiving facilities was small and most monitoring sites had samples with concentrations
849  below the detection limit, this would have minimal impact on the watershed analysis. It is also important
850  to note that only a few USGS-NWIS and STORET monitoring station locations aligned with the
851  watersheds of the TCE -releasing facilities identified under the scope of this assessment, and the two co-
852  located monitoring stations had samples with concentrations below the detection limit; therefore, no
853  direct correlation can be made between them. While these data reflect low levels of trichlorethylene in
854  ambient surface water samples, they cannot be interpreted as reflecting concentrations downstream of
855  direct release sites, which could be higher than reported measured levels.
856
857  The WQP Tool contains data from USGS-NWIS and STORET databases, and is one of the largest
858  environmental monitoring databases in the US; however, comprehensive information needed for data

859  interpretation is not always reasonably available. For example, specific details regarding analytical
860  techniques may be unclear, or not reported at all. As a result, there are uncertainties in the reported data
861  that are difficult to quantify with regard to impacts on exposure estimates. Furthermore, with the high
862  fraction of non-detect (ND) levels, the average may be an overestimate of central tendancy while the
863  standard deviation may underestimate variability in the dataset.
864
865  The quality of the data provided in the USGS-NWIS and STORET datasets varies, and some of the
866  information provided is non-quantitative. While many individual sampling results were obtained from
867  these datasets, the monitoring studies used to collect the data were not specifically designed to evaluate
868  TCE distribution across the US. The reasonably available data represent a variety of discrete locations
869  and time periods; therefore, it is unclear whether the data are representative of other locations in the US.
870  While these data reflect low levels of trichlorethylene in ambient surface water samples, they directly
871  reflect sampling done in specific states.

872  ### 2.2.6.4       Confidence in Aquatic Exposure Scenarios

873  Confidence ratings for aquatic exposure scenarios are informed by uncertainties surrounding inputs and
874  approaches used in modeling surface water concentrations. In Section 2.2.2.1, confidence ratings are
875  assigned to these estimated daily releases (kg/site-day) on a per occupational exposure scenario (OES)
876  basis and primarily reflect moderate confidence (one OES shows high confidence for this estimate). As
877  these release estimates serve as the key inputs into the exposure mode and are therefore a key
878  component of the overall aquatic exposure scenario confidence.
879
880  Other considerations that impact confidence in the aquatic exposure scenarios include the model used
881  (E-FAST 2014) and its associated default and user-selected values and related uncertainties. As
882  described in Section 2.2.6.3, there are uncertainties related to the ability of E-FAST 2014 to incorporate
883  downstream fate and transport; the likely number of release days from given discharging facilities; and,
884  in some cases (*i.e.,* when the NPDES for the discharging facility cannot be found within the E-FAST
885  database), the applied stream flow distribution. Of note, as stated on the EPA website, "modeled
886  estimates of concentrations and doses are designed to reasonably overestimate exposures, for use in an
887  exposure assessment in the absence of or with reliable monitoring data."
888
889  There are monitoring data available in surface water that reflect both near-facility and ambient (*i.e.,*
890  background) exposure levels in this media in the United States (see Table 2-10. and Table 2-11.).
891  Samples characterizing background levels in surface water ranged from non-detect (ND) to 17.3 μg/L,
892  from both literature and the Water Quality Portal database. However, based on the modeling approach
893  using site-specific releases and considering that the predicted concentrations reflect near-site
894  concentrations prior to any additional fate and transport processes, these background exposure levels are
895  not as useful in corroborating the modeling approach. Near-facility monitoring data collected between
896  1976 and 1977 show levels of TCE ranging from 0.4 to 447 μg/L, which encompasses the range of the
897  modeled estimates across all OES (with the exception of two sites, which are associated with releases
898  into a still water body) (see [*Aquatic Exposure Modeling Outputs from E-FAST. Docket: EPA-HQ-*
899  *OPPT-2019-0500*]). However, these data are not attributable to any of the specific sites modeled, nor are
900  they reflective of ongoing TCE use or release patterns.
901
902  Based on the above considerations, the aquatic exposure assessment scenarios have an overall moderate
903  confidence.

## 2.3  Human Exposures

### 2.3.1  Occupational Exposures

EPA categorized the conditions of use (COUs) listed in Table 1-3 into 18 Occupational Exposure Scenarios (OES). In this section, EPA describes its approach and methodology to estimating occupational exposures and provides a summary of results by OES for inhalation and dermal exposure, and also the number of workers and occupational non-users (ONUs) potentially exposed (Figure 2-10).[14] For the purpose of the Risk Evaluation, EPA defines ONUs as employees who do not directly handle the chemical but perform work in an area where the chemical is present. The size of this area can vary for each exposure scenario and condition of use, depending on the facility configuration, building and room sizes, presence of vapor barrier, and worker activity pattern. For example, an ONU can be a production employee whose workstation is located on the factory floor where a degreasing unit is installed. Absence of any vapor barrier (*e.g.,* walls) between the degreaser and the rest of the factory, this "area" can be an entire factory floor. Alternatively, the area can be in a specific room of a building where a chemical is handled (*e.g.,* a room in a dry cleaning shop where the dry cleaning machine is installed and where dry cleaned loads are unloaded, pressed, and finished). For detailed occupational exposure results, see Appendix Q of this document and the (i) "Exposure Assessment" section for each OES and (ii) "Dermal Exposure Assessment" section in [*Environmental Releases and Occupational Exposure Assessment. Docket: EPA-HQ-OPPT-2019-0500*]. An occupational exposure assessment includes the following components:

- **Inhalation Exposure:** Central tendency and high-end estimates of inhalation exposure to workers and occupational non-users by OES.
- **Dermal Exposure:**  Occupational exposure scenarios were grouped into bins based on common characteristics and dermal exposure was estimated for workers for each of these bins.
- **Number of Workers and Occupational Non-Users:** An estimate of the number of workers and occupational non-users (ONUs) potentially exposed to the chemical for each OES.

EPA generally does not evaluate occupational exposures through the oral route. Workers may inadvertently transfer chemicals from their hands to their mouths or ingest inhaled particles that deposit in the upper respiratory tract. The frequency and significance of this exposure route are dependent on several factors including the physical-chemical properties of the substance during worker activities, the visibility of the chemicals on the hands while working, workplace training and practices, and personal hygiene that is difficult to predict (Cherrie et al. 2006). Therefore, it can be difficult to quantitatively evaluate the oral route for occupational exposure scenarios.

---

[14] Occupational exposures from distribution are considered within each condition of use.



938 **Figure 2-10. Components of an occupational assessment for each OES[15].**
939 Please refer to Section 2.2.2.2.2 for additional details on the approach and methodology for estimating
940 number of facilities.

### 2.3.1.1    Results for Occupational Assessment

942 In some cases, EPA identified relevant inhalation exposure monitoring data for a given OES. The
943 quality of the monitoring data was assessed and EPA established an overall confidence for the data when
944 integrated into the occupational exposure assessment.
945
946 Where monitoring data were reasonably available, EPA used this data to characterize central tendency
947 and high end inhalation exposures. Where no inhalation monitoring data were identified, but inhalation
948 exposure models were reasonably available, EPA estimated central tendency and high end exposures
949 using only modeling approaches. If both, inhalation monitoring data and exposure models were
950 reasonably available, where applicable, EPA presented central tendency and high end exposures using
951 both. EPA did not identify any measured dermal exposure estimates. In all cases, the Dermal Exposure
952 to Volatile Liquids (DEVL) model was used to estimate high-end and central tendency dermal exposures
953 for workers in each OES.
954
955 In Table 2-12, EPA provides a summary for each of the 18 OES by indicating whether monitoring data
956 were reasonably available, how many data points were identified, the quality of the data, EPA's overall
957 confidence in the data, whether the data were used to estimate inhalation exposures for workers and
958 ONUs, and also whether EPA used modeling to estimate inhalation and dermal exposures for workers
959 and ONUs.
960
961 In many cases, EPA did not have monitoring data to estimate inhalation exposure for ONUs. In some
962 cases, this was addressed with the use of exposure models. However, approximately 50% of OESs do

---

[15] TRI = Toxics Release Inventory; DMR = Discharge Monitoring Report; NEI = National Emissions Inventory; CDR = Chemical Data Reporting; ELG = Effluent Limitation Guidelines; ESD = Emission Scenario Document; BLS = Bureau of Labor Statistics; NIOSH = National Institute of Occupational Safey and Health; OSHA = Occupational Safety and Health Administration; HSIA = Hallogenated Solvent Industry Alliance; NF/FF = Near-Field/Far-Field; DEVL = Dermal Exposure to Volatile Liquids.

963   not contain inhalation exposure estimates for ONUs. In addition, EPA expects ONU exposures to be less
964   than worker exposures. Dermal exposure for ONUs was not evaluated because these employees are not
965   expected to be in direct contact with TCE.
966
967   A summary of inhalation exposure results based on monitoring data and exposure modeling for each
968   OES is presented for workers in Table 2-13 and ONUs in Table 2-14. These tables provide a summary
969   of time weighted average (TWA) inhalation exposure estimates as well as Acute Exposure
970   Concentrations (AC), Average Daily Concentrations (ADC), and Lifetime Average Daily
971   Concentrations (LADC). The ADC is used to characterize risks for chronic non-cancer health effects
972   whereas the LADC is used for chronic cancer health effects. Additional details regarding AC, ADC, and
973   LADC calculations are available in section 2.3.1.2.4, while EPA's approach and methodology for
974   modeling inhalation exposure using the Near-Field/Far-Field mass balance model can be found in
975   2.3.1.2.3.
976
977   Table 2-15 includes a summary of central tendency and high-end dermal exposure results based on
978   exposure modeling for workers in each OES. Occluded dermal exposures may occur when liquid
979   becomes trapped between the skin and protective clothing (*e.g.,* gloves). This may result in the liquid
980   being unable to evaporate from the skin surface which may increase the quantity of liquid absorbed.
981   Where applicable, both non-occluded and occluded exposure scenarios are assessed and the impact of
982   various glove protection factors (PFs) are also estimated. EPA estimated the dermal retained dose for
983   workers for each OES. These dose estimates assume one exposure event (applied dose) per work day
984   and that approximately eight to thirteen percent[16] of the applied dose is absorbed through the skin.
985   Central tendency and high-end dermal estimates also factor in ranged values for two variables, the
986   surface area of contact, and the quantity remaining on the skin. Additional information on these
987   variables can be found in section 2.3.1.2.5.
988
989   EPA also estimated central tendency and high-end dermal retained doses for occluded scenarios for
990   OESs where occlusion was reasonably expected to occur. Occluded scenarios are generally expected
991   where workers come into contact with bulk liquid TCE during use in open systems (*e.g.,* during solvent
992   changeout in vapor degreasing) and not expected in closed-type systems (*e.g.,* during connection/
993   disconnection of hoses used in loading of bulk containers in manufacturing).
994
995   Dermal exposure estimates are provided for each OES, where the OESs are "binned" based on the
996   maximum possible exposure concentration ($Y_{derm}$), the likely level of exposure, and potential for
997   occlusion. The exposure concentration is determined based on EPA's review of currently available
998   products and formulations containing TCE. For example, EPA found that TCE concentration in
999   degreasing formulations such as C-60 Solvent Degreaser can be as high as 100 percent. The calculated
1000  absorbed dose is low for all non-occluded scenarios since TCE evaporates quickly after exposure.
1001  Dermal exposure to liquid is not expected for occupational non-users, since they do not directly handle
1002  TCE.  Additional details on EPA's approach and methodology for estimating dermal exposures for
1003  workers can be found in section 2.3.1.2.5.
1004
1005  Table 2-16 provides a summary of EPA's estimates for the total exposed workers and ONUs for each
1006  OES. In order to prepare these estimates, EPA first attempted to identify NAICS codes associated with
1007  each OES. For these NAICS codes, EPA then reviewed Standard Occupational Classification (SOC)
1008  codes from the Bureau of Labor Statistics (BLS) and classified relevant SOC codes as workers or
1009  ONUs. All other SOC codes were assumed to represent occupations where exposure is unlikely.

---

[16] The absorbed fraction is a function of indoor air speed, which differs for industrial and commercial settings.

1010
1011    Based on this combination of NAICS and SOC codes, EPA estimated the total number of workers and
1012    ONUs potentially exposed for the various OES. EPA also estimated the total number facilities
1013    associated with the NAICS codes previously identified based on data from the U.S. Census Bureau.
1014
1015    EPA then estimated the average number of workers and ONUs potentially exposed per site by dividing
1016    the total number of workers and ONUs by the total number of facilities. Finally, using EPA's estimates
1017    for the number of facilities using TCE, EPA was able to estimate the total number of workers and ONUs
1018    potentially exposed to TCE for reach OES.
1019
1020    Additional details on EPA's approach and methodology for estimating the number of facilities using
1021    TCE and the number of workers and ONUs potentially exposed to TCE can be found in sections
1022    2.2.2.2.2 and 2.3.1.2.7, respectively.
1023
1024

**Table 2-12. A summary for each of the 18 occupational exposure scenarios (OESs).** [Where EPA was not able to estimate ONU inhalation exposure from monitoring data or models, this was assumed equivalent to the central tendency experienced by workers for the corresponding OES; dermal exposure for ONUs was not evaluated because they are not expected to be in direct contact with TCE.]

| Occupational Exposure Scenario (OES) | Inhalation Exposure | | | | | | | | | Dermal Exposure Modeling[c] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monitoring | | | | | Modeling | | Overall Confidence | | | |
| | Monitoring Data | # Data Points | Data Quality Rating | Worker | ONU | Worker | ONU | Worker | ONU | Worker | ONU |
| Manufacturing | ✓ | 50 | H | ✓ | ✗ | ✗ | ✗ | M to H | L | ✓ | - |
| Processing as a Reactant | ✓ | 50 | M | ✓ | ✗ | ✗ | ✗ | L to M | L | ✓ | - |
| Formulation of Aerosol and Non-Aerosol Products | ✓ | 33 | H | ✓ | ✗ | ✗ | ✗ | M | L | ✓ | - |
| Repackaging | ✓ | 33 | H | ✓ | ✗ | ✗ | ✗ | M to H | L | ✓ | - |
| Batch Open-Top Vapor Degreasing | ✓ | 123 | M | ✓ | ✓ | ✓ | ✓ | M | M | ✓ | - |
| Batch Closed-Loop Vapor Degreasing | ✓ | 19 | H | ✓ | ✗ | ✗ | ✗ | M to H | L | ✓ | - |
| Conveyorized Vapor Degreasing | ✓ | 18 | M | ✓ | ✗ | ✗ | ✗ | L to M | L to M | ✓ | - |
| Web Vapor Degreasing | ✗ | - | - | ✗ | ✗ | ✓ | ✓ | L to M | L to M | ✓ | - |
| Cold Cleaning | ✗ | - | - | ✗ | ✗ | ✓ | ✓ | L to M | L to M | ✓ | - |
| Aerosol Applications[a] | ✗ | - | - | ✗ | ✗ | ✓ | ✓ | M | M | ✓ | - |
| Metalworking Fluids | ✓ | 3 | H | ✓ | ✗ | ✓ | ✓ | L to M | L | ✓ | - |
| Adhesives, Sealants, Paints, and Coatings | ✓ | 24 | M to H, M[b] | ✓ | ✗ | ✗ | ✗ | L to M | L to M | ✓ | - |
| Other Industrial Uses | ✓ | 50 | M | ✓ | ✗ | ✗ | ✗ | L to M | L | ✓ | - |
| Spot Cleaning and Wipe Cleaning | ✓ | 8 | M | ✓ | ✗ | ✓ | ✓ | M | M | ✓ | - |
| Industrial Processing Aid | ✓ | 34 | H | ✓ | ✓ | ✓ | ✗ | M to H | L to M | ✓ | - |
| Commercial Printing and Copying | ✓ | 20 | M | ✓ | ✗ | ✗ | ✗ | L to M | L | ✓ | - |
| Other Commercial Uses | ✓ | 8 | M | ✓ | ✗ | ✓ | ✓ | L to M | M | ✓ | - |
| Process Solvent Recycling and Worker Handling of Wastes | ✓ | 33 | H | ✓ | ✗ | ✗ | ✗ | M to H | L | ✓ | - |

a.  Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases

b.  For Workers, data quality is M to H; For ONUs, data quality is M.

c.  EPA has a medium level of confidence in its dermal exposure estimates which are based on high-end/central tendency parameters and commercial/industrial settings.

**Table 2-13. Summary of inhalation exposure results for Workers based on monitoring data and exposure modeling for each OES.**

| Occupational Exposure Scenario (OES) | Inhalation Monitoring (Worker, ppm) | | | | | | | | Inhalation Modeling (Worker, ppm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TWA | | AC | | ADC | | LADC | | TWA | | AC | | ADC | | LADC | |
| | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT |
| Manufacturing | 2.5 | 0.12 | 0.82 | 3.8E-02 | 0.56 | 2.6E-02 | 0.29 | 1.0E-02 | - | - | - | - | - | - | - | - |
| Processing as a Reactant | 2.5 | 0.12 | 0.82 | 3.8E-02 | 0.56 | 2.6E-02 | 0.29 | 1.0E-02 | - | - | - | - | - | - | - | - |
| Formulation of Aerosol and Non-Aerosol Products | 1.14 | 4.9E-04 | 0.38 | 1.6E-04 | 0.261 | 1.1E-04 | 0.13 | 4.5E-05 | - | - | - | - | - | - | - | - |
| Repackaging | 1.14 | 4.9E-04 | 0.38 | 1.6E-04 | 0.261 | 1.1E-04 | 0.13 | 4.5E-05 | - | - | - | - | - | - | - | - |
| Batch Open-Top Vapor Degreasing | 77.8 | 13.8 | 25.9 | 4.6 | 17.8 | 3.2 | 9.1 | 1.3 | 388.0 | 34.8 | 129.3 | 11.6 | 88.5 | 8.0 | 35.3 | 3.0 |
| Batch Closed-Loop Vapor Degreasing | 1.45 | 0.46 | 0.48 | 0.15 | 0.33 | 0.10 | 0.17 | 4.2E-02 | - | - | - | - | - | - | - | - |
| Conveyorized Vapor Degreasing | 48.3 | 32.4 | 16.1 | 10.8 | 11.0 | 7.4 | 5.7 | 2.9 | 3043.0 | 40.8 | 1014.3 | 13.6 | 694.8 | 9.3 | 275.2 | 5.3 |
| Web Vapor Degreasing | - | - | - | - | - | - | - | - | 14.1 | 5.9 | 4.7 | 2.0 | 3.2 | 1.4 | 1.3 | 0.51 |
| Cold Cleaning | - | - | - | - | - | - | - | - | 57.2 | 3.3 | 19.1 | 1.1 | 13.1 | 0.76 | 5.2 | 0.28 |
| Aerosol Applications[a] | - | - | - | - | - | - | - | - | 24.0 | 7.6 | 8.0 | 2.5 | 5.5 | 1.7 | 2.2 | 0.65 |
| Metalworking Fluids | 75.4 | 69.7 | 25.1 | 23.2 | 17.2 | 15.9 | 8.8 | 6.3 | 0.26 | 0.07 | 0.09 | 0.02 | 0.06 | 0.02 | 0.03 | 0.01 |
| Adhesives, Sealants, Paints, and Coatings | 39.5 | 4.6 | 13.2 | 1.5 | 9.0 | 1.1 | 4.6 | 0.42 | - | - | - | - | - | - | - | - |
| Other Industrial Uses | 2.5 | 0.12 | 0.82 | 3.8E-02 | 0.56 | 2.6E-02 | 0.29 | 1.0E-02 | - | - | - | - | - | - | - | - |
| Spot Cleaning and Wipe Cleaning | 2.9 | 0.38 | 0.95 | 0.13 | 0.67 | 0.09 | 0.34 | 3.6E-02 | 2.8 | 0.96 | 0.92 | 0.32 | 0.65 | 0.23 | 0.26 | 0.08 |
| Industrial Processing Aid[b] | 12.8 | 4.3 | 6.4 | 2.13 | 4.39 | 1.5 | 2.2 | 0.58 | - | - | - | - | - | - | - | - |
| Commercial Printing and Copying | 2.1 | 8.5E-02 | 0.70 | 0.03 | 0.48 | 0.02 | 0.25 | 7.7E-03 | - | - | - | - | - | - | - | - |
| Other Commercial Uses | 2.9 | 0.38 | 0.95 | 0.13 | 0.67 | 0.09 | 0.34 | 3.6E-02 | 2.8 | 0.96 | 0.92 | 0.32 | 0.65 | 0.23 | 0.26 | 8.4E-02 |
| Process Solvent Recycling and Worker Handling of Wastes | 1.1 | 4.9E-04 | 0.38 | 1.6E-04 | 0.261 | 1.1E-04 | 0.13 | 4.5E-05 | - | - | - | - | - | - | - | - |

a. Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases
b. Exposure for this OES is based on a 12 hr TWA, all other exposures based on 8 hr TWAs

1044 1045 1046 1047 1048 1049 1050 1051 1052 1053 1054

**Table 2-14. Summary of inhalation exposure results for ONUs based on monitoring data and exposure modeling for each OES.**
[For many cases EPA was not able to estimate inhalation exposure for ONUs, but EPA expects these to be lower than inhalation exposure for Workers.]

| Occupational Exposure Scenario (OES) | Inhalation Monitoring (ONU, ppm) | | | | | | | | Inhalation Modeling (ONU, ppm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TWA | | AC | | ADC | | LADC | | TWA | | AC | | ADC | | LADC | |
| | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT |
| Manufacturing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Processing as a Reactant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Formulation of Aerosol and Non-Aerosol Products | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repackaging | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Batch Open-Top Vapor Degreasing | 9.1 | 1.1 | 3.0 | 0.37 | 2.1 | 0.25 | 1.06 | 0.10 | 237.0 | 18.1 | 79.0 | 6.0 | 54.0 | 4.1 | 21.1 | 1.5 |
| Batch Closed-Loop Vapor Degreasing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Conveyorized Vapor Degreasing | - | - | - | - | - | - | - | - | 1878.0 | 23.3 | 626.0 | 7.8 | 428.8 | 5.3 | 168.3 | 3.6 |
| Web Vapor Degreasing | - | - | - | - | - | - | - | - | 9.6 | 3.1 | 3.2 | 1.0 | 2.2 | 0.71 | 0.87 | 0.27 |
| Cold Cleaning | - | - | - | - | - | - | - | - | 34.7 | 1.8 | 11.6 | 0.61 | 7.9 | 0.42 | 3.1 | 0.15 |
| Aerosol Applications[a] | - | - | - | - | - | - | - | - | 1.0 | 0.14 | 0.35 | 4.7E-02 | 0.24 | 3.2E-02 | 0.09 | 1.2E-02 |
| Metalworking Fluids | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adhesives, Sealants, Paints, and Coatings | 1.0 | 0.94 | 0.31 | 0.33 | 0.21 | 0.23 | 8.5E-02 | 0.12 | - | - | - | - | - | - | - | - |
| Other Industrial Uses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Spot Cleaning and Wipe Cleaning | 2.9 | - | - | - | - | - | - | - | 1.8 | 0.48 | 0.58 | 0.16 | 0.41 | 0.11 | 0.16 | 4.2E-02 |
| Industrial Processing Aid[b] | - | 1.3 | 1.5 | 0.66 | 0.99 | 0.45 | 0.51 | 0.18 | - | - | - | - | - | - | - | - |
| Commercial Printing and Copying | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Commercial Uses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Process Solvent Recycling and Worker Handling of Wastes | - | - | - | - | - | - | - | - | 1.8 | 0.48 | 0.58 | 0.16 | 0.41 | 0.11 | 0.16 | 4.2E-02 |

a. Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases
b. Exposure for this OES is based on a 12 hr TWA, all other exposures based on 8 hr TWAs

1055
1056
1057
1058
1059
1060
1061
1062
1063

**Table 2-15. A summary of dermal retained dose for Workers based on exposure modeling for each OES**

[An explanation of each Bin is provided in Table 2-21; where applicable, both non-occluded and occluded exposure scenarios are assessed and the impact of various glove protection factors (PFs) are also estimated; estimates assume one exposure event per work day and that approximately eight to thirteen percent of the applied dose is absorbed through the skin (see Section 2.3.1.2.5 for additional details).]

| Occupational Exposure Scenario (OES) | | Bin | Max TCE Weight Fraction (Max $Y_{derm}$) | Non-Occluded Worker Dermal Retained Dose (mg/day) | | | | | | | | Occluded Worker Dermal Retained Dose (mg/day) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No Gloves (PF = 1) | | Protective Gloves (PF = 5) | | Protective Gloves (PF = 10) | | Protective Gloves (PF = 20) | | | |
| | | | | HE | CT | HE | CT | HE | CT | HE | CT | HE | CT |
| Manufacturing | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |
| Processing as a Reactant | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |
| Formulation of Aerosol and Non-Aerosol Products | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |
| Repackaging | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |
| Batch Open-Top Vapor Degreasing | | 2 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | 2,247 | 749 |
| Batch Closed-Loop Vapor Degreasing | | 2 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | 2,247 | 749 |
| Conveyorized Vapor Degreasing | | 2 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | 2,247 | 749 |
| Web Vapor Degreasing | | 2 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | 2,247 | 749 |
| Cold Cleaning | | 2 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | 2,247 | 749 |
| Aerosol Applications[a] | | 3 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | - | - | - | - |
| Metalworking Fluids | | 4 | 0.8 | 147.49 | 49.16 | 29.50 | 9.83 | 14.75 | 4.92 | - | - | 1,798 | 599 |
| Adhesives, Sealants, Paints, and Coatings | Industrial | 3 | 0.9 | 165.92 | 55.31 | 33.18 | 11.06 | 16.59 | 5.53 | - | - | - | - |
| | Commercial | 3 | 0.9 | 260.50 | 86.83 | 52.10 | 17.37 | 26.05 | 8.68 | - | - | - | - |
| Other Industrial Uses | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |
| Spot Cleaning and Wipe Cleaning | | 4 | 1.0 | 289.44 | 96.48 | 57.89 | 19.30 | 28.94 | 9.65 | - | - | 2,247 | 749 |
| Industrial Processing Aid | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |
| Commercial Printing and Copying | | 4 | 0.35 | 101.30 | 33.77 | 20.26 | 6.75 | 10.13 | 3.38 | - | - | 786 | 262 |
| Other Commercial Uses | | 4 | 1.0 | 289.44 | 96.48 | 57.89 | 19.30 | 28.94 | 9.65 | - | - | 2,247 | 749 |
| Process Solvent Recycling and Worker Handling of Wastes | | 1 | 1.0 | 184.36 | 61.45 | 36.87 | 12.29 | 18.44 | 6.15 | 9.22 | 3.07 | - | - |

a. Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases

**Table 2-16: Summary of the total number of workers and ONUs potentially exposed to TCE for each OES**

[EPA's approach and methodology for estimating the number of facilities using TCE and the number of workers and ONUs potentially exposed to TCE can be found in sections 2.2.2.2.2 and 2.3.1.2.7, respectively.]

| Occupational Exposure Scenario (OES) | Total Exposed Workers | Total Exposed ONUs | Total Exposed ONUs | Number of Facilities[b] | Notes |
|---|---|---|---|---|---|
| Manufacturing | 350 | 170 | 530 | 5 | |
| Processing as a Reactant | 120 to 6,100 | 55 to 2,900 | 180 to 9,000 | 5 to 440 | |
| Formulation of Aerosol and Non-Aerosol Products | 306 | 99 | 405 | 19 | |
| Repackaging | 36 | 12 | 48 | 22 | |
| Batch Open-Top Vapor Degreasing | 4,922 | 2,889 | 7,810 | 194 | |
| Batch Closed-Loop Vapor Degreasing | 50 | 18 | 68 | 4 | |
| Conveyorized Vapor Degreasing | 92 | 32 | 130 | 8 | |
| Web Vapor Degreasing | - | - | - | 1 | EPA does not have data to estimate the total workers and ONUs exposed to TCE. |
| Cold Cleaning | 660 | 400 | 1,100 | 13 | |
| Aerosol Applications[a] | 14,200 | 1,690 | 15,900 | 4,366 | |
| Metalworking Fluids | - | - | - | - | Based on ESD on the Use of Metalworking Fluids, EPA estimates 46 Workers and 2 ONUs per site; the number of sites that use TCE-based metalworking fluids is unknown to EPA. |
| Adhesives, Sealants, Paints, and Coatings | 3,000 | 1,400 | 4,400 | 70 | |
| Other Industrial Uses | 2,300 | 1,000 | 3,300 | 49 | |
| Spot Cleaning and Wipe Cleaning | 244,000 | 25,300 | 269,000 | 63,748 | Based on assumption of 100% market penetration. |
| Industrial Processing Aid | 310 | 140 | 450 | 18 | |
| Commercial Printing and Copying | - | - | - | - | Based on NIOSH HHE, EPA estimates 44 Workers and 74 ONUs per site, EPA does not have data to estimate total number of sites |
| Other Commercial Uses | - | - | - | - | EPA does not have data to estimate the total workers and ONUs exposed to TCE |
| Process Solvent Recycling and Worker Handling of Wastes | 380 | 140 | 520 | 30 | |

a.  Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases

b.  Please refer to Table 2-3 for notes related to estimates for Number of Facilities using TCE.

1069        **2.3.1.2        Approach and Methodology**

1070    **2.3.1.2.1  General**

1071    EPA provided occupational exposure results representative of central tendency conditions and high-end
1072    conditions. A central tendency is assumed to be representative of occupational exposures in the center of
1073    the distribution for a given condition of use. For Risk Evaluation, EPA used the 50th percentile
1074    (median), mean (arithmetic or geometric), mode, or midpoint values of a distribution as representative of
1075    the central tendency scenario. EPA's preference is to provide the 50th percentile of the distribution.
1076    However, if the full distribution is not known, EPA may assume that the mean, mode, or midpoint of the
1077    distribution represents the central tendency depending on the statistics available for the distribution.
1078
1079    A high-end is assumed to be representative of occupational exposures that occur at probabilities above
1080    the 90th percentile but below the exposure of the individual with the highest exposure (U.S. EPA, 1992).
1081    For Risk Evaluation, EPA provided high-end results at the 95th percentile. If the 95th percentile is not
1082    reasonably available, EPA used a different percentile greater than or equal to the 90th percentile but less
1083    than or equal to the 99.9th percentile, depending on the statistics available for the distribution. If the full
1084    distribution is not known and the preferred statistics are not reasonably available, EPA estimated a
1085    maximum or bounding estimate in lieu of the high-end.
1086
1087    For occupational exposures, EPA used measured or estimated air concentrations to calculate exposure
1088    concentration metrics required for risk assessment, such as average daily concentration (ADC) and
1089    lifetime average daily concentration (LADC). These calculations require additional parameter inputs,
1090    such as years of exposure, exposure duration and frequency, and lifetime years. EPA estimated exposure
1091    concentrations from monitoring data, modeling, or occupational exposure limits.
1092
1093    For the final exposure result metrics, each of the input parameters (*e.g.,* air concentrations, working
1094    years, exposure frequency, lifetime years) may be a point estimate (*i.e.,* a single descriptor or statistic,
1095    such as central tendency or high-end) or a full distribution. EPA considered three general approaches for
1096    estimating the final exposure result metrics:
1097    • **Deterministic calculations:** EPA used combinations of point estimates of each parameter to
1098        estimate a central tendency and high-end for each final exposure metric result.
1099    • **Probabilistic (stochastic) calculations:** EPA used Monte Carlo simulations using the full
1100        distribution of each parameter to calculate a full distribution of the final exposure metric results
1101        and selecting the 50th and 95th percentiles of this resulting distribution as the central tendency
1102        and high-end, respectively.
1103    • **Combination of deterministic and probabilistic calculations:** EPA had full distributions for
1104        some parameters but point estimates of the remaining parameters. For example, EPA used Monte
1105        Carlo modeling to estimate exposure concentrations, but only had point estimates of exposure
1106        duration and frequency, and lifetime years.
1107
1108    EPA follows the following hierarchy in selecting data and approaches for assessing inhalation
1109    exposures:
1110        1.  Monitoring data:
1111            a.  Personal and directly applicable
1112            b.  Area and directly applicable
1113            c.  Personal and potentially applicable or similar
1114            d.  Area and potentially applicable or similar
1115        2.  Modeling approaches:

1116        a.  Surrogate monitoring data
1117        b.  Fundamental modeling approaches
1118        c.  Statistical regression modeling approaches
1119     3.  Occupational exposure limits:
1120        a.  Company-specific OELs (for site-specific exposure assessments, *e.g.,* there is only one
1121            manufacturer who provides to EPA their internal OEL but does not provide monitoring data)
1122        b.  OSHA PEL
1123        c.  Voluntary limits (ACGIH TLV, NIOSH REL, Occupational Alliance for Risk Science
1124            (OARS) workplace environmental exposure level (WEEL) [formerly by AIHA])
1125
1126  EPA assessed TCE occupational exposure of the following two receptor categories: male or female
1127  workers who are ≥16 years or older; and, female workers of reproductive age (≥16 years to less than 50
1128  years).

1129  **2.3.1.2.2   Inhalation Exposure Monitoring Data**

1130  EPA reviewed workplace inhalation monitoring data collected by government agencies such as OSHA
1131  and NIOSH, monitoring data found in published literature (*i.e.,* personal exposure monitoring data and
1132  area monitoring data), and monitoring data submitted via public comments. Studies were evaluated
1133  using the evaluation strategies laid out in the *Application of Systematic Review in TSCA Risk*
1134  *Evaluations* (U.S. EPA, 2018b).
1135
1136  Exposures are calculated from the datasets provided in the sources depending on the size of the dataset.
1137  For datasets with six or more data points, central tendency and high-end exposures were estimated using
1138  the 50th percentile and 95th percentile. For datasets with three to five data points, central tendency
1139  exposure was calculated using the 50th percentile and the maximum was presented as the high-end
1140  exposure estimate. For datasets with two data points, the midpoint was presented as a midpoint value
1141  and the higher of the two values was presented as a higher value. Finally, data sets with only one data
1142  point presented the value as a what-if exposure. For datasets including exposure data that were reported
1143  as below the limit of detection (LOD), EPA estimated the exposure concentrations for these data,
1144  following EPA's Guidelines for Statistical Analysis of Occupational Exposure Data (U.S. EPA, 1994a)
1145  which recommends using the LOD/$\sqrt{2}$ if the geometric standard deviation of the data is less than 3.0 and
1146  LOD/2 if the geometric standard deviation is 3.0 or greater.

1147  **2.3.1.2.3   Inhalation Exposure Modeling**

1148  EPA's inhalation exposure modeling is based on a near-field/far-field approach (NF/FF) (Nicas, 2009),
1149  where a vapor generation source located inside the near-field diffuses into the surrounding environment.
1150  The NF/FF model has been extensively peer-reviewed, it is extensively used, and results of the model
1151  have been compared with measured data. The comparison indicated that the model and measured values
1152  agreed to within a factor of about three (U.S. EPA, 2014b).
1153
1154  EPA considers workers at the facility who neither directly perform activities near the TCE source area
1155  nor regularly handle TCE to be occupational non-users (ONU). Workers that are directly handling TCE
1156  and/or perform activities near sources of TCE are in the near field and are called workers throughout this
1157  report. The near-field is reported to be conceptualized as a volume of air within one-meter in any
1158  direction of the worker's head and the far-field comprised the remainder of the room (Tielemans et al.,
1159  2008). The source area/exposure zone could be judged by several factors such as the chemical inventory,
1160  ventilation of the facility, vapor pressure and emission potential of the chemical, process temperature,
1161  size of the room, job tasks, and modes of chemical dispersal from activities (Leblanc et al., 2018).

1162   Esmen et al. (1979) indicated that the assignment of zones is a professional judgment and not a scientific
1163   exercise. Applications of the NF/FF model are illustrated in Figure 2-11.
1164

1165   **Figure 2-11. Illustrative applications of the NF/FF model to various exposure scenarios.**
1166

1167   As the figures show, volatile TCE becomes airborne in the near-field, resulting in worker exposures at a
1168   TCE concentration $C_{NF}$. The concentration is directly proportional to the evaporation rate of TCE,
1169   (denoted by G in Figure 2-11), into the near-field, whose volume is denoted by $V_{NF}$. In the case of brake
1170   servicing, there is no evaporation rate. Rather, the aerosol degreaser is assumed to immediately become
1171   airborne in the near-field zone upon application, resulting in a sudden rise in the near-field
1172   concentration.
1173

1174   The ventilation rate for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-

1175   field, resulting in occupational non-user exposures to TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the
1176   volume of the far-field space into which the TCE dissipates out of the near-field. The ventilation rate for
1177   the surroundings, denoted by $Q_{FF}$, determines how quickly TCE dissipates out of the surrounding space
1178   and into the outside air. The NF/FF model design equations are presented below.
1179
1180   Near-Field Mass Balance

1181
$$V_{NF}\frac{dC_{NF}}{dt} = C_{FF}Q_{NF} - C_{NF}Q_{NF} + G$$

1182
1183   Far-Field Mass Balance

1184
$$V_{FF}\frac{dC_{FF}}{dt} = C_{NF}Q_{NF} - C_{FF}Q_{NF} - C_{FF}Q_{FF}$$

1185
1186   Where:
1187        $V_{NF}$   =   near-field volume;
1188        $V_{FF}$   =   far-field volume;
1189        $Q_{NF}$   =   near-field ventilation rate;
1190        $Q_{FF}$   =   far-field ventilation rate;
1191        $C_{NF}$   =   average near-field concentration;
1192        $C_{FF}$   =   average far-field concentration;
1193        G   =   average vapor generation rate; and
1194        t   =   elapsed time.
1195
1196   For details on the modeling approach and model equations, please refer to Appendix N; Appendix O;
1197   and Appendix P.

1198   **2.3.1.2.4   Acute and Chronic Inhalation Exposure Estimates**
1199   This report assesses TCE exposures to workers in occupational settings, presented as time weighted
1200   average (TWA). The TWA exposures are then used to calculate acute exposure (AC), average daily
1201   concentration (ADC) for chronic, non-cancer risks, and lifetime average daily concentration (LADC) for
1202   chronic, cancer risks.
1203
1204   Acute workplace exposures are assumed to be equal to the contaminant concentration in air (TWA):
1205

1206
$$AC = \frac{C \times ED}{AT_{acute}}$$

1207   Where:
1208        AC     = acute exposure concentration
1209        C       = contaminant concentration in air (TWA)
1210        ED     = exposure duration (hr/day)
1211        $AT_{acute}$   = acute averaging time (24 hrs)
1212
1213   ADC and LADC are used to estimate workplace exposures for non-cancer and cancer risks, respectively.
1214   These exposures are estimated as follows:
1215

1216
$$ADC \text{ or } LADC = \frac{C \times ED \times EF \times WY}{AT \text{ or } AT_c}$$

1217

1218
$$AT = WY \times 365 \frac{day}{yr} \times 24 \frac{hr}{day}$$

1219

1220
$$AT_C = LT \times 365 \frac{day}{yr} \times 24 \frac{hr}{day}$$

1221
1222 Where:
1223     ADC    = Average daily concentration used for chronic non-cancer risk calculations
1224     LADC  = Lifetime average daily concentration used for chronic cancer risk calculations
1225     ED      = Exposure duration (hr/day)
1226     EF      = Exposure frequency (day/yr)
1227     WY     = Working years per lifetime (yr)
1228     AT      = Averaging time (hr) for chronic, non-cancer risk
1229     AT$_C$   = Averaging time (hr) for cancer risk
1230     AWD   = Annual working days (day/yr)
1231     f         = Fractional working days with exposure (unitless)
1232     LT      = Lifetime years (yr) for cancer risk
1233
1234 The parameter values in Table 2-17 are used to calculate each of the above acute or chronic exposure
1235 estimates. Where exposure is calculated using probabilistic modeling, the AC, ADC, and LADC
1236 calculations are integrated into the Monte Carlo simulation. Where multiple values are provided for ED
1237 and EF, it indicates that EPA may have used different values for different conditions of use. The
1238 rationale for these differences are described below in this section (also see Appendix M for example
1239 calculations).
1240
1241 **Table 2-17.  Parameter Values for Calculating Inhalation Exposure Estimates**

| Parameter Name | Symbol | Value | Unit |
|---|---|---|---|
| Exposure Duration | ED | 8 or 24 | hr/day |
| Exposure Frequency | EF | 250 | days/yr |
| Working years | WY | 31 (50th percentile)<br>40 (95th percentile) | years |
| Lifetime Years, cancer | LT | 78 | years |
| Averaging Time, non-cancer | AT | 271,560 (central tendency)[a]<br>350,400 (high-end)[b] | hr |
| Averaging Time, cancer | AT$_c$ | 683,280 | hr |

1242 [a] Calculated using the 50th percentile value for working years (WY)
1243 [b] Calculated using the 95th percentile value for working years (WY)
1244
1245 **Exposure Duration (ED)**
1246 EPA generally uses an exposure duration of 8 hours per day for averaging full-shift exposures with an
1247 exception of spot-cleaning. Operating hours for spot cleaning were assessed as 2 to 5 hours/day.
1248
1249 **Exposure Frequency (EF)**
1250 EPA generally uses an exposure frequency of 250 days per year with the following exception: spot
1251 cleaning. EPA assumed spot cleaners may operate between five and six days per week and 50 to 52
1252 weeks per year resulting in a range of 250 to 312 annual working days per year (AWD). Taking into

account fractional days exposed (f) resulted in an exposure frequency (EF) of 249 at the 50th percentile and 313 at the 95th percentile.

EF is expressed as the number of days per year a worker is exposed to the chemical being assessed. In some cases, it may be reasonable to assume a worker is exposed to the chemical on each working day. In other cases, it may be more appropriate to estimate a worker's exposure to the chemical occurs during a subset of the worker's annual working days. The relationship between exposure frequency and annual working days can be described mathematically as follows:

$$EF = f \times AWD$$

Where:

EF  = exposure frequency, the number of days per year a worker is exposed to the chemical (day/yr)

f  = fractional number of annual working days during which a worker is exposed to the chemical (unitless)

AWD  = annual working days, the number of days per year a worker works (day/yr)

BLS (2016) provides data on the total number of hours worked and total number of employees by each industry NAICS code. These data are available from the 3- to 6-digit NAICS level (where 3-digit NAICS are less granular and 6-digit NAICS are the most granular). Dividing the total, annual hours worked by the number of employees yields the average number of hours worked per employee per year for each NAICS.

EPA has identified approximately 140 NAICS codes applicable to the multiple conditions of use for the ten chemicals undergoing Risk Evaluation. For each NAICS code of interest, EPA looked up the average hours worked per employee per year at the most granular NAICS level available (*i.e.,* 4-digit, 5-digit, or 6-digit). EPA converted the working hours per employee to working days per year per employee assuming employees work an average of eight hours per day. The average number of days per year worked, or AWD, ranges from 169 to 282 days per year, with a 50th percentile value of 250 days per year. EPA repeated this analysis for all NAICS codes at the 4-digit level. The average AWD for all 4-digit NAICS codes ranges from 111 to 282 days per year, with a 50th percentile value of 228 days per year. 250 days per year is approximately the 75th percentile. In the absence of industry- and TCE-specific data, EPA assumes the parameter *f* is equal to one for all conditions of use.

## **Working Years (WY)**

EPA has developed a triangular distribution for working years. EPA has defined the parameters of the triangular distribution as follows:

- Minimum value: BLS CPS tenure data with current employer as a low-end estimate of the number of lifetime working years: 10.4 years;
- Mode value: The 50th percentile tenure data with all employers from SIPP as a mode value for the number of lifetime working years: 31 years; and
- Maximum value: The maximum average tenure data with all employers from SIPP as a high-end estimate on the number of lifetime working years: 40 years.

This triangular distribution has a 50th percentile value of 31 years and a 95th percentile value of 40 years. EPA uses these values for central tendency and high-end ADC and LADC calculations, respectively.

The BLS (U.S. BLS, 2014) provides information on employee tenure with *current employer* obtained

1301   from the Current Population Survey (CPS). CPS is a monthly sample survey of about 60,000 households
1302   that provides information on the labor force status of the civilian non-institutional population age 16 and
1303   over; CPS data are released every two years. The data are available by demographics and by generic
1304   industry sectors but are not available by NAICS codes.
1305

1306   The U.S. Census' (U.S. Census Bureau, 2019) Survey of Income and Program Participation (SIPP)
1307   provides information on lifetime tenure with all employers. SIPP is a household survey that collects data
1308   on income, labor force participation, social program participation and eligibility, and general
1309   demographic characteristics through a continuous series of national panel surveys of between 14,000
1310   and 52,000 households (U.S. Census Bureau, 2019). EPA analyzed the 2008 SIPP Panel Wave 1, a panel
1311   that began in 2008 and covers the interview months of September 2008 through December 2008 (U.S.
1312   Census Bureau, 2019). For this panel, lifetime tenure data are available by Census Industry Codes,
1313   which can be cross-walked with NAICS codes.
1314

1315   SIPP data include fields for the industry in which each surveyed, employed individual works
1316   (TJBIND1), worker age (TAGE), and years of work experience *with all employers* over the surveyed
1317   individual's lifetime.[17] Census household surveys use different industry codes than the NAICS codes
1318   used in its firm surveys, so these were converted to NAICS using a published crosswalk (U.S. Census
1319   Bureau, 2013). EPA calculated the average tenure for the following age groups: 1) workers age 50 and
1320   older; 2) workers age 60 and older; and 3) workers of all ages employed at time of survey. EPA used
1321   tenure data for age group "50 and older" to determine the high-end lifetime working years, because the
1322   sample size in this age group is often substantially higher than the sample size for age group "60 and
1323   older." For some industries, the number of workers surveyed, or the *sample size*, was too small to
1324   provide a reliable representation of the worker tenure in that industry. Therefore, EPA excluded data
1325   where the sample size is less than five from the analysis.
1326

1327   Table 2-18 summarizes the average tenure for workers age 50 and older from SIPP data. Although the
1328   tenure may differ for any given industry sector, there is no significant variability between the 50th and
1329   95th percentile values of average tenure across manufacturing and non-manufacturing sectors.
1330

1331   **Table 2-18.  Overview of Average Worker Tenure from U.S. Census SIPP (Age Group 50+)**

| Industry Sectors | Working Years | | | |
|---|---|---|---|---|
| | Average | 50th Percentile | 95th Percentile | Maximum |
| All industry sectors relevant to the 10 chemicals undergoing Risk Evaluation | 35.9 | 36 | 39 | 44 |
| Manufacturing sectors (NAICS 31-33) | 35.7 | 36 | 39 | 40 |
| Non-manufacturing sectors (NAICS 42-81) | 36.1 | 36 | 39 | 44 |

1332   Source: (U.S. Census Bureau, 2019)
1333   Note: Industries where sample size is less than five are excluded from this analysis.
1334

1335   BLS CPS data provides the median years of tenure that wage and salary workers had been with their
1336   current employer. Table 2-19 presents CPS data for all demographics (men and women) by age group
1337   from 2008 to 2012. To estimate the low-end value on number of working years, EPA uses the most

---

[17]  To calculate the number of years of work experience EPA took the difference between the year first worked
(TMAKMNYR) and the current data year (*i.e.,* 2008). EPA then subtracted any intervening months when not working
(ETIMEOFF).

1338 recent (2014) CPS data for workers age 55 to 64 years, which indicates a median tenure of 10.4 years
1339 with their current employer. The use of this low-end value represents a scenario where workers are only
1340 exposed to the chemical of interest for a portion of their lifetime working years, as they may change jobs
1341 or move from one industry to another throughout their career.
1342
1343 **Table 2-19.  Median Year of Tenure with Current Employer by Age Group.**

| Age | January 2008 | January 2010 | January 2012 | January 2014 |
|---|---|---|---|---|
| **16 years and over** | 4.1 | 4.4 | 4.6 | 4.6 |
| 16 to 17 years | 0.7 | 0.7 | 0.7 | 0.7 |
| 18 to 19 years | 0.8 | 1.0 | 0.8 | 0.8 |
| 20 to 24 years | 1.3 | 1.5 | 1.3 | 1.3 |
| **25 years and over** | 5.1 | 5.2 | 5.4 | 5.5 |
| 25 to 34 years | 2.7 | 3.1 | 3.2 | 3.0 |
| 35 to 44 years | 4.9 | 5.1 | 5.3 | 5.2 |
| 45 to 54 years | 7.6 | 7.8 | 7.8 | 7.9 |
| 55 to 64 years | 9.9 | 10.0 | 10.3 | 10.4 |
| **65 years and over** | 10.2 | 9.9 | 10.3 | 10.3 |

1344 Source: (U.S. BLS, 2014).
1345
1346 **Lifetime Years (LT)**
1347 EPA assumes a lifetime of 78 years for all worker demographics.

1348 **2.3.1.2.5  Dermal Exposure Modeling**
1349 Dermal exposure data were not reasonably available for the OESs in the assessment. Because TCE is a
1350 volatile liquid that readily evaporates from the skin, EPA estimated dermal exposures using the Dermal
1351 Exposure to Volatile Liquids (DEVL) Model. See Appendix H of the [*Environmental Releases and*
1352 *Occupational Exposure Assessment. Docket: EPA-HQ-OPPT-2019-0500*)] for the development and
1353 underlying research of this model. This model determines a dermal potential dose rate based on an
1354 assumed amount of liquid on skin during one contact event per day and the steady-state fractional
1355 absorption for TCE based on a theoretical framework provided by Kasting (Kasting and Miller, 2006).
1356 The amount of liquid on the skin is adjusted by the weight fraction of TCE in the liquid to which the
1357 worker is exposed.
1358
1359 The DEVL is used to assess occupational dermal exposure scenarios because the exposure duration is
1360 typically not known across a wide variety of worker activities, and the model's event-based approach
1361 allows exposure estimation using the number of exposure events, rather than exposure duration. Further,
1362 the model can account for the impact of glove use in occupational settings.
1363
1364 EPA estimated workers' dermal exposure to TCE for the industrial and commercial occupational
1365 exposure scenarios (OESs) considering evaporation of liquid from the surface of the hands and use with
1366 and without gloves. The OSHA recommends employers utilize the hierarchy of controls for reducing or
1367 removing hazardous exposures. The most effective controls are elimination, substitution, or engineering
1368 controls. Gloves are the last course of worker protection in the hierarchy of controls and should only be

1369 considered when process design and engineering controls cannot reduce workplace exposure to an
1370 acceptable level.
1371
1372 Vapor absorption during dermal exposure requires that TCE be capable of achieving a sufficient
1373 concentration in the media at the temperature and atmospheric pressure of the scenario under
1374 evaluation to provide a significant driving force for skin penetration. Because TCE is a volatile liquid (VP
1375 = 73.46 mmHg and 25℃), the dermal absorption of TCE depends on the type and duration of exposure.
1376 Where exposure is not occluded, only a fraction of TCE that comes into contact with the skin will be
1377 absorbed as the chemical readily evaporates from the skin. Dermal exposure may be significant in cases of
1378 occluded exposure, repeated contacts, or dermal immersion. For example, work activities with a high degree
1379 of splash potential may result in TCE liquids trapped inside the gloves, inhibiting the evaporation of TCE
1380 and increasing the exposure duration. EPA collected and reviewed available SDSs (Safety Data Sheets)
1381 to inform the evaluation of gloves used with TCE in liquid and aerosol form at varying concentrations.
1382
1383 Trichloroethylene in liquid form at 99-100% concentration is expected to be used in both industrial and
1384 commercial settings.  For industrial scenarios using this form of TCE, the following OESs are expected;
1385 Manufacture of TCE, Processing as a Reactant, Industrial Processing Aid, Formulation of Aerosol and
1386 Non Aerosol Products, Repackaging, Process Solvent Recycling, Batch Open Top Vapor Degreasing,
1387 Batch Closed-Loop Vapor Degreasing, Conveyorized Vapor Degreasing, and Web Vapor Degreasing.
1388
1389 For trichlorethylene in liquid form at 99-100% concentration an SDS from Mallinckrodt Baker Inc.
1390 recommended neoprene gloves and an SDS from Solvents Australia PTY. LTD. recommended the use
1391 of gloves made from rubber, PVC, or nitrile (U.S. EPA, 2017c).
1392
1393 Commercial OESs where TCE in liquid form at 99-100% concentration is expected includes Spot
1394 Cleaning, Wipe Cleaning, and Carpet Cleaning.  An SDS for an R.R. Street & Co. cleaning agent
1395 recommended wearing Viton ® [Butyl-rubber], PVA, or Barrier ™ gloves. Two gun wipe cleaning
1396 agent manufacturers A.V.W. Inc. and G.B. Distributors recommend Viton or Neoprene gloves and
1397 polyethylene, neoprene, or PVA gloves, respectively (U.S. EPA, 2017c).
1398
1399 For Aerosol Degreasing and Aerosol Lubricants applications, TCE is used in a range of concentrations
1400 in aerosol form.  An SDS for a 90-100% TCE aerosol degreasing agent from Brownells, Inc.
1401 recommended using PVA gloves and an SDS for a 45-55% TCE aerosol brake parts cleaner from Zep
1402 Manufacturing Co. recommended using Viton® gloves (U.S. EPA, 2017c).
1403
1404 Metalworking Fluids and Adhesives, Sealants, Paints, and Coatings typically contain a maximum TCE
1405 concentration of 80-90%. An SDS from LPS Laboratories presented a tap and die fluid at 80-90% TCE
1406 concentration and recommended using Viton® [Butyl-rubber], Silver Shield®[PE and EVOH laminate]
1407 and PVA gloves.  An SDS for a 75-90% TCE adhesive from Rema Tip Top recommended using
1408 Neoprene, Butyl-rubber, or nitrile rubber (U.S. EPA, 2017c).
1409
1410 EPA did not find any SDSs with applicable use in commercial printing and copying applications.
1411
1412 To assess exposure, EPA used the *Dermal Exposure to Volatile Liquids* Model to calculate the dermal
1413 retained dose for both non-occluded and occluded scenarios. The equation modifies the *EPA 2-Hand
1414 Dermal Exposure to Liquids Model* by incorporating a "fraction absorbed ($f_{abs}$)" parameter to account
1415 for the evaporation of volatile chemicals and a "protection factor (PF)" to account for glove use. Default
1416 PF values, which vary depending on the type of glove used and the presence of employee training
1417 program, are shown in Table 2-20:

1418
1419
$$D_{exp} = S \times \frac{(Q_u \times f_{abs})}{PF} \times Y_{derm} \times FT$$

1420
1421 Where:

1422 - S is the surface area of contact: 535 cm$^2$ (central tendency) and 1,070 cm$^2$ (high end),
1423   representing the total surface area of one and two hands, respectively. Note: EPA has no data on
1424   actual surface area of contact with liquid and that the value is assumed to represent an adequate
1425   proxy for a high-end surface area of contact with liquid that may sometimes include exposures to
1426   much of the hands and also beyond the hands, such as wrists, forearms, neck, or other parts of
1427   the body, for some scenarios.
1428 - $Q_u$ is the quantity remaining on the skin: 1.4 mg/cm$^2$-event (central tendency) and 2.1 mg/cm$^2$-
1429   event (high-end). This is the high-end default value used in the EPA dermal models ((U.S. EPA,
1430   2013a).
1431 - $Y_{derm}$ is the weight fraction of the chemical of interest in the liquid ($0 \leq Y_{derm} \leq 1$)
1432 - FT is the frequency of events (1 event per day)
1433 - $f_{abs}$ is the fraction of applied mass that is absorbed (Default for TCE: 0.08 for industrial facilities
1434   and 0.13 for commercial facilities). Note: this value represents the proportion of TCE that
1435   remains on the skin after evaporation.
1436 - PF is the glove protection factor (Table 2-20)

1437
1438 The steady state fractional absorption ($f_{abs}$) for TCE is estimated to be 0.08 in industrial facilities with
1439 higher indoor wind flows  or 0.13 in commercial facilities with lower indoor wind speeds based on a
1440 theoretical framework provided by Kasting and Miller (2006) (Kasting and Miller, 2006), meaning
1441 approximately 8 or 13 percent of the applied dose is absorbed through the skin following exposure, from
1442 industrial and commercial settings, respectively. However, there is a large standard deviation in the
1443 experimental measurement, which is indicative of the difficulty in spreading a small, rapidly evaporating
1444 dose of TCE evenly over the skin surface.
1445
1446 **Table 2-20.  Glove Protection Factors for Different Dermal Protection Strategies.**

| Dermal Protection Characteristics | Setting | Protection Factor, PF |
|---|---|---|
| a. No gloves used, or any glove / gauntlet without permeation data and without employee training | Industrial and Commercial Uses | 1 |
| b. Gloves with available permeation data indicating that the material of construction offers good protection for the substance | | 5 |
| c. Chemically resistant gloves (*i.e.,* as *b* above) with "basic" employee training | | 10 |
| d. Chemically resistant gloves in combination with specific activity training (*e.g.,* procedure for glove removal and disposal) for tasks where dermal exposure can be expected to occur | Industrial Uses Only | 20 |

1447 Source: (Marquart et al., 2017)
1448
1449 To streamline the dermal exposure assessment, EPA grouped the various OESs based on characteristics
1450 known to effect dermal exposure such as the maximum weight fraction of TCE could be present in that

1451   scenario, open or closed system use of TCE, and large or small-scale use.  Four different groups or
1452   "bins" were created based on this analysis (Table 2-21).
1453
1454   **Table 2-21.  EPA grouped dermal exposures associated with the various OESs into four bins.**

| Bin # | Description |
|---|---|
| 1 | **Bin 1** covers industrial uses that generally occur in closed systems. For these uses, dermal exposure is likely limited to chemical loading/unloading activities (*e.g.,* connecting hoses) and taking quality control samples. EPA assesses the following glove use scenarios for Bin 1 conditions of use: |
|   | No gloves used: Operators in these industrial uses, while working around closed-system equipment, may not wear gloves or may wear gloves for abrasion protection or gripping that are not chemical resistant. |
|   | Gloves used with a protection factor of 5, 10, and 20: Operators may wear chemical-resistant gloves when taking quality control samples or when connecting and disconnecting hoses during loading/unloading activities. EPA assumes gloves may offer a range of protection, depending on the type of glove and employee training provided. |
|   | Scenarios not assessed: EPA does not assess occlusion as workers in these industries are not likely to come into contact with bulk liquid TCE that could lead to chemical permeation under the cuff of the glove or excessive liquid contact time leading to chemical permeation through the glove. |
| 2 | **Bin 2** covers industrial degreasing uses, which are not closed systems. For these uses, there is greater opportunity for dermal exposure during activities such as charging and draining degreasing equipment, drumming waste solvent, and removing waste sludge. EPA assesses the following glove use scenarios for Bin 2 conditions of use: |
|   | No gloves used: Due to the variety of shop types in these uses the actual use of gloves is uncertain. EPA assumes workers may not wear gloves or may wear gloves for abrasion protection or gripping that are not chemical resistant during routine operations such as adding and removing parts from degreasing equipment. |
|   | Gloves used with a protection factor of 5, 10, and 20: Workers may wear chemical-resistant gloves when charging and draining degreasing equipment, drumming waste solvent, and removing waste sludge. EPA assumes gloves may offer a range of protection, depending on the type of glove and employee training provided. |
|   | Occluded Exposure: Occlusion may occur when workers are handling bulk liquid TCE when charging and draining degreasing equipment, drumming waste solvent, and removing waste sludge that could lead to chemical permeation under the cuff of the glove or excessive liquid contact time leading to chemical permeation through the glove. |
| 3 | **Bin 3** covers aerosol uses, where workers are likely to have direct dermal contact with film applied to substrate and incidental deposition of aerosol to skin. EPA assesses the following glove use scenarios for Bin 3 conditions of use: |
|   | No gloves used: Actual use of gloves in this use is uncertain. EPA assumes workers may not wear gloves or may wear gloves for abrasion protection or gripping that are not chemical resistant during routine aerosol applications. |
|   | Gloves used with a protection factor of 5 and 10: Workers may wear chemical-resistant gloves when applying aerosol products. EPA assumes the commercial facilities in Bin 3 do not offer activity-specific training on donning and doffing gloves. |
|   | Scenarios not assessed: EPA does not assess glove use with protection factors of 20 as EPA assumes chemical-resistant gloves used in these industries would either not be accompanied by training or be accompanied by basic employee training, but not activity-specific training. EPA does not assess occlusion for aerosol applications because TCE formulations are often supplied in an aerosol spray can |

| Bin # | Description |
|-------|-------------|
|  | and contact with bulk liquid is unlikely. EPA also does not assess occlusion for non-aerosol niche uses because the potential for occlusion is unknown |
| 4 | **Bin 4** covers commercial activities of similar maximum concentration. Most of these uses are uses as spot cleaners or in wipe cleaning, and/or uses expected to have direct dermal contact with bulk liquids. EPA assesses the following glove use scenarios for Bin 4 conditions of use: |
|  | No gloves used: Actual use of gloves in this use is uncertain. EPA assumes workers may not wear gloves during routine operations (*e.g.,* spot cleaning). |
|  | Gloves used with a protection factor of 5 and 10: Workers may wear chemical-resistant gloves when charging and draining solvent to/from machines, removing and disposing sludge, and maintaining equipment. EPA assumes the commercial facilities in Bin 4 do not offer activity-specific training on donning and doffing gloves. |
|  | Occluded Exposure: Occlusion may occur when workers are handling bulk liquid TCE when charging and draining solvent to/from machines, removing and disposing sludge, and maintaining equipment that could lead to chemical permeation under the cuff of the glove or excessive liquid contact time leading to chemical permeation through the glove. |
|  | Scenarios not assessed: EPA does not assess glove use with protection factors of 20 as EPA assumes chemical-resistant gloves used in these industries would either not be accompanied by training or be accompanied by basic employee training, but not activity-specific training. |

1455 ### 2.3.1.2.6  Consideration of Engineering Controls and Personal Protective Equipment

1456 OSHA requires and NIOSH recommends that employers utilize the hierarchy of controls to address
1457 hazardous exposures in the workplace (OSHA, 2016, NIOSH, 2018). The hierarchy of controls strategy
1458 outlines, in descending order of priority, the use of elimination, substitution, engineering controls,
1459 administrative controls, and lastly personal protective equipment (PPE). The hierarchy of controls
1460 prioritizes the most effective measures first which is to eliminate or substitute the harmful chemical
1461 (*e.g.,* use a different process, substitute with a less hazardous material), thereby preventing or reducing
1462 exposure potential. Following elimination and substitution, the hierarchy recommends engineering
1463 controls to isolate employees from the hazard, followed by administrative controls, or changes in work
1464 practices to reduce exposure potential (*e.g.,* source enclosure, local exhaust ventilation systems).
1465 Administrative controls are policies and procedures instituted and overseen by the employer to protect
1466 worker exposures. As the last means of control, the use of personal protective equipment (*e.g.,*
1467 respirators, gloves) is recommended, when the other control measures cannot reduce workplace
1468 exposure to an acceptable level. The National Institute for Occupational Safety and Health (NIOSH) and
1469 the U.S. Department of Labor's Bureau of Labor Statistics (BLS) conducted a voluntary survey of U.S.
1470 employers regarding the use of respiratory protective devices between August 2001 and January 2002
1471 (NIOSH, 2001). For additional information, please also refer to [*Memorandum_NIOSH_BLS Respirator*
1472 *Usage in Private Sector Firms. Docket # EPA-HQ-OPPT-2019-0500*].
1473
1474 ***Respiratory Protection***
1475 OSHA's Respiratory Protection Standard (29 CFR § 1910.134) requires employers in certain industries
1476 to address workplace hazards by implementing engineering control measures and, if these are not
1477 feasible, provide respirators that are applicable and suitable for the purpose intended.[18] Respirator
1478 selection provisions are provided in § 1910.134(d) and require that appropriate respirators are selected

---

[18] OSHA does not require controls to be used unless a hazard assessment determines that the hazard is significant enough to require mitigation.

based on the respiratory hazard(s) to which the worker will be exposed and workplace and user factors that affect respirator performance and reliability. Assigned protection factors (APFs) are provided in Table 1 under § 1910.134(d)(3)(i)(A) (see Table 2-22) and refer to the level of respiratory protection that a respirator or class of respirators is expected to provide to employees when the employer implements a continuing, effective respiratory protection program.

The United States has several regulatory and non-regulatory exposure limits for TCE: an OSHA PEL of 100 ppm 8-hour TWA (OSHA, 2019), a NIOSH Recommended Exposure Limit (REL) of 2 ppm (as a 60-minute ceiling for TCE usage as an anesthetic) and 25 ppm (as a 10-hour TWA for other exposures) (NIOSH, 2019) and an American Conference of Government Industrial Hygienists (ACGIH) 8-hour TLV of 10 ppm and a short-term limit of 25 ppm (ATSDR, 2019). If respirators are necessary in atmospheres that are not immediately dangerous to life or health, workers must use NIOSH-certified air-purifying respirators or NIOSH-approved supplied-air respirators with the appropriate APF. Respirators that meet these criteria include air-purifying respirators with organic vapor cartridges. Table 2-22 can be used as a guide to show the protectiveness of each category of respirator. Based on the APF, inhalation exposures may be reduced by a factor of 5 to 10,000, when workers and occupational non-users are using respiratory protection.

The respirators should be used when effective engineering controls are not feasible as per OSHA's 29 CFR § 1910.134. The knowledge of the range of respirator APFs is intended to assist employers in selecting the appropriate type of respirator that could provide a level of protection needed for a specific exposure scenario. Table 2-22 lists the range of APFs for respirators. The complexity and burden of wearing respirators increases with increasing APF. The APFs are not to be assumed to be interchangeable for any conditions of use, any workplace, or any worker or ONU.

**Table 2-22.  Assigned Protection Factors for Respirators in OSHA Standard 29 CFR § 1910.134.**

| Type of Respirator | Quarter Mask | Half Mask | Full Facepiece | Helmet/ Hood | Loose-fitting Facepiece |
|---|---|---|---|---|---|
| 1. Air-Purifying Respirator | 5 | 10 | 50 | | |
| 2. Power Air-Purifying Respirator (PAPR) | | 50 | 1,000 | 25/1,000 | 25 |
| 3. Supplied-Air Respirator (SAR) or Airline Respirator | | | | | |
| Demand mode | | 10 | 50 | | |
| Continuous flow mode | | 50 | 1,000 | 25/1,000 | 25 |
| Pressure-demand or other positive-pressure mode | | 50 | 1,000 | | |
| 4. Self-Contained Breathing Apparatus (SCBA) | | | | | |
| Demand mode | | 10 | 50 | 50 | |
| Pressure-demand or other positive-pressure mode (*e.g.,* open/closed circuit) | | | 10,000 | 10,000 | |

Source: 29 CFR § 1910.134(d)(3)(i)(A)

**2.3.1.2.7  Number of Workers and Occupational Non-Users Exposed**

This section summarizes the methods that EPA used to estimate the number of workers who are potentially exposed to TCE in each of its conditions of use. The method consists of the following steps:

1. Identify the NAICS codes for the industry sectors associated with each condition of use.
2. Estimate total employment by industry/occupation combination using the Bureau of Labor Statistics' Occupational Employment Statistics data (U.S. BLS, 2016).
3. Refine the estimates based on BLS Occupational Employment Statistics data where they are not sufficiently granular by using the U.S. Census Statistics of U.S. Businesses (SUSB) (U.S. Census Bureau, 2015) data on total employment by 6-digit NAICS.
4. Estimate the percentage of employees likely to be using TCE instead of other chemicals (*i.e.,* the market penetration of TCE in the condition of use).
5. Estimate the number of sites and number of potentially exposed employees per site.
6. Estimate the number of potentially exposed employees within the condition of use.

**Step 1: Identifying Affected NAICS Codes**

As a first step, EPA identified NAICS industry codes associated with each condition of use. EPA generally identified NAICS industry codes for a condition of use by:

- Querying the U.S. Census Bureau's *NAICS Search* tool using keywords associated with each condition of use to identify NAICS codes with descriptions that match the condition of use.
- Referencing EPA Generic Scenarios (GS's) and Organisation for Economic Co-operation and Development (OECD) Emission Scenario Documents (ESDs) for a condition of use to identify NAICS codes cited by the GS or ESD.
- Reviewing Chemical Data Reporting (CDR) data for the chemical, identifying the industrial sector codes reported for downstream industrial uses, and matching those industrial sector codes to NAICS codes using Table D-2 provided in the CDR reporting instructions.

Each condition of use section in the main body of this report identifies the NAICS codes EPA identified for the respective condition of use.

**Step 2: Estimating Total Employment by Industry and Occupation**

BLS's (U.S. BLS, 2016) Occupational Employement Statistics data provide employment data for workers in specific industries and occupations. The industries are classified by NAICS codes (identified previously), and occupations are classified by Standard Occupational Classification (SOC) codes.

Among the relevant NAICS codes (identified previously), EPA reviewed the occupation description and identified those occupations (SOC codes) where workers are potentially exposed to TCE. Table 2-23 shows the SOC codes EPA classified as occupations potentially exposed to TCE. These occupations are classified into workers (W) and occupational non-users (O). All other SOC codes are assumed to represent occupations where exposure is unlikely.

1555   **Table 2-23.  SOCs with Worker and ONU Designations for All Conditions of Use Except**
1556   **Dry Cleaning**

| SOC | Occupation | Designation |
|---|---|---|
| 11-9020 | Construction Managers | O |
| 17-2000 | Engineers | O |
| 17-3000 | Drafters, Engineering Technicians, and Mapping Technicians | O |
| 19-2031 | Chemists | O |
| 19-4000 | Life, Physical, and Social Science Technicians | O |
| 47-1000 | Supervisors of Construction and Extraction Workers | O |
| 47-2000 | Construction Trades Workers | W |
| 49-1000 | Supervisors of Installation, Maintenance, and Repair Workers | O |
| 49-2000 | Electrical and Electronic Equipment Mechanics, Installers, and Repairers | W |
| 49-3000 | Vehicle and Mobile Equipment Mechanics, Installers, and Repairers | W |
| 49-9010 | Control and Valve Installers and Repairers | W |
| 49-9020 | Heating, Air Conditioning, and Refrigeration Mechanics and Installers | W |
| 49-9040 | Industrial Machinery Installation, Repair, and Maintenance Workers | W |
| 49-9060 | Precision Instrument and Equipment Repairers | W |
| 49-9070 | Maintenance and Repair Workers, General | W |
| 49-9090 | Miscellaneous Installation, Maintenance, and Repair Workers | W |
| 51-1000 | Supervisors of Production Workers | O |
| 51-2000 | Assemblers and Fabricators | W |
| 51-4020 | Forming Machine Setters, Operators, and Tenders, Metal and Plastic | W |
| 51-6010 | Laundry and Dry-Cleaning Workers | W |
| 51-6020 | Pressers, Textile, Garment, and Related Materials | W |
| 51-6030 | Sewing Machine Operators | O |
| 51-6040 | Shoe and Leather Workers | O |
| 51-6050 | Tailors, Dressmakers, and Sewers | O |
| 51-6090 | Miscellaneous Textile, Apparel, and Furnishings Workers | O |
| 51-8020 | Stationary Engineers and Boiler Operators | W |
| 51-8090 | Miscellaneous Plant and System Operators | W |
| 51-9000 | Other Production Occupations | W |

1557   W = worker designation
1558   O = ONU designation
1559
1560   For dry cleaning facilities, due to the unique nature of work expected at these facilities and that different
1561   workers may be expected to share among activities with higher exposure potential (*e.g.,* unloading the
1562   dry cleaning machine, pressing/finishing a dry cleaned load), EPA made different SOC code worker and
1563   ONU assignments for this condition of use. Table 2-24 summarizes the SOC codes with worker and
1564   ONU designations used for dry cleaning facilities.
1565
1566
1567
1568
1569
1570
1571
1572
1573
1574
1575
1576

1577  **Table 2-24.  SOCs with Worker and ONU Designations for Dry Cleaning Facilities**

| SOC | Occupation | Designation |
|---|---|---|
| 41-2000 | Retail Sales Workers | O |
| 49-9040 | Industrial Machinery Installation, Repair, and Maintenance Workers | W |
| 49-9070 | Maintenance and Repair Workers, General | W |
| 49-9090 | Miscellaneous Installation, Maintenance, and Repair Workers | W |
| 51-6010 | Laundry and Dry-Cleaning Workers | W |
| 51-6020 | Pressers, Textile, Garment, and Related Materials | W |
| 51-6030 | Sewing Machine Operators | O |
| 51-6040 | Shoe and Leather Workers | O |
| 51-6050 | Tailors, Dressmakers, and Sewers | O |
| 51-6090 | Miscellaneous Textile, Apparel, and Furnishings Workers | O |

1578  W = worker designation
1579  O = ONU designation
1580

1581  After identifying relevant NAICS and SOC codes, EPA used BLS data to determine total employment
1582  by industry and by occupation based on the NAICS and SOC combinations. For example, there are
1583  110,640 employees associated with 4-digit NAICS 8123 (*Drycleaning and Laundry Services*) and SOC
1584  51-6010 (*Laundry and Dry-Cleaning Workers*).
1585

1586  Using a combination of NAICS and SOC codes to estimate total employment provides more accurate
1587  estimates for the number of workers than using NAICS codes alone. Using only NAICS codes to
1588  estimate number of workers typically result in an overestimate, because not all workers employed in that
1589  industry sector will be exposed. However, in some cases, BLS only provide employment data at the 4-
1590  digit or 5-digit NAICS level; therefore, further refinement of this approach may be needed (see next
1591  step).
1592

1593  **Step 3: Refining Employment Estimates to Account for lack of NAICS Granularity**
1594  The third step in EPA's methodology was to further refine the employment estimates by using total
1595  employment data in the U.S. Census Bureau's (U.S. Census Bureau, 2015) SUSB. In some cases, BLS
1596  OES's occupation-specific data are only available at the 4-digit or 5-digit NAICS level, whereas the
1597  SUSB data are available at the 6-digit level (but are not occupation-specific). Identifying specific 6-digit
1598  NAICS will ensure that only industries with potential TCE exposure are included. As an example, OES
1599  data are available for the 4-digit NAICS 8123 *Drycleaning and Laundry Services*, which includes the
1600  following 6-digit NAICS:
1601  • NAICS 812310 Coin-Operated Laundries and Drycleaners;
1602  • NAICS 812320 Drycleaning and Laundry Services (except Coin-Operated);
1603  • NAICS 812331 Linen Supply; and
1604  • NAICS 812332 Industrial Launderers.
1605

1606  In this example, only NAICS 812320 is of interest. The Census data allow EPA to calculate employment
1607  in the specific 6-digit NAICS of interest as a percentage of employment in the BLS 4-digit NAICS.
1608

1609  The 6-digit NAICS 812320 comprises 46 percent of total employment under the 4-digit NAICS 8123.
1610  This percentage can be multiplied by the occupation-specific employment estimates given in the BLS
1611  Occupational Employment Statistics data to further refine our estimates of the number of employees
1612  with potential exposure.
1613

1614  Table 2-25 illustrates this granularity adjustment for NAICS 812320.

1615   **Table 2-25.  Estimated Number of Potentially Exposed Workers and ONUs under NAICS 812320.**

| NAICS | SOC CODE | SOC Description | Occupation Designation | Employment by SOC at 4-digit NAICS level | % of Total Employment | Estimated Employment by SOC at 6-digit NAICS level |
|-------|----------|-----------------|------------------------|------------------------------------------|-----------------------|----------------------------------------------------|
| 8123 | 41-2000 | Retail Sales Workers | O | 44,500 | 46.0% | 20,459 |
| 8123 | 49-9040 | Industrial Machinery Installation, Repair, and Maintenance Workers | W | 1,790 | 46.0% | 823 |
| 8123 | 49-9070 | Maintenance and Repair Workers, General | W | 3,260 | 46.0% | 1,499 |
| 8123 | 49-9090 | Miscellaneous Installation, Maintenance, and Repair Workers | W | 1,080 | 46.0% | 497 |
| 8123 | 51-6010 | Laundry and Dry-Cleaning Workers | W | 110,640 | 46.0% | 50,867 |
| 8123 | 51-6020 | Pressers, Textile, Garment, and Related Materials | W | 40,250 | 46.0% | 18,505 |
| 8123 | 51-6030 | Sewing Machine Operators | O | 1,660 | 46.0% | 763 |
| 8123 | 51-6040 | Shoe and Leather Workers | O | Not Reported for this NAICS Code | | |
| 8123 | 51-6050 | Tailors, Dressmakers, and Sewers | O | 2,890 | 46.0% | 1,329 |
| 8123 | 51-6090 | Miscellaneous Textile, Apparel, and Furnishings Workers | O | 0 | 46.0% | 0 |
| **Total Potentially Exposed Employees** | | | | **206,070** | | **94,740** |
| **Total Workers** | | | | | | **72,190** |
| **Total Occupational Non-Users** | | | | | | **22,551** |

1616   Note: numbers may not sum exactly due to rounding.
1617   W = worker
1618   O = occupational non-user
1619   Source: (U.S. Census Bureau, 2015); (U.S. BLS, 2016)
1620

1621   **Step 4: Estimating the Percentage of Workers Using TCE Instead of Other Chemicals**
1622   In the final step, EPA accounted for the market share by applying a factor to the number of workers
1623   determined in Step 3. This accounts for the fact that TCE may be only one of multiple chemicals used
1624   for the applications of interest. EPA did not identify market penetration data any conditions of use. In
1625   the absence of market penetration data for a given condition of use, EPA assumed TCE may be used at
1626   up to all sites and by up to all workers calculated in this method as a bounding estimate. This assumes a
1627   market penetration of 100%. Market penetration is discussed for each condition of use in the main body
1628   of this report.
1629

1630   **Step 5: Estimating the Number of Workers per Site**
1631   EPA calculated the number of workers and occupational non-users in each industry/occupation
1632   combination using the formula below (granularity adjustment is only applicable where SOC data are not
1633   available at the 6-digit NAICS level):
1634

1635   *Number of Workers or ONUs in NAICS/SOC (Step 2) × Granularity Adjustment Percentage (Step 3) =*
1636   *Number of Workers or ONUs in the Industry/Occupation Combination*
1637

EPA then estimated the total number of establishments by obtaining the number of establishments reported in the U.S. Census Bureau's SUSB (U.S. Census Bureau, 2015) data at the 6-digit NAICS level.

EPA then summed the number of workers and occupational non-users over all occupations within a NAICS code and divided these sums by the number of establishments in the NAICS code to calculate the average number of workers and occupational non-users per site.

**Step 6: Estimating the Number of Workers and Sites for a Condition of Use**

EPA estimated the number of workers and occupational non-users potentially exposed to TCE and the number of sites that use TCE in a given condition of use through the following steps:

1. Obtaining the total number of establishments by:
   a. Obtaining the number of establishments from SUSB (U.S. Census Bureau, 2015) at the 6-digit NAICS level (Step 5) for each NAICS code in the condition of use and summing these values; or
   b. Obtaining the number of establishments from the Toxics Release Inventory (TRI), Discharge Monitoring Report (DMR) data, National Emissions Inventory (NEI), or literature for the condition of use.
2. Estimating the number of establishments that use TCE by taking the total number of establishments from Item 1 and multiplying it by the market penetration factor from Step 4.
3. Estimating the number of workers and occupational non-users potentially exposed to TCE by taking the number of establishments calculated in Item 2 and multiplying it by the average number of workers and occupational non-users per site from Step 5.

### 2.3.1.3    Assumptions and Key Sources of Uncertainty for Occupational Exposures

#### 2.3.1.3.1  Number of Workers

There are a number of uncertainties surrounding the estimated number of workers potentially exposed to TCE, as outlined below. Most are unlikely to result in a systematic underestimate or overestimate, but could result in an inaccurate estimate.

CDR data are used to estimate the number of workers associated with manufacturing. There are inherent limitations to the use of CDR data as they are reported by manufacturers and importers of TCE. Manufacturers and importers are only required to report if they manufactured or imported TCE in excess of 25,000 pounds at a single site during any calendar year; as such, CDR may not capture all sites and workers associated with any given chemical.

There are also uncertainties with BLS data, which are used to estimate the number of workers for the remaining conditions of use. First, BLS OES employment data for each industry/occupation combination are only available at the 3-, 4-, or 5-digit NAICS level, rather than the full 6-digit NAICS level. This lack of granularity could result in an overestimate of the number of exposed workers if some 6-digit NAICS are included in the less granular BLS estimates but are not, in reality, likely to use TCE for the assessed applications. EPA addressed this issue by refining the OES estimates using total employment data from the U.S. Census SUSB (U.S. Census Bureau, 2015). However, this approach assumes that the distribution of occupation types (SOC codes) in each 6-digit NAICS is equal to the distribution of occupation types at the parent 5-digit NAICS level. If the distribution of workers in occupations with TCE exposure differs from the overall distribution of workers in each NAICS, then this approach will result in inaccuracy.

1685
1686  Second, EPA's judgments about which industries (represented by NAICS codes) and occupations
1687  (represented by SOC codes) are associated with the uses assessed in this report are based on EPA's
1688  understanding of how TCE is used in each industry. Designations of which industries and occupations
1689  have potential exposures is nevertheless subjective, and some industries/occupations with few exposures
1690  might erroneously be included, or some industries/occupations with exposures might erroneously be
1691  excluded. This would result in inaccuracy but would be unlikely to systematically either overestimate or
1692  underestimate the count of exposed workers.

1693  ### 2.3.1.3.2  Analysis of Exposure Monitoring Data
1694  This report uses existing worker exposure monitoring data to assess exposure to TCE during several
1695  conditions of use. To analyze the exposure data, EPA categorized each PBZ data point as either
1696  "worker" or "occupational non-user". The categorizations are based on descriptions of worker job
1697  activity as provided in literature and EPA's judgment. In general, samples for employees that are
1698  expected to have the highest exposure from direct handling of TCE are categorized as "worker" and
1699  samples for employees that are expected to have the lower exposure and do not directly handle TCE are
1700  categorized as "occupational non-user."

1701
1702  Exposures for occupational non-users can vary substantially. Most data sources do not sufficiently
1703  describe the proximity of these employees to the TCE exposure source. As such, exposure levels for the
1704  "occupational non-user" category will have high variability depending on the specific work activity
1705  performed. It is possible that some employees categorized as "occupational non-user" have exposures
1706  similar to those in the "worker" category depending on their specific work activity pattern.

1707
1708  Some data sources may be inherently biased. For example, bias may be present if exposure monitoring
1709  was conducted to address concerns regarding adverse human health effects reported following exposures
1710  during use or if exposure monitoring results were only provided from industry. Similarly, OSHA CEHD
1711  are obtained from OSHA inspections, which may be the result of worker complaints, and may provide
1712  exposure results that may generally exceed the industry average.

1713
1714  Some scenarios have limited exposure monitoring data in literature, if any. Where there are few data
1715  points available, it is unlikely the results will be representative of worker exposure across the industry.
1716  In cases where there was no exposure monitoring data, EPA may have used monitoring data from
1717  similar conditions of use as surrogate. For example, inhalation monitoring data from manufacturing
1718  facilities were used as surrogate for other conditions of use. The data were chosen as TCE
1719  concentrations for  these conditions of use would be comparable to manufacturing, and TCE exposures
1720  during unloading would be comparable in magnitude to TCE loading following manufacture. While
1721  these conditions of use have similar worker activities contributing to exposures, it is unknown that the
1722  results will be fully representative of worker exposure across different conditions of use.

1723
1724  Where sufficient data were reasonably available, the 95th and 50th percentile exposure concentrations
1725  were calculated using reasonably available data. The 95th percentile exposure concentration is intended
1726  to represent a high-end exposure level, while the 50th percentile exposure concentration represents
1727  typical exposure level. The underlying distribution of the data, and the representativeness of the
1728  reasonably available data, are not known. Where discrete data were not reasonably available, EPA used
1729  reported statistics (*e.g.,* median, mean, 90th percentile, etc.). Since EPA could not verify these values,
1730  there is an added level of uncertainty.
1731

EPA calculated ADC and LADC values assuming workers and ONUs are regularly exposed during their entire working lifetime, which likely results in an overestimate. Individuals may change jobs during the course of their career such that they are no longer exposed to TCE, and that actual ADC and LADC values become lower than the estimates presented.

### 2.3.1.3.3  Near-Field/Far-Field Model Framework

The near-field/far-field approach is used as a framework to model inhalation exposure for many conditions of use. The following describe uncertainties and simplifying assumptions generally associated with this modeling approach:

- There is some degree of uncertainty associated with each model input parameter. In general, the model inputs were determined based on review of reasonably available literature. Where the distribution of the input parameter is known, a distribution is assigned to capture uncertainty in the Monte Carlo analysis. Where the distribution is unknown, a uniform distribution is often used. The use of a uniform distribution will capture the low-end and high-end values but may not accurately reflect actual distribution of the input parameters.
- The model assumes the near-field and far-field are well mixed, such that each zone can be approximated by a single, average concentration.
- All emissions from the facility are assumed to enter the near-field. This assumption will overestimate exposures and risks in facilities where some emissions do not enter the airspaces relevant to worker exposure modeling.
- The exposure models estimate airborne concentrations. Exposures are calculated by assuming workers spend the entire activity duration in their respective exposure zones (*i.e.,* the worker in the near-field and the occupational non-user in the far-field). Since vapor degreasing and cold cleaning involve automated processes, a worker may actually walk away from the near-field during part of the process and return when it is time to unload the degreaser. As such, assuming the worker is exposed at the near-field concentration for the entire activity duration may overestimate exposure. Conversely, assuming the occupational non-user is exposed at the far-field concentration for the entire work day may underestimate exposure as they may not remain exclusively in the far-field.
- For certain TCE applications (*e.g.,* vapor degreasing and cold cleaning), TCE vapor is assumed to emit continuously while the equipment operates (*i.e.,* constant vapor generation rate). Actual vapor generation rate may vary with time. However, small time variability in vapor generation is unlikely to have a large impact in the exposure estimates as exposures are calculated as a time-weighted average.
- The exposure models represent model workplace settings for each TCE condition of use.

Each subsequent item below discusses uncertainties associated with the individual model.

**Vapor Degreasing and Cold Cleaning Models**
The OTVD, conveyorized vapor degreasing, and cold cleaning assessments use a near-field/far-field approach to model worker exposure. In addition to the uncertainties described above, the vapor degreasing and cold cleaning models have the following uncertainties:

- To estimate vapor generation rate for each equipment type, EPA used a distribution of the emission rates reported in the 2014 NEI for each degreasing/cold cleaning equipment type. NEI only contains information on major sources not area sources. Therefore, the emission rate distribution used in modeling may not be representative of degreasing/cold cleaning equipment emission rates at area sources.

- The emission rate for conveyorized vapor degreasing is based on equipment at eight sites. It is uncertain how representative these data are of a "typical" site.
- EPA assumes workers and occupational non-users remove themselves from the contaminated near- and far-field zones at the conclusion of the task, such that they are no longer exposed to any residual TCE in air.

**Brake Servicing Model**

The aerosol degreasing assessment also uses a near-field/far-field approach to model worker exposure. Specific uncertainties associated with the aerosol degreasing scenario are presented below:

- The model references a CARB study (CARB, 2000) on brake servicing to estimate use rate and application frequency of the degreasing product. The brake servicing scenario may not be representative of the use rates for other aerosol degreasing applications involving TCE.
- The TCE Use Dossier (U.S. EPA, 2017c) presented 16 different aerosol degreasing formulations containing TCE. For each Monte Carlo iteration, the model determines the TCE concentration in product by selecting one of 16 possible formulations, assuming the distribution for each formulation is equal to that found in a survey of brake cleaning shops in California. It is uncertain if this distribution is representative of other geographic locations within the U.S.
- Some of the aerosol formulations presented in the TCE Use Dossier (U.S. EPA, 2017c) were provided as ranges. For each Monte Carlo iteration the model selects a TCE concentration within the range of concentrations using a uniform distribution. In reality, the TCE concentration in the formulation may be more consistent the range provided.

**Spot Cleaning Model**

The multi-zone spot cleaning model also uses a near-field/far-field approach. Specific uncertainties associated with the spot cleaning scenario are presented below:

- The model assumes a use rate based on estimates of the amount of TCE-based spot cleaner sold in California and the number of textile cleaning facilities in California (IRTA, 2007). It is uncertain if this distribution is representative of other geographic locations in the U.S.
- The model assumes a facility floor area based on data from (CARB, 2006) and King County (Whittaker and Johanson, 2011). It is unknown how representative the area is of "typical" spot cleaning facilities. Therefore, these assumptions may result in an overestimate or underestimate of worker exposure during spot cleaning.
- Many of the model input parameters were obtained from (Von Grote et al., 2003), which is a German study. Aspects of the U.S. spot cleaning facilities may differ from German facilities. However, it is not known whether the use of German data will under- or over-estimate exposure.

### 2.3.1.3.4  Modeled Dermal Exposures

The *Dermal Exposure to Volatile Liquids Model* is used to estimate dermal exposure to TCE in occupational settings. The model assumes a fixed fractional absorption of the applied dose; however, fractional absorption may be dependent on skin loading conditions. The model also assumes a single exposure event per day based on existing framework of the *EPA/OPPT 2-Hand Dermal Exposure to Liquids Model* and does not address variability in exposure duration and frequency. Additionally, the studies used to obtain the underlying values of the quantity remaining on the skin ($Q_u$) did not take into consideration the fact that liquid retention on the skin may vary with individuals and techniques of application on and removal from the hands. Also the data used were developed from three kinds of oils; therefore, the data may not be applicable to other liquids.  Based on the uncertainties described above, EPA has a medium level of confidence in the assessed baseline exposure. See Appendix H of the [*Environmental Releases and Occupational Exposure Assessment. Docket: EPA-HQ-OPPT-2019-0500)*] for the development and underlying research of this model.

1826 **2.3.1.3.5  Summary of Overall Confidence in Inhalation Exposure Estimates**
1827 Table 2-26 provides a summary of EPA's overall confidence in its inhalation exposure estimates for
1828 each of the Occupational Exposure Scenarios assessed.
1829
1830 **Table 2-26.  Summary of overall confidence in inhalation exposure estimates by OES.**

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
| **Manufacturing** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 50 data points from 2 sources, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to high. |
| **Processing as a Reactant** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of surrogate monitoring data, in the middle of the inhalation approach hierarchy. These monitoring data include 50 data points from 2 sources, and the data quality ratings from systematic review for these data were medium. The primary limitations of these data include the uncertainty of the representativeness of these surrogate data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Formulation of Aerosol and Non-Aerosol Products** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of surrogate monitoring data, in the middle of the inhalation approach hierarchy. These monitoring data include 33 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these surrogate data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium. |
| **Repackaging** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 33 |

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
| | data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to high. |
| **Batch Open-Top Vapor Degreasing** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 123 data points from 16 sources, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium.<br><br>EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Vapor generation rates were derived from TCE unit emissions and operating hours reported in the 2014 National Emissions Inventory. The primary limitations of the air concentration outputs from the model include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties include that the underlying methodologies used to estimate these emissions in the 2014 NEI are unknown. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Batch Closed-Loop Vapor Degreasing** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 19 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to high. |
| **Conveyorized Vapor Degreasing** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths |

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
| | include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 18 data points from 2 sources, and the data quality ratings from systematic review for these data were medium. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low.<br><br>EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Vapor generation rates were derived from TCE unit emissions and operating hours reported in the 2014 National Emissions Inventory. The primary limitations of the air concentration outputs from the model include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties include that emissions data available in the 2014 NEI were only found for three total units, and the underlying methodologies used to estimate these emissions are unknown. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Web Vapor Degreasing** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of modeling, in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Vapor generation rates were derived from TCE unit emissions and operating hours reported in the 2014 National Emissions Inventory. The primary limitations of the air concentration outputs from the model include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties include that emissions data available in the 2011 NEI were only found for one unit, and the underlying methodologies used to estimate the emission is unknown. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Cold Cleaning** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of modeling, in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Vapor generation rates were derived from TCE unit emissions and operating hours reported in the 2014 National Emissions Inventory. The primary limitations of the air concentration outputs from the model include the uncertainty of the |

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
| | representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties include that emissions data available in the 2014 NEI were only found for ten total units, and the underlying methodologies used to estimate these emissions are unknown. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of modeling, in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Various model parameters were derived from a CARB brake service study and TCE concentration data for 16 products representative of the OES. The primary limitations of the air concentration outputs from the model include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium. |
| **Metalworking Fluids** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 3 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include limited dataset (3 data points from 1 site), and the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is low.

EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. Data from the 2011 Emission Scenario Document on the Use of Metalworking Fluids was used to estimate inhalation exposures. The primary limitations of the exposure outputs from this model include the uncertainty of the representativeness of these data toward the true distribution of inhalation for all TCE uses for the industries and sites covered by this scenario, and the difference between the modeling data and monitoring data. Added uncertainties include that the underlying TCE concentration used in the metalworking fluid was assumed from one metalworking fluid product. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium. |
| **Adhesives, Sealants, Paints, and Coatings** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths |

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
| | include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 22 data points from 2 sources, and the data quality ratings from systematic review for these data were medium to high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to medium to low.<br><br>For the ONU inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 2 data points from 1 source, and the data quality ratings from systematic review for the data point was high. The primary limitations of this data is the limited dataset (two data points from 1 site), and the uncertainty of the representativeness of this data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Other Industrial Uses** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of surrogate monitoring data, in the middle of the inhalation approach hierarchy. These monitoring data include 50 data points from 2 sources, and the data quality ratings from systematic review for these data were medium. The primary limitations of these data include the uncertainty of the representativeness of these surrogate data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |
| **Spot Cleaning and Wipe Cleaning** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 8 data points from 2 sources, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low.<br><br>EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Various |

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
|  | model parameters were derived from a CARB study. The primary limitations of the air concentration outputs from the model include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties include that the underlying methodologies used to obtain the values in the CARB study, as well as the assumed TCE concentration in the spot cleaning product. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium to low.

Despite these limitations, the modeling and monitoring results match each other very closely. Therefore, the overall confidence is medium. |
| **Industrial Processing Aid** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 12-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 30 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 12-hr TWA data in this scenario is medium to high.

For the ONU inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 4 data points from 1 source, and the data quality ratings from systematic review for the data point was high. The primary limitations of this single data point include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 12-hr TWA data in this scenario is medium to low. |
| **Commercial Printing and Copying** | EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 20 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include a limited dataset, and the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low. |

| Occupational Exposure Scenario (OES) | Overall Confidence in Inhalation Exposure Estimates |
|---|---|
| **Other Commercial Uses** | EPA did not identify any inhalation exposure monitoring data related to this OES. EPA assumes the exposure sources, routes, and exposure levels are similar to those for the Spot Cleaning and Wipe Cleaning OES. |
| **Process Solvent Recycling and Worker Handling of Wastes** | EPA did not identify any inhalation exposure monitoring data related to waste handling/recycling. EPA assumes the exposure sources, routes, and exposure levels are similar to those for the Repackaging OES. |

1831

### 2.3.2   Consumer Exposures

1833 TCE can be found in consumer and commercial products that are available for purchase at common
1834 retailers and can therefore result in exposures to household consumers (*i.e.,* receptors who use a product
1835 directly) and bystanders (*i.e.,* receptors who are a non-product users that are incidentally exposed to the
1836 product or article) (U.S. EPA, 2017c, h).

#### 2.3.2.1       Consumer Conditions of Use Evaluated

1838 Conditions of use associated with consumer exposure were described in the Problem Formulation (U.S.
1839 EPA, 2018d). The availability of TCE in consumer products was determined through the development of
1840 EPA's 2017 Market and Use Report (U.S. EPA, 2017h) and Preliminary Information on Manufacturing,
1841 Processing, Distribution, Use, and Disposal: TCE (U.S. EPA, 2017c). Following Problem Formulation,
1842 EPA performed targeted internet searches to confirm TCE concentrations in identified products and to
1843 identify additional examples of products that may be available to consumers for household use. These
1844 resources were used to select the most appropriate product-specific inputs (*e.g.,* weight fraction and
1845 formulation type) associated with each consumer condition of use.

1846

1847 Table 2-27 lays out consumer condition of use categories and associated product subcategories
1848 evaluated for TCE. Based on additional research, conditions of use may be described in more detail
1849 (*e.g.,* formulation type, specific product type) when compared to the tables presented in the Problem
1850 Formulation (U.S. EPA, 2018d). Any differences between the displayed categories and those presented
1851 in the Problem Formulation are described in the footnotes.

1852 **Table 2-27. Evaluated Consumer Conditions of Use and Products for TCE**

| Life Cycle Stage | Category | Product Subcategory | Form[1] | No. of Products Utilized in Modeling[1] |
|---|---|---|---|---|
| Use | Solvents for Cleaning and Degreasing | Brake & Parts Cleaner[2] | Aerosol | 4 |
| | | Electronic Degreaser/Cleaner[3] | Aerosol | 9 |
| | | Electronic Degreaser/Cleaner[3] | Liquid | 1 |
| | | Aerosol Spray Degreaser/Cleaner | Aerosol | 8 |
| | | Liquid Degreaser/Cleaner[3] | Liquid | 2 |
| | | Gun Scrubber[4] | Aerosol | 2 |
| | | Gun Scrubber[4] | Liquid | 1 |
| | | Mold Release | Aerosol | 2 |

| Life Cycle Stage | Category | Product Subcategory | Form[1] | No. of Products Utilized in Modeling[1] |
|---|---|---|---|---|
| | | Tire Cleaner[5] | Aerosol | 2 |
| | | Tire Cleaner[5] | Liquid | 1 |
| | Lubricants and Greases | Tap & Die Fluid | Aerosol | 1 |
| | | Penetrating Lubricant[6] | Aerosol | 5 |
| | Adhesives and Sealants | Solvent-based Adhesive & Sealant | Liquid | 3 |
| | | Mirror-edge Sealant | Aerosol | 1 |
| | | Tire Repair Cement/Sealer | Liquid | 5 |
| | Cleaning and Furniture Care Products [11] | Carpet Cleaner | Liquid | 1 |
| | | Spot Remover[7] | Aerosol | 1 |
| | | Spot Remover[7] | Liquid | 4 |
| | Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings[8] | Aerosol | 1 |
| | Apparel and Footwear Care Products | Shoe Polish | Aerosol | 1 |
| | Other Consumer Uses | Fabric Spray[9] | Aerosol | 1 |
| | | Film Cleaner | Aerosol | 2 |
| | | Hoof Polish | Aerosol | 1 |
| | | Pepper Spray | Aerosol | 2 |
| | | Toner Aid[10] | Aerosol | 1 |

[1] Form was determined based on the specific products identified as representative of the associated product subcategories. Please see Supplemental File [*Consumer Exposure Assessment Model Input Parameters. Docket: EPA-HQ-OPPT-2019-0500*] for the full list of representative products.

[2] The brake cleaner subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the automotive care products category; however, the same brake cleaning conditions of use are now associated with the broader solvents for cleaning and degreasing category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the brake cleaner product(s) and not a broader category of use.

[3] Liquid degreaser/cleaner and electronic degreaser/cleaner (aerosol and liquid) were not specifically named in the Problem Formulation as a potential consumer subcategories. They were added due to product availability based on the additional research noted above that helped to differentiate specific product forms (*i.e.,* liquid or aerosol) and types.

[4] The gun scrubber subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the other consumer uses category; however, the same gun scrubber conditions of use are now associated with the broader solvents for cleaning and degreasing category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the gun scrubber product(s) and not a broader category of use.

[5] Tire cleaner products / subcategories of use were not specifically called out in the Problem Formulation; however, such products were identified in the 2017 Use and Market Report and Preliminary Information on Manufacturing, Processing, Distribution, Use, and Disposal: TCE (U.S. EPA, 2017c) and fit within the broader Solvents for Cleaning and Degreasing category.

[6] Based on additional research into the specific product(s) associated with the broader lubricants and greases category, the subcategory name was updated from penetrating lubricant to lubricant.

[7] The spot remover subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the laundry and dishwashing products category; however, the same spot remover conditions of use are now associated with the cleaning and furniture care products category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the spot remover product(s) and not a broader category of use.

[8] Note that this subcategory is referred to as "clear protective coating spray" in U.S. EPA (2014b) and as "spray fixative" in the TCE Significant New Use Rule (80 FR 47441). This product subcategory is not expected to be a children's arts, crafts, or hobby use.

[9] Fabric spray (specifically an anti-fray spray) was added following Problem Formulation based on identification in the final 2014 TCE Work Plan Chemical Risk Assessment (U.S. EPA, 2014b).

| Life Cycle Stage | Category | Product Subcategory | Form[1] | No. of Products Utilized in Modeling[1] |
|---|---|---|---|---|

[10] The toner aid subcategory was listed in Table 2-3 of the Problem Formulation as being associated with the Ink, toner, and colorant products category; however, the toner aid use is not like use of a toner or pigment; therefore, the same toner aid condition of use is now associated with the other consumer use category. This change does not impact evaluated conditions of use, as the evaluated product scenarios are based on the toner aid product(s) and not a broader category of use.

[11] Note that the Problem Formulation described "cleaning wipes" as a condition of use for this category. However, that referred to the application of a product that is then wiped off, rather than a pre-wet towelette. A number of consumer conditions of use involve wipe cleaning and are described in detail in Section 2.3.2.5.2 as leading to dermal contact with impeded evaporation.

1853         **2.3.2.2**      **Consumer Exposure Routes Evaluated**

1854 Inhalation and dermal exposures are evaluated for acute exposure scenarios, *i.e.,* those resulting from
1855 short-term or daily exposures. Chronic exposure scenarios resulting from long-term use of household
1856 consumer products were not evaluated. In general, the frequency of product use was considered to be too
1857 low to create chronic risk concerns. Although high-end frequencies of consumer use for a small
1858 percentage of consumers are up to 50 times per year, reasonably available toxicological data is based on
1859 either single or continuous TCE exposure and it is unknown whether these use patterns are expected to
1860 be clustered (*e.g.,* every day for several weeks) or intermittent (*e.g.,* one time per week). There is
1861 uncertainty regarding the extrapolation from continuous studies in animals to the case of repeated,
1862 intermittent human exposures. Therefore, EPA cannot fully rule out that consumers at the high-end
1863 frequency of use could possibly be at risk for chronic hazard effects, however it is expected to be unlikely
1864 based on these considerations.

1865 **2.3.2.2.1 Inhalation**
1866 The acute exposure via inhalation is the most significant route of exposure for consumer exposure
1867 scenarios for users and bystanders. This is in line with EPA's 2014 TSCA Work Plan Chemical Risk
1868 Assessment, which evaluated acute inhalation exposure to consumers and bystanders from degreasing
1869 and arts & crafts uses (U.S. EPA, 2014b). EPA evaluated inhalation exposures for consumers and
1870 bystanders for all consumer conditions of use.

1871

1872 Background levels of TCE in indoor and outdoor air are not assessed in this assessment; therefore, there
1873 is a potential for underestimating consumer inhalation exposures, particularly for populations living near
1874 a facility emitting TCE or living in a home with other sources of TCE, such as TCE-containing products
1875 stored in the home. Similarly, inhalation exposures were evaluated on a product-specific basis and are
1876 based on use of a single product type within a day, not multiple products.

1877 **2.3.2.2.2 Dermal**
1878 EPA assessed dermal exposures to TCE from consumer uses. Dermal exposure may occur via contact
1879 with vapor or mist deposition on the skin or via direct liquid contact during use. Exposures to skin
1880 would be expected to evaporate rapidly based on physical chemical properties. Instantaneous exposures
1881 to skin are expected to evaporate before significant dermal absorption occurs based on TCE's physical
1882 chemical properties which include the vapor pressure, water solubility and log $K_{ow}$. The log $K_{ow}$
1883 estimates for instantaneous exposures are 0.8% absorption and 99.2% volatilization and are derived
1884 from IHSkinPerm, a mathematical tool for estimating dermal absorption. Exposure that occurs as a
1885 deposition over time or a repeated exposure that maintains a thin layer of liquid TCE has greater relative
1886 absorption, based on the estimate from IHSkinPerm for an 8-hr exposure of 1.6% absorption and 98.4%
1887 volatilization. Dermal exposures to liquid TCE are expected to be concurrent with inhalation exposures,

1888    which are anticipated to reflect the preponderance of overall exposure from a use or activity for most
1889    consumer exposure scenarios. This agrees with the NIOSH skin notation profile for TCE, which
1890    estimates a low hazard potential by dermal absorption for systemic effects when inhalation and dermal
1891    exposures are concurrent (Hudson and Dotson, 2017). There may be certain scenarios with higher
1892    dermal exposure potential – where liquid TCE is not able to evaporate readily and volatilization is
1893    inhibited. However, dermal exposures are quantified and presented for all consumer conditions of use.
1894

1895    Generally, individuals that have contact with liquid TCE would be users and not bystanders. Therefore,
1896    dermal exposures to liquid TCE are not expected and inhalation is the primary route of exposure for
1897    bystanders. There is potential for bystanders or users to have indirect dermal contact via contact with a
1898    surface upon which TCE has been applied (*e.g.,* counter, floor). Based on the expectation that TCE
1899    would evaporate from the surface rapidly, with <1% dermal absorption predicted from instantaneous
1900    contact, this route is unlikely to contribute significantly to overall exposure.

### 2.3.2.3    Consumer Exposures Approach and Methodology

1902    Modeling was conducted to estimate exposure from the identified consumer conditions of use.
1903    Exposures via inhalation and dermal contact to TCE-containing consumer products were estimated using
1904    EPA's Consumer Exposure Model (CEM) Version 2.1 (U.S. EPA, 2019a), along with consumer
1905    behavioral pattern data (*i.e.,* use patterns) and product-specific characteristics.
1906

1907    Residential indoor air and personal breathing zone data were identified and evaluated during systematic
1908    review. However, measured levels are not attributable to specific consumer products or conditions of use
1909    and were therefore not compared to modeled estimates. For a summary of these data, see Appendix D.4.

#### 2.3.2.3.1   Modeling Approach

1911    Consumer Exposure Model (CEM) Version 2.1 was selected for the consumer exposure modeling as the
1912    most appropriate model to use based on the type of input data available for TCE-containing consumer
1913    products. Moreover, EPA did not have the input parameter data (*i.e.,* product-specific chamber emission
1914    data) required to run higher-tier indoor air models. The advantages of using CEM to assess exposures to
1915    consumers and bystanders are the following:

1916    •   CEM model has been peer-reviewed;

1917    •   CEM accommodates the distinct inputs available for the products containing TCE; and

1918    •   CEM uses the same calculation engine to compute indoor air concentrations from a source as the
1919        higher-tier Multi-Chamber Concentration and Exposure Model (MCCEM) but does not require
1920        measured chamber emission values.
1921

1922    For a characterization of model sensitivity, see Appendix D.3.
1923

### *Modeling Air Concentrations and Inhalation Exposure*

1925    CEM predicts indoor air concentrations from consumer product use by implementing a deterministic,
1926    mass-balance calculation utilizing an emission profile determined by implementing appropriate emission
1927    scenarios. The model uses a two-zone representation of the building of use (*e.g.,* residence, school,
1928    office), with Zone 1 representing the room where the consumer product is used (*e.g.,* a utility room) and
1929    zone 2 being the remainder of the building. The product user is placed within Zone 1 for the duration of
1930    use, while a bystander is placed in Zone 2 during product use. Otherwise, product users and bystanders
1931    follow prescribed activity patterns throughout the simulated period. In some instances of product use, a
1932    higher concentration of product is expected very near the product user; CEM addresses this by further
1933    dividing Zone 1 into near-field, with a default volume of $1m^3$, and far-field, which reflects the remainder
1934    of Zone 1. Each zone is considered well-mixed. Product users are exposed to airborne concentrations

estimated within the near-field during the time of use and otherwise follow their prescribed activity pattern. Bystanders follow their prescribed activity pattern and are exposed to far-field concentrations when they are in Zone 1. Background concentrations can be set to a non-zero concentration if desired.

For acute exposure scenarios, emissions from each incidence of product usage are estimated over a period of 72 hours using the following approach that account for how a product is used or applied, the total applied mass of the product, the weight fraction of the chemical in the product, and the molecular weight and vapor pressure of the chemical.

The general steps of the calculation engine within the CEM model include:

- Introduction of the chemical (*i.e.,* TCE) into the room of use (Zone 1) through two possible pathways: (1) overspray of the product or (2) evaporation from a thin film;
- Transfer of the chemical to the rest of the house (Zone 2) due to exchange of air between the different rooms;
- Exchange of the house air with outdoor air; and
- Compilation of estimated air concentrations in each zone as the modeled occupant (*i.e.,* user or bystander) moves about the house per prescribed activity patterns

As receptors move between zones in the model, the associated zonal air concentrations at each 30-second time step were compiled to reflect the air concentrations a user and bystander would be exposed to throughout the simulation period. Time weighted averages (TWAs) were then computed based on these user and bystander concentration time series per available human health hazard data. For TCE, 24-hour TWAs were quantified for use in Risk Evaluation based on alignment relevant to acute human health hazard endpoints. For additional details on CEM 2.1's underlying emission models, assumptions, and algorithms, please see the User Guide Section 3: Detailed Descriptions of Models within CEM (U.S. EPA, 2019a), also summarized in Appendix D. The emission models used have been compared to other model results and measured data; see Appendix D: Model Corroboration of the User Guide Appendices for the results of these analyses (U.S. EPA, 2019b).

***Modeling Dermal Exposure***

CEM contains dermal modeling components that estimate absorbed dermal doses resulting from dermal contact with chemicals found in consumer products: P_DER2a: Dermal Dose from a Product Applied to Skin, Fraction Absorbed Model and P_DER2b: Dermal Dose from Product Applied to Skin, Permeability Model. The selection of the appropriate dermal model was based on whether an evaluated condition of use is expected to involve dermal contact with impeded or unimpeded evaporation. For scenarios that are more likely to involve dermal contact with impeded evaporation (*e.g.,* wiping or cleaning with a chemical soaked rag), the permeability model is applied. In contrast, for scenarios less likely to involve impeded evaporation, the fraction absorbed model is applied. See Appendix D for a more detailed comparison of these dermal models.

The permeability model estimates the mass of a chemical absorbed and dermal flux based on a permeability coefficient (Kp) and is based on the ability of a chemical to penetrate the skin layer once contact occurs. It assumes a constant supply of chemical directly in contact with the skin throughout the exposure duration. $K_p$ is a measure of the rate of chemical flux through the skin. The parameter can either be specified by the user (if measured data are reasonably available) or be estimated within CEM using a chemical's molecular weight and octanol-water partition coefficient ($K_{OW}$). The permeability model does not inherently account for evaporative losses (unless the available flux or $K_p$ values are based on non-occluded, evaporative conditions), which can be considerable for volatile chemicals in

1983  scenarios where evaporation is not impeded. While the permeability model does not explicitly represent
1984  exposures involving such impeded evaporation, the model assumptions make it the preferred model for
1985  such a scenario. For TCE, a measured dermal permeability coefficient ($K_p$ 0.0023 cm/hr) is used, based
1986  on measured dermal flux from a human dermal absorption test with neat TCE (Kezic et al. 2001). For
1987  additional details on this model, please see Appendix D and the CEM User Guide Section 3: Detailed
1988  Descriptions of Models within CEM (U.S. EPA, 2019a).

1990  The fraction absorbed model estimates the mass of a chemical absorbed through the applicational of a
1991  fractional absorption factor to the mass of chemical present on or in the skin following a use event. The
1992  initial dose or amount retained on the skin is determined using a film thickness approach. A fractional
1993  absorption factor is then applied to the initial dose to estimate absorbed dose. The fraction absorbed is
1994  essentially the measure of two competing processes, evaporation of the chemical from the skin surface
1995  and penetration deeper into the skin. It can be estimated using an empirical relationship based on Frasch
1996  and Bunge (2015). Due to the model's consideration of evaporative processes, it was considered to be
1997  more representative of dermal exposure under unimpeded exposure conditions. For additional details on
1998  this model, please see Appendix D and the CEM User Guide Section 3: Detailed Descriptions of Models
1999  within CEM (U.S. EPA, 2019a).

2001  *Variation*
2002  To capture a range of potential exposure levels associated with consumer conditions of use, three input
2003  parameters were varied: mass of product used, weight fraction, and duration of use. Aside from these
2004  three parameters, model inputs were held constant across a specific scenario or across all product
2005  scenarios. For example, certain inputs such as the room of use (and associated room/Zone 1 volume),
2006  overspray fraction, and surface area to body weight ratio exposed in dermal exposure scenarios were
2007  held constant across the multiple iterations of a single product scenario but differed across product
2008  scenarios based on their scenario-specific nature. Other parameters such as chemical properties, building
2009  volume, air exchange rate, and user and bystander activity patterns (*i.e.*, movements around the home)
2010  were held constant across all product scenarios and runs. The majority of the non-varied modeling
2011  parameters reflect central tendency inputs (*i.e.*, median or mean values; see Table 2-28); therefore, the
2012  combination of high-end inputs for the three varied parameters do not reflect "worst-case" or bounding
2013  estimates.

2015  Varied Inputs:
2016  Considering the model sensitivity analysis summarized in Appendix D.3 and the availability of high-
2017  quality use-pattern data, EPA varied three input parameters: chemical weight fraction (WF) in a
2018  consumer product; mass of product used per use event; and duration of product use per event.

2020  The low-, mid-, and/or high-end weight fractions were selected principally from MSDS/SDS forms. For
2021  subcategories where there was only one product with a weight fraction range, only one weight fraction
2022  was used for modeling. If there were two or more products with weight fraction ranges, the low-end of
2023  lowest non-zero range and high-end of highest range were the bounding weight fractions. For a central
2024  tendency weight fraction, the mid-point between bounding weight fractions was calculated. In the case
2025  of unknown weight fractions, values were selected from the range of related products. Further detail is
2026  provided in the Supplemental File, [*Consumer Exposure Assessment Model Input Parameters. Docket:*
2027  *EPA-HQ-OPPT-2019-0500*].

2029  Mass of product used and duration of use selections define user characteristics (*e.g.*, high-intensity user,
2030  moderate-intensity user, low-intensity user) and are based on the Household Solvent Products: A
2031  National Usage Survey (U.S. EPA, 1987), referred to as the "Westat survey" or "Westat" herein, and

described further in section 2.3.2.5. The survey was rated as having "high" quality during the data evaluation phase of systematic review. Weight fraction (*i.e.,* the percentage of TCE in the product formulation) represents the true range in the market based on manufacturer-developed Safety Data Sheets (SDSs).

For each parameter varied, up to three distinct inputs were modeled to address known variability across these three parameters. While this approach resulted in up to 27 distinct exposure results for each product scenario/condition of use, this was a deterministic assessment and results reflect a range based on variation of three key parameters, not a distribution. Unlike inhalation modeling, for dermal modeling, only the weight fraction and duration of product use were varied because mass used is not a parameter in the dermal exposure models.

In the model sensitivity analysis, summarized in Appendix D.3 and shown in the user guide appendices (U.S. EPA, 2019b), additional parameters are identified as highly sensitive, including the air exchange rate and zone volume. However, the central tendency default modeling values were held constant for these inputs. The inputs varied included those that characterize actual users and reflect levels of TCE in actual products.

### 2.3.2.4    Consumer Exposure Scenarios and Modeling Inputs

Exposure modeling scenarios comprise information that characterizes chemical properties, products, and use patterns, including:

- Formulations (*e.g.,* weight fraction, formulation type [aerosol, liquid]);
- Chemical or product-specific properties (*e.g.,* product density, vapor pressure, molecular weight diffusion coefficient, overspray fraction, transfer coefficients, dilution factor);
- Use patterns (*e.g.,* frequency, duration, and amount used);
- Human exposure factors (*e.g.,* body weight, inhalation rate); and
- Environmental conditions (*e.g.,* air exchange rates and room size).

Consumer exposure modeling scenarios for identified conditions of use were based on identified TCE products that may be available to consumers, including solvents for cleaning and degreasing, lubricants and greases, adhesives and sealants, and other uses. The subcategories of use (*i.e.,* consumer product types) cited in Table 2-27 were used to develop distinct consumer exposure modeling scenarios for use in estimating inhalation and dermal exposure to consumers and bystanders. The availability of TCE in consumer products was determined through the development of EPA's 2017 Market and Use Report and Preliminary Information on Manufacturing, Processing, Distribution, Use, and Disposal: TCE. Following Problem Formulation, EPA performed targeted internet searches to confirm TCE concentrations in identified products and to identify additional examples of products that may be available to consumers for household use. Specific product characteristics obtained from manufacturer websites and/or Safety Data Sheets (SDSs) such as form/formulation type, weight fraction and density, were used to select the most appropriate product-specific inputs (*e.g.,* weight fraction and formulation type) associated with each consumer condition of use. Please see Supplemental File [*Consumer Exposure Assessment Model Input Parameters. Docket: EPA-HQ-OPPT-2019-0500*]for full product details, including product-specific formulations, weight fractions, and densities.

CEM requires inputs governing chemical properties, product characteristics, use environment, and user patterns (*i.e.,* user behavior). These include inputs such as physical chemical properties, weight fraction, formulation type, duration of product use, mass of product used, and Zone 1 (room of use) volume. To determine relevance and appropriateness of the consumer use pattern parameters, EPA reviewed the consumer product categories available in the Westat Survey (1987). Westat surveyed thousands of

2080   American households via questionnaire or telephone from 4,920 respondents across the United States to
2081   gather information on consumer behavior (*i.e.,* use patterns) and product characteristics (*e.g.,* product
2082   formulation type) related to product categories that may contain halogenated solvents like TCE. The
2083   Westat Survey was rated as a high quality study during data evaluation within the systematic review
2084   process. It forms the basis for relevant chapters of EPA's Exposure Factors Handbook (U.S. EPA,
2085   2011c) and was used to derive certain default parameters in EPA's CEM 2.1. Westat (1987) includes
2086   survey response data on 30 distinct product categories and reports the following: numbers of
2087   respondents; percentage of respondents reporting use; frequency of use; duration of use; time spent in
2088   the room of use; brand of product used; form of product used; amount of product used; and room of use.
2089
2090   The room of use selected for this evaluation is based on the room in which the Westat Survey results
2091   reported the highest percentage of respondents that last used a product within the room. When the
2092   Westat Survey identified the room of use where the highest percentage of respondents last used the
2093   product as "other inside room," the utility room was selected within CEM for modeling. The pre-defined
2094   product scenarios within CEM were selected based on a cross-walk to similar product categories within
2095   the Westat Survey.
2096
2097   In evaluating Westat survey data for appropriateness, EPA considered the similarity of product category,
2098   as well as the similarity of reported product formulation type (*i.e.,* aerosol, liquid). When a direct
2099   alignment could not be found between the consumer product and Westat product category, EPA used
2100   professional judgement in considering other Westat categories with reasonable ranges for use duration
2101   and amount of product used. A crosswalk between TCE consumer use scenarios and Westat Product
2102   Categories are listed in Table 2-30 and described in more detail in Section 2.3.2.5.2.

### 2.3.2.4.1   Consumer Exposure Model Inputs

2104   Chemical-specific inputs required to model consumer inhalation and dermal exposure included physical
2105   and chemical properties (Table 1-1), as well as a chemical-specific dermal permeability coefficient,
2106   which were held constant across all modeling scenarios and iterations.
2107
2108   The consumer exposure model requires product-specific data based on product characteristics and use
2109   patterns. It also requires fixed inputs to define the exposure zones (*e.g.,* room and building volumes, air
2110   exchange rates, interzonal ventilation rates); general use patterns defining the amount of time a receptor
2111   is likely to be in the home; receptor characteristics (*e.g.,* age, surface area to body weight ratios); and
2112   emission characteristics (*e.g.,* background air concentration, emission factor). These default inputs are
2113   held constant for a given scenario but may vary across scenarios based on scenario-specific exposure
2114   factors or assumptions. As such, these inputs were not altered to capture within-scenario variation. Table
2115   2-28 shows these default parameters.
2116
2117   Table 2-29 displays TCE consumer product modeling scenarios and associated product-specific inputs
2118   that were varied to capture within-scenario variation. These varied inputs include: weight fraction,
2119   duration of use, and mass of product used. Westat (1987) is the basis for duration of use and mass of
2120   product used and product SDSs are the basis for weight fraction and formulation type.
2121
2122   Table 2-30 presents the consumer product modeling scenarios and associated scenario-specific inputs
2123   that were not varied within product modeling scenarios but did vary across scenarios. In modeling
2124   exposures within and across all scenarios, parameters displayed in both below tables (Table 2-28 and
2125   Table 2-29) were utilized, along with the general chemical-specific characteristics and other model
2126   defaults. Please see Supplemental File [*Consumer Exposure Assessment Model Input Parameters.*

2127   *Docket: EPA-HQ-OPPT-2019-0500*] for a spreadsheet summarizing all of the model inputs and product
2128   information.
2129
2130   For all scenarios, the consumer user was assumed to be an adult (age 21+) and two child age groups (16-
2131   20 years and 11-15 years), while a non-user bystander can include individuals of any age. For the TCE
2132   products identified, younger children would not be expected to directly use these products. Inhalation
2133   exposure results are presented as concentrations encountered by users and non-user bystanders and are
2134   independent of age group. EPA presents all three evaluated user age groups for dermal exposures as reported
2135   doses are age-group specific.
2136
2137   **Table 2-28. Default Modeling Input Parameters**

| Parameter Type | Modeling Parameter | Default Value Modeled | Value Characterization | Reference |
|---|---|---|---|---|
| Building Characteristic[1] | Building Volume (m³) | 492 | Central Tendency (Mean) | (U.S. EPA, 2011c) |
| | Air Exchange Rate (hr⁻¹) | 0.45[2] | Central Tendency (Median) | (U.S. EPA, 2011c) |
| | Interzonal Ventilation Rate (m³/hr)[3] | Garage: 109 | NA | Default (U.S. EPA, 2019a, b) |
| | | All other rooms modeled: 107 | | |
| Emission Characteristics | Background Air Concentration (mg/m³) | 0 | Minimum | |
| | Gas Phase Mass Transfer Coefficient (m/hr) | Based on chemical properties and estimated within CEM | | |
| | Emission Factor (ug/m²/hr) | | | |
| | Saturation Concentration in Air (mg/m³) | 5.18E+05 | Based on chemical properties and estimated within CEM | |
| | Aerosol Fraction (Spray Scenarios Only) | 0.06 | High-end | |
| | Product Dilution Fraction | 1 (no dilution) | NA | Based on formulation and intended use |
| Use Patterns and Exposure Factors | Receptor Activity Pattern | Stay at home[4] | NA | Default (U.S. EPA, 2019a, b) |
| | Use Start Time | 9 AM[5] | NA | NA |
| | Frequency of Use | 1 event per day | NA | Default (U.S. EPA, 2019a, b) |
| | Acute Averaging Time | 1 day | NA | |
| | Film Thickness (cm) | 0.00655[6] | | |
| | | Inside of One Hand | | |

| Parameter Type | Modeling Parameter | Default Value Modeled | Value Characterization | Reference |
|---|---|---|---|---|
| | Surface Area to Body Weight Ratio | Adult (21+): 3.10 | Central tendency (mean) | |
| | | Children (16-20): 2.90 | | |
| | | Children (11-15): 3.17 | | |
| | | 10% of Hands | | |
| | | Adult (21+): 1.24 | Central tendency (mean) | |
| | | Children (16-20): 1.16 | | |
| | | Children (11-15): 1.27 | | |

[1] An overall residential building volume of 492 m$^3$ is used to calculate air concentrations in Zone 2 and room volume is used to calculate air concentrations in Zone 1. The volume of the near-field bubble in Zone 1 was assumed to be 1 m$^3$ in all cases, with the remaining volume of Zone 1 comprising the far-field volume.

[2] Air exchange rates differed for two scenarios: pepper spray and hoof polish (see Table 2-30).

[3] The default interzonal air flows are a function of the overall air exchange rate and volume of the building, as well as the "openness" of the room itself. Kitchens, living rooms, garages, schools, and offices are considered more open to the rest of the home or building of use; bedrooms, bathrooms, laundry rooms, and utility rooms are usually accessed through one door and are considered more closed.

[4] The activity pattern (*i.e.,* zone location throughout the simulated exposure period) for user and bystander was the default "stay-at-home" resident, which assumes the receptors are primarily in the home (in either Zone 1 or 2) throughout the day. These activity patterns in CEM were developed based on Consolidated Human Activity Database (CHAD) data of activity patterns (Isaacs, 2014).

[5] Product use was assumed to start at 9 AM in the morning; as such, the user was assumed to be in the room of use (Zone 1) at that time, regardless of the default activity pattern placement at 9 AM.

[6] Film thickness of water/ethanol after immersion and no wipe from Table 7-24 from the Exposure Factors Handbook (U.S. EPA, 2011c).

2138
2139

2140

**Table 2-29. Consumer Product Modeling Scenarios and Varied Input Parameters**

| Consumer Category | Product Sub-Categories | Form (No. of Pdts)[1] | Range of Weight Fraction (% TCE)[2] | Weight Fractions Selected for Modeling (% TCE) | | | Selected Westat Survey Scenario | Duration of Use (min) | | | Range of Product Density (g/cm³)[4] | Mass [Volume] of Product Used (g, [oz]) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Min[2] | Mid | Max | | 10th %ile[3] | 50th %ile | 95th %ile | | 10th %ile | 50th %ile | 95th %ile |
| Solvents for Cleaning and Degreasing | Brake & Parts Cleaner | Aerosol (4) | 0 – 100 | 20 | 60 | 100 | Brake Quieters / Cleaners | 1 | 15 | 120 | 1.23-1.62 | 47.9 [1] | 191.6 [4] | 766.5 [16] |
| | Electronic Degreaser/Cleaner | Aerosol (9) | 30 – 100 | 30 | 65 | 100 | Specialized Electronics Cleaners | 0.17 | 2 | 30 | 1.25-1.52 | 1.8 [0.04] | 22.5 [0.5] | 337.1 [7.5] |
| | Electronic Degreaser/Cleaner | Liquid (1) | 100 | 100 | | | Specialized Electronics Cleaners (for TV, VCR, Razor, etc.) | 0.17 | 2 | 30 | 1.46 | 1.7 [0.04] | 21.6 [0.5] | 323.8 [7.5] |
| | Spray Degreaser/Cleaner | Aerosol (8) | 60 – 100 | 60 | | 100 | Engine Degreasing[5] | 5 | 15 | 120 | 1.46-1.52 | 130.8 [2.91] | 521.4 [11.6] | 2157.4 [48] |
| | Liquid Degreaser/Cleaner | Liquid (2) | 90 – 100 | 100 | | | Solvent-Type Cleaning Fluids or Degreasers[7] | 2 | 15 | 120 | 1.456 | 24.1 [0.56] | 139.9 [3.25] | 1377.7 [32] |
| | Gun Scrubber | Aerosol (2) | 60 – 100[6] | 60 | | 100 | Solvent-Type Cleaning Fluids or Degreasers | 2 | 15 | 120 | 1.36-1.465 | NA | 0.7 [0.45 mL][8] | NA |
| | Gun Scrubber | Liquid (1) | 100[8] | 100 | | | Solvent-Type Cleaning Fluids or Degreasers[7] | 2 | 15 | 120 | 1.36 | NA | 0.6 [0.45 mL][8] | NA |

| Consumer Category | Product Sub-Categories | Form (No. of Pdts) | Weight Fractions Selected for Modeling (% TCE) | | | | Selected Westat Survey Scenario | Duration of Use (min) | | | Range of Product Density $(g/cm^3)$[4] | Mass [Volume] of Product Used (g, [oz]) | | |
| | | | Range of Weight Fraction (% TCE)[2] | Min[2] | Mid | Max | | 10th %ile[3] | 50th %ile | 95th %ile | | 10th %ile | 50th %ile | 95th %ile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lubricants and Greases | Mold Release | Aerosol (2) | 40 - 68.9 | 40 | | 68.9 | Other Lubricants (Excluding Automotive) | 0.08 | 2 | 30 | 0.77-1.44 | 4.3 [0.1] | 23.4 [0.55] | 317.0 [5] |
| | Tire Cleaner | Aerosol (2) | 70 - 100 | 70 | | 100 | Tire/Hubcap Cleaner | 5 | 15 | 60 | 0.67 | 10.5 [0.53] | 52.9 [2.67] | 212.9 [5] |
| | Tire Cleaner | Liquid (1) | 80 - 100 | 100 | | | Tire/Hubcap Cleaner | 5 | 15 | 60 | 0.67-1.493 | 23.4 [0.53] | 117.9 [2.67] | 706.4 [16] |
| | Tap & Die Fluid | Aerosol (1) | 98 | 98 | | | Other Lubricants (Excluding Automotive) | 0.08 | 2 | 30 | 0.9 | 2.7 [0.1] | 14.8 [0.55] | 134.5 [5] |
| | Penetrating Lubricant | Aerosol (5) | 5 - 50 | 5 | 27.5 | 50 | Other Lubricants (Excluding Automotive) | 0.08 | 2 | 30 | 0.636-1.42 | 4.2 [0.1] | 23.1 [0.55] | 209.9 [5] |
| Adhesives and Sealants | Solvent-based Adhesive & Sealant | Liquid (3) | 5 - >90 | 5 | 47.5 | 90 | Contact Cement, Super Glues, and Spray Adhesives | 0.33 | 4.25 | 60 | 1.33-1.45 | 1.3 [0.03] | 10.7 [0.25] | 185.2 [4.32] |
| | Mirror-edge Sealant | Aerosol (1) | 20 - 40 | 40 | | | Contact Cement, Super Glues, and Spray Adhesives | 0.33 | 4.25 | 60 | 0.614 | 0.5 [0.03] | 4.5 [0.25] | 78.4 [4.32] |
| | Tire Repair Cement/Sealer | Liquid (5) | 65 - 95 | 65 | 80 | 95 | Contact Cement, Super Glues, and Spray Adhesives | 0.33 | 4.25 | 60 | 1.45 | 1.3 [0.03] | 10.7 [0.25] | 185.2 [4.32] |

| Consumer Category | Product Sub-Categories | Form (No. of Pdts) | Range of Weight Fraction (% TCE)[2] | Min[2] | Mid | Max | Selected Westat Survey Scenario | Duration of Use (min) 10th %ile[3] | 50th %ile | 95th %ile | Range of Product Density (g/cm³)[4] | Mass [Volume] of Product Used (g, [oz]) 10th %ile | 50th %ile | 95th %ile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleaning and Furniture Care Products | Carpet Cleaner | Liquid (1) | 99 | 99 | | | Spot Removers | 0.25 | 5 | 30 | 1.6 | 11.8 [0.25] | 62.9 [1.33] | 526.6 [11.13] |
| | Spot Remover | Aerosol (1) | 20 - 30 | 30 | | | Spot Removers | 0.25 | 5 | 30 | 1.562 | 11.5 [0.25] | 61.4 [1.33] | 514.1 [11.13] |
| | Spot Remover | Liquid (4) | <50 - >75 | 50 | | 75 | Spot Removers | 0.25 | 5 | 30 | 1.25-1.45 | 10.7 [0.25] | 57.0 [1.33] | 477.2 [11.13] |
| Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings | Aerosol (1) | 20 - 30 | 30 | | | Aerosol Rust Removers[9] | 0.25 | 5 | 60 | 0.704 | 9.4 [0.45] | 45.2 [2.17] | 306.0 [14.7] |
| Apparel and Footwear Care Products | Shoe Polish | Aerosol (1) | 10 - 20 | 20 | | | Spray Shoe Polish | 0.5 | 5 | 30 | 0.512 | 2.9 [0.19] | 15.4 [1.02] | 151.4 [10] |
| Other Consumer Uses | Fabric Spray | Aerosol (1) | 20 - 40 | 40 | | | Water Repellents / Protectors (for Suede, Leather, and Cloth) | 1.4 | 10 | 60 | 0.614 | 11.4 [0.63] | | 326.8 [18] |
| | Film Cleaner | Aerosol (2) | 80 - 100 | 100 | | | Aerosol Rust Removers[9] | 0.25 | 5 | 60 | 1.45-1.456 | 19.4 [0.45] | 93.4 [2.17] | 632.9 [14.7] |
| | Hoof Polish | Aerosol (1) | 30[10] | 30 | | | Spray Shoe Polish[11] | 0.5 | 5 | 30 | 0.512-0.704 | 4.0 [0.19] | 21.2 [1.02] | 208.2 [10] |
| | Pepper Spray | Aerosol (2) | 91.5 | 91.5 | | | NA[12] | NA | 0.08[12] | NA | 1.25 | 4.0 [0.108] [12] | 7.5 [0.27] [12] | 15 [0.54][12] |
| | Toner Aid | Aerosol (1) | 10 - 20 | 20 | | | Aerosol Rust Removers[9] | 0.25 | 5 | 60 | 1 | 13.3 [0.45] | 64.2 [2.17] | 434.7 [14.7] |

2141
2142
2143
2144
2145

| Consumer Category | Product Sub-Categories | Form of Pdts (No. of Pdts)[1] | Range of Weight Fraction (% TCE)[2] | Weight Fractions Selected for Modeling (% TCE) | | | Selected Westat Survey Scenario | Duration of Use (min) | | | Range of Product Density (g/cm³)[4] | Mass [Volume] of Product Used (g, [oz]) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Min[3] | Mid | Max | | 10th %ile[3] | 50th %ile | 95th %ile | | 10th %ile | 50th %ile | 95th %ile |

[1] The number of products identified is based on the product lists in EPA's 2017 Market and Use Report and Preliminary Information on Manufacturing, Processing, Distribution, Use and Disposal: TCE, as well as the 2014 TSCA Work Plan Chemical Risk Assessment for TCE (U.S. EPA, 2017c, b). Please see Supplemental File [Consumer Exposure Assessment Model Input Parameters, Docket: EPA-HQ-OPPT-2019-0500] for the full product list utilized

[2] Weight fractions were primarily sourced from product Safety Data Sheets (SDSs) or Material Safety Data Sheets (MSDSs), unless otherwise noted. Please see Supplemental File [Consumer Exposure Assessment Model Input Parameters, Docket: EPA-HQ-OPPT-2019-0500] for more detailed information on weight fraction sourcing and ranges. If a single weight fraction was used in modeling, it appears in the "Min" weight fraction column, but does not reflect a minimum.

[3] Low-end (10th percentile) durations reported by Westat that are less than 0.5 min (30 sec) are modeled as being equal to 0.5 min (smallest time-step modeled).

[4] Product density ranges reflect identified products containing TCE and were sourced from product SDSs or MSDSs. The high end of the range identified was used to convert reported ounces of product used from Westat (1987) to grams of product used, as required for model input.

[5] Two Westat product categories were considered for use (engine degreasing and solvent-type cleaning fluids or degreasers); however, engine degreasing was selected to source duration of use, room of use, and amount used parameters due to the high percentage of respondents (78.9%) reporting aerosol use.

[6] No weight fraction was reasonably available for the aerosol and liquid gun scrubber formulations, so the weight fractions were based on the ranges identified by the aerosol and liquid degreasing products.

[7] The solvent-type cleaning fluids or degreasers product category from Westat was used as a surrogate for gun scrubbers for the selection of use durations. Product-specific literature was identified and applied for mass of product used.

[8] Based Ecorox Premium Gun Care testing results (ASTM B117-5 Salt Spray Fog Test), 0.42-0.45 mL of the product was used to coat the firearm in a very thin film, which is in-line with use directions.

[9] Three modeling scenarios (film cleaner, spray fixative/coating, and toner aid) had no directly-aligned Westat product categories. Therefore, a number of Westat product categories and use pattern data were considered for appropriateness, with a focus on primary formulation type (aerosol or liquid), duration of use, and amount used. The rust remover product category reflects 98% aerosol products and a lower use duration and amount used than many of the other solvent degreasing-type uses.

[10] Weight fraction and density were not reasonably available, so were based on the ranges reflected by the spray fixative/coating and aerosol shoe polish products.

[11] There were no reasonably available data sources for aerosol hoof polish use patterns; the Westat spray shoe polish product category was used for selection of use duration and amount used.

[12] One spray from the most common civilian canister (0.54 oz) is estimated to be approximately 0.0216-0.108 oz (https://www.sabrered.com/pepper-spray-frequently-asked-questions-0). One spray was assumed for the low-intensity user scenario, while the entire keychain canister (0.54 oz) was assumed for the high-intensity user scenario and a half canister was assumed for the moderate-intensity user scenario. Spraying occurred between 3 and 5 seconds (converted to minutes for use in modeling) before obtaining desired effect (Berrilsson et al., 2017), but use duration was rounded up to the lowest time step within CEM (30 seconds).

Table 2-30. Consumer Product Modeling Scenarios and Additional Scenario-Specific Input Parameters

| Consumer Category | Product Sub-Categories | Form (No. of Pdts)[1] | Zone 1 Room of Use (Volume m³)[2] | CEM Emission Model Applied[3] | Air Exchange Rate (hr⁻¹) | Interzonal Ventilation Rate (m³/hr) | CEM Dermal Exposure Model Applied | Dermal Surface Area Exposed |
|---|---|---|---|---|---|---|---|---|
| Solvents for Cleaning and Degreasing | Brake & Parts Cleaner | Aerosol (4) | Garage (90) | E3 | 0.45 | 109 | Permeability | Inside of one hand |
| | Electronic Degreaser/ Cleaner | Aerosol (9) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Electronic Degreaser/Cleaner | Liquid (1) | Utility (20) | E1 | 0.45 | 107 | Permeability | Inside of one hand |
| | Spray Degreaser/Cleaner | Aerosol (8) | Garage (90) | E3 | 0.45 | 109 | Permeability | Inside of one hand |
| | Liquid Degreaser/Cleaner | Liquid (2) | Utility (20) | E1 | 0.45 | 107 | Permeability | Inside of one hand |
| | Gun Scrubber | Aerosol (2) | Utility (20) | E3 | 0.45 | 107 | Permeability | Inside of one hand |
| | Gun Scrubber | Liquid (1) | Utility (20) | E1 | 0.45 | 107 | Permeability | Inside of one hand |
| | Mold Release | Aerosol (2) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Tire Cleaner | Aerosol (2) | Garage (90) | E3 | 0.45 | 109 | Permeability | Inside of one hand |
| | Tire Cleaner | Liquid (1) | Garage (90) | E1 | 0.45 | 109 | Permeability | Inside of one hand |
| Lubricants and Greases | Tap & Die Fluid | Aerosol (1) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Penetrating Lubricant | Aerosol (5) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| Adhesives and Sealants | Solvent-based Adhesive & Sealant | Liquid (3) | Utility (20) | E1 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Mirror-edge Sealant | Aerosol (1) | Bathroom (15) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Tire Repair Cement/ Sealer | Liquid (5) | Garage (90) | E1 | 0.45 | 109 | Fraction Absorbed | Inside of one hand |
| | Carpet Cleaner | Liquid (1) | Bedroom (36) | E1 | 0.45 | 107 | Permeability | Inside of one hand |

| Consumer Category | Product Sub-Categories | Form (No. of Plts)[1] | Zone 1 Room of Use (Volume m3)[2] | CEM Emission Model Applied[3] | Air Exchange Rate (hr-1) | Interzonal Ventilation Rate (m³/hr) | CEM Dermal Exposure Model Applied | Dermal Surface Area Exposed |
|---|---|---|---|---|---|---|---|---|
| Cleaning and Furniture Care Products | Spot Remover | Aerosol (1) | Utility (20) | E3 | 0.45 | 107 | Permeability | Inside of one hand |
| | Spot Remover | Liquid (4) | Utility (20) | E1 | 0.45 | 107 | Permeability | Inside of one hand |
| Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings | Aerosol (1) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| Apparel and Footwear care products | Shoe Polish | Aerosol (1) | Utility (20) | E3 | 0.45 | 107 | Permeability | Inside of one hand |
| Other Consumer Uses | Fabric Spray | Aerosol (1) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Film Cleaner | Aerosol (2) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |
| | Hoof Polish | Aerosol (1) | Barn[4] | E3 | 4[4] | 109 | Fraction Absorbed | 10% of hands |
| | Pepper Spray | Aerosol (2) | Outside[5] | E3 | 100[5] | 0 | Fraction Absorbed | 10% of hands |
| | Toner Aid | Aerosol (1) | Utility (20) | E3 | 0.45 | 107 | Fraction Absorbed | 10% of hands |

[1] The number of products identified is based on the product lists in EPA's 2017 Market and Use Report and Preliminary Information on Manufacturing, Processing, Distribution, Use and Disposal: TCE (U.S. EPA, 2017c, b), as well as the 2014 TSCA Work Plan Chemical Risk Assessment for TCE (U.S. EPA, 2014b). It is possible that specific products and/or formulations identified in those reports and used herein to select appropriate weight fractions, formulation types, and formulation densities for use in modeling no longer contain TCE or are no longer reasonably available to consumers for purchase; however, they were still considered for sourcing such information since they were identified as in these recent EPA publications and therefore represent reasonably-foreseen uses. Please see Supplemental File for the full product list utilized.

[2] The use environment (room of use) was generally based on the Westat (1987) survey of consumer behavior patterns, which reported the percentages for the location of last use of product. In cases where the room was identified as "other inside room," the utility room was selected based on professional judgment. Additionally, professional judgment was applied to certain uses, such as those that could reasonably be used in a garage setting.

[3] Emission models used for TCE include E1 – Emission from Product Applied to a Surface Indoors Incremental Source Model and E3 – Emission from Product Sprayed.

[4] For the purposes of modeling typical aerosol hoof polish consumer exposure, a barn setting was approximated by selecting the garage as the room of use and changing the default air exchange rate from 0.45 to 4 hr⁻¹, which more closely aligns with recommended ventilation levels in a horse barn (Pennsylvania State University, 2016)

[5] The outdoor environment was approximated by selecting the garage as the room of use and increasing the air exchange rate from 0.45 to 100. The "room of use" was also edited to reflect a 16 m3 cloud around user (roughly 6.5-foot dome or cloud surrounding user).

The 2014 TCE TSCA Work Plan Chemical Risk Assessment included two consumer conditions of use: aerosol degreaser and clear protective coating spray (referred to as "spray fixative" 80 FR 47441) (U.S. EPA, 2014b). The inputs included in the 2014 assessment differed from those used in this Risk Evaluation for similar conditions of use, either due to updated parameter data (*e.g.,* Zone 2 volume), or professional judgment. The most notable difference between this Risk Evaluation and the 2014 scenarios related to the parameter selected for mass of product used. In the 2014 assessment, aerosol degreaser was modeled assuming 24 g (0.85 oz) and clear protecting coating spray was modeled assuming 11g (0.39 oz). These inputs were not based on user survey data and were described in the 2014 assessment as "potentially on the low end" when compared against the Westat survey data employed in this RRisk Evaluation.

### 2.3.2.5        Consumer Exposure Results

Acute inhalation and dermal exposure results are presented below for each consumer condition of use. These conditions of use are organized by product subcategories and are also referred to as consumer modeling scenarios. Inhalation estimates are presented in terms of acute indoor air concentrations (ppm) resulting from a single consumer use event within a one-day exposure period; they are provided for users and bystanders. Acute dermal exposure estimates are presented as an acute dose (mg/kg/day); they are provided for users only.

#### 2.3.2.5.1   Characterization of Exposure Results

As described in Section 2.3.2.3.1, the consumer exposure modeling approach was deterministic, but a range of exposure results were estimated based on varying three parameters: weight fraction, mass of product used, and duration of use/exposure duration. While the exposure results are not reflective of a probabilistic distribution of all possible exposure levels, the exposure scenarios modeled incorporated low-end (10th percentile), central tendency (50th percentile), and high-end (95th percentile) inputs from Westat (1987) for two of the three varied parameters: mass of product used and exposure duration. Since these inputs primarily reflect user characterization, results are presented for "high-intensity users," "moderate-intensity users," and "low-intensity users." For example, the exposure scenario combining high-end inputs for these three parameters is referred to as a "high-intensity user" scenario. Weight fraction inputs cannot be described in the same terms, as they reflect the range of actual product weight fractions, per associated SDSs, and do not reflect a distribution of user survey data.

Other modeling parameters that were not varied (*e.g.,* room volume, air exchange rate, building volume) reflect central tendency inputs. Therefore, these exposure scenarios and results are not bounding or "worst-case" and may not capture the maximum or minimum of all possible exposure levels.

For TCE, 24-hr TWA air concentrations are provided for consumers and bystanders based on the relevant human health hazard metrics. The air concentrations associated with the user are higher than those associated with the bystander in all scenarios due to the higher concentration of chemical expected in the room of use (Zone 1) coupled with the greater amount of time a consumer is assumed to be in the room of use (during and after use event) compared with the bystander. While it is assumed that a bystander of any age, including pregnant women and children, could be exposed to the reported concentrations, the concentrations themselves are not unique for specific subpopulations. The concentrations reported reflect the concentration a consumer or bystander would be exposed to.

Dermal exposure scenarios and results are presented for children and adult age groups, with the children (age 11-15) resulting in the highest estimates dermal exposures due to surface area to body weight ratio differences between age groups. Results are not presented specifically for pregnant women or women of reproductive age; however, the range of results presented for adult and child age groups are expected to

2195 cover dermal exposures for pregnant women as well, with the child (11-15) providing the highest
2196 surface area to body weight ratio, thereby providing the highest dermal exposure estimate (see below
2197 table for rationale). All values below in Table 2-31 are sourced and/or derived from EPA's 2011
2198 Exposure Factors Handbook (U.S. EPA, 2011c).
2199

2200 **Table 2-31. Surface Area and Body Weight Values for Different Consumer and Bystander**
2201 **Subpopulations**

| Parameter | Adult | Children (16-21) | Children (11-15) | Pregnant Women | Women (21+) | Women (16-21) |
|---|---|---|---|---|---|---|
| 10% of Hands Surface Area (cm$^2$) | 99 | 83 | 72 | 89[1] | 89[1] | 83[2] |
| Body Weight (kg) | 80 | 71.6 | 56.8 | 75[3] | 74[4] | 65.9[5] |
| SA:BW | 1.24 | 1.16 | 1.27 | 1.19 | 1.20 | 1.26 |

[1]Surface area based on women 21+
[2]Surface area based on combined male/female 16-21
[3]Body weight for all pregnant women
[4]Body weight for females 21+
[5]Body weight for females 16-21

2202 ### 2.3.2.5.2  Consumer Exposure Estimates
2203 ***Solvents for Cleaning and Degreasing***
2204 Brake & Parts Cleaner
2205 Exposure to TCE in brake & parts cleaner products was evaluated based on four aerosol products with
2206 weight fractions ranging from 0-20% to 90-100% TCE.
2207

2208 Westat Survey data on brake quieters and cleaners were used as the basis for duration of use and mass of
2209 product used. Survey responses indicate that 2.6% of respondents have used products in this category;
2210 65.6% reported use of aerosol formulations. The room of use (Zone 1) was set to the garage (90 m$^3$)
2211 although the Westat survey data for this category indicate primarily outdoor use.
2212

2213 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2214 intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2215 *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2216 *Dermal Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based on all
2217 iterations of this modeling scenario.
2218

2219 **Table 2-32. Acute Inhalation Exposure Summary: Brake & Parts Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | Max (100) | 95th %ile (766.5) | User | 5.76E+01 |
| | | | | Bystander | 1.67E+01 |
| Moderate-Intensity User | 50th %ile (15) | Mid (60) | 50th %ile (191.6) | User | 9.06 |
| | | | | Bystander | 2.26 |
| Low-Intensity User | 10th %ile (1) | Min (20) | 10th %ile (47.9) | User | 7.09E-01 |
| | | | | Bystander | 1.81E-01 |

2220 [1]Actual product weight fractions were: 0-20%; 45-55%; 97.5%; 90-100%. 60% is a mathematically-derived mid-point (*i.e.,*
2221 mean) for use in modeling, based on the minimum and maximum inputs.

2222
2223 Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2224 assumed that the product could be applied in a manner leading to dermal contact with impeded
2225 evaporation.
2226
2227 **Table 2-33. Acute Dermal Exposure Summary: Brake & Parts Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | Max (100) | Adult (≥21 years) | 2.33E+01 |
| | | | Children (16-20 years) | 2.18E+01 |
| | | | Children (11-15 years) | 2.38E+01 |
| Central Tendency | 50th %ile (15) | Mid (60) | Adult (≥21 years) | 1.75 |
| | | | Children (16-20 years) | 1.63 |
| | | | Children (11-15 years) | 1.79 |
| Low-Intensity User | 10th %ile (1) | Min (20) | Adult (≥21 years) | 3.88E-02 |
| | | | Children (16-20 years) | 3.63E-02 |
| | | | Children (11-15 years) | 3.97E-02 |

2228 [1]Actual product weight fractions were: 0-20%; 45-55%; 97.5%; 90-100%. 60% is a mathematically-derived mid-point (*i.e.,*
2229 mean) for use in modeling, based on the minimum and maximum inputs.
2230
2231 Aerosol Electronic Degreaser/Cleaner
2232 Exposure to TCE in aerosol electronic degreasing/cleaning products was evaluated based on nine
2233 aerosol products with weight fractions ranging from 30-100% TCE.
2234
2235 Westat Survey data on specialized electronics cleaners were used as the basis for duration of use and
2236 mass of product used. Survey responses indicate 13.1% of respondents have used products in this
2237 category; 34% reported use of aerosol formulations and 56% reported use of liquid formulations.
2238 Therefore, these Westat data were applied to both aerosol and liquid product scenarios. The room of use
2239 (Zone 1) was set to the utility room (20 m$^3$) although the Westat survey data for this category indicate
2240 living room and other inside room as the top two locations of reported use.
2241
2242 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2243 intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*
2244 *Consumer Inhalation Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based
2245 on all iterations of this modeling scenario.
2246
2247 **Table 2-34. Acute Inhalation Exposure Summary: Aerosol Electronic Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (100) | 95th %ile (337.1) | User | 3.76E+01 |
| | | | | Bystander | 7.56 |
| Moderate-Intensity User | 50th %ile (2) | Mid (65) | 50th %ile (22.5) | User | 1.58 |
| | | | | Bystander | 2.95E-01 |
| Low-Intensity User | 10th %ile (0.5)$^2$ | Min (30) | 10th %ile (1.8) | User | 5.55E-02 |
| | | | | Bystander | 1.08E-02 |

2248 [1]Actual product weight fractions were: 30-50%; 30-60%; 97.2%; 98%; 60-100%; and 90-100%. 65% is a mathematically-
2249 derived mid-point (*i.e.,* mean) for use in modeling, based on the minimum and maximum inputs.

2250  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2251  timestep in the model run.

2253  Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2254  pattern is not expected to involve dermal contact with impeded evaporation.

2256  **Table 2-35. Acute Dermal Exposure Summary: Aerosol Electronic Degreaser**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (100) | Adult (≥21 years) | 3.35 |
| | | | Children (16-20 years) | 3.14 |
| | | | Children (11-15 years) | 3.43 |
| Central Tendency | 50th %ile (2) | Mid (65) | Adult (≥21 years) | 2.85E-01 |
| | | | Children (16-20 years) | 2.67E-01 |
| | | | Children (11-15 years) | 2.92E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (30) | Adult (≥21 years) | 3.44E-02 |
| | | | Children (16-20 years) | 3.22E-02 |
| | | | Children (11-15 years) | 3.52E-02 |

2257  [1]Actual product weight fractions were: 30-50%; 30-60%; 97.2%; 98%; 60-100%; and 90-100%. 65% is a mathematically-
2258  derived mid-point (*i.e.,* mean) for use in modeling, based on the minimum and maximum inputs.
2259  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2260  timestep in the model run.

2262  <u>Liquid Electronic Degreaser/Cleaner</u>
2263  Exposure to TCE in liquid electronic degreasing/cleaning products was evaluated based on one liquid
2264  product with a weight fraction of 100% TCE.

2266  Westat Survey data on specialized electronics cleaners were used as the basis for duration of use and
2267  mass of product used. Survey responses indicate 13.1% of respondents have used products in this
2268  category; 34% reported use of aerosol formulations and 56% reported use of liquid formulations.
2269  Therefore, these Westat data were applied to both aerosol and liquid product scenarios. The room of use
2270  (Zone 1) was set to the utility room (20 m$^3$) although the Westat survey data for this category indicate
2271  living room and other inside room as the top two locations of reported use.

2273  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2274  intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2275  *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2276  *Dermal Exposures. Docket:* <u>EPA-HQ-OPPT-2019-0500</u>] for the full range of results based on all
2277  iterations of this modeling scenario.

2286   **Table 2-36. Acute Inhalation Exposure Summary: Liquid Electronic Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (100) | 95th %ile (337.1) | User | 3.61E+01 |
| | | | | Bystander | 7.26 |
| Moderate-Intensity User | 50th %ile (2) | (100) | 50th %ile (22.5) | User | 2.33 |
| | | | | Bystander | 4.36E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (100) | 10th %ile (1.8) | User | 1.74E-01 |
| | | | | Bystander | 3.41E-02 |

2287   [1]Single weight fraction of 100% available.
2288   [2]The 10th percentile duration from Westat was < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2289   timestep in the model run.
2290

2291   Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2292   assumed that the product could be applied in a manner leading to dermal contact with impeded
2293   evaporation.
2294

2295   **Table 2-37. Acute Dermal Exposure Summary: Liquid Electronic Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (100) | Adult (≥21 years) | 5.24 |
| | | | Children (16-20 years) | 4.91 |
| | | | Children (11-15 years) | 5.37 |
| Moderate-Intensity User | 50th %ile (2) | (100) | Adult (≥21 years) | 3.50E-01 |
| | | | Children (16-20 years) | 3.27E-01 |
| | | | Children (11-15 years) | 3.58E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (100) | Adult (≥21 years) | 8.74E-02 |
| | | | Children (16-20 years) | 8.18E-02 |
| | | | Children (11-15 years) | 8.95E-02 |

2296   [1] Single weight fraction of 100% available.
2297   [2] The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the
2298   model, as it reflects the smallest timestep in the model run.
2299

2300   <u>Aerosol Spray Degreaser/Cleaner</u>
2301   Exposure to TCE in aerosol spray degreaser/cleaner products was evaluated based on eight aerosol
2302   products with weight fractions ranging from 60-100% TCE.
2303

2304   Westat Survey data on engine degreasing were used as the basis for duration of use and mass of product
2305   used. Survey responses indicate that 17.2% of respondents have used products in this category; 78.9%
2306   reported use of aerosol formulations. The room of use (Zone 1) was set to the garage (90 m$^3$) although
2307   the Westat survey data for this category indicate primarily outdoor use.
2308

2309   Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2310   intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2311   *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2312   *Dermal Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based on all
2313   iterations of this modeling scenario.

2314
2315 **Table 2-38. Acute Inhalation Exposure Summary: Aerosol Spray Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | Max (100) | 95th %ile (2157.4) | User | 1.62E+02 |
| | | | | Bystander | 4.71E+01 |
| Moderate-Intensity User | 50th %ile (15) | Max (100) | 50th %ile (521.4) | User | 4.11E+01 |
| | | | | Bystander | 1.02E+01 |
| Low-Intensity User | 10th %ile (5) | Min (60) | 10th %ile (130.8) | User | 6.20 |
| | | | | Bystander | 1.50 |

2316 [1]Actual product weight fractions were: 60-100% and 90-100%.
2317
2318 This condition of use was also assessed in the 2014 TSCA Work Plan Chemical Risk Assessment and
2319 refined in the 2016 Supplemental Exposure and Risk Reduction Technical Report in Support of Risk
2320 management Options for TCE (TCE) Use in Consumer Aerosol Degreasing. In these prior assessments,
2321 different inputs were used for certain modeling parameters including mass used and duration of use.
2322 Please see the referenced documents for full details. The amount used (24 g TCE – roughly 27 g
2323 product) in the 2014 assessment is much lower than the 10th percentile input obtained from the Westat
2324 survey engine degreasing scenario. The lower amount applied in 2014 more closely reflects an aerosol
2325 electronic cleaning condition of use, which is characterized by a median mass used of 0.5 oz, or 22.5 g.
2326 It is therefore unlikely that the previous assessment captured exposures for consumer involved in larger
2327 degreasing efforts such as engine degreasing or brake cleaning. The inputs and associated 24-hr acute air
2328 concentrations for users and bystanders from the 2014 assessment are shown below.
2329
2330 **Table 2-39. 2014 Acute Inhalation Exposure Summary: Aerosol Spray Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Mass Used (g) | Product User or Bystander | 24-hr TWA (ppm) |
|---|---|---|---|---|---|
| 2014 Work Plan Chemical Risk Assessment | 60 | 90 | (24)[1] | User | 2.9[2] |
| | | | | Bystander | 0.8 |

2331 [1] This conversion assumes a formulation density of 1. Actual product densities range from 1.46-1.52 g/cm³. This input is
2332 also provided in terms of mass of TCE per use, rather than mass of product per use, which is the actual model input. 24 g of
2333 TCE in this 90% formulation would equate to roughly 27 g of product per use.
2334 [2]This user air concentration was shown in the 2014 assessment as 2 ppm; however, in the 2016 supplemental report, it was
2335 corrected to 2.9 ppm due to an earlier rounding error or typo.
2336
2337 Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2338 assumed that the product could be applied in a manner leading to dermal contact with impeded
2339 evaporation.

2340  **Table 2-40. Acute Dermal Exposure Summary: Aerosol Spray Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | Max (100) | Adult (≥21 years) | 2.18E+01 |
| | | | Children (16-20 years) | 2.04E+01 |
| | | | Children (11-15 years) | 2.24E+01 |
| Moderate-Intensity User | 50th %ile (15) | Max (100) | Adult (≥21 years) | 2.73 |
| | | | Children (16-20 years) | 2.55 |
| | | | Children (11-15 years) | 2.79 |
| Low-Intensity User | 10th %ile (5) | Min (60) | Adult (≥21 years) | 5.46E-01 |
| | | | Children (16-20 years) | 5.11E-01 |
| | | | Children (11-15 years) | 5.59E-01 |

2341  [1]Actual product weight fractions were: 60-100% and 90-100%.
2342
2343  Liquid Degreaser/Cleaner
2344  Exposure to TCE in liquid degreasing/cleaning products was evaluated based on two aerosol products
2345  with weight fractions ranging from 90-100% TCE.
2346
2347  Westat Survey data on solvent-type cleaning fluids or degreasers were used as the basis for room of use,
2348  duration of use, and mass of product used. Survey responses indicate that 28.1% of respondents have
2349  used products in this category; 74.4% reported use of liquid formulations. The room of use (Zone 1) was
2350  set to the utility room (20 m$^3$).
2351
2352  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2353  intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2354  *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2355  *Dermal Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based on all
2356  iterations of this modeling scenario.
2357
2358  **Table 2-41. Acute Inhalation Exposure Summary: Liquid Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | (100) | 95th %ile (1337.7) | User | 1.46E+02 |
| | | | | Bystander | 3.61E+01 |
| Moderate-Intensity User | 50th %ile (15) | (100) | 50th %ile (139.9) | User | 1.56E+01 |
| | | | | Bystander | 2.96 |
| Low-Intensity User | 10th %ile (2) | (100) | 10th %ile (24.1) | User | 2.60 |
| | | | | Bystander | 4.86E-01 |

2359  [1]Actual product weight fractions were: 90-100% and 100%.
2360
2361  Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2362  assumed that the product could be applied in a manner leading to dermal contact with impeded
2363  evaporation.

2364    **Table 2-42. Acute Dermal Exposure Summary: Liquid Degreaser/Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | (100) | Adult (≥21 years) | 2.09E+01 |
| | | | Children (16-20 years) | 1.96E+01 |
| | | | Children (11-15 years) | 2.14E+01 |
| Moderate-Intensity User | 50th %ile (15) | (100) | Adult (≥21 years) | 2.62 |
| | | | Children (16-20 years) | 2.45 |
| | | | Children (11-15 years) | 2.68 |
| Low-Intensity User | 10th %ile (2) | (100) | Adult (≥21 years) | 3.49E-01 |
| | | | Children (16-20 years) | 3.26E-01 |
| | | | Children (11-15 years) | 3.57E-01 |

2365    [1]Actual product weight fractions were: 90-100% and 100%.
2366
2367    <u>Aerosol Gun Scrubber</u>
2368    Exposure to TCE in aerosol gun scrubber/cleaner products was evaluated based on two aerosol products.
2369    Only one product had a reported weight fraction (97%), so modeling was based on the full range of
2370    aerosol degreasing formulation weight fractions (60-100%).
2371
2372    Westat Survey data on solvent-type cleaning fluids or degreasers were used as the basis for room of use
2373    and duration, while manufacturer data on the amount of product required to coat a firearm in a very thin
2374    film were used as the basis for the mass of product used. This mass input may not appropriately capture
2375    consumers cleaning multiple guns in a day − a scenario that may require a higher mass input. The
2376    Westat survey product category selected was not aligned well with this specific use, but the duration
2377    data for the selected category was deemed reasonable for use in modeling. The room of use (Zone 1)
2378    was set to the utility room (20 m$^3$).
2379
2380    Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2381    intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2382    *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2383    *Dermal Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based on all
2384    iterations of this modeling scenario.
2385
2386    **Table 2-43. Acute Inhalation Exposure Summary: Aerosol Gun Scrubber**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | Max (100) | (0.7) | User | 7.44E-02 |
| | | | | Bystander | 1.83E-02 |
| Moderate-Intensity User | 50th %ile (15) | Max (100) | (0.7) | User | 7.83E-02 |
| | | | | Bystander | 1.48E-02 |
| Low-Intensity User | 10th %ile (2) | Min (60) | (0.7) | User | 4.55E-02 |
| | | | | Bystander | 8.47E-03 |

2387    [1]Only one product had a reported weight fraction (97%), so modeling was based on the full range of aerosol degreasing
2388    formulation weight fractions (60-100%).
2389

2390 Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2391 assumed that the product could be applied in a manner leading to dermal contact with impeded
2392 evaporation.
2393
2394 **Table 2-44. Acute Dermal Exposure Summary: Aerosol Gun Scrubber**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | Max (100) | Adult (≥21 years) | 2.11E+01 |
| | | | Children (16-20 years) | 1.97E+01 |
| | | | Children (11-15 years) | 2.15E+01 |
| Moderate-Intensity User | 50th %ile (15) | Max (100) | Adult (≥21 years) | 2.63 |
| | | | Children (16-20 years) | 2.46 |
| | | | Children (11-15 years) | 2.69 |
| Low-Intensity User | 10th %ile (2) | Min (60) | Adult (≥21 years) | 2.11E-01 |
| | | | Children (16-20 years) | 1.97E-01 |
| | | | Children (11-15 years) | 2.15E-01 |

2395 [1]Only one product had a reported weight fraction (97%), so modeling was based on the full range of aerosol degreasing
2396 formulation weight fractions (60-100%).
2397
2398 <u>Liquid Gun Scrubber</u>
2399 Exposure to TCE in liquid gun scrubber/cleaner products was evaluated based on one liquid product
2400 with an unreported weight fraction. Modeling was based on the upper-end of the narrow range of liquid
2401 degreasing formulation weight fractions (90-100%).
2402
2403 Westat Survey data on solvent-type cleaning fluids or degreasers were used as the basis for room of use
2404 and duration, while manufacturer data on the amount of product required to coat a firearm in a very thin
2405 film were used as the basis for the mass of product used. This mass input may not appropriately capture
2406 consumers cleaning multiple guns in a day – a scenario that may require a higher mass input. The
2407 Westat survey product category selected was not aligned well with this specific use, but the duration
2408 data for the selected category was deemed reasonable for use in modeling. The room of use (Zone 1)
2409 was set to the utility room (20 m$^3$).
2410
2411 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2412 intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2413 *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2414 *Dermal Exposures. Docket:* <u>EPA-HQ-OPPT-2019-0500</u>] for the full range of results based on all
2415 iterations of this modeling scenario.
2416
2417
2418
2419
2420
2421
2422
2423
2424
2425
2426

2427
2428  **Table 2-45. Acute Inhalation Exposure Summary: Liquid Gun Scrubber**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | (100) | (0.7) | User | 6.37E-02 |
| | | | | Bystander | 1.57E-02 |
| Moderate-Intensity User | 50th %ile (15) | (100) | (0.7) | User | 6.71E-02 |
| | | | | Bystander | 1.27E-02 |
| Low-Intensity User | 10th %ile (2) | (100) | (0.7) | User | 6.22E-02 |
| | | | | Bystander | 1.22E-02 |

2429  [1]Modeling was based on the upper-end of the narrow range of liquid degreasing formulation weight fractions (90-100%).
2430
2431  Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2432  assumed that the product could be applied in a manner leading to dermal contact with impeded
2433  evaporation.
2434
2435  **Table 2-46. Acute Dermal Exposure Summary: Liquid Gun Scrubber**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (120) | (100) | Adult (≥21 years) | 1.95E+01 |
| | | | Children (16-20 years) | 1.83E+01 |
| | | | Children (11-15 years) | 2.00E+01 |
| Moderate-Intensity User | 50th %ile (15) | (100) | Adult (≥21 years) | 2.44 |
| | | | Children (16-20 years) | 2.29 |
| | | | Children (11-15 years) | 2.50 |
| Low-Intensity User | 10th %ile (2) | (100) | Adult (≥21 years) | 3.26E-01 |
| | | | Children (16-20 years) | 3.05E-01 |
| | | | Children (11-15 years) | 3.33E-01 |

2436  [1]Modeling was based on the upper-end of the narrow range of liquid degreasing formulation weight fractions (90-100%).
2437
2438  Mold Release
2439  Exposure to TCE in mold release products was evaluated based on two aerosol products with weight
2440  fractions ranging from 40-68.9% TCE.
2441
2442  Westat Survey data on other lubricants (excluding automotive) were used as the basis for room of use,
2443  duration of use, and mass of product used. For this product scenario, EPA believes that the selected
2444  lubricant Westat scenario, although not a direct match with mold release products, better aligns with the
2445  product use pattern when compared against other options, such as solvent-type cleaning fluid, which
2446  conveys a much higher use duration and mass used. Survey responses indicate that 34.5% of
2447  respondents have used products in this category; 32.5% reported use of aerosol formulations. The room
2448  of use (Zone 1) was set to the utility room (20 m$^3$).
2449
2450  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2451  intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*
2452  *Consumer Inhalation Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based
2453  on all iterations of this modeling scenario.

2454
2455   **Table 2-47. Acute Inhalation Exposure Summary: Mold Release**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (68.9) | 95th %ile (212.9) | User | 1.64E+01 |
| | | | | Bystander | 3.29 |
| Moderate-Intensity User | 50th %ile (2) | Max (68.9) | 50th %ile (23.4) | User | 1.75 |
| | | | | Bystander | 3.25E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (40) | 10th %ile (4.3) | User | 1.77E-01 |
| | | | | Bystander | 3.45E-02 |

2456   [1]Actual product weight fractions were: 40-50% and 68.9%.
2457   [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2458   timestep in the model run.
2459

2460   Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2461   pattern is not expected to involve dermal contact with impeded evaporation.
2462

2463   **Table 2-48. Acute Dermal Exposure Summary: Mold Release**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (68.9) | Adult (≥21 years) | 2.19 |
| | | | Children (16-20 years) | 2.05 |
| | | | Children (11-15 years) | 2.24 |
| Central Tendency | 50th %ile (2) | Max (68.9) | Adult (≥21 years) | 2.87E-01 |
| | | | Children (16-20 years) | 2.68E-01 |
| | | | Children (11-15 years) | 2.93E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (40) | Adult (≥21 years) | 4.34E-02 |
| | | | Children (16-20 years) | 4.06E-02 |
| | | | Children (11-15 years) | 4.44E-02 |

2464   [1]Actual product weight fractions were: 40-50% and 68.9%.
2465   [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2466   timestep in the model run.
2467

2468   Aerosol Tire Cleaner
2469   Exposure to TCE in aerosol tire cleaning products was evaluated based on two aerosol products with
2470   weight fractions ranging from 70-100% TCE.
2471

2472   Westat Survey data on tire and hubcap cleaners were used as the basis for duration of use and mass of
2473   product used. Survey responses indicate that 15.9% of respondents have used products in this category;
2474   29.5% reported use of aerosol formulations and 70.5% reported use of liquid formulations. Therefore,
2475   these Westat data were applied to both aerosol and liquid product scenarios. The room of use (Zone 1)
2476   was set to the garage (90 m$^3$) although the Westat survey data for this category indicate primarily
2477   outdoor use.
2478

2479   Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2480   intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2481   *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*

2482    *Dermal Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based on all
2483    iterations of this modeling scenario.
2484
2485    **Table 2-49. Acute Inhalation Exposure Summary: Aerosol Tire Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | Max (100) | 95th %ile (317) | User | 1.57E+01 |
| | | | | Bystander | 6.84 |
| Moderate-Intensity User | 50th %ile (15) | Max (100) | 50th %ile (52.9) | User | 4.17 |
| | | | | Bystander | 1.04 |
| Low-Intensity User | 10th %ile (5) | Min (70) | 10th %ile (10.5) | User | 5.81E-01 |
| | | | | Bystander | 1.40E-01 |

2486    [1]Actual product weight fractions were: 70-90% and 80-100%.
2487
2488    Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2489    assumed that the product could be applied in a manner leading to dermal contact with impeded
2490    evaporation.
2491
2492    **Table 2-50. Acute Dermal Exposure Summary: Aerosol Tire Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | Max (100) | Adult (≥21 years) | 4.81 |
| | | | Children (16-20 years) | 4.50 |
| | | | Children (11-15 years) | 4.93 |
| Moderate-Intensity User | 50th %ile (15) | Max (100) | Adult (≥21 years) | 1.20E+00 |
| | | | Children (16-20 years) | 1.13E+00 |
| | | | Children (11-15 years) | 1.23E+00 |
| Low-Intensity User | 10th %ile (5) | Min (70) | Adult (≥21 years) | 2.81E-01 |
| | | | Children (16-20 years) | 2.63E-01 |
| | | | Children (11-15 years) | 2.87E-01 |

2493    [1]Actual product weight fractions were: 70-90% and 80-100%.
2494
2495    <u>Liquid Tire Cleaner</u>
2496    Exposure to TCE in liquid tire cleaning products was evaluated based on one liquid product with a
2497    weight fractions ranging of 80-100% TCE.
2498
2499    Westat Survey data on tire and hubcap cleaners were used as the basis for duration of use and mass of
2500    product used. Survey responses indicate that 15.9% of respondents have used products in this category;
2501    29.5% reported use of aerosol formulations and 70.5% reported use of liquid formulations. Therefore,
2502    these Westat data were applied to both aerosol and liquid product scenarios. The room of use (Zone 1)
2503    was set to the garage (90 m$^3$) although the Westat survey data for this category indicate primarily
2504    outdoor use.
2505
2506    Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2507    intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2508    *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*

2509 *Dermal Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based on all
2510 iterations of this modeling scenario.
2511
2512 **Table 2-51. Acute Inhalation Exposure Summary: Liquid Tire Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (100) | 95th %ile (706.4) | User | 4.76E+01 |
| | | | | Bystander | 1.52E+01 |
| Moderate-Intensity User | 50th %ile (15) | (100) | 50th %ile (117.9) | User | 9.28 |
| | | | | Bystander | 2.32 |
| Low-Intensity User | 10th %ile (5) | (100) | 10th %ile (23.4) | User | 1.85 |
| | | | | Bystander | 4.47E-01 |

2513 [1]Single weight fraction of 80-100% available.
2514
2515 Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2516 assumed that the product could be applied in a manner leading to dermal contact with impeded
2517 evaporation.
2518
2519 **Table 2-52. Acute Dermal Exposure Summary: Liquid Tire Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (100) | Adult (≥21 years) | 1.07E+01 |
| | | | Children (16-20 years) | 1.00E+01 |
| | | | Children (11-15 years) | 1.10E+01 |
| Moderate-Intensity User | 50th %ile (15) | (100) | Adult (≥21 years) | 2.68 |
| | | | Children (16-20 years) | 2.51 |
| | | | Children (11-15 years) | 2.74 |
| Low-Intensity User | 10th %ile (5) | (100) | Adult (≥21 years) | 8.94E-01 |
| | | | Children (16-20 years) | 8.37E-01 |
| | | | Children (11-15 years) | 9.15E-01 |

2520 [1]Single weight fraction of 80-100% available.
2521
2522 ***Lubricants and Greases***
2523 <u>Tap & Die Fluid</u>
2524 Exposure to TCE in tap & die fluid was evaluated based on one aerosol product with a weight fraction
2525 of 98% TCE.
2526
2527 Westat Survey data on other lubricants (excluding automotive) were used to select room of use, duration
2528 of use, and mass of product used. Survey responses indicated that 34.5% of respondents have used
2529 products in this category; 32.5% reported use of aerosol formulations. The room of use (Zone 1) was set
2530 to the utility room (20 m$^3$).
2531
2532 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2533 intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for
2534 Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based
2535 on all iterations of this modeling scenario.

2536

2537 **Table 2-53. Acute Inhalation Exposure Summary: Tap & Die Fluid**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (98) | 95th %ile (134.5) | User | 1.47E+01 |
| | | | | Bystander | 2.95 |
| Moderate-Intensity User | 50th %ile (2) | (98) | 50th %ile (14.8) | User | 1.57 |
| | | | | Bystander | 2.93E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (98) | 10th %ile (2.7) | User | 2.72E-01 |
| | | | | Bystander | 5.30E-02 |

2538 [1]Single weight fraction of 98% available.
2539 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2540 timestep in the model run.
2541

2542 Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2543 pattern is not expected to involve dermal contact with impeded evaporation.
2544

2545 **Table 2-54. Acute Dermal Exposure Summary: Tap & Die Fluid**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (98) | Adult (≥21 years) | 1.97 |
| | | | Children (16-20 years) | 1.84 |
| | | | Children (11-15 years) | 2.01 |
| Central Tendency | 50th %ile (2) | (98) | Adult (≥21 years) | 2.58E-01 |
| | | | Children (16-20 years) | 2.41E-01 |
| | | | Children (11-15 years) | 2.64E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (98) | Adult (≥21 years) | 6.72E-02 |
| | | | Children (16-20 years) | 6.29E-02 |
| | | | Children (11-15 years) | 6.88E-02 |

2546 [1]Single weight fraction of 98% available.
2547 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2548 timestep in the model run.
2549

2550 <u>Penetrating Lubricant</u>
2551 Exposure to TCE in lubricant products was evaluated based on five aerosol products with weight
2552 fractions ranging from 5-50 % TCE.
2553

2554 Westat Survey data on other lubricants (excluding automotive) were used as the basis for room of use,
2555 duration of use, and mass of product used. Survey responses indicate that 34.5% of respondents have
2556 used products in this category; 32.5% reported use of aerosol formulations. The room of use (Zone 1)
2557 was set to the utility room (20 m$^3$).
2558

2559 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2560 intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for
2561 Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based
2562 on all iterations of this modeling scenario.

2563
2564  **Table 2-55. Acute Inhalation Exposure Summary: Penetrating Lubricant**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (50) | 95th %ile (209.9) | User | 1.17E+01 |
| | | | | Bystander | 2.35 |
| Moderate-Intensity User | 50th %ile (2) | Mid (27.5) | 50th %ile (23.1) | User | 6.88E-01 |
| | | | | Bystander | 1.28E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (5) | 10th %ile (4.2) | User | 2.16E-02 |
| | | | | Bystander | 4.21E-03 |

2565  [1]Actual product weight fractions were: 5-10%; 10-20%; 30-40%; 48.8%; and 30-50%. 27.5% is a mathematically-derived
2566  mid-point (*i.e.,* mean) for use in modeling, based on the minimum and maximum inputs.
2567  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2568  timestep in the model run.
2569

2570  Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2571  pattern is not expected to involve dermal contact with impeded evaporation.
2572

2573  **Table 2-56. Acute Dermal Exposure Summary: Penetrating Lubricant**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (50) | Adult (≥21 years) | 1.57 |
| | | | Children (16-20 years) | 1.47 |
| | | | Children (11-15 years) | 1.60 |
| Central Tendency | 50th %ile (2) | Mid (27.5) | Adult (≥21 years) | 1.13E-01 |
| | | | Children (16-20 years) | 1.06E-01 |
| | | | Children (11-15 years) | 1.15E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (5) | Adult (≥21 years) | 5.35E-03 |
| | | | Children (16-20 years) | 5.01E-03 |
| | | | Children (11-15 years) | 5.48E-03 |

2574  [1]Actual product weight fractions were: 5-10%; 10-20%; 30-40%; 48.8%; and 30-50%. 27.5% is a mathematically-derived
2575  mid-point (*i.e.,* mean) for use in modeling, based on the minimum and maximum inputs.
2576  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2577  timestep in the model run.
2578

2579  ***Adhesives and Sealants***
2580  Solvent-based Adhesive & Sealant
2581  Exposure to TCE in solvent-based adhesive & sealant products was evaluated based on three liquid
2582  products with weight fractions ranging from 5->90% TCE.
2583

2584  Westat Survey data on contact cement, superglue, and spray adhesive were used as the basis for room of
2585  use, duration of use, and mass of product used. Survey responses indicate that 60.6% of respondents
2586  have used products in this category; 97.1% reported use of liquid formulations. The room of use (Zone
2587  1) was set to the utility room (20 m$^3$).
2588

2589  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2590  intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*

2591 *Consumer Inhalation Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based
2592 on all iterations of this modeling scenario.
2593
2594 **Table 2-57. Acute Inhalation Exposure Summary: Solvent-based Adhesive & Sealant**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | Max (90) | 95th %ile (185.2) | User | 1.69E+01 |
| | | | | Bystander | 4.14 |
| Moderate-Intensity User | 50th %ile (4.25) | Mid (47.5) | 50th %ile (10.7) | User | 5.55E-01 |
| | | | | Bystander | 1.03E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (5) | 10th %ile (1.3) | User | 6.64E-03 |
| | | | | Bystander | 1.30E-03 |

2595 [1]Actual product weight fractions were: 5-15%; 40-60; and >90%.  47.5% is a mathematically-derived mid-point (*i.e.,* mean)
2596 for use in modeling, based on the minimum and maximum inputs.
2597 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2598 timestep in the model run.
2599
2600 Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2601 pattern is not expected to involve dermal contact with impeded evaporation.
2602
2603 **Table 2-58. Acute Dermal Exposure Summary: Solvent-based Adhesive & Sealant**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | Max (90) | Adult (≥21 years) | 8.53 |
| | | | Children (16-20 years) | 7.98 |
| | | | Children (11-15 years) | 8.72 |
| Central Tendency | 50th %ile (4.25) | Mid (47.5) | Adult (≥21 years) | 9.93E-01 |
| | | | Children (16-20 years) | 9.29E-01 |
| | | | Children (11-15 years) | 1.02E+00 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (5) | Adult (≥21 years) | 1.37E-02 |
| | | | Children (16-20 years) | 1.28E-02 |
| | | | Children (11-15 years) | 1.40E-02 |

2604 [1]Actual product weight fractions were: 5-15%; 40-60; and >90%.  47.5% is a mathematically-derived mid-point (*i.e.,* mean)
2605 for use in modeling, based on the minimum and maximum inputs.
2606 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2607 timestep in the model run.
2608
2609 <u>Mirror-edge Sealant</u>
2610 Exposure to TCE in mirror-edge sealant products was evaluated based on one aerosol product with a
2611 weight fraction of 20-40% TCE.
2612
2613 Westat Survey data on contact cement, superglue, and spray adhesive were used as the basis for duration
2614 of use and mass of product used. While there was no Westat scenario that directly aligned with use as a
2615 mirror-edge sealant, the selected category is believed to be the best fit based on the associated range of
2616 use duration and mass used. Survey responses indicate that 60.6% of respondents have used products in
2617 this category; 97.1% reported use of liquid formulations. While the formulation type used by the
2618 majority of respondents for this category does not reflect the modeled use, which is an aerosol, it

2619  represents the best fit category available. The room of use (Zone 1) was set to the bathroom (15 m$^3$)
2620  based on the product's apparent use on mirror edging.
2621
2622  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2623  intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*
2624  *Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based
2625  on all iterations of this modeling scenario.
2626
2627  **Table 2-59. Acute Inhalation Exposure Summary: Mirror-Edge Sealant**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (40) | 95th %ile (78.4) | User | 3.33 |
| | | | | Bystander | 7.84E-01 |
| Moderate-Intensity User | 50th %ile (4.25) | (40) | 50th %ile (4.5) | User | 4.98E-01 |
| | | | | Bystander | 9.07E-02 |
| Low-Intensity User | 10th %ile (0.5)[2] | (40) | 10th %ile (0.5) | User | 2.24E-02 |
| | | | | Bystander | 4.07E-03 |

2628  [1]Single weight fraction of 20-40% available.
2629  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2630  timestep in the model run.
2631
2632  Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2633  pattern is not expected to involve dermal contact with impeded evaporation.
2634
2635  **Table 2-60. Acute Dermal Exposure Summary: Mirror-Edge Sealant**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (40) | Adult (≥21 years) | 6.42E-01 |
| | | | Children (16-20 years) | 6.01E-01 |
| | | | Children (11-15 years) | 6.57E-01 |
| Central Tendency | 50th %ile (4.25) | (40) | Adult (≥21 years) | 1.42E-01 |
| | | | Children (16-20 years) | 1.33E-01 |
| | | | Children (11-15 years) | 1.45E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (40) | Adult (≥21 years) | 1.85E-02 |
| | | | Children (16-20 years) | 1.73E-02 |
| | | | Children (11-15 years) | 1.89E-02 |

2636  [1]Single weight fraction of 20-40% available.
2637  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2638  timestep in the model run.
2639
2640  <u>Tire Repair Cement/Sealer</u>
2641  Exposure to TCE in tire repair products was evaluated based on five liquid products with weight
2642  fractions ranging from 65-95% TCE.
2643
2644  Westat Survey data on contact cement, superglue, and spray adhesive were used as the basis for duration
2645  of use and mass of product used. Survey responses indicate that 60.6% of respondents have used
2646  products in this category; 97.1% reported use of liquid formulations. The room of use (Zone 1) was set
2647  to the garage (90 m$^3$) based on the product's apparent use on tires.

2648
2649 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2650 intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*
2651 *Consumer Inhalation Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based
2652 on all iterations of this modeling scenario.
2653
2654 **Table 2-61. Acute Inhalation Exposure Summary: Tire Repair Cement/Sealer**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | Max (95) | 95th %ile (185.2) | User | 1.18E+01 |
| | | | | Bystander | 3.80 |
| Moderate-Intensity User | 50th %ile (4.25) | Mid (80) | 50th %ile (10.7) | User | 6.64E-01 |
| | | | | Bystander | 1.63E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (65) | 10th %ile (1.3) | User | 5.97E-02 |
| | | | | Bystander | 1.59E-02 |

2655 [1]Actual product weight fractions were: 65-80%; 70-85%; 75-90%; and 80-95%. 80% is a mathematically-derived mid-point
2656 (*i.e.,* mean) for use in modeling, based on the minimum and maximum inputs.
2657 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2658 timestep in the model run.
2659

2660 Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2661 pattern is not expected to involve dermal contact with impeded evaporation.
2662

2663 **Table 2-62. Acute Dermal Exposure Summary: Tire Repair Cement/Sealer**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | Max (95) | Adult (≥21 years) | 9.00 |
| | | | Children (16-20 years) | 8.42 |
| | | | Children (11-15 years) | 9.21 |
| Central Tendency | 50th %ile (4.25) | Mid (80) | Adult (≥21 years) | 1.67 |
| | | | Children (16-20 years) | 1.57 |
| | | | Children (11-15 years) | 1.71 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (65) | Adult (≥21 years) | 1.78E-01 |
| | | | Children (16-20 years) | 1.66E-01 |
| | | | Children (11-15 years) | 1.82E-01 |

2664 [1]Actual product weight fractions were: 65-80%; 70-85%; 75-90%; and 80-95%. 80% is a mathematically-derived mid-point
2665 (*i.e.,* mean) for use in modeling, based on the minimum and maximum inputs.
2666 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2667 timestep in the model run.
2668

2669 ***Cleaning and Furniture Care Products***
2670 <u>Carpet Cleaner</u>
2671 Exposure to TCE in carpet cleaner was evaluated based on a single liquid formulation with a weight
2672 fraction of >99% TCE.
2673

2674 Westat Survey data on spot removers were used to select the duration of use and mass of product used.
2675 Survey responses indicate that 39.1% of respondents have used products in this category; 43.9%
2676 reported use of a liquid formulation. The room of use (Zone 1) was set to the bedroom (36 m³) based on

professional judgement. There are no data in the Westat Survey exactly matching a use as a carpet cleaner; therefore, data reflecting spot cleaners were applied.

Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer Dermal Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based on all iterations of this modeling scenario.

**Table 2-63. Acute Inhalation Exposure Summary: Carpet Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (99) | 95th %ile (526.6) | User | 5.26E+01 |
|  |  |  |  | Bystander | 1.15E+01 |
| Moderate-Intensity User | 50th %ile (5) | (99) | 50th %ile (62.9) | User | 6.36 |
|  |  |  |  | Bystander | 1.26 |
| Low-Intensity User | 10th %ile (0.5) | (99) | 10th %ile (11.8) | User | 1.10 |
|  |  |  |  | Bystander | 2.33E-01 |

[1]Single weight fraction of >99% available.
[2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest timestep in the model run.

Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is assumed that the product could be applied in a manner leading to dermal contact with impeded evaporation.

**Table 2-64. Acute Dermal Exposure Summary: Carpet Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (99) | Adult (≥21 years) | 5.69 |
|  |  |  | Children (16-20 years) | 5.32 |
|  |  |  | Children (11-15 years) | 5.82 |
| Central-Tendency | 50th %ile (5) | (99) | Adult (≥21 years) | 9.48E-01 |
|  |  |  | Children (16-20 years) | 8.87E-01 |
|  |  |  | Children (11-15 years) | 9.70E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (99) | Adult (≥21 years) | 9.48E-02 |
|  |  |  | Children (16-20 years) | 8.87E-02 |
|  |  |  | Children (11-15 years) | 9.70E-02 |

[1] Single weight fraction of >99% available.
[2] The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest timestep in the model run.

<u>Aerosol Spot Remover</u>
Exposure to TCE in aerosol spot remover products was evaluated based on one aerosol product with a weight fraction of 20-30% TCE.

2703
2704 Westat Survey data on spot removers were used as the basis for room of use, duration of use, and mass
2705 of product used. Survey responses indicate that 39.1% of respondents have used products in this
2706 category; 43.9% reported use of a liquid formulation and 56.1% reported use of an aerosol formulation.
2707 Therefore, these Westat data were applied to both aerosol and liquid product scenarios. The room of use
2708 (Zone 1) was set to the utility room (20 m$^3$).
2709
2710 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2711 intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2712 *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2713 *Dermal Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based on all
2714 iterations of this modeling scenario.
2715
2716 **Table 2-65. Acute Inhalation Exposure Summary: Aerosol Spot Remover**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (30) | 95th %ile (514.1) | User | 1.72E+01 |
| | | | | Bystander | 3.46 |
| Moderate-Intensity User | 50th %ile (5) | (30) | 50th %ile (61.4) | User | 2.04 |
| | | | | Bystander | 3.76E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (30) | 10th %ile (11.15) | User | 3.55E-01 |
| | | | | Bystander | 6.92E-02 |

2717 [1] Single weight fraction of 20-30% available.
2718 [2] The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2719 timestep in the model run.
2720
2721 Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2722 assumed that the product could be applied in a manner leading to dermal contact with impeded
2723 evaporation.
2724
2725 **Table 2-66. Acute Dermal Exposure Summary: Aerosol Spot Remover**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (30) | Adult (≥21 years) | 1.68 |
| | | | Children (16-20 years) | 1.58 |
| | | | Children (11-15 years) | 1.72 |
| Moderate-Intensity User | 50th %ile (5) | (30) | Adult (≥21 years) | 2.81E-01 |
| | | | Children (16-20 years) | 2.63E-01 |
| | | | Children (11-15 years) | 2.87E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (30) | Adult (≥21 years) | 2.81E-02 |
| | | | Children (16-20 years) | 2.63E-02 |
| | | | Children (11-15 years) | 2.87E-02 |

2726 [1] Single weight fraction of 20-30% available.
2727 [2] The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the
2728 model, as it reflects the smallest timestep in the model run.
2729
2730

2731   Liquid Spot Remover
2732   Exposure to TCE in liquid spot remover products was evaluated based on four liquid products with
2733   weight fractions ranging from 50-75%.
2734
2735   Westat Survey data on spot removers were used as the basis for room of use, duration of use, and mass
2736   of product used. Survey responses indicate that 39.1% of respondents have used products in this
2737   category; 43.9% reported use of a liquid formulation and 56.1% reported use of an aerosol formulation.
2738   Therefore, these Westat data were applied to both aerosol and liquid product scenarios. The room of use
2739   (Zone 1) was set to the utility room (20 m$^3$).
2740
2741   Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2742   intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for*
2743   *Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer*
2744   *Dermal Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based on all
2745   iterations of this modeling scenario.
2746
2747   **Table 2-67. Acute Inhalation Exposure Summary: Liquid Spot Remover**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (75) | 95th %ile (477.2) | User | 3.99E+01 |
| | | | | Bystander | 8.02 |
| Moderate-Intensity User | 50th %ile (5) | Max (75) | 50th %ile (57) | User | 4.73 |
| | | | | Bystander | 8.72E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (50) | 10th %ile (10.7) | User | 5.47E-01 |
| | | | | Bystander | 1.07E-01 |

2748   [1] Actual product weight fractions were: <50%; <75%; and >75%.
2749   [2] The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2750   timestep in the model run.
2751
2752   Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2753   assumed that the product could be applied in a manner leading to dermal contact with impeded
2754   evaporation.
2755
2756   **Table 2-68. Acute Dermal Exposure Summary: Liquid Spot Remover**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | Max (75) | Adult (≥21 years) | 3.91 |
| | | | Children (16-20 years) | 3.66 |
| | | | Children (11-15 years) | 4.00 |
| Moderate-Intensity User | 50th %ile (5) | Max (75) | Adult (≥21 years) | 6.51E-01 |
| | | | Children (16-20 years) | 6.09E-01 |
| | | | Children (11-15 years) | 6.66E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | Min (50) | Adult (≥21 years) | 4.34E-02 |
| | | | Children (16-20 years) | 4.06E-02 |
| | | | Children (11-15 years) | 4.44E-02 |

2757   [1] Actual product weight fractions were: <50%; <75%; and >75%.
2758   [2] The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the

2759   model, as it reflects the smallest timestep in the model run.
2760
2761   ***Arts, Crafts, and Hobby Materials***
2762   Fixatives & Finishing Spray Coating
2763   Exposure to TCE in fixatives & finishing spray coating products was evaluated based on one aerosol
2764   product with a weight fraction of 20-30% TCE. This particular product subcategory is not expected to be
2765   a children's artcs, crafts, or hobby use; therefore, in the dermal exposure scenarios, only children 11
2766   years or greater are included as users, as with other evaluated consumer scenarios.
2767
2768   Westat Survey data on aerosol rust removers were used as the basis for duration of use and mass of
2769   product used. This Westat category was selected as a surrogate, as there were no well-aligned product
2770   categories for this use. However, survey responses for the selected surrogate category reported 98.3%
2771   use of aerosol formulations, which is supportive of its application to the modeled product scenario.
2772   Duration of use and mass of product data were considered more reasonable (*i.e.,* lower) than the higher
2773   use patterns associated with most of the solvent degreasing or cleaning categories. The room of use
2774   (Zone 1) was set to the utility room (20 m$^3$).
2775
2776   Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2777   intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*
2778   *Consumer Inhalation Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based
2779   on all iterations of this modeling scenario.
2780
2781   **Table 2-69. Acute Inhalation Exposure Summary: Fixatives & Finishing Spray Coatings**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (30) | 95th %ile (306) | User | 9.31 |
| | | | | Bystander | 2.28 |
| Moderate-Intensity User | 50th %ile (5) | (30) | 50th %ile (45.2) | User | 1.50 |
| | | | | Bystander | 2.77E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (30) | 10th %ile (9.4) | User | 2.90E-01 |
| | | | | Bystander | 5.66E-02 |

2782   [1]Single product weight fraction of 20-30% available.
2783   [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2784   timestep in the model run.
2785
2786   This condition of use was also assessed in the 2014 TSCA Work Plan Chemical Risk Assessment (U.S.
2787   EPA, 2014b). In the prior assessment, different inputs were used for certain modeling parameters
2788   including mass used and duration of use. The amount of TCE used (11 g – roughly 37 g of product) in
2789   the 2014 assessment is roughly equivalent to the 50th percentile input obtained from the Westat survey
2790   rust remover surrogate scenario applied in this latest evaluation. These inputs and associated 24-hr acute
2791   air concentrations for users and bystanders are included below.
2792
2793   **Table 2-70. 2014 Acute Inhalation Exposure Summary: Fixatives & Finishing Spray Coatings**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Mass Used (g) | Product User or Bystander | 24-hr TWA (ppm) |
|---|---|---|---|---|---|
| 2014 Chemical Work Plan Risk Assessment | 30 | 30 | 11[1] | User | 0.4 |
| | | | | Bystander | 0.1 |

2794 [1]Note that this conversion assumes a formulation density of 1. Actual product densities range from 1.46-1.52 g/cm$^3$. This
2795 input is also provided in terms of mass of TCE per use, rather than mass of product per use, which is the actual model input.
2796 11 g of TCE in this 30% formulation would equate to roughly 37 g of product per use, which is similar to the central
2797 tendency input used in the current evaluation.

2798

2799 Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2800 pattern is not expected to involve dermal contact with impeded evaporation.

2801

2802 **Table 2-71. Acute Dermal Exposure Summary: Fixatives & Finishing Spray Coatings**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (30) | Adult (≥21 years) | 5.52E-01 |
| | | | Children (16-20 years) | 5.16E-01 |
| | | | Children (11-15 years) | 5.65E-01 |
| Moderate-Intensity User | 50th %ile (5) | (30) | Adult (≥21 years) | 1.40E-01 |
| | | | Children (16-20 years) | 1.31E-01 |
| | | | Children (11-15 years) | 1.44E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (30) | Adult (≥21 years) | 1.59E-02 |
| | | | Children (16-20 years) | 1.49E-02 |
| | | | Children (11-15 years) | 1.63E-02 |

2803 [1]Single product weight fraction of 20-30% available.
2804 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2805 timestep in the model run.

2806

2807 ***Apparel and Footwear care Products***
2808 Shoe Polish
2809 Exposure to TCE in shoe polish products was evaluated based on one aerosol product with a weight
2810 fraction of 10-20% TCE.

2811

2812 Westat Survey data on spray shoe polish were used as the basis for room of use, duration of use, and
2813 mass of product used. Survey responses indicate that 11.7% of respondents have used products in this
2814 category; 97.7% reported use of aerosol formulations. The room of use (Zone 1) was set to the utility
2815 room (20 m$^3$).

2816

2817 Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2818 intensity user scenarios. See Supplemental Files [*Exposure Modeling Results and Risk Estimates for
2819 Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer
2820 Dermal Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based on all
2821 iterations of this modeling scenario.

2822

2823 **Table 2-72. Acute Inhalation Exposure Summary: Shoe Polish**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (20) | 95th %ile (151.4) | User | 2.77 |
| | | | | Bystander | 6.79E-01 |
| Moderate-Intensity User | 50th %ile (5) | (20) | 50th %ile (15.4) | User | 3.41E-01 |
| | | | | Bystander | 6.28E-02 |

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| Low-Intensity User | 10th %ile (0.5) | (20) | 10th %ile (2.9) | User | 5.96E-02 |
| | | | | Bystander | 1.16E-02 |

2824  [1]Single weight fraction of 10-20% available.

2825

2826  Dermal exposures for this scenario are based on CEM's permeability model (P_DER2b), as it is
2827  assumed that the product could be applied in a manner leading to dermal contact with impeded
2828  evaporation.

2829

2830  **Table 2-73. Acute Dermal Exposure Summary: Shoe Polish**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (20) | Adult (≥21 years) | 3.68E-01 |
| | | | Children (16-20 years) | 3.44E-01 |
| | | | Children (11-15 years) | 3.76E-01 |
| Moderate-Intensity User | 50th %ile (5) | (20) | Adult (≥21 years) | 6.13E-02 |
| | | | Children (16-20 years) | 5.74E-02 |
| | | | Children (11-15 years) | 6.27E-02 |
| Low-Intensity User | 10th %ile (0.5) | (20) | Adult (≥21 years) | 6.13E-03 |
| | | | Children (16-20 years) | 5.74E-03 |
| | | | Children (11-15 years) | 6.27E-03 |

2831  [1]Single weight fraction of 10-20% available.
2832  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2833  timestep in the model run.

2834

2835  ***Other Consumer Uses***

2836  <u>Fabric Spray</u>

2837  Exposure to TCE in fabric spray products was evaluated based on one aerosol product with a weight
2838  fraction of 20-40% TCE. This use (*i.e.,* no-fray fabric spray) was originally identified in the 2014 TSCA
2839  Work Plan Chemical Risk Assessment of TCE (U.S. EPA, 2014b).

2840

2841  Westat Survey data on water repellents/protectors for suede, leather, and cloth were used as the basis for
2842  room of use, duration of use, and mass of product used. Survey responses indicate that 35.5% of
2843  respondents have used products in this category; 72.1% reported use of aerosol formulations. The room
2844  of use (Zone 1) was set to the utility room (20 m$^3$).

2845

2846  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2847  intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for
2848  Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based
2849  on all iterations of this modeling scenario.

2850

2851

2852    **Table 2-74. Acute Inhalation Exposure Summary: Fabric Spray**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (40) | 95th %ile (326.8) | User | 1.33E+01 |
| | | | | Bystander | 3.24 |
| Moderate-Intensity User | 50th %ile (10) | (40) | 50th %ile (49.9) | User | 2.23 |
| | | | | Bystander | 4.15E-01 |
| Low-Intensity User | 10th %ile (1.4) | (40) | 10th %ile (11.4) | User | 4.66E-01 |
| | | | | Bystander | 9.18E-02 |

2853    [1]Single product weight fraction of 20-40% available.
2854
2855    Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2856    pattern is not expected to involve dermal contact with impeded evaporation.
2857
2858    **Table 2-75. Acute Dermal Exposure Summary: Fabric Spray**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (40) | Adult (≥21 years) | 6.42E-01 |
| | | | Children (16-20 years) | 6.01E-01 |
| | | | Children (11-15 years) | 6.58E-01 |
| Moderate-Intensity User | 50th %ile (10) | (40) | Adult (≥21 years) | 2.87E-01 |
| | | | Children (16-20 years) | 2.68E-01 |
| | | | Children (11-15 years) | 2.94E-01 |
| Low-Intensity User | 10th %ile (1.4) | (40) | Adult (≥21 years) | 5.05E-02 |
| | | | Children (16-20 years) | 4.73E-02 |
| | | | Children (11-15 years) | 5.18E-02 |

2859    [1]Single product weight fraction of 20-40% available.
2860
2861    <u>Film Cleaner</u>
2862    Exposure to TCE in film cleaner products was evaluated based on two aerosol products with weight
2863    fractions ranging 80-100% TCE.
2864
2865    Westat Survey data on aerosol rust removers were used as the basis for duration of use and mass of
2866    product used. This Westat category was selected as a surrogate, as there were no well-aligned product
2867    categories for this use. However, survey responses for the selected surrogate category reported 98.3%
2868    use of aerosol formulations, which is supportive of its application to the modeled product scenario.
2869    Duration of use and mass of product data were also reviewed for reasonableness and were considered
2870    more reasonable (*i.e.,* lower) than the higher use patterns associated with most of the solvent degreasing
2871    or cleaning categories. The room of use (Zone 1) was set to the utility room (20 m$^3$).
2872
2873    Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2874    intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*
2875    *Consumer Inhalation Exposures. Docket:* EPA-HQ-OPPT-2019-0500] for the full range of results based
2876    on all iterations of this modeling scenario.
2877
2878
2879

2880  **Table 2-76. Acute Inhalation Exposure Summary: Film Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (100) | 95th %ile (632.9) | User | 6.42E+01 |
| | | | | Bystander | 1.57E+01 |
| Moderate-Intensity User | 50th %ile (5) | (100) | 50th %ile (93.4) | User | 1.03E+01 |
| | | | | Bystander | 1.91 |
| Low-Intensity User | 10th %ile (0.5)[2] | (100) | 10th %ile (19.4) | User | 1.99 |
| | | | | Bystander | 3.89E-01 |

2881  [1]Actual product weight fractions were: 80-100% and 95%.
2882  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2883  timestep in the model run.
2884
2885  Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2886  pattern is not expected to involve dermal contact with impeded evaporation.
2887
2888  **Table 2-77. Acute Dermal Exposure Summary: Film Cleaner**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (100) | Adult (≥21 years) | 3.80 |
| | | | Children (16-20 years) | 3.56 |
| | | | Children (11-15 years) | 3.89 |
| Moderate-Intensity User | 50th %ile (5) | (100) | Adult (≥21 years) | 9.68E-01 |
| | | | Children (16-20 years) | 9.06E-01 |
| | | | Children (11-15 years) | 9.91E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (100) | Adult (≥21 years) | 1.10E-01 |
| | | | Children (16-20 years) | 1.03E-01 |
| | | | Children (11-15 years) | 1.12E-01 |

2889  [1]Actual product weight fractions were: 80-100% and 95%.
2890  [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2891  timestep in the model run.
2892
2893  Hoof Polish
2894  Exposure to TCE in hoof polish products was evaluated based on one aerosol product with an
2895  unreported weight fraction. Modeling was based on the upper-end of the narrow range of shoe polish
2896  and spray fixative/coating formulation weight fractions (20-30%).
2897
2898  Westat Survey data on spray shoe polish were used as the basis for duration of use and mass of product
2899  used. This Westat category was selected as a surrogate, as there were no well-aligned product categories
2900  for this use. Survey data indicate that 11.7% of respondents used products in this category; 97.7%
2901  reported use of aerosol formulations. The room of use (Zone 1) was set to approximate a barn
2902  environment. This was done by using a garage (90 m$^3$) but increasing the default air exchange rate of a
2903  residential room from 0.45 to 4 air exchanged per hour, which was based on recommended ventilation
2904  rates for a horse stable (Pennsylvania State University, 2016).
2905
2906  Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-
2907  intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for*

2908 *Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based
2909 on all iterations of this modeling scenario.
2910

2911 **Table 2-78. Acute Inhalation Exposure Summary: Hoof Polish**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (30) | 95th %ile (208.2) | User | 2.21 |
| | | | | Bystander | 1.10E-02 |
| Moderate-Intensity User | 50th %ile (5) | (30) | 50th %ile (21.2) | User | 2.16E-01 |
| | | | | Bystander | 4.76E-04 |
| Low-Intensity User | 10th %ile (0.5) | (30) | 10th %ile (4) | User | 3.08E-02 |
| | | | | Bystander | 7.79E-05 |

2912 [1]Actual weight fraction is not reported; modeling was based on the upper-end of the narrow range of shoe polish and spray
2913 fixative/coating formulation weight fractions (20-30%).
2914

2915 Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use
2916 pattern is not expected to involve dermal contact with impeded evaporation.
2917

2918 **Table 2-79. Acute Dermal Exposure Summary: Hoof Polish**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (30) | (30) | Adult (≥21 years) | 4.66E-01 |
| | | | Children (16-20 years) | 4.36E-01 |
| | | | Children (11-15 years) | 4.77E-01 |
| Moderate-Intensity User | 50th %ile (5) | (30) | Adult (≥21 years) | 1.40E-01 |
| | | | Children (16-20 years) | 1.31E-01 |
| | | | Children (11-15 years) | 1.44E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (30) | Adult (≥21 years) | 1.59E-02 |
| | | | Children (16-20 years) | 1.49E-02 |
| | | | Children (11-15 years) | 1.63E-02 |

2919 [1]Actual weight fraction is not reported; modeling was based on the upper-end of the narrow range of shoe polish and spray
2920 fixative/coating formulation weight fractions (20-30%).
2921 [2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest
2922 timestep in the model run.
2923

2924 Pepper Spray
2925 Exposure to TCE in pepper spray products was evaluated based on two aerosol products with a single
2926 reported weight fraction of 91.5% TCE.
2927

2928 Product research was the basis for duration of use and mass of product used. One spray from the most
2929 common civilian canister is estimated to be approximately 0.0216-0.108 ounces, based on information
2930 on a pepper spray manufacturer's website. One spray was assumed for the low-intensity scenario, while
2931 use of the entire keychain-sized canister (0.54 oz, 15 g) was assumed for the high-intensity user scenario
2932 and a half canister was assumed for the moderate-use intensity scenario. Spraying occurred between 3
2933 and 5 seconds (0.05-0.08 min) before obtaining desired effect (Bertilsson et al., 2017), but use duration
2934 was rounded up to the lowest time step within CEM (30 seconds). The room of use (Zone 1) was set to
2935 approximate a "cloud" around the user (16 m$^3$) in an outdoor environment. This was done by increasing

the default air exchange rate of a residential room from 0.45 to 100 air exchanges per hour. Since the interzonal ventilation rate for this "outdoor" scenario is held at 0, there are no bystander exposures estimated. Based on the limited parameter data for this scenario, no inputs were varied.

Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based on all iterations of this modeling scenario.

**Table 2-80. Acute Inhalation Exposure Summary: Pepper Spray**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | (0.5)[2] | (91.5) | (15) | User | 6.65E-02 |
| | | | | Bystander | 6.65E-02 |
| Moderate -Intensity User | (0.5)[2] | (91.5) | (7.5) | User | 3.33E-02 |
| | | | | Bystander | 3.33E-02 |
| Low-Intensity User | (0.5)[2] | (91.5) | (4) | User | 1.77E-02 |
| | | | | Bystander | 1.77E-02 |

[1]Single weight fraction of 91.5% available.
[2]The selected < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest timestep in the model run.
[3]Bystander in the home not modeled due to simulated outdoor scenario - can be considered equal to user.

Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use pattern is not expected to involve dermal contact with impeded evaporation. Only a single scenario is shown for dermal, as there are only single inputs for duration and weight fraction, which are the only two varied parameters utilized in the dermal model.

**Table 2-81. Acute Dermal Exposure Summary: Pepper Spray**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| Single Scenario | (0.5)[2] | (91.5) | Adult (≥21 years) | 8.62E-02 |
| | | | Children (16-20 years) | 8.07E-02 |
| | | | Children (11-15 years) | 8.82E-02 |

[1]Single weight fraction of 91.5% available.
[2]The low-end duration is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest timestep in the model run.

Toner Aid

Exposure to TCE in toner aid products was evaluated based on one aerosol product with a weight fraction of 10-20% TCE.

Westat Survey data on aerosol rust removers were used as the basis for duration of use and mass of product used. This Westat category was selected as a surrogate, as there were no well-aligned product categories for this use. However, survey responses for the selected surrogate category reported 98.3% use of aerosol formulations, which is supportive of its application to the modeled product scenario. Duration of use and mass of product data were also reviewed for reasonableness and were considered more reasonable (*i.e.,* lower) than the higher use patterns associated with most of the solvent degreasing or cleaning categories. The room of use (Zone 1) was set to the utility room (20 m$^3$).

Inhalation exposures for users and bystanders are presented below reflecting high-, moderate-, and low-intensity user scenarios. See Supplemental File [*Exposure Modeling Results and Risk Estimates for Consumer Inhalation Exposures. Docket: EPA-HQ-OPPT-2019-0500*] for the full range of results based on all iterations of this modeling scenario.

**Table 2-82. Acute Inhalation Exposure Summary: Toner Aid**

| Scenario Description | Duration of Use (min) | Weight Fraction[1] (%) | Mass Used (g) | Product User or Bystander | 24-hr Max TWA (ppm) |
|---|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (20) | 95th %ile (434.7) | User | 8.82 |
| | | | | Bystander | 2.16 |
| Moderate-Intensity User | 50th %ile (5) | (20) | 50th %ile (64.2) | User | 1.42 |
| | | | | Bystander | 2.62E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (20) | 10th %ile (13.3) | User | 2.73E-01 |
| | | | | Bystander | 5.34E-02 |

[1]Single weight fraction of 10-20% available.
[2]The selected < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest timestep in the model run.

Dermal exposures for this scenario are based on CEM's fraction absorbed model (P_DER2a), as this use pattern is not expected to involve dermal contact with impeded evaporation.

**Table 2-83. Acute Dermal Exposure Summary: Toner Aid**

| Scenario Description | Duration of Use (min) | Weight Fraction (%) | Receptor | Acute ADR (mg/kg/day) |
|---|---|---|---|---|
| High-Intensity User | 95th %ile (60) | (20) | Adult (≥21 years) | 5.23E-01 |
| | | | Children (16-20 years) | 4.89E-01 |
| | | | Children (11-15 years) | 5.35E-01 |
| Moderate-Intensity User | 50th %ile (5) | (20) | Adult (≥21 years) | 1.33E-01 |
| | | | Children (16-20 years) | 1.24E-01 |
| | | | Children (11-15 years) | 1.36E-01 |
| Low-Intensity User | 10th %ile (0.5)[2] | (20) | Adult (≥21 years) | 1.51E-02 |
| | | | Children (16-20 years) | 1.41E-02 |
| | | | Children (11-15 years) | 1.54E-02 |

[1]Single weight fraction of 10-20% available.
[2]The 10th percentile duration from Westat is < 0.5 minutes, but 0.5 minutes was used in the model, as it reflects the smallest timestep in the model run.

### 2.3.2.5.3  Summary of Consumer Exposure Assessment

Table 2-84 displays the consumer conditions of use evaluated for acute inhalation and/or dermal exposures.

**Table 2-84. Evaluated Pathways for Consumer Conditions of Use**

| Life Cycle Stage | Categories | Product Subcategories | Form | Acute Inhalation Exposure | Acute Dermal Exposure |
|---|---|---|---|---|---|
| Use | Solvents for Cleaning and Degreasing | Brake & Parts Cleaner | Aerosol | ✓ | ✓ |
| | | Electronic Degreaser/Cleaner | Aerosol | ✓ | ✓ |
| | | Electronic Degreaser/Cleaner | Liquid | ✓ | ✓ |
| | | Aerosol Spray Degreaser/Cleaner | Aerosol | ✓ | ✓ |
| | | Liquid Degreaser/Cleaner | Liquid | ✓ | ✓ |
| | | Gun Scrubber | Aerosol | ✓ | ✓ |
| | | Gun Scrubber | Liquid | ✓ | ✓ |
| | | Mold Release | Aerosol | ✓ | ✓ |
| | | Tire Cleaner | Aerosol | ✓ | ✓ |
| | | Tire Cleaner | Liquid | ✓ | ✓ |
| | Lubricants and Greases | Tap & Die Fluid | Aerosol | ✓ | ✓ |
| | | Penetrating Lubricant | Aerosol | ✓ | ✓ |
| | Adhesives and Sealants | Solvent-based Adhesive & Sealant | Liquid | ✓ | ✓ |
| | | Mirror-edge Sealant | Aerosol | ✓ | ✓ |
| | | Tire Repair Cement/Sealer | Liquid | ✓ | ✓ |
| | Cleaning and Furniture Care Products | Carpet Cleaner | Liquid | ✓ | ✓ |
| | | Spot Remover | Aerosol | ✓ | ✓ |
| | | Spot Remover | Liquid | ✓ | ✓ |
| | Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings | Aerosol | ✓ | ✓ |
| | Apparel and Footwear Care Products | Shoe Polish | Aerosol | ✓ | ✓ |
| | Other Consumer Uses | Fabric Spray | Aerosol | ✓ | ✓ |
| | | Film Cleaner | Aerosol | ✓ | ✓ |
| | | Hoof Polish | Aerosol | ✓ | ✓ |
| | | Pepper Spray | Aerosol | ✓ | ✓ |
| | | Toner Aid | Aerosol | ✓ | ✓ |

A range in acute inhalation and acute dermal exposures is provided in Table 2-85., summarized by the consumer category. Ranges provided are based on the presented user scenario descriptions (high-, moderate-, and low-intensity) and may not reflect overall minimum and maximum exposure levels from all iterations of the modeling scenario, which can be seen in the Supplemental Files [*Exposure Modeling Results and Risk Estimates for Consumer Inhalation Exposures* and *Risk Exposure Modeling Results and Risk Estimates for Consumer Dermal Exposures. Docket: EPA-HQ-OPPT-2019-0500*].

3003    **Table 2-85. Summary of Consumer Exposure Levels by Category**

| Consumer Category | Acute Inhalation 24-hr TWA[1] (ppm) | | Acute Dermal ADR[2] (mg/kg/d) |
|---|---|---|---|
| Solvents for Cleaning and Degreasing | User | 4.55E-02 – 1.62E+02 | 3.52E-02 – 2.38E+01 |
| | Bystander | 8.47E-03 – 4.71E+01 | |
| Lubricants and Greases | User | 2.16E-02 – 1.47E+01 | 5.01E-03 – 2.01 |
| | Bystander | 4.21E-03 – 2.95 | |
| Adhesives and Sealants | User | 6.64E-03 – 1.69E+01 | 1.28E-02 – 9.00 |
| | Bystander | 1.30E-03 – 4.14 | |
| Cleaning and Furniture Care Products | User | 3.55E-01 – 5.26E+01 | 2.63E-02 – 5.82 |
| | Bystander | 6.92E-02 – 1.15E+01 | |
| Arts, Crafts, and Hobby Materials | User | 2.90E-01 – 9.31 | 1.49E-02 – 5.65E-01 |
| | Bystander | 5.66E-02 – 2.28 | |
| Apparel and Footwear Care Products | User | 5.96E-02 – 2.77 | 5.74E-03 – 3.76E-01 |
| | Bystander | 1.16E-02 – 6.79E-01 | |
| Other Consumer Uses | User | 1.77E-02 – 6.42E+01 | 1.41E-02 – 3.56 |
| | Bystander | 7.79E-05 – 1.57E+01 | |

[1]The level of variation displayed in the ranges of consumer categories reflect multiple, specific consumer conditions of use / subcategories and do not reflect the degree of variation present within scenario-specific results. The displayed category ranges therefore reflect a much broader spread of exposure estimates.
[2]The range in acute dermal ADRs reflect all age groups modeled (children and adult).

3004    ### 2.3.2.6    Assumptions and Key Sources of Uncertainty for Consumer
3005    Exposures

3006    EPA's approach recognizes the need to include uncertainty analysis. One important distinction for such
3007    an analysis is variability versus uncertainty – both aspects need to be addressed. Variability refers to the
3008    inherent heterogeneity or diversity of data in an assessment. It is a quantitative description of the range
3009    or spread of a set of values and is often expressed through statistical metrics, such as variance or
3010    standard deviation, that reflect the underlying variability of the data. Uncertainty refers to a lack of data
3011    or an incomplete understanding of the context of the Risk Evaluation decision.
3012
3013    Variability cannot be reduced, but it can be better characterized. Uncertainty can be reduced by
3014    collecting more or better data. Quantitative methods to address uncertainty include non-probabilistic
3015    approaches such as sensitivity analysis and probabilistic or stochastic methods. Uncertainty can also be
3016    addressed qualitatively, by including a discussion of factors such as data gaps and subjective decisions
3017    or instances where professional judgment was used.
3018
3019    Uncertainties associated with approaches and data used in the evaluation of consumer exposures are
3020    described below.
3021
3022
3023

### 2.3.2.6.1  Modeling Approach Uncertainties

*Deterministic vs. Stochastic*

With deterministic approaches like the one applied in this evaluation of consumer exposure, the output of the model is fully determined by the choices of parameter values and initial conditions. Stochastic approaches feature inherent randomness, such that a given set of parameter values and initial conditions can lead to an ensemble of different model outputs. The overall approach to the CEM modeling is intended to capture a range of low- to high-intensity User exposure estimates by varying only a limited number of key parameters that represent the range of consumer product and use patterns for each scenario. As previously mentioned the parameters selected were chemical weight fraction, product mass, and duration of use. All other parameters remained constant between model runs. Since not all parameters were varied, there is uncertainty regarding the full range of possible exposure estimates. Although these estimates are thought to reflect the range in exposure estimates for the suite of possible exposures based on the three varied parameters, the scenarios presented are not considered bounding or "worst-case," as there are unvaried parameters that are also identified as sensitive inputs held constant at a central tendency value. These include the room of use volume, residential building volume, and air exchange rate. Because EPA's largely deterministic approach involves choices regarding highly influential factors such as mass of product used and weight fraction, it likely captures the range of potential exposure levels although it does not necessarily enable characterization of the full probabilistic distribution of all possible outcomes.

*Aggregate Exposure*

Dermal and inhalation exposure estimates were not aggregated due to uncertainties associated with the absence of a dermal compartment in the PBPK model. Further, background levels of TCE in indoor and outdoor air are not considered or aggregated in this assessment; therefore, there is a potential for underestimating consumer inhalation exposures, particularly for populations living near a facility emitting TCE or living in a home with other sources of TCE, such as TCE-containing products stored in the home. For example, the indoor air and personal breathing zone monitoring values presented in Appendix D.4 were not considered for aggregation with modeled, use-specific acute air concentrations. Similarly, inhalation exposures were evaluated on a product-specific basis and are based on use of a single product type within a day, not multiple products. See Section 4.4.2 for additional discussion on EPA's decision to not incorporate aggregate exposure.

*Acute Exposure*

EPA assumes that a consumer product would be used only once per day. This is a reasonable assumption for most scenarios, but a Do-It-Yourself- (DIY-) type user could potentially use the same product multiple times in one day. Additionally, based on human health hazard considerations and typical use patterns, chronic exposures were not evaluated for TCE-containing consumer products. However, it is possible that there would be concern for chronic exposure effects for use frequencies greater than intermittent. For example, daily or DIY-type uses of consumer products could constitute a short-term chronic exposure scenario or repeated-acute exposure scenario that is not captured in this evaluation. Identified chronic non-cancer and cancer hazard endpoints (Section 3.2) are unlikely to present for these populations based on reasonably available information, however the possibility cannot be ruled out. For the vast majority of the consumer population which are only exposed through short-term, occasional use of TCE products, only acute exposure is applicable.

*Dermal Exposure Approach*

For dermal exposure scenarios using the permeability model that may involve dermal contact with impeded evaporation based on professional considerations of the formulation type and likely use pattern, there is uncertainty surrounding the assumption that such dermal contact with impeded evaporation

would occur for those scenarios. For example, for aerosol formulations, it is possible that aerosol degreasing or cleaning products may be sprayed and left to drip or dry from the target surface. It is also possible users would follow spraying with wiping, which could lead to some duration of dermal contact with impeded evaporation. There is related uncertainty surrounding the application of exposure durations for such scenarios. The exposure durations modeled are based on reported durations of product use and may not reflect reasonable durations of such dermal contact with impeded evaporation. In many cases, the exposure duration modeled could exceed a reasonable duration of such dermal contact with a wet rag, for example. Therefore, dermal exposure results based on the higher-end durations (*i.e.,* those associated with the moderate- and high-intensity user scenarios) may overestimate dermal exposure.

For scenarios using the absorption fraction model that are less likely to involve dermal contact with impeded evaporation, there is uncertainty surrounding the assumption that the entire mass present in the thin film is absorbed and retained in the stratum corneum following a use event. The fractional absorption factor estimated based on on Frasch and Bunge (2015) is intended to be applied to the mass retained in the stratum cornum after exposure; it does not account for evaporation from the skin surface during the exposure event. Therefore, the assumption that the entire amount of chemical present in the thin film on the skin surface is retained in the stratum corneum may lead to uncertainty in the absorbed dose estimate.

### *Inhalation Modeling for Outdoor Scenarios*
The CEM model does not currently accommodate outdoor scenarios. For products that are intended to be used outdoors, modifications to the CEM inputs were made to simulate an outdoor scenario by adjusting Zone 1 parameters (which represents the room of use or use environment). In modeling pepper spray, the garage was selected as the room of use, but the room volume was changed to 16 m$^3$ to represent a half-dome chemical cloud around the person using the product. Additionally, the air exchange rate for Zone 1 was set to 100 to reflect the high rate between the cloud and the rest of outside. The interzonal ventilation rate was set to 0, which effectively blocks the exchange of air between Zone 1 and the rest of the house. Thus, the concentrations users are exposed to inside the home after product use is zero. In the outside scenario, bystanders in the home are assumed to have zero exposures. However, bystanders in the outdoor environment were not modeled, but could potentially be exposed to similar levels as the user.

### *Bystanders*
Inhalation exposures for bystanders in the home are estimated assuming that they are not present in the room of use (*i.e.*, Zone 1) during the use event. This is unlike the product user or consumer, who is assumed to be present in Zone 1 for the duration of the use event. It is possible that bystanders could be in the room of use, in which casem their exposure levels may approach those estimated for the product users.

## 2.3.2.6.2   Data Uncertainties
### *Product Data*
The products and articles assessed in this Risk Evaluation are largely based on EPA's 2017 Use and Market Profile for TCE, as well as EPA's Use Report and Preliminary Information on Manufacturing, Processing, Distribution, Use, and Disposal: TCE, which provide information on commercial and consumer products available in the US marketplace at that time (U.S. EPA, 2017c, h). While it is possible that some products may have changed since 2017, EPA believes that the timeframe is recent enough to represent the ongoing and reasonably foreseen consumer uses. Additional sources of product information were evaluated, including product databases such as the NIH Household Product Survey and EPA's Chemical and Products Database (CPDat), and internet searches using CASRNs, chemical

3121 names, and trade names to identify supplier and retail sites for available products, product labels, and
3122 safety data sheets (SDSs). EPA also makes use of communications with companies, industry groups,
3123 environmental organizations, and public comments to supplement the information when possible.There
3124 are limited available product databases and they are not necessarily complete nor consistently updated
3125 and general internet searches cannot guarantee entirely comprehensive product identification. Therefore,
3126 it is possible that the entire universe of products may not have been identified, or that certain changes in
3127 the universe of products may not have been captured, due to market changes or research limitations.
3128
3129 ***Use Patterns***
3130 A comprehensive survey of consumer use patterns in the Westat Survey, was used to parameterize
3131 critical consumer modeling inputs, based on applicable product and use categories. This large survey of
3132 over 4,920 completed questionnaires, obtained through a randomized sampling technique, is highly
3133 relevant because the primary purpose was to provide statistics on the use of solvent-containing consumer
3134 products for the calculation of exposure estimates. The survey focused on 32 different common
3135 household product categories, generally associated with cleaning, painting, lubricating, and automotive
3136 care. Although there is uncertainty due to the age of the use pattern data, as specific products in the
3137 household product categories have likely changed over time, EPA believes that the use pattern data
3138 presented in the Westat survey reflect reasonable estimates for current use patterns of similar product
3139 types.
3140
3141 A crosswalk was completed to select the most appropriate Westat survey category for each consumer
3142 conditions of use in the current Risk Evaluation. Although detailed product descriptions were not
3143 provided in the Westat survey, a list of product brands and formulation type in each category was useful
3144 in pairing the Westat product categories to the scenarios being assessed. In most cases, the product
3145 categories in the Westat survey aligned reasonably well with the products being assessed. Where Westat
3146 survey product categories did not align well with consumer conditions of use, professional judgment
3147 was used to select the most appropriate Westat category. This involved considering the reasonableness
3148 of the duration and mass used, as well as comparing the primary formulation type. For a limited number
3149 of scenarios, technical fact sheets or labels with information on product use amounts were available, and
3150 this information was used in the assessment as needed.
3151
3152 Westat's overall respondent pool of the survey was large, but the number of users in each product
3153 category was varied, with some product categories having a much smaller pool of respondents than
3154 others. Product categories such as spot removers, cleaning fluids, glues and adhesives, lubricants, paints,
3155 paint strippers, fabric water repellents, wood stains, tire cleaners, engine degreasers, carburetor cleaners,
3156 and specialized electronic cleaners had sample sizes ranging from roughly 500 to 2,000 users; whereas,
3157 categories such as shoe polish, adhesive removers, rust removers, primers, outdoor water repellents,
3158 gasket removers and brake cleaners had sample sizes of fewer than 500 users.
3159
3160 Ease of access to products on-line or in big box stores (like home improvement stores), readily
3161 accessible how-to videos, and a consumer movement toward more do-it-yourself projects with products
3162 containing the chemical of concern could impact the representativeness of the consumer use patterns
3163 described within the Westat Survey and may lead to an underestimate of overall consumer exposure. In
3164 addition, patterns of consumer use for certain subpopulations (*e.g.,* tribal communities) may not be
3165 represented in the survey data. Thus, there is a some uncertainty associated with the representativeness
3166 of the consumer use patterns described within the Westat Survey and present day consumer use patterns.
3167
3168

3169 ***Emission Rate***
3170 The higher-tier Multi-Chamber Concentration and Exposure Model (MCCEM) was considered by EPA
3171 for use in estimating inhalation exposures from consumer conditions of use; however, key data (*i.e.,*
3172 chamber emission data) were not reasonably available. Therefore, the model used (CEM 2.1) estimates
3173 of emission rate based on chemical properties and emission profiles matching a spray or liquid
3174 application.

### 2.3.2.7    Confidence in Consumer Exposure Scenarios

3176 The considerations and confidence ratings for the acute inhalation consumer exposure scenarios are
3177 displayed in Table 2-86. Overall, there is moderate to high or high confidence in the consumer
3178 inhalation exposure modeling approach and results. This is based on strength of the model employed, as
3179 well as the quality and relevance of the default and user-selected/varied modeling inputs. CEM 2.1 is
3180 peer reviewed, publicly available, and was designed to estimate inhalation and dermal exposures from
3181 household uses of products and articles. CEM 2.1 uses central-tendency default values for sensitive
3182 inputs such as building and room volumes, interzonal ventilation rate, and air exchange rates. These
3183 parameters were not varied by EPA due to EPA having greater confidence in the central tendency inputs
3184 for such factors that are outside of a user's control (unlike, *e.g.,* mass used, use duration). These defaults
3185 are sourced from EPA's exposure factors handbook (U.S. EPA, 2011c). The one default value with a
3186 high-end input is the overspray fraction, which is used in the aerosol or spray scenarios. It assumes a
3187 certain percentage is immediately available for inhalation. However, due to TCE's physical chemical
3188 properties, this is a not a sensitive parameter. In the 2014 TCE Risk Assessment, this parameter was
3189 varied from 1% to 25% and resulted in almost no difference in the modeled peak air concentration (U.S.
3190 EPA, 2014b). The default emission rate from a thin film is estimated within the model based on TCE's
3191 molecular weight and vapor pressure, as described in the Chinn equation[19] and is deemed appropriate
3192 given the lack of consumer product chamber emission data. The confidence in the user-selected varied
3193 inputs (*i.e.,* mass used, use duration, and weight fraction) are moderate to high, depending on the
3194 condition of use; the sources of these data include the Westat Survey (U.S. EPA, 1987) and company-
3195 generated safety data sheets (SDSs). The representativeness of the consumer use patterns (duration of
3196 use, amount used, room of use, etc.) described in the Westat Survey (U.S. EPA, 1987) is believed to
3197 remain strong when compared to present day consumer use patterns even though some aspects of the use
3198 may have changed. There is some uncertainty associated with the representativeness of the consumer
3199 use patterns described within the Westat Survey and present day consumer use patterns. In some cases,
3200 professional judgment was used in selection of room of use, which sets the volume for modeling zone 1.
3201
3202 The considerations and confidence ratings for the acute dermal consumer exposure scenarios are
3203 displayed in Table 2-87. Overall, there is a moderate confidence in the consumer dermal exposure
3204 modeling approach and results. For scenarios evaluated using the permeability model, there is
3205 uncertainty related to the potential for and duration of dermal contact with impeded evaporation (*i.e.,*
3206 dermal exposure scenarios wherein volatilization from the skin surface is inhibited). For scenarios
3207 evaluated using the fraction absorbed model, there is uncertainty related to the application of the
3208 fractional absorption term to the amount of chemical within the thin film (*i.e.,* amount retained). Neither
3209 approach incorporates any losses of chemical during the exposure event. However, in doing so, the
3210 model assumes that there are no losses throughout the entire use duration. These factors contribute to the
3211 overall lower confidence in dermal exposure estimates.
3212

---

[19] The value of $k$ is determined from an empirical relationship, developed by (Chinn, 1981), between the time required for 90% of a pure chemical film to evaporate (*EvapTime*) and the chemical's molecular weight (*MW*) and vapor pressure (*VP*): EvapTime = 145 / (MW x VP) 0.9546, $k$ = ln(10) / (EvapTime x 60), where k = first-order rate constant for emission decline (min-1), MW = molecular weight, VP = vapor pressure.

3213 An additional point of confidence in the consumer modeling approach related to capturing variation and
3214 estimating results for a range of exposure levels. Although a probabilistic assessment was not employed,
3215 EPA did use up to three inputs for three key modeling parameters: mass used, use duration, and weight
3216 fraction. The first two parameters are based on the Westat survey data, which presented a distribution of
3217 responses. For these parameters, a low-end (10th percentile), central tendency (50th percentile), and high-
3218 end (95th percentile) was used in modeling. Weight fraction inputs were based on product SDSs, so the
3219 full range of reported weight fractions was reflected in the modeling inputs using either minimum and
3220 maximum weight fractions or using minimum and maximum weight fractions along with a mid-point
3221 weight fraction. For subcategories with only one product, only one weight fraction was used in the
3222 modeling. Otherwise, these parameters were varied in all possible combinations, resulting in up to 27
3223 iterations for a given modeling scenario.

3224
3225 Consumer exposure monitoring studies associated with conditions of use are not reasonably available
3226 for direct comparison with modeled results. Indoor air monitoring data are available but are not
3227 associated with specific conditions of use or TCE-containing consumer products and are therefore only
3228 relevant for considerations of background levels of TCE in homes.

3229
3230 While there were certain scenarios that have moderate confidence ratings rather than high confidence for
3231 user-selected varied inputs, there are not reasonably available alternative inputs that would serve to
3232 increase confidence in the modeling estimates. For example, in modeling film cleaner, the alternative to
3233 applying mass used and use duration from the rust remover Westat survey scenario is professional
3234 judgment, which is unlikely to decrease uncertainty.

3235
3236 **Table 2-86. Confidence Ratings for Acute Inhalation Consumer Exposure Modeling Scenarios**

| Consumer Condition of User | | | Confidence in Model Used[1] | Confidence in Model Default Values[2] | Confidence in User-Selected Varied Inputs | | | | Overall Confidence |
| Category | Subcategory | Form | | | Mass Used[3] | Use Duration[4] | Weight Fraction | Room of Use[5] | |
|---|---|---|---|---|---|---|---|---|---|
| Solvents for Cleaning and Degreasing | Brake & Parts Cleaner | Aerosol | High | High | High | High | High | High | High |
| Solvents for Cleaning and Degreasing | Electronic Degreaser/ Cleaner | Aerosol | High | High | High | High | High | High | High |
| Solvents for Cleaning and Degreasing | Electronic Degreaser/ Cleaner | Liquid | High | High | High | High | High | High | High |
| Solvents for Cleaning and Degreasing | Spray Degreaser/ Cleaner | Aerosol | High | High | High | High | High | High | High |
| Solvents for Cleaning and Degreasing | Liquid Degreaser/ Cleaner | Liquid | High | High | High | High | High | High | High |
| Solvents for Cleaning and Degreasing | Gun Scrubber | Aerosol | High | High | High | Moderate | High | Moderate | Moderate to High |
| Solvents for Cleaning | Gun Scrubber | Liquid | High | High | High | Moderate | High | Moderate | Moderate to High |

| Consumer Condition of User | | | Confidence in Model Used[1] | Confidence in Model Default Values[2] | Confidence in User-Selected Varied Inputs | | | | Overall Confidence |
|---|---|---|---|---|---|---|---|---|---|
| Category | Subcategory | Form | | | Mass Used[3] | Use Duration[4] | Weight Fraction | Room of Use[5] | |
| and Degreasing | | | | | | | | | |
| Solvents for Cleaning and Degreasing | Mold Release | Aerosol | High | High | Moderate | High | High | High | Moderate to High |
| Solvents for Cleaning and Degreasing | Tire Cleaner | Aerosol | High | High | High | High | High | High | High |
| Solvents for Cleaning and Degreasing | Tire Cleaner | Liquid | High | High | High | High | High | High | High |
| Lubricants and Greases | Tap & Die Fluid | Aerosol | High | High | High | High | High | High | High |
| Lubricants and Greases | Penetrating Lubricant | Aerosol | High | High | High | High | High | High | High |
| Adhesives and Sealants | Solvent-based Adhesive & Sealant | Liquid | High | High | High | High | High | High | High |
| Adhesives and Sealants | Mirror-edge Sealant | Aerosol | High | High | Moderate | Moderate | High | High | High |
| Adhesives and Sealants | Tire Repair Cement/ Sealer | Liquid | High | High | High | High | High | High | High |
| Cleaning and Furniture Care Products | Carpet Cleaner | Liquid | High | High | Moderate | Moderate | High | Moderate | Moderate to High |
| Cleaning and Furniture Care Products | Spot Remover | Aerosol | High | High | High | High | High | High | High |
| Cleaning and Furniture Care Products | Spot Remover | Liquid | High | High | High | High | High | High | High |
| Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings | Aerosol | High | High | Moderate | Moderate | High | Moderate | Moderate to High |
| Apparel and Footwear Care Products | Shoe Polish | Aerosol | High | High | High | High | High | High | High |
| Other Consumer Uses | Fabric Spray | Aerosol | High | High | High | High | High | High | High |

| Consumer Condition of User | | | Confidence in Model Used[1] | Confidence in Model Default Values[2] | Confidence in User-Selected Varied Inputs | | | | Overall Confidence |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Category | Subcategory | Form | | | Mass Used[3] | Use Duration[4] | Weight Fraction | Room of Use[5] | |
| Other Consumer Uses | Film Cleaner | Aerosol | High | High | Moderate | Moderate | High | Moderate | Moderate to High |
| Other Consumer Uses | Hoof Polish | Aerosol | High | NA | Moderate | Moderate | High | High | Moderate to High |
| Other Consumer Uses | Pepper Spray | Aerosol | High | NA | High | High | High | Moderate | Moderate to High |
| Other Consumer Uses | Toner Aid | Aerosol | High | High | Moderate | Moderate | High | Moderate | Moderate to High |

[1]The inhalation models within CEM 2.1 have been peer reviewed, are publicly available, and have been applied in a manner intended – to exposures associated with uses of household products and/or articles.
[2]These values include inputs such as building and room volumes, interzonal ventilation rates, and air exchange rates. These default values are all central tendency values (*i.e.,* mean or median values) sourced from EPA's Exposure Factors Handbook (U.S. EPA, 2011c).
[3]Mass Used is primarily sourced from the Westat (1987) survey, which received a high-quality rating during data evaluation and has been applied in previous agency assessments. Two conditions of use had product information that was used instead of Westat (gun scrubber and pepper spray).
[4]Use Duration is primarily sourced from the Westat (1987) survey, which received a high-quality rating during data evaluation and has been applied in previous agency assessments. One condition of use had product information that was used instead of Westat (pepper spray). Relevance of these inputs from the Westat survey to the specific consumer condition of use they were applied to is considered in the reported confidence ratings.
[5]Room of use (zone 1 in modeling) is informed by responses in the Westat (1987) survey, which received a high-quality rating during data evaluation, although professional judgment is also applied for some scenarios. The reasonableness of these judgements is considered in the reported confidence ratings.

3237
3238  **Table 2-87. Confidence Ratings for Acute Dermal Consumer Exposure Modeling Scenarios**

| Consumer Condition of User | | | Confidence in Model Used[1] | Confidence in Model Default Values[2] | Confidence in User-Selected Inputs | | | Overall Confidence |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Category | Subcategory | Form | | | Use Duration[3] | Weight Fraction | Kp[4] | |
| Solvents for Cleaning and Degreasing | Brake & Parts Cleaner | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Electronic Degreaser/ Cleaner | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Electronic Degreaser/ Cleaner | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Spray Degreaser/ Cleaner | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Liquid Degreaser/ Cleaner | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Gun Scrubber | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Gun Scrubber | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Mold Release | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |

| Consumer Condition of User | | | Confidence in Model Used[1] | Confidence in Model Default Values[2] | Confidence in User-Selected Inputs | | | Overall Confidence |
|---|---|---|---|---|---|---|---|---|
| Category | Subcategory | Form | | | Use Duration[3] | Weight Fraction | Kp[4] | |
| | Tire Cleaner | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Tire Cleaner | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| Lubricants and Greases | Tap & Die Fluid | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Penetrating Lubricant | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| Adhesives and Sealants | Solvent-based Adhesive & Sealant | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Mirror-edge Sealant | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Tire Repair Cement/ Sealer | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| Cleaning and Furniture Care Products | Carpet Cleaner | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Spot Remover | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Spot Remover | Liquid | Low to Moderate | Moderate | Low | High | High | Moderate |
| Arts, Crafts, and Hobby Materials | Fixatives & Finishing Spray Coatings | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| Apparel and Footwear Care Products | Shoe Polish | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| Other Consumer Uses | Fabric Spray | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Film Cleaner | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Hoof Polish | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Pepper Spray | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |
| | Toner Aid | Aerosol | Low to Moderate | Moderate | Low | High | High | Moderate |

[1]The dermal models used (permeability and absorption fraction models within CEM 2.1) have been peer reviewed, are publicly available, and have been applied in a manner intended – to estimate exposures associated with uses of household products and/or articles. The low to moderate confidence reflects uncertainties discussed in Section 2.3.2.6.1.

[2]These values include inputs such as surface area to body weight ratios reflecting dermal contact area and film thickness applied in the absorption fraction model. These values are sourced from EPA's Exposure Factors Handbook (U.S. EPA, 2011c).

[3]The dermal permeability coefficient ($K_p$) used (0.0023 cm/hr) is derived from the measured flux for TCE (430 nmol/$cm^2$-min [5.65E-02 mg/$cm^2$-min]) for neat TCE on human skin from (Kezic et al. 2001).

[4]The use duration is primarily sourced from the Westat (1987) survey, which received a high-quality rating during data evaluation and has been applied in previous agency assessments. The dermal modeling receives a "low" confidence for this criterion due to the uncertainty associated with how accurately an exposure event duration reflects dermal contact time.

### 2.3.3   Potentially Exposed or Susceptible Subpopulations

TSCA requires that a Risk Evaluation "determine whether a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the Risk Evaluation by the Administrator, under the conditions of use." TSCA § 3(12) states that "the term '*potentially exposed or susceptible subpopulation*' means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly."

During Problem Formulation (U.S. EPA, 2018d), EPA identified potentially exposed or susceptible subpopulations for further analysis during the development and refinement of the life cycle, conceptual models, exposure scenarios, and analysis plan. In this section, EPA addresses the potentially exposed or susceptible subpopulations identified as relevant based on *greater exposure*. EPA addresses the subpopulations identified as relevant based on *greater susceptibility* in Section 3.2.5.2.

In developing the final Risk Evaluation, EPA analyzed the reasonably available information to ascertain whether some human receptor groups may have greater exposure than the general population to the hazard posed by TCE. Exposures of TCE would be expected to be higher amongst groups living near industrial facilities, groups with TCE containing products in their homes, workers who use TCE as part of typical processes, and groups who have greater age- and route-specific intake rates compared to the general population.

Of the human receptors identified in the previous sections, EPA identifies the following as potentially exposed or susceptible subpopulations due to their greater exposure to TCE and considered them in the Risk Evaluation:

Workers and occupational non-users (ONUs).  EPA reviewed monitoring data found in published literature including both personal exposure monitoring data (direct exposure) and area monitoring data (indirect exposures) and identified data sources that contain measured monitoring data and/or estimated data for the various conditions of use (including import and processing of TCE). Exposure estimates were developed for employees (males and female workers of reproductive age) exposed to TCE as well as non-users or workers exposed to TCE indirectly by being in the same work area of the building. Also, adolescents and female workers of reproductive age (>16 to less than 50 years old) were also considered as potentially exposed or susceptible subpopulations

Consumers/product users and bystanders associated with consumer use. TCE has been identified as being used in products available to consumers. Sections 2.3.2.1 and 2.3.2.2 provide an overview of exposure pathways considered for the consumer assessment. Furthermore, EPA identified consumers and bystanders associated with use of TCE-containing consumer products as a potentially exposed and susceptible subpopulation due to greater exposure as described in Section 2.3.3. For example, higher-intensity users (*i.e.,* those using consumer products for longer durations and in greater amounts) were considered and evaluated in Section 2.3.2. In addition, consumers are considered to include adults as well as children as young as age 11. Bystanders in the home exposed via inhalation are considered to include any age group from infant (including breast fed infants) to adult (including elderly), including pregnant women and/or women of reproductive age. Younger lifestages are likely exposed to higher internal dose concentrations of TCE than adults due to relative physiological differences in body weight,

3287 breathing rate, and other parameters. However, only some individuals within the general population may
3288 use these products. Therefore, those who do use these products are a potentially exposed or susceptible
3289 subpopulation due to greater exposure. Exposures for these subpopulations are considered and/or
3290 evaluated in Section 2.3.2.5 (Table 2-32 through Table 2-82.).

3291

3292 Additionally, higher-intensity users (*i.e.,* those using consumer products for longer durations and in
3293 greater amounts) were considered and evaluated. Exposures and risks for these subpopulations are
3294 considered and evaluated herein. Receptor categories overlap among highly exposed and potentially
3295 exposed subpopulations, as individuals may belong to multiple PESS groups.

3296

3297 In developing dermal exposure scenarios, EPA quantified age and sex-specific differences. For TCE,
3298 exposure scenarios that involve potentially exposed or susceptible subpopulations considered age-
3299 specific behaviors, activity patterns, and exposure factors unique to those subpopulations. EPA used the
3300 Exposure Factors Handbook (U.S. EPA, 2011c) to inform body weights, intake rates, and body surface
3301 areas for children and adults. Distinct dermal exposure estimates are provided for adults (including
3302 women of reproductive age) and children (Section 2.3.2.5.1).

3303

3304 For occupational exposures, EPA assessed exposures to workers and ONUs from all TCE conditions of
3305 use. Table 2-88. presents the percentage of employed workers and ONUs who may experience either
3306 greater exposure or biological susceptibility within select industry sectors relevant to TCE conditions of
3307 use. The percentages were calculated using Current Population Survey (CPS) data for 2017 (U.S. BLS,
3308 2017). CPS is a monthly survey of households conducted by the Bureau of Census for the Bureau of
3309 Labor Statistics and provides a comprehensive body of data on the labor force characteristics. Statistics
3310 for the following subpopulations of workers and ONUs are provided: adolescents, men and women of
3311 reproductive age, and the elderly. For the purpose of this assessment, EPA considers "reproductive age"
3312 as age >16 to less than 50 years old.

3313

3314 As shown in Table 2-88., men make up the majority of the workforce in manufacturing sectors. In other
3315 sectors, women (including those of reproductive age and elderly women) make up nearly half of the
3316 workforce. Adolescents are generally a small part of the total workforce. Table 2-89. presents further
3317 breakdown on the percentage of employed adolescents by industry subsectors. As shown in the tables,
3318 they comprise only 1.2% percent of the manufacturing workforce, and only as high as 3.7% for other
3319 services such as dry cleaning that fall under a COU for TCE.

3320

3321 **Table 2-88. Percentage of Employed Persons by Age, Sex, and Industry Sector**

| Age group | Sex | Manufacturing | Wholesale and Retail Trade | Professional and Business Services | Other Services |
|---|---|---|---|---|---|
| Adolescent (16-19 years) | Male | 0.8% | 3.0% | 0.7% | 1.4% |
| | Female | 0.4% | 3.2% | 0.5% | 1.7% |
| Reproductive age (16-54 years) | Male | 52.9% | 42.8% | 44.4% | 35.2% |
| | Female | 22.2% | 35.4% | 32.8% | 38.4% |
| Elderly (55+) | Male | 17.5% | 12.3% | 13.4% | 13.1% |
| | Female | 7.3% | 9.6% | 9.4% | 13.3% |

3322 Source: (U.S. BLS, 2017). While statistics on pregnant women are not reasonably available, CPS provides data on the
3323 number of employed female workers by age group, which allows for determination of the number of employed women of
3324 reproductive age. Percentage calculated using CPS Table 14, "Employed persons in nonagricultural industries by age, sex,
3325 race, and Hispanic or Latino ethnicity."

3326

3327   **Table 2-89. Percentage of Employed Adolescent by Detailed Industry Sector**

| Sector | Subsector | Adolescent (16-19 years) |
|---|---|---|
| Manufacturing | All | 1.2% |
| Wholesale and retail trade | Wholesale trade | 1.4% |
| Professional and business services | Waste management and remediation services | 0.9% |
| Other services | Repair and maintenance | 3.1% |
| | Dry cleaning and laundry services | 3.7% |

3328   Source: (U.S. BLS, 2017). Percentage of adolescent calculated using CPS table 18b, "Employed persons by detailed industry
3329   and age."
3330
3331   The CPS uses 2012 Census industry classification, which was derived from the 2012 NAICS. The
3332   Census classification uses the same basic structure as NAICS but is generally less detailed. TCE
3333   conditions of use fall under the following Census industry sectors:
3334
3335   •       Manufacturing – The Manufacturing sector comprises establishments engaged in the mechanical,
3336   physical, or chemical transformation of materials, substances, or components into new products.
3337   Establishments in the sector are often described as plants, factories, or mills. For TCE, this sector covers
3338   most conditions of use that occur in an industrial setting, including: Manufacturing, Processing as a
3339   Reactant, Formulation of Aerosol and Non-Aerosol Products, the vast majority of facilities likely
3340   engaged in Vapor Degreasing (all degreaser types), Cold Cleaning, Metalworking Fluids, Adhesives,
3341   Sealants, Paints and Coatings, Other Industrial Uses, Industrial Processing Aids and Printing and
3342   Copying. This sector also covers cement manufacturing facilities that may burn waste containing TCE
3343   for energy recovery. Printing and Copying worker information may also be captured under the
3344   Information sector (see below).
3345   •       Wholesale and retail trade – The wholesale trade sector comprises establishments engaged in
3346   wholesaling merchandise, generally without transformation, and rendering services incidental to the sale
3347   of merchandise. Wholesalers normally operate from a warehouse or office. This sector likely covers
3348   facilities that are engaged in the repackaging TCE or products and formulations containing TCE. The
3349   retail trade sector comprises establishments engaged in retailing merchandise and rendering services
3350   incidental to the sale of merchandise.
3351   •       Professional and business services – This sector comprises establishments that specialize in a
3352   wide range of services. This sector covers waste management and remediation services, which includes
3353   establishments that may handle, dispose, treat, and recycle wastes containing TCE.
3354   •       Other services – This sector comprises establishments engaged in providing services not
3355   specifically provided for elsewhere in the classification system. For TCE, this sector covers the vast
3356   majority of commercial repair and maintenance facilities that are likely to use TCE for Aerosol
3357   Applications (spray degreasing). The sector also covers the use of TCE in spot cleaning.
3358

# 3   HAZARDS

## 3.1  Environmental Hazards

### 3.1.1   Approach and Methodology

During scoping and Problem Formulation (U.S. EPA, 2018d), EPA reviewed potential environmental health hazards associated with TCE. EPA identified the following sources of environmental hazard data: European Chemicals Agency (ECHA) Database (ECHA, 2017), European Union (EU) environmental risk assessment on TCE (ECHA, 2004) EPA Chemical Test Rule Data (U.S. EPA, 2017a) Environment and Climate Change Canada (ECCC) Risk Assessment for Trichloroethylene (Environment Canada and Health Canada, 1993) and Ecological Hazard Literature Search Results in Trichloroethylene (CASRN 79-01-6) Bibliography: Supplemental File for the TSCA Scope Document (U.S. EPA, 2017i).

EPA completed the review of environmental hazard data/information sources during Risk Evaluation using the data quality review evaluation metrics and the rating criteria described in the Application of Systematic Review in TSCA Risk Evaluations (U.S. EPA, 2018b). Studies were rated high, medium, or low for quality. The data quality evaluation results are outlined in the [*Data Quality Evaluation of Environmental Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] and indicate that most of the acceptable studies for TCE were rated high or medium for quality. With the reasonably available data, EPA used studies rated high or medium for quantitative analysis during data integration, and used studies rated low qualitatively to characterize the environmental hazards of trichloroethylene. Any study assigned an overall quality level of unacceptable was not used for data integration. Mechanistic studies were used qualitatively, because toxicity values measuring a population-level effect (*e.g.,* mortality, development, growth) were available to use quantitatively.

### 3.1.2   Hazard Identification

*Toxicity to Aquatic Organisms*

EPA identified 25 acceptable studies that contained aquatic toxicity data, including data for fish, amphibians, aquatic invertebrates, and algae. Aquatic toxicity studies considered in this assessment are summarized in the text below, and the data EPA used quantitatively are displayed in Table 3-1. As stated in Section 2.1, TCE is not expected to accumulate in aquatic organisms due to low measured BCFs and an estimated BAF.

*Fish Toxicity*

Acute fish data for TCE were identified in six acceptable studies representing four different species, including fresh and saltwater species (fathead minnows [*Pimephales promelas*], American flagfish [*Jordanella floridae*], bluegill [*Lepomis macrochirus*], and sheepshead minnow [*Cyprinodon variegatus*]). In these studies, all used quantitatively in this assessment, the lethal concentrations at which 50% of test organisms die ($LC_{50}$s) ranged from 28.28 mg/L to 66.8 mg/L (Geiger et al., 1985); (Broderius et al., 2005; Smith et al., 1991; Ward et al., 1986; Buccafusco et al., 1981; Alexander et al., 1978). Ward et al. (1986) tested a saltwater species, sheepshead minnow, and derived an $LC_{50}$ of 52 mg/L. Because this value is within the range of values for freshwater species, and because baseline narcosis is the expected mode of action for TCE in both freshwater and saltwater fish (Alexander et al., 1978); (Ward et al., 1986); (Broderius et al., 2005), freshwater and saltwater $LC_{50}$ values were assessed together during data integration. EPA calculated a geometric mean of 42 mg/L using $LC_{50}$s from high and medium quality studies. Acute fish data for TCE also included a 96-hour $EC_{50}$ (the concentration at which 50% of test organisms exhibit an effect) of 21.9 mg/L for loss of equilibrium in a freshwater species, fathead minnows (Alexander et al., 1978). This study was rated high for quality.

3404
3405  Subchronic fish data were also identified in two acceptable studies representing two species. Smith et al.
3406  (1991) established a 10-day NOEC of 5.758 mg/L and a LOEC of 21.233 mg/L resulting in a chronic
3407  value (ChV) of 11 mg/L for fry survival in American flagfish (*Jordanella floridae*). Schell (1987)
3408  established a 10-day $LC_{50}$ of 82 mg/L in Japanese medaka (*Oryzias latipes*) embryos. The author found
3409  that lethality occurred at every stage of development for embryos. Schell also observed lesion
3410  development in the embryos after exposure in a dose-dependent pattern, with higher test concentrations
3411  resulting in earlier formation of lesions. Both abovementioned sub-chronic studies received a high rating
3412  for quality during data evaluation, and EPA used the data quantitatively.

3413
3414  Chronic fish data for TCE were identified in two acceptable studies representing two freshwater species,
3415  American flagfish (*Jordanella floridae*) and fathead minnows (*Pimephales promelas*). In addition to the
3416  subchronic value mentioned above, Smith et al. (1991) established a 28-day NOEC of 10.568 mg/L and
3417  a LOEC of 20.915 mg/L for fry survival in American flagfish. This allowed the authors to establish a
3418  28-day ChV of 14.85 for fry survival. Broderius et al. (2005) established an $EC_{50}$ for growth of 11.8
3419  mg/L and an $EC_{20}$ for growth of 7.88 mg/L in a 32-day fathead minnow study. Both studies were rated
3420  high for quality during data evaluation. EPA used the chronic data in these studies quantitatively.

3421
3422  Broderius et al. (2005) reported baseline narcosis as TCE's expected mode of action in fish. This is
3423  corroborated by other studies, including Ward, et al. (1986), which observed signs of narcosis in
3424  sheepshead minnows, a saltwater species, with observations of fish spinning at 357 mg/L. EPA used this
3425  information qualitatively in this assessment. Alexander et al. (1978) reported signs of narcosis in fathead
3426  minnows, a freshwater species, with a 96-hour $EC_{10}$ of 13.7 mg/L, $EC_{50}$ of 21.9 mg/L, and $EC_{90}$ of 34.9
3427  mg/L. The effect reported was loss of equilibrium. EPA used the 96-hour $EC_{50}$ from Alexander et al.
3428  (1978) quantitatively in this assessment.

3429
3430  Two mechanistic studies were also available for fish. Hayashi et al. (1998) examined genotoxicity in
3431  rose bitterling (*Rhodeus ocellatus*) embryos using a new assay developed by the authors. The authors
3432  found an increase in structural chromosomal aberrations and micronuclei in cells from embryos,
3433  establishing a NOEC of 300 mg/L and a LOEC of 3,000 mg/L. The authors noted the low sensitivity of
3434  the assay and suggested using more embryos in the future. This study was rated medium for quality.
3435  Another *in vitro* study, rated low for quality, derived an $EC_{50}$ of 11.6 mg/L for the inhibition of total
3436  protein content in a fathead minnow cell line (Dierickx, 1993). Because this cellular effect is not directly
3437  tied to a population effect, and because of the low-quality rating, this study was not used with the other
3438  acute data to calculate a geometric mean of $EC_{50}$s during data integration; however, the results
3439  contribute to the qualitative description of mechanistic effects of TCE exposure in fish.

3440
3441  *Amphibian Toxicity*
3442  For amphibians, acute data were available from three acceptable studies, representing one species,
3443  African clawed frogs (*Xenopus laevis*). All three studies were rated either high or medium for quality
3444  during data evaluation. The studies included 96-hour $LC_{50}$ values ranging from 412.0 mg/L to 490.0
3445  mg/L (McDaniel et al., 2004; Fort et al., 2001; Fort et al., 1993; Fort et al., 1991). EPA used these
3446  studies quantitatively, and during data integration, a geometric mean of all $LC_{50}$s was calculated at 438
3447  mg/L.

3448
3449  Sub-chronic data were also available for amphibians, from four acceptable studies representing five
3450  different species (green frog [*Lithobates clamitans,* formerly *Rana clamitans*], wood frog [*Lithobates
3451  sylvatica,* formerly *Rana sylvatica*], African clawed frogs [*Xenopus laevis*], American toad [*Bufo
3452  americanus*], and spotted salamander [*Ambystoma maculatum*]). These studies reported 96-hr $EC_{50}$

3453    values for developmental effects ranging from 22 mg/L to > 85 mg/L (McDaniel et al., 2004; Fort et al.,
3454    2001; Fort et al., 1993; Fort et al., 1991). EPA used these data quantitatively, and during data
3455    integration, a geometric mean of all definitive $EC_{50}$s for developmental effects was calculated at 34
3456    mg/L. These developmental effects are irreversible and would result in effects that last throughout the
3457    animals' lifetime. They could also result in premature death. Developmental effects described included
3458    gut miscoiling and microphthalmia, muscular kinking, incomplete development of the mouth, and severe
3459    hypognathia in African clawed frogs, and edema and dorsal flexure of the tail and notochord in tadpoles
3460    of green frogs, wood frogs, American toads, and spotted salamanders (McDaniel et al., 2004; Fort et al.,
3461    1993; Fort et al., 1991). As stated previously, McDaniel et al. (2004) reported signs of narcosis in green
3462    and wood frog tadpoles.
3463
3464    Limited chronic data were also available for amphibians. McDaniel et al. (2004) included a chronic
3465    toxicity test for amphibians on American toad tadpoles. However, chronic toxicity values for deformities
3466    were not established, because more than 25% of control animals exhibited deformities. Mortality,
3467    however, was below 25% in controls, and authors saw no significant difference in mortality between test
3468    concentrations (4 mg/L and 1 mg/L) and controls. This suggests that survival rates for American toad
3469    tadpoles would not be affected by 4 mg/L of TCE. It should be noted that acute exposure data show
3470    American toads are less sensitive to TCE than other amphibian species, so they may also be less
3471    sensitive to chronic exposures. EPA used this information qualitatively.
3472
3473    McDaniel et al. (2004) reported signs of narcosis in green and wood frog tadpoles.
3474
3475    *Aquatic Invertebrate Toxicity*
3476    For aquatic invertebrates, acute data were found in seven acceptable studies representing five different
3477    species, including fresh and saltwater species. Five of these studies included $LC_{50}$ values or $EC_{50}$ values
3478    measuring immobilization rated high or medium for quality; these values ranged from 7.75 mg/L to
3479    43.14 mg/L for *Daphnia magna*, *Ceriodaphnia dubia*, and *Mysidopsis bahia* (Dobaradaran et al., 2012;
3480    Niederlehner et al., 1998; Abernethy et al., 1986; Ward et al., 1986; LeBlanc, 1980). The only saltwater
3481    species tested, *Mysidopsis bahia*, had an $LC_{50}$ of 14 mg/L, which is within the of the range of values for
3482    freshwater species. EPA used these data quantitatively. Additionally, Ward et al. (1986) and
3483    Niederlehner et al. (1998) reported baseline narcosis as the mode of action for TCE in freshwater and
3484    saltwater invertebrates. Therefore, freshwater and saltwater values were integrated together. The
3485    geometric mean of the $EC_{50}$ and $LC_{50}$s from high and medium quality studies is 16 mg/L. EPA used
3486    these data quantitatively. Another study, Sánchez-Fortún et al. (1997), rated low for quality, established
3487    $LC_{50}$s in *Artemia salina* larvae at three different ages; however, this study was not used quantitatively
3488    during data integration, given that medium and high-quality studies were available for invertebrates.
3489
3490    One subchronic study found an $LC_{50}$ of 1.7 mg/L in planarian (*Dugesia japonica*) over 7 days (Yoshioka
3491    et al., 1986). This study was rated low for quality. Because other higher quality studies were available
3492    for aquatic invertebrates, this study was not used quantitatively during data integration.
3493
3494    Chronic data for aquatic invertebrates were identified in two acceptable studies, both rated high for
3495    quality. One study established toxicity values for reproduction, an effect that is relevant at the
3496    population level. Niederlehner et al. (1998) established a NOEC of 7.1 mg/L and a LOEC of 12 mg/L
3497    for reproduction in *Ceriodaphnia dubia*, resulting in a ChV of 9.2 mg/L. Niederlehner et al. (1998)
3498    established a 7-day reproductive inhibitory concentration ($IC_{50}$) of 11 mg/L, the concentration at which
3499    the mean number of young decreased by 50%. EPA used these data quantitatively.
3500

3501 Two studies reported baseline narcosis as the mode of action for TCE in invertebrates. Ward et al.
3502 (1986) observed mild intoxication in *Mysidopsis bahia*, a saltwater species, and Niederlehner et al.
3503 (1998) observed behavioral changes, including narcosis and abnormal movement in *Ceriodaphnia*
3504 *dubia*, a freshwater species. EPA used this information qualitatively.
3505
3506 Two studies provided mechanistic data for invertebrates. Vidal et al. (2001), rated high for quality,
3507 examined mechanistic effects of an acute exposure to a freshwater clam species, *Corbicula fluminea*. A
3508 one-time exposure over five days resulted in a significant change in protein activity related to phase I
3509 metabolism. Results indicated a NOEC of 1.2 mg/L and a LOEC of 3.6 mg/L for significantly increasing
3510 cytochrome P-450 levels, and a NOEC of 3.6 mg/L and LOEC of 14 mg/L for significantly decreasing
3511 NADPH cytochrome C reductase activity (Vidal et al., 2001). Houde et al. (2015), also rated high for
3512 quality, examined the effects of TCE on *Daphnia magna* at the cellular and life-stage levels. The authors
3513 found a significant increase in chitinase production over 10 days, with a NOEC of 0.001 mg/L and a
3514 LOEC of 0.01 mg/L. Chitinase is an enzyme involved in molting and therefore development in *Daphnia*
3515 *magna*. While the study did not find a significant change in the total number of molts for the
3516 concentrations tested, the results were very close to significant with a $p = 0.051$ (assuming significance
3517 at $p \leq 0.05$), suggesting more tests are necessary to determine the impact of increased chitinase at the
3518 life-stage level. Because these mechanistic data are not directly linked to a population-level response,
3519 these data were used qualitatively.
3520
3521 *Aquatic Plant Toxicity*
3522 For aquatic plants hazard studies, algae are the common test species. Algae are cellular organisms which
3523 will cycle through several generations in hours to days; therefore the data for algae was assessed
3524 together regardless of duration rather than being categorized as acute or chronic.
3525
3526 There were six acceptable studies that reported data on 11 species of algae, including fresh and saltwater
3527 species, and cyanobacteria and eukaryotes. There was a wide range of toxicity values reported in the
3528 literature for algae exposed to TCE. $EC_{50}$s measuring growth represent nine species and range from
3529 26.24 mg/L to 820 mg/L (Lukavsky et al., 2011; Labra et al., 2010; Tsai and Chen, 2007; Ando et al.,
3530 2003; Brack and Rottler, 1994; Ward et al., 1986). Ward et al. (1986) reported results on the only
3531 saltwater species found in the acceptable studies, *Skeletonema costatum*, with an $EC_{50}$ of 95 mg/L. This
3532 value is within the range of values for freshwater species, so saltwater and freshwater species were
3533 integrated together. EPA derived a geometric mean of 242 mg/L from the high and medium quality
3534 $EC_{50}$s. A 72-hour $EC_{10}$ of 12.3 mg/L was also established by Brack and Rottler (1994) measuring
3535 biomass (a measure of growth) in *Chlamydomonas reinbardtii*, a freshwater eukaryotic green algae.
3536 Additionally, several NOECs and LOECs were established. Labra et al. (2010) found a 72-hour NOEC
3537 of 0.02 mg/L and a LOEC of 0.05 mg/L for cell count (a measure of growth) in *Raphidocelis*
3538 *subcapitata*. This study also assessed the integrity of algal cell membranes and found a dose-dependent
3539 increase in membrane damage starting at 0.05 mg/L. EPA used the abovementioned algae data
3540 quantitatively.
3541
3542 Ando et al. (2003) measured relative absorbance of chlorophyll *a* (an indirect measure of algal growth)
3543 in three species of algae, *Selenastrum capricornutum, Chlorella vulgaris*, and *Volvulina steinii*. They
3544 found no significant change in the relative absorbance of chlorophyll *a* for *S. capricornutum* or *C.*
3545 *vulgaris* during the 10-day test; however, they established a 10-day LOEC of 0.003 mg/L for *V. steinii*, a
3546 flagellar algae. The authors attributed the variation in algal species sensitivity to TCE to *V. steinii*'s high
3547 metabolism. For several reasons explained in Section 3.1.4, these data were considered less biologically
3548 relevant than values from other studies and were not used quantitatively during data integration.
3549

3550 **Table 3-1. Ecological Hazard Data used Quantitatively to Characterize TCE Hazard for Aquatic**
3551 **Organisms**

| Duration | Test organism | Endpoint | Hazard value (mg/L)[1] | Geometric Mean[2] (mg/L) | Effect Endpoint | Citation (Study Quality) |
|---|---|---|---|---|---|---|
| Acute[3] | Fish | $LC_{50}$ (freshwater) | $28.28 - 66.8$ | 42 | Mortality | (Geiger et al., 1985) (high); (Alexander et al., 1978) (high); (Smith et al., 1991) (high); (Broderius et al., 2005) (high); (Buccafusco et al., 1981) (medium) |
| | | $LC_{50}$ (saltwater) | 52 | | | (Ward et al., 1986) (medium) |
| | | $EC_{50}$ (freshwater) | 21.9 | | Immobilization | (Alexander et al., 1978) (high) |
| | Amphibian | $LC_{50}$ | $412.0 - 490.0$ | 436 | Mortality | (Fort et al., 2001) (medium); (Fort et al., 1991) (medium); (Fort et al., 1993) (high) |
| | Aquatic Invertebrates | $EC_{50}/LC_{50}$ (freshwater) | $7.8 - 33.85$ | **16** | Mortality and Immobilization | (LeBlanc, 1980) (high); (Niederlehner et al., 1998) (high); (Abernethy et al., 1986) (medium); (Dobaradaran et al., 2012) (medium) |
| | | $LC_{50}$ (saltwater) | 14 | | | (Ward et al., 1986) (medium) |
| Subchronic /Chronic[3] | Fish | $EC_{20}$ | **7.88** | | Growth | (Broderius et al., 2005) (high) |
| | | $EC_{50}$ | 11.8 | | Growth | |
| | | NOEC LOEC ChV | 10.568 20.915 14.87 | | Fry Survival | (Smith et al., 1991) (high) |
| | | NOEC LOEC ChV (subchronic) | 5.758 21.233 11 | | Fry Survival | |
| | | $LC_{50}$ (subchronic) | 82 | | Mortality | (Schell, 1987)  (high) |
| | Amphibians | NOEC | 4 | | Tadpole Survival | (McDaniel et al., 2004) (medium) |
| | | $EC_{50}$ (subchronic) | $22 - >85$ | 34 | Deformities | (Fort et al., 2001) (medium); (Fort et al., 1991) (medium); (Fort et al., 1993) (high); (McDaniel et al., 2004) (high and medium) |
| | Aquatic invertebrates | NOEC LOEC ChV | 7.1 12 9.2 | | Reproduction | (Niederlehner et al., 1998) (high) |
| | | $IC_{50}$ | 11 | | | |
| | Algae[4] | $EC_{50}$ (freshwater) | $26.24 - 820$ | 242 | Growth | (Brack and Rottler, 1994) (high); (Tsai and Chen, 2007) (high); (Labra et al., 2010) (medium); (Ando et al., 2003) (medium); (Lukavsky et al., 2011) (medium) |

| | EC50 (saltwater) | 95 | | | ([Ward et al., 1986](#)) (medium) |
| | $EC_{10}$ | 12.3 | | Growth | ([Brack and Rottler, 1994](#)) (high) |
| | NOEC LOEC ChV | 0.02 0.05 **0.03** | | Growth | ([Labra et al., 2010](#)) (medium) |

3552 [1]Values in the table are presented in the number of significant figures reported by the study authors.
3553 [2] Geometric mean of definitive values only (*i.e.,* > 85 mg/L was not used in the calculation).
3554 [3] Acute and chronic hazard data include fish, invertebrates, or amphibian data
3555 [4] Because algae can cycle through several generations in hours to days, the data for algae was assessed together regardless of
3556 duration (*i.e.,* 48-hrs to 96-hrs).
3557 Values in **bold** were used to derive Concentrations of Concern (COC) as described in Section 3.1.5 of this document. All
3558 values are listed individually with study quality in [*Data Quality Evaluation of Environmental Hazard Studies* and *Data*
3559 *Extraction for Environmental Hazard Studies. Docket: [EPA-HQ-OPPT-2019-0500](#)*].

### 3.1.3    Species Sensitivity Distributions (SSDs)

3560

3561 A Species Sensitivity Distribution (SSD) is a type of probability distribution of toxicity values from
3562 multiple species. It can be used to visualize which species are most sensitive to a toxic chemical
3563 exposure, and to predict a concentration of a toxic chemical that is hazardous to a percentage of test
3564 species. This hazardous concentration is represented as an $HC_p$, where p is the percent of species. EPA
3565 used an $HC_{05}$ (a Hazardous Concentration threshold for 5% of species) to estimate a concentration that
3566 would protect 95% of species.

3567

3568 EPA created SSDs using EPA's SSD Toolbox and the acute hazard data for aquatic species, including
3569 fish, amphibians, and invertebrates (Figure 3-1) ([Etterson, 2020](#)). The input data for Figure 3-1 included
3570 acute toxicity values measuring mortality available in the literature representing four species of fish
3571 ($LC_{50}$s), one species of amphibian ($LC_{50}$s), and three species of invertebrates ($LC_{50}$s/$EC_{50}$s). For
3572 invertebrates $EC_{50}$s measuring immobilization were used in addition to $LC_{50}$s, because it is difficult to
3573 distinguish between death and immobilization for aquatic invertebrates. As stated previously, freshwater
3574 and saltwater species were assessed together, because the saltwater values were within the range of
3575 freshwater species in the same taxonomic group. Additionally, for fish and invertebrates, the mode of
3576 action for freshwater and saltwater species is expected to be the same ([Broderius et al., 2005](#); [Ward et](#)
3577 [al., 1986](#); [Alexander et al., 1978](#)).

3578

3579 Using acute hazard data for these aquatic species, EPA derived a model-averaged $HC_{05}$ from the normal,
3580 logistic, triangular, Gumbel, and Burr distributions (Figure 3-1). The model-averaged $HC_{05}$ from all five
3581 distributions was 10 mg/L, which estimates a concentration that is hazardous for 5% of aquatic species.
3582 The SSDs showed aquatic invertebrates were the most sensitive species.



**Figure 3-1. Species Sensitivity Distributions (SSDs) for Acute Hazard Data Using LC$_{50}$s or EC$_{50}$s (Etterson, 2020)**

Note: The data in this figure includes LC$_{50}$s and EC$_{50}$s measuring mortality and immobilization from medium- or high-quality studies. A black dot indicates the toxicity value used for that species. The red diamonds indicate HC$_{05}$s for the normal, logistic, triangular, Gumbel, and Burr distributions using the maximum likelihood fitting method (Appendix E.1).

This SSD shows that generally, invertebrates are the most sensitive taxonomic group to short-term (48-96 hour) exposure to TCE. Amphibians and fish were distributed throughout the center of the distribution, with the two frog species being the most sensitive amphibians, and American flagfish (*Jordanella floridae*) the most sensitive fish.

A chronic SSD for aquatic species was not created due to insufficient data.

As stated previously, there was a wide range of toxicity values reported in the literature for algae exposed to TCE. EC$_{50}$s were as low as 26.24 mg/L and as high as 820 mg/L, representing nine different species. With such a wide range of sensitivities, it is helpful to show how TCE could be affecting algae species as a whole. Therefore, EPA generated an SSD to help interpret the data. Figure 3-2 shows the SSD for algae created using EPA's SSD Toolbox (Etterson, 2020). The data used in the SSD includes EC$_{50}$s measuring growth from freshwater species, a saltwater species, cyanobacteria, eukaryotes, a diatom, and a colonizing species. As stated in Section 3.1.2, saltwater and freshwater species were

3603    assessed together, because the only saltwater species, *Skeletonema costatum*, had an $EC_{50}$ within the
3604    range of values for freshwater species.
3605
3606    Using algae hazard data, EPA derived a model-averaged $HC_{05}$ from six distributions, the normal,
3607    logistic, triangular, Gumbel, Weibull, and Burr distributions (Figure 3-2). The model-averaged $HC_{05}$
3608    was 72 mg/L, which estimates a concentration that is hazardous for 5% of aquatic species.



3609    **Figure 3-2. Species Sensitivity Distribution (SSD) for Algae Species Using $EC_{50}$s (Etterson, 2020)**
3610    Note: The data in this figure includes $EC_{50}$s measuring growth from medium- or high-quality studies. A black dot indicates
3611    the toxicity value used for that species. The red diamonds indicate $HC_{05}$s for the normal, logistic, triangular, Gumbel,
3612    Weibull, and Burr distributions using the maximum likelihood fitting method (Appendix E.1).
3613
3614    Given these data, certain algae species may be more sensitive than others; however, there is not enough
3615    data to make definitive conclusions. The three cyanobacteria, *Mycrocystis aeruginosa, Synechococcus*
3616    *leopoliensis, and Synechococcus elongatus*, are distributed throughout the curve and as a group do not
3617    appear to be more or less sensitive than the eukaryotic species. The saltwater species, *Skeletonema*
3618    *costatum*, also the only diatom, is one of the more sensitive species on the distribution. The species that
3619    organizes into colonies, *Mycrocystis aeruginosa*, is also one of the more sensitive species represented on
3620    the curve. However, with only one saltwater species, diatom, and colonizing species represented,
3621    generalizations about the sensitivity of these types of algae could not be made.
3622
3623    It is important to note that, for consistency, this distribution only includes $EC_{50}$s to compare between
3624    studies and species. Therefore, it does not capture some of the lowest toxicity values reported, including
3625    LOECs and NOECs. For example, the ChV of 0.03 mg/L for algae derived from Labra et al. (2010) is
3626    not included in the algae SSD. To account for this uncertainty, EPA used an assessment factor (AF) of 5
3627    when calculating the concentration of concern (COC), which is described in Section 3.1.5.

### 3.1.4   Weight of the Scientific Evidence

During the data integration stage of systematic review EPA analyzed, synthesized, and integrated the data/information. This involved weighing the scientific evidence for quality and relevance, using a weight-of-evidence approach (U.S. EPA, 2018b).

During data evaluation, EPA assigned studies an overall quality level of high, medium, or low for quality based on the TSCA criteria described in the *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018b). While integrating environmental hazard data for TCE, EPA gave more weight to relevant data/information rated high or medium for quality than to data/information rated low. Only data/information rated as high, medium, or low for quality was considered for the environmental risk assessment. Any information rated as unacceptable was not considered. EPA also considered relevance in selecting data/information for this Risk Evaluation, specifically biological, physical/chemical, and environmental relevance (U.S. EPA, 1998):

-   Biological relevance: correspondence among the taxa, life stages, and processes measured or observed and the assessment endpoint.
-   Physical/chemical relevance: correspondence between the chemical or physical agent tested and the chemical or physical agent constituting the stressor of concern.
-   Environmental relevance: correspondence between test conditions and conditions in the region of concern. (U.S. EPA, 1998)

EPA used this weight-of-evidence approach to assess hazard data and develop concentrations of concern (COCs) and $HC_{05}$s. Given the reasonably available data, EPA was able to use studies assigned an overall quality level of high or medium to derive COCs or $HC_{05}$s for each taxonomic group and could avoid studies rated low for quality. EPA integrated data for each trophic level that had comparable toxicity values (*e.g.,* multiple $EC_{50}$s measuring the same or comparable effects from various species within a trophic level). EPA used probabilistic approaches (*e.g.,* SSDs) when enough data were available and deterministic approaches (*e.g.,* deriving a geometric mean of several comparable values) where more limited data were available. To calculate $HC_{05}$s, EPA created SSDs for algae species using comparable data (*e.g.,* $EC_{50}$s measuring growth) and for all other aquatic species (*e.g.,* $LC_{50}$s for fish and amphibians, and $LC_{50}$s measuring mortality and $EC_{50}$s measuring immobilization for aquatic invertebrates). Non-definitive toxicity values (*e.g.,* $EC_{50}$ >85 mg/L) were not integrated with other data to derive $HC_{05}$s or geometric means.

To assess aquatic toxicity from acute exposures, data for three taxonomic groups were reasonably available: fish, amphibians, and aquatic invertebrates. For each taxonomic group, data were available for multiple species, and enough acute data were available to create an SSD, which showed that the three most sensitive species in the distribution are aquatic invertebrates. EPA used the SSD to derive a model-averaged $HC_{05}$ of 10 mg/L. In addition to this probabilistic approach, EPA integrated the data for each taxonomic group by calculating geometric means as shown in Table 3-1. The geometric mean for aquatic invertebrates, 16 mg/L, represented the lowest toxicity value derived from each of the four taxonomic groups. However, EPA has more confidence in the probabilistic approach.

To assess aquatic toxicity from chronic exposures, data for three taxonomic groups were described in the acceptable literature: fish, amphibians, and aquatic invertebrates. However, for amphibians, only a NOEC was established. Therefore, the endpoints for fish and aquatic invertebrates (ChVs, an $EC_{20}$, and an $EC_{50}$) were more biologically relevant, because they measured a toxic effect, whereas the NOEC did not. Of the more relevant values, the most sensitive was the $EC_{20}$ measuring growth in fish at 7.88 mg/L. The $EC_{20}$ was from a high-quality study, whereas the NOEC of 4 mg/L was from a medium quality

3675   study. Considering the relevance and the quality of each value, EPA had more confidence in the $EC_{20}$
3676   for fish than in the NOEC for tadpoles.
3677
3678   To assess the toxicity of TCE to algae, data for 11 species were reasonably available from studies rated
3679   high and medium for quality. The most sensitive endpoint reported for algae was a 10-day LOEC of
3680   0.003 mg/L from Ando et al. (2003), rated medium for quality. However, the study did not include
3681   critical details, such as analytical measurement of test concentrations, or chemical substance source or
3682   purity, and the authors were not able to establish a NOEC. Therefore, these data were considered less
3683   biologically relevant than values from other studies, and not used quantitatively during data integration.
3684   The ChV of 0.03 from Labra et al. (2010) was the most sensitive endpoint from the more relevant
3685   studies. Labra et al. (2010) was rated medium for quality. An $EC_{10}$ of 12.3 mg/L from a high-quality
3686   study, Brack et al. (1994), was also available; however, taking biological relevance into consideration,
3687   EPA used the ChV derived from Labra et al. (2010), because there was a wide range in toxicity values
3688   reported in the literature between algae species. Therefore, EPA used the value from *Raphidocelis*
3689   *subcapitata* (formerly known as *Pseudokirchneriella subcapitata*) from Labra et al. (2010) to represent
3690   the more sensitive algae species in the COCs. (According to the algae SSD, *Raphidocelis subcapitata* is
3691   generally more sensitive to TCE exposure than *Chlamydomonas reinhartdtii*, the species used in Brack
3692   et al. (1994).) In addition to this ChV, EPA considered the results from the SSD for algae in assessing
3693   toxicity to algae. The SSD represented toxicity values for nine species of algae and provided an
3694   additional line of evidence for how TCE exposure could affect this taxonomic group. EPA has more
3695   confidence in the probabilistic approach.

### 3.1.5   Concentrations of Concern

3697   The concentrations of concern (COCs) for aquatic species were calculated based on the environmental
3698   hazard data for TCE, using the weight of evidence approach described above and EPA methods (U.S.
3699   EPA, 2016i, 2012c). For TCE, EPA derived an acute COC, a chronic COC, and an algal COC. Algae
3700   was assessed separately and not incorporated into acute or chronic COCs, because durations normally
3701   considered acute for other species (*e.g.,* 48, 72 hours) can encompass several generations of algae.
3702
3703   After weighing the evidence and selecting the appropriate toxicity values from the integrated data to
3704   calculate an acute, chronic, and algal COC, an assessment factor (AF) is applied according to EPA
3705   methods (U.S. EPA, 2016i, 2012c). The application of AFs provides a lower bound effect level that
3706   would likely encompass more sensitive species not specifically represented by the available
3707   experimental data. AFs also account for differences in inter- and intra-species variability, as well as
3708   laboratory-to-field variability. These AFs are dependent on the availability of datasets that can be used
3709   to characterize relative sensitivities across multiple species within a given taxa or species group.
3710   However, they are often standardized in risk assessments conducted under TSCA, since the data
3711   reasonably available for most industrial chemicals are limited. For fish and aquatic invertebrates (*e.g.,*
3712   daphnia) the acute COC values are divided by an AF of 5. For chronic COCs, an AF of 10 is used (U.S.
3713   EPA 2013, 2012c).
3714
3715   To derive an acute COC for TCE, EPA used acute aquatic species data representing eight species to
3716   produce an SSD, which was used to calculate an $HC_{05}$ of 10 mg/L. As stated previously, this $HC_{05}$
3717   estimates a concentration that is hazardous for 5% of species. The $HC_{05}$ estimates the concentration of
3718   TCE that is expected to protect 95% of algae species. Because the SSD was created using the limited
3719   number of species available across multiple taxa, EPA applied an assessment factor of 5. The $HC_{05}$, 10
3720   mg/L was divided by an assessment factor of 5, and then multiplied by 1,000 to convert mg/L to µg/L
3721   (or ppb).
3722

3723 Therefore, the acute COC derived from the $HC_{05}$ = (10 mg/L) / AF of 5 = 2 x 1,000 = 2,000 µg/L or
3724 ppb.

3725

3726 The acute COC derived from the $HC_{05}$ for TCE is 2,000 ppb.

3727

3728 Additionally, EPA used the geometric mean of the $EC_{50}$ and $LC_{50}$s for aquatic invertebrates from five
3729 different studies, all rated high or medium for quality (Dobaradaran et al., 2012; Niederlehner et al.,
3730 1998; Abernethy et al., 1986; Ward et al., 1986; LeBlanc, 1980). The geometric mean for aquatic
3731 invertebrates represented the lowest acute value from all four taxonomic groups of aquatic species from
3732 the integrated data for TCE. The data used to calculate the geometric mean represent toxicity data for
3733 three species, *Daphnia magna*, *Ceriodaphnia dubia*, and *Mysidopsis bahia*. EPA derived the geometric
3734 mean, because the hazard values for all three species were similar, and because EPA had more
3735 confidence in a COC derived from a geometric mean for three species than a COC derived from one
3736 value from one species. To calculate an acute COC, the geometric mean, 16 mg/L, was divided by the
3737 AF of 5 for aquatic invertebrates and multiplied by 1,000 to convert mg/L to µg/L (or ppb).

3738

3739 Therefore, the acute COC = (16 mg/L) / AF of 5 = 3.2 x 1,000 = 3,200 µg/L or ppb.

3740

3741 The acute COC derived from the geometric mean for TCE is 3,200 ppb.

3742 To derive a chronic COC, EPA used the lowest chronic toxicity value from the integrated data, an $EC_{20}$
3743 for growth in fish (fathead minnows) from a study rated high for quality (Broderius et al., 2005). This
3744 value, 7.88 mg/L was divided by an assessment factor of 10, and then multiplied by 1,000 to convert
3745 from mg/L to µg/L (or ppb).

3746

3747 Therefore, the chronic COC = (7.88 mg/L) / AF of 10 = 0.788 x 1,000 = 788 µg/L or ppb.

3748

3749 The chronic COC for TCE is 788 ppb.

3750 To derive an algal COC, EPA used algae data representing nine species to produce an SSD, which was
3751 used to calculate an $HC_{05}$ of 72 mg/L. As stated previously, this $HC_{05}$ estimates a concentration that is
3752 hazardous for 5% of species. The $HC_{05}$ estimates the concentration of TCE that is expected to protect
3753 95% of algae species. Because the SSD was created using $EC_{50}$s rather than $EC_{10}$s or ChVs and because
3754 no higher order plants were represented in the data, EPA applied an assessment factor of 5. The $HC_{05}$,
3755 72 mg/L was divided by an assessment factor of 5, and then multiplied by 1,000 to convert mg/L to µg/L
3756 (or ppb).

3757

3758 Therefore, the algal COC derived from the $HC_{05}$ = (72 mg/L) / AF of 5 = 14.4 x 1,000 = 14,400 µg/L or
3759 ppb.

3760

3761 The algal COC derived from the $HC_{05}$ for TCE is 14,400 ppb.

3762

3763 Additionally, EPA used a geometric mean of a LOEC and a NOEC for growth in *Raphidocelis*
3764 *subcapitata* (Labra et al., 2010). This value, 0.03 mg/L was divided by an assessment factor of 10, and
3765 then multiplied by 1,000 to convert mg/L to µg/L (or ppb).

3766

3767 Therefore, the algal COC = (0.03 mg/L) / AF of 10 = 0.003 x 1,000 = 3 µg/L or ppb.

3768

3769 The algal COC derived from geometric mean of the NOEC and LOEC (ChV) for TCE is 3 ppb.

3770    ### 3.1.6   Summary of Environmental Hazard

3771    The reasonably available environmental hazard data indicate that TCE presents hazard to aquatic
3772    organisms. For acute exposures to invertebrates, toxicity values ranged from 7.8 to 33.85 mg/L ($LC_{50}$s
3773    and $EC_{50}$s integrated into a geometric mean of 16 mg/L). For chronic exposures, toxicity values for fish
3774    and aquatic invertebrates were as low as 7.88 mg/L ($EC_{20}$ for growth) and 9.2 mg/L (ChV for
3775    reproduction), respectively. The data also indicated that TCE presents hazard for aquatic plants, with
3776    toxicity values in algae as low as 0.03 mg/L (geometric mean between a NOEC and a LOEC), and a
3777    wide range in toxicity between algae species ($EC_{50}$s ranging from 26.24 – 820 mg/L).

3778    EPA calculated COCs for aquatic organisms, which are summarized in Table 3-2. EPA calculated an
3779    acute COC from the $HC_{05}$ of 2,000 ppb for aquatic organisms based on the $LC_{50}$s (and $EC_{50}$s measuring
3780    immobilization for aquatic invertebrates) for eight species, from studies rated medium and high for
3781    quality. EPA also calculated an acute COC for TCE at 3,200 ppb, based on the geometric mean of $LC_{50}$s
3782    and $EC_{50}$s for aquatic invertebrates, from five studies rated either high or medium for quality
3783    (Dobaradaran et al., 2012; Niederlehner et al., 1998; Abernethy et al., 1986; Ward et al., 1986; LeBlanc,
3784    1980). EPA calculated the chronic COC for TCE at 788 ppb, based on an $EC_{20}$ for fathead minnows
3785    from Broderius et al. (2005), rated high for quality.

3786

3787    As stated previously, algae were assessed separately from other aquatic organisms, because durations
3788    normally considered acute for other species (*e.g.,* 96 hours) can encompass several generations of algae.
3789    EPA calculated a COC from the $HC_{05}$ of 14,400 ppb for algae based on the $EC_{50}$s for nine species, from
3790    studies rated medium and high for quality. EPA also calculated an algal COC for TCE at 3 ppb, based
3791    on a geometric mean of a LOEC and NOEC for growth in *Raphidocelis subcapitata* from Labra et al.
3792    (2010), a study rated medium for quality.

3793

3794    **Table 3-2 Concentrations of Concern (COCs) for Environmental Toxicity**

| Environmental Aquatic Toxicity | Hazard Value (µg/L) | Assessment Factor (AF) | Concentration of Concern (µg/L or ppb) |
|---|---|---|---|
| Toxicity from Acute Exposure: | | | |
| Probabilistic Approach ($HC_{05}$ from SSD) | 10,000 | 5 | 2,000 |
| Deterministic Approach (Geometric mean of invertebrate $LC_{50}$s and $EC_{50}$s for immobilization) | 16,000 | 5 | 3,200 |
| Toxicity from Chronic Exposure: | | | |
| Deterministic Approach (fish $EC_{20}$ for growth) | 7,880 | 10 | 788 |
| Deterministic Approach (invertebrate ChV for reproduction) | 9,200 | 10 | 920 |
| Toxicity for Algae: | | | |
| Probabilistic Approach ($HC_{05}$ from SSD) | 72,000 | 5 | 14,400 |
| Deterministic Approach (ChV) | 30 | 10 | 3 |

3795    ### 3.1.7   Assumptions and Key Uncertainties for Environmental Hazard Data

3796    After evaluating all available environmental hazard data on TCE, EPA has high confidence in the
3797    environmental hazard data used to assess the environmental hazard of TCE and high confidence that the
3798    data incorporates environmentally protective acute and chronic COCs (as described above). Despite the
3799    high confidence in the data used to assess the environmental hazard of TCE, there are sources of
3800    uncertainty.

3801
3802  First, assessment factors (AFs) were used to calculate the acute and chronic concentrations of concern
3803  for TCE. As described in Section 3.1.5, AFs account for differences in inter- and intra-species
3804  variability, as well as laboratory-to-field variability and are routinely used within TSCA for assessing
3805  the hazard of new industrial chemicals. Some uncertainty may be associated with the use of the specific
3806  AFs used in the hazard assessment.
3807
3808  Second, there was more acute duration data reasonably available in the literature than chronic duration
3809  data. Therefore, EPA is less certain of chronic hazard values, which are based on a deterministic
3810  approach using one fish species, than the acute hazard values, which are based on a probabilistic
3811  approach using data from multiple species of aquatic invertebrates. However, a few lines of evidence
3812  mitigate the uncertainty in the chronic data. For example, the fish toxicity value on which the chronic
3813  COC is based, is from a high-quality, relevant study. Additionally, the acute data show aquatic
3814  invertebrates are the most sensitive taxonomic group, and they are represented in chronic duration data.
3815  Also, the other chronic fish toxicity values as well as the chronic aquatic invertebrate values were very
3816  close to the fish value used to derive the chronic COC. Therefore, some of the uncertainties associated
3817  with the chronic COC were mitigated.
3818
3819  Third, while the toxicity values for fish, amphibians, and invertebrates are relatively consistent, there
3820  was wide variation in the toxicity values for different species of algae. One study, Lukavsky et al. (2011)
3821  examined several species of algae using standardized methods within the same lab to determine whether
3822  the variation seen in the literature was due to differences in laboratory practices, methodology used, or
3823  species studied. They found that conducting the tests with standard methods in the same lab reduced the
3824  variation seen in toxicity levels between species; however, $EC_{50}$s were still as low as 130 mg/L and as
3825  high as 820 mg/L for the eight species of algae tested (compared to a range of 26.24 – 820 mg/L from
3826  the entire body of literature), indicating there is in fact a wide range in species sensitivities. Taking this
3827  range of sensitivities into consideration, EPA used two approaches to characterize hazard in algae. EPA
3828  developed an algae COC, using a toxicity value of 0.03 mg/L, which represents one species. The data
3829  show that there are other species that are less sensitive to TCE exposure. To provide more context for
3830  this taxonomic group, EPA also used algae data from nine species to create an SSD and derive an $HC_{05}$.
3831  EPA considered the $HC_{05}$ analogous to a COC. However, there are pros and cons to each approach. For
3832  example, the COC incorporates the most sensitive endpoint in a geometric mean of a NOEC and LOEC
3833  for growth, while the $HC_{05}$ does not consider the most sensitive endpoints reported in the data. However,
3834  the $HC_{05}$ is derived using data from nine species rather than just one and is therefore representative of a
3835  larger portion of species in the environment. To account for the uncertainty, EPA used an AF of 5 to
3836  calculate the algae COC using the $HC_{05}$.
3837

## 3.2  Human Health Hazards

### 3.2.1  Approach and Methodology

EPA used the approach described in Section 1.5 to evaluate, extract and integrate TCE's human health hazard and dose-response information.



**Figure 3-3. EPA Approach to Hazard Identification, Data Integration, and Dose-Response Analysis for TCE**

Specifically, EPA reviewed key and supporting information from previous hazard assessments as well as the existing body of knowledge on TCE's human health hazards. These data sources included an EPA IRIS Assessment (U.S. EPA, 2011e) and an ATSDR Toxicological Profile (ATSDR, 2019), data sources originally obtained from the 2014 Draft Toxicological Profile); hence, many of the hazards of TCE have been previously compiled and systematically reviewed. Furthermore, EPA previously reviewed data/information on health effects endpoints, identified hazards and conducted dose-response analysis in the 2014 TSCA Work Plan Chemical Risk Assessment for TCE (U.S. EPA, 2014b) but did not exclusively rely on this assessment.

All health hazards of TCE previously identified in these reviews were described and reviewed in this Risk Evaluation, including: acute overt toxicity, liver toxicity, kidney toxicity, neurotoxicity, immunotoxicity (including sensitization), reproductive toxicity, developmental toxicity, and cancer. EPA relied heavily on the aforementioned existing reviews along with scientific support from the Office of Research and Development in preparing this Risk Evaluation. Development of the TCE hazard and dose-response assessments considered EPA and National Research Council (NRC) risk assessment guidance.

The new literature was screened against inclusion criteria in the PECO statement and the relevant studies (*e.g.,* useful for dose-response)[20] were further evaluated using the data quality criteria for human, animal, and *in vitro* studies described in the *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018b) (see Section 1.5). EPA skipped the screening step (for relevance to TCE) of the key and supporting studies *[List of Key and Supporting Studies for Human Health Hazard. Docket # EPA-HQ-OPPT-2019-0500]* identified in previous assessments and entered them directly into the data evaluation step based on their previously identified relevance to the chemical.

EPA considered studies of low, medium, or high confidence for hazard identification and dose-response analysis. Information from studies that were rated unacceptable were only discussed on a case-by-case basis for hazard ID and weight-of-scientific-evidence assessment but were not considered for dose-response analysis.

EPA has not developed data quality criteria for all types of hazard information. This is the case for toxicokinetics and many types of mechanistic data which EPA typically uses for qualitative support when synthesizing evidence. As appropriate, EPA evaluated and summarized these data to determine their utility with supporting the Risk Evaluation.

Following the data quality evaluation, EPA extracted the toxicological information from each relevant study. In the last step, the strengths and limitations of the data were evaluated for each endpoint and a weight-of-the-scientific evidence narrative was developed. Data for each selected hazard endpoint underwent dose-response analysis. Finally, the results were summarized, and the uncertainties were presented. The process is described in Figure 3-3. The weight of evidence analysis included integrating information from toxicokinetics, toxicodynamics in relation to the key hazard endpoints: acute overt toxicity, liver toxicity, kidney toxicity, neurotoxicity, immunotoxicity (including sensitization), reproductive toxicity, developmental toxicity, and cancer. EPA selected human health studies that were of high quality and relevance to move forward for dose-response analysis in order to quantitatively assess each key hazard endpoint.

Tables summarizing all studies considered for this assessment, including the reported no-observed- or lowest-observed-adverse-effect levels (NOAEL and LOAEL, respectively) for non-cancer health endpoints by target organ/system and the incidence of cancer endpoints, along with the results of the data quality evaluation, are provided in [*Data Quality Evaluation of Human Health Hazard Studies* and *Data Extraction for Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500]*.

EPA considered points of departure (POD) from studies that were PECO relevant, scored acceptable in the data quality evaluation, and contained adequate dose-response information. The POD is a dose or concentration near the lower end of the observed range without significant extrapolation to lower doses. It is used as the starting point for subsequent dose-response (or concentration-response) extrapolations and analyses. PODs can be a no-observed-adverse-effect level (NOAEL), a lowest-observed-adverse-effect level (LOAEL) for an observed incidence, or change in level of response, or the lower confidence limit on the dose at the benchmark dose (BMDL).[21] PODs were adjusted as appropriate to conform to the specific exposure scenarios evaluated.

---

[20] Some of the studies that were excluded based on the PECO statement were considered later during the systematic review process as needed. For example, EPA reviewed mode of action information to qualitatively support the health hazard assessment.

[21] The benchmark dose (BMD) is a dose or concentration that produces a predetermined change in response range or rate of an adverse effect (called the benchmark response or BMR) compared to baseline.

3908   Human equivalent concentrations (HECs) and human equivalent doses (HEDs) were obtained via EPA's
3909   previously published and peer-reviewed Physiologically-Based Pharmacokinetic (PBPK) model (U.S.
3910   EPA, 2011e), which accounts for both extrapolation from rodents to humans and human variability (see
3911   Section 3.2.2.5 and [*PBPK Model and ReadMe (zipped). Docket: EPA-HQ-OPPT-2019-0500*]). The
3912   PBPK model also allows data-based route-to-route extrapolation between oral and inhalation studies.
3913   For HEC calculations, these values were adjusted based on 24-hr exposure durations unless otherwise
3914   noted. Limited toxicological data are reasonably available by the dermal route for TCE and a PBPK
3915   model that would facilitate route-to-route extrapolation has not been developed for the dermal exposure
3916   route. Therefore, oral HEDs were also utilized for risk estimation following dermal exposure, consistent
3917   with the analysis plan as described in the Problem Formulation (U.S. EPA, 2018d).

3918
3919   Section 3.2.5 describes the dose-response assessment guiding the selection of PODs for non-cancer
3920   endpoints. The BMD modeling results for pulmonary immunotoxicity (Selgrade and Gilmour, 2010),
3921   which was not included in the 2014  TCE Risk Assessment (U.S. EPA, 2014b), are presented in Appendix
3922   F. The full description of the PBPK and BMD model outputs for all other endpoints can be found in (U.S.
3923   EPA, 2011e).

### 3.2.2   Toxicokinetics

3925   The toxicokinetics and PBPK modeling of TCE were thoroughly discussed in the 2014 Risk Assessment
3926   (U.S. EPA, 2014b). This discussion is summarized below.

#### 3.2.2.1   Absorption

3928   TCE is fat soluble (lipophilic) and easily crosses biological membranes. Due to it's relatively low water
3929   solubility and positive log $K_{ow}$(Table 1-1), it partitions into blood through binding to soluble
3930   components including lipids (Cichocki et al. 2016). Though there are quantitative differences across
3931   species and routes, TCE is readily absorbed into the body following oral, dermal, or inhalation exposure.
3932   Because of its lipophilicity, TCE can cross the placenta and also passes into breast milk (U.S. EPA,
3933   2011e).

3934
3935   Absorption following inhalation of TCE is rapid and the inhaled absorbed dose is proportional to the
3936   exposure concentration, duration of exposure, and lung ventilation rate. Therefore, for this Risk
3937   Evaluation absorption of TCE is assumed to be 100% via inhalation, although any more specific
3938   absorption data were incorporated into the PBPK model (Section 3.2.2.5). Likewise, TCE is rapidly
3939   absorbed from the gastrointestinal tract into the systemic circulation (*i.e.,* blood) following oral
3940   ingestion. Oral absorption of TCE has been shown to be influenced by dose of the chemical, the dosing
3941   vehicle and stomach contents. Absorbed TCE is first transported to the liver where it is metabolized for
3942   eventual elimination (*i.e.,* "first-pass effect") (U.S. EPA, 2011e).

3943
3944   Rapid absorption through the skin has been shown by both vapor and liquid TCE contact with the skin.
3945   In several human volunteer studies, both TCE liquid and vapors were shown to be well absorbed in
3946   humans via the dermal route. Dermal absorption was rapid following exposures of between 20 and 30
3947   minutes, with peak TCE levels in expired air occurring within 15 minutes (liquid) and 30 minutes
3948   (vapor) (U.S. EPA, 2011e). Dermal exposure to TCE disrupts the stratum corneum, impacting the
3949   barrier function of skin and promoting its own absorption. Therefore, absorption may increase at a
3950   greater than linear rate due to increasing epidermal disruption over time (ATSDR, 2019). Based on this
3951   information, this Risk Evaluation assumes that TCE dermal absorption under occluded (or impeded
3952   evaporation) scenarios is 100%. Dermal absorption under non-occluded occupational exposure scenarios
3953   was evaluated by the Dermal Exposure to Volatile Liquids Model in order to account for evaporation of
3954   TCE deposited on skin (Section 2.3.1). For consumer exposures, dermal absorption was evaluated

3955 differently for scenarios that are expected to involve impeded evaporation and those with unimpeded
3956 evaporation. For scenarios involving impeded evaporation, a permeability model was applied. In
3957 contrast, for scenarios less likely to involve impeded evaporation, the fraction absorbed model was
3958 applied (Section 2.3.2.3.1).

### 3.2.2.2    Distribution

3960 Regardless of the route of exposure, TCE is widely distributed throughout the body and preferentially
3961 partitions into lipid-containing tissues (Cichocki et al. 2016). TCE levels can be found in many different
3962 human and rodent tissues including: brain, muscle, heart, kidney, lung, liver, and adipose tissues. It can
3963 also be found in human maternal and fetal blood and in the breast milk of lactating women (U.S. EPA,
3964 2011e). Breast milk ingestion is an exposure pathway specific to infants. In one study detectable levels
3965 of TCE were found in all eight breast milk samples of mothers living in urban areas, however,
3966 concentrations were not provided (Pellizzari et al., 1982). In a separate study, TCE was detected in 7 of
3967 20 breast milk samples (35%) with a mean concentration of 1.5 ng/mL; concentrations ranged from not
3968 detected to 6 ng/mL milk (Beamer et al., 2012).

### 3.2.2.3    Metabolism

3970 The metabolism of TCE has been extensively studied in humans and rodents (U.S. EPA, 2011e).
3971 Animals and humans metabolize TCE to metabolites to varying degrees. These metabolites are known to
3972 play a key role in causing TCE-associated toxic effects. TCE metabolites are known to target the liver
3973 and kidney. The two major metabolic pathways are (1) oxidative metabolism via the cytochrome P450
3974 (CYP) mixed function oxidase system and (2) glutathione (GSH) conjugation followed by further
3975 biotransformations and processing with other enzymes. Oxidative metabolism is considered to be the
3976 major metabolic pathway relative to conjugative metabolism (Cichocki et al. 2016; Lash et al. 2014).
3977 This is supported by data showing that production of conjugative metabolites increases in CYP2E1-null
3978 mice (Luo et al. 2018). That same data also demonstrates that there are various CYPs involved with
3979 oxidative metabolism and some redundancy exists among them, as oxidative metabolism was only
3980 decreased but still active in CYP2E1-null mice (Luo et al. 2018).
3981
3982 The liver is the major tissue for the oxidative and GSH conjugation metabolic pathways. Both pathways
3983 are saturable, and above the saturable concentration/dose TCE is excreted unchanged in expired air.
3984 Relative metabolism of TCE differs whether absorbed via inhalation or ingestion due to the influence of
3985 first-pass liver metabolism on gastrointestinally-absorbed xenobiotics. Table 3-3 presents the important
3986 metabolites formed following both the CYP (oxidation) and GSH (conjugation) pathways in humans and
3987 animals. The amount and types of metabolites formed are important for understanding the toxicity of
3988 TCE in both animals and humans.
3989
3990 These major TCE metabolites as well as a number of minor metabolites are also observed in the
3991 metabolic pathway of TCE-related compounds (Table 3-4). This may be important in
3992 determining exposures because people may be co-exposed to many of these solvents at the
3993 same time. Concomitant exposures to TCE and its related compounds can affect TCE's metabolism and
3994 increase toxicity by generating higher internal metabolite concentrations than those resulting from TCE
3995 exposure only (U.S. EPA, 2011e).
3996
3997
3998
3999
4000
4001

4002    **Table 3-3. TCE Metabolites Identified by Pathway**

| Oxidative Metabolites | GSH Conjugation Metabolites |
|---|---|
| **Chloral** *(metabolized to TCOH$_a$)* | |
| **Trichloroethylene oxide** *(re-arranged to DCAC$_b$)* | DCVG$_e$ *(metabolized to DCVC$_f$ isomers)* |
| **Trichloroethanol or TCOH** *(metabolized to TCOG$_c$)* | |
| **Trichloroacetic acid or TCA** *(may lead to DCA$_d$)* | |
| **Abbreviations:** $_a$ TCOH = trichloroethanol; $_b$ DCAC= dichloroacetyl chloride; $_c$ TCOG= trichloroethanol, glucuronide conjugate; $_d$ DCA=dichloroacetic acid; $_e$ DCVG= S-dichlorovinyl-glutathione (collectively, the 1,2- and 2,2- isomers); $_f$ DCVC= S-dichlorovinyl-L-cysteine (collectively, the 1,2- and 2,2- isomers) | |

4003
4004    A review of *in vitro* metabolism data in the liver suggested that rodents (*i.e.,* especially mice)
4005    have greater capacity to metabolize TCE via the oxidation pathway (U.S. EPA, 2011e). *In vitro* data
4006    have also reported modest sex- and age-dependent differences in the oxidative TCE metabolism in
4007    humans and animals. Significant variability may exist in human susceptibility to TCE toxicity given the
4008    existence of CYP isoforms and the variability in CYP-mediated TCE oxidation (U.S. EPA, 2011e).
4009
4010    **Table 3-4. Common Metabolites of TCE and Related Compounds**

| Metabolites ↓ / Parent → | Tetrachloro-ethylene | 1,1,2,2,-Tetrachloro-ethane | TCE | 1,1,1-Trichloro-ethane | 1,2,-Dichloro-ethylene | 1,2,-Dichloro-ethane |
|---|---|---|---|---|---|---|
| Oxalic acid | | X | X | | X | |
| Chloral | X | | X | | | |
| Chloral hydrate (CH) | X | | X | | | |
| Monochloroacetic acid | X | X | X | X | X | X |
| Dichloroacetic acid (DCA) | X | X | X | | | X |
| Dichloroacetic acid (TCA) | X | X | X | X | | |
| Trichloroethanol (TCOH) | X | X | X | X | | |
| Trichloroethanol-glucuronide | X | X | X | X | | |
| **Note:** Table is the same as Table 2-21 in (U.S. EPA, 2014b). | | | | | | |

4011
4012    Conjugation is a process that generally leads to detoxification. However, this is not the case for TCE and
4013    many other halogenated alkanes and alkenes because they are biotransformed into reactive metabolites.
4014    The eventual metabolite(s) of concern for TCE are formed several steps from the initial GSH conjugate
4015    formed in the liver, which ultimately results in toxicity or carcinogenicity in the kidney (U.S. EPA,
4016    2011e).
4017

Compared to the CYP oxidation pathway, there appear to be more significant sex and species differences in TCE metabolism via the GSH pathway (U.S. EPA, 2011e). Animal data show that rates of TCE GSH conjugation in male rats/mice are higher than females. According to some *in vitro* data, the rates of DCVG production in liver/kidney cytosol are highest in humans, followed by mice, and then rats. *In vitro* data also suggest that γ-glutamyl transpeptidase (*i.e.*, GGT, an enzyme involved in DCVC production) activity in kidneys seems to be highest in rats, then humans, and then mice (U.S. EPA, 2011e). Furthermore, species-dependent enzymatic activities have been reported for the β-lyase and FMO3 enzymes (U.S. EPA, 2011e), with contrasting evidence suggests that metabolic formation of the reactive conjugative metabolites may be an order of magnitude greater in rats than humans (Green et al. 1997b; Lash et al. 1990) based on β-lyase-activity. Overall, the majority of evidence supports faster metabolism through both oxidative and GSH-conjugative pathways in rodents compared to humans (Lash et al. 2014).

### 3.2.2.4        Elimination

The majority of TCE absorbed into the body is eliminated by the metabolic pathways discussed above. With the exception of unchanged TCE and $CO_2$, which are excreted by exhalation, most TCE metabolites (*i.e.*, TCA, TCOH, GSH metabolites) are primarily excreted in urine and feces. Elimination of TCE metabolites can also occur through the sweat and saliva, but these excretion routes are likely to be relatively minor (U.S. EPA, 2011e).

Varying rates of TCE pulmonary excretion in humans have been observed in different studies (Chiu et al., 2007; Opdam, 1989; Sato et al., 1977). The relatively long terminal half-lives observed (up to 44 hours) suggest that the lungs require considerable time to completely eliminate TCE, primarily due to high partitioning to adipose tissues (U.S. EPA, 2011e). Various laboratories have studied the urinary elimination kinetics of TCE and its major metabolites in humans and rodents. Animal studies have shown that rodents exhibit faster urinary elimination kinetics than humans, with demonstrated elimination half-lives of just over 50 hours in humans and only approximately 16 hours in rats (Ikeda and Imamura, 1973).

### 3.2.2.5        Physiologically-Based Pharmacokinetic (PBPK) Modeling Approach

Given the complicated metabolic profile of TCE, understanding the relationship between the external dose/concentration (*i.e.*, exposure) and internal dose at the target organ of interest is critical to quantifying potential risk(s) because internal dose is more closely associated with toxicity at the target tissue (U.S. EPA, 2006). Predictions of internal dose in chemical risk assessments for a given external applied dose/concentration are achieved by employing PBPK modeling.

PBPK models use a series of mathematical representations to describe the absorption, distribution, metabolism and excretion (ADME) of a chemical and its metabolites. Because PBPK modeling assumes that the toxic effects in the target tissue are closely related to the internal dose of the biologically active form of the chemical, knowledge about the chemical's mode of action guides the selection of the appropriate dose metric. Traditional risk estimates based on applied dose carry higher uncertainties than those based on PBPK-derived internal dose metrics because they do not account for the toxicokinetics of the chemical, which are both dose and time-dependent. This reduction in uncertainty and the versatility of PBPK approaches have resulted in a growing interest to use these models in risk assessment products (U.S. EPA, 2006).

U.S. EPA developed a peer-reviewed comprehensive Bayesian PBPK model-based analysis of TCE and its metabolites in mice, rats and humans (U.S. EPA, 2011e). This model is briefly discussed below to provide clarity on how the PBPK modeling was used to estimate the PBPK-derived HECs. For all PBPK

4066   model files, including inputs and outputs of all model runs, see [*PBPK Model and ReadMe (zipped).*
4067   *Docket: EPA-HQ-OPPT-2019-0500*].
4068
4069   Physiological, chemical, *in vitro* and *in vivo* data were considered when building the PBPK model,
4070   including many studies in animals and humans that quantified TCE levels in various tissues following
4071   oral and inhalation exposures. Some of these studies provided key data/ parameters for the calibration of
4072   the PBPK model used in the IRIS assessment (U.S. EPA, 2011e). All of this information was used to
4073   build a model that was able to predict different dose metrics as measures of potential TCE toxicity. Each
4074   dose-metric was developed to  evaluate a different metabolic pathway/target organ effect based on the
4075   dose-response  analysis and understanding of metabolism (Table 3-5 and Figure 3-4).
4076
4077   The internal dose-metric for addressing cross-species pharmacokinetics is based on the EPA's cross-
4078   species scaling methodology. The preferred dose-metric for the parent compound under this
4079   methodology is equivalent to the daily AUC of the active moiety (parent compound or metabolite). For
4080   metabolites, in cases where the rate of production, but not the rate of clearance, of the active moiety can
4081   be estimated, the preferred dose-metric is the rate of metabolism (through the appropriate pathway)
4082   scaled by body weight to the ¾ power. If there are sufficient data to consider the active metabolite
4083   moiety(ies) reactive and cleared through nonbiological processes, then the preferred dose-metric is the
4084   rate of metabolism (through the appropriate pathway) scaled by the tissue mass. Finally, if local
4085   metabolism is thought to be involved, but cannot be estimated with the available data, then the AUC of
4086   the parent compound in blood is considered an appropriate surrogate and thus the preferred dose-metric.
4087   In general, an attempt was made to use tissue-specific dose-metrics representing particular pathways or
4088   metabolites identified from reasonably available data on the role of metabolism in toxicity for each
4089   endpoint (discussed in more detail below). The selection was limited to dose metrics for which
4090   uncertainty and variability could be adequately characterized by the PBPK model. For most endpoints,
4091   sufficient information on the role of metabolites or mode of action was not available to identify likely
4092   relevant dose metrics, and more upstream metrics representing either parent compound or total
4093   metabolism had to be used. Both preferred or primary dose metrics and alternative dose metrics were
4094   selected for each endpoint based on biological support for their involvement in TCE toxicity.
4095
4096   **Table 3-5. List of All of the PBPK-Modeled Dose Metrics Considered in this Risk Evaluation**

| Dose-Metric Identifier | Dose-Metric Definition |
|---|---|
| ABioactDCVCBW34 | Amount of DCVC bioactivated in the kidney per unit adjusted body weight |
| ABioactDCVCKid | Amount of DCVC bioactivated in the kidney per unit kidney mass |
| AMetGSHBW34 | Amount of TCE conjugated with GSH per unit adjusted body weight |
| AMetLiv1BW34 | Amount of TCE oxidized in liver per unit adjusted body weight |
| AMetLivOtherBW34 | Amount of TCE oxidized to metabolites other than TCA or TCOH per unit adjusted body weight |
| AMetLivOtherLiv | Amount of TCE oxidized to metabolites other than TCA or TCOH per unit liver weight |
| AMetLngBW34 | Amount of TCE oxidized in respiratory tract per unit adjusted body weight |
| AMetLngResp | Amount of TCE oxidized in respiratory tract per unit respiratory tract tissue |
| AUCCBld | Area under the curve of venous blood concentration of TCE |
| AUCCTCOH | Area under the curve of blood concentration of TCOH |
| AUCLivTCA | Area under the curve of the liver concentration of TCA |
| TotMetabBW34 | Total amount of TCE metabolized per unit adjusted body weight |
| TotOxMetabBW34 | Total amount of TCE oxidized per unit adjusted body weight |
| TotTCAInBW | Total amount of TCA produced |

4097

4098 For developmental toxicity endpoints, the TCE PBPK model did not incorporate a pregnancy model to
4099 estimate the internal dose of TCE in the developing fetus. In this case, the maternal dose-metric was used
4100 as the surrogate measure of target tissue dose in the developing fetus. This was considered reasonable
4101 because TCE and the major circulating metabolites (TCA and TCOH) appear to cross the placenta and
4102 maternal metabolizing capacity is generally greater than that of the fetus. In the cases where exposure
4103 continues after birth ((Peden-Adams et al., 2006), Section 3.2.5.1.6), no PBPK model-based internal dose
4104 was used. Because of the complicated fetus/neonate dosing that includes transplacental, lactational, and
4105 direct (if dosing continues postweaning) exposure, the maternal internal dose is no more accurate a
4106 surrogate than applied dose in this case. A complete description of the TCE PBPK model, including the
4107 rationale for parameter choices in animals and humans, choice of dose metric, and experimental
4108 information used to calibrate and optimize the model is found in the TCE IRIS assessment (U.S. EPA,
4109 2011e).
4110
4111 As shown in Figure 3-4 and Figure 3-5, several steps were needed to derive the PBPK-derived HECs
4112 used in this assessment. First, the rodent PBPK model was run to estimate rodent internal doses (for
4113 rodent toxicity studies) for the applied doses in a study based on the selected dose metric (Table 3-5).
4114 The internal dose Point of Departure (idPOD) is then obtained either directly from the internal dose
4115 corresponding to the applied dose LOAEL/NOAEL, or by BMD modeling of responses based on internal
4116 doses. Separately, the human PBPK model was run for a range of continuous exposures from 0.1 to
4117 2,000 ppm or 0.1 to 2,000 mg/kg-bw/day to establish the relationship between human exposure air levels
4118 and internal dose for the same dose-metric evaluated in the rodent PBPK model. This relationship was
4119 used to derive Human Equivalent Concentrations (HECs) and Human Equivalent Doses (HEDs)
4120 corresponding to the idPOD by interpolation. Median values of dose metric estimates were used for
4121 determining rodent internal doses, while both median (50th percentile) and 99th percentile values were
4122 determined for HECs and HEDs (U.S. EPA, 2011e).



4123
4124 **Figure 3-4. Dose–Response Analyses of Rodent Non-Cancer Effects Using**
4125 **the Rodent and Human PBPK Models**
4126 Figure adapted from Figure 5-2 (Chapter 5, TCE IRIS assessment) (U.S. EPA, 2011e).  Square nodes indicate point values,
4127 circle nodes indicate distributions and the inverted triangle indicates a (deterministic) functional relationship.
4128



4129
4130 **Figure 3-5. Example of HEC99 Estimation through Interpecies, Intraspecies and**
4131 **Route-to- Route Extrapolation from a Rodent Study LOAEL/NOAEL**
4132

The rodent population model was designed to characterize study-to-study variation and used median (50th percentile) values of dose-metrics to generate idPODs. The rodent PBPK model did not characterize variation within studies and assumed that the rodent idPODs were for pharmacokinetically identical animals. The basis of that assumption was that animals with the same sex/species/strain combination were considered pharmacokinetically identical and represented by the group average. In practice, the use of median versus mean internal doses for rodents did not make a substantial difference except when the uncertainty in the rodent dose-metric was high (U.S. EPA, 2011e).

On the other hand, the human population model characterizes toxicokinetic uncertainty and individual-to-individual variation and used median, 95th and 99th percentile values of dose- metrics to general human idPODs. The 50th, 95th, or 99th percentile of the combined uncertainty and variability distribution of human internal doses was used to derive the HEC/HED$_{50}$, HEC/HED$_{95}$ or HEC/HED$_{99}$ estimates, respectively. The HEC$_{95}$ and HEC$_{99}$ were interpreted as being the concentrations of TCE in air for which there is 95% and 99% likelihood, respectively, that a randomly selected individual will have an internal dose less than or equal to the idPOD derived from the rodent study. HED values represent the same likelihood for given administered doses of TCE. This Risk Evaluation presents both HEC/HED$_{50}$ and HEC/HED$_{99}$ POD values.

### 3.2.3    Hazard Identification

#### 3.2.3.1        Non-Cancer Hazards

EPA previously identified human health hazard for the below endpoints in (U.S. EPA, 2011e) and (U.S. EPA, 2014b). Key and supporting studies from those publications that were used for derivation of tissue-specific PODs were reviewed along with any newer studies identified through EPA's updated literature search beginning with studies published after the TCE IRIS assessment (U.S. EPA, 2011e). A short summary of the overall database and short details on any older key studies or relevant new studies are provided here; details on all reviewed studies can be found in [*Data Extraction for Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*].

#### 3.2.3.1.1 Liver toxicity

Several studies have demonstrated liver toxicity in both animals and humans exposed to TCE. Specific effects include the following structural changes: increased liver weight, increase in deoxyribonucleic acid (DNA) synthesis (transient) and polyploidy, enlarged hepatocytes, enlarged nuclei, and peroxisome proliferation.

The role of metabolites is important but not well understood. Many investigators have dosed animals with TCE, as well as with many of its metabolites to determine the role and potency of each in terms of target organ toxicity. It appears that the oxidation pathway is important for the development of liver toxicity, but the specific role of each metabolite (*i.e.,* that of TCA, DCA, and chloral hydrate), as well as the parent TCE, is unclear.

EPA did not identify any new repeat-dose experimental studies in animals or human epidemiological studies that would contribute significant additional hazard information for this endpoint. Therefore, EPA relied primarily on conclusions from the 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b).

Human Data
Several human studies (including those in TCE degreaser operations) reported an association between TCE exposure and significant changes in serum liver function tests used in diagnosing liver disease,

4179  or changes in plasma or serum bile acids. There was also human evidence for hepatitis accompanying
4180  immune-related generalized skin diseases, jaundice, hepatomegaly, hepatosplenomegaly, and liver
4181  failure in TCE-exposed workers (U.S. EPA, 2011e). Cohort studies examining cirrhosis and either
4182  TCE exposure or solvent exposure did not generally identify a statistically significant association, but
4183  due to limitations in this database these studies do not rule out an association between TCE and liver
4184  disorders/toxicity (U.S. EPA, 2011e). A case study published after the 2011 IRIS Assessment reported
4185  TCE hypersensitivity-induced liver damage (Jung et al., 2012).

4186

4187  Animal Data
4188  The 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) reviewed many oral and
4189  inhalation studies in rats and mice. Studies in animals exposed to TCE reported increased liver weight, a
4190  small, transient increase in DNA synthesis, enlarged hepatocytes, increased size of nuclei of liver cells,
4191  and proliferation of peroxisomes (U.S. EPA, 2011e). Dose-responsive increases in relative liver weight
4192  (compared to body weight) were observed both following administration of TCE for 6 weeks via
4193  gavage (Buben and O'Flaherty, 1985) and for up to 120 days via inhalation (Woolhiser et al., 2006;
4194  Kjellstrand et al., 1983). Hypertrophy, histopathology, cytotoxicity, and altered serum biochemistry
4195  were also observed in mice in (Buben and O'Flaherty, 1985) with histopathology including
4196  vacuolization and inflammatory cell infiltration observed in (Kjellstrand et al., 1983). Increased liver
4197  weight was additionally observed in (Boverhof et al., 2013), identified in the EPA literature search,
4198  following 6 hr/day inhalation exposure to a single concentration level (1000 ppm) of TCE for 4 weeks.

### 3.2.3.1.2  Kidney toxicity

4200  Studies in both humans and animals have shown changes in the proximal tubules of the kidney
4201  following exposure to TCE. DCVC (and to a lesser extent other metabolites) appears to be responsible
4202  for kidney damage and kidney cancer following TCE exposure (U.S. EPA, 2011e). Toxicokinetic
4203  data suggest that the TCE metabolites derived from GSH conjugation (in particular DCVC) can be
4204  systemically delivered or formed in the kidney. Importantly, DCVC-treated animals showed the same
4205  type of kidney damage as those treated with TCE (U.S. EPA, 2011e).

4206

4207  EPA did not identify any new repeat-dose experimental studies in animals or human epidemiological
4208  studies that would contribute significant additional hazard information for this endpoint. Therefore,
4209  EPA relied primarily on conclusions from the 2014 TSCA Work Plan Chemical Risk Assessment (U.S.
4210  EPA, 2014b).

4211

4212  Human Data
4213  Occupational studies showed increased levels of kidney damage (proximal tubules) and end-stage
4214  renal disease in TCE-exposed workers. Human studies reported increased excretion of urinary proteins
4215  among TCE-exposed workers when compared to unexposed controls. While some of these studies
4216  included subjects previously diagnosed with kidney cancer, other studies report similar results in
4217  subjects who are disease free (U.S. EPA, 2011e).

4218

4219  Animal Data
4220  In animal studies, renal toxicity was evident in both rats and mice following inhalation or gavage
4221  exposures. Maltoni and Cotti (1986) identified pathological changes in the renal tubule of rats following 1-
4222  2 years of either oral or inhalation exposure. Similar changes were also observed in a chronic gavage study
4223  in female mice conducted by NCI, (NCI, 1976), however that study scored Unacceptable in EPA data
4224  quality evaluation due to high mortality in control mice and rats as well as long post-exposure period prior
4225  to sacrifice that could have allowed for recovery. The toxicity included damage to the renal tubules (*e.g.,*
4226  both cytomegaly and karyomegaly). In a chronic gavage study, kidney toxicity was observed in almost

4227 100 percent of rodents at high doses (NTP, 1988). Under inhalation exposure scenarios, male rats were
4228 more susceptible than female rats or mice to kidney toxicity. As noted earlier, this toxicity is likely
4229 caused by DCVC formation through conjugative metabolism (U.S. EPA, 2011e). Increased relative
4230 kidney weight compared to body weight was also observed in both mice and rats following inhalation
4231 exposure over several weeks to months (Boverhof et al., 2013; Woolhiser et al., 2006; Kjellstrand et
4232 al., 1983).

### 3.2.3.1.3  Neurotoxicity

4234 Neurotoxicity has been demonstrated in animal and human studies under both acute and chronic
4235 exposure conditions (U.S. EPA, 2011e). Due to the effects on the nervous system, TCE was initially
4236 synthesized for use as an anesthetic in humans in the early part of the 20th century.These anesthetic-like
4237 effects occurred at high concentrations. CNS depression has been consistently observed following
4238 acute exposure of humans to TCE (see Section 3.2.3.1.7).

4240 Among newer studies not previously discussed in (U.S. EPA, 2011e), a single repeat-dose
4241 experimental study in rats (Liu et al., 2010) along with a few epidemiological studies that identified
4242 specific neurological outcomes were identified in EPA's literature search. These studies only add to
4243 and do not contradict the hazard conclusions from the 2014 TSCA Work Plan Chemical Risk
4244 Assessment (U.S. EPA, 2014b). Therefore, EPA primarily relied on the previous hazard conclusions.

4246 Human Data
4247 Evaluation of the human studies has reported the following TCE-induced neurotoxic effects:
4248 alterations in trigeminal nerve and vestibular function, auditory effects, changes in vision, alterations
4249 in cognitive function, changes in psychomotor effects, and neurodevelopmental outcomes (U.S. EPA,
4250 2011e).

4252 Multiple epidemiological studies in different populations have reported TCE-induced abnormalities in
4253 trigeminal nerve function in humans, with a few studies not reporting any association (U.S. EPA,
4254 2011e). The strongest evidence of human neurological hazard is for observed changes in trigeminal
4255 nerve function or morphology and impairment of vestibular function in a High quality study on workers
4256 exposed to TCE for a mean of 16 years (Ruijten et al., 1991). Fewer and more limited epidemiological
4257 studies are suggestive of TCE exposure being associated with delayed motor function, and changes in
4258 auditory, visual, and cognitive function or performance, and neurodevelopmental abnormalities (U.S.
4259 EPA, 2011e).

4261 Human studies have consistently reported vestibular system-related symptoms such as headaches,
4262 dizziness, and nausea following TCE exposure. Although these symptoms are subjective and self-
4263 reported, these effects have been reported extensively in human chamber, occupational, and
4264 geographic-based/drinking water studies (U.S. EPA, 2011e). Additionally, several newer
4265 epidemiological studies have found an association between TCE exposure and neurodegenerative
4266 disorders such as Amyotrophic Lateral Sclerosis (Bove et al., 2014a) and Parkinson's disease (Bove et
4267 al., 2014b; Goldman et al., 2012).

4269 Animal Data
4270 The 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) reviewed many animal
4271 studies reporting a variety of neurotoxic effects under different exposure conditions. Animal studies
4272 have reported the following TCE-induced neurotoxic effects: morphological changes in the trigeminal
4273 nerve, disruption of the auditory system, visual changes, structural or functional changes in the

4274    hippocampus, sleep disturbances and changes in psychomotor effects (U.S. EPA, 2011e). Key and
4275    supporting studies considered in this Risk Evaluation identified significant decreases in wakefulness
4276    following 6 weeks of TCE inhalation exposure (Arito et al., 1994) and demyelination of the
4277    hippocampus following 8 weeks of drinking water exposure (Isaacson et al., 1990) in rats. Neuronal
4278    degeneration (Gash et al., 2008) and diminished sciatic nerve regeneration (Kjellstrand et al., 1987)
4279    were also observed following TCE exposure in rodents, however those studies scored Low and
4280    Unacceptable, respectively in data quality evaluation. More recent studies have observed both sedative
4281    (Wilmer et al., 2014) and stimulatory effects (Shelton and Nicholson, 2014) of TCE via inhalation at
4282    doses at or above 5000 ppm. Rats administered TCE via gavage for 6 weeks demonstrated loss of
4283    dopaminergic neurons at 500 and 1000 mg/kg-day, with changes in behavior and reduced
4284    mitochondrial activity with increased oxidative stress observed at 1000 mg/kg-day (Liu et al., 2010).

### 3.2.3.1.4  Immunotoxicity

4286    Immune-related effects following TCE exposures have been observed in both animal and human
4287    studies. In general, these effects were associated with both inducing enhanced immune responses as
4288    well as immunosuppressive effects. These effects may influence a variety of other conditions of
4289    considerable public health importance, such as susceptibility to infection, cancer and atherosclerosis
4290    (U.S. EPA, 2011e).

4292    EPA's literature search identified a single acute inhalation study in rats that identified a novel endpoint
4293    for impaired response to infection (Selgrade and Gilmour, 2010). This study was discussed in the TCE
4294    IRIS assessment (U.S. EPA, 2011e) but was not included in the 2014 TSCA Work Plan Chemical
4295    Risk Assessment (U.S. EPA, 2014b). All other studies supported the hazard conclusions of the 2014
4296    TCE Risk Assessment (U.S. EPA, 2014b). Therefore, EPA primarily relied on the previous hazard
4297    conclusions for all other endpoints.

4299    <u>Human Studies</u>

**Autoimmunity/Inappropriate Immune Activation**

4301    Studies have reported a relationship between systemic autoimmune diseases, such as scleroderma, and
4302    occupational exposure to TCE. The TCE IRIS assessment (U.S. EPA, 2011e) performed a meta-
4303    analysis of a number of human studies evaluating a possible connection between scleroderma and TCE
4304    exposure. Results indicated a significant odds ratio (OR) in men, whereas women showed a lower but
4305    not significant OR. These results may not reflect a true sex difference because the incidence of this
4306    disease is very low in men (approximately one per 100,000 per yr) and somewhat higher in women
4307    (approximately one per 10,000 per yr). In addition, these results may be affected by sex-related
4308    differences in exposure prevalence, the reliability of the exposure assessment, sex-related differences
4309    in susceptibility to TCE toxicity or chance (U.S. EPA, 2011e).

4311    Increased levels of human inflammatory cytokines have been observed in both workers exposed
4312    occupationally to TCE and infants exposed to TCE via indoor air (U.S. EPA, 2011e). These findings
4313    were supported by studies in mice (described below) in which short exposures to TCE resulted in
4314    increased levels of inflammatory cytokines.

**Immunosuppression**

4317    The epidemiological database also provides limited evidence of immunosuppression based on
4318    reduced IgG antibody levels in TCE-exposed workers (Zhang et al., 2013).

4322    Animal Data

4323    **Autoimmunity/Inappropriate Immune Activation**

4324    Numerous studies have shown increased autoimmune responses in autoimmune-prone mice, including
4325    changes in cytokine levels similar to those reported in human studies, with more severe effects, including
4326    autoimmune hepatitis, inflammatory skin lesions, and alopecia, manifesting at longer exposure periods
4327    (U.S. EPA, 2011e). Key studies identified evidence of autoimmunity from chronic TCE exposure in both
4328    non-autoimmune prone (Keil et al., 2009) and autoimmune prone (Wang et al. 2012; Gilbert et al. 2006;
4329    Griffin et al. 2000; Kaneko et al. 2000) mice.

4330

4331    *Sensitization / Hypersensitivity*

4332    Limited epidemiological data do not support an association between TCE exposure and allergic
4333    respiratory sensitization or asthma. However, there have been a large number of case reports and
4334    epidemiological studies (Kang et al. 2018; Liu 2009; Xu et al. 2009; Nakajima et al. 2003;
4335    Chittasobhaktra et al. 1997; Bond 1996) of TCE-exposed workers developing a severe hypersensitivity
4336    skin disorder, distinct from contact dermatitis, and often accompanied by systemic effects (*e.g.,* hepatitis,
4337    lymph node changes, and other organ effects including cardiac arrest in at least one instance). These
4338    effects appeared after inhalation exposures ranging from less than 9 to greater than 700 ppm TCE.
4339    Similar sensitization/hypersensitivity effects have been observed in guinea pigs and mice following TCE
4340    exposure via drinking water (U.S. EPA, 2011e), including in the autoimmune-prone MRL+/+ mouse line
4341    (Griffin et al. 2000).

4342

4343    **Immunosuppression**

4344    Evidence of localized immunosuppression has also been reported in mice and rats (Boverhof et al.,
4345    2013; Woolhiser et al., 2006; Sanders et al., 1982). Support for immunotoxicity hazard is further
4346    supported by decreased thymus weight and cellularity in the non-autoimmune prone mice following up
4347    to 30 weeks of drinking water exposure (Keil et al., 2009).

4348

4349    Inhalation exposure to TCE has been shown to suppress pulmonary host defenses and enhance
4350    susceptibility to respiratory infection in mice co-exposed to aerosolized pathogenic bacteria. Increased
4351    mortality was observed post-infection following exposure to TCE concentrations of 50ppm or greater,
4352    with corresponding dose-dependent effects on bacterial clearance, percentage of infected mice, and
4353    alveolar phagocytosis (Selgrade and Gilmour, 2010).

4354    **3.2.3.1.5  Reproductive toxicity**

4355    The epidemiological, animal, and mechanistic literature provide suggestive, but limited, evidence of
4356    adverse outcomes to female reproductive toxicity. However, much more extensive evidence exists in
4357    support of an association between TCE exposures and male reproductive toxicity (U.S. EPA, 2011e).

4358

4359    The reasonably available human data that associate TCE with adverse effects on male reproductive
4360    function are limited in sample size and provide little quantitative dose data. However, the animal data
4361    provide strong and compelling evidence for TCE-related male reproductive toxicity. Strengths of the
4362    animal database include the presence of both functional and structural outcomes, similarities in adverse
4363    treatment-related effects observed in multiple species, and evidence that metabolism of TCE in male
4364    reproductive tract tissues is associated with adverse effects on sperm measures in both humans and
4365    animals. Additionally, some aspects of a putative mode of action (*e.g.,* perturbations in testosterone
4366    biosynthesis) appear to have some commonalities between humans and animals (U.S. EPA, 2011e).

4367

4368    EPA did not identify any new repeat-dose experimental studies in animals or human epidemiological
4369    studies that would contribute significant additional hazard information for this endpoint. Therefore,

EPA relied primarily on conclusions from the 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b).

Human Data

Most human studies support an association between TCE exposure and alterations in sperm density and quality, as well as changes in sexual drive or function and serum endocrine levels. Chia et al. (1996) observed decreased normal sperm morphology along with hyperzoospermia in male workers averaging over five years occupational exposure. Fewer epidemiological studies exist linking decreased incidence of fecundability (time-to-pregnancy) and menstrual cycle disturbances in women with TCE exposures (U.S. EPA, 2011e).

Animal Data

Laboratory animal studies provide evidence for similar effects, particularly for male reproductive toxicity. These animal studies have reported effects on sperm, libido/copulatory behavior, and serum hormone levels, although some studies that assessed sperm measures did not report treatment-related alterations (U.S. EPA, 2011e). Identified key and supporting studies have observed TCE-related histopathological lesions in the testes or epididymides, altered *in vitro* sperm-oocyte binding, and increased incidence of irregular sperm in rodents (Kan et al., 2007; Xu et al., 2004; Kumar et al., 2001; Kumar et al., 2000). Forkert et al. (2002) also observed effects on the epididymis, however that study was unacceptable in data quality evaluation. Similarly, decreased *in vitro* fertilization resulted from exposure of male rats to TCE in drinking water in one study (Duteaux et al., 2004), however that study scored a Low in data quality evaluation.

Fewer animal studies are reasonably available for the female reproductive toxicity endpoint. While *in vitro* oocyte fertilizability has been reported to be reduced as a result of TCE exposure in rats, a number of other laboratory animal studies did not report adverse effects on female reproductive function effects (U.S. EPA, 2011e). The key study Narotsky et al. (1995) observed delayed parturition in female rats. Exposure of either males or females to TCE in feed resulted in reduced successful copulation and an associated decrease in the number of live pups and litters (George et al., 1986). A recent study found that a single high dose of TCE administered orally to rats resulted in reduced fetal weight and indicators of placental oxidative stress (Loch-Caruso et al. 2019). A series of studies have found that the reactive conjugative metabolite DCVC induces oxidative stress and cell death in a placental cell line (Elkin et al. 2020), although there is uncertainty relating to the relevance of DCVC to reproductive toxicity outcomes.

### 3.2.3.1.6  Developmental Toxicity

Developmental toxicity refers to endpoints affecting fetal or neonatal outcomes. An evaluation of the human and animal developmental toxicity data suggests an association between pre- and/or postnatal TCE or TCE metabolite exposures and potential developmental adverse outcomes. Heart malformations observed after developmental TCE exposure in animal studies were identified in the 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) as the most sensitive developmental toxicity endpoint for dose-response analysis. The developmental toxicity information is briefly described below, including information from the 2014 TCE TSCA Work Plan Chemical Risk Assessment and more recent studies.

For developmental toxicity other than congenital heart defects EPA did not identify any new repeat-dose experimental studies in animals or human epidemiological studies that would contribute significant novel information for this hazard. Therefore, EPA relied primarily on conclusions from the 2014 TCE TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) for these other endpoints.

For congenital heart defects, EPA evaluated more recent epidemiological studies, mechanistic studies, and a single experimental animal study that provide conflicting evidence for this endpoint.

Human Data

The 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) evaluated numerous human studies that examined the possible association of TCE with various developmental outcomes, including prenatal (*e.g.,* spontaneous abortion and perinatal death, decreased birth weight, and congenital malformations) and postnatal (*e.g.,* growth, survival, developmental neurotoxicity, developmental immunotoxicity, and childhood cancers) health outcomes. Most of these were occupational epidemiology studies. In addition, geographically-based epidemiological studies have been conducted in various parts of the United States, including Arizona (Tucson Valley), Colorado (Rocky Mountain Arsenal), Massachusetts, New York (Endicott), Camp Lejeune, North Carolina and Milwaukee, Wisconsin (U.S. EPA, 2011e).

**Perinatal death, decreased birth weight, and birth defects**

The Endicott, New York, and the Camp Lejeune studies focused on reproductive and developmental outcomes. Some of these studies have reported associations between parental exposure to TCE and spontaneous abortion or perinatal death, and decreased birth weight. However, other occupational and geographically-based studies have failed to detect a positive association between TCE exposure and developmental toxicity in humans (U.S. EPA, 2011e).

ATSDR has conducted studies at Camp Lejeune, North Carolina, where individuals were exposed to VOC-contaminated drinking water (Ruckart et al., 2014, 2013). TCE was one of the main contaminants found in the drinking water. Ruckart et al. found an association between neural tube defects and TCE exposure above 5 ppb during the first trimester of pregnancy, however null to negative associations were identified between TCE exposure and other developmental effects (*e.g.,* reduced birth weight, oral cleft defects). Yauck et al. (2004) observed a strong relative risk estimate for cardiac malformations in infants from Milwaukee, Wisconsin born to TCE-exposed mothers aged 38 years or older. In addition to older age, increased risk was also independently associated with other confounders including alcohol use, hypertension, and diabetes. Forand et al. (2012) (an update for the Endicott, NY community) reported significant relative risk estimates for low birth weight, small for gestational age, and cardiac defects. See the below section for further discussion of congenital heart defects.

Other studies have also identified an association between exposure to TCE exposure and developmental effects. One study reported increased risk of spina bifida to offspring of TCE-exposed mothers (Swartz et al., 2015), and both statistically significant and non-significant associations have been observed between exposure to the TCE metabolites trichloracetic acid and trichloroethanol with various outcomes including oral clefts, urinary tract malformations, and limb defects (Cordier et al., 2012). In contrast, (Brender et al., 2014) found no statistically significant association with neural tube defects, spina bifida, anencephaly, any oral cleft, cleft palate, cleft lip with or without cleft palate, any limb deficiency, or longitudinal or transverse limb deficiencies. The study did identify an increased risk of septal heart defects (see below section), however.

**Developmental neurotoxicity**

As for human developmental neurotoxicity, the available studies collectively suggest that the developing brain is susceptible to TCE toxicity. These studies have reported an association with TCE exposure and CNS congenital or postnatal effects such as delayed newborn reflexes, impaired learning or memory, aggressive behavior, hearing impairment, speech impairment, encephalopathy, impaired executive and motor function and attention deficit (U.S. EPA, 2011e).

**Developmental immunotoxicity**
There are very few studies on developmental immunotoxicity associated with human exposure to TCE. A set of studies published by Lehman et al. ([2002](#); [2001](#)), cited in ([U.S. EPA, 2011e](#))) did not find any statistically significant association with allergic sensitization or change in cytokine-producing T cells based on measurements of TCE air concentrations in children's bedrooms.

Animal Data
Many of the TCE-related developmental effects reported in humans have been observed in key and supporting animal studies: increased fetal resorptions ([Narotsky et al., 1995](#)), developmental neurotoxicity ([Fredriksson et al., 1993](#); [Taylor et al., 1985](#)), developmental immunotoxicity ([Peden-Adams et al., 2006](#)), and congenital heart defects anomalies (([Johnson et al., 2003](#); [Dawson et al., 1993](#)), further details below). Healy et al. ([1982](#)) observed increased resorptions, skeletal abnormalities, and decreased fetal weight, but the study scored Unacceptable in data quality evaluation. Some of the observed effects appear to be strain-specific ([U.S. EPA, 2011e](#)). Among newer studies identified in the EPA literature search, developmental neurotoxicity was indicated by increased locomotor and exploratory activities were observed following water exposures to mice during nervous system development ([Blossom et al., 2013](#)), however these effects were not consistently dose-responsive. A follow-up study from that laboratory ([Blossom et al. 2016](#)) reported inflammation-mediated cerebellar oxidative stress and increased locomotor activity following gestational TCE exposure in autoimmune-prone mice, while another study demonstrated that TCE reduces cell viability and inhibits differentiation of neural progenitor cells in culture ([Salama et al. 2018](#)). In addition to the results from ([Blossom et al. 2016](#)), various indicators of developmental immunotoxicity were also observed in another MRL +/+ mice study ([Gilbert et al. 2014](#)).

Congenital Heart Defects
*In vivo* animal studies in rats and chicks have identified an association between TCE exposures and cardiac defects[22] in the developing embryo and/or fetus ([U.S. EPA, 2011e](#)). The 2014 TSCA Work Plan Chemical Risk Assessment ([U.S. EPA, 2014b](#)) identified congenital heart defects following TCE exposure via drinking water as the most sensitive human health endpoint for dose-response analysis and Risk Evaluation based on data from ([Johnson et al., 2003](#)) and ([Dawson et al., 1993](#)), despite public criticisms of insufficient data reporting and other issues in these studies. Mechanistic studies have also examined various aspects of the induction of cardiac malformations. Human studies have also identified statistically significant increased risk of developmental cardiac defects following exposure to TCE ([Brender et al., 2014](#); [Forand et al., 2012](#); [Yauck et al., 2004](#)) or metabolites ([Wright et al., 2017](#)), with increased association for older mothers ([Yauck et al., 2004](#); [Brender et al., 2014](#)). The critical window for cardiac development is 1-2 weeks for rodents, 1-2 weeks for chickens, and from the 3rd to the 8th week for the human fetus.

The scientific literature also has examples of relatively well-conducted studies in rats and mice that did not observe an increase in TCE-induced cardiac malformations. Most prominent among these include an inhalation study in rats ([Carney et al., 2006](#)) and an oral gavage study in rats ([Fisher et al., 2001](#)). Of note however, while ([Fisher et al., 2001](#)) did not report statistically-significant increases in combined cardiac and cardiovascular effects, there was a very high background incidence of cardiovascular defects

---

[22] "Cardiac" (or "heart") "defects," "malformations," and "abnormalities" are used throughout this Risk Evaluation to refer to adverse findings in the developing heart. These terms, in addition to "congenital heart defects" (CHD), are used in experimental animal, epidemiological, and/or clinical studies to characterize or categorize various morphological cardiovascular outcomes in the fetus or neonate. For the purpose of this Risk Evaluation, they are used interchangeably.

4511 in soybean oil-control rats, and the authors did observe a 19% increase in cardiac-specific defects (per-
4512 litter, statistical significance not calculated) following TCE treatment compared to controls. During the
4513 development of this Risk Evaluation, a study was completed that also did not identify a statistically
4514 significant increase in cardiac defects following TCE exposure via drinking water (Charles River
4515 Laboratories, 2019). Several epidemiological studies also report either negative (Lagakos et al., 1986) or
4516 equivocal (Bove, 1996; Bove et al., 1995) statistical associations between TCE exposure and heart
4517 defects. Gilboa et al. (2012) identified a statistically significant association of perimembranous
4518 ventricular septal defects with exposure to chlorinated solvents as a class, but not to TCE alone.

### 3.2.3.1.7 Overt Toxicity Following Acute/Short Term Exposure

4521 Acute studies in animals consist of single exposures at high doses specifically designed for assessing
4522 the dose at which lethality occurs or for examining overt toxicity. The interim acute exposure
4523 guideline levels (AEGLs) document for TCE was consulted and used in this assessment to briefly
4524 summarize the acute toxicity data (NAC/AEGL, 2009). This section describes overt acute toxicity,
4525 representing readily observable clinical effects resulting from short-term exposure (as opposed to
4526 subclinical indications of adversity or delayed/long-term effects).

4528 In humans, TCE odors can be detected at concentrations of ≥ 50 ppm. It was once commonly used as
4529 an anesthetic agent with concentrations ranging from 5,000 to 15,000 ppm for light anesthetic use and
4530 from 3,500 to 5,000 ppm for use as an analgesic. Information on the toxicity of TCE in humans comes
4531 from either case reports in the medical/occupational literature or experimental human inhalation
4532 studies. Lethality data in humans have been reported following accidental exposure to TCE. However,
4533 there is insufficient information about the exposure characterization of these incidents (NAC/AEGL,
4534 2009).

4536 Human inhalation studies have shown that acute exposure to TCE results in irritation and central
4537 nervous system (CNS) effects in humans. Mild subjective symptoms and nose and throat irritation
4538 were reported by human volunteers exposed to 200 ppm TCE for 7 hrs/day on the first day of exposure
4539 during a 5-day exposure regimen. The study also reported minimal CNS depression following TCE
4540 exposure (NAC/AEGL, 2009). Laboratory studies have additionally demonstrated acute effects of
4541 TCE on the respiratory tract in the form of both localized irritation and broad fibrosis, likely
4542 dependent on oxidative metabolism. (U.S. EPA, 2011e).

4544 CNS depression and effects on neurobehavioral functions were seen in human volunteers exposed to
4545 1,000 ppm TCE for a 2-hr period. In the same studies, volunteers were also exposed to 100 or 300
4546 ppm TCE for 2 hrs. Some subjects had similar CNS effects at the middle concentration (300 ppm),
4547 with no such effects observed at the 100 ppm. A different study reported slight to marginal
4548 neurobehavioral effects after exposure to 300 ppm TCE for 2.5 hrs. Cardiac arrhythmias have also
4549 been reported in humans exposed to high concentration of TCE. Several animal studies have reported
4550 neurobehavioral effects and the potential for inducing cardiac sensitization following acute inhalation
4551 exposure to TCE (NAC/AEGL, 2009).

4553 The NIOSH Skin Notation Profile for TCE (Hudson and Dotson, 2017) summarizes data providing
4554 evidence for skin irritation and/or corrosion from dermal TCE exposure, with effects including rashes,
4555 blistering, and burning sensations. Eye effects and CNS effects also resulted following simultaneous
4556 vapor inhalation along with percutaneous penetration. Skin irritation potential varied greatly among
4557 individuals in volunteer studies, with some exhibiting extreme pain and others reporting at most only
4558 very mild effects. Studies on both humans and animals demonstrate that TCE is a moderate skin
4559 sensitizer, with hypersensitivity reactions observed following exposure to both TCE and various

4560 metabolites.

4561 ### 3.2.3.2      Genotoxicity and Cancer Hazards

4562 #### 3.2.3.2.1  Genotoxicity

4563 EPA extracted and all relevant genotoxicity studies for TCE and various important metabolites. Relevant
4564 metabolites were selected based on the species most closely associated with a potential mutagenic mode
4565 of action for cancer target sites (*i.e.,* conjugative metabolites for kidney, CH for liver, see Section
4566 3.2.4.2.2). Results of genotoxicity studies are presented in [*Data Extraction and Evaluation Tables for*
4567 *Genotoxicity Studies. Docket:* [EPA-HQ-OPPT-2019-0500]]. All identified relevant studies were included
4568 in the data tables for comparison and transparency, including studies that scored Unacceptable or could
4569 not be evaluated. Only acceptable studies were considered in the geneotoxicity weight of scientific
4570 evidence and cancer MOA assessment (Section 3.2.4.2.2). There was no overall particular pattern of
4571 excluded studies among positive and negative results, except for GSH conjugation metabolites where all
4572 of the negative studies were deemed unacceptable.

4573

4574 Overall, TCE genotoxicity was mostly negative in bacterial and yeast systems, although metabolic
4575 activation did induce genotoxicity in a few otherwise negative assays. Results were mixed in
4576 mammalian systems, with positive results observed both with and without metabolic activation across
4577 the database. The metabolite CH was mostly positive across a wide variety of assays both *in vitro* and *in*
4578 *vivo/ex vivo*, however positive results were more consistently observed in *in vitro* systems. GSH
4579 conjugative netabolites such as DCVC were predominantly positive in a variety of assays in both
4580 bacteria and mammalian kidney tissue.

4581 #### 3.2.3.2.2  Kidney cancer

4582 The TCE IRIS assessment concluded that TCE is "carcinogenic to humans" based on convincing
4583 evidence of a causal relationship between TCE exposure in humans and kidney cancer. A review of
4584 TCE by the International Agency for Research on Cancer (IARC) also supported this conclusion
4585 ([IARC, 2014]). The carcinogenic classification was based on a review of more than 30 human studies,
4586 including studies in TCE degreasing operations, and meta-analyses of the cohort and case- control
4587 studies. Relative risk estimates for increased kidney cancer were consistent across a large number of
4588 epidemiological studies of different designs and populations from different countries and industries
4589 (Appendix C, [U.S. EPA, 2011b]). This strong consistency of the epidemiologic data on TCE and
4590 kidney cancer argues against chance, bias, and confounding as explanations for the elevated kidney
4591 cancer risks ([U.S. EPA, 2011e]).

4592

4593 Cancer bioassays with TCE in animals (*i.e.,* both gavage and inhalation exposure routes) did not show
4594 increased kidney tumors in mice, hamsters, or female rats, but did show a slight increase in male rats.
4595 Kidney tumors in rats are relatively rare ([U.S. EPA, 2011e]).

4596

4597 The toxicokinetic data and the genotoxicity of DCVC further suggest that a mutagenic mode of action
4598 is involved in TCE-induced kidney tumors, although cytotoxicity followed by compensatory cellular
4599 proliferation cannot be ruled out. As for the mutagenic mode of action, both genetic polymorphisms
4600 (GST pathway) and mutations to tumor suppressor genes have been hypothesized as possible
4601 mechanistic key events in the formation of kidney cancers in humans ([U.S. EPA, 2011e]).

4602 #### 3.2.3.2.3  Liver cancer

4603 U.S. EPA concluded that TCE exposure causes liver tumors in mice but not rats and the meta-analysis
4604 of human data on liver and gallbladder/biliary passages indicated "*…a small, statistically significant*

4605   *increase in risk*". Multiple TCE metabolites (*i.e.,* and thus pathways) likely contribute to TCE-induced
4606   liver tumors (U.S. EPA, 2011e).
4607
4608   Previous meta-analyses of the cohort, case-control, and community (geographic) studies reporting liver
4609   and biliary tract cancer, primary liver cancer, and gallbladder and extra-hepatic bile duct cancer (see
4610   Appendix C in (U.S. EPA, 2011b)) reported a small, statistically significant summary relative risk
4611   (RRm, overall RR from meta-analysis) for liver and gallbladder/biliary cancer with overall TCE
4612   exposure. However, the meta-analyses reported a lower, nonstatistically significant RRm for primary
4613   liver cancer when using the highest exposure groups (U.S. EPA, 2011b).
4614
4615   With respect to liver carcinogenicity, TCE and its oxidative metabolites TCA, DCA, and CH are
4616   clearly carcinogenic in mice, with strain and sex differences in potency. Data in other laboratory animal
4617   species are limited; thus, except for DCA which is carcinogenic in rats, inadequate evidence exists to
4618   evaluate the hepatocarcinogenicity of TCE and its metabolites in rats or hamsters (U.S. EPA, 2011e).

4619   ### 3.2.3.2.4  Cancer of the immune system
4620   Human studies have reported cancers of the immune system resulting from TCE exposure. Lymphoid
4621   tissue neoplasms arise in the immune system and result from events that occur within immature
4622   lymphoid cells in the bone marrow or peripheral blood (leukemias), or more mature cells in the
4623   peripheral organs (non-Hodgkin's lymphoma). The broad category of lymphomas can be divided into
4624   specific types of cancers, including non-Hodgkin's lymphoma, Hodgkin lymphoma, multiple
4625   myeloma, and various types of leukemia (*e.g.,* acute and chronic forms of lymphoblastic and myeloid
4626   leukemia). Leukemia during childhood has been observed in a number of studies in children exposed
4627   to TCE, however this association has not been confirmed (U.S. EPA, 2011e).
4628
4629   One of the three cancers for which the TCE IRIS assessment based its cancer findings was non-
4630   Hodgkin's lymphoma (NHL) (the other two being kidney and liver cancer) (U.S. EPA, 2011e). The human
4631   human epidemiological database identifies a statistically significant association between TCE exposure
4632   and NHL (Appendix C, (U.S. EPA, 2011b). Further support comes from animal studies reporting rates
4633   of lymphomas and/or leukemias following TCE exposure (U.S. EPA, 2011e).

4634   ### 3.2.3.2.5  Other cancers
4635   Reproductive System
4636   The effects of TCE on cancers of the reproductive system have been examined for males
4637   and females in both epidemiological and experimental animal studies. The epidemiological
4638   literature includes data on prostate in males and cancers of the breast and cervix in females. The
4639   experimental animal literature includes data on prostate and testes in male rodents; and uterus,
4640   ovary, mammary gland, vulva, and genital tract in female rodents. The evidence for these cancers is
4641   generally not robust (U.S. EPA, 2011e).
4642
4643   Other cancers
4644   There is limited evidence of increased risk for esophageal cancer following TCE exposure in males only.
4645   The reasonably available evidence is not statistically sensitive enough for informing quantitative
4646   evaluations of esophageal cancer risk from TCE. There is some evidence of association for bladder or
4647   urothelial cancer and high cumulative TCE exposure, however the reasonably available studies examine
4648   multiple sites and do not completely account for potential confounding factors. In several studies
4649   examining the relationship between TCE exposure and cancer of the brain or central nervous system
4650   (CNS), the data does not provide strong evidence in either direction, although there is some association
4651   of TCE exposure with CNS cancers in children (U.S. EPA, 2011e).

### 3.2.4   Weight of Scientific Evidence

#### 3.2.4.1          Non-Cancer Hazards

The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly contributes to or challenges the previously established weight of scientific evidence (WOE) conclusions for all non-cancer endpoints other than congenital heart defects. For the previous WOE evaluations of all other endpoints, see the 2011 EPA IRIS Assessment (U.S. EPA, 2011e) and the 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b).

#### 3.2.4.1.1  Liver toxicity

The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly contributes to or challenges the previously established weight of evidence (WOE) for this hazard.

Animal data demonstrating increased liver weight, cytotoxicity, hypertrophy, and peroxisome proliferation is supported by human data demonstrating changes in plasma or bile acid liver enzyme levels and hypersensitivity-induced liver damage (Section 3.2.3.1.1). Overall, liver toxicity following TCE exposure is supported by the weight of evidence. Therefore, this hazard was carried forward for dose-response analysis.

#### 3.2.4.1.2  Kidney toxicity

The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly contributes to or challenges the previously established weight of evidence (WOE) for this hazard.

The kidney is one of the more sensitive targets of TCE, with toxicity resulting from conjugative metabolites such as DCVC. Both animal and human studies have observed induction of kidney toxicity (*e.g.,* damage to renal tubules and nephropathy) and progression of existing kidney disease (Section 3.2.3.1.2). Overall, kidney toxicity following TCE exposure is supported by the weight of evidence. Therefore, this hazard was carried forward for dose-response analysis.

#### 3.2.4.1.3  Neurotoxicity

The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly contributes to or challenges the previously established weight of evidence (WOE) for this hazard.

In addition to anesthetic effects at high concentrations, human evidence concludes that TCE exposure induces abnormalities in trigeminal nerve function, and TCE exposure has also been associated with neurodegenerative disorders. These effects have been confirmed in animal studies which additionally demonstrate a variety of neurological effects from TCE exposure (Section 3.2.3.1.3). Overall, neurotoxicity following TCE exposure is supported by the weight of evidence. Therefore, this hazard was carried forward for dose-response analysis.

#### 3.2.4.1.4  Immunotoxicity

The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly contributes to or challenges the previously established weight of evidence (WOE) for this hazard.

Both animal and human studies demonstrate that TCE exposure can result in either autoimmune/immune enhancement responses or immunosuppression. There is also evidence of both systemic and localized hypersensitivity resulting in skin sensitization and autoimmune hepatitis (Section 3.2.3.1.4). Selgrade and Gilmour (2010), which was not discussed in (U.S. EPA, 2014b), demonstrated reduced response to respiratory infection based on a well-established protocol, in agreement with data from an almost identical study design decades earlier (however *K. pneumoniae* was used in that study (Aranyi et al. 1986) instead

4697 of *S. zooepidemicus*). This endpoint is also consistent with other chronic data on immunosuppression.
4698 Overall, immunotoxicity in the form of both autoimmunity and immune suppression following TCE
4699 exposure are supported by the weight of evidence. Therefore, this hazard was carried forward for dose-
4700 response analysis.

### 3.2.4.1.5 Reproductive toxicity

4702 The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly
4703 contributes to or challenges the previously established weight of evidence (WOE) for this hazard.
4704
4705 Both human and animal data provide consistent evidence for male reproductive effects from TCE.
4706 Effects observed include effects on sperm, male reproductive organs, hormone levels, and sexual
4707 behavior. There is limited evidence indicating TCE effects on female reproductive toxicity and
4708 mechanistic support for placental effects from metabolites, although the relevance of those studies is
4709 uncertain (Section 3.2.3.1.5). Overall, reproductive toxicity following TCE exposure is supported by the
4710 weight of evidence. Therefore, this hazard was carried forward for dose-response analysis.

### 3.2.4.1.6 Developmental Toxicity

4712 The EPA literature search (U.S. EPA, 2017i) did not identify any new evidence that significantly
4713 contributes to or challenges the previously established weight of evidence (WOE) conclusions for this
4714 hazard other than for congenital heart defects.
4715
4716 There is substantial evidence from both animal and human studies that TCE exposure is associated with
4717 various developmental outcomes, ranging from decreased birth weight to pre- and postnatal mortality.
4718 Other hazards also present following developmental exposure, including developmental immunotoxicity
4719 and developmental neurotoxicity. While the epidemiological literature does not consistently observe
4720 developmental effects, effects that have been observed in multiple human studies have been
4721 corroborated by animal data (Section 3.2.3.1.6).
4722
4723 Overall, based on suggestive epidemiologic data and fairly consistent  laboratory animal data,
4724 developmental toxicity for the above adverse outcomes following TCE exposure is supported by the
4725 weight of evidence. Therefore, this hazard was carried forward for dose-response analysis.
4726
4727 Developmental toxicity endpoints were considered for both acute and chronic scenarios. Although
4728 developmental studies typically involve multiple exposures, they are considered relevant for evaluating
4729 single exposures because evidence indicates that certain developmental effects may result from a single
4730 exposure during a critical window of development (Davis et al., 2009; Van Raaij et al., 2003). This is
4731 consistent with EPA's *Guidelines for Reproductive Toxicity Risk Assessment* (U.S. EPA, 1996) and
4732 *Guidelines for Developmental Toxicity Risk Assessment* (U.S. EPA, 1991)*,* which state that repeated
4733 exposure is not a necessary prerequisite for the manifestation of developmental toxicity. This is a health
4734 protective assumption.
4735
4736 Congenital Heart Defects
4737 The congenital heart defects endpoint for TCE has been widely discussed since the release of the 2011
4738 IRIS Assessment (U.S. EPA, 2011e). The primary basis for this endpoint was a developmental drinking
4739 water study in rats, (Johnson et al., 2003), that has been the source of extensive controversy (see
4740 Appendix F.1 for more study details). During the development of this Risk Evaluation, EPA received a
4741 study sponsored by the Halogenated Solvents Industry Alliance (HSIA) (Charles River Laboratories,
4742 2019) that attempted to replicate the (Johnson et al., 2003) study, examining the incidence of
4743 developmental cardiac defects following administration of TCE to rats via drinking water (see Appendix

4744     F.2 for more study details and EPA review). This study was subsequently peer reviewed and published
4745     in the scientific literature.
4746
4747     The results of the Charles River study (2019) appear to contradict the results observed by (Johnson et
4748     al., 2003) and (Dawson et al., 1993), however EPA concluded that the Charles River study methodology
4749     was likely of reduced sensitivity for the full array of defects observed in (Johnson et al., 2003).
4750     Therefore, (Charles River Laboratories, 2019) insufficiently replicates the methodology of (Johnson et
4751     al., 2003), and the results do not entirely contradict the conclusions of Johnson et al.  While (Charles
4752     River Laboratories, 2019) was not considered a close enough replication to (Johnson et al., 2003) to
4753     reduce the overall weight of evidence for the endpoint, EPA did consider (Charles River Laboratories,
4754     2019) to be an overall well-conducted study, and it was incorporated into the WOE analysis for the
4755     cardiac defects endpoint along with all other relevant studies identified in the literature.
4756
4757     *WOE Analysis*
4758     EPA previously published weight of evidence (WOE) analyses on the congenital heart defects (CHD)
4759     endpoint both as part of the 2014 TCE Work Plan Chemical Risk Assessment and as a peer-reviewed
4760     journal article (Makris et al., 2016), which concluded that the totality of data demonstrates congenital
4761     heart defects as a human health hazard resulting from exposure to TCE. These WOE analyses utilized
4762     modified Bradford-Hill criteria (Hill, 1965) to evaluate the overall evidence for causality following
4763     study quality review. Recently though, (Wikoff et al., 2018) published a WOE analysis focusing only on
4764     animal and epidemiological data (excluding data from mechanistic studies and TCE metabolites) and
4765     came to the opposite conclusion using a Risk of Bias assessment for internal study validity.
4766
4767     In order to address the conflicting results of the previous WOE assessments (U.S. EPA, 2014b; Makris
4768     et al., 2016; Wikoff et al., 2018), in support of this Risk Evaluation EPA performed another WOE
4769     analysis. This analysis included all relevant primary literature cited in (Makris et al., 2016), the 2014
4770     TCE Work Plan Chemical Risk Assessment (U.S. EPA, 2014b), and any additional on-topic studies
4771     identified in the systematic review literature search (U.S. EPA, 2017i). Additionally, EPA also
4772     incorporated any newer studies published after the end date of the literature search, including an *in vitro*
4773     mechanistic study (Harris et al., 2018) and the recently completed *in vivo* drinking water study (Charles
4774     River Laboratories, 2019), comprising 45 studies in total (42 scoring Acceptable). After reviewing a
4775     sampling of recent literature on systematic approaches to performing weight-of-evidence evaluation,
4776     EPA adopted the methodology described in [*Weight of Evidence in Ecological Assessment. Risk
4777     Assessment Forum. EPA/100/R16/00.* (U.S. EPA, 2016i)]*,* which advocates for presenting evidence on a
4778     semiqualitative scale on the basis of three evidence areas: reliability, outcome/strength, and relevance
4779     (see Appendix F.3.1 for more details on selection of approach and methodological details). Summary
4780     scores for individual studies were integrated within each line of evidence (epidemiological, *in vivo*, or
4781     mechanistic) and then finally all lines of evidence were integrated into a single overall score.
4782     Importantly, this WOE assessment also incorporated data on TCE metabolites, which are believed to be
4783     the toxicologically active agent for many of the observed cardiac effects as well as other developmental
4784     outcomes.
4785
4786     The overall WOE for TCE-induced congenital cardiac defects is presented in Table 3-6.  The
4787     epidemiology studies as a group provide suggestive evidence for an effect of TCE on cardiac defects in
4788     humans (summary score of +). Even though there are some uncertainties associated with the relevant
4789     epidemiological literature, the observation of a positive association between TCE exposure and CHDs in
4790     multiple exposed human populations increases the plausibility of the positive results from other lines of
4791     evidence (*i.e., in vivo* animal, mechanistic). Oral *in vivo* studies provided ambiguous to weakly positive
4792     (0/+) results for TCE itself, but positive results for its TCA and DCA metabolites (+). Inhalation studies

4793 (which may be most relevant to the majority of human exposure scenarios) contributed negative
4794 evidence (-). Overall, the *in vivo* animal toxicity studies provided mixed, ambiguous evidence for an
4795 effect of TCE (summary score of 0). Mechanistic studies provided strong and consistent supporting
4796 information for effects of TCE and metabolites on cardiac development and precursor effects (summary
4797 score of +/++) despite lack of support for any particular adverse outcome pathway (AOP).
4798
4799 The database overall was determined to be both reliable and relevant. Integration of the three lines of
4800 evidence resulted in an overall summary score of (+), demonstrating positive overall evidence that TCE
4801 exposure may result in congenital heart defects in humans (based on positive evidence from
4802 epidemiology studies, mixed evidence from animal toxicity studies, and stronger positive evidence from
4803 mechanistic studies).
4804
4805 See Appendix F.3 for the complete WOE narrative and methodology. The complete scoring table and
4806 detailed evaluation of all studies is presented in *[Data Table for Congenital Heart Defects Weight of*
4807 *Evidence Analysis. Docket: EPA-HQ-OPPT-2019-0500]*.
4808
4809 **Table 3-6. Overall Summary Scores by Line of Evidence for Cardiac Defects from TCE**

| Evidence Area | Summary Score |
|---|---|
| Epidemiology studies | + |
| *In vivo* animal toxicity studies | 0 |
| Mechanistic studies | +/++ |
| Overall | + |

4810
4811 The differences in observed responses across studies may be partially attributed to experimental design
4812 differences. These differential responses may also represent varying susceptibility among mammalian
4813 species, strains, and populations. It is possible that animals showing a greater incidence of defects
4814 following TCE exposure represent an especially susceptible population, and genetic drift may preclude a
4815 true replication of previous study conditions (Makris et al., 2016). Functionally, this WOE scoring
4816 methodology is similar to that used by (Wikoff et al., 2018), although that analysis focused only on data
4817 quality and reliability through a risk of bias assessment. Importantly, (Wikoff et al., 2018) did not
4818 evaluate any mechanistic data, which may explain the different overall conclusions between that review
4819 and this analysis.
4820
4821 *Mechanistic Evidence/Mode of Action*
4822 The abundance of available mechanistic studies suggest various potential modes of action (MOAs)for
4823 TCE-related cardiac teratogenicity, however the totality of the data does not consistently support any
4824 single MOA or AOP. Teratogens may function through a multitude of pathways, often resulting in a
4825 constellation of effects. Therefore, evidence of a single dominant MOA is not required in order for the
4826 data to support a plausible mechanism of TCE-induced congenital heart defects. Existing data supports
4827 potential mechanisms involving endothelial cushion development, alterations in cellular $Ca^{2+}$ flux,
4828 oxidative stress, epigenetic changes, impaired stem cell differentiation, suppressed endothelial cell
4829 proliferation, and folate deficiency. Several studies demonstrate non-monotonic and even inverse dose
4830 responses in gene activation and molecular changes, which may explain the non-monotonic
4831 polynomial dose-response observed in (Johnson et al., 2003). See Appendix F.3.3 for more discussion
4832 and details on potential modes of action.
4833

Overall, an association between increased congenital cardiac defects and TCE exposure is supported by the weight of evidence, in agreement with previous EPA analyses (U.S. EPA, 2014b; Makris et al., 2016). While the inconsistent observations across studies (especially in animal models) indicate that TCE-induced CHDs may not be a common occurrence, the endpoint likely remains relevant for susceptible populations. As described in Section 3.2.5.2, various risk factors may influence the susceptibility to CHDs and it is possible that experiments using relatively young, healthy, and inbred laboratory rodent strains may not capture this variability. For instance, epidemiological data indicates that TCE is strongly associated with CHDs in older mothers (Brender et al., 2014; Yauck et al., 2004). Therefore, in order to account for PESS considerations this endpoint was carried forward for dose-response analysis.

### 3.2.4.1.7  Overt Toxicity Following Acute/Short Term Exposure

There is strong evidence for overt toxicity in humans following acute exposure to high concentrations of TCE. AEGL guidelines indicate the concentrations at which increasing levels of toxicity are established following acute inhalation exposure to TCE. High concentrations of TCE have been shown to result in respiratory and dermal irritation, CNS depression, cardiac arrhythmia, and even death.

While overt toxicity following acute or short term exposure to TCE is supported by the weight of evidence, studies examining the acute outcomes described above were not selected for assessing acute risks due to a lack of sufficient dose-response information. EPA considered more sensitive endpoints for estimation of risks following acute TCE exposure, namely all developmental toxicity endpoints and reduced response to respiratory infection (Selgrade and Gilmour, 2010).

### 3.2.4.2      Cancer Hazards

Meta-analyses were performed in the 2011 EPA TCE IRIS Assessment (Appendix C, (U.S. EPA, 2011b)) in order to statistically evaluate the epidemiological data for NHL, kidney cancer, and liver cancer. The IRIS Assessment also investigated the association of TCE with lung cancer, primarily as a means to examine smoking as a potential confounder for the kidney cancer studies (Appendix C, (U.S. EPA, 2011b)). In that assessment EPA identified a statistically significant association between TCE exposure and NHL, kidney cancer, and liver cancer. An association was not identified for lung cancer, suggesting that there was no confounding from smoking. That assessment concluded that TCE is carcinogenic to humans by all routes of exposures, most strongly supported by the data on kidney cancer. The consistency of increased kidney cancer relative risk (RR) estimates across a large number of independent studies of different designs and populations from different countries and industries provided compelling evidence given the difficulty, a priori, in detecting effects in epidemiologic studies when the RRs were modest and the cancers were relatively rare (indicating that individual studies had limited statistical power). This strong consistency of the epidemiologic data on TCE and kidney cancer argued against chance, bias, and confounding as explanations for the elevated kidney cancer risks.

The IRIS Toxicological Review of TCE (U.S. EPA, 2011e) also cited other lines of supporting evidence for TCE carcinogenicity in humans by all routes of exposure:

 *"First, multiple chronic bioassays in rats and mice have reported increased incidences of tumors with TCE treatment via inhalation and gavage, including tumors in the kidney, liver, and lymphoid tissues − target tissues of TCE carcinogenicity also seen in epidemiological studies."*

*"A second line of supporting evidence for TCE carcinogenicity in humans consists of toxicokinetic data indicating that TCE is well absorbed by all routes of exposure, and that TCE absorption, distribution, metabolism, and excretion are qualitatively similar in humans and rodents."*

4881   *"Finally, available mechanistic data do not suggest a lack of human carcinogenic hazard from TCE*
4882   *exposure."*
4883
4884   A statistically significant association was not identified for lung cancer and it was not considered as
4885   contributing to the overall oral slope factor or inhalation unit risk. However, the results of the lung
4886   cancer meta-analysis were interpreted to minimize any concern for confounding effects of smoking on
4887   the other cancers.
4888
4889   For this Risk Evaluation, EPA performed new meta-analyses incorporating both the initial group of
4890   studies assessed in the 2011 EPA TCE IRIS Assessment and any newer, on-topic studies of Acceptable
4891   data quality identified in the literature search performed according to the *Application of Systematic*
4892   *Review in TSCA Risk Evaluations* (U.S. EPA, 2018b). EPA utilized similar methodology as was
4893   employed in the 2011 EPA TCE IRIS Assessment (U.S. EPA, 2011e) while also incorporating
4894   consideration of data quality evaluation as described in (U.S. EPA, 2018b). Additionally, EPA included
4895   sensitivity analyses as needed to partition the results based on both heterogeneity and data quality score.
4896   When more than one report was available for a single study population, only the most recent publication
4897   or the publication reporting the most informative data for TCE was selected for inclusion in the meta-
4898   analysis. While the updated meta-analysis builds off of (U.S. EPA, 2011b), the results presented below
4899   represent a standalone, new analysis. See Appendix J for full details and results.

### 3.2.4.2.1  Meta-Analysis Results

4901   The initial results of meta-analyses for NHL, kidney cancer and liver cancer showed moderate
4902   heterogeneity among studies, due largely to the influence of the study by Vlaanderen et al. (2013).
4903   Random-effects models are consequently preferred to fixed-effects models due to the degree of
4904   heterogeneity. These reduced the influence of the (Vlaanderen et al., 2013) study and demonstrated
4905   stronger positive associations (greater meta-RR value) of all cancers with exposure to TCE, although the
4906   liver cancer meta-RR was not significant. The evidence for an association between TCE exposure and
4907   NHL was further strengthened by a subsequent meta-analysis on studies reporting cohorts categorized as
4908   experiencing "high" exposure to TCE, which demonstrated a greater meta-RR compared to "any"
4909   exposure.
4910
4911   The study of Vlaanderen et al. (2013) carries very large statistical weight due to its large sample size,
4912   but its sensitivity to detect any true effect of TCE is likely to be low. The study is based on a large
4913   general population cohort with exposures estimated by linking job titles recorded in national census data
4914   to a job-exposure matrix. The prevalence and average intensity of TCE exposure are low in the study
4915   population and the indirect method of estimating exposures has significant potential to misclassify
4916   exposure. Further, the study was not scored High for data quality in EPA's review (it scored Medium).
4917   There was therefore reason to believe that omitting the Vlaanderen et al.(2013) study would improve the
4918   sensitivity of meta-analytic results for all three cancers. In sensitivity analyses omitting the study of
4919   (Vlaanderen et al., 2013), between-study heterogeneity was significantly reduced or eliminated,
4920   demonstrating improved consistency of the data and improved reliability of the meta-analysis results.
4921   Resulting meta-RRs for exposure to TCE were strengthened and were statistically significant for all
4922   three cancers.
4923
4924   Analyses stratified by a data quality score also indicated stronger associations of all cancers with TCE
4925   exposure in studies that scored High for data quality compared to studies that scored Medium or Low;
4926   notably, the latter group included the influential study of (Vlaanderen et al., 2013). Studies that scored
4927   high showed no heterogeneity of effects for NHL and kidney cancer, but moderate heterogeneity
4928   remained for liver cancer.

In summary, meta-analyses accounting for between-study heterogeneity, influential observations, and data quality consistently indicate positive associations of NHL, kidney cancer and liver cancer with exposure to TCE. This conclusion generally agrees with that of other governmental and international organizations. The International Agency for Research on Cancer (IARC) (IARC, 2014) found sufficient evidence for the carcinogenicity of TCE in humans. IARC definitively stated that TCE causes kidney cancer and determined that a positive associated has been identified for NHL and liver cancer. Based on the weight of evidence when accounting for both these authoritiative assessments and the results of EPA's meta-analyses and in accordance with EPA Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), EPA determines that TCE is "Carcinogenic to Humans". Cancer was therefore carried forward for dose-response analysis, incorporating extra cancer risk from all three cancer types.

### 3.2.4.2.2   Mode of Action

**Kidney Cancer**

Genotoxicity

The predominant mode of action (MOA) for kidney carcinogenicity involves a genotoxic mechanism through formation of reactive GSH metabolites (*e.g.,* DCVC, DCVG). This MOA is well-supported, as toxicokinetic data indicates that these metabolites are present in both human blood and urine, and these metabolites have been shown to be genotoxic both *in vitro* and in animal studies demonstrating kidney-specific genotoxicity ((U.S. EPA, 2011e; Cichocki et al. 2016) and [*Data Extraction and Evaluation Tables for Genotoxicity Studies. Docket: EPA-HQ-OPPT-2019-0500*]). These reactive metabolites may be formed much less in humans than rodents however (Green et al. 1997b; Lash et al. 1990; Lash et al. 2014), although *in vitro* data suggests that human GSH conjugation activity may actually be higher in humans than rodents in some cases (Table 3-23 and 3-26 of (U.S. EPA, 2011e) and (Lash et al., 1999; Lash et al., 1998)). Since genotoxicity of parent TCE has not been consistently observed (Section 3.2.3.2.1 and  [*Data Extraction and Evaluation Tables for Genotoxicity Studies. Docket: EPA-HQ-OPPT-2019-0500*]), there is some uncertainty as to the true contribution of genotoxicity toward carcinogenesis in humans.

Cytotoxicity and other mechanisms

Observed nephrotoxicity in both human and animal studies, especially at elevated concentrations, provides some evidence of a cytotoxic MOA. Data comparing relative dose-response analysis of nephrotoxicity and kidney cancer incidence suggests that cytotoxicity can occur at doses below those causing carcinogenicity in animal bioassays, however this data also indicates that nephrotoxicity is not sufficient or rate-limiting for renal carcinogenesis. Additionally, studies have not established that TCE-induced proliferation in renal cells is necessary for clonal expansion or cancer. Therefore, a causal or predictive link between cytotoxicity and carcinogenicity cannot be established (U.S. EPA, 2011e), however cytotoxicity is likely the dominant mechanism of kidney non-cancer toxicity (Cichocki et al. 2016). There is also inadequate experimental support for other potential MOAs such as peroxisome proliferator activated receptor alpha (PPARα) induction, α2μ-globulin nephropathy, and formic acid-related nephrotoxicity (U.S. EPA, 2011e).

Conclusion

There is clear evidence of a genotoxic MOA for kidney cancer, either on its own or in combination with other mechanisms. While the kidney is highly sensitive to TCE-induced cytotoxicity, the contribution of cytotoxicity toward kidney carcinogenesis cannot be determined. Renal cytotoxicity may instead serve as a promoter step in tumorigenesis following genotoxic initiation, or it may merely represent an independent pathway of toxicity (U.S. EPA, 2011e).

**Liver Cancer**

Genotoxicity

The strongest data supporting mutagenic potential of TCE or potential liver metabolites comes from data on the intermediate metabolite chloral hydrate (CH), which induces a variety of genotoxic effects both *in vitro* and *in vivo* (U.S. EPA, 2011e, Cichocki et al. 2016, and [*Data Extraction and Evaluation Tables for Genotoxicity Studies. Docket: EPA-HQ-OPPT-2019-0500*]). The peak *in vivo* concentrations of CH in tissue are substantially less than is required for induction of genotoxicity in many *in vitro* assays, however there is some evidence of *in vivo* genotoxicity at doses comparable to those inducing cancer in chronic bioassays. Overall, the data are insufficient to conclude that a mutagenic MOA is operating, however it cannot be ruled out (U.S. EPA, 2011e). Notably, all of the CH studies performed on human cells exposed to TCE either *in vitro* or *in vivo* demonstrated positive genotoxic activity ([*Data Extraction and Evaluation Tables for Genotoxicity Studies. Docket: EPA-HQ-OPPT-2019-0500*]).

PPARα receptor activation

An MOA through PPARα is often considered to be less relevant to humans (or at least result in reduced potency) based on reduced human sensitivity to peroxisome proliferators compared to rodents (NRC, 2006). While strong evidence exists for TCA-mediated PPARα receptor activation (resulting in downstream perturbation of cell apoptosis and proliferation signaling) based on observed peroxisome proliferation and increased marker activity in rodents treated with TCE, TCA, or DCA, this appears to occur at a higher dose than what induces liver tumors in mice. TCE, TCA, and DCA have been found to be weak peroxisome proliferators, but the overall data suggests that PPARα activation may not be sufficient for carcinogenesis. TCA-induced liver tumors in mice occur at lower concentrations than peroxisome proliferation *in vivo,* however PPARα occurs at even lower exposure levels. For DCA-induced tumors, tumorigenesis occurs at much lower doses than either process. Additionally, TCE induces liver weight increases in PPARα-null mice and transgene-mediated constitutively active PPARα did not induce liver tumors after 11 months in mice. TCE does clearly activate PPARα and the reasonably available data supports at least some role of PPARα activation in liver tumorigenesis, but any key causal effects are likely mediated by multiple mechanisms and neither causality, sufficiency, or necessity of PPARα signaling in liver carcinogenicity can be established. (U.S. EPA, 2011e).

Polyploidization

TCE induces chromosome duplication in hepatocytes, or polyploidization. Increased DNA content results in increased gene expression but are also slower dividing and more likely to undergo apoptosis. Changes in ploidy have been observed in transgenic mouse models that are prone to develop liver cancer, and there is biological plausibility that polyploidization can contribute to liver carcinogenesis. However, any potential mechanism of enhancing carcinogenesis is unknown (U.S. EPA, 2011e) and available evidence is only correlative. Therefore, it cannot be determined whether polyploidization is actually contributing to liver tumorigenesis or is merely a biomarker.

Cytotoxicity and regenerative hyperplasia

TCE has been demonstrated to induce liver effects in the form of hypertrophy, histopathology, increased DNA synthesis, and cirrhosis (Section 3.2.3.1.1), all of which may be indicators of cytotoxicity and compensatory proliferation leading to liver tumorigenesis. Broad cytotoxicity therefore may play a role in liver tumorigenesis, however TCE doses relevant to liver carcinogenicity do not result in significant cytotoxicity. Observed increases in DNA synthesis are likely due to both cellular proliferation and increased ploidy. Necrosis is not prevalent and is typically minimal to mild. Therefore, it is unlikely that cytotoxicity and reparative hyperplasia play a significant role in TCE carcinogenicity (U.S. EPA, 2011e).

5026   Other mechanisms
5027   There is limited evidence for a tumorigenic role of increased liver weight, negative selection, oxidative
5028   stress, and/or glycogen accumulation. Heritable epigenetic changes such as altered DNA methylation
5029   patterns, which disrupt the balance of gene expression and may lead to over- or under-expression of
5030   various tumor suppressors and promoters, have been associated with liver cancer and other tumors in
5031   general. Additionally, TCE has been shown to promote hypomethylation (resulting in increased gene
5032   expression) *in vivo* and *ex vivo* in liver tissue. DNA hypomethylation can be sufficient for liver
5033   carcinogenesis in other contexts based on choline/methionine deficiency studies, however the
5034   applicability of this mechanism to TCE-induced carcinogenesis is unknown as these changes could
5035   either be causally or consequentially related to carcinogenicity (U.S. EPA, 2011e).
5036
5037   Conclusions
5038   The reasonably available data is inadequate to support any singular MOA. The strongest evidence exists
5039   for involvement of both genotoxicity and PPARα activation, however a causal relationship cannot be
5040   established because the dose levels required to elicit outcomes through both MOAs are higher than those
5041   demonstrating tumorigenic activity (U.S. EPA, 2011e). The MOA for liver tumors is likely complex and
5042   may involve contributions from multiple pathways, while any single mechanism may be insufficient for
5043   tumorigenesis on it's own.
5044
5045   **Non-Hodgkin Lymphoma**
5046   There is insufficient data reasonably available for suggesting any particular MOA for NHL.
5047
5048   **Overall Conclusions**
5049   TCE is carcinogenic by a genotoxic mode of action at least for kidney cancer, while a predominant
5050   mode of action cannot be determined for the other tumor types. Per EPA Guidelines for Carcinogen Risk
5051   Assessment (U.S. EPA, 2005), overall, the totality of the reasonably available data/information and the
5052   WOE analysis for the cancer endpoint was sufficient to support a linear non-threshold model. The
5053   application of a linear non-threshold model is justified based on the likely genotoxic MOA for kidney
5054   cancer, the combined relative contributions of multiple tumor types, and the positive associations
5055   observed via meta-analysis for all three cancers in epidemiological studies based on low-level,
5056   environmental exposure levels (as opposed to relying on extrapolation from high doses in a rodent
5057   bioassay).

### 3.2.5   Dose-Response Assessment

#### 3.2.5.1       Selection of Studies for Dose-Response Assessment

5060   The EPA evaluated data from studies described above (Section 3.2.3.1) to characterize the dose-
5061   response relationships of TCE and selected studies and endpoints to quantify risks for specific exposure
5062   scenarios. One of the additional considerations was that the selected key studies had adequate
5063   information to perform dose-response analysis for the selected PODs. The EPA defines a POD as the
5064   dose-response point that marks the beginning of a low-dose extrapolation. This point can be the lower
5065   bound in the dose for an estimated incidence, or a change in response level from a dose-response model
5066   (*i.e.,* BMD), a NOAEL or a LOAEL for an observed incidence or change in the level of response.
5067
5068   Based on the weight of the evidence evaluation, six health effect domains were selected for non-cancer
5069   dose-response analysis: (1) liver; (2) kidney; (3) neurological; (4) immunological; (5) reproductive; and
5070   (6) developmental. Additionally, dose-response analysis was performed for cancer based on observed
5071   incidences of kidney cancer, liver cancer, and non-Hodgkin lymphoma. These hazards have been carried
5072   forward for dose-response analysis. While there is also evidence to support overt toxicity following

5073  acute exposure, endpoints for these effects were not carried forward for dose-response analysis. For a
5074  complete discussion, see Section 3.2.4.1.
5075
5076  Studies that evaluated each of the health effect domains were identified in Section 3.2.3, and are
5077  considered in this section for dose-response analysis. In order to identify studies for dose-response
5078  analysis, several attributes of the studies were reviewed. Preference was given to studies using designs
5079  reasonably expected to detect a dose-related response. Chronic or subchronic studies are generally
5080  preferred over studies of less-than-subchronic duration for deriving chronic and subchronic reference
5081  values. Studies with a broad exposure range and multiple exposure levels are preferred to the extent that
5082  they can provide information about the shape of the exposure-response relationship. Additionally, with
5083  respect to measurement of the endpoint, studies that can reliably measure the magnitude and/or degree
5084  of severity of the effect are preferred.
5085
5086  Experimental animal studies considered for each hazard and effect were evaluated using systematic
5087  review quality considerations discussed in the Systematic Review Methods section. Only studies that
5088  scored an acceptable rating in data evaluation were considered for use in dose-response assessment. In
5089  addition to the data quality score, considerations for choosing from among these studies included study
5090  duration, relevance of study design, and the strength of the toxicological response. Details on these
5091  considerations for each endpoint are provided below.
5092
5093  Given the different TCE exposures scenarios considered (both acute and chronic), different endpoints
5094  were used based on the expected exposure durations. For non-cancer effects and based on a weight-of-
5095  evidence analysis of toxicity studies from rats, risks for developmental effects that may result from a
5096  single exposure were considered for both acute (short-term) and chronic (long-term, continuous)
5097  exposures, whereas risks for other adverse effects (*e.g.,* liver toxicity, kidney toxicity, neurotoxicity,
5098  immunotoxicity, and reproductive toxicity) were only considered for repeated (chronic) exposures to
5099  TCE. Although developmental studies typically involve multiple exposures, they are considered relevant
5100  for evaluating single exposures because evidence indicates that certain developmental effects may result
5101  from a single exposure during a critical window of development (Davis et al., 2009; Van Raaij et al.,
5102  2003; U.S. EPA, 1991). This is consistent with EPA's Guidelines for Reproductive Toxicity Risk
5103  Assessment (U.S. EPA, 1996) which state that repeated exposure is not a necessary prerequisite for the
5104  manifestation of developmental toxicity. Consequently, in this Risk Evaluation EPA accepted the
5105  Agency's default assumption and concluded that developmental endpoints are applicable when assessing
5106  acute exposures, where it is assumed that the risk of their occurrence depends on the timing and
5107  magnitude of exposure. This is a health protective approach and assumes that a single acute exposure
5108  could lead to the same effects if that exposure occurs during a critical window within the pregnancy
5109  term. A single acute study examining pulmonary immunotoxicity following 3h TCE inhalation exposure
5110  (Selgrade and Gilmour, 2010) was also considered for acute exposure scenarios. Overt toxicity studies
5111  (Section 3.2.3.1.7) were not used for the acute POD because they were often only single-dose studies
5112  and the doses at which acute toxic effects or lethality were observed were significantly higher than those
5113  that caused toxic effects in developmental studies.

### 3.2.5.1.1  Liver toxicity

5115  The 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) determined that the studies
5116  of (Woolhiser et al., 2006; Buben and O'Flaherty, 1985; Kjellstrand et al., 1983) were suitable for the
5117  dose-response assessment of the liver health effects domain. These three studies reported dose-
5118  responsive increases in liver/body weight ratios. (Buben and O'Flaherty, 1985) and (Kjellstrand et al.,
5119  1983) also reported cytotoxicity and histopathology in mice. All three of these studies scored Medium
5120  or High in EPA's data quality evaluation [*Data Quality Evaluation of Human Health Hazard Studies.*

5121   *Docket: EPA-HQ-OPPT-2019-0500]* and were therefore utilized for dose-response analysis.

### 3.2.5.1.2   Kidney toxicity

5123   The 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) considered five animal
5124   studies reporting kidney toxicity for further non-cancer dose-response analysis. (Maltoni et al., 1986),
5125   (NCI, 1976) and (NTP, 1988) reported histological changes in the kidney, whereas (Kjellstrand et al.,
5126   1983) and (Woolhiser et al., 2006) reported increased kidney/body weight ratios (U.S. EPA, 2011e).
5127   NCI (1976) scored Unacceptable in EPA's data quality evaluation [*Data Quality Evaluation of Human
5128   Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500]* and therefore was excluded from dose-
5129   response analysis. All of the other studies scored Medium in data quality and were therefore utilized for
5130   dose-response analysis.

### 3.2.5.1.3   Neurotoxicity

5132   Among the human studies, (Ruijten et al., 1991) was the only epidemiological study that the IRIS
5133   program deemed suitable for further evaluation in the TCE's dose-response assessment for
5134   neurotoxicity. Only the following four animal studies were considered suitable for dose-response
5135   analysis for the neurotoxicity endpoint in the 2014 TSCA Work Plan Chemical Risk Assessment (U.S.
5136   EPA, 2014b): (Arito et al., 1994), (Isaacson et al., 1990), (Gash et al., 2008), and (Kjellstrand et al.,
5137   1987). Kjellstrand (1987) scored Unacceptable in EPA's data quality evaluation [*Data Quality
5138   Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500]* and therefore was
5139   excluded from dose-response analysis. Gash et al. (2008) scored a Low in data evaluation and was also
5140   not carried forward to dose-response analysis given the other, higher quality studies available. Ruijten
5141   et al. (1991), Arito et al. (1994), and Isaacson et al. (1990) all scored Medium or High for data quality
5142   and were therefore utilized for dose-response analysis.

### 3.2.5.1.4   Immunotoxicity

5144   Only the following four animal studies were suitable for the 2014 TSCA Work Plan Chemical Risk
5145   Assessment (U.S. EPA, 2014b) non-cancer dose-response analysis for the immunotoxicity endpoint:
5146   (Keil et al., 2009), (Kaneko et al., 2000), (Sanders et al., 1982), and (Woolhiser et al., 2006). For this
5147   Risk Evaluation, EPA also assessed the endpoint of acute immunosuppression observed in (Selgrade
5148   and Gilmour, 2010). In Selgrade and Gilmour (2010), mice were infected via respiration with
5149   aerosolized *S. zooepidemicus* bacteria following 3h TCE exposure. Mortality, bacterial, clearance from
5150   the lung, percent of mice infected, and phagocytic index were assessed following co-exposure. Mortality
5151   was selected as the most statistically sensitive endpoint due to larger numbers of mice per exposure
5152   group and more dose groups, however "percent of mice infected" was also considered for dose-response
5153   analysis (Appendix H.1.2). All of these studies scored Medium or High in EPA's data quality
5154   evaluation [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-
5155   2019-0500]* and were therefore utilized for dose-response analysis.

### 3.2.5.1.5   Reproductive toxicity

5157   Among the human studies, (Chia et al., 1996) was the only epidemiological study that the 2014 TSCA
5158   Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) deemed suitable for further evaluation in the
5159   TCE's dose-response assessment for reproductive toxicity. Only the following eight reproductive
5160   animal toxicity studies were considered suitable for non-cancer dose-response analysis in the 2014
5161   TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b): (Kumar et al., 2000), (Kumar et al.,
5162   2001), (Kan et al., 2007), (Xu et al., 2004), (Narotsky et al., 1995), (George et al., 1986), (Duteaux et
5163   al., 2004), and (Forkert et al., 2002).  Forkert et al. (2002) scored Unacceptable in EPA's data quality
5164   evaluation and therefore was excluded from dose-response analysis, however it had the same POD as
5165   (Kan et al., 2007), which scored Medium. Duteaux et al. (2004) scored a Low for data quality and was

not carried forward to dose-response analysis given the other, higher quality studies available. The remaining studies all scored Medium or High for data quality [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] and were therefore utilized for dose-response analysis.

### 3.2.5.1.6  Developmental toxicity

The 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b) found 5 animal studies that were suitable for non-cancer dose- response analysis for the following developmental outcomes:  pre- and postnatal mortality; pre- and postnatal growth; developmental neurotoxicity; and congenital heart malformations (Appendix L of that document).

Developmental Immunotoxicity
Although the focus of the discussion below is on these 5 studies and corresponding endpoints, developmental immunotoxicity has also been demonstrated in TCE-treated animals. The most sensitive immune system response was reported by (Peden-Adams et al., 2006), which observed functional indications of both immunosuppression and autoimmunity. In this study, B6C3F1 mice were exposed to TCE via drinking water. Treatment occurred during mating and through gestation to TCE levels of 0, 1.4, or 14 ppm. After delivery, pups were further exposed for either 3 or 8 more weeks at the same concentration levels that the dams received in drinking water. Suppressed plaque-forming cell (PFC) response was seen in male pups after 3 and 8 weeks of exposure, whereas female pups showed the suppression of PFC response and delayed hypersensitivity at 1.4 ppm following 8 weeks. At the higher concentration (14 ppm), both of these effects were observed again in both males and females following 3 or 8 weeks of postnatal exposure. A LOAEL of 0.37 mg/kg-bw/day served as a POD for the decreased PFC and increased delayed hypersensitivity responses (U.S. EPA, 2011e). While this endpoint exhibits one of the lower PODs among developmental toxicity studies, the study scored a "Low" in EPA's data quality evaluation [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] due to concerns over statistical reliability and dose precision. Additionally, it could not be accurately PBPK modeled because exposure occurred *in* utero, through nursing, and after weaning.

The 2011 IRIS Assessment (U.S. EPA, 2011e) also included discussion of several studies that reported evidence of developmental toxicity in autoimmune-prone MRL +/+ mice. These studies (Blossom et al. 2008; Peden-Adams et al. 2008; Blossom and Doss 2007). Similarly to (Peden-Adams et al., 2006), these studies demonstrated indications of both immunosuppression and autoimmunity. These studies also involve uncertainties over dose precision due to exposure covering both pre- and postnatal periods however, in addition to uncertainty about extrapolation of results in an auto-immune prone strain to humans. A more recent Medium-quality study in MRL+/+ mice that examined exposure independently during gestation and early-life periods (Gilbert et al. 2014) observed various cytokine changes, evidence of epigenetic changes, increased T-cell activation, and varied effects on thymus cellularity. The conflicting directionality of cytokine changes and unclear adversity of the other observations make it difficult to identify any potential POD. Therefore, none of these studies were considered adequate for for dose-response analysis, although developmental immunotoxicity will still be considered qualitatively when evaluating PODs for other developmental or immune endpoints.

Pre- and Postnatal Mortality and Growth
The following two studies were considered suitable for non-cancer dose-response analysis for pre- and postnatal mortality and growth effects in the 2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b): (Healy et al., 1982) and (Narotsky et al., 1995). Healy et al. (1982) scored Unacceptable in EPA's data quality evaluation [*Quality Evaluation of Human Health Hazard Studies. Docket: EPA-*

5214  *HQ-OPPT-2019-0500]* and therefore was excluded from dose-response analysis. ([Narotsky et al.,
5215  1995](#)) scored a High and was therefore utilized for dose-response analysis.
5216
5217  <u>Developmental Neurotoxicity</u>
5218  There is evidence of alterations in animal brain development and in behavioral parameters (*e.g.,*
5219  spontaneous motor activity and social behaviors) following TCE exposure during the development of
5220  the nervous system. Among all of the reasonably available studies, there were two oral studies that
5221  reported behavioral changes which were used in the dose-response evaluation for developmental
5222  toxicity: ([Fredriksson et al., 1993](#)) and ([Taylor et al., 1985](#)). ([Taylor et al., 1985](#)) scored a Low in
5223  EPA's data quality evaluation due to the same issues as ([Peden-Adams et al., 2006](#)) and was not
5224  considered further for dose-response assessment. ([Fredriksson et al., 1993](#)) scored a Medium despite
5225  some uncertainty concerning the statistical validity of its sampling methodology [*Data Quality
5226  Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500]* and was therefore
5227  utilized for dose-response analysis.
5228
5229  <u>Congenital Heart Defects</u>
5230  The fetal cardiac defects reported in ([Dawson et al., 1993](#)) and ([Johnson et al., 2003](#)) were identified as
5231  the most sensitive endpoint within the developmental toxicity domain and across all of the health effect
5232  domains evaluated in the TCE IRIS assessment. Johnson et al. ([Johnson et al., 2003](#)) reported data
5233  from different experiments over a several-year period in which pregnant Sprague-Dawley rats (9-
5234  13/group; 55 in control group) were exposed to TCE via drinking water. Treatment of pregnant rats
5235  occurred during the entire gestational period (*i.e.,* GD 0 to GD22). The study was a follow-up to
5236  Dawson et al. ([1993](#)), which demonstrated increasing incidence of congenital heart defects at the
5237  highest two dose groups that were later pooled and re-analyzed in ([Johnson et al., 2003](#)).
5238
5239  While the WOE analysis supports a likely association of gestational TCE exposure with induction of
5240  CHDs (Appendix F.3), there is substantial uncertainty in the quantitative dose-response from both
5241  studies and the relevance of these results to the human general population (Appendix F.1, Section
5242  3.2.4.1.6, Section 3.2.5.3.1, and Section 3.2.6.1). Nonetheless, this endpoint is of concern to
5243  susceptible subpopulations (Section 3.2.5.2) and consideration of dose responses from studies that are
5244  more sensitive than the more commonly observed responses observed among relatively young,
5245  healthy, and inbred laboratory rodent strains is important in accounting for human susceptibility.
5246  Therefore, the results from ([Dawson et al., 1993](#)) and ([Johnson et al., 2003](#)) were considered for dose-
5247  response analysis.
5248
5249  Because both studies passed data evaluation with the same score (both scored Medium for data
5250  quality) and statistics were only performed using a pup as the statistical unit for ([Dawson et al., 1993](#)),
5251  EPA decided to utilize the ([Johnson et al., 2003](#)) data for dose-response analysis, which has increased
5252  statistical sensitivity from the additional two dose levels and allowed a nested design for BMD
5253  modeling analysis in order to account for litter effects. Additionally, some defects originally identified
5254  in ([Dawson et al., 1993](#)) were later reclassified or recharacterized in ([Johnson et al., 2003](#)), so
5255  ([Johnson et al., 2003](#)) contains the more updated analysis.
5256  **3.2.5.1.7   Cancer**
5257  The 2019 meta-analysis of all relevant studies examining kidney cancer, liver cancer, or NHL
5258  (Appendix J) came to the same conclusion as the previous EPA meta-analysis in the 2011 IRIS
5259  Assessment ([U.S. EPA, 2011e](#)). Therefore, EPA utilized the same inhalation unit risk and oral slope
5260  factor estimates as were derived in ([U.S. EPA, 2011e](#)) and cited in the 2014 TSCA Work Plan Chemical
5261  Risk Assessment ([U.S. EPA, 2014b](#)). A linear non-threshold assumption was applied to the TCE cancer

5262 dose-response analysis because there is sufficient evidence that TCE-induced kidney cancer operates
5263 primarily through a mutagenic mode of action while it cannot be ruled out for the other two cancer types.
5264
5265 The 2011 IRIS Assessment (U.S. EPA, 2011e) selected the epidemiological kidney cancer data
5266 Charbotel et al. (2006) as the best representative dose-response data for derivation of an oral slope factor
5267 and inhalation unit risk value. Charbotel et al. (2006) was a case-control study with quantitative
5268 cumulative exposure estimates based on a task-exposure matrix based on decades of measurement. The
5269 study received a High score for data quality both overall and for the exposure domain in EPA's data
5270 evaluation [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-*
5271 *0500*]. Therefore, EPA relied on its previous dose-response analysis from this study.

5272 ### 3.2.5.2        Potentially Exposed and Susceptible Subpopulations (PESS)

5273 TSCA requires that a Risk Evaluation "determine whether at chemical substance presents an
5274 unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk
5275 factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified
5276 as relevant to the Risk Evaluation by the Administrator, under the conditions of use." TSCA § 3(12)
5277 states that "the term '*potentially exposed or susceptible subpopulation*' means a group of individuals
5278 within the general population identified by the Administrator who, due to either greater susceptibility or
5279 greater exposure, may be at greater risk than the general population of adverse health effects from
5280 exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the
5281 elderly."
5282
5283 During Problem Formulation (U.S. EPA, 2018d), EPA identified potentially exposed or susceptible
5284 subpopulations for further analysis during the development and refinement of the life cycle, conceptual
5285 models, exposure scenarios, and analysis plan. In this section, EPA addresses the potentially exposed or
5286 susceptible subpopulations identified as relevant based on *greater susceptibility*. EPA addresses the
5287 subpopulations identified as relevant based on *greater exposure* in Section 2.3.3.
5288
5289 There is some evidence that certain populations may be more biologically susceptible to exposure to
5290 TCE. Factors affecting biological susceptibility examined in the available studies on TCE include
5291 lifestage, sex, genetic polymorphisms, race/ethnicity, preexisting health status, lifestyle factors, and
5292 nutrition status. Factors that affect early lifestage susceptibility include exposures during gestation, such
5293 as transplacental transfer, and during infancy, such as breast milk ingestion (a breastfeeding infant who
5294 is nursing from a mother exposed to the occupational exposure limit for TCE could receive more than
5295 80% of the daily lifetime advisory limit for adults (Beamer et al., 2012)), early lifestage-specific
5296 toxicokinetics, and early lifestage-specific health outcomes including developmental cardiac defects.
5297 Groups of individuals for which one or several of these factors apply may be considered PESS. Sex-
5298 specific differences also exist in toxicokinetics (*e.g.,* cardiac outputs, percent body fat, expression of
5299 metabolizing enzymes) and susceptibility to toxic endpoints (*e.g.,* sex-specific effects on the
5300 reproductive system, sex differences in baseline risks to endpoints such as scleroderma or liver cancer).
5301 Based on the hazards identified from the available information, individuals that either have or are
5302 susceptible to kidney, liver, neurological, reproductive, or cancer health conditions are PESS.
5303
5304 Genetic variation likely has an effect on the toxicokinetics of TCE. Pre-existing diminished health status
5305 (especially diminished function in one of the health domains supported by the weight of the scientific
5306 evidence in Section 3.2.4) may alter the response to TCE exposure. Individuals with increased body
5307 mass or certain conditions such as non-alcoholic fatty liver disease may have an altered toxicokinetic
5308 response due to the increased uptake of TCE into fat. Other conditions that may alter the response to
5309 TCE exposure include diabetes and hypertension, and lifestyle and nutrition factors such as alcohol

5310   consumption, tobacco smoking, nutritional status, physical activity, and socioeconomic status (U.S.
5311   EPA, 2011e). Among life stages, the most susceptible is likely to be pregnant women and their
5312   developing fetus based on the hazard findings from reviewing the reasonably available literature for this
5313   assessment, which conclude that developmental toxicity is among the most sensitive acute health effects
5314   associated with TCE exposure. Among pregnant women, older women may be especially susceptible to
5315   TCE-induced cardiac defects in their offspring. Maternal age is known to have a large influence on the
5316   incidence of congenital heart defects, and multiple studies cited in this Risk Evaluation identified a
5317   significantly stronger association of TCE with developmental cardiac defects (Brender et al., 2014;
5318   Yauck et al., 2004). Additional maternal risk factors for susceptibility to congenital cardiovascular
5319   defects include diabetes, infection status, drug exposure, and stress, among others (Jenkins et al., 2007).

5320   Significant variability in human susceptibility to TCE toxicity may result from differences in
5321   metabolic potential, given the existence of CYP isoforms and the variability in CYP-mediated TCE
5322   oxidation. Increased enzymatic activity of cytochrome P450 2E1 (CYP2E1) and glutathione-S-
5323   transferase (GST) polymorphisms may influence TCE susceptibility due to effects on the production
5324   of toxic metabolites (Cichocki et al. 2016; U.S. EPA, 2011e). CYP2E1 expression may be enhanced
5325   by various health conditions including alcoholism, obesity, and diabetes (NRC, 2006). An
5326   individual may be a member of multiple PESS groups and may exhibit multiple concurrent
5327   susceptibilities.
5328
5329   Animal data show that rates of TCE GSH conjugation in male rats/mice are higher than females
5330   (Section 3.2.2.3), suggesting potential increased susceptibility for kidney effects in males. More
5331   specifically, there appears to be greater susceptibility to TCE-induced kidney cancer in those
5332   individuals that carry an active polymorphism in a gene associated with the GST metabolic
5333   pathway. Particularly, the gene is associated with the β-lyase gene region which is responsible for
5334   converting DCVC to the unstable intermediate DCVT. Also, there are some human studies
5335   suggesting a role for mutations to the tumor suppressor gene, von Hippel Lindau (VHL gene). This
5336   tumor suppressor gene appears to be inactivated in certain TCE-induced kidney cancers (U.S. EPA,
5337   2011e). In this Risk Evaluation, EPA performed a population analysis to systematically estimate
5338   uncertainty and variability across several metabolic factors, including human variability related to
5339   oxidative metabolism and glutathione conjugation as a result of GST activity. Integration of these
5340   factors into a probabilistic model resulted in a distribution of human equivalent concentrations/doses
5341   (HECs/HEDs) for each endpoint. $HEC_{99}/HED_{99}$ values representing the most metabolically
5342   sensitive 1% of the population, a susceptible subpopulation, were used for risk estimation.

### 3.2.5.3    Derivation of Points of Departure (PODs)

5344   Point of departures (PODs) were identified for those studies that had suitable data for dose-response
5345   analysis, described above. PODs can be a NOAEL or LOAEL for an observed incidence, or change in
5346   level of response, or the lower confidence limit on the dose at the benchmark dose (BMDL). PBPK
5347   modeling was used to estimate internal dose PODs (idPOD) and subsequently the human equivalent
5348   concentrations/doses (HECs/HEDs) based on the oral and inhalation PODs identified in earlier steps. The
5349   PBPK modeling integrated internal dose-metrics based on TCE's mode of action and the role of different
5350   TCE metabolites in toxicity (U.S. EPA, 2011e). Note that the effects within the same health effect
5351   domain were generally assumed to have the same relevant internal dose-metrics, with some exceptions.
5352   Given that the majority of the toxic and carcinogenic responses in many tissues to TCE appears to be
5353   associated with metabolism, the primary dose-metric for systemic effects not associated with a particular
5354   highly metabolic organ (i.e., excluding kidney and liver) or specific metabolite was total metabolism of
5355   TCE scaled by the ¾ power of body weight (TotMetabBW34 [mg/kg¾/day]). For these endpoints, AUC
5356   of TCE in blood (AUCBld [mg-hour/L/day]) is the alternative dose-metric. The rationale for the scaling

5357    by body weight to the ¾ power is analogous to that for the other metabolism dose-metrics, above.
5358    Compared to the 2014 TSCA Work Plan Chemical Risk Assessment, an additional POD from Selgrade
5359    and Gilmour (2010) has also been added for acute exposure scenarios.
5360
5361    For this assessment, when an endpoint can be BMD and PBPK modeled, default cumulative acute UF =
5362    10 (UF$_A$ and UF$_H$ both = 3 based only on toxicodynamic uncertainty (UF$_{TD}$); UF$_S$ and UF$_L$ = 1) and
5363    default cumulative chronic UF = 100 (UF$_S$ = 10 if the study covers less than 10% of lifetime). See
5364    Appendix F for details on the criteria for selection of appropriate BMD models and UFs for each
5365    endpoint.
5366
5367    **POD Selection Metrics**
5368    The below sections present all studies considered for dose-response analysis. From this list, the most
5369    robust and sensitive studies were selected from each health domain /organ system that best
5370    characterized each available endpoint. For some health domains with multiple endpoints this resulted in
5371    multiple studies being selected for consideration in risk estimation. In selecting the most robust and
5372    sensitive studies and PODs, EPA considered the following factors:
5373    • Data quality evaluation score
5374    • Species (*i.e.*, animal or human)
5375    • Exposure duration
5376    • Dose range
5377    • Cumulative uncertainty factor
5378    • Relevance to the endpoint of interest and human exposure scenarios
5379
5380    Dose metric selection is based on a determination of which toxicokinetic measure is most predictive of
5381    localized effects from TCE exposure (Section 3.2.2.5). These factors were evaluated for each
5382    independent endpoint, and EPA considered use of the most health-protective POD only after first
5383    considering each of the above factors. See the 2011 EPA TCE IRIS Assessment (U.S. EPA, 2011e) for
5384    more details on dose-metric and benchmark response (BMR) determinations for all endpoints except acute
5385    immunosuppression from from Selgrade and Gilmour (2010). BMD modeling results for (Selgrade and
5386    Gilmour, 2010) are presented in Appendix F.

5387    **3.2.5.3.1   Non-Cancer PODs for Acute Exposure**
5388    Acute exposure in humans is defined for occupational settings as exposure over the course of a single
5389    work shift (8 hours) and for consumers as a single 24-hour day. Although developmental studies
5390    typically involve multiple exposures, they are considered relevant for evaluating single exposures
5391    because evidence indicates that certain developmental effects may result from a single exposure during
5392    a critical window of development (Davis et al., 2009; Van Raaij et al., 2003; U.S. EPA, 1991). This is
5393    consistent with EPA's *Guidelines for Reproductive Toxicity Risk Assessment* (U.S. EPA, 1996), which
5394    state that repeated exposure is not a necessary prerequisite for the manifestation of developmental
5395    toxicity. Therefore, developmental endpoints were considered relevant for calculating risks associated
5396    with acute occupational or consumer exposure. Single-exposure studies identifying a dose-responsive
5397    specific health outcome were also considered for deriving PODs representative of risks following acute
5398    exposures.
5399
5400    HECs for developmental toxicity were adjusted to reflect a 24-hr value, consistent with both
5401    occupational and consumer exposure values. The POD from Selgrade and Gilmour (2010), a 3hr acute
5402    inhalation study, was adjusted to a 24hr HEC value for occupational risk estimates due to limited
5403    reasonably available occupational exposure information below 8hr time periods. The 3hr POD was
5404    used without adjustment for estimation of consumer risks due to available exposure estimates for 3hr

time periods.

Developmental Toxicity Endpoints

*-- Prenatal Mortality*

([Narotsky et al., 1995](#)) was also discussed above in the reproductive toxicity section, but also identified mortality to the developing fetus following *in utero* TCE exposure. F344 timed-pregnant rats (8-12 dams/group) were treated with TCE by gavage during GD 6 to 15. The BMDL$_{01}$ for increased resorptions was 32.2 mg/kg-bw/day ([U.S. EPA, 2011e](#)).

*-- Developmental Neurotoxicity*

([Fredriksson et al., 1993](#)) treated male NMRI mouse pups (12/group, selected from 3-4 litters) with TCE via gavage (0, 50, or 290 mg/kg-bw/day) during postnatal days (PND) 10 to 16. Locomotor behavior was evaluated at PND 17 and 60. TCE-treated mice showed decreased rearing activity at both dose levels on PND 60, but not PND 17, resulting in a LOAEL of 50 mg/kg-bw/day as a POD ([U.S. EPA, 2011e](#)).

*-- Congenital Heart Malformations*

([Johnson et al., 2003](#)) reported a statistically and biologically significant increase in the formation of heart defects at the 0.048 mg/kg-bw/day and higher dose levels (concentrations of 0, 0.00045, 0.048, 0.218 or 129 mg/kg-bw/day) measured on both an individual fetus basis and a litter basis. A BMDL$_{01}$ HEC$_{99}$ of 0.0037 ppm and HED$_{99}$ of 0.0052 mg/kg-bw/day were identified as the inhalation and oral PODs, respectively, for heart malformations in the 2014 TSCA Work Plan Chemical Risk Assessment ([U.S. EPA, 2014b](#)). EPA quantified the totality of cardiac defects instead of any particular defect, as cardiac teratogens can result in a diverse constellation of effects (*e.g.,* retinoic acid, see Appendix F.2.2.2).

The BMR selection from the 2014 TSCA Work Plan Chemical Risk Assessment ([U.S. EPA, 2014b](#)) for ([Johnson et al., 2003](#)) was also reassessed based on the non-monotonic dose-response, decreased incidence from control at the 2.5ppb dose level, and reduced statistical power due to a less than recommended number of litters assessed for each dose group. These concerns were discussed as part of a re-analysis of the 2011 dose-response assessment in ([Makris et al., 2016](#)), which acknowledged the uncertainty inherent in a selection of a 1% BMR:

"*BMD inference at the 1% extra-risk level is highly uncertain, because BMD and BMDL values vary by several orders of magnitude depending on the modeling assumptions. This is attributed in part to the lack of monotonicity at the lowest dose and the apparent supralinearity of the overall exposure-response relationship. Additional doses would be required to better specify the curve shape in the low-dose region. More reliable inference can be made for higher BMRs...*

*There is substantial model and parameter uncertainty at the 1% level of extra risk, although 1% is the appropriate BMR based on severity of the effect (i.e., cardiac malformations). These uncertainties can be attributed primarily to having too few data points in the low-dose range, where more data would be required to adequately characterize the dose-response shape. Uncertainty decreases for higher BMR levels (5% and 10% extra risk), although 10% exceeds the range of the data for some models.*"

In reevaluating the BMR, EPA considered both biological and statistical factors:

       1. The biological severity of the effect
       2. The range of observable data relative to the BMR and resulting BMDL
       3. The influence of study design and sample size on statistical sensitivity

5453        4. Confidence in the model fit and variance
5454
5455    After considering all these factors, EPA determined that the biological severity of the effect,
5456    potentially lethal heart defects, strongly supported a BMR of 1%. For statistical considerations, EPA
5457    referred to the nested BMD modeling results from Appendix F.4.2.1 in (U.S. EPA, 2011b). In these
5458    results, the BMDL for both a 1% and 5% BMR easily fall within the experimental dose range,
5459    increasing confidence in the target BMRs. The observed incidence for the lowest dose in (Johnson et
5460    al., 2003) was reduced from controls, adding uncertainty to the modeling estimate, however the
5461    difference was not statistically significant. A larger sample size for the treated groups may have
5462    increased the statistical sensitivity at lower doses. The BMD model actually displays better visual fit at
5463    the lower end of the dose range, near the control, suggesting that a lower BMR may actually represent
5464    a more accurate model estimate.
5465
5466    In evaluating model fit, EPA determined that the BMD:BMDL ratio was adequate (3.1), indicating
5467    reasonably small variance. To confirm the model fit, EPA updated the BMD analysis on the nested
5468    dataset using the latest version of the BMDS software (v3.1.1) due to limitations of the software at the
5469    time of the original modeling for the 2011 IRIS Assessment (U.S. EPA, 2011e). These results and
5470    discussion of the analysis compared to the 2011 analysis are provided in Appendix I. These results
5471    demonstrate strong model fit and agree with the 2011 conclusion that the modeling results for cardiac
5472    malformation data are appropriate for reference value derivation.
5473
5474    Based on the above considerations and the improved model fit from the updated BMD modeling run,
5475    EPA determined that use of a 1% BMR is most appropriate for risk estimation. The difference
5476    between the 1% and 5% BMR POD values is 5.2-fold. Results for both 1% and 5% extra risk BMR
5477    options (along with 10%) are presented in Appendix I.
5478
5479    <u>Immunotoxicity</u>
5480    *-- Immunosuppression (diminished response to infection)*
5481    In addition to the previously described developmental toxicity studies, (Selgrade and Gilmour, 2010)
5482    was deemed suitable for dose-response analysis of immunotoxicity based on observed decreased
5483    response to infection. In Selgrade and Gilmour (2010), female CD-1 mice were infected via respiration
5484    with aerosolized *S. zooepidemicus* bacteria following 3h exposure to 0, 5, 10, 25, 50, 100, or 200 ppm of
5485    TCE. Mortality was assessed for all dose groups, with statistically significant and dose-responsive
5486    increases observed at 50 ppm and above. Bacterial clearance from the lung, percent of mice infected, and
5487    phagocytic index were also assessed for 0, 50, 100, and 200ppm dose groups. This study examined
5488    pulmonary immunological responses to respiratory infection following inhalation of TCE and is
5489    therefore only applicable to inhalation exposure. The inclusion of the Selgrade and Gilmour (2010) study
5490    is an addition to this Risk Evaluation and was not previously evaluated for dose-response analysis in the
5491    2014 TSCA Work Plan Chemical Risk Assessment (U.S. EPA, 2014b). This study was discussed in the
5492    2011 IRIS Assessment (U.S. EPA, 2011e) but was excluded from the 2014 Risk Assessment in an
5493    oversight.
5494
5495    For (Selgrade and Gilmour, 2010), BMD modeling was performed on the endpoints of mortality and
5496    percentage of mice infected (see [*Personal Communication to OPPT. Raw Data Values from Selgrade
5497    and Gilmour, 2010. Docket: EPA-HQ-OPPT-2019-0500*]). A reliable BMDL could not be obtained from
5498    the percentage infected data because BMDs and BMDLs from all models were well below the lowest
5499    data point and cannot be considered reliable. For mortality, a BMR of 1% increase was selected due to
5500    the severity of the effect. Based on evidence of systemic chronic immunosuppression (Sanders et al.,

5501 1982; Woolhiser et al., 2006), this acute endpoint was applied to systemic exposure. The $BMDL_1$ based
5502 on applied dose is 13.9 ppm (Appendix H.1.1.3).

5503

5504 The raw data from (Selgrade and Gilmour, 2010) was input through the PBPK model (described in
5505 Section 3.2.2.5) to obtain internal doses based on two dose metrics, the total amount of TCE
5506 metabolized per unit adjusted body weight (TotMetabBW34) and area under the curve venous blood
5507 concentration of TCE (AUCBld). These two metrics were selected as the primary and alternative dose
5508 metrics for this endpoint under the assumption that the metabolic contribution to this endpoint matches
5509 that for other immune endpoints (see (U.S. EPA, 2011e) and Table 3-11). The internal doses were BMD
5510 modeled, and HEC/$HEC_{50}$ and HEC/$HED_{99}$ were then derived based on default model parameters
5511 assuming continuous exposure. Full modeling runs and details for both dose metrics are provided in
5512 [*PBPK Modeling Results for Representative Non-Cancer Endpoints under Continuous and*
5513 *Occupational Exposure Scenarios* and *Internal Dose BMD Modeling Results for Selgrade and Gilmour,*
5514 *2010. Docket: EPA-HQ-OPPT-2019-0500*]. BMD modeling results for applied dose and TotMetabBW34
5515 dose metric are provided in Appendix F.

5516

5517 **Table 3-7. Dose-response analysis of selected studies considered for acute exposure scenarios**

| Target Organ/ System | Species | Duration | POD Type [1] (applied dose) | Effect | Dose Metric | $HEC_{50}$ (ppm) | $HEC_{99}$ (ppm) | $HED_{50}$ (mg/kg) | $HED_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Developmental Effects | Rat (female) | Gestational days 6 to 15 | $BMDL_{01}$= 32.2 mg/kg-bw/day | Increased resorptions | TotMetab BW34 | 57 | 23 | 29 | 28 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=1; Total UF=10 | (Narotsky et al., 1995) | High (1.3) |
| | Rat (female) | 22 days throughout gestation (gestational days 0 to 22) | $BMDL_{01}$= 0.0207 mg/kg-bw/day | Congenital heart defects | TotOx Metab BW34 | 0.012 | 0.0037 | 0.0058 | 0.0052 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=1; Total UF=10 | (Johnson et al., 2003) | Medium (1.9) |
| | Rat (male pups) | Postnatal days 10 to 16 | LOAEL = 50 mg/kg-bw/day | Decreased rearing activity | TotMetab BW34 | 8 | 3 | 4.2 | 4.1 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=10; Total UF=100 | (Fredriksson et al., 1993) | Medium (1.7) |
| Immune System | Rat (female) | 3hr/day, single dose; followed by respiratory infection | $BMDL_{01}$ = 13.9 ppm | Mortality due to immuno-suppression | TotMetab BW34 | 2.84 | 0.973 | 1.36 | 1.34 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=1; *Total UF* =10 | (Selgrade and Gilmour, 2010) | High (1.6) |

[1] POD type can be NOAEL, LOAEL, or BMDL. BMDL adjusted all values to continuous exposure.
[2] $UF_S$=subchronic to chronic UF; $UF_A$=interspecies UF; $UF_H$=intraspecies UF; $UF_L$=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] for full evaluation by metric.
Endpoints within an organ system are separated by double-line borders (=); organ systems are separated by thicker borders (-).

5518

5519 Table 3-7 presents the derived PODs from all studies considered for dose-response analysis of acute
5520 exposure scenarios. EPA selected studies representative of the distinct endpoints of prenatal mortality,
5521 congenital defects, developmental neurotoxicity, and response to infection. Most of the developmental
5522 toxicity studies utilized the PBPK dose metric of TotMetabBW34, or the total amount TCE metabolized
5523 per unit adjusted body weight. This dose metric was selected because for these endpoints there is
5524 insufficient information for site-specific or mechanism-specific determinations of an appropriate dose-
5525 metric, however in general TCE toxicity is associated with metabolites rather than the parent compound.
5526 TotOxMetab34, or the total amount TCE oxidized per unit adjusted body weight, was used for deriving
5527 HEC/HED values for congenital heart defects because evidence demonstrating effects from TCA and
5528 DCA (see Section 3.2.4.1.6) suggests that oxidative metabolism is important for TCE-induced heart
5529 malformations.

5530

5531   The LogProbit model was selected for BMD modeling results of (Selgrade and Gilmour, 2010) data
5532   because it was the model with the lowest AIC, using a BMR of 1% based on the endpoint of mortality
5533   (Appendix F). Data from (Narotsky et al., 1995) and (Johnson et al., 2003) were also BMD modeled. A
5534   BMR of 1% ER was selected for (Johnson et al., 2003) based on the severity of the effect and absence of
5535   a strong statistical justification for raising the value (see discussion above). A BMR of 1% was also
5536   selected for (Narotsky et al., 1995) because of the severity of the effect (full-litter resorptions) and low
5537   background response. A LOAEL was used as a POD for (Fredriksson et al., 1993), which was not BMD
5538   modeled. For acute exposures, subchronic-to-chronic UF does not apply, so $UF_S = 1$ for all studies. See
5539   Section 3.2.2.5 and (U.S. EPA, 2011e) for more details on TCE PBPK modeling, dose metric selection,
5540   and BMR selection.

5541

5542   Differences from standard UF values are explained below:
5543   A $UF_A$ value of 3 was applied to (Selgrade and Gilmour, 2010) because cross-species scaling based on
5544   blood:air partition coefficient or allometric scaling for body weight was used to adjust the HEC/HED as
5545   necessary. A $UF_H$ of 10 was applied to that study because the data were not subject to PBPK modeling
5546   and therefore a HEC99/HED99 value was not applied which would have accounted for human
5547   toxicokinetic variability.

5548

5549   The selected studies are bold in the table above. The endpoints were each represented by a single study.
5550   While there are some methodological and statistical concerns about (Johnson et al., 2003) and
5551   (Fredriksson et al., 1993), based on the WOE for the endpoints and data quality scores of at least
5552   Medium, all four of the studies will be utilized for quantitative risk estimation following acute
5553   exposures. There is also some inherent uncertainty extrapolating from the response to pulmonary
5554   infection observed in (Selgrade and Gilmour, 2010) to a systemic response across multiple exposure
5555   routes, but an acute systemic response to infection is likely based on the systemic immunosuppression
5556   observed in multiple chronic studies (Sanders et al., 1982; Woolhiser et al., 2006).

### 3.2.5.3.2   Non-Cancer PODs for Chronic Exposures

5558   Chronic exposure was defined for occupational settings as exposure reflecting a 40-hour work week.
5559   Chronic exposure was not considered relevant to to consumers based on expected use patterns (Section
5560   2.3.2.6.1). Non-cancer endpoints selected as most relevant for calculating risks associated with chronic
5561   (repeated) occupational exposures to TCE included effects to the liver, kidney, nervous system, immune
5562   system, reproductive system, and developmental outcomes, with all HECs adjusted to reflect a 24-hr
5563   value, consistent with calculated occupational exposure values.

5564

**Liver toxicity**
5566   -- *Increased liver weight and cytotoxicity/hypertrophy*
5567   (Kjellstrand et al., 1983) exposed NMRI male mice (10-20/group) with up to nine different TCE
5568   concentrations. These concentrations ranged from 37 to 3,600 ppm and included an air control group.
5569   Exposures were conducted for various durations (1, 2, 4, 8, 16, or 24 hrs/day) and for different time
5570   frames (from 30 to 120 days). Liver weight increased in a dose-responsive matter, with statistical
5571   significance apparent at all exposure groups and durations. EPA calculated a benchmark concentration
5572   lower-bound confidence limit of 21.6 ppm based on the 10% benchmark response ($BMDL_{10}$) for
5573   increased liver/body weight ratios, with histopathology including vacuolization and inflammatory cell
5574   infiltration also observed at 150ppm and above.

5575

5576   (Buben and O'Flaherty, 1985) exposed Swiss-Cox male mice (12-15 group) to TCE by gavage. Mice
5577   were exposed to a range of TCE doses (100 to 3,200 mg/kg-bw/day plus control) for 5 days/week for 6
5578   weeks. A $BMDL_{10}$ of 82 mg/kg-bw/day was identified as the POD for increased liver/body weight

5579    ratios, with cytotoxicity, histopathology, and reduced glucose-6-phosphatase activity also observed.
5580
5581    In (Woolhiser et al., 2006), Sprague-Dawley female rats (16/group) were exposed to TCE via
5582    inhalation at concentrations of 0, 100, 300, or 1,000 ppm for 6 hrs/day, 5 days/week for 4 weeks. A
5583    $BMDL_{10}$ of 25 ppm was estimated for increased liver/body weight ratio.
5584
5585    **Table 3-8. Dose-response analysis of selected studies considered for evaluation of liver toxicity**

| Target Organ System | Species | Duration | POD Type [1] (applied dose) | Effect | Dose Metric | $HEC_{50}$ (ppm) | $HEC_{99}$ (ppm) | $HED_{50}$ (mg/kg) | $HED_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liver | **Mouse (male)** | **Continuous and intermittent exposures, variable time periods for 30-120 days** | $BMDL_{10}$= 21.6 ppm | **Increased liver/body weight ratio and hypertrophy** | **AMetLiv1 BW34** | **25** | **9.1** | **9.0** | **7.9** | **UFS=1; UFA= 3; UFH=3; UFL=1;** *Total UF=10* | (Kjellstrand et al., 1983) | **Medium (1.8)** |
| | Mouse (male) | 6 weeks | $BMDL_{10}$=82 mg/kg-bw/day | Increased liver/body weight ratio and cytotoxicity/ | AmetLiv1 BW34 | 32 | 11 | 12 | 10 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Buben and O'Flaherty, 1985) | High (1.3) |
| | Rat (female) | 6 hr/day, 5 days/week for 4 weeks | $BMDL_{10}$=25 ppm | Increased liver/body weight ratio | AmetLiv1 BW34 | 53 | 19 | 19 | 16 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Woolhiser et al., 2006) | Medium (2)* |

[1] POD type can be NOAEL, LOAEL, or BMDL. EPA adjusted all values to continuous exposure.
[2] UFS=subchronic to chronic UF; UFA=interspecies UF; UFH=intraspecies UF; UFL=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] for full evaluation by metric. * Woolhiser et al., 2006 was downgraded from a High, with calculated score = 1.3.
**Bold rows** indicate studies selected to represent the endpoint within the organ system domain.

5586
5587    Table 3-8 presents the derived PODs from all studies considered for dose-response analysis. Increased
5588    liver/body weight ratio was the only endpoint modeled from all studies based on the dose metric
5589    AMetLiv1BW34, or the amount of TCE oxidized in liver per unit adjusted body weight. This dose metric
5590    was selected because evidence suggests that hepatic oxidative metabolism is involved in TCE liver
5591    toxicity (indications of liver toxicity were linearly associated with total urinary (*i.e.,* oxidative)
5592    metabolites in (Buben and O'Flaherty, 1985)). Additionally, dose-response relationships using this dose
5593    metric showed greater consistency than other considered metrics. All studies were BMDL modeled. A
5594    BMR of 10% RD was used to represent a minimal, biologically significant amount of change in relative
5595    liver weight. See Section 3.2.2.5 and (U.S. EPA, 2011e) for more details on TCE PBPK modeling, dose
5596    metric selection, and BMR selection.
5597
5598    Differences from standard UF values are explained below:
5599    All three studies were assigned UFs = 1 despite shorter exposure duration because although the studies
5600    were subchronic, hepatomegaly (enlarged liver) occurs rapidly with TCE exposure, and no differences
5601    were observed in severity of relative liver weight increases between 30 and 120 days in (Kjellstrand et
5602    al., 1983).
5603
5604    The data from (Kjellstrand et al., 1983) was selected to represent the liver toxicity hazard. (Woolhiser et
5605    al., 2006) was excluded from further consideration because additional signs of toxicity were not
5606    observed, indicating that the increased liver weight was likely merely adaptive. (Kjellstrand et al., 1983)
5607    was selected over (Buben and O'Flaherty, 1985) because it covered up to 120 days exposure as opposed
5608    to only 42 days. Additionally, (Kjellstrand et al., 1983) utilized the widest dose range of any study,
5609    imparting more precision in the POD estimate.
5610

**Kidney toxicity**

-- *Kidney Pathology*

(Maltoni et al., 1986) exposed Sprague-Dawley male rats (116-124/group) to TCE via inhalation (0, 100, 300, or 600 ppm) for 7 hrs/day, 5 days/week for 104 weeks (and allowed all rats to continue unexposed until they died). The investigators also conducted an oral (gavage) study that dosed rats with a range of TCE doses (50 to 250 mg/kg-bw/day) for 4-5 days/week for 52 weeks. BMDL$_{10}$ values of 40.2 ppm and 34 mg/kg-bw/day were calculated for the inhalation and gavage studies, respectively, based on renal tubular pathological changes (meganucleocytosis) observed in male rats (U.S. EPA, 2011e). These changes included dose-dependent enlargement of tubuli cells (cytomegaly) and their nuclei (karyomegaly) leading to dysplasia, which may serve as a precursor to cancer and/or morphological indicators of damaged kidney function (Maltoni et al., 1986).

In another oral (gavage) study (NTP, 1988), the National Toxicology Program exposed Marshall female rats (44-50/group) to TCE (*i.e.*, 0, 500, or 1,000 mg/kg-bw/day) for 5 days/week for 104 weeks. Rats developed toxic nephropathy following TCE exposure. A BMDL$_{05}$ of 9.45 mg/kg-bw/day was calculated for the observed kidney effects (U.S. EPA, 2011e).

-- *Increased Relative Kidney Weight*

(Woolhiser et al., 2006) conducted an inhalation study that exposed Sprague-Dawley female rats (16/group) to 0, 100, 300 or 1,000 ppm TCE for 6 hrs/day for 5 days/weeks for 4 weeks. At the end of the study, rats exhibited increased kidney/body weight ratios and a BMDL$_{10}$ of 15.7 ppm was estimated for these effects (U.S. EPA, 2011e).

Increased kidney/body weight ratios were also seen in (Kjellstrand et al., 1983). NMRI male mice (10-20/group) were exposed to a range of TCE concentrations (37 to 3,600 ppm) for 30 to 120 days on continuous and intermittent exposure regimens. A BMDL$_{10}$ of 34.7 ppm was identified as the POD for increased kidney/body weight ratios (U.S. EPA, 2011e).

**Table 3-9. Dose-response analysis of selected studies considered for evaluation of kidney toxicity**

| Target Organ System | Species | Duration | POD Type [1] (applied dose) | Effect | Dose Metric | HEC$_{50}$ (ppm) | HEC$_{99}$ (ppm) | HED$_{50}$ (mg/kg) | HED$_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kidney | Rat (female) | 5 days/week for 104 weeks | BMDL$_{05}$ = 9.45 mg/kg-bw/day | Toxic nephropathy | ABioact DCVC BW34 | 0.042 | 0.0056 | 0.033 | 0.0034 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (NTP, 1988) | Medium (2)* |
| | **Rat (male) - Oral** | **4-5 days/week for 52 weeks** | **BMDL$_{10}$ = 34 mg/kg-bw/day** | **Pathology changes in renal tubule** | **ABioact DCVC BW34** | **0.19** | **0.025** | **0.15** | **0.015** | **UFS=1; UFA= 3; UFH=3; UFL=1;** *Total UF=10* | (Maltoni et al., 1986) | Medium (2)* |
| | Rat (male) - Inhal. | 7 hrs/day, 5 days/week for 2 years | BMDL$_{10}$= 40.2 ppm | Pathology changes in renal tubule | ABioact DCVC BW34 | 0.28 | 0.038 | 0.22 | 0.023 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Maltoni et al., 1986) | Medium (2)* |
| | Rat (female) | 6 hr/day, 5 days/week for 4 weeks | BMDL$_{10}$= 15.7 ppm | Increased kidney weight/body weight ratio | ABioact DCVC BW34 | 0.099 | 0.013 | 0.078 | 0.0079 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Woolhiser et al., 2006) | Medium (2)* |
| | Mouse (male) | Continuous and intermittent exposures for 30-120 days | BMDL$_{10}$ = 34.7 ppm | Increased kidney weight/body weight ratio | AMet GSH BW34 | 0.88 | 0.12 | 0.69 | 0.07 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Kjellstrand et al., 1983) | Medium (1.8) |

[1] POD type can be NOAEL, LOAEL, or BMDL. EPA adjusted all values to continuous exposure.
[2] UFS=subchronic to chronic UF; UFA=interspecies UF; UFH=intraspecies UF; UFL=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] for full evaluation by metric. *NTP 1998 was downgraded from a High, with calculated score = 1.2; Maltoni 1986 was downgraded from a High, with calculated scores = 1.4 (oral) and 1.3 (inhalation); Woolhiser 2006 was downgraded from a High, with calculated score = 1.3.
**Bold rows** indicate studies selected to represent the endpoint within the organ system domain; endpoints within an organ system are separated by double-line borders (=).

5640
5641    Table 3-9 presents the derived PODs from all studies considered for dose-response analysis. The studies
5642    considered for dose-response analysis identified either indications of kidney pathology or increase
5643    kidney/body weight ratio. All rat studies utilized ABioactDCVCBW34, or the amount of DCVC
5644    bioactivated in the kidney per unit adjusted body weight, because GSH-conjugative bioactivation of
5645    TCE into metabolites such as DCVC in the kidney is expected to be responsible for kidney toxicity,
5646    although there is some uncertainty about their direct connection to kidney toxicity (Green et al. 1997a,
5647    b). AMetGSHBW34, or the amount of TCE conjugated with GSH per unit adjusted body weight, was
5648    utilized for mice studies because PBPK information on DCVC activation in mice is not reasonably
5649    available. All studies were BMDL modeled. A BMR of 5% ER was used for (NTP, 1988) because toxic
5650    nephropathy is a severe toxic effect. (Maltoni et al., 1986) used a BMR of 10% ER because
5651    meganuclocytosis is considered minimally adverse, while both studies examining increased relative
5652    kidney weight used a standard BMR of 10% RD. See Section 3.2.2.5 and (U.S. EPA, 2011e) for more
5653    details on TCE PBPK modeling, dose metric selection, and BMR selection.
5654
5655    Differences from standard UF values are explained below:
5656    (Woolhiser et al., 2006) and (Kjellstrand et al., 1983) were assigned UFs = 1 despite shorter exposure
5657    duration because no differences were observed in severity of relative kidney weight increases between 30
5658    and 120 days in (Kjellstrand et al., 1983).
5659
5660    EPA determined that kidney pathology was a better indicator of adverse kidney effects than increased
5661    relative organ weight and therefore only that endpoint was selected to represent kidney toxicity. While
5662    there are concerns about the procedure of continuing observation until spontaneous death in (Maltoni et
5663    al., 1986) due to the potential for confounding effects from autophagy or infection, there are unlikely to
5664    be significant artifacts from this methodology affecting the interpretation of kidney lesions. There was
5665    random allocation to study groups and kidney lesions were not observed in the control or lowest dose
5666    group. Therefore, background false positives were not an issue and the observed dose-response was
5667    expected to be independent of this confounder. Additionally, a 2011 review of pathology results from
5668    other cancer studies performed in this laboratory (Ramazzini Institute) by the NTP Pathology Working
5669    Group (Malarkey and Bucher, 2011) found good agreement on the interpretation of most solid tumors
5670    and only identified significant differences among inflammatory cancers of the blood and respiratory
5671    tract.
5672
5673    Both (Maltoni et al., 1986) and (NTP, 1988) scored a Medium in data quality, however (Maltoni et al.,
5674    1986) tested exposure over a sufficiently similar duration with a more appropriate dose range. The
5675    elevated doses in (NTP, 1988) resulted in massive nephrotoxicity and introduce large uncertainty in
5676    BMD modeling the effects at low doses well below the tested doses with a BMR well below the
5677    observed effect incidence in the study. Therefore, the BMDL and resulting HEC/HED from (Maltoni et
5678    al., 1986) was considered more reliable. Among the inhalation and oral results from (Maltoni et al.,
5679    1986), with few other differences among the data the lower resulting oral POD was selected to represent
5680    the endpoint in order to be health-protective. Of note, this represents a change from the 2014 TSCA Work
5681    Plan Chemical Risk Assessment (U.S. EPA, 2014b), which selected the POD from (NTP, 1988) to
5682    represent kidney toxicity.

5683
5684 **Neurotoxicity**
5685 -- *CNS Depression*
5686 (Arito et al., 1994) exposed Wistar male rats (5/group) to TCE via inhalation to concentrations of 0,
5687 50, 100, or 300 ppm for 8 hrs/day, 5 days/week for 6 weeks. Exposure to all of the TCE concentrations
5688 significantly decreased the amount of time spent in wakefulness during the exposure period. Some
5689 carry over was observed in the 22 hr-post exposure period, with significant decreases in wakefulness
5690 seen at 100 ppm TCE. Significant changes in wakefulness- sleep elicited by the long-term exposure
5691 appeared at lower exposure levels. The LOAEL for sleep changes was 12 ppm (*i.e.,* LOAEL, adjusted
5692 for continuous exposure) (U.S. EPA, 2011e).
5693
5694 -- *Trigeminal nerve effects*
5695 (Ruijten et al., 1991) evaluated the TCE exposures and possible health effects of 31 male printing
5696 workers (mean age: 44 yrs) and 28 unexposed control subjects (mean age: 45 yrs). The exposure
5697 duration was expressed as "cumulative exposure" (concentration × time). Using historical monitoring
5698 data, mean exposures were calculated as 704 ppm × number of years worked, where the mean number
5699 of years worked was 16 (range: 160-2,150 ppm x yr) (U.S. EPA, 2011e). The study measured the
5700 trigeminal nerve function by using the blink reflex, but no abnormal findings were observed. However,
5701 the study found a statistically significant average increase in the latency response time in TCE-exposed
5702 workers on the masseter reflex test, another test commonly used to measure the integrity of the
5703 trigeminal nerve. The POD derived from the dataset was a LOAEL of 14 ppm (U.S. EPA, 2011e).
5704
5705 -- *Neuronal demyelination*
5706 (Isaacson et al., 1990) dosed weanling Sprague-Dawley male rats (12/dose group) via the oral route
5707 (drinking water) in an experimental protocol for an 8-week period. The control group had unexposed
5708 rats for 8 weeks. The experimental group #1 exposed rats to 47 mg/kg-bw/day TCE for 4 weeks and
5709 then no TCE exposure for 4 weeks. The experimental group #2 exposed rats to 47 mg/kg-bw/day TCE
5710 for 4 weeks, no TCE exposure for the following 2 weeks, and then 24 mg/kg-bw/day TCE for the final
5711 2 weeks. Rats in group #2 reported a decreased latency to find the platform in the Morris water maze
5712 test. While these results actually suggest increased cognitive performance, all of the TCE-treated groups
5713 exhibited hippocampal demyelination, with effects more severe in the twice-exposed group. The
5714 LOAEL for neurodegenerative effects (*i.e.,* demyelination in the hippocampus) was 47 mg/kg-bw/day
5715 (U.S. EPA, 2011e).
5716
5717 **Table 3-10. Dose-response analysis of selected studies considered for evaluation of neurological effects**

| Target Organ System | Species | Duration | POD Type [1] (applied dose) | Effect | Dose Metric | HEC$_{50}$ (ppm) | HEC$_{99}$ (ppm) | HED$_{50}$ (mg/kg) | HED$_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nervous system | Rat (male) | 8 hrs/day, 5 days/weeks for 6 weeks | LOAEL = 12 ppm | **Significant decreases in wakefulness** | TotMetab BW34 | 13 | 4.8 | 6.6 | 6.5 | **UF$_S$=3; UF$_A$= 3; UF$_H$=3; UF$_L$=10;** *Total UF=300* | (Arito et al., 1994) | **Medium (2)\*** |
| | Human (both sexes) | Mean of 16 years | LOAEL = 14 ppm | **Trigeminal nerve effects (increased latency in masseter reflex)** | TotMetab BW34 | 14 | 5.3 | 7.4 | 7.3 | **UF$_S$=1; UF$_A$= 1; UF$_H$=3; UF$_L$=3;** *Total UF=10* | (Ruijten et al., 1991) | **Medium (1.7)** |
| | Rat (male) | 8 weeks (intermittent) | LOAEL = 47 mg/kg-bw/day | Demyelination of hippocampus | TotMetab BW34 | 18 | 7.1 | 9.4 | 9.2 | UF$_S$=10; UF$_A$=3; UF$_H$=3; UF$_L$=10; *Total UF=1000* | (Isaacson et al., 1990) | Medium (2)\* |

[1] POD type can be NOAEL, LOAEL, or BMDL. EPA adjusted all values to continuous exposure.
[2] UFS=subchronic to chronic UF; UFA=interspecies UF; UFH=intraspecies UF; UFL=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies*. Docket: _EPA-HQ-OPPT-2019-0500_] for full evaluation by metric. *Arito 1994 was downgraded from a High, with calculated score = 1.6; Isaacson 1990 was downgraded from a High, with calculated score = 1.6.
**Bold rows** indicate studies selected to represent the endpoint within the organ system domain; endpoints within an organ system are separated by double-line inter borders (=).

5718
5719   Table 3-10 presents the derived PODs from all studies considered for dose-response analysis. The
5720   reasonably available datasets for considering neurotoxicity included single studies for each of the three
5721   endpoints of central nervous system (CNS) depression, trigeminal nerve effects, and neuronal
5722   demyelination. The TotMetabBW34 dose metric, or the total amount TCE metabolized per unit adjusted
5723   body weight, was used for all three studies. This dose metric was selected because for these endpoints
5724   there is insufficient information for site-specific or mechanism-specific determinations of an appropriate
5725   dose-metric, however in general TCE toxicity is associated with metabolites rather than the parent
5726   compound. LOAELs were used as PODs for all studies, and none were BMD modeled. See Section
5727   3.2.2.5 and (U.S. EPA, 2011e) for more details on TCE PBPK modeling and dose metric selection.
5728
5729   Differences from standard UF values are explained below:
5730   (Arito et al., 1994) was assigned $UF_S$ = 3 (instead of 10) despite being only a 6 week study because
5731   effects observed at 6 weeks exposure were only minimally different than effects at 2 weeks (differences
5732   observed post-exposure).
5733   (Ruijten et al., 1991) was assigned $UF_S$ = 1 because the data were based on a mean of 16 years of human
5734   exposure. $UF_L$ = 3 (instead of 10) due to the observed effect being an early marker and representing a
5735   minimal degree of change.
5736
5737   EPA did not select (Isaacson et al., 1990), demonstrating demyelination of the hippocampus, to
5738   represent the neurotoxicity hazard because dosing during the study was not continuous and the resulting
5739   POD was subject to a large cumulative uncertainty factor (1000). (Arito et al., 1994) and (Ruijten et al.,
5740   1991) were both considered for use in quantitative risk estimation as they were relatively well-conducted
5741   studies examining independent endpoints within the hazard of neurological effects.
5742
5743   **Immunotoxicity**
5744   (Keil et al., 2009) exposed B6C3F1 mice (10/group), a standard test strain not genetically prone to
5745   develop autoimmune disease, to TCE via drinking water for 27 or 30 weeks at concentrations in water
5746   of 0, 1.4, or 14 ppm (0.35 or 3.5 mg/kg-bw/day). The study reported a significant decrease in thymus
5747   weight concentrations at both doses and decreased thymic cellularity at the highest dose. Increased
5748   autoantibodies to ssDNA (single-stranded DNA) and dsDNA (double-stranded DNA) were significantly
5749   increased only at the lowest dose. Activated splenic CD4+/CD44+ T-cells (suggestive of autoimmunity)
5750   were also observed at the highest dose. A LOAEL of 0.35 mg/kg-bw/day was identified as the POD for
5751   the thymic and autoimmune effects (U.S. EPA, 2011e), although EPA has since determined that the
5752   thymic effects may not be a reliable indicator of autoimmunity and have ambiguous adversity. The
5753   significance of the thymic effects is therefore unclear but may be representative of other immune
5754   outcomes. Increased autoantibodies were not observed in the autoimmune-prone strain (NZBWF1)
5755   tested in parallel. While there was not a consistent dose-response for autoantibodies (responses are
5756   similar or even decreased at the higher dose), this inconsistent dose response is in agreement with
5757   results from autoimmune-prone MRL +/+ mice in (Griffin et al. 2000).
5758
5759   (Kaneko et al., 2000) exposed auto-immune prone mice (5/group) to TCE via inhalation at
5760   concentrations of 0, 500, 1,000, or 2,000 ppm for 4 hrs/day, 6 days/week, for 8 weeks. At
5761   concentrations ≥ 500 ppm, mice exhibited dose-related liver inflammation, splenomegaly and

5762 hyperplasia of lymphatic follicles. Immunoblastic cell formation in lymphatic follicles was observed in
5763 mice treated with 1,000 ppm TCE. The LOAEL of 70 ppm (adjusted for continuous 24hr exposure)
5764 was identified for these effects (U.S. EPA, 2011e).

5765

5766 *-- Immunosuppression*
5767 In (Sanders et al., 1982), male and female CD-1 mice (7-25/group) were given TCE in drinking water
5768 concentrations of 0, 0.1, 1.0, 2.5, or 5.0 mg/mL (0, 18, 217, 393 or 660 mg/kg-bw/day) for 4 or 6
5769 months. Female mice showed decreased humoral immunity at 2.5 and 5 mg/mL (393 or 660 mg/kg-
5770 bw/day), whereas cell-mediated immunity and bone marrow stem cell colonization decreased at all four
5771 concentrations. Male mice were relatively unaffected after both 4 and 6 months of exposure. A LOAEL
5772 of 18 mg/kg-bw/day was identified as the POD for immunosuppressive effects (U.S. EPA, 2011e).

5773

5774 Another study that was previously discussed for liver and kidney effects (Woolhiser et al., 2006) also
5775 reported immunosuppressive effects. Sprague-Dawley female rats (16/group) were treated with 0, 100,
5776 300 or 1,000 ppm TCE for 6 hrs/day, 5 days/week for 4 weeks. Four days prior to study termination,
5777 the rats were immunized with sheep red blood cells (SRBC), and within 24 hrs following the last
5778 exposure to TCE, a plaque-forming cell (PFC) assay was conducted to determine effects on splenic
5779 anti-SRBC IgM response. At 1,000 ppm, rats demonstrated a 64% decrease in the PFC assay response.
5780 A $BMDL_{1SD}$ of 24.9 ppm was identified for this immunosuppressive effect (U.S. EPA, 2011e).

5781

5782 **Table 3-11. Dose-response analysis of selected studies considered for evaluation of immune effects**

| Target Organ System | Species | Duration | POD Type [1] (applied dose) | Effect | Dose Metric | $HEC_{50}$ (ppm) | $HEC_{99}$ (ppm) | $HED_{50}$ (mg/kg) | $HED_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Immune System | **Mouse (female)** | **27-30 weeks** | **LOAEL = 0.35 mg/kg-bw/day** | **Autoimmunity (increased anti-dsDNA and ssDNA antibodies)** | **TotMetab BW34** | **0.092** | **0.033** | **0.049** | **0.048** | **$UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=3; *Total UF=30* [4]** | **(Keil et al., 2009)** | **High (1.6)** |
| | Mouse (males; auto-immune prone strain) | 4 hrs/day, 6 days/week for 8 weeks | LOAEL = 70 ppm | Autoimmunity (changes in immunoreactive organs) | TotMetab BW34 | 97 | 37 | 44 | 42 | $UF_S$=10; $UF_A$= 3; $UF_H$=1; $UF_L$=10; *Total UF=300* | (Kaneko et al., 2000) | High (1.5) |
| | **Mouse (female)** | **16 or 24 weeks (4 or 6 months)** | **LOAEL = 18 mg/kg-bw/day** | **Immuno-suppression** | **TotMetab BW34** | **4.8** | **1.7** | **2.5** | **2.5** | **$UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=10; *Total UF=100*** | **(Sanders et al., 1982)** | **High (1.4)** |
| | Rat (female) | 6 hrs/day, 5 days/ week for 4 weeks | $BMDL_{1SD}$= 24.9 ppm | Immuno-suppression | TotMetab BW34 | 29 | 11 | 14 | 14 | $UF_S$=10; $UF_A$= 3; $UF_H$=3; $UF_L$=1; *Total UF=100* | (Woolhiser et al., 2006) | High (1.1) |

[1] POD type can be NOAEL, LOAEL, or BMDL. The IRIS program adjusted all values to continuous exposure.
[2] UFS=subchronic to chronic UF; UFA=interspecies UF; UFH=intraspecies UF; UFL=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] for full evaluation by metric.
[4] Two different effects were reported by Keil et al, (2009): decreased thymic weight and cellularity and autoimmunity. A total UF of 100 was used for the thymus toxicity, whereas a total UF of 30 was used for the autoimmune effects. The TCE IRIS assessment allocated different LOAEL-to-NOAEL uncertainty factors (UF$_L$) based on the severity of the effects, which resulted in different total UF (U.S. EPA, 2011e).
**Bold rows** indicate studies selected to represent the endpoint within the organ system domain; endpoints within an organ system are separated by double-line borders (=).

5783

5784 Table 3-11 presents the derived PODs from all studies considered for dose-response analysis. These
5785 studies covered the endpoints of thyroid effects, autoimmunity, and immunosuppression. The
5786 TotMetabBW34 dose metric, or the total amount TCE metabolized per unit adjusted body weight, was
5787 used for all three studies. This dose metric was selected because for these endpoints there is insufficient

5788   information for site-specific or mechanism-specific determinations of an appropriate dose-metric,
5789   however in general TCE toxicity is associated with metabolites rather than the parent compound.
5790   LOAELs were used as PODs for all studies except (Woolhiser et al., 2006), which was BMD modeled
5791   with a BMR of 1 SD because it was unclear what should constitute the cutoff point for a minimal,
5792   biologically significant change. See Section 3.2.2.5 and (U.S. EPA, 2011e) for more details on TCE
5793   PBPK modeling, dose metric selection, and BMR selection.

5795   Differences from standard UF values are explained below:
5796   (Keil et al., 2009) was assigned $UF_L = 3$ (instead of 10). Detection of anti-nuclear antibodies (ANA) is a
5797   long-established clinical marker of autoimmune connective tissue diseases (*e.g.,* lupus). Specificity of
5798   ANA for autoimmune disease states can be low, however anti-dsDNA antibodies have been shown to be
5799   quite specific and are rarely detected at elevated levels in healthy patients (Kavanaugh et al., 2000;
5800   Wichainun et al., 2013). Therefore, the results from (Keil et al., 2009) do represent an adequate
5801   biomarker of autoimmunity, and the selection of $UF_L = 3$ is justified due to the observed effect being
5802   considered an early, subclinical or pre-clinical early marker of disease and the non-standard dose-
5803   response observed in the study. An increase in activated T cells, another indicator of autoimmunity, were
5804   observed only at the highest dose, further supporting a reduced $UF_L$ at the lowest dose.

5806   Decreased thymus weight and cellularity as observed in (Keil et al., 2009) was not considered for use in
5807   dose-response analysis or risk estimation because EPA determined that this effect is insufficiently
5808   adverse compared to the other endpoints and the effects are inconsistent with the indications of
5809   autoimmunity. Of note, elimination of this endpoint and corresponding change in total UF ($UF_L = 10$ was
5810   previously applied to the thymus effects) represents a change from the 2014 TSCA Work Plan Chemical
5811   Risk Assessment (U.S. EPA, 2014b). The POD from (Keil et al., 2009) for anti-ssDNA and dsDNA was
5812   selected to represent autoimmune activity however, because the study was of longer duration than (Kaneko et
5813   al., 2000) with a smaller cumulative uncertainty factor, and the data from (Kaneko et al., 2000) was only
5814   on autoimmune-prone mice. (Sanders et al., 1982) was selected to represent immunosuppression
5815   because the study was of a much longer duration than (Woolhiser et al., 2006).

## Reproductive toxicity
5818   -- *Male Reproductive Effects*
5819   (Chia et al., 1996) examined a cohort of 85 workers in an electronics  factory. The workers provided
5820   urine, blood, and sperm samples. The mean urine TCA level was 22.4 mg/g creatinine (range: 0.8−
5821   136.4 mg/g creatinine). In addition, 12 workers provided  personal 8-hr air samples, which resulted in a
5822   mean TCE exposure of 29.6 ppm (range: 9−131  ppm). There were no controls in the study. Males
5823   experienced decreased percentage of sperm morphology and hyperzoospermia. A $BMDL_{10}$ of
5824   1.4 ppm was identified as the POD for  these effects (U.S. EPA, 2011e).

5826   (Xu et al., 2004) exposed male CD-1 mice (27/group) to TCE at concentration of 0 or 1,000 ppm for 6
5827   hrs/day, 5 days/week for 6 weeks. Inhalation exposure to TCE did not result in altered body weight,
5828   testis and epididymis weights, sperm count, or sperm morphology or motility.
5829   Percentages of acrosome-intact sperm populations were similar between treated and control  animals.
5830   However, decreased *in vitro* sperm-oocyte binding and reduced *in vivo* fertilization were observed in
5831   TCE-treated male mice. A LOAEL of 180 ppm (adjusted for continuous 24hr exposure) was identified
5832   as the POD for  these effects (U.S. EPA, 2011e).

5834   (Kumar et al., 2000) and (Kumar et al., 2001) exposed male Wistar rats by inhalation at concentrations
5835   of 0 or 376 ppm TCE.  Both study protocols exposed rats for 4 hrs/day, 5 days/week, but had variable
5836   duration scenarios. For instance, (Kumar et al., 2000) treated rats  for the following exposure durations:

2 weeks (to observe the effect on the epididymal sperm maturation phase), 10 weeks (to observe the effect on the entire spermatogenic cycle), 5 weeks with 2 weeks of rest (to observe the effect on primary spermatocytes differentiation to sperm), 8 weeks with 5 weeks of rest (to observe effects on an intermediate stage of spermatogenesis), or 10 weeks with 8 weeks of rest (to observe the effect on spermatogonial differentiation to sperm). (Kumar et al., 2001) exposed rats for either 12 or 24 weeks.

(Kumar et al., 2000) reported altered testicular histopathology, increased sperm abnormalities, and significantly increased pre- and/or postimplantation loss in litters in the groups with 2 or 10 weeks of exposure, or 5 weeks of exposure with 2 of weeks rest. Multiple sperm effects were observed in another study by Kumar (2001). After 12 weeks of TCE exposure, rats exhibited decreased number of spermatogenic cells in the seminiferous tubules, fewer spermatids as compared to controls, and the presence of necrotic spermatogenic cells. Following 24 weeks of exposure, male rates showed reduced testes weights and epididymal sperm count and motility, testicular atrophy, smaller tubules, hyperplastic Leydig cells, and a lack of spermatocytes and spermatids in the tubules. Testicular marker enzymes were altered at both 12 and 24 weeks of exposure. A LOAEL of 45 ppm was identified as the POD for the sperm and male reproductive effects reported in both studies (U.S. EPA, 2011e).

(Kan et al., 2007) also provided evidence for the damage to the epididymis epithelium and sperm. CD-1 male mice (4/group) were exposed via inhalation to 0 or 1,000-ppm TCE for 6 hrs/day, 5 days/week for 1 to 4 weeks. As early as 1 week after TCE exposure, exposed mice showed degeneration and sloughing of epithelial cells. These effects increased in severity at 4 weeks of exposure. A LOAEL of 180 ppm (adjusted for continuous 24hr exposure) was identified as a POD for the effects in the epididymis epithelium.

-- *Female Reproductive Effects*
(Narotsky et al., 1995) administered TCE to F344 timed-pregnant rats (8-12 dams/group) by gavage. Dams were exposed to TCE doses of 0, 10.1, 32, 101, 320, 475, 633, 844 or 1125 mg/kg-bw/day during gestational days (GD) 6 to 15. The study was a prequel to a complicated protocol with other chemicals in a mixture study. Delayed parturition was observed at ≥475 mg/kg- bw/day. The LOAEL for female reproductive effects was 475 mg/kg-bw/day (U.S. EPA, 2011e).

-- *Diminished Reproductive Behavior*
George et al. (1986) administered TCE to both male and female F344 rats (20 each treated, 40 each controls) in feed with estimated doses of 0, 72, 186, or 389 mg/kg-bw/day. Breeders were exposed for one week premating and then for 13 weeks while cohabitating. Pregnant females were subsequently exposed throughout gestation (an additional 4 weeks). Copulation was reduced equally following either exposed males or exposed females cohabitating with control mates (only the highest dose examined). This corresponded with a dose-responsive decrease in the number of litters produced per breeding pair and the number of live pups per litter.

5877    **Table 3-12. Dose-response analysis of selected studies considered for evaluation of reproductive effects**

| Target Organ System | Species | Duration | POD Type[1] (applied dose) | Effect | Dose Metric | HEC$_{50}$ (ppm) | HEC$_{99}$ (ppm) | HED$_{50}$ (mg/kg) | HED$_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reproductive system | Human (male) | **Measured values after an 8-hr work shift; mean 5.1 years on the job** | **BMDL$_{10}$ = 1.4 ppm** | **Hyper-zoospermia** | **TotMetab BW34** | **1.4** | **0.5** | **0.74** | **0.73** | **UF$_S$=10; UF$_A$=1; UF$_H$=3; UF$_L$=1;** *Total UF=30* | (Chia et al., 1996) | Medium (1.8) |
| | Rat (male) | 4 hrs/day, 5 days/week, 2-10 weeks exposed, 2-8 weeks unexposed | LOAEL = 45 ppm | Sperm effects and male reproductive tract effects | TotMetab BW34 | 32 | 13 | 16 | 16 | UF$_S$=10; UF$_A$=3; UF$_H$=3; UF$_L$=10; *Total UF=1000* | (Kumar et al., 2000) | Medium (1.7) |
| | | 4 hr/day, 5 days/week for 12 or 24 weeks | | | | | | | | | (Kumar et al., 2001) | High (1.4) |
| | Mouse (male) | 6 hrs/day, 5 days/week for 1-4 weeks | LOAEL = 180 ppm | Effects on epididymis epithelium | TotMetab BW34 | 190 | 67 | 80 | 73 | UF$_S$=10; UF$_A$=3; UF$_H$=3; UF$_L$=10; *Total UF=1000* | (Kan et al., 2007) | Medium (2)* |
| | Mouse (male) | 6 hrs/day, 5 days/week for 6 weeks | LOAEL = 180 ppm | Sperm effects (decreased in vitro sperm-oocyte binding and *in vivo* fertilization) | TotMetab BW34 | 190 | 67 | 80 | 73 | UF$_S$=10; UF$_A$=3; UF$_H$=3; UF$_L$=10; *Total UF=1000* | (Xu et al., 2004) | High (1.4) |
| | **Rat (female dams)** | **9 days (during gestational days 6 to 15)** | **LOAEL = 475 mg/kg-bw/day** | **Delayed parturition** | **TotMetab BW34** | **98** | **37** | **47** | **44** | **UF$_S$=1; UF$_A$=3; UF$_H$=3; UF$_L$=10;** *Total UF=100* | (Narotsky et al., 1995) | **High (1.3)** |
| | Rat (male/ female) | Breeders exposed 1 week premating and then for 13 weeks cohabitating | LOAEL = 389 mg/kg-bw/day | Decreased copulation; reduced numbers of live litters/pair and pups/litter | TotMetab BW34 | 204 | 71 | 85 | 77 | UF$_S$=1; UF$_A$=3; UF$_H$=3; UF$_L$=10; UF$_D$=1 *Total UF=100* | (George et al., 1986) | High (1.1) |

[1] POD type can be NOAEL, LOAEL, or BMDL.  The IRIS program adjusted all values to continuous exposure.
[2] UFS=subchronic to chronic UF; UF$_A$=interspecies UF; UF$_H$=intraspecies UF; UF$_L$=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] for full evaluation by metric. *Kan 2007 was downgraded from a High, with calculated score = 1.6.
**Bold rows** indicate studies selected to represent the endpoint within the organ system domain; endpoints within an organ system are separated by double-line borders (=).

5878

5879    Table 3-12 presents the derived PODs from all studies considered for dose-response analysis. The
5880    majority of studies identified effects indicative of male reproductive toxicity, with one study
5881    demonstrating female reproductive toxicity. The TotMetabBW34 dose metric, or the total amount of
5882    TCE metabolized per unit adjusted body weight, was used for all three studies. This dose metric was
5883    selected because for these endpoints there is insufficient information for site-specific or mechanism-
5884    specific determinations of an appropriate dose-metric, however in general TCE toxicity is associated
5885    with metabolites rather than the parent compound. For (Chia et al., 1996), the 2011 IRIS Assessment
5886    (U.S. EPA, 2011e) notes some additional uncertainty in the dose estimate because exposure groups were
5887    defined by ranges and exposure was estimated by conversion of urinary TCA. LOAELs were used as
5888    PODs for all studies except (Chia et al., 1996), which was BMD modeled with a standard BMR of 10%
5889    extra risk. The 2011 IRIS Assessment (U.S. EPA, 2011e) indicates some uncertainty in the biological
5890    signficance of this BMR because the study used a lower cutoff to define hyperzoospermia than other
5891    studies. See Section 3.2.2.5 and (U.S. EPA, 2011e) for more details on TCE PBPK modeling, dose
5892    metric selection, and BMR selection.

5893
5894   For male reproductive toxicity, (Chia et al., 1996) was selected over the other studies because it was a
5895   human study over a mean 5.1 year period compared to the other studies which were in mice and all for
5896   only a few weeks except for (Kumar et al., 2001). Additionally, (Chia et al., 1996) only has a
5897   cumulative uncertainty factor of 30, compared to 1000 for the other three studies. (Narotsky et al.,
5898   1995) received a High in data quality evaluation and was deemed suitable for quantitative assessment
5899   of female reproductive toxicity based on delayed parturition (giving birth). While (George et al., 1986)
5900   received a High in data quality evaluation, it is unclear whether the observed effects are a result of true
5901   reproductive toxicity or merely behavioral changes (*i.e.,* unsuccessful copulation vs. reduced libido).
5902   Effects on copulation are also likely downstream of any specific male or female reproductive
5903   endpoints, which have more sensitive PODs than (George et al., 1986). Therefore, the POD for
5904   reduced copulation was not selected to represent the reproductive toxicity hazard.
5905

5906   **Developmental toxicity**
5907   As described above in Section 3.2.5.3.1, developmental effects may result from single as well as
5908   repeated exposures at a developmentally critical period; therefore the same endpoints are relevant for
5909   both acute and chronic exposure scenarios. The only difference between acute and chronic exposure
5910   scenarios in evaluating developmental toxicity is the benchmark MOE for (Fredriksson et al., 1993). The
5911   subchronic-to-chronic $UF_S = 3$ for chronic exposure, because the study only exposed pups during
5912   postnatal days 10-16, suggesting that exposure during a longer period of development may have
5913   exacerbated the observed effects (UFs would not = 10 because neurological development only occurs
5914   over a portion of a lifetime). This results in a cumulative UF and benchmark MOE of 300. See Section
5915   3.2.5.3.1 for a detailed description of the developmental toxicity endpoints.

5916   ### 3.2.5.3.3  Cancer POD for Lifetime Exposures
5917   EPA utilized linear low-dose extrapolation for derivation of PODs accounting for all three cancer types.
5918   Regarding low-dose extrapolation, a key consideration in determining what extrapolation approach to
5919   use is the mode(s) of action. However, mode of action data are lacking or limited for each of the cancer
5920   responses associated with TCE exposure, with the exception of the kidney tumors (see Section
5921   3.2.4.2.2). For the other TCE-induced cancers, the mode(s) of action is unknown. When the mode(s) of
5922   action is identified as genotoxic or cannot be clearly defined, EPA generally uses a linear approach to
5923   estimate low-dose risk (U.S. EPA, 2005), based on the following general principles:
5924
5925   1)  A chemical's carcinogenic effects may act additively to ongoing biological processes,
5926   given that diverse human populations are already exposed to other agents and have
5927   substantial background incidences of various cancers.
5928
5929   2)  A broadening of the dose-response curve (*i.e.,* less rapid fall-off of response with decreasing dose) in
5930   diverse human populations and, accordingly, a greater potential for risks from low-dose exposures (Lutz
5931   et al., 2005; Zeise et al., 1987) is expected for two reasons: First, even if there is a threshold
5932   concentration for effects at the cellular level, that threshold is expected to differ across individuals.
5933   Second, greater variability in response to exposures would be anticipated in heterogeneous populations
5934   than in inbred laboratory species under controlled conditions (due to, *e.g.,* genetic variability, disease
5935   status, age, nutrition, and smoking status).
5936
5937   3)  The general use of linear extrapolation provides reasonable upper-bound estimates that
5938   are believed to be health-protective (U.S. EPA, 2005) and also provides consistency
5939   across assessments.
5940

Dose-response analysis of kidney cancer utilized ABioactDCVCBW34, or the amount of DCVC bioactivated in the kidney per unit adjusted body weight, for the same rationale as described above for kidney non-cancer effects. Dose-response modeling for kidney cancer from Charbotel et al. (2006) was performed by linear regression weighted by the inverse of variances for RR estimates. Consistent with EPA's Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), the same data and methodology were also used to estimate the exposure level (ECx: —effective concentration corresponding to an extra risk of x%) and the associated 95% lower confidence limit of the effective concentration corresponding to an extra risk of 1% (LECx [lowest effective concentration], x = 0.01). A 1% extra risk level is commonly used for the determination of the POD for epidemiological data. Use of a 1% extra risk level for these data is supported by the fact that, based on the actuarial program, the risk ratio (*i.e.,* Rx/Ro) for an extra risk of 1% for kidney cancer incidence is 1.9, which is in the range of the ORs reported by Charbotel et al. (ORs range from 1.16 - 2.16 across exposure tertiles). Thus, 1% extra risk was selected for determination of the POD, and, consistent with *EPA's* Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), the LEC value corresponding to that risk level was used as the actual POD. For more details, see Section 5.2.2 in the 2011 IRIS Assessment (U.S. EPA, 2011e). Based on the results of the meta-analysis (Section 3.2.4.2.1 and Appendix J) confirming a positive association between TCE and all three cancer sites, the derived PODs will remain the same as for (U.S. EPA, 2011e) and (U.S. EPA, 2014b).

The inhalation unit risk (IUR) for TCE is defined as a plausible upper bound lifetime extra risk of cancer from chronic inhalation of TCE per unit of air concentration. The estimate of the inhalation unit risk for TCE is $2.20 \times 10^{-2}$ per ppm ($2 \times 10^{-2}$ per ppm [$4 \times 10^{-6}$ per µg/m$^3$]) rounded to one significant figure), based on human kidney cancer risks reported by Charbotel et al. (2006) and adjusted 4-fold upward for potential additional risk for NHL and liver cancer. This estimate is based on High-quality human data, thus avoiding the uncertainties inherent in interspecies extrapolation. This value is supported by inhalation unit risk estimates demonstrating multisite carcinogenicity in several rodent bioassays, the most sensitive of which range from $1 \times 10^{-2}$ to $2 \times 10^{-1}$ per ppm [$2 \times 10^{-6}$ to $3 \times 10^{-5}$ per µg/m$^3$].

The IUR from Charbotel et al. (2006) (calculated as $5.49 \times 10^{-3}$ per ppm) was adjusted by a factor of four to account for estimating risk to all three cancer types combined (*i.e.,* lifetime extra risk for developing any of the three types of cancer) versus the extra risk for kidney cancer alone. Although only the Charbotel et al. (2006) study was found adequate for direct estimation of inhalation unit risks, the available epidemiologic data provide sufficient information for estimating the *relative* potency of TCE across tumor sites. Section 5.2.2 of the 2011 IRIS Assessment (U.S. EPA, 2011e) describes the process for this adjustment in more detail. In short, extra lifetime cancer risks were summed across the three cancer types and the ratio of the sum of the extra risks to the extra risk for kidney alone was derived. EPA calculated this ratio using two sets of data: the summary RR estimates from the 2011 meta-analyses for NHL, kidney cancer, and liver cancer, and the SIR estimates for all three cancer types from the Raaschou-Nielsen et al. (2003) study. The value for the ratio of the sum of the extra risks to the extra risk for kidney cancer alone was 3.28 from the first calculation (using meta-analysis results) and 4.36 from the second calculation (using (Raaschou-Nielsen et al., 2003) data). The geometric and arithmetic mean of these two values is 3.8, and EPA decided to round up to 4 based on the imprecision of the adjustment factor.

The oral slope factor (OSF) for TCE is defined as a plausible upper bound lifetime extra risk of cancer from chronic ingestion of TCE per mg/kg/day oral dose. The estimate of the oral slope factor is $4.64 \times 10^{-2}$ per mg/kg/day ($5 \times 10^{-2}$ per mg/kg/day rounded to one significant figure), resulting from PBPK model-based route-to-route extrapolation of the inhalation unit risk estimate based on the human kidney

5990 cancer risks reported in Charbotel et al. (2006) and adjusted 5-fold upward for potential risk for NHL
5991 and liver cancer. For this adjustment, individual IUR estimates were first obtained for each site based on
5992 the ratios of extra risk relative to kidney. Those site-specific IUR estimates were then extrapolated to the
5993 equivalent OSFs using site-specific dose metrics,[23] and those individual OSFs were summed to obtain a
5994 ratio of 5.0 relative to kidney cancer alone. Uncertainty in the PBPK model-based route-to-route
5995 extrapolation is relatively low, however variability stemming from the requirement of using distinct
5996 dose-metrics for the different target tissues resulted in a larger 5-fold adjustment, as opposed to the 4-
5997 fold adjustment calculated for the IUR. Extrapolation using different dose-metrics yielded expected
5998 population mean risks within about a two-fold range, and, for any particular dose-metric, the 95% CI for
5999 the extrapolated population mean risks for each site spanned a range of no more than about threefold.
6000 The resulting combined OSF value is supported by oral slope factor estimates from multiple rodent
6001 bioassays, the most sensitive of which range from $3 \times 10^{-2}$ to $3 \times 10^{-1}$ per mg/kg/day. The OSF was used
6002 for evaluating dermal risk (dermal absorption was considered in the exposure estimates (Section 2.3.1
6003 and Section 2.3.2.3.1).

6004

6005 EPA decided not to use the IUR or OSF to calculate the theoretical cancer risk associated with a single
6006 (acute) exposure to TCE. NRC (2001) published methodology for extrapolating cancer risks from
6007 chronic to short-term exposures to mutagenic carcinogens, however these methods were published with
6008 the caveat that extrapolation of lifetime theoretical excess cancer risks to single exposures has great
6009 uncertainties. Thus, this Risk Evaluation for TCE does not estimate excess cancer risks for acute
6010 exposures because the relationship between a single short-term exposure to TCE and the induction of
6011 cancer in humans has not been established in the current scientific literature. Risk estimates for cancer
6012 will be based on lifetime exposure durations, represented as Lifetime Average Daily Concentration/Dose
6013 (LADC/LADD).

6014 ### 3.2.5.4    Selected PODs for Human Health Hazard Domains

6015 Table 3-13 and Table 3-14 list the studies and corresponding HECs, HEDs, and UFs that EPA is using
6016 in the TCE Risk Evaluation following acute and chronic exposure. Table 3-15 provides the cancer
6017 PODs for evaluating lifetime exposure. Key studies in Table 3-13 and Table 3-14 are briefly described
6018 in Section 3.2.5.1. Presenting PODs for the HEC/HED$_{50}$ and HEC/HED$_{99}$ values is intended to provide
6019 a sense of the difference between the median and 99% confidence bound for the combined uncertainty
6020 and variability. Calculations of HEC$_{50/99}$ and HED$_{50/99}$ ratios generally showed a 2-3 fold difference
6021 for the various studies described in Section 3.2.5.3. The exception was for studies reporting kidney
6022 effects, which showed high HEC$_{50/99}$ and HED$_{50/99}$ ratios (7 to 10-fold) due to larger uncertainty in
6023 the rodent internal dose estimates for the GSH metabolism dose metrics (e.g., ABioActDCVCBW34)
6024 (U.S. EPA, 2011e) and greater influence of human variability. Confidence in these metrics was lower
6025 for mouse data due to an absence of GSD-specific in vivo data, and there is some question about how
6026 relevant DCVC formation is for renal toxicity (Green et al. 1997a, b), however sensitivity analyses
6027 demonstrated that model uncertainty was similar as to other metrics for rat and human data (U.S. EPA,
6028 2011e). The HEC/HED$_{99}$ values represent the PODs that are expected to be protective of sensitive
6029 subpopulations, accounting for the majority of identified toxicokinetic human variability.

6030

---

[23] Kidney: ABioactDCVCBW34; NHL: TotMetabBW34; Liver: AMetLiv1BW34

6031   **Table 3-13. Dose-response analysis of selected studies considered for acute exposure scenarios**

| Target Organ/ System | Species | Duration | POD Type (applied dose) | Effect | Dose Metric | $HEC_{50}$ (ppm) | $HEC_{99}$ (ppm) | $HED_{50}$ (mg/kg) | $HED_{99}$ (mg/kg) | Uncertainty Factors (UFs) | Reference | Data Quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop-mental Effects | Rat (female) | Gestational days 6 to 15 | $BMDL_{01}$= 32.2 mg/kg-bw/day | Increased resorptions | TotMetab BW34 | 57 | 23 | 29 | 28 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=1; Total UF=10 | (Narotsky et al., 1995) | High |
| | Rat (female) | 22 days throughout gestation (gestational days 0 to 22) | $BMDL_{01}$ = 0.0207 mg/kg-bw/day | Congenital heart defects | TotOx Metab BW34 | 0.012 | 0.0037 | 0.0058 | 0.0052 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=1; Total UF=10 | (Johnson et al., 2003) | Medium |
| | Rat (male pups) | Postnatal days 10 to 16 | LOAEL = 50 mg/kg-bw/day | Decreased rearing activity | TotMetab BW34 | 8 | 3 | 4.2 | 4.1 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=10; Total UF=100 | (Fredriksson et al., 1993) | Medium |
| Immune System | Rat (female) | 3hr/day, single dose; followed by respiratory infection | $BMDL_{01}$ = 13.9 ppm | Mortality due to immuno-suppression | TotMetab BW34 | 2.84 | 0.973 | 1.36 | 1.34 | $UF_S$=1; $UF_A$= 3; $UF_H$=3; $UF_L$=1; *Total UF=10* | (Selgrade and Gilmour, 2010) | High |

6032

Table 3-14. Dose-response analysis of selected studies considered for chronic exposure scenarios

| Target Organ System | Species | Duration | POD Type (applied dose) | Effect | Dose Metric | $HEC_{50}$ (ppm) | $HEC_{99}$ (ppm) | $HED_{50}$ (mg/kg) | $HED_{99}$ (mg/kg) | Uncertainty Factors (UFs) | Reference | Data Quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liver | Mouse (male) | Continuous and intermittent exposures, variable time periods for 30-120 days | $BMDL_{10}$ = 21.6 ppm | Increased liver/body weight ratio and cytotoxicity/ hypertrophy | AMetLiv1 | 25 | 9.1 | 9.0 | 7.9 | UFS=1; UFA=3; UFH=3; UFL=1; Total UF=10 | (Kjellstrand et al. 1983) | Medium |
| Kidney | Rat (male) - Oral | 4-5 days/week, for 52 weeks | $BMDL_{10}$ = 34 mg/kg-bw/day | Pathology changes in renal tubule | ABioact DCVCBW34 | 0.19 | 0.025 | 0.15 | 0.015 | UFS=1; UFA=3; UFH=3; UFL=1; Total UF=10 | (Maltoni et al. 1986) | Medium |
| Nervous System | Rat (male) | 8 hrs/day, 5 days/weeks for 6 weeks | LOAEL = 12 ppm | Significant decreases in wakefulness | TotMetab BW34 | 13 | 4.8 | 6.6 | 6.5 | UFS=3; UFA=3; UFH=3; UFL=10; Total UF=300 | (Arito et al. 1994) | Medium |
| Nervous System | Human (both sexes) | Mean of 16 years | LOAEL = 14 ppm | Trigeminal nerve effects (increased latency in masseter reflex) | TotMetab BW34 | 14 | 5.3 | 7.4 | 7.3 | UFS=1; UFA=1; UFH=3; UFL=3; Total UF=10 | (Ruijten et al. 1991) | Medium |
| Immune System | Mouse (female) | 27-30 weeks | LOAEL = 0.35 mg/kg-bw/day | Autoimmunity (increased anti-dsDNA and ssDNA antibodies) | TotMetab BW34 | 0.092 | 0.033 | 0.049 | 0.048 | UFS=1; UFA=3; UFH=3; UFL=3; Total UF=30 | (Keil et al. 2009) | High |
| Immune System | Mouse (female) | 16 or 24 weeks (4 or 6 months) | LOAEL = 18 mg/kg-bw/day | Immunosuppression | TotMetab BW34 | 4.8 | 1.7 | 2.5 | 2.5 | UFS=1; UFA=3; UFH=3; UFL=3; Total UF=30 | (Sanders et al. 1982) | High |
| Repro-ductive System | Human (male) | Measured values after an 8-hr work shift; mean 5.1 years on the job | BMDL10 = 1.4 ppm | Decreased normal sperm morphology and hyperzoospermia | TotMetab BW34 | 1.4 | 0.5 | 0.74 | 0.73 | UFS=10; UFA=1; UFH=3; UFL=1; Total UF=30 | (Chia et al. 1996) | Medium |
| Reproductive System | Rat (female dams) | 9 days (during gestational days 6-15) | LOAEL = 475 mg/kg-bw/day | Delayed parturition | TotMetab BW34 | 98 | 37 | 47 | 44 | UFS=1; UFA=3; UFH=3; UFL=10; Total UF=100 | (Narotsky et al. 1995) | High |
| Develop-mental Effects | Rat (female) | Gestational days 6 to 15 | $BMDL_{01}$ = 32.2 mg/kg-bw/day | Increased resorptions | TotMetab BW34 | 57 | 23 | 29 | 28 | UFS=1; UFA=3; UFH=3; UFL=1; Total UF=10 | (Narotsky et al. 1995) | High |
| Develop-mental Effects | Rat (female) | 22 days (gestational days 0-22) | $BMDL_{01}$ = 0.0207 mg/kg-bw/day | Congenital heart defects | TotOx Metab BW34 | 0.012 | 0.0037 | 0.0058 | 0.0052 | UFS=1; UFA=3; UFH=3; UFL=1; Total UF=10 | (Johnson et al. 2003) | Medium |
| Develop-mental Effects | Rat (male pups) | Postnatal days 10-16 | LOAEL = 50 mg/kg-bw/day | Decreased rearing activity | TotMetab BW34 | 8 | 3 | 4.2 | 4.1 | UFS=3; UFA=3; UFH=3; UFL=10; Total UF=300 | (Fredriksson et al. 1993) | Medium |

6035   **Table 3-15. Cancer Points of Departure for Lifetime Exposure Scenarios**

| POD Type | Oral Slope Factor | Inhalation Unit Risk | Extra Risk Benchmark |
|---|---|---|---|
| POD (extra risk per dose/concentration) | 0.0464 per mg/kg | 0.022 per ppm | $1 \times 10^{-4}$ |

6036

6037   As stated in Section 3.2.5.3.3, these PODs represent the plausible upper bound lifetime extra risk of
6038   cancer per unit dose or air concentration. The linear non-threshold assumption underlying the derivation
6039   of these values is appropriate based on the mutagenic mode of action for kidney cancer (with an unclear
6040   mode of action for the other two cancer types). The PODs are derived from a single High quality kidney
6041   cancer study (Charbotel et al., 2006) and the combined estimates account for the additional relative
6042   contribution from the other two cancers.

6043

6044   EPA, consistent with 2016 NIOSH guidance (Whittaker et al., 2016), used $1 \times 10^{-4}$ as the benchmark for
6045   the purposes of this risk determination for individuals in industrial and commercial work environments
6046   subject to Occupational Safety and Health (OSH) Act requirements. It is important to note that $1 \times 10^{-4}$ is
6047   not a bright line and EPA has discretion to find unreasonable risks based on other benchmarks as
6048   appropriate based on analysis. It is important to note that exposure related considerations (duration,
6049   magnitude, population exposed) can affect EPA's estimates of the excess lifetime cancer risk (ELCR).
6050   Cancer assessment is only applicable to evaluation of occupational exposure scenarios, because
6051   consumer exposures were only evaluated as acute scenarios (Section 2.3.2.2).

6052   ### 3.2.5.4.1   Best Overall Non-Cancer Endpoints for Risk Conclusions
6053   From among all the above acute and chronic endpoints presented in Table 3-13 and Table 3-14, EPA
6054   identified the best overall non-cancer endpoints for risk characterization characterize risk for acute and
6055   chronic exposure scenarios based on considerations of being both scientifically robust and sufficiently
6056   sensitive. While some other endpoints present lower PODs (developmental neurotoxicity from
6057   Fredriksson et al., 1993; congenital heart malformations from Johnson et al., 2003), there is lower
6058   confidence in the dose-response and extrapolation of results from those studies (Section 3.2.6.1.1)
6059   resulting in increased uncertainty surrounding the precision of the derived PODs for those endpoints.
6060   Therefore, EPA concluded that acute immunosuppression and chronic autoimmunity were the
6061   best overall non-cancer endpoints for use in Risk Evaluation under TSCA, based on the best available
6062   science and weight of the scientific evidence, and were used as the basis of risk conclusions in Section
6063   4.5.2. The selection of these endpoints for use in risk conclusions was supported by the SACC peer
6064   review panel (https://www.regulations.gov/document?D=EPA-HQ-OPPT-2019-0500-0111).

6065

6066   Best Overall Acute Non-Cancer Endpoint
6067   Based on the following considerations, the POD for mortality due to immunosuppression from (Selgrade
6068   and Gilmour, 2010) is considered to be the most robust and best overall POD for acute non-cancer
6069   scenarios. Confidence in the use of this study for evaluating acute exposure scenarios is High.
6070   Considerations for selection of this study and the High confidence rating include the following:
6071       1) The study scored a High in data quality evaluation (the only other high quality study
6072          applicable to acute exposures, (Narotsky et al., 1995), is >20x less sensitive)
6073       2) The study used a broad dose range, with several concentrations above and below the LOAEL
6074       3) The response data followed a consistent dose-response curve
6075       4) The data is based on an acute exposure study so there is no uncertainty resulting from
6076          extrapolating from a repeated-dose study
6077       5) The study demonstrated multiple assays supporting the apical outcome

6078        6) The endpoint is severe (an important consideration per the *Risk Evaluation Rule* (82 FR
6079        33726)
6080        7) The derived POD is very similar to that of the study selected to represent chronic
6081        immunosuppression (Sanders et al., 1982). In contrast, there are large uncertainties associated
6082        with the dose-response for the other sensitive acute endpoints (Johnson et al., 2003; Fredriksson
6083        et al., 1993); see Section 3.2.6.1.1
6084

6085    Best Overall Chronic Non-Cancer Endpoint
6086    Based on the following considerations, the POD for autoimmunity from (Keil et al., 2009) is considered
6087    to be the most robust and best overall POD for chronic non-cancer scenarios. Confidence in the use of
6088    this study for evaluating acute exposure scenarios is High. Considerations for selection of this study and
6089    the High confidence rating include the following:
6090        1) The study scored a High in data quality evaluation
6091        2) The study was of chronic duration (27-30 weeks) so uncertainty is reduced by not requiring a
6092        subchronic-to-chronic UF
6093        3) The endpoint is associated with sensitive functional immunological markers (increased anti-
6094        self antibodies)
6095        4) The use of an early clinical marker as an endpoint and dose range are are expected to account
6096        for susceptibilities of subpopulations in disease progression
6097        5) The POD for this study is also expected to be protective of developmental immunotoxicity.
6098        While EPA did not identify any developmental immunotoxicity studies of sufficient quality for
6099        dose-response analysis, the LOAEL from (Keil et al., 2009) is almost identical to and even
6100        slightly lower than the LOAEL from (Peden-Adams et al., 2006), which demonstrated TCE-
6101        induced autoimmunity in neonatal mice.
6102

6103    Derivation of Occupational HEC/HEDs for Best Overall Endpoints
6104    For these two endpoints, EPA performed additional PBPK modeling to present PODs specific to
6105    occupational scenarios. All PODs (including for these two endpoints) were otherwise derived on the
6106    basis of continuous exposure (24 hr/day, 7days/week) as presented in Section 3.2.5.3.
6107

6108    For deriving PODs for occupational scenarios, EPA adjusted model parameters to assume only 8hr/day
6109    exposure (with continued metabolism throughout the day). Additionally, respiratory rate was set at 1.25
6110    $m^3$/hr based on light activity levels (Table 6-43 in (U.S. EPA, 2011c)), a higher rate than the default
6111    median rate of 0.64 $m^3$/hr used in the PBPK model (Appendix J and [*PBPK Model and ReadMe
6112    (zipped). Docket: EPA-HQ-OPPT-2019-0500*]) based on sedentary activity levels. Occupational
6113    HECs/HEDs based on the primary dose metric of TotMetabBW34 are presented in Table 3-16. They
6114    will be compared to acute and chronic exposure values based on an 8hr duration of daily exposure for
6115    risk estimation.
6116
6117
6118
6119
6120
6121
6122
6123

6124    **Table 3-16. Occupational PODs for Representative Non-Cancer Endpoints**

| Exposure Scenario | Species | Duration | POD Type [1] (applied dose) | Effect | Dose Metric | $HEC_{50}$ (ppm) | $HEC_{99}$ (ppm) | $HED_{50}$ (mg/kg) | $HED_{99}$ (mg/kg) | Uncertainty Factors (UFs) [2] | Reference | Data Quality [3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acute | Rat (female) | 3hr/day, single dose; followed by respiratory infection | $BMDL_{01}$ = 13.9 ppm | Mortality due to immuno-suppression | TotMetab BW34 | $4.46^4$ | $2.34^4$ | 1.38 | 1.34 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Selgrade and Gilmour, 2010) | High (1.6) |
| Chronic | Mouse (female) | 27-30 weeks | LOAEL = 0.35 mg/kg-bw/day | Autoimmunity (increased anti- dsDNA and ssDNA antibodies) | TotMetab BW34 | $0.153^5$ | $0.083^5$ | 0.049 | 0.048 | UFS=1; UFA= 3; UFH=3; UFL=3; *Total UF=30* [4] | (Keil et al., 2009) | High (1.6) |

[1] POD type can be NOAEL, LOAEL, or BMDL. Values presented are for 8hr daily exposure at occupational respiratory rates.
[2] UFS=subchronic to chronic UF; UFA=interspecies UF; UFH=intraspecies UF; UFL=LOAEL to NOAEL UF.
[3] See [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] for full evaluation by metric.
[4] The HECs represent 8-hr values. Adjusted 12-hr HECs for (Selgrade and Gilmour, 2010) based on Haber's rule are: $HEC_{50}$ = 2.97 ppm; $HEC_{99}$ = 1.56 ppm.

6125    ### 3.2.6    Assumptions and Key Sources of Uncertainty for Human Health Hazard

6126    #### 3.2.6.1    Confidence in Hazard Identification and Weight of Evidence

6127    There is high confidence in the database for human health hazard. All studies considered for dose-
6128    response analysis scored either Medium or High in data quality evaluation and were determined to be
6129    highly relevant to the pertinent health outcome. EPA selected the most robust, sensitive, and relevant
6130    study for each identified endpoint from among a broad selection of studies, taking into account factors
6131    such as data quality evaluation score, species, exposure duration, dose range, cumulative uncertainty
6132    factor, and relevance. The only identified study that examined developmental immunotoxicity (Peden-
6133    Adams et al., 2006) scored a Low in data evaluation and a POD could not be sufficiently derived.
6134
6135    EPA has medium to high confidence in the overall weight of scientific evidence. EPA did not identify
6136    any information that would question the previous WOE regarding the evaluation of liver, kidney,
6137    neurological, immunological, reproductive toxicity, and developmental toxicity (other than cardiac
6138    malformations). For cancer, EPA performed an updated meta-analysis that found positive statistical
6139    associations between human TCE exposure and cancer of kidney, liver, and NHL types, in agreement
6140    with the previous meta-analyses performed in 2011 (Appendix C, U.S. EPA, 2011b).

6141    ### 3.2.6.1.1  Uncertainties in Dose-Response Analysis for Select Endpoints

6142    For congenital heart defects, EPA performed a thorough WOE assessment (Appendix F.3), examining
6143    all pertinent studies in the reasonably available literature. There is medium confidence in the relevance
6144    of the endpoint to human toxicity based on the results of the WOE, although uncertainty remains in the
6145    POD derivation of (Johnson et al., 2003) and the resulting POD for congenital heart defects and the
6146    weight of the scientific evidence only provided qualitative support for the CHD endpoint. Unlike the
6147    immune PODs (Section 3.2.5.4.1), the POD for cardiac defects derived from (Johnson et al., 2003) is not
6148    corroborated by results of other animal studies with similar quantitative results. Uncertainty is further
6149    increased by the non-monotonicity of the dose-response (Makris et al., 2016) and less than recommended
6150    sample size (Section 3.2.5.3.1). EPA does not dismiss the results of (Johnson et al., 2003), however the
6151    aforementioned uncertainties reduce confidence in that value. Nonetheless, epidemiological, metabolic,
6152    and mechanistic data suggest that congenital heart defects may be of concern for particular biologically
6153    susceptible PESS groups such as older mothers (Section 3.2.5.2).
6154

6155　There is also uncertainty in the dose-response for developmental neurotoxicity (Fredriksson et al., 1993)
6156　based on the study design of statistically evaluating neonatal offspring on a per-pup basis, which does
6157　not account for litter effects. The study was also limited in that it only evaluated males instead of both
6158　sexes, as recommended by (Holson et al., 2008).

### 3.2.6.2    Derivation of PODs, UFs, and PBPK Results

6160　Conceptually, the POD should represent the maximum exposure level at which there is no appreciable
6161　risk for an adverse effect in the study population under study conditions (*i.e.,* the threshold in the dose-
6162　response relationship). In fact, it is not possible to know that exact exposure level even for a laboratory
6163　study because of experimental limitations (*e.g.,* the ability to detect an effect, the doses used and dose
6164　spacing, measurement errors, etc.). The application of UFs is intended to account for this
6165　uncertainty/variability to allow for estimating risk  for sensitive human subgroups exposed continuously
6166　for a lifetime. While the selection of UFs is informed by reasonably available data, the true necessary
6167　extent of adjustment most appropriate for capturing all relevant uncertainty and variability is unknown.

6169　BMD modeling for a selected benchmark response can reduce uncertainty surrounding POD
6170　approximations that rely on the particular doses used in the study (*e.g.,* a NOAEL). If a BMDL is used
6171　as the POD, there are uncertainties regarding the appropriate dose-response model to apply to the data,
6172　but these should be minimal if the modeling is in the observable range of the data. There are also
6173　uncertainties about what BMR to use to best approximate the desired exposure level (*i.e.,* threshold, see
6174　above). For continuous endpoints, in particular, it is often difficult to identify the level of change that
6175　constitutes the threshold for an adverse effect. While a 1% BMR is justified for many of the PODs
6176　derived in this assessment based on the severity of the endpoint, it can potentially amplify BMD model
6177　and parameter uncertainty. This is especially of concern for endpoints with greater uncertainties in the
6178　dose-response assessment such as the congenital heart defects endpoint from (Johnson et al., 2003),
6179　however a reanalysis of the BMR selection for this endpoint concluded that the 1% BMR was in fact
6180　most appropriate (Section 3.2.5.3.1).

6182　For each of these types of PODs, there are additional uncertainties pertaining to adjustments to the
6183　administered exposures (doses). Typically, administered exposures (doses) are converted to equivalent
6184　continuous exposures (daily doses) over the study exposure period under the assumption that the effects
6185　are related to concentration × time, independent of the daily (or weekly) exposure regimen (*i.e.,* a daily
6186　exposure of 6 hours to 4 ppm is considered equivalent to 24 hours of exposure to 1 ppm). However, the
6187　validity of this assumption is generally unknown, and, if there are dose-rate effects, the assumption of *C*
6188　× *t* equivalence would tend to bias the POD downwards.

6190　For the PBPK analyses in this assessment, the actual administered exposures are taken into account in
6191　the PBPK modeling, and equivalent daily values (averaged over the study exposure period) for the dose-
6192　metrics are obtained. EPA determined that the peer-reviewed PBPK model sufficiently accounted for
6193　any variability and uncertainties in route-to-route extrapolation, and therefore inhalation and oral data
6194　were considered equivalently relevant. Nonetheless, this PBPK model, like any model, does not
6195　incorporate all possible sources of biological uncertainty or variability, and there is likely to be
6196　remaining unaccounted uncertainties associated with route-to-route extrapolation as opposed to relying
6197　on data from the same exposure route as is being assessed.

6199　The PBPK-based POD estimates include uncertainties about the appropriate dose-metric for each effect,
6200　although there was better information about relevant dose-metrics for some effects than for others (see
6201　Section 3.2.5.3). The 2011 TCE IRIS Assessment determined that the PBPK model was most reliable
6202　for dose metrics involving oxidative metabolism flux. There remains substantial uncertainty in the

extrapolation of GSH conjugation from mice to humans due to limitations in the reasonably available data. This dose metric is specifically applicable to kidney endpoints, which are believed to result from renal bioactivation through GSH conjugation. In this manner, the HEC/HED$_{99}$ values (which account for both modeling uncertainty and interspecies/intraspecies toxicokinetic variability) may potentially over-estimate kidney toxicity for a proportion of the population, however use of these values are expected to sufficiently account for the majority of human toxicokinetic variability, including increased biological susceptibility (see Section 3.2.5.2). Of note, there was significantly less uncertainty for extrapolation of rat GSH conjugation data, which was used for the selected kidney PODs, compared to data from mice. There is additional uncertainty in extrapolation to humans based on evidence suggesting that metabolic formation of the reactive conjugative metabolites may be an order of magnitude greater in rats than humans (Green et al. 1997b; Lash et al. 1990) and that renal toxicity may not be directly related to the rate of DCVC formation (Green et al. 1997a, b). These metabolites are indeed formed in both rats and humans however (Bernauer et al. 1996), and *in vitro* data suggest that human GSH conjugation activity may actually be higher in humans than rodents in some cases (Table 3-23 and 3-26 of (U.S. EPA, 2011e) and (Lash et al., 1999; Lash et al., 1998)). Additionally, the slow elimination kinetics of GSH metabolites relative to oxidative species indicate that even lower relative concentrations may contribute to sustained chronic toxicity (Bernauer et al. 1996). Uncertainty is also elevated for developmental endpoints based on fetal effects due to the lack of a fetal compartment in the PBPK model, requiring reliance instead on default adult female parameters.

Despite any limitations of the model, overall uncertainty for the selected PODs is reduced by the use of a PBPK model. Use of the PBPK model resulted in data-derived HEC/HED$_{99}$ values replacing default assumptions and uncertainty factors that would have otherwise been used such as allometric scaling and a UF$_{TK}$ of 3 in accounting for both interspecies and intraspecies toxicokinetic variability. Data-derived values are always preferred to default uncertainty adjustments and improve confidence in the adjusted PODs.

There is additional uncertainty in the precision and appropriateness of a particular POD for representing the associated endpoint. The POD for immunosuppression in (Selgrade and Gilmour, 2010) is derived from mortality data, which may underestimate risk by not capturing more sensitive sublethal effects. This is likely accounted for in the BMR selection however, whereby a 1% BMR for mortality would be expected to result in a similar POD as a more sensitive biological endpoint with a higher BMR. In contrast, the POD for autoimmunity from (Keil et al., 2009) is an example of a POD based on an early biomarker that may not be adverse itself. The use of an early biomarker is accounted for by reducing the UF$_L$ from 10 to 3 for that endpoint. Therefore, in both instances EPA assumes that the resulting POD and benchmark MOEs sufficiently account for the uncertainty associated with endpoint selection.

### 3.2.6.3    Cancer Dose Response

Potential sources of uncertainty associated with Charbotel et al. (2006) include the modest sample size of the study and localized population (86 kidney cancer cases, 37 associated with TCE exposure from a specific region in France), the retrospective estimation of TCE in study subjects, and potential confounding effects from exposure to other degreasing agents. These uncertainties do not significantly affect confidence in the study results because Charbotel et al. (2006) was a well conducted, High quality study that used a comprehensive exposure assessment with a detailed occupational questionnaire and sensitivity and regression analyses found no statistical effect on the cancer POD from a sensitivity analysis adjusting for exposure to other chemicals (U.S. EPA, 2011e).

The two major sources of uncertainty in quantitative cancer risk estimates are generally interspecies extrapolation and high-dose to low-dose extrapolation. The unit risk estimate for kidney cancer

6251 incidence derived from the Charbotel et al. (2006) results is not subject to interspecies uncertainty
6252 because it is based on human data. A major uncertainty remains in the extrapolation from occupational
6253 exposures to lower environmental exposures. There was some evidence of a contribution to increased
6254 kidney cancer risk from peak exposures; however, there remained an apparent dose-response
6255 relationship for kidney cancer risk with increasing cumulative exposure without peaks, and the odds
6256 ratio (OR) for exposure with peaks compared to exposure without peaks was not significantly elevated
6257 (Charbotel et al., 2006) Although the actual exposure-response relationship at low exposure levels is
6258 unknown, the conclusion that a mutagenic mode of action is operative for TCE-induced kidney tumors
6259 supports the linear low-dose extrapolation that was used (U.S. EPA, 2005). The weight of evidence also
6260 supports involvement of processes of cytotoxicity and regenerative proliferation in the carcinogenicity
6261 of TCE, although not with the extent of support as for a mutagenic mode of action. In particular, data
6262 linking TCE-induced proliferation to increased mutation or clonal expansion are lacking, as are data
6263 informing the quantitative contribution of cytotoxicity. Because any possible involvement of a
6264 cytotoxicity mode of action would be additional to mutagenicity, the dose-response relationship would
6265 nonetheless be expected to be linear at low doses. Therefore, the additional involvement of a
6266 cytotoxicity mode of action does not provide evidence against the use of linear extrapolation from the
6267 POD.

6268

6269 The upward adjustment of the cancer PODs based on additional contributions from liver and NHL
6270 cancer was based on peer-reviewed methodology as explained in the 2011 IRIS Assessment (U.S. EPA,
6271 2011e). This approach is reasonable, however it is unknown whether these statistical methods resemble
6272 the true combined extra risk from these three cancers. Additionally, the IUR adjustment was rounded up
6273 to 4-fold from a mean of 3.8 and route-to-route extrapolation results in a 5-fold adjustment for the OSF.
6274 When combined with the above factors and the fact that the cancer PODs represent upper-bound values,
6275 these uncertainties may potentially lead to overestimation of risk, but any differences from the true
6276 IUR/OSF values are unlikely to vary by more than ~2-fold.

### 3.2.6.4 Confidence in Human Health Hazard Data Integration and Best Overall Endpoints

6279 Acute Non-Cancer
6280 There is medium overall confidence in the database, weight of evidence, and dose-response for acute
6281 non-cancer endpoints. There are four endpoints relevent to acute exposure scenarios, covering three
6282 distinct endpoints from developmental toxicity studies and an immunological endpoint from an acute co-
6283 infection study. Two of the four studies scored Medium in data quality, while one developmental
6284 endpoint and the acute immunotoxicity study scored High. The PODs cover several orders of magnitude,
6285 with benchmark MOEs of either 10 or 100. Confidence is reduced from a high due to the data quality
6286 scores, the wide range of PODs, and controversy over the most sensitive POD, from (Johnson et al.,
6287 2003). For developmental endpoints, there is some uncertainty extrapolating from chronic
6288 developmental toxicity studies to acute exposure, especially in assuming a consistent dose-response.
6289 This is a health protective assumption consistent with EPA Guidance (U.S. EPA, 1996; U.S. EPA,
6290 1991), however this may possibly result in an overestimation of risk for some scenarios. For the acute
6291 immunotoxicity study (Selgrade and Gilmour, 2010) there is some inherent uncertainty extrapolating
6292 from the observed responses to pulmonary infection to a systemic response across multiple exposure
6293 routes, however an acute systemic response to infection is likely based on the systemic
6294 immunosuppression observed in multiple chronic studies (Sanders et al., 1982; Woolhiser et al., 2006).
6295 Confidence is raised from the robust WOE analysis performed on the congenital heart defects endpoint
6296 (see Appendix I), the presence of a variety of endpoints including a study using acute TCE
6297 administration, and reduced uncertainty factors due to the use of a PBPK model or allometric scaling. As

6298    stated in Section 3.2.5.4.1, there is High confidence in the POD for the best overall acute endpoint of
6299    immunosuppression from (Selgrade and Gilmour, 2010).
6300
6301    <u>Chronic Non-Cancer</u>
6302    There is high overall confidence in the database, weight of evidence, and dose-response for chronic non-
6303    cancer endpoints. There are eleven endpoints relevant to chronic exposure scenarios across six health
6304    domains. Seven of the studies scored Medium in data quality, while the other four scored High. The
6305    PODs cover several orders of magnitude with benchmark MOEs ranging from 10 to 300. Confidence is
6306    high because there is strong WOE in support of all health effects, the PODs for three most sensitive
6307    endpoints differ by within an order of magnitude from each other, and the majority of PODs and have
6308    reduced uncertainty factors due to the use of a PBPK model. As stated in Section 3.2.5.4.1, there is High
6309    confidence in the POD for the best overall chronic endpoint of immunosuppression autoimmunity from
6310    (Keil et al., 2009).
6311
6312    <u>Cancer</u>
6313    There is medium to high overall confidence in the database, weight of evidence, and dose-response for
6314    cancer. Meta-analyses on the full database of relevant epidemiological studies confirm a statistically
6315    significant association between human exposure to TCE and the incidence of kidney cancer, liver
6316    cancer, or NHL. The IUR/OSF is derived from a High quality study (Charbotel et al., 2006) on kidney
6317    cancer, with the PODs adjusted upward to account for the additional two cancer sites. Confidence is
6318    slightly reduced due to some uncertainty over the precision of the dose-response estimate in accounting
6319    for all three cancer sites and in the GSH metabolism dose metrics but remains medium-high due to
6320    strong evidence for a mutagenic mode of action.

# 4 RISK CHARACTERIZATION

## 4.1 Environmental Risks

EPA took fate, exposure, and environmental hazard into consideration to characterize the environmental risk of TCE. EPA determined that no further analysis beyond what was presented in the Problem Formulation document would be done for environmental exposure pathways for terrestrial organisms, or land application of biosolids, water, or soil pathways for terrestrial organisms, in this Risk Evaluation. As stated in Section 2.1 Fate and Transport, TCE is not expected to accumulate in wastewater biosolids, soil, sediment, or biota. TCE is expected to volatilize from the water surface or from moist soil as indicated by its physical chemical properties (*e.g.,* Henry's law constant) and by microbial biodegradation under some conditions. The EPI Suite™ volatilization module estimates that the half-life of TCE in a model river will be 1.2 hours and the half-life in a model lake will be 110 hours. Biodegradation of TCE in the environment is dependent on a variety of factors and thus, a wide range of degradation rates have been reported (ranging from days to years). TCE is not expected to accumulate in aquatic organisms due to low measured BCFs and estimated BAF.

Environmental exposure pathways for surface water for aquatic and sediment organisms are assessed and presented in this Risk Evaluation. As stated in Section 2.2 Environmental Exposures, modeled surface water concentrations of TCE ranged from 1.27E-5 to 9,937.5 ppb from facilities releasing the chemical to surface water. Measured surface water concentrations near facilities range from 0.4 ppb to 447 ppb from published literature (1976-1977). Measured surface water concentrations in ambient water range from below the detection limit to 2.0 ppb in the Water Quality Portal (2013-2017) and from below the detection limit to 17 ppb in the published literature (1996-2001).

As stated in Section 3.1 Environmental Hazards, the reasonably available environmental hazard data indicate that TCE presents hazard to aquatic organisms. For acute exposures to invertebrates, toxicity values ranged from 7.8 to 33.85 mg/L (integrated into a geometric mean of 16 mg/L). For chronic exposures, toxicity values for fish and aquatic invertebrates were as low as 7.88 mg/L and 9.2 mg/L, respectively. These data also indicated that TCE presents hazard for aquatic plants, with toxicity values in algae as low as 0.03 mg/L (geometric mean between a NOEC and a LOEC), and a wide range in toxicity between algae species ($EC_{50}$s ranging from $26.24 - 820$ mg/L).

A total of 25 aquatic environmental hazard studies were identified for TCE as acceptable. They were given mostly high and medium quality ratings during data evaluation (See [*Data Quality Evaluation of Environmental Hazard Studies* and *Environmental Hazard Data Extraction Table. Docket: EPA-HQ-OPPT-2019-0500*]). The [*Data Quality Evaluation of Environmental Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*] document presents details of the data evaluations for each study, including scores for each metric and the overall study score.

Given TCE's conditions of use under TSCA outlined in the Problem Formulation (U.S. EPA, 2018d), EPA determined that environmental exposures are expected for aquatic species, and risk estimation is discussed in Section 4.1.2 Risk Estimation for Aquatic.

### 4.1.1 Risk Estimation Approach

EPA used modeled exposure data from E-FAST, as well as monitored data from the Water Quality Portal (www.waterqualitydata.us) and reasonably available literature, to characterize the risk of TCE to

45  aquatic species. Risk quotients (RQs) were calculated using modeled surface water concentrations from
46  E-FAST, monitored data, reasonably available literature, and the COCs calculated in the hazard section
47  of this document (Section 3.1.5). An RQ is defined as:

48

49          RQ = Predicted Environmental Concentration / Effect Level or COC

50

51  An RQ equal to 1 indicates that environmental exposures are the same as the COC. If the RQ is above 1,
52  the exposure is greater than the COC. If the RQ is below 1, the exposure is less than the COC. The
53  COCs for aquatic organisms shown in Table 3-2 and the environmental concentrations shown in Section
54  2.2.6.2 were used to calculate RQs. (U.S. EPA, 1998)

55

56  EPA considered the biological relevance of the species that the COCs were based on when integrating
57  the COCs with surface water concentration data to produce RQs. For example, certain biological factors
58  affect the potential for adverse effects in aquatic organisms. Life-history and the habitat of aquatic
59  organisms influences the likelihood of exposure above the hazard benchmark in an aquatic environment.

60

61  Frequency and duration of exposure also affect potential for adverse effects in aquatic organisms,
62  especially for chronic exposures. Therefore, the number of days that a COC was exceeded was also
63  calculated using E-FAST. The days of exceedance modeled in E-FAST are not necessarily consecutive
64  and could occur sporadically throughout the year. For TCE, EPA assumed continuous aquatic exposure
65  for the longer exposure scenarios (*i.e.,* 117-365 days per year of exceedance of a COC), and more of an
66  interval or pulse exposure for shorter exposure scenarios (*i.e.,* 1-40 days per year of exceedances of a
67  COC). Due to the volatile properties of TCE, it is more likely that a chronic exposure duration will occur
68  when there are long-term consecutive days of release versus an interval or pulse exposure which would
69  more likely result in an acute exposure duration.

### 4.1.2   Risk Estimation for Aquatic Organisms

71  To characterize potential risk due to TCE exposure, RQs were calculated based on modeled data from E-
72  FAST for sites that had surface water discharges of TCE according to TRI and DMR data (see Table
73  4-1). Surface water concentrations of TCE were modeled for 214 releases. Direct releases from facilities
74  (releases from an active facility directly to surface water) were modeled with two scenarios based on
75  high-end and low-end days of release. Indirect facilities (transfer of wastewater from an active facility to
76  a receiving POTW or non-POTW WWTP) were modeled with a high-end days of releases scenario. As
77  stated in Section 2.2.3, the maximum releases frequency (200 to 365 days) is based on release estimates
78  specific to the facility's condition of use and the low-end releases frequency (20 days) is an estimate of
79  releases that could lead to chronic risk for aquatic organisms.

80

81  These facilities were modeled in E-FAST and all RQs are listed in Appendix E.2. As stated previously,
82  the frequency and duration of exposure affects potential for adverse effects in aquatic organisms.
83  Therefore, the number of days a COC was exceeded was also calculated using E-FAST. Facilities with
84  RQs and days of exceedance that indicate risk for aquatic organisms (facilities with an acute RQ ≥ 1, or
85  a chronic RQ ≥ 1 and 20 days or more of exceedance for the chronic COC) are presented in Table 4-1.
86  All facilities were below these thresholds for manufacturing, spot cleaning and carpet cleaning, and
87  commercial printing and copying; therefore, EPA did not identify risks to aquatic organisms for these
88  conditions of use.

89

90  **Processing as a Reactant:**
91  Of the 443 facilities processing TCE as a reactant (including 440 unknown sites modeled in E-FAST),
92  one facility had acute RQs ≥ 1, or chronic or algae RQs ≥ 1 with 20 days or more of exceedances.

93    Assuming 20 days of releases, Praxair Technology Center in Tonawanda, NY had an acute RQ of 1.50,
94    a chronic RQ of 3.81 with 20 days of exceedance, and an algae RQ representing the most sensitive
95    species of algae of 1,000 with 20 days of exceedance. In other words, the surface water concentration
96    modeled for this facility was 1.5 times higher than the COC for acute exposures, 3.81 times higher than
97    the COC for chronic exposures, and 1,000 times higher than the COC for the most sensitive species of
98    algae. Assuming 260 days of releases from the facility, the algae RQ representing the most sensitive
99    species was 56.33 with 350 days of exceedance. However, for algae species as a whole, RQs for this site
100   were 0.06 assuming 20 days of release and 0.00 assuming 350 days of release, meaning the
101   concentration did not exceed the COC of 14,400 ppb which represents nine different species of algae.
102   *Therefore, there may be risk for some of the most sensitive species of algae at this site, but EPA did not*
103   *identify risks for algae species as a whole. Risks were identified at this site for other aquatic organisms*
104   *for acute exposures with a surface water concentration 1.50 times higher than the acute COC, and*
105   *chronic exposures, with a surface water concentration 3.81 times higher than the chronic COC and 20*
106   *days of exceedance.*
107
108   **Repackaging:**
109   Of the six facilities repackaging TCE, one had algae RQs ≥ 1 with 20 days or more of exceedances.
110   Assuming 20 days of release per year, Hubbard-Hall Inc in Waterbury, CT had an RQ for the most
111   sensitive species of algae as high as 113.04 with 20 days of exceedance. Assuming this facility released
112   TCE for 250 days per year, the RQ is 9.06 with 194 days of exceedance. However, for algae species as a
113   whole, RQs for this site were 0.01 for 20 days of releases, and 0.00 for 250 days, meaning the
114   concentration did not exceed the COC of 14,400 ppb which represents nine different species of algae.
115   *Therefore, there may be risk for some of the most sensitive species of algae at these sites, but EPA did*
116   *not identify risks for algae species as a whole. EPA did not identify risks for other aquatic organisms in*
117   *this condition of use.*
118
119   **Open-Top Vapor Degreasing:**
120   Of the 64 open-top vapor degreasing facilities, three sites had acute RQs ≥ 1, or chronic or algae RQs ≥
121   1 with 20 days or more of exceedances. Assuming 20 days of releases, US Nasa Michoud Assembly
122   Facility in New Orleans, LA had acute RQs of 4.97, a chronic RQs of 12.61 with 20 days of exceedance, and
123   an algae RQ representing the most sensitive species of algae of 3,312.50 with 20 days of
124   exceedance. Assuming 260 days of release from the facility, the algae RQ representing the most
125   sensitive species was 255.21 with 260 days of exceedance. However, for algae species as a whole, RQs
126   for this site were 0.05 assuming 260 days of release, and 0.69 assuming 20 days of release, meaning the
127   concentration did not exceed the COC of 14,400 ppb which represents nine different species of algae.
128   *Therefore, there may be risk for some of the most sensitive species of algae at this site, but EPA did not*
129   *identify risks for algae species as a whole. Risks were identified at this site for other aquatic organisms*
130   *for acute and chronic exposures, with a surface water concentration 4.97 times higher than the acute*
131   *COC and 12.61 times higher than the chronic COC and 20 days of exceedance.*
132
133   GM Components Holdings LLC in Lockport, NY had an RQ for the most sensitive species of algae of
134   3.66 with 117 days of exceedance, assuming 260 days of release per year. Assuming 20 days of release,
135   this site has an RQ for the most sensitive species of algae of 48.16 with 20 days of exceedance.
136   However, for algae species as a whole, RQs for this facility were 0.00 assuming 260 days or release and
137   0.01 assuming 20 days of release for this site, meaning the concentration did not exceed the COC of
138   14,400 ppb which represents nine different species of algae. *Therefore, there may be risk for some of the*
139   *most sensitive species of algae at this site, but EPA did not identify risks for algae species as a whole.*
140

141  Akebono Elizabethtown Plant in Elizabethtown, KY had an RQ for the most sensitive species of algae
142  of 1.62 with 27 days of exceedance, assuming 260 days of release per year. However, for algae species
143  as a whole, RQs for this facility were 0.00 for this site, meaning the concentration did not exceed the
144  COC of 14,400 ppb which represents nine different species of algae. *Therefore, there may be risk for*
145  *some of the most sensitive species of algae at this site, but EPA did not identify risks for algae species as*
146  *a whole.*
147
148  **Adhesives, Sealants, Paints, and Coatings:**
149  Of the 54 facilities using TCE as adhesives, sealants, paints, and coatings, one site had algae RQs $\geq$ 1
150  with 20 days or more of exceedances. Raytheon Company in Portsmouth, RI had an RQ for the most
151  sensitive species of algae as high as 44.44, assuming 20 days of release per year. In other words, the
152  surface water concentration modeled for this facility was 44.44 times higher than the COC for the most
153  sensitive species of algae (3 ppb). Additionally, this COC was exceeded for 20 days. Assuming this
154  facility released TCE for 250 days per year, the RQ is 3.61 with 250 days of exceedance. However, for
155  algae species as a whole, RQs for this facility were 0.00 assuming 250 days or release and 0.01
156  assuming 20 days of release, meaning the concentration did not exceed the COC of 14,400 ppb which
157  represents nine different species of algae. *Therefore, there may be risk for some of the most sensitive*
158  *species of algae at this site, but not for algae species as a whole. EPA did not identify risks for other*
159  *aquatic organisms for this condition of use.*
160
161  **Other Industrial Uses:**
162  Of the 21 facilities with other industrial uses of TCE, three sites had algae RQs $\geq$ 1 with 20 days or more
163  of exceedances. Eli Lilly And Company-Lilly Tech Ctr in Indianapolis, IN had an RQ for the most
164  sensitive species of algae of 3.01, assuming 250 days of release per year. In other words, the surface
165  water concentration modeled for this facility was 3.01 times higher than the COC for the most sensitive
166  species of algae (3 ppb). Additionally, this COC was exceeded for 35 days. Washington Penn Plastics in
167  Frankfort, KY had an RQ for the most sensitive species of algae of 2.51, assuming 250 days of release
168  per year. Additionally, this COC was exceeded for 22 days. Keeshan and Bost Chemical Co., Inc. in
169  Manvel, TX had an RQ for the most sensitive species of algae of 66.67 with 20 days of exceedance,
170  assuming 20 days of release per year. Assuming 350 days of release, this site has an RQ for the most
171  sensitive species of algae of 3.17 with 350 days of exceedance. However, for algae species as a whole,
172  RQs for these facilities were 0.00 or 0.01, meaning the concentration did not exceed the COC of 14,400
173  ppb which represents nine different species of algae. *Therefore, there may be risk for some of the most*
174  *sensitive species of algae at these sites, but not for algae species as a whole. EPA did not identify risks*
175  *for other aquatic organisms for this condition of use.*
176
177  **Industrial Processing Aid:**
178  Of the six industrial processing aid facilities, one site had algae RQs $\geq$ 1 with 20 days or more of
179  exceedances. Entek International LLC in Lebanon, OR had an RQ for the most sensitive species of algae
180  as high as 46.11, assuming 20 days of release per year. In other words, the surface water concentration
181  modeled for this facility was 46.11 times higher than the COC for the most sensitive species of algae (3
182  ppb). Additionally, this COC was exceeded for 20 days. Assuming this facility released TCE for 300
183  days per year, the RQ is 3.10 with 140 days of exceedance. However, for algae species as a whole, RQs
184  for this facility were 0.00 or 0.01, meaning the concentration did not exceed the COC of 14,400 ppb
185  which represents nine different species of algae. *Therefore, there may be risk for some of the most*
186  *sensitive species of algae at this site, but EPA did not identify risks for algae species as a whole. EPA*
187  *did not identify risks for other aquatic organisms for this condition of use.*
188

189 **Other Commercial Uses:**
190 Of the nine facilities with other commercial uses of TCE, one site had algae RQs ≥ 1 with 20 days or
191 more of exceedances. Park Place Mixed Use Development in Annapolis, MD had an RQ for the most
192 sensitive species of algae as high as 36.67, assuming 20 days of release per year. In other words, the
193 surface water concentration modeled for this facility was 36.67 times higher than the COC for the most
194 sensitive species of algae (3 ppb). Additionally, this COC was exceeded for 20 days. Assuming this
195 facility released TCE for 250 days per year, the RQ is 3.00 with 250 days of exceedance. However, for
196 algae species as a whole, RQs for this facility were 0.00 or 0.01, meaning the concentration did not
197 exceed the COC of 14,400 ppb which represents nine different species of algae. *Therefore, there may be*
198 *risk for some of the most sensitive species of algae at this site, but EPA did not identify risks for algae*
199 *species as a whole. EPA did not identify risks for other aquatic organisms in this condition of use.*
200
201 **Process Solvent Recycling and Worker Handling of Wastes:**
202 Of the five facilities with other commercial uses of TCE, three sites had algae RQs ≥ 1 with 20 days or
203 more of exceedances. Assuming 20 days of release per year, Clean Water Of New York Inc in Staten
204 Island, NY had an RQ for the most sensitive species of algae as high as 46.08 with 20 days of
205 exceedance. Assuming this facility released TCE for 250 days per year, the RQ is 3.92 with 250 days of
206 exceedance. Assuming 20 days of release, Veolia Es Technical Solutions LLC in Middlesex, NJ had an
207 RQ for the most sensitive species of algae of 11.91 with 20 days of exceedance. And assuming 250 days
208 of releases, Clean Harbors Deer Park LLC in La Porte, TX had an RQ for the most sensitive species of
209 algae of 2.86 with 110 days of exceedance. However, for algae species as a whole, RQs for at all three
210 facilities were 0.00 or 0.01, meaning the concentration did not exceed the COC of 14,400 ppb which
211 represents nine different species of algae. *Therefore, there may be risk for some of the most sensitive*
212 *species of algae at these sites, but EPA did not identify risks for algae species as a whole. EPA did not*
213 *identify risks for other aquatic organisms in this condition of use.*
214
215 **Wastewater Treatment Plants (WWTPs):**
216 Of the nine WWTPs, one site had algae RQs ≥ 1 with 20 days or more of exceedances. New Rochelle
217 STP in New Rochelle, NY had an RQ for the most sensitive species of algae of 4.26, assuming 20 days
218 of release per year. This means that the surface water concentration modeled for this facility was 4.26
219 times higher than the COC for the most sensitive species of algae (3 ppb). Additionally, this COC was
220 exceeded for 20 days. Assuming this facility released TCE for 365 days per year, the RQ is only 0.23
221 with 0 days of exceedance. A WWTP is likely to be operating at greater than 20 days of release,
222 therefore the RQ associated with the high-end days of release scenario (365 days) is likely more
223 representative of actual conditions. *Therefore, EPA did not identify risks to aquatic species for this*
224 *facility or condition of use.*
225

226
227

**Table 4-1. Environmental Risk Quotients for Aquatic Species for Facilities Releasing TCE to Surface Water as Modeled in E-FAST (RQs ≥ 1 in bold)**

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | COC Type | COC (ppb) | Days of Exceedance (days/year) [h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| **OES: Processing as a Reactant** | | | | | | | | | | |
| Praxair Technology Center, Tonawanda, NY NPDES: NY0000281 | Surface Water | NPDES NY0000281 | Still body | 350 | 0.00169 | 169 | Acute (HC05) | 2,000 | NA | 0.08 |
| | | | | | | | Chronic | 788 | 0 | 0.21 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 350 | **56.33** |
| | | | | 20 | 0.03 | 3000 | Acute (HC05) | 2,000 | NA | **1.50** |
| | | | | | | | Chronic | 788 | 20 | **3.81** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.21 |
| | | | | | | | Algae (ChV) | 3 | 20 | **1,000.00** |
| **OES: Repackaging** | | | | | | | | | | |
| Hubbard-Hall Inc., Waterbury, CT NPDES: Unknown | Off-site Waste-water Treatment | Receiving Facility: Recycle Inc.; POTW (Ind.) | Surface water | 250 | 1.108 | 27.18 | Acute (HC05) | 2,000 | NA | 0.02 |
| | | | | | | | Chronic | 788 | 0 | 0.03 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 194 | **9.06** |
| | | | | 20 | 13.85 | 339.11 | Acute (HC05) | 2,000 | NA | 0.17 |
| | | | | | | | Chronic | 788 | 1 | 0.43 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 20 | **113.04** |
| **OES: OTVD (Includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, and Metalworking Fluids)** | | | | | | | | | | |
| US Nasa Michoud Assembly Facility, New Orleans, LA NPDES: LA0052256 | Surface Water | Surrogate NPDES LA0003280 | Still body | 260 | 1.96 | 765.63 | Acute (HC05) | 2,000 | NA | 0.38 |
| | | | | | | | Chronic | 788 | 0 | 0.97 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.05 |
| | | | | | | | Algae (ChV) | 3 | 260 | **255.21** |
| | | | | 20 | 25.44 | 9937.5 | Acute (HC05) | 2,000 | NA | **4.97** |
| | | | | | | | Chronic | 788 | 20 | **12.61** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.69 |
| | | | | | | | Algae (ChV) | 3 | 20 | **3,312.50** |
| GM Components Holdings L.L.C., Lockport, NY NPDES: NY0000558 | Surface Water | NPDES NY0000558 | Surface water | 260 | 0.13 | 10.97 | Acute (HC05) | 2,000 | NA | 0.01 |
| | | | | | | | Chronic | 788 | 0 | 0.01 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 117 | **3.66** |
| | | | | 20 | 1.71 | 144.47 | Acute (HC05) | 2,000 | NA | 0.07 |
| | | | | | | | Chronic | 788 | 0 | 0.18 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 20 | **48.16** |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | COC Type | COC (ppb) | Days of Exceedance (days/year) [h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| **OES: Adhesives, Sealants, Paints, and Coatings** | | | | | | | | | | |
| Akebono Elizabethtown Plant, Elizabethtown, KY NPDES: KY0089672 | Surface Water | Surrogate NPDES KY0022039 | Surface water | 260 | 0.07 | 4.87 | Algae (HC05) | 14,400 | 0 | 0.00 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.00 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.01 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 27 | **1.62** |
|  |  |  |  | 20 | 0.897 | 62.38 | Algae (HC05) | 14,400 | 0 | 0.00 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.03 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.08 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 16 | **20.79** |
| Raytheon Company, Portsmouth, RI NPDES: RI0000281 | Surface Water | NPDES RI0000281 | Still body | 250 | 0.013 | 10.83 | Algae (HC05) | 14,400 | 0 | 0.00 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.01 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.01 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 250 | **3.61** |
|  |  |  |  | 20 | 0.160 | 133.33 | Algae (HC05) | 14,400 | 0 | 0.01 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.07 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.17 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 20 | **44.44** |
|  | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | Still body | 250 | 0.013 | 0.32 | Algae (HC05) | 14,400 | 0 | 0.00 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.00 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.00 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 0 | 0.11 |
| **OES: Other Industrial Uses** | | | | | | | | | | |
| Eli Lilly And Company- Lilly Tech Ctr, Indianapolis, IN NPDES: IN0003310 | Surface Water | NPDES IN0003310 | Surface water | 250 | 1.553 | 9.03 | Algae (HC05) | 14,400 | 0 | 0.00 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.00 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.01 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 35 | **3.01** |
|  |  |  |  | 20 | 19.410 | 113.09 | Algae (HC05) | 14,400 | 0 | 0.01 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.06 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.14 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 17 | **37.70** |
| Washington Penn Plastics, Frankfort, KY NPDES: KY0097497 | Surface Water | Surrogate NPDES KY0028410 | Surface water | 250 | 0.032 | 7.53 | Algae (HC05) | 14,400 | 0 | 0.00 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.00 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.01 |
|  |  |  |  |  |  |  | Algae (ChV) | 3 | 22 | **2.51** |
|  |  |  |  | 20 | 0.399 | 94.12 | Algae (HC05) | 14,400 | 0 | 0.01 |
|  |  |  |  |  |  |  | Acute (HC05) | 2,000 | NA | 0.05 |
|  |  |  |  |  |  |  | Chronic | 788 | 0 | 0.12 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | COC Type | COC (ppb) | Days of Exceedance (days/year) [h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Algae (ChV) | 3 | 13 | **31.37** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| **OES: Industrial Processing Aid** | | | | | | | | | | |
| Keeshan and Bost Chemical Co., Inc., Manvel, TX NPDES: TX0072168 | Surface Water | NPDES TX0072168 | Still body | 350 | 0.000095 | 9.50 | Acute (HC05) | 2,000 | NA | 0.00 |
| | | | | | | | Chronic | 788 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 350 | **3.17** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| Entek International LLC, Lebanon, OR NPDES: N/A | Off-site Waste-water Treatment | No info on receiving facility; POTW (Ind.) | Surface water | 20 | 0.002 | 200.00 | Acute (HC05) | 2,000 | NA | 0.10 |
| | | | | | | | Chronic | 788 | 0 | 0.25 |
| | | | | | | | Algae (ChV) | 3 | 20 | **66.67** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | 20 | 5.65 | 138.34 | Acute (HC05) | 2,000 | NA | 0.07 |
| | | | | | | | Chronic | 788 | 0 | 0.18 |
| | | | | | | | Algae (ChV) | 3 | 20 | **46.11** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | 300 | 0.38 | 9.3 | Acute (HC05) | 2,000 | NA | 0.00 |
| | | | | | | | Chronic | 788 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 140 | **3.10** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| **OES: Other Commercial Uses** | | | | | | | | | | |
| Park Place Mixed Use Development, Annapolis, MD NPDES: MD0068861 | Surface Water | Surrogate NPDES MD0052868 | Still body | 250 | 0.00027 | 9 | Acute (HC05) | 2,000 | NA | 0.00 |
| | | | | | | | Chronic | 788 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 250 | **3.00** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | 20 | 0.00334 | 110 | Acute (HC05) | 2,000 | NA | 0.06 |
| | | | | | | | Chronic | 788 | 0 | 0.14 |
| | | | | | | | Algae (ChV) | 3 | 20 | **36.67** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| **OES: Process Solvent Recycling and Worker Handling of Wastes** | | | | | | | | | | |
| Clean Water Of New York Inc., Staten Island, NY NPDES: NY0200484 | Surface Water | Surrogate NPDES NJ0000019 | Still body | 250 | 0.004 | 11.76 | Acute (HC05) | 2,000 | NA | 0.01 |
| | | | | | | | Chronic | 788 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 250 | **3.92** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | 20 | 0.047 | 138.24 | Acute (HC05) | 2,000 | NA | 0.07 |
| | | | | | | | Chronic | 788 | 0 | 0.18 |
| | | | | | | | Algae (ChV) | 3 | 20 | **46.08** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | COC Type | COC (ppb) | Days of Exceedance (days/year) [h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| Veolia Es Technical Solutions L.L.C., Middlesex, NJ, NPDES: NJ0020141 | Off-site Waste-water Treatment | Receiving Facility: Middlesex Cnty UA; NPDES NJ0020141 | Still body | 250 | 24.1 | 2.85 | Acute (HC05) | 2,000 | NA | 0.00 |
| | | | | | | | Chronic | 788 | 0 | 0.00 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 0 | 0.95 |
| | | | | 20 | 301.78 | 35.72 | Acute (HC05) | 2,000 | NA | 0.02 |
| | | | | | | | Chronic | 788 | 0 | 0.05 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 20 | 11.91 |
| Clean Harbors Deer Park L.L.C., La Porte, TX, NPDES: TX0005941 | Off-site Waste-water Treatment | POTW (Ind.) | Surface water | 250 | 0.35 | 8.57 | Acute (HC05) | 2,000 | NA | 0.00 |
| | | | | | | | Chronic | 788 | 0 | 0.01 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 110 | 2.86 |
| | | | | 20 | 4.36 | 106.75 | Acute (HC05) | 2,000 | NA | 0.05 |
| | | | | | | | Chronic | 788 | 0 | 0.14 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 19 | 35.58 |
| **OES: Wastewater Treatment Plants (WWTP)** | | | | | | | | | | |
| New Rochelle STP, New Rochelle, NY, NPDES: NY0026697 | Surface Water | NPDES NY0026697 | Still body | 365 | 0.043 | 0.7 | Acute (HC05) | 2,000 | NA | 0.00 |
| | | | | | | | Chronic | 788 | 0 | 0.00 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.00 |
| | | | | | | | Algae (ChV) | 3 | 0 | 0.23 |
| | | | | 20 | 0.786 | 12.79 | Acute (HC05) | 2,000 | NA | 0.01 |
| | | | | | | | Chronic | 788 | 0 | 0.02 |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | | | | Algae (ChV) | 3 | 20 | 4.26 |

a. Facilities actively releasing trichloroethylene were identified via DMR, TRI, and CDR databases for the 2016 reporting year.

b. Release media are either direct (release from active facility directly to surface water) or indirect (transfer of wastewater from active facility to a receiving POTW or non-POTW WWTP facility). A wastewater treatment removal rate of 81% is applied to all indirect releases, i.e., volumes characterized as being transferred off-site for treatment at a water treatment facility prior to discharge to surface water.

c. If a valid NPDES of the direct or indirect releaser was not available in EFAST, the release was modeled using either a surrogate representative facility in EFAST (based on location) or a representative generic industry sector. The name of the indirect releaser is provided, as reported in TRI.

d. EFAST uses either the "surface water" model, for rivers and streams, or the "still water" model, for lakes, bays, and oceans.

e. Modeling was conducted with the maximum days of release per year expected. For direct releasing facilities, a minimum of 20 days was also modeled.

f. The daily release amount was calculated from the reported annual release amount divided by the number of release days per year.

g. For releases discharging to lakes, bays, estuaries, and oceans, the acute scenario mixing zone water concentration was reported in place of the 7Q10 SWC.

h. To determine the PDM days of exceedance for still bodies of water, the days of exceedance provided by the EPA Engineers should become the days of exceedance only if the predicted surface water concentration exceeds the COC. Otherwise, the days of exceedance can be assumed to be zero.

229  EPA also used surface water monitoring data from the Water Quality Portal (WQP) and from the
230  published literature to characterize the risk of TCE to aquatic organisms. For the most part these
231  monitored surface water concentrations reflect concentrations of TCE in ambient water. There was one
232  U.S. study (U.S. EPA, 1977) that had measurements reflecting near-facility monitoring data. The other
233  monitored data collected in the US reflect ambient concentrations.

234

235  Monitored data from one U.S. study (U.S. EPA, 1977) in the published literature reporting near-facility
236  concentrations of TCE collected between 1976 and 1977 ranging from 0.4 to 447 µg/L. While these data
237  reflect historical levels of TCE, they are helpful to compare measured near-facility concentrations to the
238  modeled near-facility concentrations from E-FAST. The measured concentrations in this study
239  encompasses the range of the modeled estimates across all OES with the exception of two sites that
240  release to still water bodies.

241

242  EPA also had monitored data reflecting ambient water concentrations. EPA's Storage and Retrieval
243  (STORET) data and USGS's National Water Information System (NWIS) data were extracted on Oct
244  3rd, 2018 from the WQX/WQP. These data show an average concentration for TCE of $0.33 \pm 0.29$ µg/L
245  or ppb in surface water from 2,273 measurements taken throughout the US between 2013 and 2017. The
246  highest value recorded during these years was 2 µg/L or ppb, which was measured in 2017. Table 4-2
247  shows that none of the RQs for aquatic species are greater than or equal to 1. The RQs for algae range
248  from 0 to 0.67. Acute and chronic RQs for other aquatic species are all very close to 0.

249

250  **Table 4-2. RQs for Aquatic Species Calculated using Monitored Environmental Concentrations**
251  **from WQX/WQP**

| Monitored Surface Water Concentrations (ppb) from 2013-2017 | Algae RQ | | RQ using Acute COC of 2,000 ppb | RQ using Chronic COC of 788 ppb |
|---|---|---|---|---|
| | using COC of 3 ppb | using $HC_{05}$ of 52,000 ppb | | |
| Mean (Standard Deviation): 0.33 (0.29) ppb | 0.11 | 0.0 | 0.0 | 0.0 |
| Maximum: 2 ppb | 0.67 | 0.0 | 0.0 | 0.0 |

252

253  The published literature show monitored data in six U.S. studies encompassing 1,177 surface water
254  samples collected from river and oceans throughout the nation between 1979 and 2001. Reported
255  concentrations of TCE ranged from below the detection limit (0.0001 to 0.08) to 17.3 µg/L or ppb, with
256  reported central tendency values ranging from 0.0002 to 1.17 µg/L (USGS, 2006; Sauer, 1981; Singh et
257  al., 1983; USGS, 2003; Robinson et al., 2004). The maximum concentration was collected from the
258  Charles River in Boston, Massachusetts (an urban area) between 1998 and 2000 (Robinson et al., 2004).
259  The next highest TCE concentration was 2.0 µg/L, collected during a large nationwide survey of surface
260  water for drinking water sources (rivers and reservoirs) between 1999 and 2000 (USGS, 2003). Table
261  4-3 shows that RQs for algae range from 0 to 5.77 using monitored surface water concentrations from
262  the published literature. Acute RQs for other aquatic organisms range from 0 to 0.01, and chronic RQs
263  range from 0 to 0.02.

264

265 **Table 4-3. RQs for Aquatic Species Calculated using Monitored Environmental Concentrations**
266 **from Published Literature**

| Monitored Surface Water Concentrations (ppb) from 2013-2017 | Algae RQ | | RQ using Acute COC of 2,000 ppb | RQ using Chronic COC of 788 ppb |
|---|---|---|---|---|
| | using COC of 3 ppb | using HC$_{05}$ of 52,000 ppb | | |
| Central tendency values: $0.0002 - 1.17$ ppb | $0.00 - 0.39$ | 0.00 | 0.00 | 0.00 |
| Maximum:  17.3 ppb | 5.77 | 0.00 | 0.01 | 0.02 |

267
268 To compare the modeled data with the monitored data, EPA conducted a watershed analysis by
269 combining monitored data from WQX/WQP with predicted concentrations from E-FAST modeled
270 facility releases, using the geospatial analysis outlined in Section 2.2. A geographic distribution of the
271 concentrations is shown in Figure 2-4 and Figure 2-5 (east and west US) for the maximum days of
272 release scenario, and in Figure 2-6 and Figure 2-7 (east and west US) for the 20-days of release scenario.
273 The co-location of TCE releasing facilities and monitoring stations in a HUC is shown in Figure 2-8 for
274 HUCs in North Carolina and in Figure 2-9 for the HUC in New Mexico. The modeled estimates are only
275 shown in Figure 2-8 and Figure 2-9 for the higher release frequency scenarios, which are associated with
276 lower predicted surface water concentrations. The surface water concentrations were compared to the
277 COCs in these maps.
278
279 Figure 2-4 to Figure 2-9 in Section 2.2.6 compare WQX Monitoring Stations from 2016 to TCE-
280 releasing facilities modeled in E-FAST. The figures show that while some facilities releasing TCE to
281 surface water were co-located with monitoring locations in WQX, none were downstream from
282 facilities. The monitored data, which represents localized concentrations of TCE in ambient water,
283 generally show lower concentrations than the modeled surface water concentrations from E-FAST,
284 which represents concentrations near facilities releasing TCE. The modeled and monitored data together
285 indicate that risk to aquatic organisms from TCE exposure is more likely in areas near the facilities,
286 rather than in ambient water; however the monitored data were limited geographically and temporally.

287 **4.1.3   Risk Estimation for Sediment-dwelling Organisms**
288 EPA also quantitatively analyzed exposure to sediment organisms. While no ecotoxicity studies were
289 available for sediment-dwelling organisms (*e.g., Lumbriculus variegatus, Hyalella azteca, Chironomus*
290 *riparius*), aquatic invertebrates were used as a surrogate species. EPA is uncertain whether TCE is more
291 or less toxic to daphnia than sediment-dwelling species. However, because TCE is not expected to sorb
292 to sediment and will instead remain in pore water, daphnia which feed through the entire water column
293 were deemed to be an acceptable surrogate species for sediment invertebrates. EPA calculated an acute
294 aquatic invertebrate COC of 2,000 ppb, and a chronic aquatic invertebrate COC of 920 ppb to address
295 hazards to sediment organisms. TCE is expected to be in sediment and pore water with concentrations
296 similar to or less than the overlying water due to its water solubility (>1280 mg/L), low partitioning to
297 organic matter (log K$_{OC}$ = 1.8-2.17), and biodegradability in anaerobic environments. Thus, TCE
298 concentrations in sediment and pore water are expected to be similar to or less than the concentrations in
299 the overlying water, and concentrations of TCE in the deeper part of sediment, where anaerobic
300 conditions prevail, are expected to be lower.
301
302 Therefore, EPA used modeled surface water concentrations to estimate the concentration of TCE in pore
303 water near facilities. EPA also used monitored data to estimate the concentration of TCE in pore water

304    based on ambient surface water. Comparing aquatic invertebrate data to these exposure numbers, the
305    data showed that there is risk to sediment dwelling organisms near two facilities due to acute and
306    chronic exposure. Table 4-4 shows an RQ from acute exposure near Praxair Technology Center at RQ =
307    1.5 and an RQ from chronic exposure at 3.26 with 20 days of exceedance for aquatic invertebrates.
308    Table 4-4 also shows an RQ from acute exposure near US Nasa Michoud Assembly Facility at RQ =
309    4.97 and an RQ from chronic exposure at 10.8 with 20 days of exceedance for aquatic invertebrates
310    (Table 4-4).
311
312    However, in ambient surface water, for both acute and chronic exposures to TCE, the RQs are 0.00 and
313    0.02, based on the highest ambient surface water concentration of 17.3 ppb, indicating exposures are less
314    than the COC (RQs < 0) to sediment organisms from acute or chronic exposures (Table 4-5 and Table
315    4-6).

**Table 4-4. Environmental Risk Quotients for Sediment Organisms for Facilities Releasing TCE to Surface Water as Modeled in E-FAST (RQs ≥ 1 in bold)**

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | COC Type | COC (ppb) | Days of Exceedance (days/year) [h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| **OES: Processing as a Reactant** | | | | | | | | | | |
| Praxair Technology Center, Tonawanda, NY NPDES: NY0000281 | Surface Water | NPDES NY0000281 | Still body | 350 | 0.00169 | 169 | Acute (HC05) | 2,000 | NA | 0.08 |
| | | | | | | | Chronic (ChV) | 920 | 0 | 0.18 |
| | | | Still body | 20 | 0.03 | 3000 | Acute (HC05) | 2,000 | NA | **1.50** |
| | | | | | | | Chronic (ChV) | 920 | 20 | **3.26** |
| **OES: OTVD (Includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, and Metalworking Fluids)** | | | | | | | | | | |
| US Nasa Michoud Assembly Facility, New Orleans, LA NPDES: LA0052256 | Surface Water | Surrogate NPDES LA0003280 | Still body | 260 | 1.96 | 765.63 | Acute (HC05) | 2,000 | NA | 0.38 |
| | | | | | | | Chronic (ChV) | 920 | 0 | 0.83 |
| | | | | 20 | 25.44 | 9937.5 | Acute (HC05) | 2,000 | NA | **4.97** |
| | | | | | | | Chronic (ChV) | 920 | 20 | **10.8** |

a. Facilities actively releasing trichloroethylene were identified via DMR, TRI, and CDR databases for the 2016 reporting year.
b. Release media are either direct (release from active facility directly to surface water) or indirect (transfer of wastewater from active facility to a receiving POTW or non-POTW WWTP facility). A wastewater treatment removal rate of 81% is applied to all indirect releases, i.e., volumes characterized as being transferred off-site for treatment at a water treatment facility prior to discharge to surface water.
c. If a valid NPDES of the direct or indirect releaser was not available in EFAST, the release was modeled using either a surrogate representative facility in EFAST (based on location) or a representative generic industry sector. The name of the indirect releaser is provided, as reported in TRI.
d. EFAST uses either the "surface water" model, for rivers and streams, or the "still water" model, for lakes, bays, and oceans.
e. Modeling was conducted with the maximum days of release per year expected. For direct releasing facilities, a minimum of 20 days was also modeled.
f. The daily release amount was calculated from the reported annual release amount divided by the number of release days per year.
g. For releases discharging to lakes, bays, estuaries, and oceans, the acute scenario mixing zone water concentration was reported in place of the 7Q10 SWC.
h. To determine the PDM days of exceedance for still bodies of water, the release days provided by the EPA Engineers should become the days of exceedance only if the predicted surface water concentration exceeds the COC. Otherwise, the days of exceedance can be assumed to be zero.

316
317
318

319 **Table 4-5. RQs for Sediment Organisms Calculated using Monitored Environmental**
320 **Concentrations from WQX/WQP**

| Monitored Surface Water Concentrations (ppb) from 2013-2017 | RQ using Acute COC of 2,000 ppb | RQ using Chronic COC of 920 ppb |
|---|---|---|
| Mean (Standard Deviation): 0.33 (0.29) ppb | 0.0 | 0.0 |
| Maximum: 2 ppb | 0.0 | 0.0 |

321

322 **Table 4-6. RQs Sediment Organisms Calculated using Monitored Environmental Concentrations**
323 **from Published Literature**

| Monitored Surface Water Concentrations (ppb) from 2013-2017 | RQ using Acute COC of 2,000 ppb | RQ using Chronic COC of 920 ppb |
|---|---|---|
| Central tendency values:  0.0002 − 1.17 ppb | 0.00 | 0.00 |
| Maximum:  17.3 ppb | 0.01 | 0.02 |

324

325 **4.1.4   Risk Estimation for Terrestrial Organisms**

326 EPA did not quantitatively assess exposure to terrestrial organisms through soil, water, or biosolids.
327 TCE is not expected to partition to soil but is expected to volatilize to air, based on its physical-chemical
328 properties. Review of hazard data for terrestrial organisms shows potential hazard; however, physical-
329 chemical properties do not support an exposure pathway through water and soil pathways to terrestrial
330 organisms.
331

332 For terrestrial organisms, during Problem Formulation exposure pathways to these organisms through
333 water and biosolids were within scope but not further analyzed, because physical chemical properties do
334 not support these pathways. TCE is not anticipated to partition to biosolids during wastewater treatment.
335 TCE has a predicted 81% wastewater treatment removal efficiency, predominately due to volatilization
336 during aeration. Any TCE present in the water portion of biosolids following wastewater treatment and
337 land application would be expected to rapidly volatilize into air. Furthermore, TCE is not anticipated to
338 remain in soil, as it is expected to either volatilize into air or migrate through soil into groundwater. And
339 the air exposure pathway from biosolids and surface water are insignificant. Based on the Guidance for
340 Ecological Soil Screening Levels (U.S. EPA, 2003a; U.S. EPA, 2003b) document, for terrestrial
341 wildlife, relative exposures associated with inhalation and dermal exposure pathways are insignificant,
342 even for volatile substances, compared to direct ingestion and ingestion of food (by approximately
343 1,000-fold). Therefore, volatization from surface water and biosolids to air of TCE is not a concern for
344 wildlife. TCE is not expected to bioaccumulate in tissues, and concentrations will not increase from prey
345 to predator in either aquatic or terrestrial food webs.
346

347 TCE is expected to volatilize to air, based on physicochemical properties. However, the emission
348 pathways to ambient air from commercial and industrial stationary sources or associated inhalation
349 exposure of terrestrial species were out of the scope of the Risk Evaluation because stationary source
350 releases of TCE to ambient air are covered under the jurisdiction of the Clean Air Act (CAA).

## 4.2  Human Health Risks

### 4.2.1   Risk Estimation Approach

The use scenarios, populations of interest and toxicological endpoints used for acute and chronic exposures are are presented in Table 4-7.

**Table 4-7. Use Scenarios, Populations of Interest and Toxicological Endpoints Used for Acute and Chronic Exposures**

| | |
|---|---|
| **Population of Interest and Exposure Scenario** | ***Workers:*** [1]<br>Acute- Adolescent (≥16 years old to <21 years old) and adult workers exposed to TCE for a single 8-hr exposure<br>Chronic- Adolescent (≥16 years old to <21 years old) and adult workers exposed to TCE for the entire 8-hr workday for 260 days per year for 40 working years<br><br>***Occupational Non-User:***<br>Acute or Chronic- Adolescent (≥16 years old to <21 years old) and adult worker exposed to TCE indirectly by being in the same work area of the building<br>***Consumers*** [2]<br>Acute- Children (≥11 years old to <21 years old) and adult consumers exposed to TCE for a short period of time during use [3]<br>***Bystanders:***<br>Acute- Individuals of all ages exposed to TCE through consumer use of another individual. |
| **Health Effects, Concentration and Time Duration** | ***Non-Cancer Point of Departures (POD):***<br>HEC- ppm;<br>POD HECs represent 24hr values based on continuous exposure and resting respiratory rate. Exposure concentrations have been adjusted to match the time duration for inhalation exposure.<br>HECs for the best overall acute (immunosuppression) and chronic (autoimmunity) non-cancer endpoints were also derived for occupational scenarios based on 8hr daily exposure and increased respiratory rate (Section 3.2.5.4.1).<br><br>HED- mg/kg; for dermal risk estimates<br><br>***Non-Cancer Health Effects:*** [4]<br>Acute- Developmental effects and immunotoxicity<br><br>Chronic- Liver effects, kidney effects, neurological effects, immune effects, reproductive effects, and developmental effects |
| **Uncertainty Factors (UF) used in Non-Cancer Margin of Exposure (MOE) calculations** | ***Benchmark MOEs:*** Vary by endpoint; Benchmark MOE = 10 for best overall acute endpoint (immunosuppression), 30 for best overall chronic endpoint (autoimmunity)<br>***Benchmark MOE*** = $(UF_S)$ x $(UF_A)$ x $(UF_H)$ x $(UF_L)$[5] |

[1] Adult workers (>16 years old to <21 years old) include both female and male workers.
[2] EPA believes that the users of these products are generally adults, but young teenagers and even younger children may be users or be in the same room with the user while engaging in various conditions of use. Since there are not survey data for consumer behavior patterns or a way to create varying behavior patterns for different age groups, the indoor air concentrations shown in Table 4-7. Use could be extended to all users.
[3] EPA believes that the users of these products are generally adults, but young teenagers and even younger children may be users or be in the same room with the user while engaging in various conditions of use. Since there are not survey data for consumer behavior patterns or a way to create varying behavior patterns for different age groups, the indoor air concentrations could be extended to all users.
[4] Female workers of childbearing age are the population of interest for reproductive and developmental effects. For other health effects (*e.g.,* liver, kidney, etc.), healthy female or male workers were assumed to be the population of interest.
[5] $UF_S$=subchronic to chronic UF; $UF_A$=interspecies UF; $UF_H$=intraspecies UF; $UF_L$=LOAEL to NOAEL UF

358
359  The EPA uses a Margin of Exposure (MOE) approach to assess non-cancer risk. The MOE is the ratio of
360  the point of departure (POD) dose divided by the human exposure dose. The MOE is compared to the
361  benchmark MOE.  If the MOE exceeds the benchmark MOE, this indicates the potential for risk to
362  human health.
363
364  Acute or chronic MOEs ($MOE_{acute}$ or $MOE_{chronic}$) were used in this assessment to estimate non- cancer
365  risks using Equation 4-1.
366
367  **Equation 4-1. Equation to Calculate Non-Cancer Risks Following Acute or Chronic Exposures**
368  **Using Margin of Exposures**
369

370 $$MOE_{acute\ or\ chronic} = \frac{Non-cancer\ Hazard\ value\ (POD)}{Human\ Exposure}$$

371
372  Where:

|  |  |
|---|---|
| **MOE** | **= Margin of exposure (unitless)** |
| **Hazard Value (POD)** | = HEC (ppm) or HED (mg/kg) |
| **Human Exposure** | = Exposure estimate (in ppm or mg/kg) from occupational exposure assessment |
|  | = Exposure estimate (in ppm or mg/kg) from consumer exposure assessment |

373
374  Acute Concentrations (ACs) in ppm and acute Average Daily Doses (ADDs) were used to calculate
375  occupational non-cancer risks following acute inhalation or dermal exposure, respectively. Average
376  Daily Concentrations (ADC) and non-cancer chronic ADDs were used for calculating occupational non-
377  cancer risks following inhalation or dermal chronic exposure, respectively. ADD values accounted for
378  modeled evaporation, representing an estimated absorbed dose. Lifetime Average Daily Concentrations
379  (LADC) and cancer Chronic Retained Doses (CRDs) were used for calculating occupational cancer
380  risks. See Appendix M for more details on the derivation of chronic exposure values from acute
381  concentrations/doses.
382
383  Consumer risks via inhalation were calculated based on maximum Time-Weighted Average (TWAs) for
384  24h periods and consumer risks via dermal exposure were calculated based on Acute Dose Rate (ADR).
385  See Section 2.3.1.3.1 for more details on consumer exposure.
386
387

388 EPA used margin of exposures (MOEs) to estimate acute or chronic risks for non-cancer based on the
389 following:
390   • the HECs/HEDs from robust and sensitive studies that best represent each endpoint;
391   • the endpoint/study-specific UFs applied to the HECs/HEDs per EPA RfD/RfC Guidance (U.S. EPA,
392     2002); and
393   • the exposure estimates calculated for TCE uses examined in this risk assessment (see Section 2.3 -
394     Human Exposures).
395

396 MOEs allow for the presentation of a range of risk estimates. The occupational exposure scenarios
397 considered both acute and chronic exposures, while consumer exposure scenarios considered only acute
398 exposures. In general, the frequency of product use was considered to be too low to create chronic risk
399 concerns. Although Westat (1987) survey data indicate that use frequencies for a small percentage of
400 high-end product users (*i.e.,* those reflecting 95th percentile annual use frequencies) may use products up
401 to 50 times per year, available toxicological data is based on either single or continuous TCE exposure
402 and it is unknown whether these use patterns are expected to be clustered (*e.g.,* every day for several
403 weeks) or intermittent (*e.g.,* one time per week). There is uncertainty regarding the extrapolation from
404 continuous studies in animals in the case of repeated intermittent human exposures. Therefore, EPA
405 cannot fully rule out that consumers at the high-end frequency of use could possibly be at risk for chronic
406 hazard effects (Section 3.2), however it is expected to be unlikely based on these considerations.
407

408 Different adverse endpoints were used based on the expected exposure durations. For non-cancer
409 effects, risks for developmental effects were evaluated for acute (short-term) exposures, whereas risks
410 for other adverse effects (liver toxicity, kidney toxicity, neurotoxicity, immunotoxicity, reproductive
411 effects, and developmental effects) were evaluated for repeated (chronic) exposures to TCE.
412

413 The total UF for each non-cancer POD was the benchmark MOE used to interpret the MOE risk
414 estimates for each use scenario. The MOE estimate was interpreted as human health risk if the MOE
415 estimate was less than the benchmark MOE (*i.e.,* the total cumulative UF). On the other hand, the MOE
416 estimate indicated negligible concerns for adverse human health effects if the MOE estimate exceeded
417 the benchmark MOE. Typically, the larger the MOE relative to the benchmark MOE for that endpoint,
418 the more unlikely it is that a non-cancer adverse effect would occur.
419

420 Extra cancer risks for chronic exposures to TCE were estimated using Equation 4-2. Estimates of extra
421 cancer risks should be interpreted as the incremental probability of an individual developing cancer over
422 a lifetime as a result of exposure to the potential carcinogen (*i.e.,* incremental or extra individual lifetime
423 cancer risk). For purposes of this Risk Evaluation, EPA considers extra risk of $1 \times 10^{-4}$ (or 1E-4 in
424 shorthand) to be the benchmark for occupational risk estimation.
425

426 **Equation 4-2. Equation to Calculate Extra Cancer Risks**
427

428           ***Risk = Human Exposure** (LADC) × **POD** (IUR or OSF)*
429

430 Where:
431        **Risk** = Extra cancer risk (unitless)
432        **Human exposure** = Exposure estimate (ppm or mg/kg/day) from occupational exposure
433        assessment
434        **POD** = Inhalation unit risk (0.022 per ppm) or oral slope factor (0.0464 per mg/kg-day)
435

436  Risk estimates were calculated for all of the studies per health effects domain that EPA considered
437  suitable for the Risk Evaluation of acute and chronic exposure scenarios in this Risk Evaluation for
438  TCE. EPA used a previously developed peer-reviewed PBPK model in order to obtain both HECs and
439  HEDs from animal toxicological studies involving either oral or inhalation administration of TCE. The
440  PBPK model does not account for dermal exposure, so EPA relied on traditional route-to-route
441  extrapolation from oral HED values. EPA conservatively assumes 100% absorption through all routes
442  based on reasonably available toxicokinetic data. EPA did not evaluate TCE exposure through the oral
443  route because the route is out of scope for this evaluation (U.S. EPA, 2017d). The volatile properties of
444  TCE suggest that the majority of dermally deposited TCE would quickly evaporate except in occluded
445  scenarios. Therefore, inhalation is expected to be the predominant route of human exposure for most
446  conditions of use. Dermal exposure was considered for occupational scenarios while accounting for
447  evaporation according to modeling from (Kasting and Miller, 2006) (see Section 2.3.1.2.5). For
448  consumers, dermal exposure was only considered for scenarios resulting in dermal contact with impeded
449  evaporation (See Section 2.3.2.2.2).

### 4.2.1.1    Points of Departure Used in Risk Estimation

451  All PODs listed in Table 3-13 will be used for risk estimation of acute exposure scenarios. For chronic
452  exposure scenarios, due to the large number of relevant endpoints, risks will be assessed using a single
453  endpoint representative of each health domain. EPA considers all of the endpoints identified in Table
454  3-14 to be similarly relevant to human health hazard from TCE exposure. Therefore risk estimates for
455  chronic exposure scenarios will be presented for only those endpoints representing the most sensitive and
456  robust data within each health domain, with the presumption that evaluation of risks for these endpoints
457  would also account for all other less sensitive yet relevant endpoints. These PODs are presented in Table
458  4-8. For complete MOE tables displaying risk estimates for all chronic endpoints, see [*Risk Calculator*
459  *for Occupational Exposures. Docket: EPA-HQ-OPPT-2019-0500*].

461  As described in Section 3.2.5.4.1, EPA considers the POD for mortality due to immunosuppression from
462  (Selgrade and Gilmour, 2010) (referred to as simply immunosuppression in the risk tables) to be the best
463  overall endpoint for acute scenarios and autoimmunity from (Keil et al., 2009) to be the best overall non-
464  cancer endpoint for chronic scenarios. However, EPA presents risk estimates for all acute endpoints and
465  chronic health domains in Section 4.2.2 and 4.2.3 in order to more accurately describe the range of risk
466  associated with TCE exposure.

**Table 4-8. Most Sensitive Endpoints from Each Health Domain for Risk Estimation
of Chronic Exposure Scenarios**

| Target Organ / System | POD Type | Effect | HEC$_{99}$ (ppm) | HED$_{99}$ (mg/kg) | Uncertainty Factors (UFs) | Reference | Data Quality |
|---|---|---|---|---|---|---|---|
| Developmental Effects | BMDL$_{01}$ = 0.0207mg/kg-bw/day | Congenital heart defects | 0.0037 | 0.0052 | UFS=1; UFA= 3; UFH=3; UFL=1; Total UF=10 | (Johnson et al., 2003) | Medium |
| Kidney | BMDL$_{10}$ = 34 mg/kg-bw/day | Pathology changes in renal tubule | 0.025 | 0.015 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Maltoni et al., 1986) | Medium |
| Immune System | LOAEL = 0.35 mg/kg-bw/day | Autoimmunity (increased anti-dsDNA and -ssDNA antibodies) | 0.033 | 0.048 | UFS=1; UFA= 3; UFH=3; UFL=3; *Total UF=30* | (Keil et al., 2009) | High |
| Reproductive System | BMDL$_{10}$ = 1.4 ppm | Decreased normal sperm morphology and hyper-zoospermia | 0.5 | 0.73 | UFS=10; UFA= 1; UFH=3; UFL=1; *Total UF=30* | (Chia et al., 1996) | Medium |

| Nervous System | LOAEL = 12 ppm | Significant decreases in wakefulness | 4.8 | 6.5 | UFS=3; UFA= 3; UFH=3; UFL=10; *Total UF=300* | (Arito et al., 1994) | Medium |
| Liver | BMDL$_{10}$= 21.6 ppm | Increased liver/body weight ratio and cytotoxicity/hypertrophy | 9.1 | 7.9 | UFS=1; UFA= 3; UFH=3; UFL=1; *Total UF=10* | (Kjellstrand et al., 1983) | Medium |

470
471 HEC/HED$_{99}$ values will be used for risk estimation. These upper-end outputs from the PBPK model are
472 expected to be protective of susceptible subpopulations, accounting for the majority of identified
473 toxicokinetic human variability. The toxicokinetic metric of the interspecies and intraspecies uncertainty
474 factors has been eliminated based on the use of these data-derived values, resulting in a reduced UF$_A$ and
475 UF$_H$ of 3.

476 ### 4.2.2   Risk Estimation for Occupational Exposures by Exposure Scenario
477 Risk estimates via inhalation and dermal exposure are provided below for workers and ONUs following
478 acute (single day), chronic (40-year), or lifetime (78 year) TCE exposure. Inhalation risk estimates are
479 based on monitoring and/or modeling exposure data. Both are presented for exposure scenarios where
480 both data types were reasonably available. Non-cancer endpoints were applied to acute and chronic
481 exposures while cancer risk estimates are provided for adjusted lifetime exposure. For most endpoints,
482 HECs based on default PBPK parameters of continuous exposure and resting respiratory rate were used
483 for occupational risk estimates. For the best overall non-cancer endpoints of acute immunosuppression
484 and chronic autoimmunity however, risk estimates are based on derived occupational HECs (presented
485 in Table 3-16).

486
487 Although generally ONU exposures are expected to be less than workers, when sufficient data were not
488 reasonably available for quantifying ONU exposures EPA provided risk estimates for ONUs based on
489 assuming that ONU exposure may be comparable to worker central-tendency values. This is a health-
490 protective assumption. When reasonably available, inhalation risk estimates are presented based on both
491 monitoring and modeling data. Otherwise, risk estimates are presented for the type of inhalation
492 exposure data that was reasonably available. All dermal risk estimates are based on modeling data as
493 discussed in Section 2.3.1.2.5.  For details on the exposure estimates for each exposure scenario, see
494 Section 2.3.1.

495
496 For occupational scenarios, EPA evaluated the impact of potential respirator use based on respirator
497 APF of 10 and 50 in the below tables. The calculated non-cancer MOE or extra cancer risk with
498 respirator use is then compared to the benchmark MOE to determine the level of APF required to
499 mitigate risk for all health domains. EPA does not evaluate respirator use for occupational non-users
500 because they do not directly handle TCE and EPA assumes that they are unlikely to consistently wear
501 respirators. In addition, EPA believes small commercial facilities performing spot cleaning, wipe
502 cleaning, and other related commercial uses as well as commercial printing and copying are unlikely to
503 have a respiratory protection program. For dermal protection, EPA evaluated the impact of glove use up
504 to the maximum possible PF of 20 for industrial scenarios and PF of 10 for commercial scenarios (see
505 Table 2-20). For complete MOE tables displaying risk estimates for all endpoints and all PPE options,
506 see [*Risk Calculator for Occupational Exposures. Docket: EPA-HQ-OPPT-2019-0500*].

507
508 EPA considered the reasonably available data for estimating exposures for each OES. EPA also
509 determined whether air-supplied respirator use up to APF = 50 was plausible for those OES based on
510 expert judgement and reasonably available information. Table 4-9 presents this information below,
511 which is considered in the risk characterization for each OES in the following sections.
512

513    EPA did not assume respirator or glove use for the following occupational scenarios:
514    • **_Dry Cleaning; Spot Cleaner, Stain Remover_**: Many dry cleaning shops are small, family -owned
515    businesses and are unlikely to have a respiratory protection program or regularly employ dermal
516    protection.
517    • **_Commercial Copying and Printing:_** Many copying and printing shops are small, family -owned
518    businesses and are unlikely to have a respiratory protection program or regularly employ dermal
519    protection.
520    • **_Other Commercial Uses:_** Due to unknown facilities and operations and the likelihood that
521    commercial operations will be family-owned businesses, EPA believes these facilities are unlikely to
522    have a respiratory protection program or regularly employ dermal protection.
523
524    **Table 4-9. Inhalation Exposure Data Summary and PPE Use Determination**

| Occupational Exposure Scenario | Inhalation Exposure Approach | Number of Data Points | Model Used | Approach for ONUs | Respirator/ Glove Use | Industrial or Commercial OES |
|---|---|---|---|---|---|---|
| Domestic Manufacture | Monitoring Data | 50 (8-hr TWA) | N/A – monitoring data only | None Established | Assumed | Industrial |
| Processing as a Reactant | Surrogate Monitoring Data | 50 (8-hr TWA) | N/A – monitoring data only | None Established | Assumed | Industrial |
| Batch Open Top Vapor Degreasing | Monitoring Data and Modeling | 108 (8-hr TWA), 1 (12-hr TWA) | Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model | Monitoring Data and Modeling | Assumed | Industrial/ Commercial |
| Batch Closed-Loop Vapor Degreasing | Monitoring Data | 19 (8-hr TWA) | N/A – monitoring data only | None Established | Assumed | Industrial |
| Conveyorized Vapor Degreasing | Monitoring Data and Modeling | 18 (8-hr TWA) | Conveyorized Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model | Far-field model results | Assumed | Industrial |
| Web Vapor Degreasing | Modeling | N/A – model only | Web Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model | Far-field model results | Assumed | Industrial |
| Cold Cleaning | Modeling | N/A – model only | Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model | Far-field model results | Assumed | Industrial |
| Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases | Modeling | N/A – model only | Brake Servicing Near-field/Far-field Exposure Model | Far-field model results | Assumed | Commercial |

| Occupational Exposure Scenario | Inhalation Exposure Approach | Number of Data Points | Model Used | Approach for ONUs | Respirator/ Glove Use | Industrial or Commercial OES |
|---|---|---|---|---|---|---|
| Spot Cleaning, Wipe Cleaning and Carpet Cleaning | Monitoring Data and Modeling | 8 (8-hr TWA), 1 (12-hr TWA) | Spot Cleaning Near-Field/Far-Field Inhalation Exposure Model | Far-field model results | Not expected | Commercial |
| Formulation of Aerosol and Non-Aerosol Products | Surrogate Monitoring Data | 33 (8-hr TWA) | N/A – monitoring data only | None Established | Assumed | Industrial |
| Repackaging | Monitoring Data | 33 (8-hr TWA) | N/A – monitoring data only | None Established | Assumed | Industrial |
| Metalworking Fluids | Monitoring Data and Modeling | 3 (8-hour TWA) | 2011 ESD on Use of Metalworking Fluids | None Established | Assumed | Industrial |
| Adhesives, Sealants, Paints, and Coatings (Commercial) | Surrogate Monitoring Data | 22 (8-hr TWA), 2 (8-hr TWA, ONU) | N/A – monitoring data only | Monitoring Data | Assumed | Commercial |
| Adhesives, Sealants, Paints, and Coatings (Industrial) | Monitoring Data | 22 (8-hr TWA), 2 (8-hr TWA, ONU) | N/A – monitoring data only | Monitoring Data | Assumed | Industrial |
| Industrial Processing Aid | Monitoring Data | 30 (12-hr TWA), 4 (12-hr TWA, ONU) | N/A – monitoring data only | Monitoring Data | Assumed | Industrial |
| Commercial Printing and Copying | Monitoring Data | 20 (8-hr TWA) | N/A – monitoring data only | Monitoring Data | Not expected | Commercial |
| Other Industrial Uses | Surrogate Monitoring Data | 50 (8-hr TWA) | N/A – monitoring data only | Monitoring Data | Assumed | Industrial |
| Other Commercial Uses | Monitoring Data and Modeling | 8 (8-hr TWA), 1 (12-hr TWA) | Spot Cleaning Near-Field/Far-Field Inhalation Exposure Model | Far-field model results | Not expected | Commercial |
| Process Solvent Recycling and Worker Handling of Wastes | Surrogate Monitoring Data | 33 (8-hr TWA) | N/A – monitoring data only | None Established | Assumed | Industrial |

525

526

## Table 4-10. Occupational Risk Estimation – Manufacturing

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) No PPE Worker MOE | Inhalation APF = 10 Worker MOE | Inhalation APF = 50 Worker MOE | Inhalation No PPE ONU MOE[1] | Dermal (Modeling) No PPE Worker MOE | Dermal Glove PF=5 Worker MOE | Dermal Glove PF=10 Worker MOE | Dermal Glove PF=20 Worker MOE |
|---|---|---|---|---|---|---|---|---|---|---|
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **4.5E-03** | **4.5E-02** | **0.23** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **9.7E-02** | **0.97** | 4.8 | **9.7E-02** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **3.7** | **36.6** | 183.0 | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **78.3** | 782.6 | 3,913.0 | **78.3** | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 28.1 | 280.6 | 1,403.0 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 600.0 | 6,000.0 | 30,000.0 | 600.0 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression – Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **0.95** | **9.5** | 47.6 | - | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | 20.3 | 203.5 | 1,017.4 | 20.3 | **1.7** | **8.7** | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 16.2 | 162.1 | 810.5 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 346.6 | 3,465.9 | 17,329.6 | 346.6 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Mallott et al., 1986) | 10 | High End | **4.5E-02** | **0.45** | **2.2** | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **0.95** | **9.5** | 47.6 | **0.95** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **8.5** | **85.5** | 427.5 | - | **4.1** | 20.6 | 41.2 | 82.4 |
| | | Central Tendency | 182.8 | 1,828.2 | 9,140.9 | 182.8 | **12.4** | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **0.89** | **8.9** | 44.5 | - | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **19.0** | 190.4 | 952.2 | **19.0** | **1.4** | **6.9** | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **6.6E-03** | **6.6E-02** | **0.33** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **0.14** | **1.4** | 7.0 | **0.14** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **4.9E-02** | **0.49** | **2.5** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **1.1** | 10.5 | 52.7 | **1.1** | **9.1E-02** | **0.46** | **0.91** | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **6.3E-03** | **6.3E-04** | **1.3E-04** | - | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **2.3E-04** | 2.3E-05 | 4.6E-06 | **2.3E-04** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are considered plausible for this exposure scenario.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

527  MOE results for *Manufacturing* utilized monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-10.
528
529
530  Acute Non-Cancer Risk Estimates:
531  MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both
532  inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates
533  were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for congenital heart defects at both
534  exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.
535
536  Chronic Non-Cancer Risk Estimates:
537  MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both
538  inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates
539  were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for multiple endpoints at high-end
540  inhalation exposure and for multiple endpoints at both high-end and central tendency inhalation exposure even when assuming the highest
541  plausible APF. MOEs remained below the benchmark MOE for multiple endpoints at both dermal exposure levels even when assuming the
542  highest plausible glove PF.
543
544  Cancer Risk Estimates:
545  Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both
546  inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates
547  were applied as an approximation of likely ONU exposures. Risk estimates remained above the benchmark for cancer at high-end inhalation
548  exposure even when assuming the highest plausible APF. Risk estimates remained above the benchmark for multiple endpoints at both dermal
549  exposure levels even when assuming the highest plausible glove PF.
550

551     Table 4-11. Occupational Risk Estimation – Processing as a Reactant

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE [1] | Dermal (Modeling) No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
|---|---|---|---|---|---|---|---|---|---|---|
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **4.5E-03** | **4.5E-02** | **0.23** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **9.7E-02** | **0.97** | **4.8** | **9.7E-02** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **3.7** | **36.6** | 183.0 | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **78.3** | 782.6 | 3,913.0 | **78.3** | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 28.1 | 280.6 | 1,403.0 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 600.0 | 6,000.0 | 30,000.0 | 600.0 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **0.95** | **9.5** | 47.6 | - | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | 20.3 | 203.5 | 1,017.4 | 20.3 | **1.7** | **8.7** | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 16.2 | 162.1 | 810.5 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 346.6 | 3,465.9 | 17,329.6 | 346.6 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Mattoni et al., 1986) | 10 | High End | **4.5E-02** | **0.45** | **2.2** | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **0.95** | **9.5** | 47.6 | **0.95** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **8.5** | **85.5** | 427.5 | - | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **182.8** | 1,828.2 | 9,140.9 | **182.8** | **12.4** | **61.8** | **123.5** | **247.1** |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **0.89** | **8.9** | 44.5 | - | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **19.0** | 190.4 | 952.2 | **19.0** | **1.4** | **6.9** | **13.9** | **27.7** |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **6.6E-03** | **6.6E-02** | **0.33** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **0.14** | **1.4** | **7.0** | **0.14** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **4.9E-02** | **0.49** | **2.5** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **1.1** | **10.5** | 52.7 | **1.1** | **9.1E-02** | **0.46** | **0.91** | **1.8** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **6.3E-03** | **6.3E-04** | **1.3E-04** | - | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **2.3E-04** | 2.3E-05 | 4.6E-06 | **2.3E-04** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are considered plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

552
553
554
555
556
557
558
559
560
561
562
563
564
565
566
567
568
569
570
571
572
573
574
575
576

MOE results for *Processing as a Reactant* utilized monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-11.

Acute Non-Cancer Risk Estimates:
MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for congenital heart defects at both exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

Chronic Non-Cancer Risk Estimates:
MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for multiple endpoints at high-end inhalation exposure and for multiple endpoints at both high-end and central tendency inhalation exposure even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for multiple endpoints at both dermal exposure levels even when assuming the highest plausible glove PF.

Cancer Risk Estimates:
Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. Risk estimates remained above the benchmark for cancer at high-end inhalation exposure even when assuming the highest plausible APF. Risk estimates remained above the benchmark for cancer at high-end and central dermal exposure even when assuming the highest plausible glove PF.

Page **311** of **803**

577

## Table 4-12. Occupational Risk Estimation – Batch Open Top Vapor Degreasing – Inhalation Monitoring Data

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **1.4E-04** | **1.4E-03** | **7.1E-03** | **1.2E-03** | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **8.0E-04** | **8.0E-03** | **4.0E-02** | **1.0E-02** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **0.12** | **1.2** | **5.8** | **0.99** | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **0.65** | **6.5** | **32.6** | **8.1** | **5.3** | **26.7** | **53.4** | **106.7** |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | **0.89** | **8.9** | 44.4 | **7.6** | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | **5.0** | 50.0 | 250.0 | 62.3 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **3.0E-02** | **0.30** | **1.5** | **0.26** | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | **0.17** | **1.7** | **8.5** | **2.1** | **1.7** | **8.7** | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | **0.51** | **5.1** | 25.6 | **4.4** | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | **2.9** | 28.9 | 144.4 | 36.0 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **1.4E-03** | **1.4E-02** | **7.0E-02** | **1.2E-02** | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **7.9E-03** | **7.9E-02** | **0.40** | **9.9E-02** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **0.27** | **2.7** | **13.5** | **2.3** | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **1.5** | **15.2** | **76.2** | **19.0** | **12.4** | **61.8** | **123.5** | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **2.8E-02** | **0.28** | **1.4** | **0.24** | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **0.16** | **1.6** | **7.9** | **2.0** | **1.4** | **6.9** | **13.9** | **27.7** |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **2.1E-04** | **2.1E-03** | **1.0E-02** | **1.8E-03** | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **1.2E-03** | **1.2E-02** | **5.9E-02** | **1.5E-02** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **1.6E-03** | **1.6E-02** | **7.8E-02** | **1.3E-02** | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **8.8E-03** | **8.8E-02** | **0.44** | **0.11** | **9.1E-02** | **0.46** | **0.91** | **1.8** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10$^{-4}$ | High End | **0.20** | **2.0E-02** | **4.0E-03** | **2.3E-02** | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **2.8E-02** | **2.8E-03** | **5.5E-04** | **2.2E-03** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

578

**Table 4-13. Occupational Risk Estimation – Batch Open Top Vapor Degreasing - Inhalation Modeling Data**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) | | | No PPE ONU MOE [1] | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE: NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 2.9E-05 | 2.9E-04 | 1.4E-03 | 4.7E-05 | 2.3E-03 | 1.1E-02 | 2.3E-02 | 4.5E-02 |
| | | Central Tendency | 3.2E-04 | 3.2E-03 | 1.6E-02 | 6.1E-04 | 6.8E-03 | 3.4E-02 | 6.8E-02 | 0.14 |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 2.3E-02 | 0.23 | 1.2 | 3.8E-02 | 1.8 | 8.9 | 17.8 | 35.6 |
| | | Central Tendency | 0.26 | 2.6 | 12.9 | 0.50 | 5.3 | 26.7 | 53.4 | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 0.18 | 1.8 | 8.9 | 0.29 | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 2.0 | 19.8 | 99.1 | 3.8 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 6.0E-03 | 6.0E-02 | 0.30 | 9.9E-03 | 0.58 | 2.9 | 5.8 | 11.6 |
| | | Central Tendency | 6.7E-02 | 0.67 | 3.4 | 0.13 | 1.7 | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 0.10 | 1.0 | 5.1 | 0.17 | 5.0 | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 1.1 | 11.4 | 57.2 | 2.2 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | 2.8E-04 | 2.8E-03 | 1.4E-02 | 4.6E-04 | 9.5E-03 | 4.8E-02 | 9.5E-02 | 0.19 |
| | | Central Tendency | 3.1E-03 | 3.1E-02 | 0.16 | 6.0E-03 | 2.9E-02 | 0.14 | 0.29 | 0.57 |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 5.4E-02 | 0.54 | 2.7 | 8.9E-02 | 4.1 | 20.6 | 41.2 | 82.4 |
| | | Central Tendency | 0.60 | 6.0 | 30.2 | 1.2 | 12.4 | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 5.6E-03 | 5.6E-02 | 0.28 | 9.3E-03 | 0.46 | 2.3 | 4.6 | 9.2 |
| | | Central Tendency | 6.3E-02 | 0.63 | 3.1 | 0.12 | 1.4 | 6.9 | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 4.2E-05 | 4.2E-04 | 2.1E-03 | 6.9E-05 | 3.3E-03 | 1.6E-02 | 3.3E-02 | 6.6E-02 |
| | | Central Tendency | 4.6E-04 | 4.6E-03 | 2.3E-02 | 8.9E-04 | 9.9E-03 | 4.9E-02 | 9.9E-02 | 0.20 |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 3.1E-04 | 3.1E-03 | 1.6E-02 | 5.1E-04 | 3.0E-02 | 0.15 | 0.30 | 0.61 |
| | | Central Tendency | 3.5E-03 | 3.5E-02 | 0.17 | 6.7E-03 | 9.1E-02 | 0.46 | 0.91 | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10^-4 | High End | 0.78 | 7.8E-02 | 1.6E-02 | 0.46 | 3.8E-02 | 7.5E-03 | 3.8E-03 | 1.9E-03 |
| | | Central Tendency | 6.5E-02 | 6.5E-03 | 1.3E-03 | 3.4E-02 | 9.7E-03 | 1.9E-03 | 9.7E-04 | 4.9E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are considered plausible for this exposure scenario.

579

580  MOE results for *Batch Open Top Vapor Degreasing* utilized both monitoring and modeling inhalation exposure data (with dermal modeling).
581  Results are presented in Table 4-12 and Table 4-13.
582
583
584  Acute Non-Cancer Risk Estimates:
585  Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for all endpoints at both high-end and
586  central tendency exposure levels via both inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple
587  endpoints based on monitoring and for all endpoints based on modeling at both high-end and central tendency inhalation exposure levels.
588  Based on both monitoring and modeling data, MOEs remained below the benchmark MOE for multiple endpoints at both inhalation exposure
589  levels even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for congenital heart defects at both
590  dermal exposure levels even when assuming the highest plausible glove PF protection.
591
592  Chronic Non-Cancer Risk Estimates:
593  Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for all endpoints at both high-end and
594  central tendency exposure levels via both inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple
595  endpoints based on monitoring and for all endpoints based on modeling at both high-end and central tendency inhalation exposure levels.
596  Based on both monitoring and modeling data, MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via
597  dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.
598
599  Cancer Risk Estimates:
600  Based on both monitoring and modeling data, extra risk estimates for workers were above the benchmark level for cancer at both high-end
601  and central tendency exposure levels via both inhalation and dermal routes. Based on both monitoring and modeling data, risk estimates for
602  ONUs were also above the benchmark for cancer at both high-end and central tendency inhalation exposure levels. Based on both monitoring
603  and modeling data, risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes even
604  when assuming the highest plausible APF and glove PF protection.
605
606  OSHA PEL considerations
607  The OSHA PEL for TCE is 100 ppm (8hr TWA). The monitoring dataset for this OES included some data points above the PEL value. In an
608  alternative approach, EPA calculated central tendency and high end values for the measurements lower than the PEL. This resulted in a
609  reduction of the high-end acute exposure estimate from 25.9 ppm to 19.2 ppm and the central tendency acute exposure estimate from 4.6 ppm
610  to 4.3 ppm. Chronic high-end and central tendency exposures are reduced from 17.8 ppm and 3.2 ppm to 13.17 ppm and 2.92 ppm,
611  respectively. Lifetime exposures are reduced from 9.1 ppm and 1.23 ppm to 6.8 ppm and 1.2 ppm, respectively. The reduced exposures do not
612  significantly affect the risk estimates, since exposures were only reduced by up to ~30%. Based on PEL-capped exposure estimates, the
613  central tendency MOE for the acute immunosuppression endpoint (with benchmark MOE = 10) is 0.18 and the central tendency MOE for the
614  chronic autoimmunity endpoint (with benchmark MOE = 30) is 9.5E-03. The central tendency cancer extra risk (benchmark = 1E-04) is 2.6E-
615  02. Therefore, the MOEs remain orders of magnitude below the benchmark MOE (or above the benchmark for cancer risk) when using only
616  PEL-capped exposure estimates. Risks also remain at these endpoints for ONUs. Full details are provided in [*Occupational Risk Estimate*
617  *Calculator. Docket #* EPA-HQ-OPPT-2019-0500].

Table 4-14. Occupational Risk Estimation – Batch Closed-Loop Vapor Degreasing

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **7.6E-03** | **7.6E-02** | **0.38** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **2.4E-02** | **0.24** | **1.2** | **2.4E-02** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **6.2** | **61.9** | **309.5** | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **19.7** | **196.6** | 983.0 | **19.7** | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 47.5 | 474.5 | 2,372.5 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 150.7 | 1,507.3 | 7,536.5 | 150.7 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **1.6** | 16.1 | 80.5 | - | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | **5.1** | 51.1 | 255.6 | **5.1** | **1.7** | **8.7** | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 27.4 | 274.1 | 1,370.5 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 87.1 | 870.7 | 4,353.5 | 87.1 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **7.5E-02** | **0.75** | **3.8** | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **0.24** | **2.4** | 12.0 | **0.24** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **14.5** | **144.6** | **722.9** | - | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **45.9** | **459.3** | **2,296.3** | **45.9** | **12.4** | **61.8** | **123.5** | **247.1** |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **4.8** | 47.8 | 239.2 | **4.8** | **1.4** | **6.9** | 13.9 | 27.7 |
| | | Central Tendency | **1.5** | **15.1** | 75.3 | - | **0.46** | **2.3** | **4.6** | **9.2** |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **1.1E-02** | **0.11** | **0.56** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **3.5E-02** | **0.35** | **1.8** | **3.5E-02** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **8.3E-02** | **0.83** | **4.2** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **0.26** | **2.6** | 13.2 | **0.26** | **9.1E-02** | **0.46** | **0.91** | **1.8** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **3.7E-03** | **3.7E-04** | 7.5E-05 | - | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **9.1E-04** | 9.1E-05 | 1.8E-05 | **9.1E-04** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

618

619
620
621
622
623   MOE results for *Batch Closed-Loop Vapor Degreasing* utilized monitoring inhalation exposure data (with dermal modeling) and are
        presented in Table 4-14.

624   Acute Non-Cancer Risk Estimates:
625   MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both
626   inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, central tendency worker estimates were
627   applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for congenital heart defects at both
628   exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

629   Chronic Non-Cancer Risk Estimates:
630   MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both
631   inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, central tendency worker estimates were
632   applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for multiple endpoints at high-end
633   inhalation exposure and for immunotoxicity at both high-end and central tendency inhalation exposure even when assuming the highest
634   plausible APF. MOEs remained below the benchmark MOE for multiple endpoints at both dermal exposure levels even when assuming the
635   highest plausible glove PF.
636

637   Cancer Risk Estimates:
638   Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both
639   inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, central tendency worker estimates were
640   applied as an approximation of likely ONU exposures. Risk estimates were not above the benchmark for high-end inhalation exposure when
641   assuming APF = 50 or for central tendency inhalation exposure when assuming APF = 10. Risk estimates remained above the benchmark for
642   multiple endpoints at both dermal exposure levels even when assuming the highest plausible glove PF.
643
644
645

646

**Table 4-15. Occupational Risk Estimation – Conveyorized Vapor Degreasing – Inhalation Monitoring Data**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **2.3E-04** | **2.3E-03** | **1.1E-02** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **3.4E-04** | **3.4E-03** | **1.7E-02** | **3.4E-04** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **0.19** | **1.9** | **9.3** | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **0.28** | **2.8** | **13.9** | **0.28** | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | **1.4** | 14.3 | 71.4 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | **2.1** | 21.3 | 106.5 | **2.1** | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **4.8E-02** | **0.48** | **2.4** | - | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | **7.2E-02** | **0.72** | **3.6** | **7.2E-02** | **1.7** | **8.7** | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | **0.83** | 8.3 | 41.3 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | **1.2** | 12.3 | 61.5 | **1.2** | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **2.3E-03** | **2.3E-02** | **0.11** | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **3.4E-03** | **3.4E-02** | **0.17** | **3.4E-03** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **0.44** | **4.4** | **21.8** | - | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **0.65** | **6.5** | **32.5** | **0.65** | **12.4** | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **4.5E-02** | **0.45** | **2.3** | - | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **6.8E-02** | **0.68** | **3.4** | **6.8E-02** | **1.4** | **6.9** | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **3.4E-04** | **3.4E-03** | **1.7E-02** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **5.0E-04** | **5.0E-03** | **2.5E-02** | **5.0E-04** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **2.5E-03** | **2.5E-02** | **0.13** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **3.7E-03** | **3.7E-02** | **0.19** | **3.7E-03** | **9.1E-02** | **0.46** | **0.91** | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10$^{-4}$ | High End | **0.12** | **1.2E-02** | **2.5E-03** | - | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **6.5E-02** | **6.5E-03** | **1.3E-03** | **6.5E-02** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

647

**Table 4-16. Occupational Risk Estimation – Conveyorized Vapor Degreasing – Inhalation Modeling Data**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 3.6E-06 | 3.6E-05 | 1.8E-04 | 5.9E-06 | 2.3E-03 | 1.1E-02 | 2.3E-02 | 4.5E-02 |
| | | Central Tendency | 2.7E-04 | 2.7E-03 | 1.4E-02 | 2.1E-02 | 3.8E-02 | 3.4E-02 | 6.8E-02 | 0.14 |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 3.0E-03 | 3.0E-02 | 0.15 | 4.8E-03 | 1.8 | 8.9 | 17.8 | 35.6 |
| | | Central Tendency | 0.22 | 2.2 | 11.0 | 0.39 | 5.3 | 26.7 | 53.4 | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 2.3E-02 | 0.23 | 1.1 | 3.7E-02 | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 1.7 | 16.9 | 84.6 | 3.0 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 7.7E-04 | 7.7E-03 | 3.8E-02 | 1.2E-03 | 0.58 | 2.9 | 5.8 | 11.6 |
| | | Central Tendency | 5.7E-02 | 0.57 | 2.9 | 0.10 | 1.7 | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 1.3E-02 | 0.13 | 0.65 | 2.1E-02 | 5.0 | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 0.98 | 9.8 | 48.8 | 1.7 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | 3.6E-05 | 3.6E-04 | 1.8E-03 | 5.8E-05 | 9.5E-03 | 4.8E-02 | 9.5E-02 | 0.19 |
| | | Central Tendency | 2.7E-03 | 2.7E-02 | 0.13 | 4.7E-03 | 2.9E-02 | 0.14 | 0.29 | 0.57 |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 6.9E-03 | 6.9E-02 | 0.35 | 1.1E-02 | 4.1 | 20.6 | 41.2 | 82.4 |
| | | Central Tendency | 0.52 | 5.2 | 25.8 | 0.90 | 12.4 | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 7.2E-04 | 7.2E-03 | 3.6E-02 | 1.2E-03 | 0.46 | 2.3 | 4.6 | 9.2 |
| | | Central Tendency | 5.4E-02 | 0.54 | 2.7 | 9.4E-02 | 1.4 | 6.9 | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 5.3E-06 | 5.3E-05 | 2.7E-04 | 8.6E-06 | 3.3E-03 | 1.6E-02 | 3.3E-02 | 6.6E-02 |
| | | Central Tendency | 4.0E-04 | 4.0E-03 | 2.0E-02 | 6.9E-04 | 9.9E-03 | 4.9E-02 | 9.9E-02 | 0.20 |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 4.0E-05 | 4.0E-04 | 2.0E-03 | 6.5E-05 | 3.0E-02 | 0.15 | 0.30 | 0.61 |
| | | Central Tendency | 3.0E-03 | 3.0E-02 | 0.15 | 5.2E-03 | 9.1E-02 | 0.46 | 0.91 | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | $1 \times 10^{-4}$ | High End | 6.1 | 0.61 | 0.12 | 3.7 | 3.8E-02 | 7.5E-03 | 3.8E-03 | 1.9E-03 |
| | | Central Tendency | 0.12 | 1.2E-02 | 2.3E-03 | 5.2E-03 | 9.7E-03 | 1.9E-03 | 9.7E-04 | 4.9E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

648

649
650 MOE results for *Conveyorized Vapor Degreasing* utilized both monitoring and modeling inhalation exposure data (with dermal modeling).
651 Results are presented in Table 4-15 and Table 4-16.
652
653 Acute Non-Cancer Risk Estimates:
654 Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for all endpoints at both high-end and
655 central tendency exposure levels via inhalation and for most endpoints via the dermal route. EPA is unable to estimate ONU exposures
656 separately from workers based on monitoring data, central tendency worker estimates were applied as an approximation of likely ONU
657 exposures. ONU risk estimates were below the benchmark MOE for all endpoints at both high-end and central tendency inhalation exposure
658 levels based on modeling data. Based on both monitoring and modeling data, MOEs remained below the benchmark MOE for multiple
659 endpoints at both inhalation exposure levels even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for
660 congenital heart defects at both dermal exposure levels even when assuming the highest plausible glove PF protection.
661
662 Chronic Non-Cancer Risk Estimates:
663 Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for all endpoints at both high-end and
664 central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers
665 based on monitoring data, central tendency worker estimates were applied as an approximation of likely ONU exposures. ONU risk estimates
666 were below the benchmark MOE for all endpoints at both high-end and central tendency inhalation exposure levels based on modeling data.
667 Based on both monitoring and modeling data, MOEs remained below the benchmark MOE for multiple
668 dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.
669
670 Cancer Risk Estimates:
671 Based on both monitoring and modeling data, extra risk estimates for workers were above the benchmark level for cancer at both high-end
672 and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from
673 workers based on monitoring data, central tendency worker estimates were applied as an approximation of likely ONU exposures. ONU risk
674 estimates were above the benchmark at both high-end and central tendency inhalation exposure levels based on modeling data. Based on both
675 monitoring and modeling data, risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation
676 routes even when assuming the highest plausible APF and glove PF protection.
677
678
679
680

681

## Table 4-17. Occupational Risk Estimation – Web Vapor Degreasing

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE | Dermal (Modeling) No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
|---|---|---|---|---|---|---|---|---|---|---|
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 7.9E-04 | 7.9E-03 | 3.9E-02 | 1.2E-03 | 2.3E-03 | 1.1E-02 | 2.3E-02 | 4.5E-02 |
| | | Central Tendency | 1.9E-03 | 1.9E-02 | 9.3E-02 | 3.5E-03 | 6.8E-03 | 3.4E-02 | 6.8E-02 | 0.14 |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 0.64 | 6.4 | 31.8 | 0.94 | 1.8 | 8.9 | 17.8 | 35.6 |
| | | Central Tendency | 1.5 | 15.1 | 75.7 | 2.9 | 5.3 | 26.7 | 53.4 | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 4.9 | 48.8 | 244.0 | 7.2 | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 11.6 | 116.1 | 580.4 | 22.1 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression - Immunotoxicity (Selgrade and Gilmour, 2010) | 10 | High End | 0.17 | 1.7 | 8.3 | 0.24 | 0.58 | 2.9 | 5.8 | 11.6 |
| | | Central Tendency | 0.39 | 3.9 | 19.7 | 0.75 | 1.7 | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 2.8 | 28.2 | 140.9 | 4.2 | 5.0 | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 6.7 | 67.1 | 335.3 | 12.7 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | 7.7E-03 | 7.7E-02 | 0.39 | 1.1E-02 | 9.5E-03 | 4.8E-02 | 9.5E-02 | 0.19 |
| | | Central Tendency | 1.8E-02 | 0.18 | 0.92 | 3.5E-02 | 2.9E-02 | 0.14 | 0.29 | 0.57 |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 1.5 | 14.9 | 74.3 | 2.2 | 4.1 | 20.6 | 41.2 | 82.4 |
| | | Central Tendency | 3.5 | 35.4 | 176.8 | 6.7 | 12.4 | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 0.15 | 1.5 | 7.7 | 0.23 | 0.46 | 2.3 | 4.6 | 9.2 |
| | | Central Tendency | 0.37 | 3.7 | 18.4 | 0.70 | 1.4 | 6.9 | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 1.1E-03 | 1.1E-02 | 5.7E-02 | 1.7E-03 | 3.3E-03 | 1.6E-02 | 3.3E-02 | 6.6E-02 |
| | | Central Tendency | 2.7E-03 | 2.7E-02 | 0.14 | 5.2E-02 | 9.9E-03 | 4.9E-02 | 9.9E-02 | 0.20 |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 8.6E-03 | 8.6E-02 | 0.43 | 1.3E-02 | 3.0E-02 | 0.15 | 0.30 | 0.61 |
| | | Central Tendency | 2.0E-02 | 0.20 | 1.0 | 3.9E-02 | 9.1E-02 | 0.46 | 0.91 | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | 2.9E-02 | 2.9E-03 | 5.8E-04 | 1.9E-02 | 3.8E-02 | 7.5E-03 | 3.8E-03 | 1.9E-03 |
| | | Central Tendency | 1.1E-02 | 1.1E-02 | 2.3E-04 | 5.9E-03 | 9.7E-03 | 1.9E-03 | 9.7E-04 | 4.9E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

682

683
684
685
686 MOE results for *Web Vapor Degreasing* utilized modeling inhalation exposure data (with dermal modeling) and are presented in Table 4-17.

687 Acute Non-Cancer Risk Estimates:
688 MOEs for workers were below the benchmark MOE for most endpoints at both high-end and central tendency exposure levels via inhalation
689 and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at the central tendency inhalation exposure
690 level. MOEs remained below the benchmark MOE for multiple endpoints at both inhalation exposure levels even when assuming the highest
691 plausible APF. MOEs remained below the benchmark MOE for congenital heart defects at both dermal exposure levels even when assuming
692 the highest plausible glove PF protection.

693 Chronic Non-Cancer Risk Estimates:
694 MOEs for workers were below the benchmark MOE for all endpoints at both high-end and central tendency exposure levels via both
695 inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at the central tendency inhalation
696 exposure level. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal and inhalation routes
697 even when assuming the highest plausible APF and glove PF protection.

698
699 Cancer Risk Estimates:
700 Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both
701 inhalation and dermal routes. Risk estimates for ONUs were also above the benchmark for cancer at the central tendency inhalation exposure
702 level. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes even when assuming
703 the highest plausible APF and glove PF protection.
704
705
706
707
708

709

710

**Table 4-18. Occupational Risk Estimation - Cold Cleaning**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **1.9E-04** | **1.9E-03** | **9.7E-03** | **3.2E-04** | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **3.3E-03** | **3.3E-02** | **0.17** | **6.0E-03** | **6.8E-02** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **0.16** | **1.6** | **7.9** | **0.26** | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **2.7** | **27.0** | **135.1** | **4.9** | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narosky et al., 1995) | 10 | High End | **1.2** | 12.1 | 60.3 | **2.0** | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 20.7 | 207.2 | 1,036.0 | 37.5 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **4.1E-02** | **0.41** | **2.0** | **6.7E-02** | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | **0.70** | 7.0 | 35.1 | 1.3 | 1.7 | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | **0.69** | **6.9** | 34.7 | **1.2** | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 12.0 | 119.7 | 598.7 | 21.7 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **1.9E-03** | **1.9E-02** | **9.5E-02** | **3.2E-03** | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **3.3E-02** | **0.33** | **1.6** | **6.0E-02** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **0.37** | **3.7** | **18.3** | **0.61** | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **6.3** | **63.2** | **315.8** | **11.4** | **12.4** | **61.8** | **123.5** | **247.1** |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **3.8E-02** | **0.38** | **1.9** | **6.3E-02** | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **0.66** | **6.6** | 32.9 | **1.2** | **1.4** | **6.9** | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **2.8E-04** | **2.8E-03** | **1.4E-02** | **4.7E-04** | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **4.9E-03** | **4.9E-02** | **0.24** | **8.8E-03** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **2.1E-03** | **2.1E-02** | **0.11** | **3.5E-03** | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **3.6E-02** | **0.36** | **1.8** | **6.6E-02** | **9.1E-02** | **0.46** | **0.91** | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **0.11** | **1.1E-02** | **2.3E-03** | **6.9E-02** | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **6.2E-03** | **6.2E-04** | **1.2E-04** | **3.3E-03** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

711
712
713

MOE results for *Cold Cleaning* utilized modeling inhalation exposure data (with dermal modeling) and are presented in Table 4-18.

714
715
716
717
718
719

Acute Non-Cancer Risk Estimates:

MOEs for workers were below the benchmark MOE for most endpoints at both high-end and central tendency exposure levels via inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central tendency inhalation exposure levels. MOEs remained below the benchmark MOE for congenital heart defects at both exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

720
721
722
723
724
725

Chronic Non-Cancer Risk Estimates:

MOEs for workers were below the benchmark MOE for most endpoints at both high-end and central tendency exposure levels via both inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

726
727
728
729
730
731
732

Cancer Risk Estimates:

Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both inhalation and dermal routes. Risk estimates for ONUs were also above the benchmark for cancer at both high-end and central tendency inhalation exposure levels. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

733

## Table 4-19. Occupational Risk Estimation - Aerosol Applications

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 4.6E-04 | 4.6E-03 | 2.3E-02 | 1.1E-02 | 1.4E-03 | 7.2E-03 | 1.4E-02 | 2.9E-02 |
| | | Central Tendency | 1.5E-03 | 1.5E-02 | 7.3E-02 | 7.9E-02 | 4.3E-03 | 2.2E-02 | 4.3E-02 | 8.6E-02 |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 0.38 | 3.8 | 18.8 | 8.7 | 1.1 | 5.7 | 11.3 | 22.7 |
| | | Central Tendency | 1.2 | 11.8 | 59.0 | 64.3 | 3.4 | 17.0 | 34.0 | 68.0 |
| Developmental - Mortality (Navotsky et al., 1995) | 10 | High End | 2.9 | 28.8 | 143.9 | 66.3 | 7.7 | 38.7 | 77.4 | 154.8 |
| | | Central Tendency | 9.0 | 90.4 | 452.2 | 492.9 | 23.2 | 116.1 | 232.2 | 464.3 |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 9.8E-02 | 0.98 | 4.9 | 2.3 | 0.37 | 1.9 | 3.7 | 7.4 |
| | | Central Tendency | 0.31 | 3.1 | 15.3 | 16.7 | 1.1 | 5.6 | 11.1 | 22.2 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 1.7 | 16.6 | 83.1 | 38.2 | 3.2 | 15.9 | 31.9 | 63.8 |
| | | Central Tendency | 5.2 | 52.3 | 261.3 | 284.4 | 9.6 | 47.8 | 95.6 | 191.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | 4.6E-03 | 4.6E-02 | 0.23 | 0.11 | 6.1E-03 | 3.0E-02 | 6.1E-02 | 0.12 |
| | | Central Tendency | 1.4E-02 | 0.14 | 0.72 | 0.78 | 1.8E-02 | 9.1E-02 | 0.18 | 0.36 |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 0.88 | 8.8 | 43.8 | 20.2 | 2.6 | 13.1 | 26.2 | 52.5 |
| | | Central Tendency | 2.8 | 27.6 | 137.9 | 150.0 | 7.9 | 39.3 | 78.7 | 157.4 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 9.1E-02 | 0.91 | 4.6 | 2.1 | 0.29 | 1.5 | 2.9 | 5.9 |
| | | Central Tendency | 0.29 | 2.9 | 14.4 | 15.6 | 0.88 | 4.4 | 8.8 | 17.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 6.8E-04 | 6.8E-03 | 3.4E-02 | 1.6E-02 | 2.1E-03 | 1.0E-02 | 2.1E-02 | 4.2E-02 |
| | | Central Tendency | 2.1E-03 | 2.1E-02 | 0.11 | 0.12 | 6.3E-03 | 3.1E-02 | 6.3E-02 | 0.13 |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 5.1E-03 | 5.1E-02 | 0.25 | 0.12 | 1.9E-02 | 9.7E-02 | 0.19 | 0.39 |
| | | Central Tendency | 1.6E-02 | 0.16 | 0.79 | 0.87 | 5.8E-02 | 0.29 | 0.58 | 1.2 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10$^{-4}$ | High End | 4.9E-02 | 4.9E-03 | 9.7E-04 | 2.0E-03 | 5.9E-02 | 1.2E-02 | 5.9E-03 | 2.9E-03 |
| | | Central Tendency | 1.4E-02 | 1.4E-03 | 2.9E-04 | 2.6E-04 | 5.8E-02 | 3.0E-03 | 1.5E-03 | 7.6E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

734

735 MOE results for *Aerosol Applications* utilized modeling inhalation exposure data (with dermal modeling) and are presented in Table 4-19.
736
737
738 Acute Non-Cancer Risk Estimates:
739 MOEs for workers were below the benchmark MOE for all endpoints at both high-end and central tendency exposure levels via inhalation
740 and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central tendency
741 inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal and
742 inhalation routes even when assuming the highest plausible APF and glove PF protection.
743
744 Chronic Non-Cancer Risk Estimates:
745 MOEs for workers were below the benchmark MOE for most endpoints at both high-end and central tendency exposure levels via both
746 inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central
747 tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal
748 and inhalation routes even when assuming the highest plausible APF and glove PF protection.
749
750 Cancer Risk Estimates:
751 Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both
752 inhalation and dermal routes. Risk estimates for ONUs were also above the benchmark for cancer at both high-end and central tendency
753 inhalation exposure levels. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes
754 even when assuming the highest plausible APF and glove PF protection.
755

756

**Table 4-20. Occupational Risk Estimation - Spot Cleaning and Wipe Cleaning (and Other Commercial Uses) - Inhalation Monitoring Data**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 3.9E-03 | 3.9E-02 | 0.19 | - | 1.4E-03 | 7.2E-03 | 1.4E-02 | N/A² |
| | | Central Tendency | 2.9E-02 | 0.29 | 1.4 | 2.9E-02 | 4.3E-03 | 2.2E-02 | 4.3E-02 | |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 3.2 | 31.6 | 157.8 | - | 1.1 | 5.7 | 11.3 | |
| | | Central Tendency | 23.5 | 235.1 | 1,175.3 | 23.5 | 3.4 | 17.0 | 34.0 | |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 24.2 | 242.0 | 1,210.1 | - | 7.7 | 38.7 | 77.4 | |
| | | Central Tendency | 180.2 | 1,802.2 | 9,010.9 | 180.2 | 23.2 | 116.1 | 232.2 | |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 0.82 | 8.2 | 41.0 | - | 0.37 | 1.9 | 3.7 | |
| | | Central Tendency | 6.1 | 61.1 | 305.6 | 6.1 | 1.1 | 5.6 | 11.1 | |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 13.5 | 135.5 | 677.3 | - | 2.7 | 13.6 | 27.2 | N/A² |
| | | Central Tendency | 100.9 | 1,008.7 | 5,043.7 | 100.9 | 9.3 | 46.3 | 92.7 | |
| Kidney (Mallon et al., 1986) | 10 | High End | 3.7E-02 | 0.37 | 1.9 | - | 5.2E-03 | 2.6E-02 | 5.2E-02 | |
| | | Central Tendency | 0.28 | 2.8 | 13.9 | 0.28 | 1.8E-02 | 8.8E-02 | 0.18 | |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 7.1 | 71.5 | 357.3 | - | 2.2 | 11.2 | 22.4 | |
| | | Central Tendency | 53.2 | 532.1 | 2,660.4 | 53.2 | 7.6 | 38.1 | 76.3 | |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 0.74 | 7.4 | 37.2 | - | 0.25 | 1.3 | 2.5 | |
| | | Central Tendency | 5.5 | 55.4 | 277.1 | 5.5 | 0.86 | 4.3 | 8.6 | |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 5.5E-03 | 5.5E-02 | 0.28 | - | 1.8E-03 | 9.0E-03 | 1.8E-02 | |
| | | Central Tendency | 4.1E-02 | 0.41 | 2.1 | 4.1E-02 | 6.1E-03 | 3.1E-02 | 6.1E-02 | |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 4.1E-02 | 0.41 | 2.1 | - | 1.7E-02 | 8.3E-02 | 0.17 | |
| | | Central Tendency | 0.31 | 3.1 | 15.3 | 0.31 | 5.6E-02 | 0.28 | 0.56 | |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | 7.6E-03 | 7.6E-04 | 1.5E-04 | 7.9E-04 | 6.9E-02 | 1.4E-02 | 6.9E-03 | N/A² |
| | | Central Tendency | 7.9E-04 | 7.9E-05 | 1.6E-05 | 1.6E-04 | 1.6E-02 | 3.1E-03 | 1.6E-03 | |

Bold text/pink shading indicates MOE < benchmark MOE. Consistent PPE usage is not expected for this scenario and is only included as a "what-if" analysis for comparison purposes.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[2] Glove PF =20 is only applicable to industrial settings (See Section 2.3.1).

757

Table 4-21. Occupational Risk Estimation - Spot Cleaning and Wipe Cleaning (and Other Commercial Uses) - Inhalation Modeling Data

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **4.0E-03** | **4.0E-02** | **0.20** | **6.3E-03** | **1.4E-03** | **7.2E-03** | **1.4E-02** | N/A[1] |
| | | Central Tendency | **1.2E-02** | **0.12** | **0.58** | **2.3E-02** | **4.3E-03** | **2.2E-02** | **4.3E-02** | |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **3.2** | **32.5** | 162.5 | **5.1** | **1.1** | **5.7** | **11.3** | |
| | | Central Tendency | **9.4** | **93.7** | 468.3 | **18.8** | **3.4** | **17.0** | **34.0** | |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 24.9 | 249.1 | 1,245.5 | 39.4 | 7.7 | 38.7 | 77.4 | |
| | | Central Tendency | 71.8 | 718.0 | 3,590.0 | 144.1 | 23.2 | 116.1 | 232.2 | |
| **Immunotoxicity - Immunosuppression** (Selgrade and Gilmour, 2010) | 10 | High End | **0.85** | **8.5** | 42.5 | **1.3** | **0.37** | **1.9** | **3.7** | |
| | | Central Tendency | **2.4** | 24.3 | 121.6 | **4.9** | **1.1** | **5.6** | 11.1 | |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 14.0 | 139.6 | 697.9 | 22.1 | **2.7** | 13.6 | 27.2 | N/A[1] |
| | | Central Tendency | 40.3 | 402.7 | 2,013.3 | 80.5 | **9.3** | 46.3 | 92.7 | |
| Kidney (Maltoni et al., 1986) | 10 | High End | **3.8E-02** | **0.38** | **1.9** | **6.1E-02** | **5.2E-03** | **2.6E-02** | **5.2E-02** | |
| | | Central Tendency | **0.11** | **1.1** | **5.5** | **0.22** | **1.8E-02** | **8.8E-02** | **0.18** | |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **7.4** | 73.6 | 368.1 | **11.7** | **2.2** | **11.2** | **22.4** | |
| | | Central Tendency | 21.2 | 212.4 | 1,061.9 | 42.5 | **7.6** | 38.1 | 76.3 | |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **0.77** | **7.7** | 38.3 | **1.2** | **0.25** | **1.3** | **2.5** | |
| | | Central Tendency | **2.2** | 22.1 | 110.6 | **4.4** | **0.86** | **4.3** | 8.6 | |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **5.7E-03** | **5.7E-02** | **0.28** | **9.0E-03** | **1.8E-03** | **9.0E-03** | **1.8E-02** | |
| | | Central Tendency | **1.6E-02** | **0.16** | **0.82** | **3.3E-02** | **6.1E-03** | **3.1E-02** | **6.1E-02** | |
| **Immunotoxicity - Autoimmunity** (Keil et al., 2009) | 30 | High End | **4.3E-02** | **0.43** | **2.1** | **6.7E-02** | **1.7E-02** | **8.3E-02** | **0.17** | |
| | | Central Tendency | **0.12** | **1.2** | **6.1** | **0.25** | **5.6E-02** | **0.28** | **0.56** | |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **5.8E-03** | **5.8E-04** | **1.2E-04** | **3.6E-03** | **6.9E-02** | **1.4E-02** | **6.9E-03** | N/A[1] |
| | | Central Tendency | **1.8E-03** | **1.8E-04** | 3.7E-05 | **9.2E-04** | **1.6E-02** | **3.1E-03** | **1.6E-03** | |

Bold text/pink shading indicates MOE < benchmark MOE. Consistent PPE usage is not expected for this scenario and is only included as a "what-if" analysis for comparison purposes.
[1] Glove PF=20 is only applicable to industrial settings (See Section 2.3.1).

MOE calculations for *Spot Cleaning and Wipe Cleaning* utilized both monitoring and modeling inhalation exposure data (with dermal modeling). This data also applies to the exposure scenario of *Other Commercial Uses*. Results are presented in Table 4-20 and Table 4-21.

Acute Non-Cancer Risk Estimates:

Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers based on monitoring data, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. ONU risk estimates were below the benchmark MOE for multiple endpoints at both high-end and central tendency inhalation exposure levels based on modeling data. Based on both monitoring and modeling data, MOEs remained below the benchmark MOE for congenital heart defects at both exposure levels via inhalation and for multiple endpoints via the dermal route even when assuming the highest plausible APF and glove PF protection.

Chronic Non-Cancer Risk Estimates:

Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for all endpoints at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers based on monitoring data, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. ONU risk estimates were below the benchmark MOE for multiple endpoints at both high-end and central tendency inhalation exposure levels based on modeling data. Based on both monitoring and modeling data, MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via both inhalation and dermal routes even when assuming the highest plausible APF and glove PF protection.

Cancer Risk Estimates:

Based on both monitoring and modeling data, extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers based on monitoring data, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. ONU risk estimates were above the benchmark at both high-end and central tendency inhalation exposure levels based on modeling data. Based on both monitoring and modeling data, risk estimates remained above the benchmark for cancer at high-end and inhalation exposure levels and both dermal exposure levels even when assuming the highest plausible APF and glove PF protection. Risk estimates were not above the benchmark for central tendency inhalation exposure when assuming APF = 10 based on monitoring data or when assuming APF = 50 based on modeling data.

PPE Considerations

EPA is presenting risk estimates for respiratory protection up to APF = 50 as a what-if scenario, however EPA believes that small commercial facilities performing spot cleaning, wipe cleaning, and other related commercial uses are unlikely to have a respiratory protection program or regularly employ dermal protection. Therefore, the use of respirators or gloves is unlikely for workers in these facilities.

795

Table 4-22. Occupational Risk Estimation – Formulation of Aerosol and Non-Aerosol Products

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental – Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 9.7E-03 | 9.7E-02 | 0.49 | – | 2.3E-03 | 1.1E-02 | 2.3E-02 | 4.5E-02 |
| | | Central Tendency | 22.4 | 224.3 | 1,121.3 | 22.4 | 6.8E-03 | 3.4E-02 | 6.8E-02 | 0.14 |
| Developmental – Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 7.9 | 78.9 | 394.7 | – | 1.8 | 8.9 | 17.8 | 35.6 |
| | | Central Tendency | 18,182.7 | 181,827.5 | 909,137.3 | 18,182.7 | 5.3 | 26.7 | 53.4 | 106.7 |
| Developmental – Mortality (Narotsky et al., 1995) | 10 | High End | 60.5 | 605.3 | 3,026.3 | – | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 139,401.1 | 1,394,010.5 | 6,970,052.6 | 139,401.1 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunotoxicity – Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 2.1 | 20.5 | 102.6 | – | 0.58 | 2.9 | 5.8 | 11.6 |
| | | Central Tendency | 4,727.5 | 47,275.1 | 236,375.7 | 4727.5 | 1.7 | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 35.0 | 349.6 | 1,748.2 | – | 5.0 | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 80,525.3 | 805,253.2 | 4,026,266.0 | 80,525.3 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Malloni et al., 1986) | 10 | High End | 9.6E-02 | 0.96 | 4.8 | – | 9.5E-03 | 4.8E-02 | 9.5E-02 | 0.19 |
| | | Central Tendency | 221.2 | 2,212.2 | 11,061.2 | 221.2 | 2.9E-02 | 0.14 | 0.29 | 0.57 |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 18.4 | 184.4 | 922.1 | – | 4.1 | 20.6 | 41.2 | 82.4 |
| | | Central Tendency | 42,474.9 | 424,748.9 | 2,123,744.7 | 42,474.9 | 12.4 | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 1.9 | 19.2 | 96.1 | – | 0.46 | 2.3 | 4.6 | 9.2 |
| | | Central Tendency | 4,424.5 | 44,244.7 | 221,223.4 | 4,424.5 | 1.4 | 6.9 | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 1.4E-02 | 0.14 | 0.71 | – | 3.3E-03 | 1.6E-02 | 3.3E-02 | 6.6E-02 |
| | | Central Tendency | 32.7 | 327.4 | 1,637.1 | 32.7 | 9.9E-03 | 4.9E-02 | 9.9E-02 | 0.20 |
| Immunotoxicity – Autoimmunity (Keil et al., 2009) | 30 | High End | 0.11 | 1.1 | 5.3 | – | 3.0E-02 | 0.15 | 0.30 | 0.61 |
| | | Central Tendency | 244.8 | 2,448.2 | 12,241.0 | 244.8 | 9.1E-02 | 0.46 | 0.91 | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk – Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | 2.9E-03 | 2.9E-04 | 5.95E-05 | – | 3.8E-02 | 7.5E-03 | 3.8E-03 | 1.9E-03 |
| | | Central Tendency | 9.9E-07 | 9.9E-08 | 2.0E-08 | 9.9E-07 | 9.1E-03 | 1.9E-03 | 9.7E-04 | 4.9E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

796

797

798  MOE results for *Formulation of Aerosol and Non-Aerosol Products* utilized monitoring inhalation exposure data (with dermal modeling) and

799  are presented in Table 4-22.

800

801  Acute Non-Cancer Risk Estimates:

802  MOEs for workers were below the benchmark MOE for multiple endpoints at high-end inhalation exposures, but MOEs were above the

803  benchmark MOE for all endpoints at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from

804  workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs were below the

805  benchmark MOE for multiple endpoints at both dermal exposure levels. MOEs remained below the benchmark MOE for congenital heart

806  defects at high-end inhalation exposure even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for

807  congenital heart defects at both dermal exposure levels and for multiple endpoints at high-end dermal exposures even when assuming the

808  highest plausible glove PF protection.

809

810  Chronic Non-Cancer Risk Estimates:

811  MOEs for workers were below the benchmark MOE for multiple endpoints at high-end inhalation exposures, but MOEs were above the

812  benchmark MOE for all endpoints at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from

813  workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs were below the

814  benchmark MOE for multiple endpoints at both dermal exposure levels. MOEs remained below the benchmark MOE for multiple endpoints

815  at high-end inhalation exposure and at both dermal exposure levels even when assuming the highest plausible APF and glove PF protection.

816

817  Cancer Risk Estimates:

818  Extra risk estimates for workers were above the benchmark level for cancer at high-end inhalation exposures, but risk estimates were below

819  the benchmark for cancer at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from workers,

820  therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. Risk estimates were above the

821  benchmark at both dermal exposure levels. Risk estimates were not above the benchmark for high-end inhalation exposure when assuming

822  APF = 50. Risk estimates remained above the benchmark for cancer at both dermal exposure levels even when assuming the highest plausible

823  glove PF protection.

824

825

826

828

827

## Table 4-23. Occupational Risk Estimation – Repackaging

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **9.7E-03** | **9.7E-02** | **0.49** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | 22.4 | 224.3 | 1,121.3 | 22.4 | **6.8E-02** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **7.9** | **78.9** | 394.7 | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | 18,182.7 | 181,827.5 | 909,137.3 | 18,182.7 | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 60.5 | 605.3 | 3,026.3 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 139,401.1 | 1,394,010.5 | 6,970,052.6 | 139,401.1 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **2.1** | 20.5 | 102.6 | - | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | 4,727.5 | 47,275.1 | 236,375.7 | 4,727.5 | **1.7** | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 35.0 | 349.6 | 1,748.2 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 80,525.3 | 805,253.2 | 4,026,266.0 | 80,525.3 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Malloni et al., 1986) | 10 | High End | **9.6E-02** | **0.96** | **4.8** | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | 221.2 | 2,212.2 | 11,061.2 | 221.2 | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 18.4 | 184.4 | 922.1 | - | **4.1** | 20.6 | 41.2 | 82.4 |
| | | Central Tendency | 42,474.9 | 424,748.9 | 2,123,744.7 | 42,474.9 | **12.4** | 61.8 | 123.5 | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **1.9** | **19.2** | 96.1 | - | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | 4,424.5 | 44,244.7 | 221,223.4 | 4,424.5 | **1.4** | **6.9** | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **1.4E-02** | **0.14** | **0.71** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | 32.7 | 327.4 | 1,637.1 | 32.7 | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **0.11** | **1.1** | **5.3** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | 244.8 | 2,448.2 | 12,241.0 | 244.8 | **9.1E-02** | **0.46** | **0.91** | 1.8 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **2.9E-03** | **2.9E-04** | 5.9E-05 | - | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | 9.9E-07 | 9.9E-08 | 2.0E-05 | 9.9E-07 | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1]EPA is unable to estimate ONU exposures separately from workers;

829 MOE results for *Repackaging* utilized monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-23.

830
831

832 Acute Non-Cancer Risk Estimates:
833 MOEs for workers were below the benchmark MOE for multiple endpoints at high-end inhalation exposures, but MOEs were above the
834 benchmark MOE for all endpoints at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from
835 workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs were below the
836 benchmark MOE for multiple endpoints at both dermal exposure levels. MOEs remained below the benchmark MOE for congenital heart
837 defects at high-end inhalation exposure even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for
838 congenital heart defects at both dermal exposure levels and for multiple endpoints at high-end dermal exposures even when assuming the
839 highest plausible glove PF protection.

840

841 Chronic Non-Cancer Risk Estimates:
842 MOEs for workers were below the benchmark MOE for multiple endpoints at high-end inhalation exposures, but MOEs were above the
843 benchmark MOE for all endpoints at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from
844 workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs were below the
845 benchmark MOE for multiple endpoints at both dermal exposure levels. MOEs remained below the benchmark MOE for multiple endpoints
846 at high-end inhalation exposure and at both dermal exposure levels even when assuming the highest plausible APF and glove PF protection.

847

848 Cancer Risk Estimates:
849 Extra risk estimates for workers were above the benchmark level for cancer at high-end inhalation exposures, but risk estimates were below
850 the benchmark for cancer at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from workers,
851 therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. Risk estimates were above the
852 benchmark at both dermal exposure levels. Risk estimates were not above the benchmark for high-end inhalation exposure when assuming
853 APF = 50. Risk estimates remained above the benchmark for cancer at both dermal exposure levels even when assuming the highest plausible
854 glove PF protection.
855
856
857
858
859
860
861
862
863
864
865

866

## Table 4-24. Occupational Risk Estimation – Metalworking Fluids – Inhalation Monitoring Data

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 1.5E-04 | 1.5E-03 | 7.4E-03 | - | 2.8E-03 | 1.4E-02 | 2.8E-02 | 5.6E-02 |
| | | Central Tendency | 1.6E-04 | 1.6E-03 | 8.0E-03 | 1.6E-04 | 8.5E-03 | 4.2E-02 | 8.5E-02 | 0.17 |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 0.12 | 1.2 | 6.0 | - | 2.2 | 11.1 | 22.2 | 44.5 |
| | | Central Tendency | 0.13 | 1.3 | 6.5 | 0.13 | 6.7 | 33.4 | 66.7 | 133.4 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 0.92 | 9.2 | 45.8 | - | 15.2 | 75.9 | 151.9 | 303.8 |
| | | Central Tendency | 0.99 | 9.9 | 49.5 | 0.99 | 45.6 | 227.8 | 455.6 | 911.3 |
| Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 3.1E-02 | 0.31 | 1.6 | - | 0.73 | 3.6 | 7.3 | 14.5 |
| | | Central Tendency | 3.4E-02 | 0.34 | 1.7 | 3.4E-02 | 2.2 | 10.9 | 21.8 | 43.6 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 0.53 | 5.3 | 26.4 | - | 6.3 | 31.3 | 62.6 | 125.1 |
| | | Central Tendency | 0.57 | 5.7 | 28.6 | 0.57 | 18.8 | 93.8 | 187.7 | 375.4 |
| Kidney (Mattoni et al., 1986) | 10 | High End | 1.5E-03 | 1.5E-02 | 7.3E-02 | - | 1.2E-02 | 5.9E-02 | 0.12 | 0.24 |
| | | Central Tendency | 1.6E-03 | 1.6E-02 | 7.9E-02 | 1.6E-03 | 3.6E-02 | 0.18 | 0.36 | 0.71 |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 0.28 | 2.8 | 13.9 | - | 5.1 | 25.7 | 51.5 | 103.0 |
| | | Central Tendency | 0.30 | 3.0 | 15.1 | 0.30 | 15.4 | 77.2 | 154.4 | 308.9 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 2.9E-02 | 0.29 | 1.5 | - | 0.58 | 2.9 | 5.8 | 11.6 |
| | | Central Tendency | 3.1E-02 | 0.31 | 1.6 | 3.1E-02 | 1.7 | 8.7 | 17.3 | 34.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 2.2E-04 | 2.2E-03 | 1.1E-02 | - | 4.1E-03 | 2.1E-02 | 4.1E-02 | 8.2E-02 |
| | | Central Tendency | 2.3E-04 | 2.3E-03 | 1.2E-02 | 2.3E-04 | 1.2E-02 | 6.2E-02 | 0.12 | 0.25 |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 1.6E-03 | 1.6E-02 | 8.0E-02 | - | 3.8E-02 | 0.19 | 0.38 | 0.76 |
| | | Central Tendency | 1.7E-03 | 1.7E-02 | 8.7E-02 | 1.7E-03 | 0.11 | 0.57 | 1.1 | 2.3 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | $1 \times 10^{-4}$ | High End | 0.19 | 1.9E-02 | 3.9E-03 | - | 3.0E-02 | 6.0E-03 | 3.0E-03 | 1.5E-03 |
| | | Central Tendency | 0.14 | 1.4E-02 | 2.8E-03 | 0.14 | 7.8E-03 | 1.6E-03 | 7.8E-04 | 3.9E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately, from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

867

**Table 4-25. Occupational Risk Estimation – Metalworking Fluids – Inhalation Modeling Data**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Modeling) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **4.3E-02** | **0.43** | **2.1** | - | **2.8E-03** | **1.4E-02** | **2.8E-02** | **5.6E-02** |
| | | Central Tendency | **0.16** | **1.6** | **7.9** | **0.16** | **8.5E-03** | **4.2E-02** | **8.5E-02** | **0.17** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **34.6** | 346.2 | 1,730.8 | - | **2.2** | **11.1** | **22.2** | **44.5** |
| | | Central Tendency | 128.6 | 1,285.7 | 6,428.6 | 128.6 | **6.7** | **33.4** | **66.7** | 133.4 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 265.4 | 2,653.8 | 13,269.2 | - | 15.2 | 75.9 | 151.9 | 303.8 |
| | | Central Tendency | 985.7 | 9,857.1 | 49,285.7 | 985.7 | 45.6 | 227.8 | 455.6 | 911.3 |
| Immunosuppression - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **9.0** | 90.0 | 450.0 | - | **0.73** | **3.6** | **7.3** | 14.5 |
| | | Central Tendency | 33.4 | 334.3 | 1,671.4 | 33.4 | **2.2** | 10.9 | 21.8 | 43.6 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 151.7 | 1,516.7 | 7,583.3 | - | **6.3** | 31.3 | 62.6 | 125.1 |
| | | Central Tendency | 568.8 | 5,687.5 | 28,437.5 | 568.8 | 18.8 | 93.8 | 187.7 | 375.4 |
| Kidney (Malloni et al., 1986) | 10 | High End | **0.42** | **4.2** | 20.8 | - | **1.2E-02** | **5.9E-02** | **0.12** | **0.24** |
| | | Central Tendency | **1.6** | 15.6 | 78.1 | **1.6** | **3.6E-02** | **0.18** | **0.36** | **0.71** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **80.0** | 800.0 | 4,000.0 | - | **5.1** | **25.7** | **51.5** | **103.0** |
| | | Central Tendency | 300.0 | 3,000.0 | 15,000.0 | 300.0 | **15.4** | **77.2** | **154.4** | 308.9 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **8.3** | 83.3 | 416.7 | - | **0.58** | **2.9** | **5.8** | **11.6** |
| | | Central Tendency | 31.3 | 312.5 | 1,562.5 | 31.3 | **1.7** | **8.7** | **17.3** | 34.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **6.2E-02** | **0.62** | **3.1** | - | **4.1E-03** | **2.1E-02** | **4.1E-02** | **8.2E-02** |
| | | Central Tendency | **0.23** | **2.3** | 11.6 | **0.23** | **1.2E-02** | **6.2E-02** | **0.12** | **0.25** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **0.47** | **4.7** | **23.3** | - | **3.8E-02** | **0.19** | **0.38** | **0.76** |
| | | Central Tendency | **1.7** | **17.3** | 86.6 | **1.7** | **0.11** | **0.57** | **1.1** | **2.3** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **6.6E-04** | 6.6E-05 | 1.3E-05 | - | **3.0E-02** | **6.0E-03** | **3.0E-03** | **1.5E-03** |
| | | Central Tendency | **1.3E-04** | 1.3E-05 | 2.6E-06 | **1.3E-04** | **7.8E-03** | **1.6E-03** | **7.8E-04** | **3.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

868

869  MOE calculations for *Metalworking Fluids* utilized both monitoring and modeling inhalation exposure data (with dermal modeling). Results
870  are presented in Table 4-24 and Table 4-25.
871
872
873  Acute Non-Cancer Risk Estimates:
874  MOEs for workers were below the benchmark MOE for all endpoints based on monitoring and for congenital heart defects based on modeling
875  at both high-end and central tendency exposure levels via inhalation. Based on both monitoring and modeling data, EPA is unable to estimate
876  ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU
877  exposures. Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for multiple endpoints via
878  dermal exposure. MOEs remained below the benchmark MOE for multiple endpoints based on monitoring and for congenital heart defects
879  based on modeling at both exposure levels via inhalation and for congenital heart defects at both dermal exposure levels even when assuming
880  the highest plausible APF and glove PF protection.
881
882  Chronic Non-Cancer Risk Estimates:
883  MOEs for workers were below the benchmark MOE for all endpoints based on monitoring and for multiple endpoints based on modeling at
884  both high-end and central tendency exposure levels via inhalation. Based on both monitoring and modeling data, EPA is unable to estimate
885  ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU
886  exposures. Based on both monitoring and modeling data, MOEs for workers were below the benchmark MOE for all endpoints via dermal
887  exposure. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal and inhalation routes even
888  when assuming the highest plausible APF and glove PF protection based on monitoring data. For modeling data, MOEs were not below the
889  benchmark MOE at central tendency exposure level when assuming APF = 50, although MOEs were below the benchmark MOE for multiple
890  endpoints via the dermal route even when assuming the highest plausible glove PF protection.
891
892  Cancer Risk Estimates:
893  Based on both monitoring and modeling data, extra risk estimates for workers were above the benchmark level for cancer at both high-end
894  and central tendency exposure levels via both inhalation and dermal routes. Based on both monitoring and modeling data, EPA is unable to
895  estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely
896  ONU exposures. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes even when
897  assuming the highest plausible APF and glove PF protection based on monitoring data. For modeling data, risk estimates were not above the
898  benchmark at either inhalation exposure level when assuming APF = 10, although risk estimates were above the benchmark via the dermal
899  route even when assuming the highest plausible glove PF protection.
900
901

902

## Table 4-26. Occupational Risk Estimation – Adhesives, Sealants, Paints, and Coatings (Industrial Setting)

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | No PPE ONU MOE | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **2.8E-04** | **2.8E-03** | **1.4E-02** | **1.1E-02** | **2.5E-03** | **1.3E-02** | **2.5E-02** | **5.0E-02** |
| | | Central Tendency | **2.4E-03** | **2.4E-02** | **0.12** | **1.2E-02** | **7.5E-03** | **3.8E-02** | **7.5E-02** | **0.15** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **0.23** | **2.3** | **11.4** | **9.0** | **2.0** | **9.9** | **19.8** | **39.5** |
| | | Central Tendency | **1.9** | **19.4** | **97.1** | **9.6** | **5.9** | **29.7** | **59.3** | **118.6** |
| Developmental - Mortality (Narosky et al., 1995) | 10 | High End | **1.7** | 17.5 | 87.4 | 69.0 | 13.5 | 67.5 | 135.0 | 270.0 |
| | | Central Tendency | 14.9 | 148.8 | 744.1 | 73.3 | 40.5 | 202.5 | 405.0 | 810.0 |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **5.9E-02** | **0.59** | **3.0** | **2.3** | **0.65** | **3.2** | **6.5** | 12.9 |
| | | Central Tendency | **0.50** | **5.0** | 25.2 | **2.5** | **1.9** | **9.7** | 19.4 | 38.8 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | **1.0** | 10.1 | 50.5 | 39.9 | **5.6** | 27.8 | 55.6 | 111.2 |
| | | Central Tendency | 8.6 | 86.0 | 429.9 | 42.4 | 16.7 | 83.4 | 166.8 | 333.7 |
| Kidney (Mallori et al., 1986) | 10 | High End | **2.8E-03** | **2.8E-02** | **0.14** | **0.11** | **1.1E-02** | **5.3E-02** | **0.11** | **0.21** |
| | | Central Tendency | **2.4E-02** | **0.24** | **1.2** | **0.12** | **3.2E-02** | **0.16** | **0.32** | **0.63** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **0.53** | **5.3** | **26.6** | **21.0** | **4.6** | **22.9** | **45.8** | **91.5** |
| | | Central Tendency | **4.5** | **45.3** | **226.7** | **22.3** | **13.7** | **68.6** | **137.3** | **274.5** |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **5.5E-02** | **0.55** | **2.8** | **2.2** | **0.51** | **2.6** | **5.1** | **10.3** |
| | | Central Tendency | **0.47** | **4.7** | 23.6 | **2.3** | **1.5** | 7.7 | 15.4 | 30.8 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **4.1E-04** | **4.1E-03** | **2.1E-02** | **1.6E-02** | **3.7E-03** | **1.8E-02** | **3.7E-02** | **7.3E-02** |
| | | Central Tendency | **3.5E-03** | **3.5E-02** | **0.17** | **1.7E-02** | **1.1E-02** | **5.5E-02** | **0.11** | **0.22** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **3.1E-03** | **3.1E-02** | **0.15** | **0.12** | **3.4E-02** | **0.17** | **0.34** | **0.68** |
| | | Central Tendency | **2.6E-02** | **0.26** | **1.3** | **0.13** | **0.10** | **0.51** | 1.0 | 2.0 |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **0.10** | **9.3E-03** | **2.0E-03** | **2.6E-03** | **3.4E-02** | **6.8E-03** | **3.4E-03** | **1.7E-03** |
| | | Central Tendency | **9.3E-03** | **9.3E-04** | **1.9E-04** | **1.9E-03** | **8.7E-03** | **1.7E-03** | **8.7E-04** | **4.4E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

903
904 MOE results for *Adhesives, Sealants, Paints, and Coatings (Industrial Setting)* utilized monitoring inhalation exposure data (with dermal
905 modeling) and are presented in Table 4-26. Inhalation exposures are estimated to be identical for industrial and commercial workers.
906
907 Acute Non-Cancer Risk Estimates:
908 MOEs for workers were below the benchmark MOE for most endpoints at both high-end and central tendency exposure levels via inhalation
909 and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central tendency
910 inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both inhalation exposure levels even when
911 assuming the highest plausible APF. MOEs remained below the benchmark MOE for congenital heart defects at both dermal exposure levels
912 and for multiple endpoints at high-end dermal exposures even when assuming the highest plausible glove PF protection.
913
914 Chronic Non-Cancer Risk Estimates:
915 MOEs for workers were below the benchmark MOE for all endpoints at both high-end and central tendency exposure levels via both
916 inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central
917 tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal
918 and inhalation routes even when assuming the highest plausible APF and glove PF protection.
919
920 Cancer Risk Estimates:
921 Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both
922 inhalation and dermal routes. Risk estimates for ONUs were also above the benchmark for cancer at both high-end and central tendency
923 inhalation exposure levels. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes
924 even when assuming the highest plausible APF and glove PF protection.
925
926
927
928

929

930

Table 4-27. Occupational Risk Estimation - Adhesives, Sealants, Paints, and Coatings (Commercial Setting)

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF=10 Worker MOE | APF=50 Worker MOE | No PPE ONU MOE | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | 2.8E-04 | 2.8E-03 | 1.4E-02 | 1.1E-02 | 1.6E-03 | 8.0E-03 | 1.6E-02 | N/A[1] |
| | | Central Tendency | 2.4E-03 | 2.4E-02 | 0.12 | 1.2E-02 | 4.8E-03 | 2.4E-02 | 4.8E-02 | |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | 0.23 | 2.3 | 11.4 | 9.0 | 1.3 | 6.3 | 12.6 | |
| | | Central Tendency | 1.9 | 19.4 | 97.1 | 9.6 | 3.8 | 18.9 | 37.8 | |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 1.7 | 17.5 | 87.4 | 69.0 | 8.6 | 43.0 | 86.0 | |
| | | Central Tendency | 14.9 | 148.8 | 744.1 | 73.3 | 25.8 | 129.0 | 258.0 | |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | 5.9E-02 | 0.59 | 3.0 | 2.3 | 0.41 | 2.1 | 4.1 | |
| | | Central Tendency | 0.50 | 5.0 | 25.2 | 2.5 | 1.2 | 6.2 | 12.3 | |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 1.0 | 10.1 | 50.5 | 39.9 | 3.5 | 17.7 | 35.4 | N/A[1] |
| | | Central Tendency | 8.6 | 86.0 | 429.9 | 42.4 | 10.6 | 53.1 | 106.3 | |
| Kidney (Malloni et al., 1986) | 10 | High End | 2.8E-03 | 2.8E-02 | 0.14 | 0.11 | 6.7E-03 | 3.4E-02 | 6.7E-02 | |
| | | Central Tendency | 2.4E-02 | 0.24 | 1.2 | 0.12 | 2.0E-02 | 0.10 | 0.20 | |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | 0.53 | 5.3 | 26.6 | 21.0 | 2.9 | 14.6 | 29.1 | |
| | | Central Tendency | 4.5 | 45.3 | 226.7 | 22.3 | 8.7 | 43.7 | 87.4 | |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | 5.5E-02 | 0.55 | 2.8 | 2.2 | 0.33 | 1.6 | 3.3 | |
| | | Central Tendency | 0.47 | 4.7 | 23.6 | 2.3 | 0.98 | 4.9 | 9.8 | |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | 4.1E-04 | 4.1E-03 | 2.1E-02 | 1.6E-02 | 2.3E-03 | 1.2E-02 | 2.3E-02 | |
| | | Central Tendency | 3.5E-03 | 3.5E-02 | 0.17 | 1.7E-02 | 7.0E-03 | 3.5E-02 | 7.0E-02 | |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | 3.1E-03 | 3.1E-02 | 0.15 | 0.12 | 2.2E-02 | 0.11 | 0.22 | |
| | | Central Tendency | 2.6E-02 | 0.26 | 1.3 | 0.13 | 6.5E-02 | 0.32 | 0.65 | |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | 0.10 | 9.3E-03 | 2.0E-03 | 2.6E-03 | 5.3E-02 | 1.1E-02 | 5.3E-03 | N/A[1] |
| | | Central Tendency | 9.3E-03 | 9.3E-04 | 1.9E-04 | 1.9E-03 | 1.4E-02 | 2.7E-03 | 1.4E-03 | |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

[1] Glove PF=20 is only applicable to industrial settings (See Section 2.3.1).

931
932 MOE results for *Adhesives, Sealants, Paints, and Coatings (Commercial Setting)* utilized monitoring inhalation exposure data (with dermal
933 modeling) and are presented in Table 4-27. Inhalation exposures are estimated to be identical for industrial and commercial settings.
934
935 Acute Non-Cancer Risk Estimates:
936 MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via
937 inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central
938 tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal
939 and inhalation routes even when assuming the highest plausible APF and glove PF protection.
940
941 Chronic Non-Cancer Risk Estimates:
942 MOEs for workers were below the benchmark MOE for all endpoints at both high-end and central tendency exposure levels via both
943 inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central
944 tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal
945 and inhalation routes even when assuming the highest plausible APF and glove PF protection.
946
947 Cancer Risk Estimates:
948 Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both
949 inhalation and dermal routes. Risk estimates for ONUs were also above the benchmark for cancer at both high-end and central tendency
950 inhalation exposure levels. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes
951 even when assuming the highest plausible APF and glove PF protection.
952
953
954
955

956

957

Table 4-28. Occupational Risk Estimation – Industrial Processing Aid (12 hr)

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | No PPE ONU MOE | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF=10 Worker MOE | APF=50 Worker MOE | | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **5.8E-04** | **5.8E-03** | **2.9E-02** | **2.5E-03** | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **1.7E-03** | **1.7E-02** | **8.7E-02** | **5.6E-03** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **0.47** | **4.7** | **23.4** | **2.1** | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **1.4** | **14.1** | **70.6** | **4.6** | **5.3** | **26.7** | **53.4** | **106.7** |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | **3.6** | 35.9 | 179.6 | 15.8 | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 10.8 | 108.2 | 540.9 | 35.1 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **0.12** | **1.2** | **6.1** | **0.54** | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | **0.37** | **3.7** | 18.3 | **1.2** | **1.7** | 8.7 | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | **2.1** | 20.7 | 103.7 | **9.2** | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | **6.2** | 62.5 | 312.5 | 20.3 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **5.7E-03** | **5.7E-02** | **0.28** | **2.5E-02** | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **1.7E-02** | **0.17** | **0.86** | **5.6E-02** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **1.1** | **10.9** | **54.7** | **4.8** | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **3.3** | **33.0** | **164.8** | **10.7** | **12.4** | **61.8** | **123.5** | **247.1** |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **0.11** | **1.1** | **5.7** | **0.50** | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **0.34** | **3.4** | 17.2 | **1.1** | **1.4** | **6.9** | **13.9** | **27.7** |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **8.4E-04** | **8.4E-03** | **4.2E-02** | **3.7E-03** | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **2.5E-03** | **2.5E-02** | **0.13** | **8.2E-03** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **6.3E-03** | **6.3E-02** | **0.31** | **2.8E-02** | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **1.9E-02** | **0.19** | **0.94** | **6.1E-02** | **9.1E-02** | **0.46** | **0.91** | **1.8** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **4.9E-02** | **4.9E-03** | **9.9E-04** | **1.1E-02** | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | **1.3E-02** | **1.3E-03** | **2.5E-04** | **3.9E-03** | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-03** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

MOE results for *Industrial Processing Aid* utilized 12hr monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-28.

Acute Non-Cancer Risk Estimates:

MOEs for workers were below the benchmark MOE for most endpoints at both high-end and central tendency exposure levels via inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both inhalation exposure levels even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for congenital heart defects at both dermal exposure levels and for multiple endpoints at high-end dermal exposures even when assuming the highest plausible glove PF protection.

Chronic Non-Cancer Risk Estimates:

MOEs for workers were below the benchmark MOE for all endpoints at both high-end and central tendency exposure levels via both inhalation and dermal routes. MOEs for ONUs were also below the benchmark MOE for multiple endpoints at both high-end and central tendency inhalation exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at both exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

Cancer Risk Estimates:

Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both inhalation and dermal routes. Risk estimates for ONUs were also above the benchmark for cancer at both high-end and central tendency inhalation exposure levels. Risk estimates remained above the benchmark for cancer at both exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

987

988

**Table 4-29. Occupational Risk Estimation - Commercial Printing and Copying**

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **5.3E-03** | **5.3E-02** | **0.26** | - | **4.1E-03** | **2.1E-02** | **4.1E-02** | NA[2] |
| | | Central Tendency | **0.13** | **1.3** | **6.5** | **0.13** | **1.2E-02** | **6.2E-02** | **0.12** | |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **4.3** | **42.9** | **214.7** | - | **3.2** | **16.2** | **32.4** | |
| | | Central Tendency | 105.9 | 1,058.8 | 5,294.1 | 105.9 | **9.7** | **48.6** | **97.1** | |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 32.9 | 329.3 | 1,646.4 | - | 22.1 | 110.6 | 221.1 | |
| | | Central Tendency | 811.8 | 8,117.6 | 40,588.2 | 811.8 | 66.3 | 331.7 | 663.4 | |
| Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **1.1** | 11.2 | 55.8 | - | **1.1** | **5.3** | 10.6 | |
| | | Central Tendency | 27.5 | 275.3 | 1,376.5 | 27.5 | **3.2** | 15.9 | 31.7 | |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 19.0 | 190.2 | 951.0 | - | **9.1** | 45.5 | 91.1 | NA[2] |
| | | Central Tendency | 468.9 | 4,689.2 | 23,445.9 | 468.9 | 27.3 | 136.6 | 273.3 | |
| Kidney (Malloni et al., 1986) | 10 | High End | **5.2E-02** | **0.52** | **2.6** | - | **1.7E-02** | **8.66E-02** | **0.17** | |
| | | Central Tendency | **1.3** | 12.9 | 64.4 | **1.3** | **5.2E-02** | **0.26** | **0.52** | |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **10.0** | **100.3** | 501.6 | - | **7.5** | **37.5** | **74.9** | |
| | | Central Tendency | 247.3 | 2,473.4 | 12,367.1 | 247.3 | **22.5** | **112.4** | **224.8** | |
| Reproductive Toxicity (Chiu et al., 1996) | 30 | High End | **25.8** | 257.6 | 1,288.2 | **25.8** | **2.5** | **12.6** | **25.2** | |
| | | Central Tendency | **1.0** | **10.5** | 52.3 | - | **0.84** | **4.2** | **8.4** | |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **7.7E-03** | **7.7E-02** | **0.39** | - | **6.0E-03** | **3.0E-02** | **6.0E-02** | |
| | | Central Tendency | **0.19** | **1.9** | **9.5** | **0.19** | **1.8E-02** | **9.0E-02** | **0.18** | |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **5.8E-02** | **0.58** | **2.9** | - | **5.5E-02** | **0.28** | **0.55** | |
| | | Central Tendency | **1.4** | 14.3 | 71.3 | **1.4** | **0.17** | **0.83** | **1.7** | |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | Central Tendency | **5.4E-03** | **5.4E-04** | **1.1E-04** | **1.7E-04** | **2.1E-02** | **4.1E-03** | **2.1E-03** | NA[2] |
| | | High End | **1.7E-04** | 1.7E-05 | 3.4E-06 | - | **5.3E-03** | **1.1E-03** | **5.3E-04** | |

Bold text/pink shading indicates MOE < benchmark MOE. Consistent PPE usage is not expected for this scenario and is only included as a "what-if" analysis for comparison purposes.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[2] Glove PF=20 is only applicable to industrial settings (See Section 2.3.1).

989
990
991
992

MOE results for *Commercial Printing and Copying* utilized monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-29.

993
994
995
996
997
998
999

Acute Non-Cancer Risk Estimates:

MOEs for workers were below the benchmark MOE congenital heart defects at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for congenital heart defects via inhalation and for multiple endpoints via dermal exposure at both exposure levels even when assuming the highest plausible APF and glove PF protection.

1000
1001
1002
1003
1004
1005
1006

Chronic Non-Cancer Risk Estimates:

MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via inhalation and for all endpoints via the dermal route. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for congenital heart defects via inhalation and for multiple endpoints via dermal exposure at both exposure levels even when assuming the highest plausible APF and glove PF protection.

1007
1008
1009
1010
1011
1012
1013

Cancer Risk Estimates:

Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. Risk estimates remained above the benchmark at high-end inhalation exposure but were not above the benchmark at central tendency inhalation exposure when assuming APF = 10. Risk estimates remained above the benchmark at both dermal exposure levels even when assuming the highest plausible glove PF protection.

1014
1015
1016
1017
1018
1019

PPE Considerations

EPA is presenting risk estimates for respiratory protection up to APF = 50 as a what-if scenario, however EPA believes that small commercial facilities performing commercial printing and copying are unlikely to have a respiratory protection program. Therefore, the use of respirators is unlikely for workers in these facilities.

1020

## Table 4-30. Occupational Risk Estimation – Other Industrial Uses

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **4.5E-03** | **4.5E-02** | **0.23** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | **9.7E-02** | **0.97** | **4.8** | **9.7E-02** | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **3.7** | **36.6** | **183.0** | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | **78.3** | 782.6 | 3,913.0 | **78.3** | **5.3** | **26.7** | **53.4** | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 28.1 | 280.6 | 1,403.0 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 600.0 | 6,000.0 | 30,000.0 | 600.0 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **0.95** | **9.5** | 47.6 | - | **0.58** | **2.9** | **5.8** | 11.6 |
| | | Central Tendency | 20.3 | 203.5 | 1,017.4 | 20.3 | **1.7** | **8.7** | **17.4** | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 16.2 | 162.1 | 810.5 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 346.6 | 3,465.9 | 17,329.6 | 346.6 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **4.5E-02** | **0.45** | **2.2** | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | **0.95** | **9.5** | 47.6 | **0.95** | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **8.5** | **85.5** | 427.5 | - | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | **182.8** | 1,828.2 | 9,140.9 | **182.8** | **12.4** | **61.8** | **123.5** | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **0.89** | **8.9** | 44.5 | - | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | **19.0** | 190.4 | 952.2 | **19.0** | **1.4** | **6.9** | **13.9** | **27.7** |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **6.6E-03** | **6.6E-02** | **0.33** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | **0.14** | **1.4** | **7.0** | **0.14** | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **4.9E-02** | **0.49** | **2.5** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | **1.1** | **10.5** | 52.7 | **1.1** | **9.1E-02** | **0.46** | **0.91** | **1.8** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | $1 \times 10^{-4}$ | High End | 6.7E-03 | 6.7E-04 | - | - | 3.8E-02 | 7.5E-03 | 3.8E-03 | 1.9E-03 |
| | | Central Tendency | 7.5E-04 | 7.5E-05 | 1.5E-05 | 7.5E-04 | 9.7E-03 | 1.9E-03 | 9.7E-04 | 4.9E-04 |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario; central tendency worker estimates were applied as an approximation of likely ONU exposures.

[1] EPA is unable to estimate ONU exposures separately from workers; central tendency worker estimates were applied as an approximation of likely ONU exposures.

1021

1022 MOE results for *Other Industrial Uses* utilized monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-30.

1023

1024 Acute Non-Cancer Risk Estimates:

1025 MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both

1026 inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates

1027 were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for congenital heart defects at both

1028 exposure levels via dermal and inhalation routes even when assuming the highest plausible APF and glove PF protection.

1029

1030 Chronic Non-Cancer Risk Estimates:

1031 MOEs for workers were below the benchmark MOE for multiple endpoints at both high-end and central tendency exposure levels via both

1032 inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates

1033 were applied as an approximation of likely ONU exposures. MOEs remained below the benchmark MOE for multiple endpoints at high-end

1034 inhalation exposure and for multiple endpoints at both high-end and central tendency inhalation exposure even when assuming the highest

1035 plausible APF. MOEs remained below the benchmark MOE for multiple endpoints at both dermal exposure levels even when assuming the

1036 highest plausible glove PF.

1037

1038 Cancer Risk Estimates:

1039 Extra risk estimates for workers were above the benchmark level for cancer at both high-end and central tendency exposure levels via both

1040 inhalation and dermal routes. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates

1041 were applied as an approximation of likely ONU exposures. Risk estimates remained above the benchmark for cancer at high-end inhalation

1042 exposure even when assuming the highest plausible APF. Risk estimates remained above the benchmark for multiple endpoints at both dermal

1043 exposure levels even when assuming the highest plausible glove PF.

1044

1045

Table 4-31. Occupational Risk Estimation – Process Solvent Recycling and Worker Handling of Wastes

| Endpoint | Benchmark MOE | Exposure Level | Inhalation (Monitoring) | | | | Dermal (Modeling) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No PPE Worker MOE | APF = 10 Worker MOE | APF = 50 Worker MOE | No PPE ONU MOE[1] | No PPE Worker MOE | Glove PF=5 Worker MOE | Glove PF=10 Worker MOE | Glove PF=20 Worker MOE |
| **ACUTE NON-CANCER** | | | | | | | | | | |
| Developmental - Congenital Heart Defects (Johnson et al., 2003) | 10 | High End | **9.7E-03** | **9.7E-02** | **0.49** | - | **2.3E-03** | **1.1E-02** | **2.3E-02** | **4.5E-02** |
| | | Central Tendency | 22.4 | 224.3 | 1,121.3 | 22.4 | **6.8E-03** | **3.4E-02** | **6.8E-02** | **0.14** |
| Developmental - Neurotoxicity (Fredriksson et al., 1993) | 100 | High End | **7.9** | **78.9** | 394.7 | - | **1.8** | **8.9** | **17.8** | **35.6** |
| | | Central Tendency | 18,182.7 | 181,827.5 | 909,137.3 | 18,182.7 | **5.3** | 26.7 | 53.4 | 106.7 |
| Developmental - Mortality (Narotsky et al., 1995) | 10 | High End | 60.5 | 605.3 | 3,026.3 | - | 12.2 | 60.8 | 121.5 | 243.0 |
| | | Central Tendency | 139,401.1 | 1,394,010.5 | 6,970,052.6 | 139,401.1 | 36.5 | 182.3 | 364.5 | 729.0 |
| Immunosuppression - Immunosuppression (Selgrade and Gilmour, 2010) | 10 | High End | **2.1** | 20.5 | 102.6 | - | **0.58** | **2.9** | **5.8** | **11.6** |
| | | Central Tendency | 4,727.5 | 47,275.1 | 236,375.7 | 4,727.5 | **1.7** | **8.7** | 17.4 | 34.9 |
| **CHRONIC NON-CANCER** | | | | | | | | | | |
| Liver (Kjellstrand et al., 1983) | 10 | High End | 35.0 | 349.6 | 1,748.2 | - | **5.0** | 25.0 | 50.1 | 100.1 |
| | | Central Tendency | 80,525.3 | 805,253.2 | 4,026,266.0 | 80,525.3 | 15.0 | 75.1 | 150.2 | 300.3 |
| Kidney (Maltoni et al., 1986) | 10 | High End | **9.6E-02** | **0.96** | 4.8 | - | **9.5E-03** | **4.8E-02** | **9.5E-02** | **0.19** |
| | | Central Tendency | 221.2 | 2,212.2 | 11,061.2 | 221.2 | **2.9E-02** | **0.14** | **0.29** | **0.57** |
| Neurotoxicity (Arito et al., 1994) | 300 | High End | **18.4** | **184.4** | 922.1 | - | **4.1** | **20.6** | **41.2** | **82.4** |
| | | Central Tendency | 42,474.9 | 424,748.9 | 2,123,744.7 | 42,474.9 | **12.4** | **61.8** | **123.5** | 247.1 |
| Reproductive Toxicity (Chia et al., 1996) | 30 | High End | **1.9** | **19.2** | 96.1 | - | **0.46** | **2.3** | **4.6** | **9.2** |
| | | Central Tendency | 4,424.5 | 44,244.7 | 221,223.4 | 4,424.5 | **1.4** | **6.9** | 13.9 | 27.7 |
| Developmental Toxicity (Johnson et al., 2003) | 10 | High End | **1.4E-02** | **0.14** | **0.71** | - | **3.3E-03** | **1.6E-02** | **3.3E-02** | **6.6E-02** |
| | | Central Tendency | 32.7 | 327.4 | 1,637.1 | 32.7 | **9.9E-03** | **4.9E-02** | **9.9E-02** | **0.20** |
| Immunotoxicity - Autoimmunity (Keil et al., 2009) | 30 | High End | **0.11** | **1.1** | **5.3** | - | **3.0E-02** | **0.15** | **0.30** | **0.61** |
| | | Central Tendency | 244.8 | 2,448.2 | 12,241.0 | 244.82 | **9.1E-02** | **0.46** | **0.91** | **1.8** |
| **LIFETIME CANCER RISK** | | | | | | | | | | |
| Combined Cancer Risk - Kidney, NHL, Liver | 1 x 10⁻⁴ | High End | **2.9E-03** | **2.9E-04** | 5.9E-05 | - | **3.8E-02** | **7.5E-03** | **3.8E-03** | **1.9E-03** |
| | | Central Tendency | 9.9E-07 | 9.9E-07 | 2.0E-08 | 9.9E-07 | **9.7E-03** | **1.9E-03** | **9.7E-04** | **4.9E-04** |

Bold text/pink shading indicates MOE < benchmark MOE. The highest PPE scenarios displayed are plausible for this exposure scenario.

[1] EPA is unable to estimate ONU exposures separately from workers.

MOE results for *Process Solvent Recycling and Worker Handling of Wastes* utilized monitoring inhalation exposure data (with dermal modeling) and are presented in Table 4-31.

Acute Non-Cancer Risk Estimates:
MOEs for workers were below the benchmark MOE for multiple endpoints at high-end inhalation exposures, but MOEs were above the benchmark MOE for all endpoints at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs were below the benchmark MOE for multiple endpoints at both dermal exposure levels. MOEs remained below the benchmark MOE for congenital heart defects at high-end inhalation exposure even when assuming the highest plausible APF. MOEs remained below the benchmark MOE for congenital heart defects at both dermal exposure levels and for multiple endpoints at high-end dermal exposures even when assuming the highest plausible glove PF protection.

Chronic Non-Cancer Risk Estimates:
MOEs for workers were below the benchmark MOE for multiple endpoints at high-end inhalation exposures, but MOEs were above the benchmark MOE for all endpoints at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. MOEs were below the benchmark MOE for multiple endpoints at both dermal exposure levels. MOEs remained below the benchmark MOE for multiple endpoints at high-end inhalation exposure and at both dermal exposure levels even when assuming the highest plausible APF and glove PF protection.

Cancer Risk Estimates:
Extra risk estimates for workers were above the benchmark level for cancer at high-end inhalation exposures, but risk estimates were below the benchmark for cancer at central tendency inhalation exposures. EPA is unable to estimate ONU exposures separately from workers, therefore central tendency worker estimates were applied as an approximation of likely ONU exposures. Risk estimates were above the benchmark at both dermal exposure levels. Risk estimates were not above the benchmark for high-end inhalation exposure when assuming APF = 50. Risk estimates remained above the benchmark for cancer at both dermal exposure levels even when assuming the highest plausible glove PF protection.

1079 **4.2.3   Risk Estimation for Consumer Exposures by Exposure Scenario**

1080 Risk estimates via inhalation and dermal routes are provided below for consumers and bystanders
1081 following acute exposure. Risk estimates were presented for differing exposure assumptions,
1082 categorized as high, moderate, or low intensity users based on variation in weight fraction, mass of
1083 product used, and duration of use/exposure duration. Risk estimates primarily utilized central tendency
1084 values for other modeling parameters (*e.g.,* room volume, air exchange rate, building volume) and
1085 therefore do not necessarily represent an upper bound of possible exposures. See Section 2.3.2.5.1 for
1086 more details on the characterization of  consumer exposure and [*CEM Modeling Results and Risk*
1087 *Estimates. Docket #* EPA-HQ-OPPT-2019-0500*]* for MOE estimates of all modeled scenarios.

1088

1089 As discussed in Section 2.3.2.2, in general, the frequency of product use was considered to be too low to
1090 create chronic risk concerns. Although high-end frequencies of consumer use for a small percentage of
1091 consumers are up to 50 times per year, available toxicological data is based on either single or
1092 continuous TCE exposure and it is unknown whether these use patterns are expected to be clustered
1093 (*e.g.,* every day for several weeks) or intermittent (*e.g.,* one time per week). There is uncertainty
1094 regarding the extrapolation from continuous studies in animals to the case of repeated, intermittent human
1095 exposures. Therefore, EPA cannot fully rule out that consumers at the high-end frequency of use could
1096 possibly be at risk for chronic hazard effects, however it is expected to be unlikely based on the above
1097 considerations. Therefore, based on reasonably available information, EPA did not develop risk estimates
1098 for this population.

1099
1100
1101
1102
1103
1104
1105
1106
1107
1108
1109
1110
1111
1112
1113
1114
1115
1116
1117
1118
1119
1120
1121
1122
1123
1124
1125
1126

1127    **Table 4-32. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Brake and Parts**
1128    **Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 6.4E-05 | 5.2E-02 | 0.40 | 3.7E-02 |
| | Bystander | 2.2E-04 | 1.8E-01 | 1.4 | 5.8E-02 |
| Moderate-Intensity User | User | 4.1E-04 | 0.33 | 2.5 | 0.11 |
| | Bystander | 1.6E-03 | 1.3 | 10[a] | 0.43 |
| Low-Intensity User | User | 5.2E-03 | 4.2 | 32 | 1.4 |
| | Bystander | 2.0E-02 | 17 | 127 | 5.4 |
| **Dermal Exposure (permeability method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 2.2E-04 | 0.18 | 1.20 | 5.8E-02 |
| | Children (16-20 years) | 2.4E-04 | 0.19 | 1.29 | 6.2E-02 |
| | Children (11-15 years) | 2.2E-04 | 0.17 | 1.18 | 5.6E-02 |
| Moderate-Intensity User | Adult (≥21 years) | 3.0E-03 | 2.3 | 16 | 0.77 |
| | Children (16-20 years) | 3.2E-03 | 2.5 | 17 | 0.82 |
| | Children (11-15 years) | 2.9E-03 | 2.3 | 16 | 0.75 |
| Low-Intensity User | Adult (≥21 years) | 0.13 | 106 | 722 | 35 |
| | Children (16-20 years) | 0.14 | 113 | 771 | 37 |
| | Children (11-15 years) | 0.13 | 103 | 705 | 34 |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1129

1130    MOE results for *Brake and Parts Cleaner* are presented in Table 4-32.

1131

1132    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1133    low-intensity inhalation exposure levels. Dermal MOEs were below the benchmark MOE for multiple
1134    endpoints and all age groups at both moderate and high-intensity exposure levels. MOEs for bystanders
1135    were below the benchmark MOE for multiple endpoints at high, medium, and low-intensity user
1136    inhalation exposure levels.

1137    **Table 4-33. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol**
1138    **Electronic Degreaser/Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 9.8E-05 | 8.0E-02 | 0.61 | 2.6E-02 |
| | Bystander | 4.9E-04 | 0.40 | 3.0 | 0.13 |
| Moderate-Intensity User | User | 2.3E-03 | 1.9 | 15 | 0.61 |
| | Bystander | 1.3E-02 | 10 | 78 | 3.3 |
| Low-Intensity User | User | 6.7E-02 | 54 | 414 | 18 |
| | Bystander | 0.34 | 277 | 2123 | 90 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 1.6E-03 | 1.2 | 8.3 | 0.40 |
| | Children (16-20 years) | 1.7E-03 | 1.3 | 8.9 | 0.43 |
| | Children (11-15 years) | 1.5E-03 | 1.2 | 8.2 | 0.39 |
| Moderate-Intensity User | Adult (≥21 years) | 1.8E-02 | 14 | 98 | 4.7 |
| | Children (16-20 years) | 1.9E-02 | 15 | 105 | 5.0 |
| | Children (11-15 years) | 1.8E-02 | 14 | 96 | 4.6 |
| Low-Intensity User | Adult (≥21 years) | 0.15 | 119 | 814 | 39 |
| | Children (16-20 years) | 0.16 | 127 | 870 | 42 |
| | Children (11-15 years) | 0.15 | 117 | 796 | 38 |

1139
1140    MOE results for *Aerosol Electronic Degreaser/Cleaner* are presented in Table 4-33.
1141
1142    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1143    low-intensity inhalation exposure levels. Dermal MOEs were below the benchmark MOE for multiple
1144    endpoints and all age groups at both moderate and high-intensity exposure levels. MOEs for bystanders
1145    were below the benchmark MOE for multiple endpoints at high and medium-intensity exposure levels.
1146
1147
1148
1149
1150

1151  **Table 4-34. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid Electronic**
1152      **Degreaser/Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 1.0E-04 | 8.3E-02 | 0.64 | 2.7E-02 |
| | Bystander | 5.1E-04 | 0.41 | 3.2 | 0.13 |
| Moderate-Intensity User | User | 1.6E-03 | 1.3 | 9.9 | 0.42 |
| | Bystander | 8.5E-03 | 6.9 | 53 | 2.2 |
| Low-Intensity User | User | 2.1E-02 | 17 | 132 | 5.6 |
| | Bystander | 0.11 | 88 | 674 | 29 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 9.9E-04 | 0.78 | 5.3 | 0.26 |
| | Children (16-20 years) | 1.1E-03 | 0.84 | 5.7 | 0.27 |
| | Children (11-15 years) | 9.7E-04 | 0.76 | 5.2 | 0.25 |
| Moderate-Intensity User | Adult (≥21 years) | 1.5E-02 | 12 | 80 | 3.8 |
| | Children (16-20 years) | 1.6E-02 | 13 | 86 | 4.1 |
| | Children (11-15 years) | 1.5E-02 | 11 | 78 | 3.7 |
| Low-Intensity User | Adult (≥21 years) | 5.9E-02 | 47 | 320 | 15 |
| | Children (16-20 years) | 6.4E-02 | 50 | 342 | 16 |
| | Children (11-15 years) | 5.8E-02 | 46 | 313 | 15 |

1153
1154    MOE results for *Liquid Electronic Degreaser/Cleaner* are presented in Table 4-34.
1155
1156    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1157    low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1158    benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1159    benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1160    levels.
1161

1162   **Table 4-35. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Spray**
1163   **Degreaser/Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.3E-05 | 1.8E-02 | 0.14 | 6.0E-02 |
| | Bystander | 7.9E-05 | 6.4E-02 | 0.49 | 2.1E-02 |
| Moderate-Intensity User | User | 9.0E-05 | 7.3E-02 | 0.56 | 2.4E-02 |
| | Bystander | 3.6E-04 | 0.29 | 2.2 | 9.5E-02 |
| Low-Intensity User | User | 6.0E-04 | 0.48 | 3.7 | 0.16 |
| | Bystander | 2.5E-03 | 2.0 | 15 | 0.65 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 2.4E-04 | 0.19 | 1.3 | 6.1E-02 |
| | Children (16-20 years) | 2.5E-04 | 0.20 | 1.4 | 6.6E-02 |
| | Children (11-15 years) | 2.3E-04 | 0.18 | 1.3 | 6.0E-02 |
| Moderate-Intensity User | Adult (≥21 years) | 1.9E-03 | 1.5 | 10[a] | 0.49 |
| | Children (16-20 years) | 2.0E-03 | 1.6 | 11 | 0.52 |
| | Children (11-15 years) | 1.9E-03 | 1.5 | 10[a] | 0.48 |
| Low-Intensity User | Adult (≥21 years) | 9.5E-03 | 7.5 | 51 | 2.5 |
| | Children (16-20 years) | 1.0E-02 | 8.0 | 55 | 2.6 |
| | Children (11-15 years) | 9.3E-03 | 7.3 | 50 | 2.4 |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1164
1165   MOE results for *Aerosol Spray Degreaser/Cleaner* are presented in Table 4-35.
1166
1167   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1168   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1169   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1170   benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1171   levels.
1172

1173   **Table 4-36. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid**
1174      **Degreaser/Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.5E-05 | 2.0E-02 | 0.16 | 6.6E-03 |
| | Bystander | 1.0E-04 | 8.3E-02 | 0.64 | 2.7E-02 |
| Moderate-Intensity User | User | 2.4E-04 | 0.19 | 1.5 | 6.2E-02 |
| | Bystander | 1.2E-03 | 1.0 | 7.8 | 0.33 |
| Low-Intensity User | User | 1.4E-03 | 1.2 | 8.8 | 0.37 |
| | Bystander | 7.6E-03 | 6.2 | 47 | 2.0 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 2.5E-04 | 0.20 | 1.3 | 6.4E-02 |
| | Children (16-20 years) | 2.7E-04 | 0.21 | 1.4 | 6.8E-02 |
| | Children (11-15 years) | 2.4E-04 | 0.19 | 1.3 | 6.3E-02 |
| Moderate-Intensity User | Adult (≥21 years) | 2.0E-03 | 1.6 | 11 | 0.51 |
| | Children (16-20 years) | 2.1E-03 | 1.7 | 11 | 0.55 |
| | Children (11-15 years) | 1.9E-03 | 1.5 | 10[a] | 0.50 |
| Low-Intensity User | Adult (≥21 years) | 1.5E-02 | 12 | 80 | 3.8 |
| | Children (16-20 years) | 1.6E-02 | 13 | 86 | 4.1 |
| | Children (11-15 years) | 1.5E-02 | 11 | 78 | 3.8 |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1175
1176   MOE results for *Liquid Degreaser/Cleaner* are presented in Table 4-36.
1177
1178   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1179   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1180   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1181   benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1182   levels.
1183

1184 **Table 4-37. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Gun**
1185 **Scrubber**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **5.0E-02** | **40** | 309 | 13 |
| | Bystander | **0.20** | 164 | 1255 | 53 |
| Moderate-Intensity User | User | **4.7E-02** | **38** | 294 | 12 |
| | Bystander | **0.25** | 202 | 1551 | 66 |
| Low-Intensity User | User | **8.1E-02** | **66** | 506 | 21 |
| | Bystander | **0.44** | 354 | 2715 | 115 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | **2.5E-04** | **0.19** | **1.3** | **6.4E-02** |
| | Children (16-20 years) | **2.6E-04** | **0.21** | **1.4** | **6.8E-02** |
| | Children (11-15 years) | **2.4E-04** | **0.19** | **1.3** | **6.2E-02** |
| Moderate-Intensity User | Adult (≥21 years) | **2.0E-03** | **1.6** | 11 | **0.51** |
| | Children (16-20 years) | **2.1E-03** | **1.7** | 11 | **0.54** |
| | Children (11-15 years) | **1.9E-03** | **1.5** | 10[a] | **0.50** |
| Low-Intensity User | Adult (≥21 years) | **2.5E-02** | **19** | 133 | **6.4** |
| | Children (16-20 years) | **2.6E-02** | **21** | 142 | **6.8** |
| | Children (11-15 years) | **2.4E-02** | **19** | 130 | **6.2** |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1186
1187    MOE results for *Aerosol Gun Scrubber* are presented in Table 4-37.
1188
1189    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1190    low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1191    benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1192    benchmark MOE for congenital heart defects at high, medium, and low-intensity user inhalation
1193    exposure levels.

1194  **Table 4-38. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid Gun**
1195  **Scrubber**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **5.8E-02** | **47** | 361 | 15 |
| | Bystander | **0.24** | 191 | 1465 | 62 |
| Moderate-Intensity User | User | **5.5E-02** | **45** | 343 | 14 |
| | Bystander | **0.29** | 236 | 1809 | 77 |
| Low-Intensity User | User | **5.9E-02** | **48** | 370 | 16 |
| | Bystander | **0.30** | 247 | 1893 | 80 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | **2.7E-04** | **0.21** | **1.4** | **6.9E-02** |
| | Children (16-20 years) | **2.8E-04** | **0.22** | **1.5** | **7.3E-02** |
| | Children (11-15 years) | **2.6E-04** | **0.21** | **1.4** | **6.7E-02** |
| Moderate-Intensity User | Adult (≥21 years) | **2.1E-03** | **1.7** | 11 | **0.55** |
| | Children (16-20 years) | **2.3E-03** | **1.8** | 12 | **0.59** |
| | Children (11-15 years) | **2.1E-03** | **1.6** | 11 | **0.54** |
| Low-Intensity User | Adult (≥21 years) | **1.6E-02** | **13** | 86 | **4.1** |
| | Children (16-20 years) | **1.7E-02** | **13** | 92 | **4.4** |
| | Children (11-15 years) | **1.6E-02** | **12** | 84 | **4.0** |

1196
1197  MOE results for *Liquid Gun Scrubber* are presented in Table 4-38.
1198
1199  MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1200  low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1201  benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1202  benchmark MOE for congenital heart defects at high, medium, and low-intensity user inhalation
1203  exposure levels.
1204
1205
1206

1207   **Table 4-39. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Mold Release**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.3E-04 | 0.18 | 1.4 | 5.9E-02 |
| | Bystander | 1.1E-03 | 0.91 | 7.0 | 0.30 |
| Moderate-Intensity User | User | 2.1E-03 | 1.7 | 13 | 0.56 |
| | Bystander | 1.1E-02 | 9.2 | 71 | 3.0 |
| Low-Intensity User | User | 2.1E-02 | 17 | 130 | 5.5 |
| | Bystander | 0.11 | 87 | 667 | 28 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 2.4E-03 | 1.9 | 13 | 6.1E-01 |
| | Children (16-20 years) | 2.5E-03 | 2.0 | 14 | 6.5E-01 |
| | Children (11-15 years) | 2.3E-03 | 1.8 | 12 | 6.0E-01 |
| Moderate-Intensity User | Adult (≥21 years) | 1.8E-02 | 14 | 98 | 4.7 |
| | Children (16-20 years) | 1.9E-02 | 15 | 104 | 5.0 |
| | Children (11-15 years) | 1.8E-02 | 14 | 96 | 4.6 |
| Low-Intensity User | Adult (≥21 years) | 0.12 | 94 | 645 | 31 |
| | Children (16-20 years) | 0.13 | 101 | 689 | 33 |
| | Children (11-15 years) | 0.12 | 92 | 630 | 30 |

1208
1209   MOE results for *Mold Release* are presented in Table 4-39.
1210
1211   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1212   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1213   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1214   benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1215   levels.
1216
1217

1218   **Table 4-40. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Aerosol Tire**
1219   **Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.4E-04 | 0.19 | 1.5 | 6.2E-02 |
| | Bystander | 5.4E-04 | 0.44 | 3.4 | 1.4E-02 |
| Moderate-Intensity User | User | 8.9E-04 | 0.72 | 5.5 | 0.23 |
| | Bystander | 3.6E-03 | 2.9 | 22 | 0.94 |
| Low-Intensity User | User | 6.4E-03 | 5.2 | 40 | 1.7 |
| | Bystander | 2.6E-02 | 21 | 164 | 6.9 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 1.1E-03 | 8.5E-01 | 5.8 | 2.8E-01 |
| | Children (16-20 years) | 1.2E-03 | 9.1E-01 | 6.2 | 3.0E-01 |
| | Children (11-15 years) | 1.1E-03 | 8.3E-01 | 5.7 | 2.7E-01 |
| Moderate-Intensity User | Adult (≥21 years) | 4.3E-03 | 3.4 | 23 | 1.1 |
| | Children (16-20 years) | 4.6E-03 | 3.6 | 25 | 1.2 |
| | Children (11-15 years) | 4.2E-03 | 3.3 | 23 | 1.1 |
| Low-Intensity User | Adult (≥21 years) | 1.9E-02 | 15 | 100 | 4.8 |
| | Children (16-20 years) | 2.0E-02 | 16 | 107 | 5.1 |
| | Children (11-15 years) | 1.8E-02 | 14 | 97 | 4.7 |

1220
1221   MOE results for *Aerosol Tire Cleaner* are presented in Table 4-40.
1222
1223   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1224   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1225   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1226   benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1227   levels.
1228

1229   **Table 4-41. Consumer Risk Estimation - Solvents for Cleaning and Degreasing - Liquid Tire**
1230   **Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 7.8E-05 | 6.3E-02 | 0.48 | 2.0E-02 |
| | Bystander | 2.4E-04 | 0.20 | 1.5 | 6.4E-02 |
| Moderate-Intensity User | User | 4.0E-04 | 0.32 | 2.5 | 0.10 |
| | Bystander | 1.6E-03 | 1.3 | 9.9 | 0.42 |
| Low-Intensity User | User | 2.0E-03 | 1.6 | 12 | 0.53 |
| | Bystander | 8.3E-03 | 6.7 | 51 | 2.2 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 4.8E-04 | 0.38 | 2.6 | 0.12 |
| | Children (16-20 years) | 5.2E-04 | 0.41 | 2.8 | 0.13 |
| | Children (11-15 years) | 4.7E-04 | 0.37 | 2.6 | 0.12 |
| Moderate-Intensity User | Adult (≥21 years) | 1.9E-03 | 1.5 | 10[a] | 0.50 |
| | Children (16-20 years) | 2.1E-03 | 1.6 | 11 | 0.53 |
| | Children (11-15 years) | 1.9E-03 | 1.5 | 10[a] | 0.49 |
| Low-Intensity User | Adult (≥21 years) | 5.8E-03 | 4.6 | 31 | 1.5 |
| | Children (16-20 years) | 6.2E-03 | 4.9 | 33 | 1.6 |
| | Children (11-15 years) | 5.7E-03 | 4.5 | 31 | 1.5 |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1231
1232   MOE results for *Liquid Tire Cleaner* are presented in Table 4-41.
1233
1234   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1235   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1236   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1237   benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1238   levels.
1239

1240   **Table 4-42. Consumer Risk Estimation - Lubricants and Greases - Tap and Die Fluid**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.5E-04 | 0.20 | 1.6 | 6.6E-02 |
| | Bystander | 1.3E-03 | 1.0 | 7.8 | 3.3E-01 |
| Moderate-Intensity User | User | 2.4E-03 | 1.9 | 15 | 0.62 |
| | Bystander | 1.3E-02 | 10 | 79 | 3.3 |
| Low-Intensity User | User | 1.4E-02 | 11 | 85 | 3.6 |
| | Bystander | 7.0E-02 | 57 | 434 | 18 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 2.6E-03 | 2.1 | 14 | 0.68 |
| | Children (16-20 years) | 2.8E-03 | 2.2 | 15 | 0.73 |
| | Children (11-15 years) | 2.6E-03 | 2.0 | 14 | 0.67 |
| Moderate-Intensity User | Adult (≥21 years) | 2.0E-02 | 16 | 109 | 5.2 |
| | Children (16-20 years) | 2.2E-02 | 17 | 116 | 5.6 |
| | Children (11-15 years) | 2.0E-02 | 16 | 106 | 5.1 |
| Low-Intensity User | Adult (≥21 years) | 7.7E-02 | 61 | 416 | 20 |
| | Children (16-20 years) | 8.3E-02 | 65 | 445 | 21 |
| | Children (11-15 years) | 7.6E-02 | 60 | 407 | 19 |

1241
1242   MOE results for *Tap and Die Fluid* are presented in Table 4-42.
1243
1244   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1245   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1246   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1247   benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation exposure
1248   levels.
1249

1250   **Table 4-43. Consumer Risk Estimation - Lubricants and Greases - Penetrating Lubricant**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | **10** | **100** | **10** | **10** |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | **Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010)** |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **3.2E-04** | **0.26** | **2.0** | **8.3E-02** |
| | Bystander | **1.6E-03** | **1.3** | **9.8** | **4.1E-01** |
| Moderate-Intensity User | User | **5.4E-03** | **4.4** | 33 | **1.4** |
| | Bystander | **2.9E-02** | **23** | 179 | **7.6** |
| Low-Intensity User | User | **0.17** | 139 | 1065 | 45 |
| | Bystander | **0.88** | 712 | 5460 | 231 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | **3.3E-03** | **2.6** | 18 | **0.86** |
| | Children (16-20 years) | **3.5E-03** | **2.8** | 19 | **0.91** |
| | Children (11-15 years) | **3.2E-03** | **2.6** | 17 | **0.84** |
| Moderate-Intensity User | Adult (≥21 years) | **4.6E-02** | **36** | 248 | 12 |
| | Children (16-20 years) | **4.9E-02** | **39** | 265 | 13 |
| | Children (11-15 years) | **4.5E-02** | **36** | 243 | 12 |
| Low-Intensity User | Adult (≥21 years) | **0.97** | 766 | 5230 | 250 |
| | Children (16-20 years) | **1.0** | 818 | 5589 | 267 |
| | Children (11-15 years) | **0.95** | 748 | 5111 | 245 |

1251
1252   MOE results for *Penetrating Lubricant* are presented in Table 4-43.
1253
1254   MOEs for consumer users were below the benchmark MOE for for multiple endpoints at high and
1255   medium-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below
1256   the benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1257   benchmark MOE for multiple endpoints at high and medium-intensity inhalation exposure levels.
1258
1259

1260    **Table 4-44. Consumer Risk Estimation - Adhesives and Sealants - Solvent-Based Adhesive and**
1261    **Sealant**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.2E-04 | 1.8E-01 | 1.4 | 5.8E-02 |
| | Bystander | 8.9E-04 | 7.3E-01 | 5.6 | 0.24 |
| Moderate-Intensity User | User | 6.7E-03 | 5.4 | 41 | 1.8 |
| | Bystander | 3.6E-02 | 29 | 222 | 9.4 |
| Low-Intensity User | User | 0.56 | 452 | 3462 | 146 |
| | Bystander | 2.8 | 2300 | 17636 | 746 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 6.1E-04 | 0.48 | 3.3 | 0.16 |
| | Children (16-20 years) | 6.5E-04 | 0.51 | 3.5 | 0.17 |
| | Children (11-15 years) | 6.0E-04 | 0.47 | 3.2 | 0.15 |
| Moderate-Intensity User | Adult (≥21 years) | 5.2E-03 | 4.1 | 28 | 1.3 |
| | Children (16-20 years) | 5.6E-03 | 4.4 | 30 | 1.4 |
| | Children (11-15 years) | 5.1E-03 | 4.0 | 28 | 1.3 |
| Low-Intensity User | Adult (≥21 years) | 0.38 | 300 | 2049 | 98 |
| | Children (16-20 years) | 0.41 | 321 | 2189 | 105 |
| | Children (11-15 years) | 0.37 | 293 | 2002 | 96 |

1262
1263    MOE results for *Solvent-Based Adhesive and Sealant* are presented in Table 4-44.
1264
1265    MOEs for consumer users were below the benchmark MOE for for multiple endpoints at high and
1266    medium-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1267    benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1268    benchmark MOE for multiple endpoints at high and medium-intensity inhalation exposure levels.
1269

1270   **Table 4-45. Consumer Risk Estimation – Adhesives and Sealants – Mirror Edge Sealant**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 1.1E-03 | 0.90 | 6.9 | 0.29 |
| | Bystander | 4.7E-03 | 3.8 | 29 | 1.2 |
| Moderate-Intensity User | User | 7.4E-03 | 6.0 | 46 | 2.0 |
| | Bystander | 4.1E-02 | 33 | 254 | 11 |
| Low-Intensity User | User | 0.17 | 134 | 1028 | 43 |
| | Bystander | 0.91 | 737 | 5651 | 239 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 8.1E-03 | 6.4 | 44 | 2.1 |
| | Children (16-20 years) | 8.7E-03 | 6.8 | 47 | 2.2 |
| | Children (11-15 years) | 7.9E-03 | 6.2 | 43 | 2.0 |
| Moderate-Intensity User | Adult (≥21 years) | 3.7E-02 | 29 | 198 | 9.5 |
| | Children (16-20 years) | 3.9E-02 | 31 | 211 | 10 |
| | Children (11-15 years) | 3.6E-02 | 28 | 193 | 9.2 |
| Low-Intensity User | Adult (≥21 years) | 2.8E-01 | 221 | 1512 | 72 |
| | Children (16-20 years) | 3.0E-01 | 237 | 1616 | 77 |
| | Children (11-15 years) | 2.7E-01 | 216 | 1478 | 71 |

1271
1272   MOE results for *Mirror Edge Sealant* are presented in Table 4-45.
1273
1274   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high and medium-
1275   intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1276   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1277   benchmark MOE for multiple endpoints at high and medium-intensity inhalation exposure levels.
1278

1279    **Table 4-46. Consumer Risk Estimation - Adhesives and Sealants - Tire Repair Cement / Sealer**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 3.1E-04 | 0.25 | 1.9 | 8.2E-02 |
| | Bystander | 9.7E-04 | 0.79 | 6.1 | 2.6E-01 |
| Moderate-Intensity User | User | 5.6E-03 | 4.5 | 35 | 1.5 |
| | Bystander | 2.3E-02 | 18 | 141 | 6 |
| Low-Intensity User | User | 6.2E-02 | 50 | 385 | 16 |
| | Bystander | 0.23 | 188 | 1444 | 61 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 5.8E-04 | 0.46 | 3.1 | 0.15 |
| | Children (16-20 years) | 6.2E-04 | 0.49 | 3.3 | 0.16 |
| | Children (11-15 years) | 5.6E-04 | 0.45 | 3.0 | 0.15 |
| Moderate-Intensity User | Adult (≥21 years) | 3.1E-03 | 2.5 | 17 | 0.80 |
| | Children (16-20 years) | 3.3E-03 | 2.6 | 18 | 0.86 |
| | Children (11-15 years) | 3.0E-03 | 2.4 | 16 | 0.78 |
| Low-Intensity User | Adult (≥21 years) | 2.9E-02 | 23 | 158 | 7.5 |
| | Children (16-20 years) | 3.1E-02 | 25 | 168 | 8.1 |
| | Children (11-15 years) | 2.9E-02 | 23 | 154 | 7.4 |

1280
1281    MOE results for *Tire Repair Cement/Sealer* are presented in Table 4-46.
1282
1283    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high and medium-
1284    intensity exposure levels via both inhalation and at all exposure levels via dermal routes. Dermal MOEs
1285    were below the benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were
1286    below the benchmark MOE for multiple endpoints at high and medium-intensity inhalation exposure
1287    levels.
1288
1289

1290     **Table 4-47. Consumer Risk Estimation – Cleaning and Furniture Care Products – Carpet Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 7.0E-05 | 5.7E-02 | 0.44 | 1.8E-02 |
| | Bystander | 3.2E-04 | 0.26 | 2.0 | 8.4E-02 |
| Moderate-Intensity User | User | 5.8E-04 | 0.47 | 3.6 | 0.15 |
| | Bystander | 2.9E-03 | 2.4 | 18 | 0.77 |
| Low-Intensity User | User | 3.4E-03 | 2.7 | 21 | 0.89 |
| | Bystander | 1.6E-02 | 13 | 99 | 4.2 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 9.1E-04 | 0.72 | 4.9 | 0.24 |
| | Children (16-20 years) | 9.8E-04 | 0.77 | 5.3 | 0.25 |
| | Children (11-15 years) | 8.9E-04 | 0.70 | 4.8 | 0.23 |
| Moderate-Intensity User | Adult (≥21 years) | 5.5E-03 | 4.3 | 30 | 1.4 |
| | Children (16-20 years) | 5.9E-03 | 4.6 | 32 | 1.5 |
| | Children (11-15 years) | 5.4E-03 | 4.2 | 29 | 1.4 |
| Low-Intensity User | Adult (≥21 years) | 5.5E-02 | 43 | 295 | 14 |
| | Children (16-20 years) | 5.9E-02 | 46 | 315 | 15 |
| | Children (11-15 years) | 5.4E-02 | 42 | 289 | 14 |

1291
1292     MOE results for *Carpet Cleaner* are presented in Table 4-47.
1293
1294     MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1295     low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1296     benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1297     benchmark MOE for multiple endpoints at high, medium, and low-intensity inhalation exposure levels.
1298

1299
1300

**Table 4-48. Consumer Risk Estimation - Cleaning and Furniture Care Products - Aerosol Spot Remover**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.2E-04 | 0.17 | 1.3 | 5.7E-02 |
| | Bystander | 1.1E-03 | 0.87 | 6.7 | 0.28 |
| Moderate-Intensity User | User | 1.8E-03 | 1.5 | 11 | 0.48 |
| | Bystander | 9.8E-03 | 8.0 | 61 | 2.6 |
| Low-Intensity User | User | 1.0E-02 | 8.5 | 65 | 2.7 |
| | Bystander | 5.3E-02 | 43 | 332 | 14 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 3.1E-03 | 2.4 | 17 | 0.80 |
| | Children (16-20 years) | 3.3E-03 | 2.6 | 18 | 0.85 |
| | Children (11-15 years) | 3.0E-03 | 2.4 | 16 | 0.78 |
| Moderate-Intensity User | Adult (≥21 years) | 1.9E-02 | 15 | 100 | 4.8 |
| | Children (16-20 years) | 2.0E-02 | 16 | 107 | 5.1 |
| | Children (11-15 years) | 1.8E-02 | 14 | 98 | 4.7 |
| Low-Intensity User | Adult (≥21 years) | 0.19 | 146 | 998 | 48 |
| | Children (16-20 years) | 0.20 | 156 | 1066 | 51 |
| | Children (11-15 years) | 0.18 | 143 | 975 | 47 |

1301
1302 MOE results for *Aerosol Spot Remover* are presented in Table 4-48.
1303
1304 MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1305 low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1306 benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1307 benchmark MOE for multiple endpoints at high, medium, and low-intensity inhalation exposure levels.
1308

1309 **Table 4-49. Consumer Risk Estimation - Cleaning and Furniture Care Products - Liquid Spot**
1310 **Remover**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 9.3E-05 | 7.5E-02 | 0.58 | 2.4E-02 |
| | Bystander | 4.6E-04 | 0.37 | 2.9 | 0.12 |
| Moderate-Intensity User | User | 7.8E-04 | 0.63 | 4.9 | 0.21 |
| | Bystander | 4.2E-03 | 3.4 | 26 | 1.1 |
| Low-Intensity User | User | 6.8E-03 | 5.5 | 42 | 1.8 |
| | Bystander | 3.4E-02 | 28 | 214 | 9.1 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 1.3E-03 | 1.0 | 7.2 | 0.34 |
| | Children (16-20 years) | 1.4E-03 | 1.1 | 7.7 | 0.37 |
| | Children (11-15 years) | 1.3E-03 | 1.0 | 7.0 | 0.34 |
| Moderate-Intensity User | Adult (≥21 years) | 8.0E-03 | 6.3 | 43 | 2.1 |
| | Children (16-20 years) | 8.5E-03 | 6.7 | 46 | 2.2 |
| | Children (11-15 years) | 7.8E-03 | 6.2 | 42 | 2.0 |
| Low-Intensity User | Adult (≥21 years) | 0.12 | 94 | 645 | 31 |
| | Children (16-20 years) | 0.13 | 101 | 689 | 33 |
| | Children (11-15 years) | 0.12 | 92 | 630 | 30 |

1311
1312  MOE results for *Liquid Spot Remover* are presented in Table 4-49.
1313
1314  MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1315  low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1316  benchmark MOE for multiple endpoints and all age groups at high and medium-intensity exposure
1317  levels and for multiple age groups at all exposure levels. MOEs for bystanders were below the
1318  benchmark MOE for multiple endpoints at high, medium, and low-intensity inhalation exposure levels.
1319

1320   **Table 4-50. Consumer Risk Estimation - Arts, Crafts, and Hobby Materials - Fixatives and**
1321   **Finishing Spray Coatings**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **4.0E-04** | **0.32** | **2.5** | **0.10** |
| | Bystander | **1.6E-03** | **1.3** | 10ᵃ | **0.43** |
| Moderate-Intensity User | User | **2.5E-03** | **2.0** | 15 | **0.65** |
| | Bystander | **1.3E-02** | **11** | 83 | **3.5** |
| Low-Intensity User | User | **1.3E-02** | **10** | 79 | **3.4** |
| | Bystander | **6.5E-02** | **53** | 407 | 17 |
| **Dermal Exposure (Fraction Absorbed Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | **9.4E-03** | **7.4** | 51 | **2.4** |
| | Children (16-20 years) | **1.0E-02** | **7.9** | 54 | **2.6** |
| | Children (11-15 years) | **9.2E-03** | **7.3** | 50 | **2.4** |
| Moderate-Intensity User | Adult (≥21 years) | **3.7E-02** | **29** | 199 | **9.5** |
| | Children (16-20 years) | **4.0E-02** | **31** | 213 | 10ᵃ |
| | Children (11-15 years) | **3.6E-02** | **29** | 195 | **9.3** |
| Low-Intensity User | Adult (≥21 years) | **0.33** | 257 | 1758 | 84 |
| | Children (16-20 years) | **0.35** | 275 | 1879 | 90 |
| | Children (11-15 years) | **0.32** | 252 | 1718 | 82 |
| ᵃ If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1322
1323   MOE results for *Fixatives and Finishing Spray Coatings* are presented in Table 4-50.
1324
1325   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1326   low-intensity inhalation exposure levels. Dermal MOEs were below the benchmark MOE for multiple
1327   endpoints and all age groups at high and medium-intensity exposure levels. MOEs for bystanders were
1328   below the benchmark MOE for multiple endpoints at high, medium, and low-intensity user inhalation
1329   exposure levels.
1330

1331   **Table 4-51. Consumer Risk Estimation - Apparel and Footwear Care Products - Shoe Polish**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **1.3E-03** | **1.1** | **8.3** | **0.35** |
| | Bystander | **5.5E-03** | **4.4** | 34 | **1.4** |
| Moderate-Intensity User | User | **1.1E-02** | **8.8** | 67 | **2.9** |
| | Bystander | **5.9E-02** | **48** | 366 | 15 |
| Low-Intensity User | User | **6.2E-02** | **50** | 386 | 16 |
| | Bystander | **3.2E-01** | 258 | 1977 | 84 |
| **Dermal Exposure (Permeability Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | **1.4E-02** | **11** | 76 | **3.6** |
| | Children (16-20 years) | **1.5E-02** | **12** | 81 | **3.9** |
| | Children (11-15 years) | **1.4E-02** | **11** | 74 | **3.6** |
| Moderate-Intensity User | Adult (≥21 years) | **8.5E-02** | **67** | 457 | 22 |
| | Children (16-20 years) | **9.1E-02** | **71** | 488 | 23 |
| | Children (11-15 years) | **8.3E-02** | **65** | 446 | 21 |
| Low-Intensity User | Adult (≥21 years) | **0.85** | 669 | 4567 | 219 |
| | Children (16-20 years) | **0.91** | 715 | 4880 | 234 |
| | Children (11-15 years) | **0.83** | 654 | 4463 | 214 |

1332
1333   MOE results for *Shoe Polish* are presented in Table 4-51.
1334
1335   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1336   low-intensity inhalation exposure levels. Dermal MOEs were below the benchmark MOE for multiple
1337   endpoints and all age groups at high and medium-intensity exposure levels. MOEs for bystanders were
1338   below the benchmark MOE for multiple endpoints for high and medium-intensity inhalation exposure
1339   levels.
1340

1341   **Table 4-52. Consumer Risk Estimation - Other Consumer Uses - Fabric Spray**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 2.8E-04 | 0.23 | 1.7 | 7.3E-02 |
| | Bystander | 1.1E-03 | 0.92 | 7.1 | 0.30 |
| Moderate-Intensity User | User | 1.7E-03 | 1.3 | 10ᵃ | 0.44 |
| | Bystander | 8.9E-03 | 7.2 | 55 | 2.3 |
| Low-Intensity User | User | 7.9E-03 | 6.4 | 49 | 2.1 |
| | Bystander | 4.0E-02 | 33 | 251 | 11 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 8.1E-03 | 6.4 | 44 | 2.1 |
| | Children (16-20 years) | 8.7E-03 | 6.8 | 47 | 2.2 |
| | Children (11-15 years) | 7.9E-03 | 6.2 | 43 | 2.0 |
| Moderate-Intensity User | Adult (≥21 years) | 1.8E-02 | 14 | 98 | 4.7 |
| | Children (16-20 years) | 1.9E-02 | 15 | 104 | 5.0 |
| | Children (11-15 years) | 1.8E-02 | 14 | 95 | 4.6 |
| Low-Intensity User | Adult (≥21 years) | 0.10 | 81 | 554 | 27 |
| | Children (16-20 years) | 0.11 | 87 | 592 | 28 |
| | Children (11-15 years) | 0.10 | 79 | 541 | 26 |

ᵃ If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark.

1342
1343   MOE results for *Fabric Spray* are presented in Table 4-52.
1344
1345   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1346   low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1347   benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1348   benchmark MOE for multiple endpoints at high, medium, and low-intensity inhalation exposure levels.
1349

1350    **Table 4-53. Consumer Risk Estimation - Other Consumer Uses - Film Cleaner**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 5.8E-05 | 4.7E-02 | 0.36 | 1.5E-02 |
| | Bystander | 2.4E-04 | 0.19 | 1.5 | 6.2E-02 |
| Moderate-Intensity User | User | 3.6E-04 | 0.29 | 2.2 | 9.4E-02 |
| | Bystander | 1.9E-03 | 1.6 | 12 | 0.51 |
| Low-Intensity User | User | 1.9E-03 | 1.5 | 12 | 0.49 |
| | Bystander | 9.5E-03 | 7.7 | 59 | 2.5 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 1.4E-03 | 1.1 | 7.4 | 0.35 |
| | Children (16-20 years) | 1.5E-03 | 1.2 | 7.9 | 0.38 |
| | Children (11-15 years) | 1.3E-03 | 1.1 | 7.2 | 0.34 |
| Moderate-Intensity User | Adult (≥21 years) | 5.4E-03 | 4.2 | 29 | 1.4 |
| | Children (16-20 years) | 5.7E-03 | 4.5 | 31 | 1.5 |
| | Children (11-15 years) | 5.2E-03 | 4.1 | 28 | 1.4 |
| Low-Intensity User | Adult (≥21 years) | 4.7E-02 | 37 | 255 | 12 |
| | Children (16-20 years) | 5.1E-02 | 40 | 273 | 13 |
| | Children (11-15 years) | 4.6E-02 | 36 | 249 | 12 |

1351
1352    MOE results for *Film Cleaner* are presented in Table 4-53.
1353
1354    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1355    low-intensity exposure levels via both inhalation and dermal routes. Dermal MOEs were below the
1356    benchmark MOE for multiple endpoints and all age groups. MOEs for bystanders were below the
1357    benchmark MOE for multiple endpoints at high, medium, and low-intensity inhalation exposure levels.
1358

1359     **Table 4-54. Consumer Risk Estimation - Other Consumer Uses - Hoof Polish**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Immunosuppression (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **1.7E-03** | **1.4** | 10 | **0.44** |
| | Bystander | **0.34** | 272 | 2084 | 88 |
| Moderate-Intensity User | User | **1.7E-02** | **14** | 106 | **4.5** |
| | Bystander | **7.8** | 6307 | 48351 | 2045 |
| Low-Intensity User | User | **0.12** | **97** | 747 | 32 |
| | Bystander | 48 | 38519 | 295309 | 12493 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | **1.1E-02** | **8.8** | 60 | **2.9** |
| | Children (16-20 years) | **1.2E-02** | **9.4** | 64 | **3.1** |
| | Children (11-15 years) | **1.1E-02** | **8.6** | 59 | **2.8** |
| Moderate-Intensity User | Adult (≥21 years) | **3.7E-02** | **29** | 199 | **9.5** |
| | Children (16-20 years) | **4.0E-02** | **31** | 213 | 10[a] |
| | Children (11-15 years) | **3.6E-02** | **29** | 195 | **9.3** |
| Low-Intensity User | Adult (≥21 years) | **0.33** | 257 | 1758 | 84 |
| | Children (16-20 years) | **0.35** | 275 | 1879 | 90 |
| | Children (11-15 years) | **0.32** | 252 | 1718 | 82 |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1360
1361     MOE results for *Hoof Polish* are presented in Table 4-54.
1362
1363     MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1364     low-intensity inhalation exposure levels. Dermal MOEs were below the benchmark MOE for multiple
1365     endpoints and all age groups at high and medium-intensity exposure levels. MOEs for bystanders were
1366     below the benchmark MOE for multiple endpoints at high and medium-intensity inhalation exposure
1367     levels. MOEs for bystanders were not below the benchmark MOE for any endpoint at low-intensity
1368     inhalation exposure levels.
1369

1370    **Table 4-55. Consumer Risk Estimation - Other Consumer Uses - Pepper Spray**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | **10** | **100** | **10** | **10** |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | **Acute Immunotoxicity - Immunosuppression** (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | **5.6E-02** | **45** | 346 | 15 |
| | Bystander | Not modeled due to simulated outdoor scenario - can be considered equal to user. | | | |
| Moderate-Intensity User | User | **0.11** | **90** | 692 | 29 |
| | Bystander | Not modeled due to simulated outdoor scenario - can be considered equal to user. | | | |
| Low-Intensity User | User | **0.21** | 169 | 1297 | 55 |
| | Bystander | Not modeled due to simulated outdoor scenario - can be considered equal to user. | | | |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| Single Scenario | Adult (≥21 years) | **6.0E-02** | **48** | 325 | 16 |
| | Children (16-20 years) | **6.4E-02** | **51** | 347 | 17 |
| | Children (11-15 years) | **5.9E-02** | **46** | 317 | 15 |

1371

1372    MOE results for *Pepper Spray* are presented in Table 4-55.

1373

1374    MOEs for consumer users were below the benchmark MOE for multiple endpoints at high and medium-
1375    intensity inhalation exposure levels, however MOEs were not below the benchmark for the best overall
1376    endpoint of acute immunotoxicity. Dermal MOEs were below the benchmark MOE for multiple
1377    endpoints and all age groups for the single scenario assessed, however MOEs were not below the
1378    benchmark for the best overall endpoint of acute immunotoxicity. MOEs for bystanders were not
1379    modeled because bystander exposure is considered equivalent to user exposure.

1380
1381
1382
1383
1384
1385

1386   **Table 4-56. Consumer Risk Estimation - Other Consumer Uses - Toner Aid**

| Scenario | Consumer Receptor | Benchmark | | | |
|---|---|---|---|---|---|
| | | 10 | 100 | 10 | 10 |
| | | Developmental Effects - Congenital Heart Defects (Johnson et al., 2003) | Developmental Effects - Developmental Neurotoxicity (Fredriksson et al., 1993) | Developmental Effects - Increased Resorptions (Narotsky et al., 1995) | Acute Immunotoxicity - Response to Infection (Selgrade and Gilmour, 2010) |
| **Inhalation Exposure** | | | | | |
| High-Intensity User | User | 4.2E-04 | 0.34 | 2.6 | 0.11 |
| | Bystander | 1.7E-03 | 1.4 | 11 | 0.45 |
| Moderate-Intensity User | User | 2.6E-03 | 2.1 | 16 | 0.68 |
| | Bystander | 1.4E-02 | 11 | 88 | 3.7 |
| Low-Intensity User | User | 1.4E-02 | 11 | 84 | 3.6 |
| | Bystander | 6.9E-02 | 56 | 431 | 18 |
| **Dermal Exposure (Absorption Fraction Method)** | | | | | |
| High-Intensity User | Adult (≥21 years) | 9.9E-03 | 7.8 | 54 | 2.6 |
| | Children (16-20 years) | 1.1E-02 | 8.4 | 57 | 2.7 |
| | Children (11-15 years) | 9.7E-03 | 7.7 | 52 | 2.5 |
| Moderate-Intensity User | Adult (≥21 years) | 3.9E-02 | 31 | 211 | 10[a] |
| | Children (16-20 years) | 4.2E-02 | 33 | 225 | 11 |
| | Children (11-15 years) | 3.8E-02 | 30 | 206 | 9.8 |
| Low-Intensity User | Adult (≥21 years) | 0.34 | 272 | 1857 | 89 |
| | Children (16-20 years) | 0.37 | 291 | 1984 | 95 |
| | Children (11-15 years) | 0.34 | 266 | 1815 | 87 |
| [a] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark. | | | | | |

1387
1388   MOE results for *Toner Aid* are presented in Table 4-56.
1389
1390   MOEs for consumer users were below the benchmark MOE for multiple endpoints at high, medium, and
1391   low-intensity inhalation exposure levels. Dermal MOEs were below the benchmark MOE for multiple
1392   endpoints and all age groups at high and medium-intensity exposure levels. MOEs for bystanders were
1393   below the benchmark MOE for multiple endpoints at high, medium, and low-intensity inhalation
1394   exposure levels.

## 4.3  Assumptions and Key Sources of Uncertainty for Risk Characterization

### 4.3.1   Environmental Risk Characterization

There were some uncertainties related to environmental risk for TCE, with some leading to potentially underestimating risk and some leading to potentially overestimating risk. As mentioned in Section 3.1.7, there were uncertainties regarding the hazard data for aquatic species; however, some of the uncertainty was mitigated by the use of multiple lines of evidence supporting the assessment of hazard.

There were also uncertainties around surface water concentrations used to determine the environmental risk. EPA used E-FAST, monitored data, and data from reasonably available literature to characterize acute and chronic exposures of TCE to aquatic organisms. E-FAST estimates may underestimate exposure to some degree, because release data used in E-FAST to estimate surface water concentrations are based primarily on TRI and DMR reporting data. TRI does not include smaller facilities with fewer than 10 full time employees, nor does it cover certain sectors, which may lead to underestimates in total TCE releases to the environment. DMR data are submitted by NPDES permit holders to states or directly to the EPA according to the monitoring requirements of the facility's permit. States are only required to load major discharger data into DMR and may or may not load minor discharger data. The definition of major vs. minor discharger is set by each state and could be based on discharge volume or facility size. Due to these limitations, some sites that discharge may not be included in the DMR dataset.

E-FAST may also overestimate exposure to aquatic species, because TCE is a volatile chemical, and E-FAST doesn't take volatilization or other post-release fate processes or downstream transport into consideration; and, for static water bodies, E-FAST uses a dilution factor as low as one. This may have led to an over estimation of surface water concentrations for the two facilities with environmental risks, as both release to still water bodies. Additionally, both facilities with risk showed 20 days of exceeding the chronic COC (The 20-day chronic risk criterion is derived from partial life cycle tests [*e.g.,* daphnid chronic and fish early life stage tests] that typically range from 21 to 28 days in duration). However, there is uncertainty about whether those 20 days would be consecutive, because the days of exceedance modeled in E-FAST occur sporadically throughout the year. Because TCE is a volatile chemical, it is more likely that a chronic exposure duration will occur when there are more days of exceedances.

Since E-FAST does not incorporate volatilization into its stream concentration estimates, volatilization half-lives of TCE were estimated using EPISuite's Water Volatilization Program (WVOLWIN™) using water depths, water velocities, and wind speeds representative of the two sites that showed exceedances of the 788 and 920 µg/L COCs (Praxair Technology Center in Tonawanda, NY and NASA Michoud in New Orleans, LA; see Table 4-1). For the NY site, a 6-m depth, 0.9 m/s current velocity, and a 5 m/s wind speed were applied. For the LA site, a 1.5-m depth, 3.09E-05 m/s current velocity, and 3.5 m/s wind speed were applied; the current velocity for this site is based on the EPA/Office of Pesticides Index Reservoir, which has a depth of 2.74 m, width of 82.2 m and flow of 25.01 m³/hr (Jones et al., 1998). Results predicted a half-life of about one day (26 hours) for the NY site's receiving water body and a half-life exceeding 10 years for the LA site.

While the inability to consider fate or hydrologic transport characteristics is a limitation of the E-FAST model, the effect of volatility on estimating instream concentrations is expected to be highly variable and site-specific depending on stream flow and environmental conditions. For discharges to still, shallow water bodies, E-FAST estimates are less likely to overestimate surface water concentrations, as TCE is predicted to have a long half-life in such still water bodies. For discharges to faster-flowing,

deeper water bodies, E-FAST estimates may inadequately reflect instream volatile losses expected within the timeframe of one day. Therefore, the estimated concentrations provided are within the bounds of variability and a reasonable estimation of actual instream concentrations, particularly for still or slow-moving and shallow water bodies. Given this variation and the predicted half-life of TCE in flowing water bodies, E-FAST surface water concentrations may best represent concentrations found at the point of discharge. The farther from the facility, the more uncertainty, and the lower the confidence EPA has in the concentration.

The reasonably available monitored data were limited temporally and geographically. Aquatic environmental conditions such as temperature and composition (*i.e.,* total organic carbon, water hardness, dissolve oxygen, and pH) can fluctuate with the seasons, which could affect TCE concentrations in water and sediment pore water. In addition, TCE monitoring data were collected only in certain areas, and within a limited number of states in the U.S. There were no measurements reasonably available immediately downstream from facilities releasing TCE to surface water; these data are only a limited representation of ambient water.

### 4.3.2   Human Health Risk Characterization

#### 4.3.2.1   Occupational Exposure Considerations

Air concentrations. In most scenarios where data were reasonably available, EPA did not find enough reasonably available data to determine complete statistical distributions of actual air concentrations for the workers exposed to TCE. Ideally, EPA would like to know 50th and 95th percentiles for each exposed population. In the absence of percentile data for monitoring, the air concentration means and medians (means are preferred over medians) of the data sets served as substitutes for 50th percentiles (central tendencies) of the actual distributions, whereas high ends of ranges served as substitutes for 95th percentiles of the actual distributions. However, these substitutes are uncertain and are not as reliable as the true percentiles. For instance, in the few cases where enough data were found to determine statistical means and 95th percentiles, the associated substitutes (*i.e.,* medians and high ends of ranges) were shown to overestimate exposures, sometimes significantly. While most air concentration data represent real exposure levels, EPA cannot determine whether these concentrations are representative of the statistical distributions of actual air concentrations to which workers are exposed. It is unknown whether these uncertainties overestimate or underestimate exposures. The range of air concentration estimates from central tendency to high-end was generally not large (*e.g.,* less than 20-fold for most exposure scenarios). Because of this the results of risk characterization were generally not sensitive to the individual estimates of the central tendency and high-end separately but rather were based on considering both central tendency and high-end exposure estimates which increase the overall confidence in the risk characterization.

Exposures for ONUs can vary substantially. EPA notes that ONUs are likely a heterogeneous population of workers, and some could be exposed more than just occasionally to high concentrations. Most data sources do not sufficiently describe the proximity of these employees to the exposure source. As such, exposure levels for the "occupational non-user" category will have high variability depending on the specific work activity performed. It is possible that some employees categorized as "occupational non-user" have exposures similar to those in the "worker" category depending on their specific work activity pattern. Therefore, in the absence of specific monitoring or modeling data, worker risk estimates were applied to ONUs. In many instances, this is likely to overestimate exposures, although the central tendency worker values may be a reasonable approximation of ONU estimates.

1487    Additionally, some data sources may be inherently biased. For example, bias may be present if exposure
1488    monitoring was conducted to address concerns regarding adverse human health effects reported
1489    following exposures during use. These sources may cause exposures to be overestimated.
1490

1491    Where data were not reasonably available, the modeling approaches used to estimate air concentrations
1492    also involve uncertainties. Model parameter values did not all contain distributions known to represent
1493    the modeled scenario. It is also uncertain whether the model equations generate results that represent
1494    actual workplace air concentrations. It is unknown whether these uncertainties overestimate or
1495    underestimate exposures.
1496

1497    <u>Averaging Times</u>. EPA cannot determine how accurately the assumptions of exposure frequencies
1498    (days/yr exposed) and exposed working years may represent actual exposure frequencies and exposed
1499    working years. For example, tenure is used to represent exposed working years, but many workers may
1500    not be exposed during their entire tenure. It is unknown whether these uncertainties overestimate or
1501    underestimate exposures, although the high-end values may result in overestimates when used in
1502    combination with high-end values of other parameters.

1503    See Section 2.3.1.3 for more details on uncertainties and assumptions underlying the occupational
1504    exposure assessment.

1505    <u>Occluded Dermal Exposure</u>
1506    Occluded exposures were presented as a what-if scenario in Appendix H of [*Environmental Releases*
1507    *and Occupational Exposure Assessment. Docket:* <u>EPA-HQ-OPPT-2019-0500</u>]. Risks were not
1508    calculated for these scenarios however because EPA does not know the likelihood or frequency of these
1509    scenarios in the workplace. Occluded dermal exposures are likely to increase risks for workers
1510    compared to "no-glove" scenarios as evaluated in this Risk Evaluation.

1511                      **4.3.2.2        Consumer/Bystander Exposure Considerations**
1512    Inhalation and dermal exposures are evaluated for acute exposure scenarios, *i.e.,* those resulting from
1513    short-term or daily exposures. Chronic exposure scenarios resulting from long-term use of household
1514    consumer products are not evaluated because as discussed in Section 2.3.2.2, in general the frequency of
1515    product use was considered to be too low to create chronic risk concerns. Although high-end frequencies
1516    of consumer use for a small percentage of consumers are up to 50 times per year, reasonably available
1517    toxicological data is based on either single or continuous TCE exposure and it is unknown whether these
1518    use patterns are expected to be clustered (*e.g.,* every day for several weeks) or intermittent (*e.g.,* one
1519    time per week). There is uncertainty regarding the extrapolation from continuous studies in animals to
1520    the case of repeated, intermittent human exposures. Therefore, EPA cannot fully rule out that consumers
1521    at the high-end frequency of use could possibly be at risk for chronic hazard effects, however it is
1522    expected to be unlikely based on these considerations. As discussed in Section 2.3.2.2.1, EPA also did
1523    not assess background levels of TCE in indoor and outdoor air and may therefore be underestimating
1524    consumer inhalation risks. However, these background exposures are likely significantly lower than the
1525    assessed exposure estimates for each exposure scenario and would therefore be unlikely to drive risk
1526    conclusions
1527

1528    The output of the consumer exposure model is fully determined by the choices of parameter values and
1529    initial conditions. Stochastic approaches feature inherent randomness, such that a given set of parameter
1530    values and initial conditions can lead to an ensemble of different model outputs. Because EPA's largely
1531    deterministic approach involves choices regarding low, medium, and high values for highly influential
1532    factors such as chemical mass and frequency/duration of product use, it likely captures the range of

1533 potential exposure levels although it does not necessarily enable characterization of the full probabilistic
1534 distribution of all possible outcomes.
1535
1536 Certain inputs to which model outputs are sensitive, such as zone volumes and airflow rates, were not
1537 varied across product-use scenarios. As a result, model outcomes for extreme circumstances such as a
1538 relatively large chemical mass in a relatively low-volume environment likely are not represented among
1539 the model outcomes. Such extreme outcomes are believed to lie near the upper end (*e.g.,* at or above the
1540 90th percentile) of the exposure distribution.

1541 EPA calculated inhalation risk estimates based on ambient air concentrations and did not derive
1542 lifestage-specific internal doses. As stated in Section 4.4.1, EPA expects that the PBPK model and $UF_H$
1543 at least partially account for lifestage specific differences, however younger lifestages are likely exposed
1544 to several fold higher internal dose of TCE compared to adults. Therefore, using air concentrations
1545 across all lifestages may underestimate risk, especially for infant bystanders.

1546 See Section 2.3.2.6 for more details on uncertainties and assumptions underlying the consumer exposure
1547 assessment.

1548 ### 4.3.2.3      Dermal Absorption Considerations
1549 The occupational and consumer assessment approaches utilize different models for estimating dermal
1550 absorption. As discussed in Section 2.3.2.4.1, the occupational exposure assessment used a fractional
1551 absorption model that accounts for evaporation of volatile chemicals such as TCE. In contrast, the
1552 consumer assessment model varied based on whether unimpeded evaporation was expected. A
1553 permeability/flux model was used for impeded evaporation and a fraction absorbed model was used
1554 when evaporation was expected (Section 2.3.2.3.1). There are several parameters that must be estimated
1555 for each of the respective models, including quantity deposited on skin, surface area of contact,
1556 evaporative flux, film thickness, and exposure duration. Many of these are likely to vary not only by
1557 condition of use but also the particulars of the individual activity patterns on a daily basis. Therefore,
1558 these parameters can only be approximated and the absorption estimates may either underestimate or
1559 overestimate the actual exposure of any particular worker or consumer on a given day, however they
1560 serve as a reasonable generalized approximation if not a higher-end bound.
1561
1562 The choice of one model over the other is primarily driven by the exposure scenario that needs to be
1563 assessed and the information that is reasonably available. For example, EPA does not know the exact
1564 duration of exposure for occupational loading and unloading hence EPA used the engineering model for
1565 occupational exposure assessment since it is event based and does not require a duration input. In
1566 contrast, for consumer applications there is reasonably available information for duration of use, hence
1567 the CEM permeability model or the fraction absorbed model can be used for these exposure scenarios
1568 with greater confidence. Overall, the models are considered appropriate for their respective uses based
1569 on the reasonably available information.

1570 ### 4.3.2.4      Confidence in Risk Estimates
1571 Occupational Exposure Scenarios
1572 There is varying confidence in inhalation exposure estimates from different occupational risk scenarios,
1573 ranging from low-to-medium to medium-to-high (see Table 2-12). Despite some OES with low to
1574 medium overall confidence, many of these are further supported by the availability of both monitoring
1575 and modeling data, despite the uncertainties within each (see Table 2-26). Additionally, the data quality
1576 scores for monitoring data ranged from medium to high, and the inhalation modeling approach was peer
1577 reviewed during the 2014 TCE risk assessment process (U.S. EPA, 2014b) (for a subset of COUs).

1578 EPA acknowledges the uncertainty and lower confidence in applying worker estimates to represent
1579 ONUs in the absence of reasonably available ONU data for certain OES. Therefore, EPA has low
1580 confidence in risk estimates for ONUs based on this assumption. There is medium confidence in the
1581 occupational dermal modeling approach, which was developed from a peer-reviewed publication
1582 (Kasting and Miller, 2006).
1583
1584 Consumer Exposure Scenarios
1585 There is medium to high confidence in consumer inhalation exposure modeling (see Section 2.3.2.7),
1586 however there is low to medium confidence in consumer dermal exposure modeling due to uncertainties
1587 related to absorption (as discussed above) and assumptions regarding impeded vs unimpeded
1588 evaporation for particular conditions of use.
1589
1590 Human Health Hazard
1591 The human health database covers a wide range of endpoints, with most health effects supported by
1592 animal, epidemiological, and mechanistic evidence. There is medium confidence in the integration of
1593 human health data for acute non-cancer, medium to high confidence for cancer, and high confidence for
1594 chronic non-cancer endpoints, although there is additional uncertainty in the dose-response analysis for
1595 the congenital heart defects endpoint (see Section 3.2.6 for more details).
1596
1597 Risk Conclusions
1598 For all exposure scenarios, the confidence in the risk estimates is raised due to the presence of both
1599 central tendency and high end estimates for occupational scenarios and low-, moderate-, and high-
1600 intensity user estimates for consumer scenarios. Any reduced confidence in individual exposure
1601 estimates is mitigated by the use of a range of exposure estimates, which cover a variety of different
1602 assumptions to account for any uncertainty and variability. Therefore, while there is lower confidence in
1603 various occupational inhalation estimates and for consumer dermal exposure estimates, there is high
1604 confidence in the overall approach and it is unlikely that any refinement of risk estimates would result in
1605 variation of more than a few fold in either direction.
1606
1607 In considering risk estimates relative to the benchmark MOE/extra risk, identified risks are typically
1608 present for multiple endpoints, at both high-end and central tendency (or high and medium-intensity user
1609 scenarios for consumers) exposure levels, for both inhalation and dermal exposure, and based on both
1610 monitoring and modeling data, when available (Sections 4.5.2.1 and 4.5.2.2). In accounting for the
1611 totality of uncertainties, including confidence levels for each exposure scenario/COU, strength of the
1612 human health hazard information, and range of risk estimates provided for the different aspects of the
1613 Risk Evaluation relative to the benchmark, confidence in the risk estimates for each of the receptors and
1614 exposure durations is as follows:
1615
1616 Occupational
1617 **Acute Non-Cancer Inhalation Occupational Risk (workers):** Medium
1618 **Acute Non-Cancer Dermal Occupational Risk (workers):** Medium
1619 **Acute Non-Cancer Inhalation Occupational Risk (ONUs):** Medium (Low[24] when based on central
1620 tendency of workers without ONU-specific data)
1621
1622

---

[24] EPA notes that while there is low confidence in the accuracy of the risk estimates due to low confidence in the exposure estimates in these instances, the risk conclusions (*i.e.*, risk estimate below or above benchmark) do not change if ONU chronic exposure values are varied by 10x in either direction.

1623   **Chronic Inhalation Non-Cancer Occupational Risk (workers):** High
1624   **Chronic Dermal Non-Cancer Occupational Risk (workers):** Medium-High
1625   **Chronic Inhalation Non-Cancer Occupational Risk (ONUs):** Medium-High (Low[24] when based on
1626   central tendency of workers without ONU-specific data)
1627
1628   **Lifetime Cancer Inhalation Occupational Risk (workers):** Medium-High
1629   **Lifetime Cancer Dermal Occupational Risk (workers):** Medium-High
1630   **Lifetime Cancer Inhalation Occupational Risk (ONUs):** Medium-High (Low[24] when based on central
1631   tendency of workers without ONU-specific data)
1632
1633   <u>Consumer</u>
1634   **Acute Non-Cancer Inhalation Consumer Risk (users):** Medium-High
1635   **Acute Non-Cancer Dermal Consumer Risk (users):** Low-Medium
1636   **Acute Non-Cancer Inhalation Consumer Risk (bystanders):** Medium-High
1637
1638

## 4.4  Other Risk Related Considerations

### 4.4.1   Potentially Exposed or Susceptible Populations

EPA identified workers, ONUs, consumers, and bystanders as potentially exposed populations. EPA provided risk estimates for workers and ONUs at both central tendency and high-end exposure levels for all COUs. Consumer and bystander risk estimates were provided for low, medium, and high intensities of use, accounting for differences in duration, weight fraction, and mass used. Dermal risk estimates were calculated for both average workers and women of childbearing age [*Occupational Risk Estimate Calculator. Docket: EPA-HQ-OPPT-2019-0500*] based on differences in delivered dose accounting for differing body weight and hand size. Exposures differ by only ~10% between these groups, so this difference is relatively insignificant considering the magnitude of risk estimates relative to the benchmark MOE. Accordingly, the risk characterization section only presents dermal risk estimates for average adult workers (Section 4.2.2). Similarly, risk estimates were provided for each of the three lifestages that are expected to potentially be directly exposed through consumer use, namely 11-15 year olds, 16-20 year olds, and adults 21 and over (Section 4.2.3). These risk estimates also only varied by a small percentage relative to the magnitude of risk estimates relative to the benchmark MOE. EPA determined that bystanders may include lifestages of any age.

For inhalation exposures, risk estimates did not differ between sexes or across lifestages because both exposures and inhalation hazard values are expressed as an air concentration. EPA expects that variability in human physiological factors (*e.g.,* breathing rate, body weight, tidal voume) which may affect internal delivered concentration or dose is sufficiently accounted for in the PBPK model, although some differences among lifestages may not have been accounted for (Section 4.3.2.2). In order to address increased internal dose among workers and ONUs compared to at-rest individuals due to increased breathing rate, EPA used the PBPK model to derive occupational HECs for the best overall acute and chronic non-cancer endpoints (Section 3.2.5.4.1). The use of HEC/HED$_{99}$ values is expected to account for the vast majority of physiological differences among individuals. The PBPK model does not contain a fetal compartment (Section 3.2.2.5), therefore EPA conservatively assumed that maternal internal dose was directly applicable to fetal exposure. While EPA did not assess risk for breast feeding infants, evaluating developmental effects based on maternal internal dose would be protective of this subpopulation.

EPA identified lifestage, sex, genetic polymorphisms, race/ethnicity, preexisting health status, and lifestyle factors and nutrition status as factors affecting biological susceptibility. The use of HEC/HED$_{99}$ POD values derived from relevant PBPK dose metrics accounts for the vast majority of toxicokinetic variation across the population. By relying on the 99th percentile output of the PBPK model, these values are expected to be protective of particularly susceptible subpopulations, including those with genetic polymorphisms resulting in increased activity of bioactivating enzymes. Additionally, risk estimates were provided for three developmental endpoints in order to account for the PESS group of pregnant mothers and women of childbearing age. The (Selgrade and Gilmour, 2010) study accounts for pre-existing infection concurrent with TCE exposure, representing a susceptible status that applies intermittently to the entire population. Cardiac malformations are most strongly associated with offspring of older mothers (Brender et al., 2014; Yauck et al., 2004). While there are inconsistencies in the data on cardiac malformations (Appendix F.3) and reduced confidence in the dose-response and POD derivation for (Johnson et al., 2003), EPA inclusion of risk estimates for cardiac malformations accounts for susceptible mothers (Jenkins et al., 2007) and their offspring in addition to PESS groups with other susceptibilities (*e.g.,* diabetes, infection status, drug exposure, stress (Jenkins et al., 2007), and metabolic sensitivity due to increased enzymatic activity of cytochrome P450 2E1 (CYP2E1)

1686 ([Cichocki et al. 2016](); [U.S. EPA, 2011e]())). An individual may be a member of multiple PESS groups
1687 (perhaps including both exposure and biological susceptibility considerations) and may exhibit multiple
1688 concurrent susceptibilities.
1689
1690 EPA acknowledges that it was unable to directly account for all possible PESS considerations and
1691 subpopulations in the risk estimates. It is unknown whether the HEC/HED$_{99}$ and remaining 3x UF$_H$ for
1692 toxicodynamic variability sufficiently accounts for the full breadth of human responses, and
1693 subpopulations with particular disease states or genetic predispositions may fall outside of the range
1694 covered by this UF. Additionally, EPA was unable to precisely model developmental effects due to the
1695 lack of a fetal compartment in the model, requiring the use of default adult female parameters as a
1696 surrogate. As previously discussed, EPA also only considered acute effects from consumer exposure.
1697 While typical use patterns are unlikely to result in any chronic effects for the vast majority of
1698 consumers, EPA cannot rule out that consumers at very high frequencies of use may be at risk for
1699 chronic hazards, especially if those consumers also exhibit biological susceptibilities. EPA also cannot
1700 rule out that certain subpopulations, whether due to very elevated exposure or biological susceptibility,
1701 may be at risk for hazards that were not fully supported by the weight of evidence or could not be
1702 quantified. However, in these circumstances EPA assumes that these effects are likely to occur at a
1703 higher dose than more sensitive endpoints that were accounted for by risk estimates. In order to account
1704 for these uncertainties, EPA's decisions for unreasonable risk are based on high-end exposure estimates
1705 (see below in Section 4.4.2).

### 1706   4.4.2   Aggregate and Sentinel Exposures

1707 Section 2605(b)(4)(F)(ii) of TSCA requires the EPA, as a part of the Risk Evaluation, to describe
1708 whether aggregate or sentinel exposures under the conditions of use were considered and the basis for
1709 their consideration. The EPA has defined aggregate exposure as "*the combined exposures to an
1710 individual from a single chemical substance across multiple routes and across multiple pathways*" (40
1711 CFR Section 702.33). In this Risk Evaluation, EPA determined that aggregating dermal and inhalation
1712 exposure for risk characterization was not appropriate due to uncertainties in quantifying the relative
1713 contribution of dermal vs inhalation exposure, since dermally applied dose could evaporate and then be
1714 inhaled. Additionally, without a PBPK model containing a dermal compartment to account for
1715 toxicokinetic processes the true internal dose for any given exposure cannot be determined. Aggregating
1716 exposures could inappropriately overestimate total exposure, as simply adding exposures from different
1717 routes without an available PBPK model for those routes would compound uncertainties. It is unknown
1718 whether exposures from multiple routes would act in an additive fashion, and saturation of metabolic
1719 processes at elevated exposures may result in a steady-state that hampers subsequent absorption relative
1720 to excretive processes. Conversely, not aggregating exposures in any manner may potentially
1721 underestimate total exposure for a given individual. EPA also did not consider aggregate exposure
1722 among individuals who may be exposed both in an occupational and consumer context or incorporate
1723 background general population exposures because there is insufficient information reasonably available
1724 as to the likelihood of this scenario or the relative distribution of exposures from each pathway. Risk is
1725 likely to be elevated for individuals who experience TCE exposure in multiple contexts.
1726
1727 EPA defines sentinel exposure as "*the exposure to a single chemical substance that represents the
1728 plausible upper bound of exposure relative to all other exposures within a broad category of similar or
1729 related exposures*" (40 CFR Section 702.33). In this Risk Evaluation, EPA considered sentinel
1730 exposures by considering risks to populations who may have upper bound exposures – for example,
1731 workers and ONUs who perform activities with higher exposure potential, or consumers who have
1732 higher exposure potential (*e.g.,* those involved with do-it-yourself projects) or certain physical factors
1733 like body weight or skin surface area exposed. In an attempt to assess "upper bound" exposures, EPA

1734  characterized high-end exposures in evaluating exposure using both monitoring data and modeling
1735  approaches. As stated in [*Environmental Releases and Occupational Exposure Assessment. Docket:*
1736  *EPA-HQ-OPPT-2019-0500*], a high-end is assumed to be representative of occupational exposures that
1737  occur at probabilities above the 90th percentile but below the exposure of the individual with the highest
1738  exposure. For Risk Evaluation, EPA provided high-end results at the 95th percentile. If the 95th
1739  percentile is not available, EPA used a different percentile greater than or equal to the 90th percentile
1740  but less than or equal to the 99.9th percentile, depending on the statistics available for the distribution. If
1741  the full distribution is not known and the preferred statistics are not available, EPA estimated a
1742  maximum or bounding estimate in lieu of the high-end. For consumer and bystander exposures, EPA
1743  characterized sentinel exposure through a "high-intensity use" category based on both product and user-
1744  specific factors. In cases where sentinel exposures result in MOEs greater than the benchmark or cancer
1745  risk lower than the benchmark (*i.e.,* risks were not identified), EPA did no further analysis because
1746  sentinel exposures represent the worst-case scenario. EPA's decisions for unreasonable risk are based on
1747  high-end exposure estimates to capture individuals with sentinel exposure. In this Risk Evaluation, the
1748  EPA considered sentinel exposure in the form of a high-end scenarios for occupational exposure
1749  resulting from dermal and inhalation exposures, as these exposure routes are the most likely to result in
1750  the highest exposure given the details of the manufacturing process and the potential exposure scenarios
1751  discussed above. The calculation for dermal exposure is especially conservative given that it assumes
1752  full contact/immersion.
1753

## 4.5  Risk Conclusions

### 4.5.1  Environmental Risk Conclusions

Risks to aquatic organisms, like fish and invertebrates were identified near one open-top vapor degreasing facility and one facility that processes TCE as a reactant (See Table 4-57). These facilities had an acute RQ ≥ 1, or a chronic RQ ≥ 1 and 20 days or more of exceedance for the chronic COC. Risk to the most sensitive species of algae were identified near 15 facilities with 20 days or more of exceedances (10 of these facilities had 100 days or more of exceedances); however, as a taxonomic group, results do not indicate risk for 95% of algae species. In other words, these facilities had RQs ≥ 1 using the algae COC of 3 ppb but RQs < 1 using the algae $HC_{05}$ of 14,400 ppb. These facilities are not included in Table 4-57 in this section, but are in Table 4-1 for reference.

EPA did not identify risks to aquatic organisms like fish and invertebrates in the ambient water where monitored data were reasonably available. Monitored data from the Water Quality Portal and the reasonably available literature show no exceedances of the acute COC or chronic COC in ambient water. Monitored data from literature showed some exceedances of the algae COC of 3 ppb in ambient water; however, the data show no exceedances of the algae COC of 14,400 ppb.

Near-facility monitoring data report levels of TCE ranging from 0.4 to 447 µg/L (U.S. EPA, 1977). These data show that measured, near-facility concentrations compare to the modeled near-facility concentrations from E-FAST. With the exception of two sites, the measured concentrations in this study encompass the range of the modeled estimates across all OES from E-FAST.

**Processing as a Reactant:**
One out of 443 facilities (including 440 unknown sites modeled in E-FAST) that process TCE as a reactant had releases of TCE to surface water that indicate risk to aquatic organisms like fish and invertebrates. Praxair Technology Center in Tonawanda, NY had an acute RQ of 1.50 and a chronic RQs of 3.81 with 20 days of exceedance. In other words, the surface water concentration modeled for this facility was 1.5 times higher than the COC for acute exposures and 3.81 times higher than the COC for chronic exposures. *Therefore, EPA identified risk to aquatic organisms at this site for acute and chronic exposures to TCE.*

**Open-top Vapor Degreasing:**
One out of 64 open-top vapor degreasing facilities had releases of TCE to surface water that indicate risk to aquatic organisms. U.S. NASA Michoud Assembly Facility in New Orleans, LA had an acute RQ ≥ 1 (RQ = 4.97). In other words, the surface water concentration modeled for this facility was 4.97 times higher than the acute COC of 2,000 ppb, indicating risk to aquatic organisms from acute exposures. The facility also had a chronic RQ of 12.61 with 20 days of exceedance. This means the surface water concentration was 12.61 higher than the COC of 788 for 20 days. *Therefore, EPA identified risk to aquatic organisms at this site for acute and chronic exposures to TCE.*

1794
1795

**Table 4-57. Facilities with Risk from Acute or Chronic Exposure for Aquatic Organisms (RQs ≥ 1 in bold)**

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | COC Type | COC (ppb) | Days of Exceedance (days/year)[h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| **OES: Processing as a Reactant** | | | | | | | | | | |
| Praxair Technology Center, Tonawanda, NY NPDES: NY000281 | Surface Water | NPDES NY0000281 | Still body | 350 | 0.00169 | 169 | Acute | 2,000 | NA | 0.08 |
| | | | | | | | Chronic | 788 | 0 | 0.21 |
| | | | | | | | Algae | 3 | 350 | **56.33** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.01 |
| | | | | 20 | 0.03 | 3000 | Acute | 2,000 | NA | **1.50** |
| | | | | | | | Chronic | 788 | 20 | **3.81** |
| | | | | | | | Algae | 3 | 20 | **1,000.00** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.21 |
| **OES: OTVD (Includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, and Metalworking Fluids)** | | | | | | | | | | |
| US Nasa Michoud Assembly Facility, New Orleans, LA NPDES: LA0052256 | Surface Water | Surrogate NPDES LA003280 | Still body | 260 | 1.96 | 765.63 | Acute | 2,000 | NA | 0.38 |
| | | | | | | | Chronic | 788 | 0 | 0.97 |
| | | | | | | | Algae (COC) | 3 | 260 | **255.21** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.05 |
| | | | | 20 | 25.44 | 9937.5 | Acute | 2,000 | NA | **4.97** |
| | | | | | | | Chronic | 788 | 20 | **12.61** |
| | | | | | | | Algae | 3 | 20 | **3,312.50** |
| | | | | | | | Algae (HC05) | 14,400 | 0 | 0.69 |

a. Facilities actively releasing trichloroethylene were identified via DMR, TRI, and CDR databases for the 2016 reporting year.
b. Release media are either direct (release from active facility directly to surface water) or indirect (transfer of wastewater from active facility to a receiving POTW or non-POTW WWTP facility). A wastewater treatment removal rate of 81% is applied to all indirect releases, *i.e.*, volumes characterized as being transferred off-site for treatment at a water treatment facility prior to discharge to surface water.
c. If a valid NPDES of the direct or indirect releaser was not reasonably available in EFAST, the release was modeled using surrogate representative facility in EFAST (based on location) or a representative generic industry sector. The name of the indirect releaser is provided, as reported in TRI.
d. EFAST uses either the "surface water" model, for rivers and streams, or the "still water" model, for lakes, bays, and oceans.
e. Modeling was conducted with the maximum days of release per year expected. For direct releasing facilities, a minimum of 20 days was also modeled.
f. The daily release amount was calculated from the reported annual release amount divided by the number of release days per year.
g. For releases discharging to lakes, bays, estuaries, and oceans, the acute scenario mixing zone water concentration was reported in place of the 7Q10 SWC.
h. To determine the PDM days of exceedance for still bodies of water, the release days provided by the EPA Engineers should become the days of exceedance only if the predicted surface water concentration exceeds the COC. Otherwise, the days of exceedance can be assumed to be zero

1796    EPA identified risks to sediment organisms near the same two facilities, one open-top vapor degreasing
1797    facility and one facility that processes TCE as a reactant. Table 4-58 shows an RQ from acute exposure
1798    near Praxair Technology Center at 1.5 and an RQ from chronic exposure at 3.26 with 20 days of
1799    exceedance for aquatic invertebrates. Table 4-58 also shows an RQ from acute exposure near US NASA
1800    Michoud Assembly Facility at 4.97 and an RQ from chronic exposure at 10.8 with 20 days of
1801    exceedance for aquatic invertebrates (Table 4-58).
1802
1803    As stated in Section 4.1.3, in ambient water, both acute and chronic exposures to TCE are less than the
1804    COC (RQs < 0). More specifically, RQs for sediment organisms are between 0.00 and 0.02 based on the
1805    highest ambient surface water concentration of 17.3 ppb from acute or chronic exposures.

1806

**Table 4-58. Facilities with Risk from Acute or Chronic Exposure for Sediment Organisms (RQs ≥ 1 in bold)**

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (Kg/day) [f] | 7Q10 SWC (ppb) [g] | COC Type | COC (ppb) | Days of Exceedance (days/year) [h] | Risk Quotient |
|---|---|---|---|---|---|---|---|---|---|---|
| **OES: Processing as a Reactant** | | | | | | | | | | |
| Praxair Technology Center, Tonawanda, NY NPDES: NY0000281 | Surface Water | NPDES NY0000281 | Still body | 350 | 0.00169 | 169 | Acute (HC05) | 2,000 | NA | 0.08 |
| | | | | | | | Chronic (ChV) | 920 | 0 | 0.18 |
| | Surface Water | | Still body | 20 | 0.03 | 3000 | Acute (HC05) | 2,000 | NA | **1.50** |
| | | | | | | | Chronic (ChV) | 920 | 20 | **3.26** |
| **OES: OTYD (Includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, and Metalworking Fluids)** | | | | | | | | | | |
| US Nasa Michoud Assembly Facility, New Orleans, LA NPDES: LA0052256 | Surface Water | Surrogate NPDES LA0003280 | Still body | 260 | 1.96 | 765.63 | Acute (HC05) | 2,000 | NA | 0.38 |
| | | | | | | | Chronic (ChV) | 920 | 0 | 0.83 |
| | | | | 20 | 25.44 | 9937.5 | Acute (HC05) | 2,000 | NA | **4.97** |
| | | | | | | | Chronic | 920 | 20 | **10.8** |

a.  Facilities actively releasing trichloroethylene were identified via DMR, TRI, and CDR databases for the 2016 reporting year.

b.  Release media are either direct (release from active facility directly to surface water) or indirect (transfer of wastewater from active facility to a receiving POTW or non-POTW WWTP facility). A wastewater treatment removal rate of 81% is applied to all indirect releases, *i.e.*, volumes characterized as being transferred off-site for treatment at a water treatment facility prior to discharge to surface water.

c.  If a valid NPDES of the direct or indirect releaser was not available in EFAST, the release was modeled using either a surrogate representative facility in EFAST (based on location) or a representative generic industry sector. The name of the indirect releaser is provided, as reported in TRI.

d.  EFAST uses either the "surface water" model, for rivers and streams, or the "still water" model, for lakes, bays, and oceans.

e.  Modeling was conducted with the maximum days of release per year expected. For direct releasing facilities, a minimum of 20 days was also modeled.

f.  The daily release amount was calculated from the reported annual release amount divided by the number of release days per year.

g.  For releases discharging to lakes, bays, estuaries, and oceans, the acute scenario mixing zone water concentration was reported in place of the 7Q10 SWC.

h.  To determine the PDM days of exceedance for still bodies of water, the release days provided by the EPA Engineers should become the days of exceedance only if the predicted surface water concentration exceeds the COC. Otherwise, the days of exceedance can be assumed to be zero.

1807

### 4.5.2   Human Health Risk Conclusions

#### 4.5.2.1   Summary of Risk Estimates for Workers and ONUs

Table 4-59 summarizes the representative risk estimates for inhalation and dermal exposures for all occupational exposure scenarios. Risk estimates that exceed the benchmark (*i.e.,* MOEs less than the benchmark MOE or cancer risks greater than the cancer risk benchmark) are highlighted by bolding the number and shading the cell in gray. When both monitoring and modeling inhalation exposures were available, EPA presented the most reliable data source in the table. The occupational exposure assessment and risk characterization are described in more detail in Sections 2.3.1 and 4.2.2, respectively. Specific links to the relevant risk characterization sections are listed in Table 4-59 in the Occupational Exposure Scenario column.

The risk summary below is based on the most robust and well-supported PODs selected from among the most sensitive acute and chronic non-cancer endpoints, as well as cancer. EPA selected immunosuppression (Selgrade and Gilmour, 2010) as the best overall representative acute endpoint, and autoimmunity from the immunotoxicity domain (Keil et al., 2009) was selected to best represent chronic exposure based on being robust and sensitive. While some other endpoints present lower PODs (developmental neurotoxicity from Fredriksson et al., 1993; congenital heart malformations from Johnson et al., 2003), there is lower confidence in the dose-response and extrapolation of results from those studies (Section 3.2.6.1.1) resulting in increased uncertainty surrounding the precision of the derived PODs for those endpoints. Therefore, EPA concluded that these were the best overall non-cancer endpoints for use in Risk Evaluation under TSCA, based on the best available science and weight of scientific evidence (Section 3.2.5.4.1). Occupational-adjusted PODs for these endpoints (Table 3-16) were used in estimating occupational risks. For the majority of exposure scenarios, risks were identified for multiple endpoints in both acute and chronic exposure scenarios, however risk estimates are only summarized for these particular endpoints. Risk estimates are also presented considering PPE up to respirator APF 50 and glove PF 10 or 20. When risks did not exceed the benchmark, the lowest protection factor that results in no risk is shown (*i.e.,* if risks do not exceed the benchmark for APF 10 and above, the risk estimate for APF 10 is shown).

Inhalation Exposure

For acute and chronic exposures via inhalation without PPE (*i.e.,* no respirators) there are risks for workers relative to the benchmarks for all the OES at the high-end exposure level for non-cancer effects from both acute and chronic exposure durations as well as for cancer. Occupational non-users (ONUs) are expected to have lower exposure levels than workers in most instances but exposures could not always be quantified. Therefore, when separate ONU exposure estimates were not reasonably available, EPA provided risk estimates for ONUs based on worker values (without PPE). These instances are indicated in Table 4-59 with "worker estimate" added to the ONU cell in the Population column. Risks to ONUs were indicated at high-end exposure levels for all OES following chronic exposure and for most OES following acute exposure, although central-tendency exposure levels are considered more representative for ONUs.

When only considering central tendency inhalation exposure level, risks for any endpoint were not identified to workers or ONUs for the following exposure scenarios:

- Formulation of Aerosol and Non-Aerosol Products
- Repackaging
- Process Solvent Recycling and Worker Handling of Wastes

1855  When respirators are worn (either APF 10 or 50) there are risks relative to the benchmarks for non-
1856  cancer effects and for cancer for workers (ONUs are assumed to not consistently wear respirators) from
1857  both acute and chronic exposure durations at high-end exposure levels for the majority of OES (risks
1858  remain with respirator use for all exposure scenarios following chronic exposure). Risks for any
1859  endpoint were not identified when assuming the maximum plausible APF (up to APF =50) and central
1860  tendency exposure levels for the same exposure scenarios that did not demonstrate risk without PPE:

1861  - Formulation of Aerosol and Non-Aerosol Products
1862  - Repackaging
1863  - Process Solvent Recycling and Worker Handling of Wastes
1864
1865  <u>Dermal Exposure</u>
1866  For acute and chronic exposures via dermal contact without PPE (*i.e.,* no gloves) there are risks to
1867  workers for both non-cancer effects and cancer (ONUs are assumed to not have direct dermal contact
1868  with TCE) at both high-end and central-tendency exposure levels for all OES. Risks are still identified
1869  for all exposure scenarios (at high-end exposure levels following acute exposure and at both exposure
1870  levels following chronic exposure) when gloves are worn even when assuming the maximum applicable
1871  glove protection (either PF 10 or 20).

1872

**Table 4-59. Occupational Risk Summary Table**

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Acute Non-Cancer (benchmark MOE = 10) — No PPE | Chronic Non-Cancer (benchmark MOE = 30) — No PPE | Cancer (benchmark = 10⁻⁴) — No PPE | Acute Non-Cancer (benchmark MOE = 10) — with PPE | Chronic Non-Cancer (benchmark MOE = 30) — with PPE | Cancer (benchmark = 10⁻⁴) — with PPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Manufacture - Domestic manufacture | Domestic manufacture | Manufacturing - Table 4-10 | ONU (worker estimate) | Inhalation | High-End | - | - | - | | N/A | |
| | | | | | Central Tendency | 20.3 | 1.1 | 2.3E-04 | | | |
| | | | Worker | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | Worker | Inhalation | High-End | 2.1 | 0.11 | 2.9E-03 | 20.5 (APF 10) | 5.3 (APF 50) | 5.9E-05 (APF 50) |
| | | | | | Central Tendency | 4728 | 245 | 9.9E-07 | 47275 (APF 10) | 2448 (APF 10) | 9.9E-08 (APF 10) |
| Manufacture - Import | Import | Repackaging - Table 4-23 | Worker | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| Processing - Processing as a reactant/ intermediate | Intermediate in industrial gas manufacturing (e.g., manufacture of fluorinated gases used as | Processing as a Reactant - Table 4-11 | Worker | Inhalation | High-End | 0.95 | 4.9E-02 | 6.3E-03 | 47.6 (APF 50) | 2.5 (APF 50) | 1.3E-04 (APF 50) |
| | | | | | Central Tendency | 20.3 | 1.1 | 2.3E-04 | 203.5 (APF 50) | 52.7 (APF 50) | 4.6E-06 (APF 10) |

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE — Acute Non-Cancer (benchmark MOE = 10) | Risk Estimates for No PPE — Chronic Non-Cancer (benchmark MOE = 30) | Risk Estimates for No PPE — Cancer (benchmark = $10^{-4}$) | Risk Estimates with PPE — Acute Non-Cancer (benchmark MOE = 10) | Risk Estimates with PPE — Chronic Non-Cancer (benchmark MOE = 30) | Risk Estimates with PPE — Cancer (benchmark = $10^{-4}$) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processing - Incorporation into formulation, mixture or reaction product | refrigerants, foam blowing agents and solvents; Solvents (for cleaning or degreasing); Adhesives and sealant chemicals; Solvents (which become part of product formulation or mixture) (e.g., lubricants and greases, paints and coatings, other uses) | Formulation of Aerosol and Non-Aerosol Products - Table 4-22 | ONU (worker estimate) | Inhalation | Central Tendency | 20.3 | 1.1 | 2.3E-04 | N/A | | |
| | | | ONU (worker estimate) | Inhalation | High-End | - | - | - | | | |
| | | | Worker | Inhalation | Central Tendency | 4728 | 245 | 9.9E-07 | 47275 (APF 10) | 2448 (APF 10) | 9.9E-08 (APF 10) |
| | | | Worker | Inhalation | High-End | 2.1 | 0.11 | 2.9E-03 | 20.5 (APF 10) | 5.3 (APF 50) | 5.9E-05 (APF 50) |
| | | | Worker | Dermal | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | Worker | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| Processing - incorporated into articles | Solvents (becomes an integral component of articles) | Formulation of Aerosol and Non-Aerosol Products - Table 4-22 | ONU (worker estimate) | Inhalation | Central Tendency | 20.3 | 1.1 | 2.3E-04 | N/A | | |
| | | | ONU (worker estimate) | Inhalation | High-End | - | - | - | | | |
| | | | Worker | Inhalation | Central Tendency | 4728 | 245 | 9.9E-07 | 47275 (APF 10) | 2448 (APF 10) | 9.9E-08 (APF 10) |
| | | | Worker | Inhalation | High-End | 2.1 | 0.11 | 2.9E-03 | 20.5 (APF 10) | 5.3 (APF 50) | 5.9E-05 (APF 50) |
| | | | Worker | Dermal | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | Worker | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = 10⁻⁴) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = 10⁻⁴) |
| Processing - Repackaging | Solvents (for cleaning or degreasing) | Repackaging - Table 4-23 | Worker | Dermal | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | | | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | Inhalation | Central Tendency | 4728 | 245 | 9.9E-07 | 47275 (APF 10) | 2448 (APF 10) | 9.9E-08 (APF 10) |
| | | | | | High-End | 6.2 | 0.11 | 2.9E-03 | 61.6 (APF 10) | 5.3 (APF 50) | 5.9E-05 (APF 50) |
| | | | ONU (worker estimate) | Inhalation | Central Tendency | 14182 | 245 | 9.9E-07 | N/A | | |
| | | | | | High-End | - | - | - | N/A | | |
| Processing - Recycling | Recycling | Process Solvent Recycling and Worker Handling of Wastes - Table 4-31 | Workers | Inhalation | Central Tendency | 14182 | 245 | 9.9E-07 | 141825 (APF 10) | 2448 (APF 10) | 9.9E-08 (APF 10) |
| | | | | | High-End | 2.1 | 0.11 | 2.9E-03 | 20.5 (APF 10) | 5.3 (APF 50) | 5.9E-05 (APF 50) |
| | | | ONU (worker estimate) | Inhalation | Central Tendency | 4728 | 245 | 9.9E-07 | N/A | | |
| | | | | | High-End | - | - | - | N/A | | |

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE — Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Risk Estimates with PPE — Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Distribution in commerce - Distribution | Distribution | Distribution | Distribution in commerce of TCE is the transportation associated with the moving of TCE in commerce. Exposures and emissions are not expected. | | | | | | | | |
| Industrial/ commercial use - Solvents (for cleaning or degreasing) | Batch vapor degreaser (e.g., open-top, closed-loop) | Batch Open-Top Vapor Degreasing - Table 4-12 | Workers | Inhalation (Monitoring Data)[a] | High-End | 3.0E-02 | 1.6E-03 | 0.20 | 1.5 (APF 50) | 7.8E-02 (APF 50) | 4.0E-03 (APF 50) |
| | | | | | Central Tendency | 0.17 | 8.8E-03 | 2.8E-02 | 8.5 (APF 50) | 0.44 (APF 50) | 5.5E-04 (APF 50) |
| | | | | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | ONU | Inhalation (Monitoring Data)[b] | High-End | 2.1 | 1.3E-02 | 2.3E-02 | N/A | N/A | N/A |
| | | | | | Central Tendency | 0.26 | 0.11 | 2.2E-03 | | | |
| | | Batch Closed-Loop Vapor Degreasing - Table 4-14 | Workers | Dermal | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | | | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | Inhalation | Central Tendency | 5.1 | 0.26 | 9.1E-04 | 51.1 (APF 10) | 13.2 (APF 50) | 9.1E-05 (APF 10) |
| | | | | | High-End | 1.6 | 8.3E-02 | 3.7E-03 | 16.1 (APF 10) | 4.2 (APF 50) | 7.5E-05 (APF 50) |
| | | | ONU (worker estimate) | Inhalation | Central Tendency | - | - | - | N/A | N/A | N/A |
| | | | | | High-End | 5.1 | 0.32 | 9.1E-04 | | | |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE — Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Risk Estimates with PPE — Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial/commercial use - Solvents (for cleaning or degreasing) | In-line vapor degreaser (e.g., conveyorized, web cleaner) | Conveyorized Vapor Degreasing - Table 4-15 | Workers | Inhalation (Monitoring Data)[a] | High-End | 4.8E-02 | 2.5E-03 | 0.12 | 2.4 (APF 50) | 0.13 (APF 50) | 2.5E-03 (APF 50) |
|  |  |  |  |  | Central Tendency | 7.2E-02 | 3.7E-03 | 6.5E-02 | 3.6 (APF 50) | 0.19 (APF 50) | 1.3E-03 (APF 50) |
|  |  |  | ONU (worker estimate) | Inhalation (Monitoring Data)[a] | Central Tendency | - | - | - | N/A | - | - |
|  |  | Web Vapor Degreasing - Table 4-17 | Workers | Dermal | High-End | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
|  |  |  |  |  | Central Tendency | 0.58 | 3.0E-02 | 3.88E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
|  |  |  |  | Inhalation | High-End | 0.39 | 2.0E-02 | 1.1E-02 | 19.7 (APF 50) | 3.9E-02 (APF 50) | 2.3E-04 (APF 50) |
|  |  |  |  |  | Central Tendency | 0.17 | 8.6E-03 | 2.9E-02 | 8.3 (APF 50) | 1.3E-02 (APF 50) | 5.8E-04 (APF 50) |
|  |  |  | ONU | Inhalation | Central Tendency | 0.75 | 3.9E-02 | 5.9E-03 | N/A | N/A | N/A |
|  |  |  |  |  | High-End | 0.24 | 1.3E-02 | 1.9E-02 | N/A | N/A | N/A |
|  | Cold cleaner | Cold Cleaning - Table 4-18 | Worker | Inhalation | High-End | 4.1E-02 | 2.1E-03 | 0.11 | 2.0 (APF 50) | 0.11 (APF 50) | 2.3E-03 (APF 50) |
|  |  |  |  |  | Central Tendency | 0.70 | 3.6E-02 | 6.2E-03 | 35.1 (APF 50) | 1.8 (APF 50) | 1.2E-04 (APF 50) |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| Industrial/commercial use - Solvents (for cleaning or degreasing) | Cold cleaner | Cold Cleaning - Table 4-18 | Worker | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 10) | 4.9E-04 (PF 10) |
| | Aerosol spray degreaser/cleaner | Aerosol Applications - Table 4-19 | Worker | Inhalation | High-End | 9.8E-02 | 5.1E-03 | 4.9E-02 | 4.9 (APF 50) | 0.25 (APF 50) | 9.7E-04 (APF 50) |
| | | | | | Central Tendency | 0.31 | 1.6E-02 | 1.4E-02 | 15.3 (APF 50) | 0.79 (APF 50) | 2.9E-04 (APF 50) |
| | | | | Dermal | High-End | 0.37 | 1.9E-02 | 5.9E-02 | 7.4 (PF 20) | 0.39 (PF 20) | 2.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.1 | 5.8E-02 | 1.5E-02 | 11.1 (PF 20) | 1.2 (PF 20) | 7.6E-04 (PF 20) |
| | | | ONU | Inhalation | High-End | 6.7E-02 | 3.5E-03 | 6.9E-02 | N/A | N/A | N/A |
| | | | | | Central Tendency | 1.3 | 6.6E-02 | 3.3E-03 | N/A | N/A | N/A |
| | Mold release | | ONU | Inhalation | High-End | 2.3 | 0.12 | 2.0E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 16.7 | 0.87 | 2.6E-04 | N/A | N/A | N/A |
| Industrial/commercial use - Lubricants and greases: lubricants and lubricant additives | Tap and die fluid | Metalworking Fluids - Table 4-25 | Worker | Inhalation (Modeling Data)[b] | High-End | 9.0 | 0.47 | 6.6E-04 | 90.0 (APF 10) | 23.3 (APF 50) | 1.3E-05 (APF 50) |
| | | | | | Central Tendency | 33.4 | 1.7 | 1.3E-04 | 334.3 (APF 10) | 86.6 (APF 50) | 2.6E-06 (APF 50) |
| | | | | Dermal | High-End | 0.73 | 3.8E-02 | 3.0E-02 | 14.5 (PF 20) | 0.76 (PF 20) | 1.5E-03 (PF 20) |
| | | | | | Central Tendency | 2.2 | 0.11 | 7.8E-03 | 10.9 (PF 5) | 2.3 (PF 20) | 3.9E-04 (PF 20) |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| Industrial/commercial use – Lubricants and greases/lubricants and lubricant additives | Penetrating lubricant | Aerosol Applications – Table 4-19 | ONU (worker estimate) | Inhalation | High-End | - | - | - | N/A | - | - |
| | | | | | Central Tendency | 33.4 | 1.7 | 1.3E-04 | N/A | | |
| | | | ONU | Inhalation | Central Tendency | 2.3 | 0.12 | 2.0E-03 | N/A | N/A | N/A |
| | | | | | High-End | 16.7 | 0.87 | 2.6E-04 | | | |
| | | | Worker | Dermal | Central Tendency | 1.1 | 5.8E-02 | 1.5E-02 | 11.1 (PF 20) | 1.2 (PF 20) | 7.6E-04 (PF 20) |
| | | | | | High-End | 0.37 | 1.9E-02 | 5.9E-02 | 7.4 (PF 20) | 0.39 (PF 20) | 2.9E-03 (PF 20) |
| | | | | Inhalation | Central Tendency | 0.31 | 1.6E-02 | 1.4E-02 | 15.3 (APF 50) | 0.79 (APF 50) | 2.9E-04 (APF 50) |
| | | | | | High-End | 9.8E-02 | 3.1E-03 | 4.9E-02 | 4.9 (APF 50) | 0.25 (APF 50) | 9.7E-04 (APF 50) |
| Industrial/commercial use – Adhesives and sealants | Solvent-based adhesives and sealants | Adhesives, Sealants, Paints, and Coatings – Table 4-26 and Table 4-27 | Worker | Inhalation | Central Tendency | 0.50 | 2.6E-02 | 9.3E-03 | 25.2 (APF 50) | 1.3 (APF 50) | 1.9E-04 (APF 50) |
| | | | | | High-End | 9.8E-02 | 3.1E-03 | 4.9E-02 | 3.0 (APF 50) | 0.15 (APF 50) | 2.0E-03 (APF 50) |
| | Tire repair cement/ Sealer | | | Dermal (Industrial) | Central Tendency | 1.9 | 0.10 | 8.7E-03 | 19.4 (PF 20) | 2.0 (PF 20) | 4.4E-04 (PF 20) |
| | | | | | High-End | 0.65 | 3.4E-02 | 3.4E-02 | 12.9 (PF 20) | 0.68 (PF 20) | 1.7E-03 (PF 20) |
| | | | | Dermal (Commercial) | High-End | 0.41 | 2.2E-02 | 5.3E-02 | 4.1 (PF 10) | 0.22 (PF 10) | 5.3E-03 (PF 10) |
| | | | | | Central Tendency | 1.2 | 6.5E-02 | 1.4E-02 | 12.3 (PF 10) | 0.65 (PF 10) | 1.4E-03 (PF 10) |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE — Acute Non-Cancer (benchmark MOE = 10) | Risk Estimates for No PPE — Chronic Non-Cancer (benchmark MOE = 30) | Risk Estimates for No PPE — Cancer (benchmark = $10^{-4}$) | Risk Estimates with PPE — Acute Non-Cancer (benchmark MOE = 10) | Risk Estimates with PPE — Chronic Non-Cancer (benchmark MOE = 30) | Risk Estimates with PPE — Cancer (benchmark = $10^{-4}$) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial/ commercial use - Functional fluids (closed systems) | Mirror edge sealant | Other Industrial Uses - Table 4-30 | ONU | Inhalation | High-End | 2.3 | 0.12 | 2.6E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 2.5 | 0.13 | 1.9E-03 | | | |
| | Heat exchange fluid | | Worker | Inhalation | High-End | 0.95 | 4.9E-02 | 6.3E-03 | 47.6 (APF 50) | 2.5 (APF 50) | 1.3E-04 (APF 50) |
| | | | | | Central Tendency | 20.3 | 1.1 | 2.3E-04 | 203.5 (APF 10) | 52.7 (APF 50) | 2.3E-05 (APF 10) |
| | | | | Dermal | High-End | 0.58 | 3.0E-02 | 3.88E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | ONU (worker estimate) | Inhalation | High-End | - | - | - | N/A | - | - |
| | | | | | Central Tendency | 20.3 | 1.1 | 2.3E-04 | | | |
| Industrial/ commercial use - Paints and coatings | Diluent in solvent-based paints and coatings | Adhesives, Sealants, Paints, and Coatings - Table 4-26 and Table 4-27 | Worker | Inhalation | High-End | 5.9E-02 | 3.1E-03 | 0.10 | 3.0 (APF 50) | 0.15 (APF 50) | 2.0E-03 (APF 50) |
| | | | | | Central Tendency | 0.50 | 2.6E-02 | 9.3E-03 | 25.2 (APF 50) | 1.3 (APF 50) | 1.9E-04 (APF 50) |
| | | | | Dermal (Industrial) | High-End | 0.41 | 2.2E-02 | 5.3E-02 | 4.1 (PF 10) | 0.22 (PF 10) | 5.3E-03 (PF 10) |
| | | | | | Central Tendency | 0.65 | 3.4E-02 | 3.4E-02 | 12.9 (PF 20) | 0.68 (PF 20) | 1.7E-03 (PF 20) |
| | | | | Dermal (Commercial) | High-End | 1.2 | 6.5E-02 | 1.4E-02 | 12.3 (PF 10) | 0.65 (PF 10) | 1.4E-03 (PF 10) |
| | | | | | Central Tendency | 1.9 | 0.10 | 8.7E-03 | 19.4 (PF 10) | 2.0 (PF 20) | 4.4E-04 (PF 20) |

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| Industrial/ commercial use - Cleaning and furniture care products | Carpet cleaner | Spot Cleaning and Wipe Cleaning[c] - Table 4-21 | Worker | Inhalation (Modeling Data)[b] | High-End | 0.85 | 4.3E-02 | 5.8E-03 | 42.5 (APF 50)[c] | 2.1 (APF 50)[c] | 1.2E-04 (APF 50)[c] |
| | | | | | Central Tendency | 2.4 | 0.12 | 1.8E-03 | 24.3 (APF 10)[c] | 6.1 (APF 50)[c] | 3.7E-05 (APF 10)[c] |
| | | | | Dermal | High-End | 0.37 | 1.7E-02 | 6.9E-02 | 3.7 (PF 10)[c] | 0.17 (PF 10)[c] | 6.9E-03 (PF 10)[c] |
| | | | | | Central Tendency | 1.1 | 5.6E-02 | 1.6E-02 | 11.1 (PF 10)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |
| | | | ONU | Inhalation (Modeling Data)[b] | High-End | 2.3 | 0.12 | 2.6E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 2.5 | 0.13 | 1.9E-03 | | | |
| | Wipe cleaning | | ONU | Inhalation (Modeling Data)[b] | High-End | 1.3 | 6.7E-02 | 3.6E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 4.9 | 0.25 | 9.3E-04 | | | |
| Industrial/ commercial use - Laundry and dishwashing products | Spot remover | Spot Cleaning and Wipe Cleaning[c] - Table 4-21 | Worker | Inhalation (Modeling Data)[b] | High-End | 0.85 | 4.3E-02 | 5.8E-03 | 42.5 (APF 50)[c] | 2.1 (APF 50)[c] | 1.2E-04 (APF 50)[c] |
| | | | | | Central Tendency | 2.4 | 0.12 | 1.8E-03 | 24.3 (APF 10)[c] | 6.1 (APF 50)[c] | 3.7E-05 (APF 10)[c] |
| | | | | Dermal | High-End | 0.37 | 1.7E-02 | 6.9E-02 | 3.7 (PF 10)[c] | 0.17 (PF 10)[c] | 6.9E-03 (PF 10)[c] |
| | | | | | Central Tendency | 1.1 | 5.6E-02 | 1.6E-02 | 11.1 (PF 10)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |
| | | | ONU | Inhalation (Modeling Data)[b] | High-End | 1.3 | 6.7E-02 | 3.6E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 4.9 | 0.25 | 9.3E-04 | | | |

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| Industrial/ commercial use - Arts, crafts and hobby materials | Fixatives and finishing spray coatings | Adhesives, Sealants, Paints, and Coatings - Table 4-26 and Table 4-27 | Worker | Inhalation | High-End | 5.9E-02 | 3.1E-03 | 0.10 | 3.0 (APF 50) | 0.15 (APF 50) | 2.0E-03 (APF 50) |
| | | | | | Central Tendency | 0.50 | 2.6E-02 | 9.3E-03 | 25.2 (APF 50) | 1.3 (APF 50) | 1.9E-04 (APF 50) |
| | | | | Dermal (Industrial) | High-End | 0.65 | 3.4E-02 | 3.4E-02 | 12.9 (PF 20) | 0.68 (PF 20) | 1.7E-03 (PF 20) |
| | | | | | Central Tendency | 1.9 | 0.10 | 8.7E-03 | 19.4 (PF 10) | 2.0 (PF 20) | 4.4E-04 (PF 20) |
| | | | | Dermal (Commercial) | High-End | 0.41 | 2.2E-02 | 5.3E-02 | 4.1 (PF 10) | 0.22 (PF 20) | 5.3E-03 (PF 10) |
| | | | | | Central Tendency | 1.2 | 6.5E-02 | 1.4E-02 | 12.3 (PF 10) | 0.65 (PF 10) | 1.4E-03 (PF 10) |
| | | | ONU | Inhalation | High-End | 2.3 | 0.12 | 2.6E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 2.5 | 0.13 | 1.9E-03 | | | |
| Industrial/ commercial use - Corrosion inhibitors and anti-scaling agents | Corrosion inhibitors and anti-scaling agents | Industrial Processing Aid - Table 4-28 | Worker | Inhalation | High-End | 0.12 | 6.3E-03 | 4.9E-02 | 6.1 (APF 50) | 0.31 (APF 50) | 9.9E-04 (APF 50) |
| | | | | | Central Tendency | 0.37 | 1.9E-02 | 1.3E-02 | 18.3 (APF 50) | 0.94 (APF 50) | 2.5E-04 (APF 50) |
| | | | | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| | | | ONU | Inhalation | High-End | 0.54 | 2.8E-02 | 1.1E-02 | N/A | N/A | N/A |
| | | | | | Central Tendency | 1.2 | 6.1E-02 | 3.9E-02 | | | |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| Industrial/commercial use - Processing aids | Process solvent used in battery manufacture | Industrial Processing Aid - Table 4-28 | Worker | Inhalation | High-End | 0.12 | 6.3E-03 | 4.9E-02 | 6.1 (APF 50) | 0.31 (APF 50) | 9.9E-04 (APF 50) |
| | | | | | Central Tendency | 0.37 | 1.9E-02 | 1.3E-02 | 18.3 (APF 50) | 0.94 (APF 50) | 2.5E-04 (APF 50) |
| | Process solvent used in polymer fiber spinning, fluoroelastomer manufacture and Alcantara manufacture | | Worker | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20)[c] |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 10)[c] | 1.8 (PF 20) | 4.9E-04 (PF 20)[c] |
| | Extraction solvent used in caprolactam manufacture | | ONU | Inhalation | High-End | 0.54 | 2.8E-02 | 1.1E-02 | N/A | N/A | N/A |
| | | | | | Central Tendency | 1.2 | 6.1E-02 | 3.9E-03 | | | |
| | Precipitant used in beta-cyclodextrin manufacture | | | Inhalation | High-End | 1.1 | 5.8E-02 | 5.4E-03 | 11.2 (APF 10)[c] | 2.9 (APF 50) | 1.1E-04 (APF 50)[c] |
| | | | | | Central Tendency | 27.5 | 1.4 | 1.7E-04 | 275.3 (APF 10)[c] | 71.3 (APF 50) | 1.76E-05 (APF 10)[c] |
| Industrial/commercial use - Ink, toner and colorant products | Toner aid | Commercial Printing and Copying - Table 4-29[c] | Workers | Dermal | High-End | 1.1 | 5.5E-02 | 2.1E-02 | 10.6 (PF 10)[c] | 0.55 (PF 50)[c] | 2.1E-03 (PF 50)[c] |
| | | | | | Central Tendency | 3.2 | 0.17 | 5.3E-03 | 15.9 (PF 5)[c] | 1.7 (PF 10)[c] | 5.3E-04 (PF 10)[c] |
| | | | ONU (upper limit) | Inhalation | High-End | - | - | - | - | - | - |
| | | | | | Central Tendency | 27.5 | 1.4 | 1.7E-04 | N/A | N/A | N/A |
| Industrial/commercial use - Automotive care products | Brake and parts cleaner | Aerosol Applications - Table 4-19 | Workers | Inhalation | High-End | 9.8E-02 | 5.1E-03 | 4.9E-02 | 4.9 (APF 50) | 0.25 (APF 50) | 9.7E-04 (APF 50) |
| | | | | | Central Tendency | 0.31 | 1.6E-02 | 1.4E-02 | 15.3 (APF 50) | 0.79 (APF 50) | 2.9E-04 (APF 50) |

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| Industrial/commercial use - Apparel and footwear care products | Shoe polish | Other Commercial Uses (Spot Cleaning and Wipe Cleaning)[c] - Table 4-21 | Worker | Dermal | High-End | 0.37 | 1.9E-02 | 5.9E-02 | 7.4 (PF 20)[c] | 0.39 (PF 20)[c] | 2.9E-03 (PF 20)[c] |
| | | | | | Central Tendency | 1.1 | 5.8E-02 | 1.5E-02 | 11.1 (PF 20)[c] | 1.2 (PF 20)[c] | 7.6E-04 (PF 20)[c] |
| | | | | Inhalation (Modeling Data)[b] | High-End | 0.85 | 4.3E-02 | 5.8E-03 | 42.5 (APF 50)[c] | 2.1 (APF 50)[c] | 1.2E-04 (APF 50)[c] |
| | | | | | Central Tendency | 2.4 | 0.12 | 1.8E-02 | 24.3 (APF 10)[c] | 6.1 (APF 50)[c] | 3.7E-05 (APF 10)[c] |
| | | | ONU | Inhalation | Central Tendency | 16.7 | 0.87 | 2.6E-04 | N/A | N/A | |
| | | | | | High-End | 2.3 | 0.12 | 2.0E-03 | | | |
| Industrial/commercial use - Other uses | Hoof polishes | Other Commercial Uses | Worker | Dermal | High-End | 1.3 | 6.7E-02 | 3.6E-03 | 11.1 (PF 20)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |
| | | | | | Central Tendency | 1.1 | 5.6E-02 | 1.6E-02 | 11.1 (PF 20)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |
| | | | | Inhalation (Modeling Data)[b] | High-End | 0.37 | 1.7E-02 | 6.9E-02 | 3.7 (PF 10)[c] | 0.17 (PF 10)[c] | 6.9E-03 (PF 10)[c] |
| | Gun Scrubber | | | Inhalation (Modeling Data)[b] | Central Tendency | 2.4 | 0.12 | 1.8E-03 | 24.3 (APF 10)[c] | 6.1 (APF 50)[c] | 3.7E-05 (APF 10)[c] |
| | | | | | High-End | 0.85 | 4.3E-02 | 5.8E-03 | 42.5 (APF 50)[c] | 2.1 (APF 50)[c] | 1.2E-04 (APF 50)[c] |
| | | | ONU | Inhalation (Modeling Data)[b] | Central Tendency | 4.9 | 0.25 | 9.3E-04 | | N/A | |
| | | | Worker | | High-End | 1.3 | 6.7E-02 | 3.6E-03 | 11.1 (PF 20)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |
| | | | | | Central Tendency | 1.1 | 5.6E-02 | 1.6E-02 | 11.1 (PF 20)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |
| | Pepper spray | | | Dermal | High-End | 0.37 | 1.7E-02 | 6.9E-02 | 3.7 (PF 10)[c] | 0.17 (PF 10)[c] | 6.9E-03 (PF 10)[c] |
| | | | | | Central Tendency | 1.1 | 5.6E-02 | 1.6E-02 | 11.1 (PF 20)[c] | 0.56 (PF 10)[c] | 1.6E-03 (PF 10)[c] |

1873

| Life Cycle Stage/Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Route and Duration | Exposure Level | Risk Estimates for No PPE | | | Risk Estimates with PPE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) | Acute Non-Cancer (benchmark MOE = 10) | Chronic Non-Cancer (benchmark MOE = 30) | Cancer (benchmark = $10^{-4}$) |
| | Other miscellaneous industrial and commercial uses | | ONU | Inhalation (Modeling Data)[b] | High-End | 1.3 | 6.7E-02 | 3.6E-03 | N/A | N/A | N/A |
| | | | | | Central Tendency | 4.9 | 0.25 | 9.3E-04 | | | |
| | Industrial pre-treatment | | Workers | Inhalation | High-End | 2.1 | 0.11 | 2.9E-03 | 20.5 (APF 10) | 5.3 (APF 50) | 5.9E-05 (APF 50) |
| | | | | | Central Tendency | 4728 | 245 | 9.9E-07 | 47275 (APF 10) | 2448 (APF 10) | 9.9E-08 (APF 10) |
| | | Process Solvent Recycling and Worker Handling of Wastes - Table 4-31 | | Dermal | High-End | 0.58 | 3.0E-02 | 3.8E-02 | 11.6 (PF 20) | 0.61 (PF 20) | 1.9E-03 (PF 20) |
| | | | | | Central Tendency | 1.7 | 9.1E-02 | 9.7E-03 | 17.4 (PF 20) | 1.8 (PF 20) | 4.9E-04 (PF 20) |
| Disposal | Industrial wastewater treatment | | ONU (upper limit) | Inhalation | High-End | - | - | - | N/A | N/A | N/A |
| | | | | | Central Tendency | 4728 | 245 | 9.9E-07 | | | |
| | Publicly owned treatment works (POTW) | | | | | - | - | - | | | |

[a] Monitoring data were selected as most representative based on the EPA data hierarchy where high-quality monitoring data is preferred over modeling results or exposure limits.

[b] Modeling data were selected as most representative because the monitoring dataset contained a very low number of datapoints.

[c] EPA believes that small commercial facilities performing spot cleaning, wipe cleaning, and other related commercial uses as well as commercial printing and copying are unlikely to have a respiratory protection program or regularly employ dermal protection. Therefore, the use of respirators and gloves is unlikely for workers in these facilities. Consistent PPE usage is not expected for this scenario and is only included as a "what-if" analysis for comparison purposes.

N/A = Not Applicable. ONUs are assumed to not wear respiratory protection.

1874       **4.5.2.2**      **Summary of Risk Estimates for Consumers and Bystanders**

1875 Table 4-60 summarizes the risk estimates for CNS effects from acute inhalation and dermal exposures
1876 for all consumer exposure scenarios. Risk estimates that exceed the benchmark (*i.e.,* MOEs less than the
1877 benchmark MOE) are highlighted by bolding the number and shading the cell in gray. The consumer
1878 exposure assessment and risk characterization are described in more detail in Sections 2.3.2 and 4.2.3,
1879 respectively. Specific links to the relevant risk characterization sections are listed in Table 4-60 in the
1880 Consumer Condition of Use Scenario column.

1881

1882 The risk summary below is based on the most robust and well-supported PODs selected from among the
1883 most sensitive acute non-cancer endpoints. EPA selected immunosuppression (Selgrade and Gilmour,
1884 2010) as the best overall acute endpoint based on being both robust and sensitive. While some other
1885 endpoints present lower PODs (developmental neurotoxicity from Fredriksson et al., 1993; congenital
1886 heart malformations from Johnson et al., 2003), there is lower confidence in the dose-response and
1887 extrapolation of results from those studies (Section 3.2.6.1.1) resulting in increased uncertainty
1888 surrounding the precision of the derived PODs for those endpoints. Therefore, EPA concluded that
1889 immunosuppression from (Selgrade and Gilmour, 2010) was the best overall endpoint for use in
1890 evaluation of acute risks under TSCA, based on the best available science and weight of scientific
1891 evidence (Section 3.2.5.4.1). For the majority of exposure scenarios, risks were identified for multiple
1892 endpoints, however risk estimates are only summarized for this particular endpoint.

1893

1894 <u>Inhalation</u>
1895 For acute inhalation exposures there are risks for non-cancer effects for consumer users relative to the
1896 benchmarks for all COUs except Pepper Spray and for bystanders for most COUs at both medium and
1897 high-intensity user exposure levels.

1898

1899 <u>Dermal</u>
1900 For acute dermal exposures there are risks for non-cancer effects for consumer users (bystanders are
1901 assumed to not have direct dermal contact with TCE) relative to the benchmarks for all COUs except for
1902 Pepper Spray at both medium and high-intensity user exposure levels (and for most COUs at low-
1903 intensity).

1904

1905 **Table 4-60. Consumer Risk Summary Table**

| Life Cycle Stage/ Category | Subcategory/ Consumer Condition of Use Scenario | Population | Exposure Route and Duration | Age Group [a] | Acute Non-Cancer (benchmark MOE = 10) | | |
|---|---|---|---|---|---|---|---|
| | | | | | High-Intensity User | Moderate-Intensity User | Low-Intensity User |
| Consumer Use - Solvents (for cleaning or degreasing) | Brake and Parts Cleaner - Table 4-32 | User | Inhalation | All | **3.7E-02** | **0.11** | **1.4** |
| | | | Dermal | 21+ | **5.8E-02** | **0.77** | 35 |
| | | | | 16-20 | **6.2E-02** | **0.82** | 37 |
| | | | | 11-15 | **5.6E-02** | **0.75** | 34 |
| | | Bystander | Inhalation | All | **5.8E-02** | **0.43** | **5.4** |
| | Aerosol electronic degreaser/cleaner - Table 4-33 | User | Inhalation | All | **2.6E-02** | **0.61** | 18 |
| | | | Dermal | 21+ | **0.40** | **4.7** | 39 |
| | | | | 16-20 | **0.43** | **5.0** | 42 |

| Life Cycle Stage/ Category | Subcategory/ Consumer Condition of Use Scenario | Population | Exposure Route and Duration | Age Group [a] | Acute Non-Cancer (benchmark MOE = 10) | | |
|---|---|---|---|---|---|---|---|
| | | | | | High-Intensity User | Moderate-Intensity User | Low-Intensity User |
| | | | | 11-15 | **0.39** | **4.6** | 38 |
| | | Bystander | Inhalation | All | **0.13** | **3.3** | 90 |
| | Liquid electronic degreaser/cleaner - Table 4-34 | User | Inhalation | All | **2.7E-02** | **0.42** | **5.6** |
| | | | Dermal | 21+ | **0.26** | **3.8** | 15 |
| | | | | 16-20 | **0.27** | **4.1** | 16 |
| | | | | 11-15 | **0.25** | **3.7** | 15 |
| | | Bystander | Inhalation | All | **0.13** | **2.2** | 29 |
| | Aerosol spray degreaser/cleaner - Table 4-35 | User | Inhalation | All | **6.0E-02** | **2.4E-02** | **0.16** |
| | | | Dermal | 21+ | **6.1E-02** | **0.49** | **2.5** |
| | | | | 16-20 | **6.6E-02** | **0.52** | **2.6** |
| | | | | 11-15 | **6.0E-02** | **0.48** | **2.4** |
| | | Bystander | Inhalation | All | **2.1E-02** | **9.5E-02** | **0.65** |
| | Liquid degreaser/cleaner - Table 4-36 | User | Inhalation | All | **6.6E-03** | **6.2E-02** | **0.37** |
| | | | Dermal | 21+ | **6.4E-02** | **0.51** | **3.8** |
| | | | | 16-20 | **6.8E-02** | **0.55** | **4.1** |
| | | | | 11-15 | **6.3E-02** | **0.50** | **3.8** |
| | | Bystander | Inhalation | All | **2.7E-02** | **0.33** | **2.0** |
| | Aerosol gun scrubber - Table 4-37 | User | Inhalation | All | 13 | 12 | 21 |
| | | | Dermal | 21+ | **6.4E-02** | **0.51** | **6.4** |
| | | | | 16-20 | **6.8E-02** | **0.54** | **6.8** |
| | | | | 11-15 | **6.2E-02** | **0.50** | **6.2** |
| | | Bystander | Inhalation | All | 53 | 66 | 115 |
| | Liquid gun scrubber - Table 4-38 | User | Inhalation | All | 15 | 14 | 16 |
| | | | Dermal | 21+ | **6.9E-02** | **0.55** | **4.1** |
| | | | | 16-20 | **7.3E-02** | **0.59** | **4.4** |
| | | | | 11-15 | **6.7E-02** | **0.54** | **4.0** |
| | | Bystander | Inhalation | All | 62 | 77 | 80 |
| | Mold Release - Table 4-39 | User | Inhalation | All | **5.9E-02** | **0.56** | **5.5** |
| | | | Dermal | 21+ | **6.1E-01** | **4.7** | 31 |
| | | | | 16-20 | **6.5E-01** | **5.0** | 33 |
| | | | | 11-15 | **6.0E-01** | **4.6** | 30 |
| | | Bystander | Inhalation | All | **0.30** | **3.0** | 28 |
| | Aerosol Tire Cleaner - Table 4-40 | User | Inhalation | All | **6.2E-02** | **0.23** | **1.7** |
| | | | Dermal | 21+ | **2.8E-01** | **1.1** | **4.8** |

| Life Cycle Stage/ Category | Subcategory/ Consumer Condition of Use Scenario | Population | Exposure Route and Duration | Age Group [a] | Acute Non-Cancer (benchmark MOE = 10) | | |
|---|---|---|---|---|---|---|---|
| | | | | | High-Intensity User | Moderate-Intensity User | Low-Intensity User |
| | | | | 16-20 | **3.0E-01** | **1.2** | **5.1** |
| | | | | 11-15 | **2.7E-01** | **1.1** | **4.7** |
| | | Bystander | Inhalation | All | **1.4E-02** | **0.94** | **6.9** |
| | Liquid Tire Cleaner - Table 4-41 | User | Inhalation | All | **2.0E-02** | **0.10** | **0.53** |
| | | | Dermal | 21+ | **0.12** | **0.50** | **1.5** |
| | | | | 16-20 | **0.13** | **0.53** | **1.6** |
| | | | | 11-15 | **0.12** | **0.49** | **1.5** |
| | | Bystander | Inhalation | All | **6.4E-02** | **0.42** | **2.2** |
| Consumer Use - Lubricants and greases | Tap and Die Fluid - Table 4-42 | User | Inhalation | All | **6.6E-02** | **0.62** | **3.6** |
| | | | Dermal | 21+ | **0.68** | **5.2** | 20 |
| | | | | 16-20 | **0.73** | **5.6** | 21 |
| | | | | 11-15 | **0.67** | **5.1** | 19 |
| | | Bystander | Inhalation | All | **3.3E-01** | **3.3** | 18 |
| | Penetrating lubricant - Table 4-43 | User | Inhalation | All | **8.3E-02** | **1.4** | 45 |
| | | | Dermal | 21+ | **0.86** | 12 | 250 |
| | | | | 16-20 | **0.91** | 13 | 267 |
| | | | | 11-15 | **0.84** | 12 | 245 |
| | | Bystander | Inhalation | All | **4.1E-01** | **7.6** | 231 |
| Consumer Use - Adhesives and sealants | Solvent-based adhesives and sealants - Table 4-44 | User | Inhalation | All | **5.8E-02** | **1.8** | 146 |
| | | | Dermal | 21+ | **0.16** | **1.3** | 98 |
| | | | | 16-20 | **0.17** | **1.4** | 105 |
| | | | | 11-15 | **0.15** | **1.3** | 96 |
| | | Bystander | Inhalation | All | **0.24** | **9.4** | 746 |
| | Mirror edge sealant - Table 4-45 | User | Inhalation | All | **0.29** | **2.0** | 43 |
| | | | Dermal | 21+ | **2.1** | **9.5** | 72 |
| | | | | 16-20 | **2.2** | 10 [b] | 77 |
| | | | | 11-15 | **2.0** | **9.2** | 71 |
| | | Bystander | Inhalation | All | **1.2** | 11 | 239 |
| | Tire repair cement/ sealer - Table 4-46 | User | Inhalation | All | **8.2E-02** | **1.5** | 16 |
| | | | Dermal | 21+ | **0.15** | **0.80** | **7.5** |
| | | | | 16-20 | **0.16** | **0.86** | **8.1** |
| | | | | 11-15 | **0.15** | **0.78** | **7.4** |
| | | Bystander | Inhalation | All | **2.6E-01** | **13** | 133 |
| | Carpet cleaner - | User | Inhalation | All | **1.8E-02** | **0.15** | **0.89** |

| Life Cycle Stage/ Category | Subcategory/ Consumer Condition of Use Scenario | Population | Exposure Route and Duration | Age Group [a] | Acute Non-Cancer (benchmark MOE = 10) | | |
|---|---|---|---|---|---|---|---|
| | | | | | High-Intensity User | Moderate-Intensity User | Low-Intensity User |
| | Table 4-47 | | Dermal | 21+ | 0.24 | 1.4 | 14 |
| | | | | 16-20 | 0.25 | 1.5 | 15 |
| | | | | 11-15 | 0.23 | 1.4 | 14 |
| | | Bystander | Inhalation | All | 8.4E-02 | 0.77 | 4.2 |
| Consumer use - Cleaning and furniture care products | Aerosol Spot Remover - Table 4-48 | User | Inhalation | All | 5.7E-02 | 0.48 | 2.7 |
| | | | Dermal | 21+ | 0.80 | 4.8 | 48 |
| | | | | 16-20 | 0.85 | 5.1 | 51 |
| | | | | 11-15 | 0.78 | 4.7 | 47 |
| | | Bystander | Inhalation | All | 0.28 | 2.6 | 14 |
| | Liquid Spot Remover - Table 4-49 | User | Inhalation | All | 2.4E-02 | 0.21 | 1.8 |
| | | | Dermal | 21+ | 0.34 | 2.1 | 31 |
| | | | | 16-20 | 0.37 | 2.2 | 33 |
| | | | | 11-15 | 0.34 | 2.0 | 30 |
| | | Bystander | Inhalation | All | 0.12 | 1.1 | 9.1 |
| Consumer use - Arts, crafts, and hobby materials | Fixatives and finishing spray coatings - Table 4-50 | User | Inhalation | All | 0.10 | 0.65 | 3.4 |
| | | | Dermal | 21+ | 2.4 | 9.5 | 84 |
| | | | | 16-20 | 2.6 | 10[b] | 90 |
| | | | | 11-15 | 2.4 | 9.3 | 82 |
| | | Bystander | Inhalation | All | 0.43 | 3.5 | 17 |
| Consumer use - Apparel and footwear care products | Shoe polish - Table 4-51 | User | Inhalation | All | 0.35 | 2.9 | 16 |
| | | | Dermal | 21+ | 3.6 | 22 | 219 |
| | | | | 16-20 | 3.9 | 23 | 234 |
| | | | | 11-15 | 3.6 | 21 | 214 |
| | | Bystander | Inhalation | All | 1.4 | 15 | 84 |
| Consumer use - Other consumer uses | Fabric spray - Table 4-52 | User | Inhalation | All | 7.3E-02 | 0.44 | 2.1 |
| | | | Dermal | 21+ | 2.1 | 4.7 | 27 |
| | | | | 16-20 | 2.2 | 5.0 | 28 |
| | | | | 11-15 | 2.0 | 4.6 | 26 |
| | | Bystander | Inhalation | All | 0.30 | 2.3 | 11 |
| | Film cleaner - Table 4-53 | User | Inhalation | All | 1.5E-02 | 9.4E-02 | 0.49 |
| | | | Dermal | 21+ | 0.35 | 1.4 | 12 |
| | | | | 16-20 | 0.38 | 1.5 | 13 |
| | | | | 11-15 | 0.34 | 1.4 | 12 |
| | | Bystander | Inhalation | All | 6.2E-02 | 0.51 | 2.5 |

| Life Cycle Stage/ Category | Subcategory/ Consumer Condition of Use Scenario | Population | Exposure Route and Duration | Age Group [a] | Acute Non-Cancer (benchmark MOE = 10) | | |
|---|---|---|---|---|---|---|---|
| | | | | | High-Intensity User | Moderate-Intensity User | Low-Intensity User |
| | Hoof polish - Table 4-54 | User | Inhalation | All | **0.44** | 2045 | 12493 |
| | | | Dermal | 21+ | **2.9** | **9.5** | 84 |
| | | | | 16-20 | **3.1** | 10[b] | 90 |
| | | | | 11-15 | **2.8** | **9.3** | 82 |
| | | Bystander | Inhalation | All | 88 | 3653 | 22309 |
| | Pepper spray - Table 4-55 | User | Inhalation | All | 15 | 29 | 55 |
| | | | Dermal | 21+ | 16 | | |
| | | | | 16-20 | 17 | | |
| | | | | 11-15 | 15 | | |
| | | Bystander | Not modeled - can be considered equal to user. | | | | |
| | Toner aid - Table 4-56 | User | Inhalation | All | **0.11** | **0.68** | **3.6** |
| | | | Dermal | 21+ | **2.6** | 10[b] | 89 |
| | | | | 16-20 | **2.7** | 11 | 95 |
| | | | | 11-15 | **2.5** | **9.8** | 87 |
| | | Bystander | Inhalation | All | **0.45** | **3.7** | 18 |

[a] Inhalation exposures are based on a 2-zone model of air concentrations (Section 2.3.2.3.1) that are independent of any age-specific exposure factors.
[b] If an MOE equal to the benchmark is not highlighted, the unrounded MOE is greater than the benchmark.

1906

# 5   UNREASONABLE RISK DETERMINATION

## 5.1  Overview

In each Risk Evaluation under TSCA section 6(b), EPA determines whether a chemical substance presents an unreasonable risk of injury to health or the environment, under the conditions of use. These determinations do not consider costs or other non-risk factors. In making these determinations, EPA considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use (including cancer and non-cancer risks); the effects of the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any potentially exposed or susceptible subpopulations (PESS)); the severity of hazard (including the nature of the hazard, the irreversibility of the hazard); and uncertainties. EPA also takes into consideration the Agency's confidence in the data used in the risk estimate. This includes an evaluation of the strengths, limitations and uncertainties associated with the information used to inform the risk estimate and the risk characterization. This approach is in keeping with the Agency's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726).[25]

This section describes the final unreasonable risk determinations for the conditions of use in the scope of the Risk Evaluation. The final unreasonable risk determinations are based on the risk estimates and consideration of other risk-related factors in the final Risk Evaluation, which may differ from the draft Risk Evaluation due to peer review and public comments. The relevant risk-related factors for TCE are further explained in Section 5.1.1 below and in Section 4.3 and 4.4 of the risk characterization. In Section 5.1.1, the relevant risk-related factors are identified for each condition of use, such as the health effects considered, the use of high-end risk estimates to address PESS and other uncertainties relevant to each condition of use. Therefore, the final unreasonable risk determinations of some conditions of use may differ from those in the draft Risk Evaluation.

### 5.1.1   Human Health

EPA's Risk Evaluation identified non-cancer adverse effects from acute (immunosuppression) and chronic (autoimmunity) inhalation and dermal exposures to TCE, and cancer from chronic inhalation and dermal exposures to TCE. The health risk estimates for all conditions of use are in Section 4.5 (Table 4-59 and Table 4-60).

For the TCE Risk Evaluation, EPA identified as Potentially Exposed or Susceptible Subpopulations: workers and ONUs, including men and women of reproductive age, adolescents, and biologically susceptible subpopulations; and consumer users (age 11 and older) and bystanders (of any age group, including infants, toddlers, children, and elderly), including biologically susceptible subpopulations.

EPA evaluated exposures to workers, ONUs, consumer users, and bystanders using reasonably available monitoring and modeling data for inhalation and dermal exposures, as applicable. For example, EPA assumed that ONUs and bystanders do not have direct contact with TCE; therefore, non-cancer effects and cancer from dermal exposures to TCE are not expected and were not evaluated. Additionally, EPA did not evaluate chronic

---

[25] This risk determination is being issued under TSCA section 6(b) and the terms used, such as unreasonable risk, and the considerations discussed are specific to TSCA. Other statutes have different authorities and mandates and may involve risk considerations other than those discussed here.

41  exposures for consumer users and bystanders because EPA considered the frequency of consumer product use
42  to be too low to create chronic risk concerns. The description of the data used for human health exposure is in
43  Section 2.3. Uncertainties in the analysis are discussed in Section 4.3 and considered in the unreasonable risk
44  determination for each condition of use presented below in Section 5.2, including the fact that the dermal model
45  used does not address variability in exposure duration and frequency.
46
47  EPA did not evaluate risks to the general population, and as such the unreasonable risk determinations for
48  relevant conditions of use do not account for any risk to the general population. Additional details regarding the
49  general population are in Section 2.3.3.

50  ### 5.1.1.1 Non-Cancer Risks Estimates
51  The risk estimates of non-cancer effects (MOEs) refer to adverse health effects associated with health endpoints
52  other than cancer, including to the body's organ systems, such as reproductive/developmental effects, cardiac
53  and lung effects, and kidney and liver effects. The MOE is the point of departure (POD) (an approximation of
54  the no-observed adverse effect level (NOAEL) or benchmark dose level (BMDL)) for a specific health endpoint
55  divided by the exposure concentration for the specific scenario of concern. Section 3.2.5 presents the PODs for
56  non-cancer effects for TCE and Section 4.2 presents the MOEs for non-cancer effects.
57
58  The MOEs are compared to a benchmark MOE. The benchmark MOE accounts for the total uncertainty in a
59  POD, including, as appropriate: (1) the variation in sensitivity among the members of the human population
60  (*i.e.,* intrahuman/intraspecies variability); (2) the uncertainty in extrapolating animal data to humans (*i.e.,*
61  interspecies variability); (3) the uncertainty in extrapolating from data obtained in a study with less-than-
62  lifetime exposure to lifetime exposure (*i.e.,* extrapolating from subchronic to chronic exposure); and (4) the
63  uncertainty in extrapolating from a lowest observed adverse effect level (LOAEL) rather than from a NOAEL.
64  A lower benchmark MOE (*e.g.,* 30) indicates greater certainty in the data (because fewer of the default UFs
65  relevant to a given POD as described above were applied). A higher benchmark MOE (*e.g.,* 1000) would
66  indicate more uncertainty for specific endpoints and scenarios. However, these are often not the only
67  uncertainties in a Risk Evaluation. The benchmark MOE for acute non-cancer risks for TCE is 10, and the
68  benchmark MOE for chronic non-cancer risks for TCE is 30. Additional information regarding the benchmark
69  MOE is in Section 4.2.1.

70  ### 5.1.1.2 Cancer Risks Estimates
71  Cancer risk estimates represent the incremental increase in probability of an individual in an exposed
72  population developing cancer over a lifetime (excess lifetime cancer risk (ELCR)) following exposure to
73  the chemical. Standard cancer benchmarks used by EPA and other regulatory agencies are an increased
74  cancer risk above benchmarks ranging from 1 in 1,000,000 to 1 in 10,000 (*i.e.,* $1 \times 10^{-6}$ to $1 \times 10^{-4}$)
75  depending on the subpopulation exposed.[26]
76

---

[26] As an example, when EPA's Office of Water in 2017 updated the Human Health Benchmarks for Pesticides, the benchmark for a "theoretical upper-bound excess lifetime cancer risk" from pesticides in drinking water was identified as 1 in 1,000,000 to 1 in 10,000 over a lifetime of exposure (EPA. Human Health Benchmarks for Pesticides: Updated 2017 Technical Document (pp.5). (EPA 822-R -17 -001). Washington, DC: U.S. Environmental Protection Agency, Office of Water. January 2017. https://www.epa.gov/sites/production/files/2015-10/documents/hh-benchmarks-techdoc.pdf). Similarly, EPA's approach under the Clean Air Act to evaluate residual risk and to develop standards is a two-step approach that "includes a presumptive limit on maximum individual lifetime [cancer] risk (MIR) of approximately 1 in 10 thousand" and consideration of whether emissions standards provide an ample margin of safety to protect public health "in consideration of all health information, including the number of persons at risk levels higher than approximately 1 in 1 million, as well as other relevant factors" (54 FR 38044, 38045, September 14, 1989).

77   EPA, consistent with 2017 NIOSH guidance,[27] used $1\times10^{-4}$ as the benchmark for the purposes of this
78   unreasonable risk determination for individuals in industrial and commercial work environments. The $1\times10^{-4}$ is
79   not a bright line and EPA has discretion to make unreasonable risk determinations based on other benchmarks
80   as appropriate.

81   ### 5.1.1.3        Determining Unreasonable Risk of Injury to Health

82   Calculated risk estimates (MOEs or cancer risk estimates) can provide a risk profile by presenting a range of
83   estimates for different health effects for different conditions of use. A calculated MOE that is less than the
84   benchmark MOE supports a determination of unreasonable risk of injury to health, based on non-cancer effects.
85   Similarly, a calculated cancer risk estimate that is greater than the cancer benchmark supports a determination
86   of unreasonable risk of injury to health from cancer. Whether EPA makes a determination of unreasonable risk
87   depends upon other risk-related factors, such as the endpoint under consideration, the reversibility of effect,
88   exposure-related considerations (*e.g.,* duration, magnitude, or frequency of exposure, or population exposed),
89   and the confidence in the information used to inform the hazard and exposure values. A calculated MOE greater
90   than the benchmark MOE or a calculated cancer risk estimate less than the cancer benchmark, alone do not
91   support a determination of unreasonable risk, since EPA may consider other risk-based factors when making an
92   unreasonable risk determination.
93
94   When making an unreasonable risk determination based on injury to health of workers (who are one example of
95   PESS), EPA also makes assumptions regarding workplace practices and the implementation of the required
96   hierarchy of controls from OSHA. EPA assumes that feasible exposure controls, including engineering controls,
97   or use of personal protective equipment (PPE) are implemented in the workplace. EPA's decisions for
98   unreasonable risk to workers are based on high-end exposure estimates, in order to capture not only exposures
99   for PESS but also to account for the uncertainties related to whether or not workers are using PPE. However,
100  EPA does not assume that ONUs use PPE. For each condition of use, depending on the information available
101  and professional judgement, EPA assumes the use of appropriate respirators with APFs ranging from 10 to 50,
102  and gloves with a PF of 10 to 20. However, EPA assumes that for some conditions of use, the use of respirators
103  is not a standard industry practice, based on professional judgement given the burden associated with the use of
104  respirators, including the expense of the equipment and the necessity of fit-testing and training for proper use.
105  Similarly, EPA does not assume that it is a standard industry practice that workers in some small commercial
106  facilities (*e.g.,* those performing spot cleaning, wipe cleaning, shoe polishing, or hoof polishing; commercial
107  printing and copying) have a respiratory protection program or regularly employ dermal protection. Therefore,
108  the use of respirators and gloves is unlikely for workers in these facilities. Section 4.2.2 explains how EPA
109  considers the use of PPE for each occupational exposure scenario of the Risk Evaluation, and Table 4-9
110  summarizes the information. Once EPA has applied the appropriate PPE assumption for a particular condition
111  of use in each unreasonable risk determination, in those instances when EPA assumes PPE is used, EPA also
112  assumes that the PPE is used in a manner that achieves the stated APF or PF.
113
114  EPA identified several acute and chronic endpoints for non-cancer effects of TCE (*e.g.,* developmental toxicity,
115  reproductive toxicity, liver toxicity, kidney toxicity, neurotoxicity, and immunotoxicity). In Section 3.2.5.4.1
116  EPA identified the best overall non-cancer endpoints to be immunosuppression effects for acute inhalation and
117  dermal exposures, and autoimmunity effects for chronic inhalation and dermal exposures. EPA determined that
118  these were the best overall endpoints for Risk Evaluation under TSCA, based on the best available science,
119  weight of the scientific evidence, and confidence in the POD, and were used as the basis of risk conclusions in

---

[27] NIOSH Current intelligence bulletin 68: NIOSH chemical carcinogen policy (Whittaker et al. 2016).

Section 4.5.2 and risk determinations in Section 0. As described in EPA's framework rule for Risk Evaluations [82 FR 33726], weight of the scientific evidence includes consideration of the "strengths, limitations and relevance of the information." Neither the statute nor the framework rule requires that EPA choose the lowest number and EPA believes that public health is best served when EPA relies upon the highest quality information for which EPA has the greatest confidence.

Consistent with EPA guidance as indicated in the 2011 EPA TCE IRIS Assessment, in this Risk Evaluation EPA concluded that TCE is carcinogenic to workers and ONUs by all routes of exposure. This is most strongly supported by the data on kidney cancer. The cancer hazard analysis is described in Section 3.2.4.2. EPA considered cancer risk estimates from chronic inhalation or dermal exposures in the unreasonable risk determination.

When making a determination of unreasonable risk, the Agency has a higher degree of confidence where uncertainty is low. Similarly, EPA has high confidence in the hazard and exposure characterizations when, for example, the basis for characterizations is measured or monitoring data or a robust model and the hazards identified for risk estimation are relevant for conditions of use. Where EPA has made assumptions in the scientific evaluation, whether or not those assumptions are protective is also a consideration. Additionally, EPA considers the central tendency and high-end exposure levels when determining the unreasonable risk. High-end risk estimates (*e.g.,* 95th percentile) are generally intended to cover individuals or sub-populations with greater exposure (PESS) as well as to capture individuals with sentinel exposure, and central tendency risk estimates are generally estimates of average or typical exposure.

EPA may make a determination of no unreasonable risk for conditions of use where the substance's hazard and exposure potential, or where the risk-related factors described previously, lead the Agency to determine that the risks are not unreasonable.

### 5.1.2   Environment

EPA calculated a risk quotient (RQ) to compare environmental concentrations against an effect level. The environmental concentration is determined based on the levels of the chemical released to the environment (*e.g.,* surface water, sediment, soil, biota) under the conditions of use, based on the fate properties, release potential, and reasonably available environmental monitoring data. The effect level is calculated using concentrations of concern that represent hazard data for aquatic, sediment-dwelling, and terrestrial organisms. Section 4.1 provides more detail regarding the risk quotients for TCE.

### 5.1.2.1       Determining Unreasonable Risk of Injury to the Environment

An RQ equal to 1 indicates that the exposures are the same as the concentration that causes effects. An RQ less than 1, when the exposure is less than the effect concentration, supports a determination that there is no unreasonable risk of injury to the environment. An RQ greater than 1, when the exposure is greater than the effect concentration, supports a determination that there is unreasonable risk of injury to the environment. Consistent with EPA's human health evaluations, other risk-based factors may be considered (*e.g.,* confidence in the hazard and exposure characterization, duration, magnitude, uncertainty) for purposes of making an unreasonable risk determination. Due to the volatile properties of TCE, EPA also considered when it was more likely for acute or chronic exposure durations to occur.

162  EPA considered the effects on aquatic, sediment-dwelling, and terrestrial organisms. EPA provides estimates
163  for environmental risk in Section 4.1 and Table 4-1, while the details for determining whether there is
164  unreasonable risk to the environment are discussed in Section 5.2.2.

165  ## 5.2  Detailed Unreasonable Risk Determination by Condition of Use

**Table 5-1. Categories and Subcategories of Conditions of Use Included in the Scope of the Risk Evaluation**

| Life Cycle Stage | Category [a] | Subcategory [b] | Unreasonable Risk | Detailed Risk Determination |
|---|---|---|---|---|
| Manufacture | Domestic manufacture | Domestic manufacture | Yes | Sections 5.2.1.1, and 5.2.2 |
| | Import | Import | Yes | Sections 5.2.1.2 and 5.2.2 |
| Processing | Processing as a reactant/ intermediate | Processing as a reactant/intermediate in industrial gas manufacturing (*e.g.,* manufacture of fluorinated gases used as refrigerants, foam blowing agents and solvents) | Yes | Sections 5.2.1.3 and 5.2.2 |
| | Processing - incorporation into formulation, mixture or reaction product | Solvents (for cleaning or degreasing); adhesives and sealant chemicals; solvents (which become part of product formulation or mixture) (*e.g.,* lubricants and greases, paints and coatings, other uses) | Yes | Sections 5.2.1.4 and 5.2.2 |
| | Processing - incorporation into articles | Solvents (becomes an integral components of articles) | Yes | Sections 5.2.1.5 and 5.2.2 |
| | Repackaging | Solvents (for cleaning or degreasing) | Yes | Sections 5.2.1.6 and 5.2.2 |
| | Recycling | Recycling | Yes | Sections 5.2.1.7 and 5.2.2 |
| Distribution in commerce | Distribution | Distribution | No | Sections 5.2.1.8 and 5.2.2 |
| Industrial/ commercial use | Solvent (for cleaning or degreasing) | Batch vapor degreaser (open-top) | Yes | Sections 5.2.1.9 and 5.2.2 |

**Table 5-1. Categories and Subcategories of Conditions of Use Included in the Scope of the Risk Evaluation**

| Life Cycle Stage | Category [a] | Subcategory [b] | Unreasonable Risk | Detailed Risk Determination |
|---|---|---|---|---|
| | | Batch vapor degreaser (closed-loop) | Yes | Sections 5.2.1.10 and 5.2.2 |
| | | In-line vapor degreaser (conveyorized) | Yes | Sections 5.2.1.11 and 5.2.2 |
| | | In-line vapor degreaser (web cleaner) | Yes | Sections 5.2.1.12 and 5.2.2 |
| | | Cold cleaner | Yes | Sections 5.2.1.13 and 5.2.2 |
| | | Aerosol spray degreaser/cleaner; mold release | Yes | Sections 5.2.1.14 and 5.2.2 |
| | Lubricants and greases/lubricants and lubricant additives | Tap and die fluid | Yes | Sections 5.2.1.15 and 5.2.2 |
| | | Penetrating lubricant | Yes | Sections 5.2.1.16 and 5.2.2 |
| | Adhesives and sealants | Solvent-based adhesives and sealants; tire repair cement/sealer; mirror edge sealant | Yes | Sections 5.2.1.17 and 5.2.2 |
| | Functional fluids (closed systems) | Heat exchange fluid | Yes | Sections 5.2.1.18 and 5.2.2 |
| | Paints and coatings | Diluent in solvent-based paints and coatings | Yes | Sections 5.2.1.19 and 5.2.2 |
| | Cleaning and furniture care products | Carpet cleaner; wipe cleaner [c] | Yes | Sections 5.2.1.20 and 5.2.2. |
| | Laundry and dishwashing products | Spot remover [d] | Yes | Sections 5.2.1.21 5.2.2 |
| | Arts, crafts and hobby materials | Fixatives and finishing spray coatings | Yes | Sections 5.2.1.22 and 5.2.2 |
| | Corrosion inhibitors and anti-scaling agents | Corrosion inhibitors and anti-scaling agents | Yes | Sections 5.2.1.23 and 5.2.2 |
| | Processing aids | Process solvent used in battery manufacture; process solvent used in polymer fiber spinning, fluoroelastomer manufacture, and | Yes | Sections 5.2.1.24 and 5.2.2 |

**Table 5-1. Categories and Subcategories of Conditions of Use Included in the Scope of the Risk Evaluation**

| Life Cycle Stage | Category [a] | Subcategory [b] | Unreasonable Risk | Detailed Risk Determination |
|---|---|---|---|---|
| | | Alcantara manufacture; extraction solvent used in caprolactam manufacture; precipitant used in beta-cyclodextrin manufacture | | |
| | Ink, toner and colorant products | Toner aid | Yes | Sections 5.2.1.25 and 5.2.2 |
| | Automotive care products | Brake and parts cleaners | Yes | Sections 5.2.1.26 , and 5.2.2 |
| | Apparel and footwear care products | Shoe polish | Yes | Sections 5.2.1.27 and 5.2.2 |
| | Other commercial uses | Hoof polishes; gun scrubber; pepper spray; other miscellaneous industrial and commercial uses | Yes | Sections 5.2.1.28 and 5.2.2 |
| Consumer uses | Solvent (cleaning or degreasing) | Brake and parts cleaner | Yes | Sections 5.2.1.29 and 5.2.2 |
| | | Aerosol electronic degreaser/cleaner | Yes | Sections 5.2.1.30 and 5.2.2 |
| | | Liquid electronic degreaser/cleaner | Yes | Sections 5.2.1.31 and 5.2.2 |
| | | Aerosol spray degreaser/cleaner | Yes | Sections 5.2.1.32 and 5.2.2 |
| | | Liquid degreaser/cleaner | Yes | Sections 5.2.1.33 and 5.2.2 |
| | | Aerosol gun scrubber | Yes | Sections 5.2.1.34 and 5.2.2 |
| | | Liquid gun scrubber | Yes | Sections 5.2.1.35 and 5.2.2 |
| | | Mold release | Yes | Sections 5.2.1.36 and 5.2.2 |
| | | Aerosol tire cleaner | Yes | Sections 5.2.1.37 and 5.2.2 |
| | | Liquid tire cleaner | Yes | Sections 5.2.1.38 and 5.2.2 |

**Table 5-1. Categories and Subcategories of Conditions of Use Included in the Scope of the Risk Evaluation**

| Life Cycle Stage | Category [a] | Subcategory [b] | Unreasonable Risk | Detailed Risk Determination |
|---|---|---|---|---|
| | Lubricants and greases | Tap and die fluid | Yes | Sections 5.2.1.39 and 5.2.2 |
| | | Penetrating lubricant | Yes | Sections 5.2.1.40 and 5.2.2 |
| | Adhesives and sealants | Solvent-based adhesives and sealants | Yes | Sections 5.2.1.41 and 5.2.2 |
| | | Mirror edge sealant | Yes | Sections 5.2.1.42 and 5.2.2 |
| | | Tire repair cement/sealer | Yes | Sections 0 and 5.2.2 |
| | Cleaning and furniture care products | Carpet cleaner | Yes | Sections 5.2.1.44 and 5.2.2 |
| | | Aerosol spot remover | Yes | Sections 5.2.1.45 and 5.2.2 |
| | | Liquid spot remover | Yes | Sections 5.2.1.46 and 5.2.2 |
| | Arts, crafts, and hobby materials | Fixatives and finishing spray coatings | Yes | Sections 5.2.1.47 and 5.2.2 |
| | Apparel and footwear care products | Shoe polish | Yes | Sections 5.2.1.48 and 5.2.2 |
| | Other consumer uses | Fabric spray | Yes | Sections 5.2.1.49 and 5.2.2 |
| | | Film cleaner | Yes | Sections 5.2.1.50 and 5.2.2 |
| | | Hoof polish [e] | Yes | Sections 5.2.1.51 and 5.2.2 |
| | | Pepper spray | No | Sections 5.2.1.52 and 5.2.2 |
| | | Toner aid | Yes | Sections 5.2.1.53 and 5.2.2 |
| Disposal | Disposal | Industrial pre-treatment | Yes | Sections 5.2.1.54 and 5.2.2 |
| | | Industrial wastewater treatment | | |
| | | Publicly owned treatment works (POTW) | | |

<sup>a</sup> These categories of conditions of use appear in the Life Cycle Diagram, reflect CDR codes, and broadly represent additional information regarding all conditions of use of TCE.
<sup>b</sup> These subcategories reflect more specific information regarding the conditions of use of TCE.
<sup>c</sup> This condition of use involves wipe cleaning. Note that the Problem Formulation described "cleaning wipes" as a condition of use. This referred to the application of a product that is then wiped off, rather than a pre-wet towelette.
<sup>d</sup> This includes uses assessed in the (U.S. EPA, 2014b) risk assessment.
<sup>e</sup> "Hoof polish" is in EPA's jurisdiction unless the article in question was also *intended for the diagnosis, cure, mitigation, treatment, of disease or intended to affect the structure or function of the body of animals*, as described in the FFDCA. EPA identified a single product for hoof polish containing TCE (U.S. EPA, 2017h), and this product is intended for only cosmetic and not medical use. Therefore, "hoof polish" was evaluated as a COU, applicable only to products restricted to cosmetic function.
*Although EPA has identified both industrial and commercial uses here for purposes of distinguishing scenarios in this document, the Agency interprets the authority over "any manner or method of commercial use" under TSCA section 6(a)(5) to reach both.

---

### 5.2.1  Human Health

#### 5.2.1.1        Manufacture – Domestic manufacture (Domestic manufacture)

Section 6(b)(4)(A) unreasonable risk determination for the domestic manufacture of TCE: **Presents an unreasonable risk of injury to health (workers and ONUs).**

**For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic inhalation exposures at the high-end and dermal exposures at the central tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from chronic inhalation exposures at the high-end and dermal exposures at the central tendency and high-end, even when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic inhalation exposures at the central tendency, and of cancer from chronic inhalation exposures at the central tendency.**

EPA's determination that the domestic manufacturing of TCE presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:

- For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk estimates of non-cancer effects and cancer from chronic inhalation at the high-end, and the risk estimates of non-cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk determination.
- For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not support an unreasonable risk determination.
- For ONUs, the risk estimates of non-cancer effects from acute inhalation exposures do not support an unreasonable risk determination.
- Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished; however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers

213 directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
214 central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
215 • Inhalation exposures were assessed during manufacturing using monitoring data submitted by the
216 Halogenated Solvents Industry Alliance (HSIA) (Halogenated Solvents Industry Alliance, 2018) and
217 Arkema, Inc. (Arkema, 2020).
218 • Dermal exposures were assessed using modeled data.

219 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
220 support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
221 domestic manufacturing of TCE.
222

223 ## 5.2.1.2    Manufacture – Import (Import)
224

225 Section 6(b)(4)(A) unreasonable risk determination for the import of TCE: **Presents an unreasonable**
226 **risk of injury to health (workers);** does not present an unreasonable risk of injury to health (ONUs).
227

228 **For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity)**
229 **from chronic inhalation exposures at the high-end and dermal exposures at the central tendency**
230 **and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there**
231 **was unreasonable risk of cancer from chronic dermal exposures at the central tendency and high-**
232 **end, even when assuming use of PPE.** For ONUs, EPA found that there was no unreasonable risk of
233 non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at
234 the central tendency or of cancer from chronic inhalation exposures at the central tendency.
235

236 EPA's determination that the import of TCE presents an unreasonable risk is based on the comparison of the
237 risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1,
238 EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in
239 the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:
240 • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
241 effects from chronic inhalation exposures at the high-end support an unreasonable risk determination.
242 Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-cancer effects and
243 cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk
244 determination.
245 • For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from
246 chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
247 • For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
248 estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
249 support an unreasonable risk determination.
250 • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
251 however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
252 directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
253 central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
254 • Inhalation exposures were assessed based on monitoring data using the repackaging occupational
255 exposure scenario.
256 • Dermal exposures were assessed using modeled data.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers) from the import of TCE.

### 5.2.1.3    Processing – Processing as a reactant/intermediate – Intermediate in industrial gas manufacturing (*e.g.,* manufacture of fluorinated gases used as refrigerants, foam blowing agents and solvents) (Processing as a reactant/intermediate)

Section 6(b)(4)(A) unreasonable risk determination for the processing of TCE as a reactant/intermediate: **Presents an unreasonable risk of injury to health (workers and ONUs).**

**For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic inhalation exposures at the high-end and dermal exposures at the central tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from chronic inhalation exposures at the high-end and dermal exposures at the central tendency and high-end, even when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic inhalation exposures at the central tendency, and of cancer from chronic inhalation exposures at the central tendency.**

EPA's determination that the processing of TCE as a reactant/intermediate presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:

- For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk estimates of non-cancer effects and cancer from chronic inhalation at the high-end, and the risk estimates of non-cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk determination.
- For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not support an unreasonable risk determination.
- For ONUs, the risk estimates of non-cancer effects from acute inhalation exposures do not support an unreasonable risk determination.
- Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished; however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers directly handling the chemical substance. To account for this uncertainty, EPA considered the workers' central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
- Inhalation exposures were assessed using monitoring data from the manufacture of TCE as surrogate data for the processing condition of use. EPA did not identify inhalation exposure monitoring data related to processing TCE as a reactant. EPA believes the handling and TCE concentrations for both conditions of use to be similar.
- Dermal exposures were assessed using modeled data.

301 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
302 support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
303 processing of TCE as a reactant/intermediate.
304

305       **5.2.1.4       Processing – Incorporation into formulation, mixture or reaction**
306             **product – Solvents (for cleaning or degreasing); adhesives and sealant chemicals;**
307             **solvents (which become part of product formulation or mixture) (*e.g.,* lubricants**
308             **and greases, paints and coatings, other uses) (Processing into a formulation,**
309             **mixture, or reaction product)**
310

311 Section 6(b)(4)(A) unreasonable risk determination for the processing of TCE into a formulation,
312 mixture, or reaction product: **Presents an unreasonable risk of injury to health (workers);** does not
313 present an unreasonable risk of injury to health (ONUs).
314

315 **For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity)**
316 **from chronic inhalation exposures at the high-end and dermal exposures at the central tendency**
317 **and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there**
318 **was unreasonable risk of cancer from chronic dermal exposures at the central tendency and high-**
319 **end, even when assuming use of PPE.** For ONUs, EPA found that there was no unreasonable risk of
320 non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at
321 the central tendency or of cancer from chronic inhalation exposures at the central tendency.
322

323 EPA's determination that the processing of TCE into formulation, mixture, or reaction product presents an
324 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the
325 benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the
326 exposures from the condition of use, and the uncertainties in the analysis (Section 4.3), including uncertainties
327 related to the exposures for ONUs:

328 • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
329   effects from chronic inhalation exposures at the high-end support an unreasonable risk determination.
330   Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-cancer effects and
331   cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk
332   determination.
333 • For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from
334   chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
335 • For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
336   estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
337   support an unreasonable risk determination.
338 • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
339   however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
340   directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
341   central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
342 • Inhalation exposures were assessed using monitoring data from repackaging as a surrogate. EPA did not
343   identify inhalation exposure monitoring data related to using TCE when formulating aerosol and non-
344   aerosol products.
345 • Dermal exposures were assessed using modeled data.

346   In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
347   support EPA's determination that there is unreasonable risk of injury to health (workers) from the processing of
348   TCE into formulation, mixture, or reaction product.
349

350   ### 5.2.1.5      Processing – Incorporation into articles – Solvents (becomes an
351   integral component of articles) (Processing into articles)

352

353   <u>Section 6(b)(4)(A) unreasonable risk determination for the processing of TCE into articles</u>: **Presents an
354   unreasonable risk of injury to health (workers);** does not present an unreasonable risk of injury to
355   health (ONUs).

356

357   **For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity)
358   from chronic inhalation exposures at the high-end and dermal exposures at the central tendency
359   and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there
360   was unreasonable risk of cancer from chronic dermal exposures at the central tendency and high-
361   end, even when assuming use of PPE.** For ONUs, EPA found that there was no unreasonable risk of
362   non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at
363   the central tendency or of cancer from chronic inhalation exposures at the central tendency.

364

365   EPA's determination that the processing of TCE into articles presents an unreasonable risk is based on the
366   comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As
367   explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of
368   use, and the uncertainties in the analysis (Section 4.3), including uncertainties related to the exposures for
369   ONUs:

370   - For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
371     effects from chronic inhalation exposures at the high-end support an unreasonable risk determination.
372     Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-cancer effects and
373     cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk
374     determination.
375   - For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from
376     chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
377   - For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
378     estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
379     support an unreasonable risk determination.
380   - Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
381     however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
382     directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
383     central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
384   - Inhalation exposures were assessed using monitoring data from repackaging as a surrogate. EPA did not
385     identify inhalation exposure monitoring data related to using TCE when formulating aerosol and non-
386     aerosol products.
387   - Dermal exposures were assessed using modeled data.

388   In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
389   support EPA's determination that there is unreasonable risk of injury to health (workers) from the processing of
390   TCE into articles.

### 5.2.1.6    Processing – Repackaging – Solvents (for cleaning or degreasing) (Repackaging)

Section 6(b)(4)(A) unreasonable risk determination for the repackaging of TCE: **Presents an unreasonable risk of injury to health (workers);** does not present an unreasonable risk of injury to health (ONUs).

**For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic inhalation exposures at the high-end and dermal exposures at the central tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from chronic dermal exposures at the central tendency and high-end, even when assuming use of PPE.** For ONUs, EPA found that there was no unreasonable risk of non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the central tendency or of cancer from chronic inhalation exposures at the central tendency.

EPA's determination that the repackaging of TCE presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:

- For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer effects from chronic inhalation exposures at the high-end support an unreasonable risk determination. Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk determination.
- For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
- For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not support an unreasonable risk determination.
- Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished; however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers directly handling the chemical substance. To account for this uncertainty, EPA considered the workers' central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
- Inhalation exposures were assessed based on monitoring data using the repackaging occupational exposure scenario.
- Dermal exposures were assessed using modeled data.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers) from the repackaging of TCE.

### 5.2.1.7    Processing – Recycling – Recycling (Recycling)

Section 6(b)(4)(A) unreasonable risk determination for the recycling of TCE: **Presents an unreasonable risk of injury to health (workers);** does not present an unreasonable risk of injury to health (ONUs).

436
437 **For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity)**
438 **from chronic inhalation exposures at the high-end and dermal exposures at the central tendency**
439 **and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there**
440 **was unreasonable risk of cancer from chronic dermal exposures at the central tendency and high-**
441 **end, even when assuming use of PPE.** For ONUs, EPA found that there was no unreasonable risk of
442 non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at
443 the central tendency or of cancer from chronic inhalation exposures at the central tendency.
444
445 EPA's determination that the recycling of TCE presents an unreasonable risk is based on the comparison of the
446 risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1,
447 EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in
448 the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:

449 - For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
450   effects from chronic inhalation exposures at the high-end support an unreasonable risk determination.
451   Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-cancer effects and
452   cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk
453   determination.
454 - For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from
455   chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
456 - For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
457   estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
458   support an unreasonable risk determination.
459 - Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
460   however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
461   directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
462   central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
463 - Inhalation exposures were assessed using monitoring data from repackaging as a surrogate for recycling.
464 - Dermal exposures were assessed using modeled data.

465 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
466 support EPA's determination that there is unreasonable risk of injury to health (workers) from the recycling of
467 TCE.
468

469 ### 5.2.1.8        Distribution in Commerce– Distribution (Distribution in commerce)
470
471 <u>Section 6(b)(4)(A) unreasonable risk determination for distribution of TCE:</u> Does not present an
472 unreasonable risk of injury to health (workers and ONUs).
473
474 For the purposes of the unreasonable risk determination, distribution in commerce of TCE is the
475 transportation associated with the moving of TCE in commerce. EPA is assuming that workers and
476 ONUs will not be handling TCE because the loading and unloading activities are associated with other
477 conditions of use and EPA assumes transportation of TCE is in compliance with existing regulations for
478 the transportation of hazardous materials (49 CFR 172). Emissions are therefore minimal during
479 transportation, so there is limited exposure (with the exception of spills and leaks, which are outside the
480 scope of the Risk Evaluation). Based on the limited emissions and exposures from the transportation of

481 chemicals, EPA determined there is no unreasonable risk of injury to health (workers and ONUs) from
482 the distribution in commerce of TCE.
483

484      **5.2.1.9    Industrial/Commercial Use – Solvent (for cleaning or degreasing) –**
485      **Batch vapor degreaser (open-top) (Solvent for open-top batch vapor degreasing)**
486

487 Section 6(b)(4)(A) unreasonable risk determination for the industrial and commercial use of TCE as a
488 solvent for open-top batch vapor degreasing: **Presents an unreasonable risk of injury to health**
489 **(workers and ONUs).**
490

491 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
492 **(immunosuppression) inhalation exposures and from chronic (autoimmunity) inhalation and**
493 **dermal exposures at the central tendency and high-end, even when assuming use of PPE. In**
494 **addition, for workers, EPA found that there was unreasonable risk of cancer from chronic**
495 **inhalation and dermal exposures at the central tendency and high-end, even when assuming use of**
496 **PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from acute**
497 **(immunosuppression) and chronic (autoimmunity) inhalation exposures at the central tendency**
498 **and high-end, and of cancer from chronic inhalation exposures at the central tendency and high-**
499 **end.**
500

501 EPA's determination that the industrial and commercial use of TCE as a solvent for open-top batch
502 vapor degreasing presents an unreasonable risk is based on the comparison of the risk estimates for non-
503 cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also
504 considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in
505 the analysis (Section 4.3):
506     • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
507        effects from acute and chronic inhalation exposures, and of cancer from chronic inhalation exposures at
508        the central tendency and high-end support an unreasonable risk determination. Similarly, when assuming
509        use of gloves with PF of 20, the risk estimates of non-cancer effects and cancer from chronic dermal
510        exposures at the central tendency and high-end support an unreasonable risk determination.
511     • For workers, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects
512        from acute dermal exposure at the high-end do not support an unreasonable risk determination.
513     • Inhalation exposures for workers and ONUs were assessed using monitoring data from NIOSH
514        investigations at twelve sites using TCE as a degreasing solvent in OTVDs. Due to the large variety in
515        shop types that may use TCE as a vapor degreasing solvent, it is unclear how representative these data
516        are of a "typical" shop. Therefore, EPA supplemented the identified monitoring data using the Open-
517        Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model. EPA's inhalation exposure
518        modeling is based on a near-field/far-field approach, where a vapor generation source located inside the
519        near-field diffuses into the surrounding environment. Near-field exposure represents exposure
520        concentrations for workers who directly operate the vapor degreasing equipment, whereas far-field
521        exposure represents exposure concentrations for occupational non-users (*i.e.,* workers in the surrounding
522        area who do not handle the degreasing equipment). Assumptions and key sources of uncertainty for
523        occupational exposures, including the near-field/ far-field framework are described in Section 2.3.1.3.
524        These estimates were used for determining worker and ONU risks.
525     • Dermal exposures were assessed using modeled data.

526  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
527  support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
528  industrial and commercial use of TCE as a solvent for open-top batch vapor degreasing.
529

530  **5.2.1.10   Industrial/Commercial Use – Solvent (for cleaning or degreasing) –**
531  **Batch vapor degreaser (closed-loop) (Solvent for closed-loop batch vapor**
532  **degreasing)**
533

534  Section 6(b)(4)(A) unreasonable risk determination for the industrial and commercial use of TCE as a
535  solvent for closed-loop batch vapor degreasing: **Presents an unreasonable risk of injury to health**
536  **(workers and ONUs).**
537

538  **For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity)**
539  **from chronic inhalation and dermal exposures at the central tendency and high-end, even when**
540  **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**
541  **cancer from chronic dermal exposures at the central tendency and high-end, even when assuming**
542  **use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from**
543  **acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the central**
544  **tendency, and of cancer from chronic inhalation exposures at the central tendency.**
545

546  EPA's determination that the industrial and commercial use of TCE as a solvent for closed-loop batch
547  vapor degreasing presents an unreasonable risk is based on the comparison of the risk estimates for non-
548  cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also
549  considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in
550  the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:

551  • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
552    effects from chronic inhalation exposures at the central tendency and high-end support an unreasonable
553    risk determination. Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-
554    cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support
555    an unreasonable risk determination.
556  • For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
557    estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
558    support an unreasonable risk determination.
559  • For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from
560    chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
561  • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
562    however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
563    directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
564    central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
565  • Inhalation exposures were assessed using exposure monitoring data from a Chemical Safety report
566    where TCE is used in closed degreasing operations. EPA assumed these reasonably available data are of
567    a "typical" batch closed-loop degreasing shop.
568  • Dermal exposures were assessed using modeled data.

569    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
570    support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
571    industrial and commercial use of TCE as a solvent for closed-loop batch vapor degreasing.
572

573        ### 5.2.1.11    Industrial/Commercial Use – Solvent (for cleaning or degreasing) –
574                        In-line vapor degreaser (conveyorized) (Solvent for in-line conveyorized vapor
575                        degreasing)

576

577    Section 6(b)(4)(A) unreasonable risk determination for the industrial and commercial use of TCE as a
578    solvent for in-line conveyorized vapor degreasing: **Presents an unreasonable risk of injury to health
579    (workers and ONUs).**
580

581    **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute
582    (immunosuppression) inhalation exposures and from chronic (autoimmunity) inhalation and
583    dermal exposures at the central tendency and high-end, even when assuming use of PPE. In
584    addition, for workers, EPA found that there was unreasonable risk of cancer from chronic
585    inhalation and dermal exposures at the central tendency and high-end, even when assuming use of
586    PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from acute
587    (immunosuppression) and chronic (autoimmunity) inhalation exposures at the central tendency,
588    and of cancer from chronic inhalation exposures at the central tendency.**

589

590    EPA's determination that the industrial and commercial use of TCE as a solvent for in-line conveyorized
591    vapor degreasing presents an unreasonable risk is based on the comparison of the risk estimates for non-
592    cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also
593    considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in
594    the analysis (Section 4.3), including uncertainties related to the exposures for ONUs:

595    •   For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
596        effects from acute and chronic inhalation exposures, and of cancer from chronic inhalation exposures at
597        the central tendency and high-end support an unreasonable risk determination. Similarly, when assuming
598        use of gloves with PF of 20, the risk estimates of non-cancer effects and cancer from chronic dermal
599        exposures at the central tendency and high-end support an unreasonable risk determination.

600    •   For workers, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects
601        from acute dermal exposure at the high-end do not support an unreasonable risk determination.

602    •   Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
603        however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
604        directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
605        central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.

606    •   Inhalation exposures for workers were assessed using monitoring data from NIOSH investigations at
607        two sites using TCE in conveyorized vapor degreasing. Due to the large variety in shop types that may
608        use TCE as a vapor degreasing solvent, it is unclear how representative these data are of a "typical"
609        shop. Therefore, EPA supplemented the identified monitoring data using the Conveyorized Degreasing
610        Near-Field/Far-Field Inhalation Exposure Model. Near-field exposure represents exposure
611        concentrations for workers who directly operate the vapor degreasing equipment, whereas far-field
612        exposure represents exposure concentrations for occupational non-users (*i.e.,* workers in the surrounding
613        area who do not handle the degreasing equipment).

614    •   Dermal exposures were assessed using modeled data.

615    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
616    support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
617    industrial and commercial use of TCE as a solvent for in-line conveyorized vapor degreasing.
618

619    ### 5.2.1.12    Industrial/Commercial Use – Solvent (for cleaning or degreasing) –
620    In-line vapor degreaser (web cleaner) (Solvent for in-line web cleaner vapor
621    degreasing)
622

623    Section 6(b)(4)(A) unreasonable risk determination for the industrial and commercial use of TCE as a
624    solvent for in-line web cleaner vapor degreasing: **Presents an unreasonable risk of injury to health**
625    **(workers and ONUs).**
626

627    **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
628    **(immunosuppression) inhalation exposures at the high-end and from chronic (autoimmunity)**
629    **inhalation and dermal exposures at the central tendency and high-end, even when assuming use of**
630    **PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from**
631    **chronic inhalation and dermal exposures at the central tendency and high-end, even when**
632    **assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
633    **effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the**
634    **central tendency and high-end, and of cancer from chronic inhalation exposures at the central**
635    **tendency and high-end.**
636

637    EPA's determination that the industrial and commercial use of TCE as a solvent for in-line web cleaner
638    vapor degreasing presents an unreasonable risk is based on the comparison of the risk estimates for non-
639    cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also
640    considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in
641    the analysis (Section 4.3):
642    - For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
643      effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from
644      chronic inhalation exposures at the central tendency and high-end support an unreasonable risk
645      determination. Similarly, when assuming the use of gloves with PF of 20, the risk estimates of non-
646      cancer effects and cancer from chronic dermal exposures support an unreasonable risk determination.
647    - For workers, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects
648      from acute dermal exposure at the high-end do not support an unreasonable risk determination.
649    - Inhalation exposures for workers and ONUs were assessed using the Web Degreasing Near-Field/Far-
650      Field Inhalation Exposure Model. EPA did not identify any inhalation exposure monitoring data related
651      to the use of TCE in web degreasing. EPA's inhalation exposure modeling is based on a near-field/far-
652      field approach, where a vapor generation source located inside the near-field diffuses into the
653      surrounding environment. Near-field exposure represents exposure concentrations for workers who
654      directly operate the vapor degreasing equipment, whereas far-field exposure represents exposure
655      concentrations for occupational non-users (*i.e.,* workers in the surrounding area who do not handle the
656      degreasing equipment). Assumptions and key sources of uncertainty for occupational exposures,
657      including the near-field/ far-field framework, are described in Section 2.3.1.3. These estimates were
658      used for determining worker and ONU risks.
659    - Dermal exposures were assessed using modeled data.
660

661  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
662  support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
663  industrial and commercial use of TCE as a solvent for in-line web cleaner vapor degreasing.
664

665       **5.2.1.13      Industrial/Commercial Use – Solvent (for cleaning or degreasing) –**
666       **Cold cleaners (Solvent for cold cleaning)**

668  Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE as a
669  solvent for cold cleaning: **Presents an unreasonable risk of injury to health (workers and ONUs).**
670

671  **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
672  **(immunosuppression) inhalation exposures at the high-end and from chronic (autoimmunity)**
673  **inhalation and dermal exposures at the central tendency and high-end, even when assuming use of**
674  **PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from**
675  **chronic inhalation and dermal exposures at the central tendency and high-end, even when**
676  **assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
677  **effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the**
678  **central tendency and high-end, and of cancer from chronic inhalation exposures at the central**
679  **tendency and high-end.**
680

681  EPA's determination that the industrial and commercial use of TCE as a solvent for cold cleaning
682  presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and
683  cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health
684  effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section
685  4.3):

686  • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
687    effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from
688    chronic inhalation exposures at the central tendency and high-end support an unreasonable risk
689    determination. Similarly, when assuming the use of glove with PF of 20, the risk estimates of non-
690    cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support
691    an unreasonable risk determination.

692  • For workers, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects
693    from acute dermal exposure at the high-end do not support an unreasonable risk determination.

694  • Inhalation exposures for workers and ONUs were assessed using the Cold Cleaning Near-Field/Far-
695    Field Inhalation Exposure Model. EPA did not identify inhalation exposure monitoring data for the Cold
696    Cleaning condition of use. EPA's inhalation exposure modeling is based on a near-field/far-field
697    approach, where a vapor generation source located inside the near-field diffuses into the surrounding
698    environment. Near-field exposure represents exposure concentrations for workers who directly operate
699    the vapor degreasing equipment, whereas far-field exposure represents exposure concentrations for
700    occupational non-users (*i.e.,* workers in the surrounding area who do not handle the degreasing
701    equipment). Assumptions and key sources of uncertainty for occupational exposures, including the near-
702    field/ far-field framework are described in Section 2.3.1.3. These estimates were used for determining
703    worker and ONU risks.

704  • Dermal exposures were assessed using modeled data.

705  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
706  support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
707  industrial and commercial use of TCE as a solvent for cold cleaning.
708

709      **5.2.1.14      Industrial/Commercial Use – Solvent (for cleaning or degreasing) –**
710      **Aerosol spray degreaser/cleaner; mold release (Solvent for aerosol spray**
711      **degreaser/cleaner and mold release)**
712

713  Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE as a
714  solvent for aerosol spray degreaser/cleaner and mold release: **Presents an unreasonable risk of injury**
715  **to health (workers and ONUs).**
716

717  **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
718  **(immunosuppression) inhalation and dermal exposures at the high-end, and from chronic**
719  **(autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even when**
720  **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**
721  **cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even**
722  **when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
723  **effects from acute (immunosuppression) inhalation exposures at the high-end, from chronic**
724  **(autoimmunity) inhalation exposures at the central tendency and high-end, and of cancer from**
725  **chronic inhalation exposures at the central tendency and high-end.**
726

727  EPA's determination that the industrial and commercial use of TCE as a solvent for aerosol spray
728  degreaser/cleaner and mold release presents an unreasonable risk is based on the comparison of the risk
729  estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1,
730  EPA also considered the health effects of TCE, the exposures from the condition of use, and the
731  uncertainties in the analysis (Section 4.3):

732  • For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk
733      estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end, and the risk
734      estimates of non-cancer effects and cancer from chronic inhalation and dermal exposures at the central
735      tendency and high-end support an unreasonable risk determination.

736  • Inhalation exposures for workers and ONUs were assessed using the Brake Servicing Near-field/Far-
737      field Exposure Model. EPA did not identify inhalation exposure monitoring data related to the use of
738      TCE in aerosol degreasers, and used the brake servicing model as a representative scenario for this
739      condition of use. EPA's inhalation exposure modeling is based on a near-field/far-field approach, where
740      a vapor generation source located inside the near-field diffuses into the surrounding environment. Near-
741      field exposure represents exposure concentrations for workers who directly operate the vapor degreasing
742      equipment, whereas far-field exposure represents exposure concentrations for occupational non-users
743      (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment). Assumptions and
744      key sources of uncertainty for occupational exposures, including the near-field/ far-field framework are
745      described in Section 2.3.1.3. These estimates were used for determining worker and ONU risks.

746  • Dermal exposures were assessed using modeled data.
747

748  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
749  support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
750  industrial and commercial use of TCE as a solvent for aerosol spray degreaser/cleaner and mold release.

751        **5.2.1.15        Industrial/Commercial Use – Lubricants and greases/lubricants and**
752        **lubricant additives – Tap and die fluid (Tap and die fluid)**

753
754    <u>Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in tap and</u>
755    <u>die fluid</u>: **Presents an unreasonable risk of injury to health (workers and ONUs).**

756
757    **For workers, EPA found that there was unreasonable risk of non-cancer effects from chronic**
758    **(autoimmunity) inhalation exposures at the high-end and dermal exposures at the central**
759    **tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that**
760    **there was unreasonable risk of cancer from chronic dermal exposures at the central tendency and**
761    **high-end, even when assuming use of PPE. For ONUs, EPA found that there was unreasonable**
762    **risk of non-cancer effects from chronic (autoimmunity) inhalation exposures at the central**
763    **tendency, and of cancer from chronic inhalation exposures at the central tendency.**

764
765    EPA's determination that the industrial and commercial use of TCE in tap and die fluid presents an
766    unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to
767    the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
768    TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3),
769    including uncertainties related to the exposures for ONUs:
770    • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
771      effects from chronic inhalation at the high-end support an unreasonable risk determination. Similarly,
772      when assuming the use of gloves with PF of 20 the risk estimates of non-cancer effects and cancer from
773      chronic dermal exposures at the central tendency and high-end support an unreasonable risk
774      determination.
775    • For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
776      estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
777      support an unreasonable risk determination, and when assuming the use of respirators with APF of 50,
778      the risk estimates of cancer from chronic inhalation exposures at the high-end do not support an
779      unreasonable risk determination.
780    • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
781      however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
782      directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
783      central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
784    • Inhalation exposures were assessed using monitoring data from OSHA facility inspections at two sites
785      using TCE in metalworking fluids.
786    • Dermal exposures were assessed using modeled data.

787    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
788    support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
789    industrial and commercial use of TCE in tap and die fluid.

790

791        **5.2.1.16        Industrial/Commercial Use – Lubricants and greases/lubricants and**
792        **lubricant additives – Penetrating lubricant (Penetrating lubricant)**

793
794    <u>Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in</u>
795    <u>penetrating lubricant</u>: **Presents an unreasonable risk of injury to health (workers and ONUs).**

796
797 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
798 **(immunosuppression) inhalation and dermal exposures at the high-end, and from chronic**
799 **(autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even when**
800 **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**
801 **cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even**
802 **when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
803 **effects from acute (immunosuppression) inhalation exposures at the high-end, from chronic**
804 **(autoimmunity) inhalation exposures at the central tendency and high-end, and of cancer from**
805 **chronic inhalation exposures at the central tendency and high-end.**
806
807 EPA's determination that the industrial and commercial use of TCE in penetrating lubricant presents an
808 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to
809 the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
810 TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):
811 • For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk
812    estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end, and the risk
813    estimates of non-cancer effects and cancer from chronic inhalation and dermal exposures at the central
814    tendency and high-end support an unreasonable risk determination.
815 • Inhalation exposures for workers and ONUs were assessed using the Brake Servicing Near-field/Far-
816    field Exposure Model. EPA did not identify inhalation exposure monitoring data related to this use of
817    TCE, and used the brake servicing model as a representative scenario for this condition of use. EPA's
818    inhalation exposure modeling is based on a near-field/far-field approach, where a vapor generation
819    source located inside the near-field diffuses into the surrounding environment. Near-field exposure
820    represents exposure concentrations for workers who directly operate the vapor degreasing equipment,
821    whereas far-field exposure represents exposure concentrations for occupational non-users (*i.e.,* workers
822    in the surrounding area who do not handle the degreasing equipment). Assumptions and key sources of
823    uncertainty for occupational exposures, including the near-field/ far-field framework are described in
824    Section 2.3.1.3. These estimates were used for determining worker and ONU risks.
825 • Dermal exposures were assessed using modeled data.
826
827 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
828 support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the
829 industrial and commercial use of TCE in penetrating lubricant.
830

831 ### 5.2.1.17    Industrial/Commercial Use – Adhesives and sealants – Solvent-based
832 adhesives and sealants; tire repair cement/sealer; mirror edge sealant (Adhesives
833 and sealants)
834
835 Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in an
836 adhesives and sealants: **Presents an unreasonable risk of injury to health (workers and ONUs).**
837
838 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
839 **(immunosuppression) inhalation and dermal exposures at the high-end, and from chronic**
840 **(autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even when**
841 **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**

842  **cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even**
843  **when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
844  **effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the**
845  **central tendency and high-end, and of cancer from chronic inhalation exposures at the central**
846  **tendency and high-end.**
847
848  EPA's determination that the industrial and commercial use of TCE in adhesives and sealants presents
849  an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer
850  to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
851  TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):

852  - For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
853    effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from
854    chronic inhalation exposures at the central tendency and high-end support an unreasonable risk
855    determination. Similarly, when assuming the use of gloves with PF of 10 for commercial scenarios, the
856    risk estimates of non-cancer effects from acute dermal exposures at the high-end, and of non-cancer
857    effects and cancer from chronic dermal exposures at the central tendency and high-end support an
858    unreasonable risk determination. When assuming the use of gloves with PF of 20 for industrial
859    scenarios, the risk estimates of non-cancer effects and cancer from chronic dermal exposures at the
860    central tendency and high-end support an unreasonable risk determination.
861  - Inhalation exposures for workers and ONUs were assessed using monitoring data from a NIOSH Health
862    Hazard Evaluation report (Chrostek, 1981) using TCE in coating applications and from OSHA facility
863    inspections (OSHA, 2017) at three sites using TCE in adhesives and coatings. The OSHA data also
864    provided two data points where the worker job description was "foreman." EPA assumed this data is
865    applicable to ONU exposure.
866  - Dermal exposures were assessed using modeled data.

867  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
868  uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
869  and ONUs) from the industrial and commercial use of TCE in adhesives and sealants.
870

871  ### 5.2.1.18    Industrial/Commercial Use – Functional fluids (closed systems) – Heat
872  exchange fluid (Functional fluids)
873
874  Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in
875  functional fluids: **Presents an unreasonable risk of injury to health (workers and ONUs).**
876
877  **For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity)**
878  **from chronic inhalation exposures at the high-end and dermal exposures at the central tendency**
879  **and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there**
880  **was unreasonable risk of cancer from chronic inhalation exposures at the high-end and dermal**
881  **exposures at the central tendency and high-end, even when assuming use of PPE. For ONUs, EPA**
882  **found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic**
883  **inhalation exposures at the central tendency, and of cancer from chronic inhalation exposures at**
884  **the central tendency.**
885
886  EPA's determination that the industrial and commercial use of TCE in functional fluids presents an
887  unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to

888 the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
889 TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3),
890 including uncertainties related to the exposures for ONUs:

891 • For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk
892   estimates of non-cancer effects and cancer from chronic inhalation at the high-end, and the risk
893   estimates of non-cancer effects and cancer from chronic dermal exposures at the central tendency and
894   high-end support an unreasonable risk determination.

895 • For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk
896   estimates of non-cancer effects from acute inhalation and dermal exposures do not support an
897   unreasonable risk determination.

898 • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
899   however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
900   directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
901   central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.

902 • Inhalation exposures were assessed using monitoring data from loading/unloading TCE during
903   manufacturing as a surrogate for this condition of use. EPA did not identify inhalation exposure
904   monitoring data related to using TCE for other industrial uses.

905 • Dermal exposures were assessed using modeled data.

906 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
907 uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
908 and ONUs) from the industrial and commercial use of TCE in functional fluids.
909

### 5.2.1.19    Industrial/Commercial Use – Paints and coatings – Diluent in solvent-based paints and coatings (Paints and coatings diluent)

912
913 Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in paints
914 and coatings diluent: **Presents an unreasonable risk of injury to health (workers and ONUs).**
915
916 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
917 **(immunosuppression) inhalation and dermal exposures at the high-end, and from chronic**
918 **(autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even**
919 **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**
920 **cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even**
921 **when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
922 **effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the**
923 **central tendency and high-end, and of cancer from chronic inhalation exposures at the central**
924 **tendency and high-end.**
925
926 EPA's determination that the industrial and commercial use of TCE in paints and coatings diluent
927 presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and
928 cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health
929 effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section
930 4.3):

931 • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
932   effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from

933    chronic inhalation exposures at the central tendency and high-end support an unreasonable risk
934    determination. Similarly, when assuming the use of gloves with PF of 10, the risk estimates of non-
935    cancer effects from acute dermal exposures at the high-end, and of non-cancer effects and cancer from
936    chronic dermal exposures at the central tendency and high-end support an unreasonable risk
937    determination.
938    •    Inhalation exposures for workers and ONUs were assessed using monitoring data from a NIOSH Health
939        Hazard Evaluation report (Chrostek, 1981) using TCE in coating applications and from OSHA facility
940        inspections (OSHA, 2017) at three sites using TCE in adhesives and coatings. The OSHA data also
941        provided two data points where the worker job description was "foreman." EPA assumed this data is
942        applicable to ONU exposure.
943    •    Dermal exposures were assessed using modeled data.

944    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
945    uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
946    and ONUs) from the industrial and commercial use of TCE in paints and coatings diluent.
947

948        ### 5.2.1.20    Industrial/Commercial Use – Cleaning and furniture care products –
949            Carpet cleaner; wipe cleaning (Carpet cleaner and wipe cleaning)
950

951    Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in carpet
952    cleaner and wipe cleaning: **Presents an unreasonable risk of injury to health (workers and ONUs).**
953

954    **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
955    **(immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from**
956    **chronic inhalation exposures at the central tendency and high-end, without assuming use of**
957    **respirators. In addition, for workers, EPA found that there was unreasonable risk of non-cancer**
958    **effects from acute (immunosuppression) and chronic (autoimmunity) dermal exposures, and of**
959    **cancer from chronic dermal exposures at the central tendency and high-end, without assuming use**
960    **of gloves. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from**
961    **acute (immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from**
962    **chronic inhalation exposures at the central tendency and high-end.**
963

964    EPA's determination that the industrial and commercial use of TCE in carpet cleaner and wipe cleaning
965    presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and
966    cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health
967    effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section
968    4.3):
969    •    Based on professional judgment regarding practices at small commercial facilities performing carpet
970        cleaning and wipe cleaning, EPA assumes workers are unlikely to wear respiratory protection or
971        regularly employ dermal protection for this condition of use.
972    •    EPA identified minimal inhalation exposure monitoring data related to the spot cleaning using TCE.
973        Therefore, EPA supplemented the identified monitoring data using the Near-field/Far-field Exposure
974        Model. EPA's inhalation exposure modeling is based on a near-field/far-field approach, where a vapor
975        generation source located inside the near-field diffuses into the surrounding environment. Near-field
976        exposure represents exposure concentrations for workers who directly operate the vapor degreasing
977        equipment, whereas far-field exposure represents exposure concentrations for occupational non-users

978    (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment). Assumptions and
979    key sources of uncertainty for occupational exposures, including the near-field/ far-field framework are
980    described in Section 2.3.1.3. These estimates were used for determining worker and ONU risks.
981    • Dermal exposures were assessed using modeled data.

982    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
983    uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
984    and ONUs) from the industrial and commercial use of TCE in carpet cleaner and wipe cleaning.
985

986    ### 5.2.1.21      Industrial/Commercial Use − Laundry and dishwashing products −
987    Spot remover (Spot remover)
988
989    Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in spot
990    remover: **Presents an unreasonable risk of injury to health (workers and ONUs).**
991
992    **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
993    **(immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from**
994    **chronic inhalation exposures at the central tendency and high-end, without assuming use of**
995    **respirators. In addition, for workers, EPA found that there was unreasonable risk of non-cancer**
996    **effects from acute (immunosuppression) and chronic (autoimmunity) dermal exposures, and of**
997    **cancer from chronic dermal exposures at the central tendency and high-end, without assuming use**
998    **of gloves. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from**
999    **acute (immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from**
1000    **chronic inhalation exposures at the central tendency and high-end.**
1001

1002    EPA's determination that the industrial and commercial use of TCE in spot remover presents an
1003    unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to
1004    the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
1005    TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):
1006    • Based on professional judgement regarding practices at small commercial facilities performing spot
1007    cleaning, EPA assumes workers are unlikely to wear respiratory protection or regularly employ dermal
1008    protection for this condition of use.
1009    • EPA identified minimal inhalation exposure monitoring data related to the spot cleaning use of TCE.
1010    Therefore, EPA supplemented the identified monitoring data using the Near-field/Far-field Exposure
1011    Model. EPA's inhalation exposure modeling is based on a near-field/far-field approach, where a vapor
1012    generation source located inside the near-field diffuses into the surrounding environment. Near-field
1013    exposure represents exposure concentrations for workers who directly operate the vapor degreasing
1014    equipment, whereas far-field exposure represents exposure concentrations for occupational non-users
1015    (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment). Assumptions and
1016    key sources of uncertainty for occupational exposures, including the near-field/ far-field framework are
1017    described in Section 2.3.1.3. These estimates were used for determining worker and ONU risks.
1018    • Dermal exposures were assessed using modeled data.
1019

1020    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1021    uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
1022    and ONUs) from the industrial and commercial use of TCE in spot remover.

1023
1024

### 5.2.1.22    Industrial/Commercial Use – Arts, crafts and hobby materials – Fixatives and finishing spray coatings (Fixatives and finishing spray coatings)

1025

1026    Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in fixatives
1027    and finishing spray coatings: **Presents an unreasonable risk of injury to health (workers and ONUs).**

1028

1029    **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
1030    **(immunosuppression) inhalation and dermal exposures at the high-end, and from chronic**
1031    **(autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even when**
1032    **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**
1033    **cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even**
1034    **when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
1035    **effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures, and of**
1036    **cancer from chronic inhalation exposures at the central tendency and high-end.**

1037

1038    EPA's determination that the industrial and commercial use of TCE in fixatives and finishing spray
1039    coatings presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer
1040    effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the
1041    health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis
1042    (Section 4.3):

1043    • For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
1044    effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from
1045    chronic inhalation exposures at the central tendency and high-end support an unreasonable risk
1046    determination. Similarly, when assuming the use of gloves with PF of 10, the risk estimates of non-
1047    cancer effects from acute dermal exposures at the high-end, and of non-cancer effects and cancer from
1048    chronic dermal exposures at the central tendency and high-end support an unreasonable risk
1049    determination.

1050    • Inhalation exposures for workers and ONUs were assessed using monitoring data from a NIOSH Health
1051    Hazard Evaluation report (Chrostek, 1981) using TCE in coating applications and from OSHA facility
1052    inspections (OSHA, 2017) at three sites using TCE in adhesives and coatings. The OSHA data also
1053    provided two data points where the worker job description was "foreman."  EPA assumed this data is
1054    applicable to ONU exposure.

1055    • Dermal exposures were assessed using modeled data.

1056    In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1057    uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
1058    and ONUs) from the industrial and commercial use of TCE in fixatives and finishing spray coatings.

1059

1060
1061

### 5.2.1.23    Industrial/Commercial Use – Corrosion inhibitors and anti-scaling agents (Corrosion inhibitors and anti-scaling agents)

1062

1063    Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in
1064    corrosion inhibitor, and anti-scaling agent: **Presents an unreasonable risk of injury to health**
1065    **(workers and ONUs).**

1066

1067    **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
1068    **(immunosuppression) inhalation exposures at the high-end, and from chronic (autoimmunity)**

**inhalation and dermal exposures at the central tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the central tendency and high-end, and of cancer from chronic inhalation exposures at the central tendency and high-end.**

EPA's determination that the industrial and commercial use of TCE in corrosion inhibitors and anti-scaling agents presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):

- For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from chronic inhalation exposures at the central tendency and high-end support an unreasonable risk determination. Similarly, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk determination.
- For workers, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects from acute dermal exposures at the high-end do not support an unreasonable risk determination.
- Inhalation exposures for workers and ONUs were assessed using monitoring data for the use of TCE as a processing aid from a European Commission (EC) Technical Report (EC, 2014). The data were supplied to the EC as supporting documentation in an application for continued use of TCE under the REACH Regulation. Because of the limited data set, EPA is unsure of the representativeness of these data toward actual exposures to TCE for all sites covered by this condition of use.
- Dermal exposures were assessed using modeled data.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the industrial and commercial use of TCE in corrosion inhibitors and anti-scaling agents.

### 5.2.1.24    Industrial/Commercial Use – Processing aids – Process solvent used in battery manufacture; process solvent used in polymer fiber spinning, fluoroelastomer manufacture, and Alcantara manufacture; extraction solvent used in caprolactam manufacture; precipitant used in beta-cyclodextrin manufacture (Processing aids)

Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in processing aids: **Presents an unreasonable risk of injury to health (workers and ONUs).**

**For workers, EPA found that there was unreasonable risk of non-cancer effects from acute (immunosuppression) inhalation exposures at the high-end, and from chronic (autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even when**

1115 **assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
1116 **effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the**
1117 **central tendency and high-end, and of cancer from chronic inhalation exposures at the central**
1118 **tendency and high-end.**
1119
1120 EPA's determination that the industrial and commercial use of TCE in processing aids presents an
1121 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to
1122 the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
1123 TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):

- For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer
1124 effects from acute inhalation exposures at the high-end, and of non-cancer effects and cancer from
1125 chronic inhalation exposures at the central tendency and high-end support an unreasonable risk
1126 determination. Similarly, when assuming the use of gloves with PF of 20, the risk estimates of non-
1127 cancer effects and cancer from chronic dermal exposures at the central tendency and high-end support
1128 an unreasonable risk determination.
1129
- For workers, when assuming the use of gloves with PF of 20, the risk estimates of non-cancer effects
1130 from acute dermal exposures at the high-end do not support an unreasonable risk determination.
1131
- Inhalation exposures for workers and ONUs were assessed using monitoring data for the use of TCE as
1132 a processing aid from a European Commission (EC) Technical Report (EC, 2014). The data were
1133 supplied to the EC as supporting documentation in an application for continued use of TCE under the
1134 REACH Regulation. Because of the limited data set, EPA is unsure of the representativeness of these
1135 data toward actual exposures to TCE for all sites covered by this condition of use.
1136
- Dermal exposures were assessed using modeled data.
1137

1138 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1139 uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
1140 and ONUs) from the industrial and commercial use of TCE in processing aids.
1141

1142 ### 5.2.1.25        Industrial/Commercial Use – Ink, toner, and colorant products –
1143 Toner aid (Toner aid)
1144

1145 Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in toner
1146 aid: **Presents an unreasonable risk of injury to health (workers and ONUs).**
1147

1148 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
1149 **(immunosuppression) inhalation exposures at the high-end, and from chronic (autoimmunity)**
1150 **inhalation exposures at the central tendency and high-end, and of cancer from chronic inhalation**
1151 **exposures at the central tendency and high-end, without assuming use of respirators. In addition,**
1152 **for workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
1153 **(immunosuppression) and chronic (autoimmunity) dermal exposures, and of cancer from chronic**
1154 **dermal exposures at the central tendency and high-end, without assuming use of gloves. For**
1155 **ONUs, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) and**
1156 **cancer from chronic inhalation exposures at the central tendency.**
1157

1158 EPA's determination that the industrial and commercial use of TCE in toner aid presents an
1159 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to
1160 the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of

1161 TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3),
1162 including uncertainties related to the exposures for ONUs:

1163 • Based on professional judgement regarding practices at small commercial facilities using toner aid for
1164 commercial printing and copying, EPA assumes workers are unlikely to wear respiratory protection or
1165 regularly employ dermal protection for this condition of use.

1166 • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
1167 however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
1168 directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
1169 central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.

1170 • Inhalation exposures were assessed using monitoring data from a NIOSH Health Hazard Evaluation
1171 (HHE) report (Finely and Page, 2005) using TCE in high speed printing presses.

1172 • Dermal exposures were assessed using modeled data.

1173 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1174 uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
1175 and ONUs) from the industrial and commercial use of TCE in toner aid.
1176

### 1177  5.2.1.26    Industrial/Commercial Use – Automotive care products – Brake and
### 1178  parts cleaners (Brake and parts cleaners)
1179

1180 Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in brake
1181 and parts cleaners: **Presents an unreasonable risk of injury to health (workers and ONUs).**
1182

1183 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
1184 **(immunosuppression) inhalation and dermal exposures at the high-end, and from chronic**
1185 **(autoimmunity) inhalation and dermal exposures at the central tendency and high-end, even when**
1186 **assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of**
1187 **cancer from chronic inhalation and dermal exposures at the central tendency and high-end, even**
1188 **when assuming use of PPE. For ONUs, EPA found that there was unreasonable risk of non-cancer**
1189 **effects from acute (immunosuppression) inhalation exposures at the high-end, from chronic**
1190 **(autoimmunity) inhalation exposures at the central tendency and high-end, and of cancer from**
1191 **chronic inhalation exposures at the central tendency and high-end.**
1192

1193 EPA's determination that the industrial and commercial use of TCE in brake and parts cleaners presents
1194 an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer
1195 to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
1196 TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):

1197 • For workers, when assuming the use of respirators with APF of 50 and gloves with PF of 20, the risk
1198 estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end, and the risk
1199 estimates of non-cancer effects and cancer from chronic inhalation and dermal exposures at the central
1200 tendency and high-end support an unreasonable risk determination.

1201 • Inhalation exposures for workers an ONUs were assessed using the Brake Servicing Near-field/Far-field
1202 Exposure Model. EPA did not identify inhalation exposure monitoring data related to this use of TCE,
1203 and used the brake servicing model as a representative scenario for this condition of use. EPA's
1204 inhalation exposure modeling is based on a near-field/far-field approach, where a vapor generation
1205 source located inside the near-field diffuses into the surrounding environment. Near-field exposure

1206      represents exposure concentrations for workers who directly operate the vapor degreasing equipment,
1207      whereas far-field exposure represents exposure concentrations for occupational non-users (*i.e.,* workers
1208      in the surrounding area who do not handle the degreasing equipment). Assumptions and key sources of
1209      uncertainty for occupational exposures, including the near-field/ far-field framework are described in
1210      Section 2.3.1.3. These estimates were used for determining worker and ONU risks.
1211      • Dermal exposures were assessed using modeled data.

1212 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1213 uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers
1214 and ONUs) from the industrial and commercial use of TCE in brake and parts cleaners.
1215

### 1216    5.2.1.27    Industrial/Commercial Use – Apparel and footwear care products –
### 1217    Shoe polish (Shoe polish)
1218

1219 Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in shoe
1220 polish: **Presents an unreasonable risk of injury to health (workers and ONUs).**
1221

1222 **For workers, EPA found that there was unreasonable risk of non-cancer effects from acute**
1223 **(immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from**
1224 **chronic inhalation exposures at the central tendency and high-end, without assuming use of**
1225 **respirators. In addition, for workers, EPA found that there was unreasonable risk of non-cancer**
1226 **effects from acute (immunosuppression) and chronic (autoimmunity) dermal exposures, and of**
1227 **cancer from chronic dermal exposures at the central tendency and high-end, without assuming use**
1228 **of gloves. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from**
1229 **acute (immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from**
1230 **chronic inhalation exposures at the central tendency and high-end.**
1231

1232 EPA's determination that the industrial and commercial use of TCE in shoe polish presents an
1233 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to
1234 the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of
1235 TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):
1236      • Based on professional judgement regarding practices at small commercial facilities using shoe polish,
1237      EPA assumes workers are unlikely to wear respiratory protection or regularly employ dermal protection
1238      for this condition of use.
1239      • EPA identified minimal inhalation exposure monitoring data related to the spot cleaning using TCE.
1240      Therefore, EPA supplemented the identified monitoring data using the Near-field/Far-field Exposure
1241      Model. EPA's inhalation exposure modeling is based on a near-field/far-field approach, where a vapor
1242      generation source located inside the near-field diffuses into the surrounding environment. Near-field
1243      exposure represents exposure concentrations for workers who directly operate the vapor degreasing
1244      equipment, whereas far-field exposure represents exposure concentrations for occupational non-users
1245      (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment). Assumptions and
1246      key sources of uncertainty for occupational exposures, including the near-field/ far-field framework are
1247      described in Section 2.3.1.3. These estimates were used for determining worker and ONU risks.
1248      • Dermal exposures were assessed using modeled data.
1249

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the industrial and commercial use of TCE in shoe polish.

### 5.2.1.28    Industrial/Commercial Use – Hoof polishes; gun scrubber; pepper spray; other miscellaneous industrial and commercial uses (Other industrial and commercial uses)

<u>Section 6(b)(4)(A) unreasonable risk determination for the industrial/commercial use of TCE in other industrial and commercial uses</u>: **Presents an unreasonable risk of injury to health (workers and ONUs).**

**For workers, EPA found that there was unreasonable risk of non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from chronic inhalation exposures at the central tendency and high-end, without assuming use of respirators. In addition, for workers, EPA found that there was unreasonable risk of non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) dermal exposures, and of cancer from chronic inhalation dermal exposures at the central tendency and high-end, without assuming use of gloves. For ONUs, EPA found that there was unreasonable risk of non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures, and of cancer from chronic inhalation exposures at the central tendency and high-end.**

EPA's determination that the industrial and commercial use of TCE in other industrial and commercial uses presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3):

- Based on professional judgement regarding practices at small commercial facilities using miscellaneous commercial uses, EPA assumes workers are unlikely to wear respiratory protection or regularly employ dermal protection for this condition of use.
- EPA identified minimal inhalation exposure monitoring data related to the spot cleaning using TCE. Therefore, EPA supplemented the identified monitoring data using the Near-field/Far-field Exposure Model. EPA's inhalation exposure modeling is based on a near-field/far-field approach, where a vapor generation source located inside the near-field diffuses into the surrounding environment. Near-field exposure represents exposure concentrations for workers who directly operate the vapor degreasing equipment, whereas far-field exposure represents exposure concentrations for occupational non-users (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment). Assumptions and key sources of uncertainty for occupational exposures, including the near-field/ far-field framework are described in Section 2.3.1.3. These estimates were used for determining worker and ONU risks.
- Dermal exposures were assessed using modeled data.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers and ONUs) from the industrial and commercial use of TCE in other industrial and commercial uses.

### 5.2.1.29    Consumer Use – Solvents (for cleaning or degreasing) – Brake and parts cleaner (Solvent in brake and parts cleaner)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in brake and parts cleaners: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use, and from acute dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use.**

EPA's determination that the consumer use of TCE as a solvent in brake and parts cleaner presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

- Risk estimates for the consumer use of TCE as a solvent in brake and parts cleaner were based on modeled risk estimates of four aerosol products.
- Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
- Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to consumers result from dermal contact involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, concentration of TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE as a solvent in brake and parts cleaner.

### 5.2.1.30    Consumer Use – Solvents (for cleaning or degreasing) – Aerosol electronic degreaser/cleaner (Solvent in aerosol electronic degreaser/cleaner)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in aerosol electronic degreaser/cleaner: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation and dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the moderate and high intensity use.**

1340  EPA's determination that the consumer use of TCE as a solvent in aerosol electronic degreaser/cleaner
1341  presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to
1342  the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of
1343  TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1344  • Risk estimates for the consumer use of TCE as a solvent in aerosol electronic degreaser/cleaner were
1345    based on modeled risk estimates of nine aerosol products.

1346  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1347    Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1348    several factors, including the concentration of TCE in products used, use patterns (including frequency,
1349    duration, amount of product used, room of use, and local ventilation), and application methods.

1350  • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1351    to consumers result from dermal contact not involving impeded evaporation while using the product.
1352    The magnitude of dermal exposures depends on several factors, including skin surface area, film
1353    thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1354    absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1355    chemical properties of TCE, such as high vapor pressure.
1356

1357  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1358  support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1359  the consumer use of TCE as a solvent in aerosol electronic degreaser/cleaner.
1360

1361  ### 5.2.1.31    Consumer Use – Solvents (for cleaning or degreasing) – Liquid
1362  electronic degreaser/cleaner (Solvent in liquid electronic degreaser/cleaner)
1363

1364  Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in liquid
1365  electronic degreaser/cleaner: **Presents an unreasonable risk of injury to health (consumers and
1366  bystanders).**
1367

1368  **For consumers, EPA found there was unreasonable risk of non-cancer effects
1369  (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity
1370  use, and from acute dermal exposures at the moderate and high intensity use. For bystanders,
1371  EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation
1372  exposures at the moderate and high intensity use.**
1373

1374  EPA's determination that the consumer use of TCE as a solvent in liquid electronic degreaser/cleaner
1375  presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to
1376  the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of
1377  TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1378  • Risk estimates for the consumer use of TCE as a solvent for liquid electronic degreaser/cleaner were
1379    based on modeled risk estimates of one liquid product.

1380  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1381    Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1382    several factors, including the concentration of TCE in products used, use patterns (including frequency,
1383    duration, amount of product used, room of use, and local ventilation), and application methods.

1384  • Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1385    consumers result from dermal contact involving impeded evaporation while using the product. The

magnitude of dermal exposures depends on several factors, including skin surface area, concentration of TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE as a solvent in liquid electronic degreaser/cleaner.

### 5.2.1.32 Consumer Use – Solvents (for cleaning or degreasing) – Aerosol spray degreaser/cleaner (Solvent in aerosol spray degreaser/cleaner)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in aerosol spray degreaser/cleaner: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation and dermal exposures at the low, moderate, and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use.**

EPA's determination that the consumer use of TCE as a solvent in aerosol spray degreaser/cleaner presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

- Risk estimates for the consumer use of TCE as a solvent for aerosol spray degreaser/cleaner were based on modeled risk estimates of eight aerosol products.
- Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
- Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to consumers result from dermal contact involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, concentration of TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE as a solvent in aerosol spray degreaser/cleaner.

1429
1430

### 5.2.1.33     Consumer Use – Solvents (for cleaning or degreasing) – Liquid degreaser/cleaner (Solvent in liquid degreaser/cleaner)

1431
1432 <u>Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in liquid
1433 degreaser/cleaner</u>: **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1434
1435 **For consumers, EPA found there was unreasonable risk of non-cancer effects
1436 (immunosuppression) from acute inhalation and dermal exposures at the low, moderate, and high
1437 intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects
1438 (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity
1439 use.**
1440
1441 EPA's determination that the consumer use of TCE as a solvent in liquid degreaser/cleaner presents an
1442 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1443 benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1444 the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):
1445 - Risk estimates for the consumer use of TCE as a solvent for liquid degreaser/cleaner were based on
1446   modeled risk estimates of two aerosol products.
1447 - Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1448   Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1449   several factors, including the concentration of TCE in products used, use patterns (including frequency,
1450   duration, amount of product used, room of use, and local ventilation), and application methods.
1451 - Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1452   consumers result from dermal contact involving impeded evaporation while using the product. The
1453   magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1454   TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1455   exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1456   high vapor pressure.
1457
1458 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1459 support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1460 the consumer use of TCE as a solvent in liquid degreaser/cleaner.
1461

1462
1463

### 5.2.1.34     Consumer Use – Solvents (for cleaning or degreasing) – Aerosol gun scrubber (Solvent in aerosol gun scrubber)

1464
1465 <u>Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in aerosol
1466 gun scrubber</u>: **Presents an unreasonable risk of injury to health (consumers)**; does not present an
1467 unreasonable risk of injury to health (bystanders).
1468
1469 **For consumers, EPA found there was unreasonable risk of non-cancer effects
1470 (immunosuppression) from acute dermal exposures at the low, moderate, and high intensity use.**
1471 For bystanders, EPA found no unreasonable risk of non-cancer effects (immunosuppression) from acute
1472 inhalation exposures at the low, moderate, and high intensity use.
1473

1474   EPA's determination that the consumer use of TCE as a solvent in aerosol gun scrubber presents an
1475   unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1476   benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1477   the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1478   •   For consumers, the risk estimates of non-cancer effects from acute inhalation exposures do not support
1479       an unreasonable risk determination.

1480   •   Risk estimates for the consumer use of TCE as a solvent for aerosol gun scrubber were based on
1481       modeled risk estimates of two aerosol products.

1482   •   Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1483       Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1484       several factors, including the concentration of TCE in products used, use patterns (including frequency,
1485       duration, amount of product used, room of use, and local ventilation), and application methods.

1486   •   Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1487       consumers result from dermal contact involving impeded evaporation while using the product. The
1488       magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1489       TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1490       exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1491       high vapor pressure.

1492

1493   In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1494   uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers)
1495   from the consumer use of TCE as a solvent in aerosol gun scrubber.

1496

1497   **5.2.1.35      Consumer Use – Solvents (for cleaning or degreasing) – Liquid gun**
1498                   **scrubber (Solvent in liquid gun scrubber)**

1499

1500   Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in liquid
1501   gun scrubber: **Presents an unreasonable risk of injury to health (consumers)**; does not present an
1502   unreasonable risk of injury to health (bystanders).

1503

1504   **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1505   **(immunosuppression) from acute dermal exposures at the low, moderate, and high intensity use.**
1506   For bystanders, EPA found no unreasonable risk of non-cancer effects (immunosuppression) from acute
1507   inhalation exposures at the low, moderate, and high intensity use.

1508

1509   EPA's determination that the consumer use of TCE as a solvent in liquid gun scrubber presents an
1510   unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1511   benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1512   the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1513   •   For consumers, the risk estimates of non-cancer effects from acute inhalation exposures do not support
1514       an unreasonable risk determination.

1515   •   Risk estimates for the consumer use of TCE as a solvent for liquid gun scrubber were based on modeled
1516       risk estimates of one liquid product.

1517   •   Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1518       Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on

1519 several factors, including the concentration of TCE in products used, use patterns (including frequency,
1520 duration, amount of product used, room of use, and local ventilation), and application methods.
1521 • Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1522 consumers result from dermal contact involving impeded evaporation while using the product. The
1523 magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1524 TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1525 exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1526 high vapor pressure.
1527

1528 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1529 uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers)
1530 from the consumer use of TCE as a solvent in liquid gun scrubber.
1531

1532 ## 5.2.1.36 Consumer Use – Solvents (for cleaning or degreasing) – Mold release
1533 (Solvent in mold release)
1534

1535 <u>Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in mold</u>
1536 <u>release</u>: **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1537

1538 **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1539 **(immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity**
1540 **use, and from acute dermal exposures at the moderate and high intensity use. For bystanders,**
1541 **EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation**
1542 **exposures at the moderate and high intensity use.**
1543

1544 EPA's determination that the consumer use of TCE as a solvent in mold release presents an
1545 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1546 benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1547 the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):
1548 • Risk estimates for the consumer use of TCE as a solvent for mold release were based on modeled risk
1549 estimates of two aerosol products.
1550 • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1551 Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1552 several factors, including the concentration of TCE in products used, use patterns (including frequency,
1553 duration, amount of product used, room of use, and local ventilation), and application methods.
1554 • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1555 to consumers result from dermal contact not involving impeded evaporation while using the product.
1556 The magnitude of dermal exposures depends on several factors, including skin surface area, film
1557 thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1558 absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1559 chemical properties of TCE, such as high vapor pressure.
1560

1561 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1562 support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1563 the consumer use of TCE as a solvent in mold release.

1564         **5.2.1.37     Consumer Use – Solvents (for cleaning or degreasing) – Aerosol tire**
1565                **cleaner (Solvent in aerosol tire cleaner)**

1566

1567 Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in aerosol
1568 tire cleaner: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

1569

1570 **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1571 **(immunosuppression) from acute inhalation and dermal exposures at the low, moderate, and high**
1572 **intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects**
1573 **(immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity**
1574 **use.**

1575

1576 EPA's determination that the consumer use of TCE as a solvent in aerosol tire cleaner presents an
1577 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1578 benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1579 the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1580    •   Risk estimates for the consumer use of TCE as a solvent for aerosol tire cleaner were based on modeled
1581      risk estimates of two aerosol products.
1582    •   Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1583      Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1584      several factors, including the concentration of TCE in products used, use patterns (including frequency,
1585      duration, amount of product used, room of use, and local ventilation), and application methods.
1586    •   Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1587      consumers result from dermal contact involving impeded evaporation while using the product. The
1588      magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1589      TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1590      exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1591      high vapor pressure.

1592

1593 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1594 support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1595 the consumer use of TCE as a solvent in aerosol tire cleaner.

1596

1597         **5.2.1.38     Consumer Use – Solvents (for cleaning or degreasing) – Liquid tire**
1598                **cleaner (Solvent in liquid tire cleaner)**

1599

1600 Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE as a solvent in liquid
1601 tire cleaner: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

1602

1603 **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1604 **(immunosuppression) from acute inhalation and dermal exposures at the low, moderate, and high**
1605 **intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects**
1606 **(immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity**
1607 **use.**

1608

1609  EPA's determination that the consumer use of TCE as a solvent in liquid tire cleaner presents an
1610  unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1611  benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1612  the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1613  • Risk estimates for the consumer use of TCE as a solvent for liquid tire cleaner were based on modeled
1614    risk estimates of one liquid product.
1615  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1616    Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1617    several factors, including the concentration of TCE in products used, use patterns (including frequency,
1618    duration, amount of product used, room of use, and local ventilation), and application methods.
1619  • Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1620    consumers result from dermal contact involving impeded evaporation while using the product. The
1621    magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1622    TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1623    exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1624    high vapor pressure.
1625
1626  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1627  support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1628  the consumer use of TCE as a solvent in liquid tire cleaner.
1629

1630  ### 5.2.1.39    Consumer Use – Lubricants and greases – Tap and die fluid (Tap and
1631  die fluid)
1632
1633  Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in tap and die fluid:
1634  **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1635
1636  **For consumers, EPA found there was unreasonable risk of non-cancer effects
1637  (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity
1638  use, and from acute dermal exposures at the moderate and high intensity use. For bystanders,
1639  EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation
1640  exposures at the moderate, and high intensity use.**
1641

1642  EPA's determination that the consumer use of TCE in tap and die fluid presents an unreasonable risk is
1643  based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As
1644  explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition
1645  of use, and the uncertainties in the analysis (Section 4.3):

1646  • Risk estimates for the consumer use of TCE as a lubricant and grease in tap and die fluid were based on
1647    modeled risk estimates of one aerosol product.
1648  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1649    Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1650    several factors, including the concentration of TCE in products used, use patterns (including frequency,
1651    duration, amount of product used, room of use, and local ventilation), and application methods.
1652  • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1653    to consumers result from dermal contact not involving impeded evaporation while using the product.

1654 The magnitude of dermal exposures depends on several factors, including skin surface area, film
1655 thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1656 absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1657 chemical properties of TCE, such as high vapor pressure.
1658

1659 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1660 uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
1661 and bystanders) from the consumer use of TCE in tap and die fluid.
1662

1663 **5.2.1.40    Consumer Use – Lubricants and greases – Penetrating lubricant**
1664 **(Penetrating lubricant)**
1665

1666 Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in a penetrating
1667 lubricant: **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1668

1669 **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1670 **(immunosuppression) from acute inhalation exposures at the moderate and high intensity use, and**
1671 **from acute dermal exposures at the high intensity use. For bystanders, EPA found unreasonable**
1672 **risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the moderate**
1673 **and high intensity use.**
1674

1675 EPA's determination that the consumer use of TCE in a penetrating lubricant presents an unreasonable
1676 risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table
1677 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the
1678 condition of use, and the uncertainties in the analysis (Section 4.3):
1679 • Risk estimates for the consumer use of TCE as a penetrating lubricant were based on modeled risk
1680   estimates of five aerosol products.
1681 • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1682   Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1683   several factors, including the concentration of TCE in products used, use patterns (including frequency,
1684   duration, amount of product used, room of use, and local ventilation), and application methods.
1685 • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1686   to consumers result from dermal contact not involving impeded evaporation while using the product.
1687   The magnitude of dermal exposures depends on several factors, including skin surface area, film
1688   thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1689   absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1690   chemical properties of TCE, such as high vapor pressure.
1691

1692 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1693 uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
1694 and bystanders) from the consumer use of TCE in penetrating lubricant.
1695
1696

### 5.2.1.41        Consumer Use – Adhesives and sealants – Solvent-based adhesives and sealants (Solvent-based adhesives and sealants)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in solvent-based adhesives and sealants: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation and dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the moderate and high intensity use.**

EPA's determination that the consumer use of TCE in solvent-based adhesives and sealants presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

- Risk estimates for the consumer use of TCE in adhesives and sealants as solvent-based adhesive and sealant were based on modeled risk estimates of three liquid products.
- Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
- Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures to consumers result from dermal contact not involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, film thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional absorption. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE in solvent-based adhesives and sealants.

### 5.2.1.42        Consumer Use – Adhesives and sealants – Mirror edge sealant (Mirror edge sealant)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in mirror edge sealant: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation and dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the high intensity use.**

EPA's determination that the consumer use of TCE in mirror edge sealant presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60).

1743  As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the
1744  condition of use, and the uncertainties in the analysis (Section 4.3):
1745  • Risk estimates for the consumer use of TCE in adhesives and sealants as mirror edge sealant
1746     were based on modeled risk estimates of one aerosol product.
1747  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure
1748     Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and
1749     bystanders depends on several factors, including the concentration of TCE in products used, use
1750     patterns (including frequency, duration, amount of product used, room of use, and local
1751     ventilation), and application methods.
1752  • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1753     to consumers result from dermal contact not involving impeded evaporation while using the product.
1754     The magnitude of dermal exposures depends on several factors, including skin surface area, film
1755     thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1756     absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1757     chemical properties of TCE, such as high vapor pressure.
1758
1759  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1760  uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
1761  and bystanders) from the consumer use of TCE in mirror edge sealant.
1762

1763  ### 5.2.1.43    Consumer Use – Adhesives and sealants – Tire repair cement/sealer
1764  ### (Tire repair cement/sealer)
1765
1766  Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in tire repair
1767  cement/sealer: **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1768
1769  **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1770  **(immunosuppression) from acute inhalation exposures at the moderate and high intensity use, and**
1771  **from acute dermal exposures at the low, moderate, and high intensity use. For bystanders, EPA**
1772  **found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation**
1773  **exposures at the moderate and high intensity use.**
1774
1775  EPA's determination that the consumer use of TCE in tire repair cement/sealer presents an unreasonable
1776  risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table
1777  4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the
1778  condition of use, and the uncertainties in the analysis (Section 4.3):
1779  • Risk estimates for the consumer use of TCE in adhesives and sealants as tire repair cement/sealer
1780     were based on modeled risk estimates of five liquid products.
1781  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure
1782     Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and
1783     bystanders depends on several factors, including the concentration of TCE in products used, use
1784     patterns (including frequency, duration, amount of product used, room of use, and local
1785     ventilation), and application methods.
1786  • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1787     to consumers result from dermal contact not involving impeded evaporation while using the product.
1788     The magnitude of dermal exposures depends on several factors, including skin surface area, film

1789     thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1790     absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1791     chemical properties of TCE, such as high vapor pressure.
1792

1793 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1794 uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
1795 and bystanders) from the consumer use of TCE in tire repair cement/sealer.
1796

### 5.2.1.44     Consumer Use – Cleaning and furniture care products – Carpet cleaner (Carpet cleaner)

1797
1798
1799

1800 Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in carpet cleaner:
1801 **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1802

1803 **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1804 **(immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity**
1805 **use, and from acute dermal exposures at the moderate and high intensity use. For bystanders,**
1806 **EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation**
1807 **exposures at the low, moderate, and high intensity use.**
1808

1809 EPA's determination that the consumer use of TCE in carpet cleaner presents an unreasonable risk is
1810 based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As
1811 explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition
1812 of use, and the uncertainties in the analysis (Section 4.3):

1813 •   Risk estimates for the consumer use of TCE in cleaning and furniture care products as carpet cleaner
1814     were based on modeled risk estimates of one liquid formulation.
1815 •   Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1816     Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1817     several factors, including the concentration of TCE in products used, use patterns (including frequency,
1818     duration, amount of product used, room of use, and local ventilation), and application methods.
1819 •   Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1820     consumers result from dermal contact involving impeded evaporation while using the product. The
1821     magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1822     TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1823     exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1824     high vapor pressure.
1825

1826 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1827 support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1828 the consumer use of TCE in carpet cleaner.
1829
1830
1831

### 5.2.1.45    Consumer Use – Cleaning and furniture care products – Aerosol spot remover (Aerosol spot remover)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in aerosol spot remover: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use and from acute dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the moderate and high intensity use.**

EPA's determination that the consumer use of TCE in aerosol spot remover presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

- Risk estimates for the consumer use of TCE in cleaning and furniture care products as aerosol spot remover were based on modeled risk estimates of one aerosol product.
- Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
- Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to consumers result from dermal contact involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, concentration of TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE in as aerosol spot remover.

### 5.2.1.46    Consumer Use – Cleaning and furniture care products – Liquid spot remover (Liquid spot remover)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in liquid spot remover: **Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use and from acute dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use.**

1877 EPA's determination that the consumer use of TCE in liquid spot remover presents an unreasonable risk
1878 is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60).
1879 As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the
1880 condition of use, and the uncertainties in the analysis (Section 4.3):

1881 • Risk estimates for the consumer use of TCE in cleaning and furniture care products as liquid spot
1882   remover were based on modeled risk estimates of four liquid products.

1883 • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1884   Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1885   several factors, including the concentration of TCE in products used, use patterns (including frequency,
1886   duration, amount of product used, room of use, and local ventilation), and application methods.

1887 • Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1888   consumers result from dermal contact involving impeded evaporation while using the product. The
1889   magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1890   TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1891   exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1892   high vapor pressure.
1893

1894 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties
1895 support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from
1896 the consumer use of TCE in liquid spot remover.
1897

### 5.2.1.47    Consumer Use – Arts, crafts, and hobby materials – Fixatives and finishing spray coatings (Fixatives and finishing spray coatings)

1898
1899
1900
1901 Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in fixative and
1902 finishing spray coating: **Presents an unreasonable risk of injury to health (consumers and**
1903 **bystanders).**
1904

1905 **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1906 **(immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity**
1907 **use, and from acute dermal exposures at the moderate and high intensity use. For bystanders,**
1908 **EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation**
1909 **exposures at the moderate and high intensity use.**
1910

1911 EPA's determination that the consumer use of TCE in as fixative and finishing spray coating presents an
1912 unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the
1913 benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE,
1914 the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

1915 • Risk estimates for the consumer use of TCE in arts, crafts, and hobby materials as fixative and
1916   finishing spray coating were based on modeled risk estimates of one aerosol product.

1917 • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1918   Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1919   several factors, including the concentration of TCE in products used, use patterns (including frequency,
1920   duration, amount of product used, room of use, and local ventilation), and application methods.

1921 • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
1922   to consumers result from dermal contact not involving impeded evaporation while using the product.

1923   The magnitude of dermal exposures depends on several factors, including skin surface area, film
1924   thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
1925   absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
1926   chemical properties of TCE, such as high vapor pressure.
1927
1928   In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1929   uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
1930   and bystanders) from the consumer use of TCE in fixative and finishing spray coating.
1931

1932   ### 5.2.1.48      Consumer Use – Apparel and footwear care products – Shoe polish
1933   (Shoe polish)
1934
1935   Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in shoe polish:
1936   **Presents an unreasonable risk of injury to health (consumers and bystanders).**
1937
1938   **For consumers, EPA found there was unreasonable risk of non-cancer effects**
1939   **(immunosuppression) from acute inhalation exposures at the moderate and high intensity use and**
1940   **from acute dermal exposures at the high intensity use. For bystanders, EPA found unreasonable**
1941   **risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the high**
1942   **intensity use.**
1943
1944   EPA's determination that the consumer use of TCE in shoe polish presents an unreasonable risk is based
1945   on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As
1946   explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition
1947   of use, and the uncertainties in the analysis (Section 4.3):
1948   - Risk estimates for the consumer use of TCE in apparel and footwear care products in shoe polish were
1949     based on modeled risk estimates of one aerosol product.
1950   - Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
1951     Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
1952     several factors, including the concentration of TCE in products used, use patterns (including frequency,
1953     duration, amount of product used, room of use, and local ventilation), and application methods.
1954   - Dermal exposures to consumers were evaluated with the CEM (Permeability). Dermal exposures to
1955     consumers result from dermal contact involving impeded evaporation while using the product. The
1956     magnitude of dermal exposures depends on several factors, including skin surface area, concentration of
1957     TCE in product used, permeability coefficient, and dermal exposure duration. The potential for dermal
1958     exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as
1959     high vapor pressure.
1960
1961   In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
1962   uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
1963   and bystanders) from the consumer use of TCE in shoe polish.
1964
1965
1966

### 5.2.1.49    Consumer Use – Other consumer uses – Fabric spray (Fabric spray)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in fabric spray:
**Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immuno-suppression) from acute inhalation exposures at the low, moderate, and high intensity use, and from acute dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the moderate and high intensity use.**

EPA's determination that the consumer use of TCE in fabric spray presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

- Risk estimates for the consumer use of TCE in fabric spray were based on modeled risk estimates of one aerosol product.
- Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
- Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures to consumers result from dermal contact not involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, film thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional absorption. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE in fabric spray.

### 5.2.1.50    Consumer Use – Other consumer uses – Film cleaner (Film cleaner)

Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in film cleaner:
**Presents an unreasonable risk of injury to health (consumers and bystanders).**

**For consumers, EPA found there was unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use, and from acute dermal exposures at the moderate and high intensity use. For bystanders, EPA found unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the low, moderate, and high intensity use.**

EPA's determination that the consumer use of TCE in film cleaner presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As

2012  explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition
2013  of use, and the uncertainties in the analysis (Section 4.3):

2014  • Risk estimates for the consumer use of TCE in film cleaner were based on modeled risk estimates of two
2015    aerosol products.
2016  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
2017    Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
2018    several factors, including the concentration of TCE in products used, use patterns (including frequency,
2019    duration, amount of product used, room of use, and local ventilation), and application methods.
2020  • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
2021    to consumers result from dermal contact not involving impeded evaporation while using the product.
2022    The magnitude of dermal exposures depends on several factors, including skin surface area, film
2023    thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional
2024    absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
2025    chemical properties of TCE, such as high vapor pressure.
2026
2027  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
2028  uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers
2029  and bystanders) from the consumer use of TCE in film cleaner.
2030

2031  ### 5.2.1.51      Consumer Use – Other consumer uses – Hoof polish (hoof polish)
2032
2033  Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in hoof polish:
2034  **Presents an unreasonable risk of injury to health (consumers)**; does not present an unreasonable risk
2035  of injury to health (bystanders).
2036
2037  **For consumers, EPA found there was unreasonable risk of non-cancer effects
2038  (immunosuppression) from acute inhalation exposures at the high intensity use, and from acute
2039  dermal exposures at the moderate and high intensity use.** For bystanders, EPA found no
2040  unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the
2041  low, moderate, and high intensity use.
2042
2043  EPA's determination that the consumer use of TCE in hoof polish presents an unreasonable risk is based
2044  on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As
2045  explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition
2046  of use, and the uncertainties in the analysis (Section 4.3):

2047  • Risk estimates for the consumer use of TCE in hoof polish were based on modeled risk estimates of one
2048    aerosol product and shoe polish and spray/coating formulations.
2049  • Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model
2050    Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on
2051    several factors, including the concentration of TCE in products used, use patterns (including frequency,
2052    duration, amount of product used, room of use, and local ventilation), and application methods.
2053  • Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures
2054    to consumers result from dermal contact not involving impeded evaporation while using the product.
2055    The magnitude of dermal exposures depends on several factors, including skin surface area, film
2056    thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional

2057     absorption. The potential for dermal exposures to TCE is limited by several factors including physical-
2058     chemical properties of TCE, such as high vapor pressure.
2059

2060 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
2061 uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers)
2062 from the consumer use of TCE in hoof polish.
2063

2064       **5.2.1.52     Consumer Use – Other consumer uses – Pepper spray (Pepper spray)**
2065

2066 <u>Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in pepper spray</u>:  Does
2067 not present an unreasonable risk of injury to health (consumers and bystanders).
2068

2069 For consumers, EPA found there was no unreasonable risk of non-cancer effects (immunosuppression)
2070 from acute inhalation and dermal exposures at the low, moderate, and high intensity use. For bystanders,
2071 EPA found no unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation
2072 exposures at the low, moderate, and high intensity use.
2073

2074 EPA's determination that the consumer use of TCE in pepper spray does not present an unreasonable
2075 risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table
2076 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the
2077 condition of use, and the uncertainties in the analysis (Section 4.3):

-     Risk estimates for the consumer use of TCE in pepper spray were based on modeled risk estimates of two aerosol products.
-     Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
-     Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures to consumers result from dermal contact not involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, film thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional absorption. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

2090
2091 In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
2092 uncertainties support EPA's determination that there is no unreasonable risk of injury to health
2093 (consumers and bystanders) from the consumer use of TCE in pepper spray.
2094

2095       **5.2.1.53     Consumer Use – Other consumer uses – Toner aid (Toner aid)**
2096

2097 <u>Section 6(b)(4)(A) unreasonable risk determination for the consumer use of TCE in toner aid</u>:  **Presents**
2098 **an unreasonable risk of injury to health (consumers and bystanders).**
2099

2100 **For consumers, EPA found there was unreasonable risk of non-cancer effects (immuno-**
2101 **suppression) from acute inhalation exposures at the low, moderate, and high intensity use, and**
2102 **from acute dermal exposures at the moderate and high intensity use. For bystanders, EPA found**

**unreasonable risk of non-cancer effects (immunosuppression) from acute inhalation exposures at the moderate and high intensity use.**

EPA's determination that the consumer use of TCE in toner aid presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects to the benchmarks (Table 4-60). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures for the condition of use, and the uncertainties in the analysis (Section 4.3):

- Risk estimates for the consumer use of TCE in toner aid were based on modeled risk estimates of one aerosol product.
- Inhalation exposures to consumers and bystanders were evaluated with the Consumer Exposure Model Version 2.1 (CEM 2.1). The magnitude of inhalation exposures to consumers and bystanders depends on several factors, including the concentration of TCE in products used, use patterns (including frequency, duration, amount of product used, room of use, and local ventilation), and application methods.
- Dermal exposures to consumers were evaluated with the CEM (Fraction Absorbed). Dermal exposures to consumers result from dermal contact not involving impeded evaporation while using the product. The magnitude of dermal exposures depends on several factors, including skin surface area, film thickness, concentration of TCE in product used, dermal exposure duration, and estimated fractional absorption. The potential for dermal exposures to TCE is limited by several factors including physical-chemical properties of TCE, such as high vapor pressure.

In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of uncertainties support EPA's determination that there is unreasonable risk of injury to health (consumers and bystanders) from the consumer use of TCE in toner aid.

### 5.2.1.54    Disposal – Disposal – Industrial pre-treatment; Industrial wastewater treatment; Publicly owned treatment works (POTW) (Disposal)

Section 6(b)(4)(A) unreasonable risk determination for the disposal of TCE: **Presents an unreasonable risk of injury to health (workers);** does not present an unreasonable risk of injury to health (ONUs).

**For workers, EPA found that there was unreasonable risk of non-cancer effects (autoimmunity) from chronic inhalation exposures at the high-end and dermal exposures at the central tendency and high-end, even when assuming use of PPE. In addition, for workers, EPA found that there was unreasonable risk of cancer from chronic dermal exposures at the central tendency and high-end, even when assuming use of PPE.** For ONUs, EPA found that there was no unreasonable risk of non-cancer effects from acute (immunosuppression) and chronic (autoimmunity) inhalation exposures at the central tendency, or of cancer from chronic inhalation exposures at the central tendency.

EPA's determination that the disposal of TCE presents an unreasonable risk is based on the comparison of the risk estimates for non-cancer effects and cancer to the benchmarks (Table 4-59). As explained in Section 5.1, EPA also considered the health effects of TCE, the exposures from the condition of use, and the uncertainties in the analysis (Section 4.3), including uncertainties related to the exposure for ONUs:

- For workers, when assuming the use of respirators with APF of 50, the risk estimates of non-cancer effects from chronic inhalation exposures at the high-end support an unreasonable risk determination. Similarly, when assuming use of gloves with PF of 20, the risk estimates of non-cancer effects and

2148  cancer from chronic dermal exposures at the central tendency and high-end support an unreasonable risk
2149  determination.
2150  • For workers, when assuming the use of respirators with APF of 50, the risk estimates of cancer from
2151    chronic inhalation exposures at the high-end do not support an unreasonable risk determination.
2152  • For workers, when assuming the use of respirators with APF of 10 and gloves with PF of 20, the risk
2153    estimates of non-cancer effects from acute inhalation and dermal exposures at the high-end do not
2154    support an unreasonable risk determination.
2155  • Based on EPA's analysis, the data for worker and ONU inhalation exposures could not be distinguished;
2156    however, ONU inhalation exposures are assumed to be lower than inhalation exposures for workers
2157    directly handling the chemical substance. To account for this uncertainty, EPA considered the workers'
2158    central tendency risk estimates from inhalation exposures when determining ONUs' unreasonable risk.
2159  • Inhalation exposures were assessed using monitoring data from repackaging as a surrogate for disposal.
2160  • Dermal exposures were assessed using modeled data.

2161  In summary, the risk estimates, the health effects of TCE, the exposures, and consideration of
2162  uncertainties support EPA's determination that there is unreasonable risk of injury to health (workers)
2163  from disposal of TCE.
2164

### 5.2.2   Environment

2166  Section 6(b)(4)(A) unreasonable risk determination for **all conditions** of use of TCE: Does not present an
2167  unreasonable risk of injury **to the environment** (aquatic, sediment-dwelling, and terrestrial organisms).
2168

2169  For all conditions of use, for aquatic organisms, the RQ values (Table 4-57 and Table 4-58) do not support an
2170  unreasonable risk determination in water for acute and chronic exposures of TCE. To characterize the exposure
2171  to TCE by aquatic organisms, EPA used modeled data to represent surface water concentrations near facilities
2172  actively releasing TCE to surface water, and monitored concentrations to represent ambient water
2173  concentrations of TCE. EPA considered the biological relevance of the species to determine the concentrations
2174  of concern for the location of surface water concentration data to produce RQs, as well as frequency and
2175  duration of the exposure. Some site-specific RQs that were calculated from modeled release data were greater
2176  than or equal to one. Facilities with RQs ≥1 and duration of the exceedance are presented in Table 4-1.
2177  Uncertainties related to these particular estimates are discussed in Section 4.3.1. Uncertainties in the modeled
2178  concentrations include underestimating exposure due to limitations in data reported through TRI and DMR, and
2179  some sites may not be included in the data analyzed. However, the modeled concentrations also overestimates
2180  exposures because it does not take volatilization of TCE into consideration; furthermore, the model does not
2181  indicate if the 20 days of exceedance of the chronic COC are consecutive or could occur sporadically
2182  throughout the year. Since TCE is a volatile chemical, it is more likely that a chronic exposure duration will
2183  occur when there are more days of exceedances. As an additional uncertainty, the model may not consider
2184  dilution in static water bodies. The monitoring data did not reflect conditions downstream from facilities and
2185  was limited temporally and geographically.
2186

2187  For sediment-dwelling invertebrates, the toxicity of TCE is similar to the toxicity to aquatic
2188  invertebrates. TCE is expected to remain in aqueous phases and not adsorb to sediment due to its water
2189  solubility and low partitioning to organic matter. TCE has relatively low partitioning to organic matter
2190  and biodegrades slowly, so TCE concentrations in sediment pore water are expected to be similar to the
2191  concentrations in the overlying water or lower in the deeper part of sediment where anaerobic condition

2192  prevails. Thus, the TCE detected in sediments is likely from the pore water. Therefore, for sediment-
2193  dwelling organisms, the risk estimates, based on the highest ambient surface water concentration, do not
2194  support an unreasonable risk determination to sediment-dwelling organisms from acute or chronic
2195  exposures. There is uncertainty due to the lack of ecotoxicity studies specifically for sediment-dwelling
2196  organisms and limited sediment monitoring data.
2197
2198  For terrestrial organisms, TCE exposure is expected to be low since physical-chemical properties do not support
2199  an exposure pathway through water and soil pathways to these organisms.
2200
2201  In summary, the risk estimates, the environmental effects of TCE, the exposures, physical-chemical properties
2202  of TCE, and consideration of uncertainties support EPA's determination that there is no unreasonable risk to the
2203  environment from all conditions of use of TCE.
2204

## 5.3  Unreasonable Risk Determination Conclusion

2205

### 5.3.1  No Unreasonable Risk Determinations

2206
2207
2208  TSCA section 6(b)(4) requires EPA to conduct Risk Evaluations to determine whether chemical
2209  substances present unreasonable risk under their conditions of use. In conducting Risk Evaluations,
2210  "EPA will determine whether the chemical substance presents an unreasonable risk of injury to health or
2211  the environment under each condition of use within the scope of the Risk Evaluation…" 40 CFR
2212  702.47.  Pursuant to TSCA section 6(i)(1), a determination of "no unreasonable risk" shall be issued by
2213  order and considered to be final agency action. Under EPA's implementing regulations, "[a]
2214  determination made by EPA that the chemical substance, under one or more of the conditions of use
2215  within the scope of the Risk Evaluations, does not present an unreasonable risk of injury to health or the
2216  environment will be issued by order and considered to be a final Agency action, effective on the date of
2217  issuance of the order." 40 CFR 702.49(d).
2218
2219  EPA has determined that the following conditions of use of TCE do not present an unreasonable risk of
2220  injury to health or the environment:
2221  • Distribution in commerce (Section 5.2.1.8, Section 5.2.2, Section 4, and Section 3)
2222  • Consumer use in pepper spray (Section 5.2.1.52, Section 5.2.2, Section 4, and Section 3)
2223  This subsection of the final Risk Evaluation therefore constitutes the order required under TSCA section
2224  6(i)(1), and the "no unreasonable risk" determinations in this subsection are considered to be final
2225  agency action effective on the date of issuance of this order. All assumptions that went into reaching the
2226  determinations of no unreasonable risk for these conditions of use, including any considerations
2227  excluded for these conditions of use, are incorporated into this order.
2228
2229  The support for each determination of "no unreasonable risk" is set forth in Section 5.2 of the final Risk
2230  Evaluation, "Detailed Unreasonable Risk Determinations by Condition of Use."  This subsection also
2231  constitutes the statement of basis and purpose required by TSCA section 26(f).
2232

### 5.3.2   Unreasonable Risk Determinations

EPA has determined that the following conditions of use of TCE present an unreasonable risk of injury to health:

- Manufacturing: domestic manufacture
- Manufacturing: import
- Processing: processing as a reactant/intermediate
- Processing: incorporation into a formulation, mixture or reaction product
- Processing: incorporation into articles
- Processing: repackaging
- Processing: recycling
- Industrial and commercial use as a solvent for open-top batch vapor degreasing
- Industrial and commercial use as a solvent for closed-loop batch vapor degreasing
- Industrial and commercial use as a solvent for in-line conveyorized vapor degreasing
- Industrial and commercial use as a solvent for in-line web cleaner vapor degreasing
- Industrial and commercial use as a solvent for cold cleaning
- Industrial and commercial use as a solvent for aerosol spray degreaser/cleaner and mold release
- Industrial and commercial use as a lubricant and grease in tap and die fluid
- Industrial and commercial use as a lubricant and grease in penetrating lubricant
- Industrial and commercial use as an adhesive and sealant in solvent-based adhesives and sealants; tire repair cement/sealer; mirror edge sealant
- Industrial and commercial use as a functional fluid in heat exchange fluid
- Industrial and commercial use in paints and coatings as a diluent in solvent-based paints and coatings
- Industrial and commercial use in cleaning and furniture care products in carpet cleaner and wipe cleaning
- Industrial and commercial use in laundry and dishwashing products in spot remover
- Industrial and commercial use in arts, crafts, and hobby materials in fixatives and finishing spray coatings
- Industrial and commercial use in corrosion inhibitors and anti-scaling agents.
- Industrial and commercial use as processing aids in process solvent used in battery manufacture; process solvent used in polymer fiber spinning, fluoroelastomer manufacture and Alcantara manufacture; extraction solvent used in caprolactam manufacture; precipitant used in beta-cyclodextrin manufacture
- Industrial and commercial use as ink, toner and colorant products in toner aid
- Industrial and commercial use in automotive care products in brake parts cleaner
- Industrial and commercial use in apparel and footwear care products in shoe polish
- Industrial and commercial use in hoof polish; gun scrubber; pepper spray; other miscellaneous industrial and commercial uses
- Consumer use as a solvent in brake and parts cleaner
- Consumer use as a solvent in aerosol electronic degreaser/cleaner
- Consumer use as a solvent in liquid electronic degreaser/cleaner
- Consumer use as a solvent in aerosol spray degreaser/cleaner

| | |
|---|---|
| 2276 | • Consumer use as a solvent in liquid degreaser/cleaner |
| 2277 | • Consumer use as a solvent in aerosol gun scrubber |
| 2278 | • Consumer use as a solvent in liquid gun scrubber |
| 2279 | • Consumer use as a solvent in mold release |
| 2280 | • Consumer use as a solvent in aerosol tire cleaner |
| 2281 | • Consumer use as a solvent in liquid tire cleaner |
| 2282 | • Consumer use as a lubricant and grease in tap and die fluid |
| 2283 | • Consumer use as a lubricant and grease in penetrating lubricant |
| 2284 | • Consumer use as an adhesive and sealant in solvent-based adhesive and sealant |
| 2285 | • Consumer use as an adhesive and sealant in mirror edge sealant |
| 2286 | • Consumer use as an adhesive and sealant in tire repair cement/sealer |
| 2287 | • Consumer use as a cleaning and furniture care product in carpet cleaner |
| 2288 | • Consumer use as a cleaning and furniture care product in aerosol spot remover |
| 2289 | • Consumer use as a cleaning and furniture care product in liquid spot remover |
| 2290 | • Consumer use in arts, crafts, and hobby materials in fixative and finishing spray coatings |
| 2291 | • Consumer use in apparel and footwear products in shoe polish |
| 2292 | • Consumer use in fabric spray |
| 2293 | • Consumer use in film cleaner |
| 2294 | • Consumer use in hoof polish |
| 2295 | • Consumer use in toner aid |
| 2296 | • Disposal |

2297   EPA will initiate TSCA section 6(a) risk management actions on these conditions of use as required
2298   under TSCA section 6(c)(1). Pursuant to TSCA section 6(i)(2), the "unreasonable risk"
2299   determinations for these conditions of use are not considered final agency action.
2300

# REFERENCES

Abernethy, S; Bobra, AM; Shiu, WY; Wells, PG; Mackay, D. (1986). Acute lethal toxicity of hydrocarbons and chlorinated hydrocarbons to two planktonic crustaceans the key role of organism-water partitioning. Aquat Toxicol AMST: 163-174.

Adgate, JL; Church, TR; Ryan, AD; Ramachandran, G; Fredrickson, AL; Stock, TH; Morandi, MT; Sexton, K. (2004). Outdoor, indoor, and personal exposure to VOCs in children. Environ Health Perspect 112: 1386-1392. http://dx.doi.org/10.1289/ehp.7107

AIHA. (2009). Mathematical models for estimating occupational exposure to chemicals. In CB Keil; CE Simmons; TR Anthony (Eds.), (2nd ed.). Fairfax, VA: AIHA Press.

Alanee, S; Clemons, J; Zahnd, W; Sadowski, D; Dynda, D. (2015). Trichloroethylene Is Associated with Kidney Cancer Mortality: A Population-based Analysis. Anticancer Res 35: 4009-4013.

Alexander, HC; McCarty, WM; Bartlett, EA. (1978). Toxicity of perchloroethylene, trichloroethylene, 1,1,1-trichloroethane, and methylene chloride to fathead minnows. Bull Environ Contam Toxicol 20: 344-352. http://dx.doi.org/10.1007/BF01683531

Ando, T; Otsuka, S; Nishiyama, M; Senoo, K; Watanabe, MM; Matsumoto, S. (2003). Toxic Effects of Dichloromethane and Trichloroethylene on the Growth of Planktonic Green Algae, Chlorella vulgaris NIES227, Selenastrum capricornutum NIES35, and Volvulina steinii NIES545. 18: 43-46.

Anttila, A; Pukkala, E; Sallmen, M; Hernberg, S; Hemminki, K. (1995). Cancer incidence among Finnish workers exposed to halogenated hydrocarbons. J Occup Environ Med 37: 797-806.

Aranyi, C; O'Shea, WJ; Graham, JA; Miller, FJ. (1986). The effects of inhalation of organic chemical air contaminants on murine lung host defenses. Fundam Appl Toxicol 6: 713-720. http://dx.doi.org/10.1016/0272-0590(86)90184-3.

Arito, H; Takahashi, M; Ishikawa, T. (1994). Effect of subchronic inhalation exposure to low-level trichloroethylene on heart rate and wakefulness-sleep in freely moving rats. Sangyo Igaku 36: 1-8.

ATSDR. (2019). Toxicological Profile for Trichloroethylene: CAS # 79-01-6. Atlanta, GA. https://www.atsdr.cdc.gov/ToxProfiles/tp19.pdf

Axelson, O; Seldén, A; Andersson, K; Hogstedt, C. (1994). Updated and expanded Swedish cohort study on trichloroethylene and cancer risk. J Occup Med 36: 556-562.

Bahr, DE; Aldrich, TE; Seidu, D; Brion, GM; Tollerud, DJ; Plant, PGD. (2011). OCCUPATIONAL EXPOSURE TO TRICHLOROETHYLENE AND CANCER RISK FOR WORKERS AT THE PADUCAH GASEOUS DIFFUSION PLANT. Int J Occup Med Environ Health 24: 67-77. http://dx.doi.org/10.2478/s13382-011-0007-1

Baldwin, PE; Maynard, AD. (1998a). A survey of wind speed in indoor workplaces. Ann Occup Hyg 42: 303-313. http://dx.doi.org/10.1016/S0003-4878(98)00031-3

Banerjee, S; Yalkowsky, SH; Valvani, SC. (1980). Water solubility and octanol-water partition-coefficients of organics - limitations of the solubility-partition coefficient correlation. Environ Sci Technol 14: 1227-1229. http://dx.doi.org/10.1021/es60170a013

Baraka, A; Mikhail, M; Guemei, A; El Ghotny, S. (2009). Effect of targeting mitogen-activated protein kinase on cardiac remodeling in rats. J Cardiovasc Pharmacol Ther 14: 339-346. http://dx.doi.org/10.1177/1074248409349620

Barrows, ME; Petrocelli, SR; Macek, KJ; Carroll, JJ. (1980). Bioconcentration and elimination of selected water pollutants by bluegill sunfish (Lepomis macrochirus). In R Haque (Ed.), Dynamics, exposure and hazard assessment of toxic chemicals (pp. 379-392). Ann Arbor, MI: Ann Arbor Science.

Bassig, BA; Zhang, L; Vermeulen, R; Tang, X; Li, G; Hu, W, ei; Guo, W; Purdue, MP; Yin, S; Rappaport, SM; Shen, M, in; Ji, Z; Qiu, C; Ge, Y; Hosgood, HD; Reiss, B; Wu, B; Xie, Y; Li, L;

2349    Yue, F, ei; Freeman, LEB; Blair, A; Hayes, RB; Huang, H; Smith, MT; Rothman, N; Lan, Q.
2350        (2016). Comparison of hematological alterations and markers of B-cell activation in workers
2351        exposed to benzene, formaldehyde and trichloroethylene. Carcinogenesis 37: 692-700.
2352        http://dx.doi.org/10.1093/carcin/bgw053
2353    Beamer, PI; Luik, CE; Abrell, L; Campos, S; Martinez, ME; Sáez, AE. (2012). Concentration of
2354        trichloroethylene in breast milk and household water from Nogales, Arizona. Environ Sci
2355        Technol 46: 9055-9061. http://dx.doi.org/10.1021/es301380d
2356    Beliles, RP; Brusick, DJ; Mecler, FJ. (1980). Teratogenic-mutagenic risk of workplace contaminants:
2357        trichloroethylene, perchloroethylene, and carbon disulfide. (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). Cincinnati, OH:
2358        National Institute for Occupation Safety and Health.
2359    Bernauer, U; Birner, G; Dekant, W; Henschler, D. (1996). Biotransformation of trichloroethene: Dose-
2360        dependent excretion of 2,2,2-trichloro-metabolites and mercapturic acids in rats and humans
2361        after inhalation. Arch Toxicol 70: 338-346. http://dx.doi.org/10.1007/s002040050283.
2362    Bertilsson, J; Petersson, U; Fredriksson, PJ; Magnusson, M; Fransson, PA. (2017). Use of pepper spray
2363        in policing: retrospective study of situational characteristics and implications for violent
2364        situations. 18: 391-406. http://dx.doi.org/10.1080/15614263.2017.1288119
2365    Blossom, SJ; Cooney, CA; Melnyk, SB; Rau, JL; Swearingen, CJ; Wessinger, WD. (2013). Metabolic
2366        changes and DNA hypomethylation in cerebellum are associated with behavioral alterations in
2367        mice exposed to trichloroethylene postnatally. Toxicol Appl Pharmacol 269: 263-269.
2368        http://dx.doi.org/10.1016/j.taap.2013.03.025
2369    Blossom, SJ; Doss, JC. (2007). Trichloroethylene alters central and peripheral immune function in
2370        autoimmune-prone MRL(+/+) mice following continuous developmental and early life exposure.
2371        J Immunotoxicol 4: 129-141. http://dx.doi.org/10.1080/15476910701337035.
2372    Blossom, SJ; Doss, JC; Hennings, LJ; Jernigan, S; Melnyk, S; James, SJ. (2008). Developmental
2373        exposure to trichloroethylene promotes CD4+ T cell differentiation and hyperactivity in
2374        association with oxidative stress and neurobehavioral deficits in MRL+/+ mice. Toxicol Appl
2375        Pharmacol 231: 344-353. http://dx.doi.org/10.1016/j.taap.2008.05.009.
2376    Blossom, SJ; Melnyk, SB; Li, M; Wessinger, WD; Cooney, CA. (2016). Inflammatory and oxidative
2377        stress-related effects associated with neurotoxicity are maintained after exclusively prenatal
2378        trichloroethylene exposure. Neurotoxicology 59: 164-174.
2379        http://dx.doi.org/10.1016/j.neuro.2016.01.002.
2380    Boice, JD, Jr; Marano, D; Fryzek, J; Sadler, C; Mclaughlin, JK. (1999). Mortality among aircraft
2381        manufacturing workers. Occup Environ Med 56: 581-597.
2382        http://dx.doi.org/10.1136/oem.56.9.581
2383    Boice, JD; Marano, DE; Cohen, SS; Mumma, MT; Blot, WJ; Brill, AB; Fryzek, JP; Henderson, BE;
2384        Mclaughlin, JK. (2006). Mortality among Rocketdyne workers who tested rocket engines, 1948-
2385        1999. J Occup Environ Med 48: 1070-1092.
2386        http://dx.doi.org/10.1097/01.jom.0000240661.33413.b5
2387    Bond, GR. (1996). Hepatitis, rash and eosinophilia following trichloroethylene exposure: a case report
2388        and speculation on mechanistic similarity to halothane induced hepatitis [Review]. Clin Toxicol
2389        34: 461-466.
2390    Bouman, HG; Broekhuizen, ML; Baasten, AM; Gittenberger-De Groot, AC; Wenink, AC. (1998).
2391        Diminished growth of atrioventricular cushion tissue in stage 24 retinoic acid-treated chicken
2392        embryos. Dev Dyn 213: 50-58. http://dx.doi.org/10.1002/(SICI)1097-
2393        0177(199809)213:1<50::AID-AJA5>3.0.CO;2-X
2394    Bouman, HGA; Broekhuizen, MLA; Baasten, AMJ; Gittenberger-De Groot, AC; Wenink, ACG. (1995).
2395        Spectrum of looping disturbances in stage 34 chicken hearts after retinoic acid treatment. Anat
2396        Rec 243: 101-108. http://dx.doi.org/10.1002/ar.1092430112

2397   Bouwer, EJ; McCarty, PL. (1983). Transformations of 1- and 2-carbon halogenated aliphatic organic
2398        compounds under methanogenic conditions. Appl Environ Microbiol 45: 1286-1294.
2399   Bove, FJ. (1996). Public drinking water contamination and birthweight, prematurity, fetal deaths, and
2400        birth defects. Toxicol Ind Health 12: 255-266.
2401   Bove, FJ; Fulcomer, MC; Klotz, JB; Esmart, J; Dufficy, EM; Savrin, JE. (1995). Public drinking water
2402        contamination and birth outcomes. Am J Epidemiol 141: 850-862.
2403   Bove, FJ; Ruckart, PZ; Maslia, M; Larson, TC. (2014a). Evaluation of mortality among marines and
2404        navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune: a
2405        retrospective cohort study. Environ Health 13: 10. http://dx.doi.org/10.1186/1476-069X-13-10
2406   Bove, FJ; Ruckart, PZ; Maslia, M; Larson, TC. (2014b). Mortality study of civilian employees exposed
2407        to contaminated drinking water at USMC Base Camp Lejeune: a retrospective cohort study.
2408        Environ Health 13: 68. http://dx.doi.org/10.1186/1476-069X-13-68
2409   Boverhof, DR; Krieger, SM; Hotchkiss, J; Stebbins, KE; Thomas, J; Woolhiser, MR. (2013).
2410        Assessment of the immunotoxic potential of trichloroethylene and perchloroethylene in rats
2411        following inhalation exposure. J Immunotoxicol 10: 311-320.
2412        http://dx.doi.org/10.3109/1547691X.2012.735275
2413   Boyer, A; Finch, W; Runyan, R. (2000). Trichloroethylene inhibits development of embryonic heart
2414        valve precursors in vitro. Toxicol Sci 53: 109-117. http://dx.doi.org/10.1093/toxsci/53.1.109
2415   Brack, W; Rottler, H. (1994). Toxicity testing of highly volatile chemicals with green algae: A new
2416        assay. Environ Sci Pollut Res Int 1: 223-228.
2417   Brender, JD; Shinde, MU; Zhan, FB; Gong, X; Langlois, PH. (2014). Maternal residential proximity to
2418        chlorinated solvent emissions and birth defects in offspring: a case-control study. Environ Health
2419        13: 96. http://dx.doi.org/10.1186/1476-069X-13-96
2420   Bridges, J; Sauer, UG; Buesen, R; Deferme, L; Tollefsen, KE; Tralau, T; van Ravenzwaay, B; Poole, A;
2421        Pemberton, M. (2017). Framework for the quantitative weight-of-evidence analysis of 'omics
2422        data for regulatory purposes. Regul Toxicol Pharmacol 91: S46-S60.
2423        http://dx.doi.org/10.1016/j.yrtph.2017.10.010
2424   Bridges, J; Solomon, KR. (2016). Quantitative weight-of-evidence analysis of the persistence,
2425        bioaccumulation, toxicity, and potential for long-range transport of the cyclic volatile methyl
2426        siloxanes [Review]. J Toxicol Environ Health B Crit Rev 19: 345-379.
2427        http://dx.doi.org/10.1080/10937404.2016.1200505
2428   Broderius, SJ; Kahl, MD; Elonen, GE; Hammermeister, DE; Hoglund, MD. (2005). A Comparison of
2429        the Lethal and Sublethal Toxicity of Organic Chemical Mixtures to the Fathead Minnow
2430        (Pimphales promelas).  24: 3117-3127.
2431   Broekhuizen M, LA; Gittenberger-De Groot, AC; Baasten, MJ; Wladimiroff, JW; Poelmann, RE.
2432        (1998). Disturbed vagal nerve distribution in embryonic chick hearts after treatment with all-
2433        trans retinoic acid. Anat Embryol 197: 391-397. http://dx.doi.org/10.1007/s004290050150
2434   Broekhuizen, ML; Bouman, HG; Mast, F; Mulder, PG; Gittenberger-De Groot, AC; Wladimiroff, JW.
2435        (1995). Hemodynamic changes in HH stage 34 chick embryos after treatment with all-trans-
2436        retinoic acid. Pediatr Res 38: 342-348. http://dx.doi.org/10.1203/00006450-199509000-00012
2437   Bross, G; Difranceisco, D; Desmond, ME. (1983). The effects of low dosages of trichloroethylene on
2438        chick development. Toxicology 28: 283-294. http://dx.doi.org/10.1016/0300-483X(83)90002-1
2439   Brüning, T; Pesch, B; Wiesenhütter, B; Rabstein, S; Lammert, M; Baumüller, A; Bolt, H. (2003). Renal
2440        cell cancer risk and occupational exposure to trichloroethylene: Results of a consecutive case-
2441        control study in Arnsberg, Germany. Am J Ind Med 43: 274-285.
2442        http://dx.doi.org/10.1002/ajim.10185
2443   Brus, R; Szkilnik, R; Nowak, P; Popieluch, I; Kasperska, A; Ostadalova Vvana, TP; Ostadal, B; Kolar,
2444        F. (1995). Inotropic effect of increasing concentration of Ca-2+ in the fetal rat heart with retinoic

2445        acid-induced malformations. Pediatr Res 38: 892-895. http://dx.doi.org/10.1203/00006450-
2446        199512000-00011
2447  Buben, JA; O'Flaherty, EJ. (1985). Delineation of the role of metabolism in the hepatotoxicity of
2448        trichloroethylene and perchloroethylene: A dose-effect study. Toxicol Appl Pharmacol 78: 105-
2449        122.
2450  Buccafusco, RJ; Ells, SJ; LeBlanc, GA. (1981). Acute toxicity of priority pollutants to bluegill (Lepomis
2451        macrochirus). Bull Environ Contam Toxicol 26: 446-452. http://dx.doi.org/10.1007/BF01622118
2452  Buhagen, M; Grønskag, A; Ragde, SF; Hilt, B. (2016). Association between kidney cancer and
2453        occupational exposure to trichloroethylene. J Occup Environ Med 58: 957-959.
2454        http://dx.doi.org/10.1097/JOM.0000000000000838
2455  Burnham, KP; Anderson, DR. (2002). Model selection and multimodel inference: a practical
2456        information-theoretic approach (2nd ed.). New York: Springer.
2457        http://www.springer.com/statistics/statistical+theory+and+methods/book/978-0-387-95364-9
2458  Caldwell, PT; Thorne, PA; Johnson, PD; Boitano, S; Runyan, RB; Selmin, O. (2008). Trichloroethylene
2459        disrupts cardiac gene expression and calcium homeostasis in rat myocytes. Toxicol Sci 104: 135-
2460        143. http://dx.doi.org/10.1093/toxsci/kfn078
2461  CalEPA. (2009). Public health goals for chemicals in drinking water: Trichloroethylene. Sacramento,
2462        CA. https://oehha.ca.gov/media/downloads/water/chemicals/phg/tcephg070909_0.pdf
2463  CARB. (2000). Initial statement of reasons for the proposed airborne toxic control measure for
2464        emissions of chlorinated toxic air contaminants from automotive maintenance and repair
2465        activities. California Air Resources Board.
2466  CARB. (2006). California Dry Cleaning Industry Technical Assessment Report. Stationary Source
2467        Division, Emissions Assessment Branch.
2468        https://www.arb.ca.gov/toxics/dryclean/finaldrycleantechreport.pdf
2469  Carney, EW; Thorsrud, BA; Dugard, PH; Zablotny, CL. (2006). Developmental toxicity studies in
2470        Crl:CD (SD) rats following inhalation exposure to trichloroethylene and perchloroethylene. Birth
2471        Defects Res B Dev Reprod Toxicol 77: 405-412. http://dx.doi.org/10.1002/bdrb.20091
2472  Chan, CC; Vainer, L; Martin, JW; Williams, DT. (1990). Determination of organic contaminants in
2473        residential indoor air using an adsorption-thermal desorption technique. J Air Waste Manag
2474        Assoc 40: 62-67.
2475  Charbotel, B; Fevotte, J; Hours, M; Martin, JL; Bergeret, A. (2006). Case-control study on renal cell
2476        cancer and occupational exposure to trichloroethylene. Part II: Epidemiological aspects. Ann
2477        Occup Hyg 50: 777-787. http://dx.doi.org/10.1093/annhyg/mel039
2478  Charles River Laboratories. (2019). An oral (drinking water) study of the effects of trichloroethylene
2479        (TCE) on fetal heart development in Sprague Dawley rats: Laboratory Project ID 00459506.
2480        (EPA-HQ-OPPT-2016-0737-0120).
2481  Cherrie, JW; Semple, S; Christopher, Y; Saleem, A; Hughson, GW; Philips, A. (2006). How important
2482        is inadvertent ingestion of hazardous substances at work? Ann Occup Hyg 50: 693-704.
2483        http://dx.doi.org/10.1093/annhyg/mel035.
2484  Chia, SE; Ong, CN; Tsakok, MF; Ho, A. (1996). Semen parameters in workers exposed to
2485        trichloroethylene. Reprod Toxicol 10: 295-299. http://dx.doi.org/10.1016/0890-6238(96)00058-5
2486  Chin, JY; Godwin, C; Parker, E; Robins, T; Lewis, T; Harbin, P; Batterman, S. (2014). Levels and
2487        sources of volatile organic compounds in homes of children with asthma. Indoor Air 24: 403-
2488        415. http://dx.doi.org/10.1111/ina.12086
2489  Chinn, KSK. (1981). A simple model for predicting chemical agent evaporation. Alexandria, VA: U.S.
2490        Department of Defense, Defense Technical Information Center, Cameron Station.
2491        http://www.epa.gov/opptintr/exposure/presentations/efast/chinn_1981_a_simple_method_for_pr
2492        edicting.pdf

2493  Chittasobhaktra, T; Wannanukul, W; Wattanakrai, P; Pramoolsinsap, C; Sohonslitdsuk, A; Nitiyanant,
2494      P. (1997). Fever, skin rash, jaundice and lymphadenopathy after trichloroethylene exposure: A
2495      case report. (BIOSIS/98/04989). Volume 80; Suppl. 1.
2496  Chiu, WA; Micallef, S; Monster, AC; Bois, FY. (2007). Toxicokinetics of inhaled trichloroethylene and
2497      tetrachloroethylene in humans at 1 ppm: Empirical results and comparisons with previous
2498      studies. Toxicol Sci 95: 23-36. http://dx.doi.org/10.1093/toxsci/kfl129
2499  Christensen, KY; Vizcaya, D; Richardson, H; Lavoué, J; Aronson, K; Siemiatycki, J. (2013). Risk of
2500      selected cancers due to occupational exposure to chlorinated solvents in a case-control study in
2501      Montreal. J Occup Environ Med 55: 198-208. http://dx.doi.org/10.1097/JOM.0b013e3182728eab
2502  Cichocki, JA; Guyton, KZ; Guha, N; Chiu, WA; Rusyn, I; Lash, LH. (2016). Target Organ Metabolism,
2503      Toxicity, and Mechanisms of Trichloroethylene and Perchloroethylene: Key Similarities,
2504      Differences, and Data Gaps [Review]. J Pharmacol Exp Ther 359: 110-123.
2505      http://dx.doi.org/10.1124/jpet.116.232629.
2506  Clayton, CA; Pellizzari, ED; Whitmore, RW; Perritt, RL; Quackenboss, JJ. (1999). National Human
2507      Exposure Assessment Survey (NHEXAS): Distributions and associations of lead, arsenic, and
2508      volatile organic compounds in EPA Region 5. J Expo Anal Environ Epidemiol 9: 381-392.
2509      http://dx.doi.org/10.1038/sj.jea.7500055
2510  Cocco, P; T'Mannetje, A; Fadda, D; Melis, M; Becker, N; de Sanjosé, S; Foretova, L; Mareckova, J;
2511      Staines, A; Kleefeld, S; Maynadié, M; Nieters, A; Brennan, P; Boffetta, P. (2010). Occupational
2512      exposure to solvents and risk of lymphoma subtypes: results from the Epilymph case-control
2513      study. Occup Environ Med 67: 341-347. http://dx.doi.org/10.1136/oem.2009.046839
2514  Cocco, P; Vermeulen, R; Flore, V; Nonne, T; Campagna, M; Purdue, M; Blair, A; Monnereau, A; Orsi,
2515      L; Clavel, J; Becker, N; de Sanjosé, S; Foretova, L; Staines, A; Maynadié, M; Nieters, A; Miligi,
2516      L; 'T Mannetje, A; Kricker, A; Brennan, P; Boffetta, P; Lan, Q; Rothman, N. (2013).
2517      Occupational exposure to trichloroethylene and risk of non-Hodgkin lymphoma and its major
2518      subtypes: a pooled IinterLlymph analysis. Occup Environ Med 70: 795-802.
2519      http://dx.doi.org/10.1136/oemed-2013-101551
2520  Collier, JM; Selmin, O; Johnson, PD; Runyan, RB. (2003). Trichloroethylene effects on gene expression
2521      during cardiac development. Birth Defects Res A Clin Mol Teratol 67: 488-495.
2522      http://dx.doi.org/10.1002/bdra.10073
2523  Cordier, S; Garlantézec, R; Labat, L; Rouget, F; Monfort, C; Bonvallot, N; Roig, B; Pulkkinen, J;
2524      Chevrier, C; Multigner, L, uc. (2012). Exposure during pregnancy to glycol ethers and
2525      chlorinated solvents and the risk of congenital malformations. Epidemiology 23: 806-812.
2526      http://dx.doi.org/10.1097/EDE.0b013e31826c2bd8
2527  Cosby, NC; Dukelow, WR. (1992). Toxicology of maternally ingested trichloroethylene (TCE) on
2528      embryonal and fetal development in mice and of TCE metabolites on in vitro fertilization.
2529      Fundam Appl Toxicol 19: 268-274.
2530  Daubert, TE; Danner, RP. (1989). Physical and thermodynamic properties of pure chemicals: Data
2531      compilation. Washington, DC: Taylor & Francis.
2532  Daubert, TE; Danner, RP. (1995). Physical and thermodynamic properties of pure chemicals: Data
2533      compilation. Washington DC: Taylor and Francis.
2534  Davis, A; Gift, JS; Woodall, GM; Narotsky, MG; Fourman, GL. (2009). The role of developmental
2535      toxicity studies in acute exposure assessments: analysis of single-day vs. multiple-day exposure
2536      regimens. Regul Toxicol Pharmacol 54: 134-142. http://dx.doi.org/10.1016/j.yrtph.2009.03.006
2537  Davis, LA; Sadler, TW. (1981). Effects of vitamin A on endocardial cushion development in the mouse
2538      heart. Teratology 24: 139-148. http://dx.doi.org/10.1002/tera.1420240205
2539  Dawson, B; Johnson, P; Goldberg, S; Ulreich, J. (1990). Cardiac teratogenesis of trichloroethylene and
2540      dichloroethylene in a mammalian model. J Am Coll Cardiol 16: 1304-1309.

2541   Dawson, B; Johnson, P; Goldberg, S; Ulreich, J. (1993). Cardiac teratogenesis of halogenated
2542       hydrocarbon-contaminated drinking water. J Am Coll Cardiol 21: 1466-1472.
2543       http://dx.doi.org/10.1016/0735-1097(93)90325-U
2544   Dekant, W; Bridges, J. (2016). Assessment of reproductive and developmental effects of DINP, DnHP
2545       and DCHP using quantitative weight of evidence. Regul Toxicol Pharmacol 81: 397-406.
2546       http://dx.doi.org/10.1016/j.yrtph.2016.09.032
2547   Demou, E; Hellweg, S; Wilson, MP; Hammond, SK; McKone, TE. (2009). Evaluating indoor exposure
2548       modeling alternatives for LCA: A case study in the vehicle repair industry. Environ Sci Technol
2549       43: 5804-5810. http://dx.doi.org/10.1021/es803551y
2550   Di Toro, DM. (1984). Probability Model of Stream Quality Due to Runoff. ASCE. J Environ Eng 110:
2551       607-628.
2552   Dickman, ED; Smith, SM. (1996). Selective regulation of cardiomyocyte gene expression and cardiac
2553       morphogenesis by retinoic acid. Dev Dyn 206: 39-48. http://dx.doi.org/10.1002/(SICI)1097-
2554       0177(199605)206:1<39::AID-AJA4>3.0.CO;2-1.
2555   Dierickx, PJ. (1993). Comparison between fish lethality data and the in vitro cytotoxicity of lipophilic
2556       solvents to cultured fish cells in a two-compartment model. Chemosphere 27: 1511-1518.
2557   Dilling, WL; Tefertiller, NB; Kallos, GJ. (1975). Evaporation rates and reactivities of methylene
2558       chloride, chloroform, 1,1,1-trichloroethane, trichloroethylene, tetrachloroethylene, and other
2559       chlorinated compounds in dilute aqueous solutions. Environ Sci Technol 9: 833-838.
2560       http://dx.doi.org/10.1021/es60107a008
2561   Dobaradaran, S; Mahvi, AH; Nabizadeh, R; Ramavandi, B; Nazmara, S; Zarei, S. (2012). BIOASSAY
2562       COMPARISON OF TRICHLOROETHYLENE (TCE) TOXICITY ON DAPHNIA MAGNA
2563       (D. MAGNA) BEFORE AND AFTER ULTRASOUND AND PHOTOLYSIS PROCESSES.
2564       Fresen Environ Bull 21: 1533-1538.
2565   Dodson, RE; Levy, JI; Spengler, JD; Shine, JP; Bennett, DH. (2008). Influence of basements, garages,
2566       and common hallways on indoor residential volatile organic compound concentrations. Atmos
2567       Environ 42: 1569-1581. http://dx.doi.org/10.1016/j.atmosenv.2007.10.088
2568   Dorfmueller, MA; Henne, SP; York, RG; Bornschein, RL; Manson, JM. (1979). Evaluation of
2569       teratogenicity and behavioral toxicity with inhalation exposure of maternal rats to
2570       trichloroethylene. Toxicology 14: 153-166. http://dx.doi.org/10.1016/0300-483X(79)90061-1
2571   Dosemeci, M; Cocco, P; Chow, WH. (1999). Gender differences in risk of renal cell carcinoma and
2572       occupational exposures to chlorinated aliphatic hydrocarbons. Am J Ind Med 36: 54-59.
2573       http://dx.doi.org/10.1002/(SICI)1097-0274(199907)36:1<54::AID-AJIM8>3.0.CO;2-0
2574   Dow, J; Green, T. (2000). Trichloroethylene induced vitamin B(12) and folate deficiency leads to
2575       increased formic acid excretion in the rat. Toxicology 146: 123-136.
2576       http://dx.doi.org/10.1016/S0300-483X(00)00156-6
2577   Drake, V; Koprowski, S; Lough, J; Hu, N; Smith, S. (2006a). Trichloroethylene exposure during cardiac
2578       valvuloseptal morphogenesis alters cushion formation and cardiac hemodynamics in the avian
2579       embryo. Environ Health Perspect 114: 842-847. http://dx.doi.org/10.1289/ehp.8781
2580   Drake, VJ; Koprowski, SL; Hu, N; Smith, SM; Lough, J. (2006b). Cardiogenic effects of
2581       trichloroethylene and trichloroacetic acid following exposure during heart specification of avian
2582       development. Toxicol Sci 94: 153-162. http://dx.doi.org/10.1093/toxsci/kfl083
2583   Duteaux, SB; Berger, T; Hess, RA; Sartini, BL; Miller, MG. (2004). Male reproductive toxicity of
2584       trichloroethylene: Sperm protein oxidation and decreased fertilizing ability. Biol Reprod 70:
2585       1518-1526. http://dx.doi.org/10.1095/biolreprod.103.022210
2586   EC. (2018). Memorandum on weight of evidence and uncertainties. Revision 2018. Scientific
2587       Committee on Health, Environmental and Emerging Risks (SCHEER).
2588       https://ec.europa.eu/health/sites/health/files/scientific_committees/scheer/docs/scheer_o_014.pdf

2589  ECB. (2000). IUCLID dataset: CAS No. 79-01-6: Trichloroethylene. Ispra, Italy: European Chemicals
2590        Bureau, European Commission. Retrieved from https://echa.europa.eu/substance-information/-
2591        /substanceinfo/100.001.062
2592  ECB. (2004). European Union risk assessment report: Trichloroethylene (pp. 1-348). (EUR 21057 EN).
2593        European Commission. https://echa.europa.eu/documents/10162/83f0c99f-f687-4cdf-a64b-
2594        514f1e26fdc0
2595  ECHA. (2004). Summary risk assessment report: Trichloroethylene. (I.04.29). Ispra, Italy: European
2596        Commission Joint Research Centre, Institute for Health and Consumer Protection, European
2597        Chemicals Bureau. https://echa.europa.eu/documents/10162/d30e53cc-89e7-4d1c-89c0-
2598        7ec216f84d48
2599  ECHA. (2017). Registration dossier: Trichloroethylene. Reasonably available online at
2600        https://echa.europa.eu/el/registration-dossier/-/registered-dossier/14485 (accessed October 1,
2601        2018).
2602  EFSA. (2017). Guidance on the use of the weight of evidence approach in scientific assessments. EFSA
2603        J 15: 1-69. http://dx.doi.org/10.2903/j.efsa.2017.4971
2604  Elkin, ER; Bridges, D; Harris, SM; Loch-Caruso, RK. (2020). Exposure to trichloroethylene metabolite
2605        S-(1,2-dichlorovinyl)-L-cysteine causes compensatory changes to macronutrient utilization and
2606        energy metabolism in placental HTR-8/SVneo cells. Chem Res Toxicol 33: 1339-1355.
2607        http://dx.doi.org/10.1021/acs.chemrestox.9b00356.
2608  Elovaara, E; Hemminki, K; Vainio, H. (1979). Effects of methylene chloride, trichloroethane,
2609        trichloroethylene, tetrachloroethylene and toluene on the development of chick embryos.
2610        Toxicology 12: 111-119. http://dx.doi.org/10.1016/0300-483X(79)90037-4
2611  Engineers, USACo. (2018). Weight-of-Evidence Concepts: Introduction and Application to Sediment
2612        Management. https://apps.dtic.mil/dtic/tr/fulltext/u2/1048843.pdf
2613  Environment Canada and Health Canada. (1993). Canadian Environmental protection act priority
2614        substances list assessment report trichloroethylene. Ottawa Canada.
2615  Epstein, DL; Nolen, GA; Randall, JL; Christ, SA; Read, EJ; Stober, JA; Smith, MK. (1992).
2616        Cardiopathic effects of dichloroacetate in the fetal Long-Evans rat. Teratology 46: 225-235.
2617        http://dx.doi.org/10.1002/tera.1420460306
2618  Esmen, N; Corn, M; Hammad, Y; Whittier, D; Kotsko, N. (1979). Summary of measurements of
2619        employee exposure to airborne dust and fiber in sixteen facilities producing man-made mineral
2620        fibers. Am Ind Hyg Assoc J 40: 108-117.
2621  Etterson, M. (2020). Species Sensitivity Distribution (SSD) Toolbox. Duluth, MN: US Environmental
2622        Protection Agency.
2623  European Solvents Industry Group (ESIG). (2012). SPERC fact sheet: Manufacture of substance -
2624        industrial (solvent-borne). Brussels, Belgium. https://www.esig.org/reach-ges/environment/
2625  Fisher, J; Channel, S; Eggers, J; Johnson, P; Macmahon, K; Goodyear, C; Sudberry, G; Warren, D;
2626        Latendresse, J; Graeter, L. (2001). Trichloroethylene, trichloroacetic acid, and dichloroacetic
2627        acid: Do they affect fetal rat heart development. Int J Toxicol 20: 257-267.
2628        http://dx.doi.org/10.1080/109158101753252992
2629  Fleeman, TL; Cappon, GD; Hurtt, ME. (2004). Postnatal closure of membranous ventricular septal
2630        defects in Sprague-Dawley rat pups after maternal exposure with trimethadione. Birth Defects
2631        Res B Dev Reprod Toxicol 71: 185-190. http://dx.doi.org/10.1002/bdrb.20011
2632  Forand, SP; Lewis-Michl, EL; Gomez, MI. (2012). Adverse birth outcomes and maternal exposure to
2633        trichloroethylene and tetrachloroethylene through soil vapor intrusion in New York State.
2634        Environ Health Perspect 120: 616-621. http://dx.doi.org/10.1289/ehp.1103884
2635  Forkert, P; Lash, L; Nadeau, V; Tardif, R; Simmonds, A. (2002). Metabolism and toxicity of
2636        trichloroethylene in epididymis and testis. Toxicol Appl Pharmacol 182: 244-254.

2637   Fort, D; Rayburn, J; Deyoung, D; Bantle, J. (1991). Assessing the efficacy of an Aroclor 1254-induced
2638        exogenous metabolic activation system for FETAX. Drug Chem Toxicol 14: 143-160.
2639        http://dx.doi.org/10.3109/01480549109017873
2640   Fort, D; Rogers, R; Stover, E; Finch, R. (2001). Optimization of an exogenous metabolic activation
2641        system for FETAX. I. Post-isolation rat liver microsome mixtures. Drug Chem Toxicol 24: 103-
2642        115. http://dx.doi.org/10.1081/DCT-100102604
2643   Fort, DJ; Stover, EL; Rayburn, JR; Hull, M; Bantle, JA. (1993). Evaluation of the developmental
2644        toxicity of trichloroethylene and detoxification metabolites using Xenopus. Birth Defects Res B
2645        Dev Reprod Toxicol 13: 35-45.
2646   Fredriksson, A; Danielsson, BRG; Eriksson, P. (1993). Altered behaviour in adult mice orally exposed
2647        to tri- and tetrachloroethylene as neonates. Toxicol Lett 66: 13-19.
2648        http://dx.doi.org/10.1016/0378-4274(93)90074-8
2649   Gangwal, S; Reif, DM; Mosher, S; Egeghy, PP; Wambaugh, JF; Judson, RS; Hubal, EA. (2012).
2650        Incorporating exposure information into the toxicological prioritization index decision support
2651        framework. Sci Total Environ 435-436: 316-325.
2652        http://dx.doi.org/10.1016/j.scitotenv.2012.06.086
2653   Gash, D; Rutland, K; Hudson, N; Sullivan, P; Bing, G; Cass, W; Pandya, J; Liu, M; Choi, D; Hunter, R;
2654        Gerhardt, G; Smith, C; Slevin, J; Prince, T. (2008). Trichloroethylene: Parkinsonism and
2655        complex 1 mitochondrial neurotoxicity. Ann Neurol 63: 184-192.
2656        http://dx.doi.org/10.1002/ana.21288
2657   Geiger, DL; Northcott, CE; Call, DJ; Brooke, LT. (1985). Acute toxicities of organic chemicals to
2658        fathead minnows (Pimephales promelas): Volume II. Superior, WI: University of Wisconsin-
2659        Superior, Center for Lake Superior Environmental Studies.
2660   George, JD; Reel, J. R.; Myers, CB; Lawton, AD; Lamb, JC. (1986). Trichloroethylene: Reproduction
2661        and fertility assessment in F344 rats when administered in the feed (pp. 312 PP). (NTP-86-085).
2662        Research Triangle Park, NC: National Institute of Environmental Health Sciences, National
2663        Toxicology Program.
2664   Gilbert, K; Pumford, N; Blossom, S. (2006). Environmental contaminant trichloroethylene promotes
2665        autoimmune disease and inhibits T-cell apoptosis in MRL(+/+) mice. J Immunotoxicol 3: 263-
2666        267. http://dx.doi.org/10.1080/15476910601023578.
2667   Gilbert, KM; Woodruff, W; Blossom, SJ. (2014). Differential immunotoxicity induced by two different
2668        windows of developmental trichloroethylene exposure.  2014: 982073.
2669        http://dx.doi.org/10.1155/2014/982073.
2670   Gilboa, SM; Desrosiers, TA; Lawson, C; Lupo, PJ; Riehle-Colarusso, TJ; Stewart, PA; van
2671        Wijngaarden, E; Waters, MA; Correa, A; Stud, NBDP. (2012). Association between maternal
2672        occupational exposure to organic solvents and congenital heart defects, National Birth Defects
2673        Prevention Study, 1997-2002. Occup Environ Med 69: 628-635.
2674        http://dx.doi.org/10.1136/oemed-2011-100536
2675   Goldberg, SJ; Lebowitz, MD; Graver, EJ; Hicks, S. (1990). An association of human congenital cardiac
2676        malformations and drinking water contaminants. J Am Coll Cardiol 16: 155-164.
2677   Goldman, SM; Quinlan, PJ; Ross, GW; Marras, C; Meng, C; Bhudhikanok, GS; Comyns, K; Korell, M;
2678        Chade, AR; Kasten, M; Priestley, B; Chou, KL; Fernandez, HH; Cambi, F; Langston, JW;
2679        Tanner, CM. (2012). Solvent exposures and parkinson disease risk in twins. Ann Neurol 71: 776-
2680        784. http://dx.doi.org/10.1002/ana.22629
2681   Golsteijn, L; Huizer, D; Hauck, M; van Zelm, R; Huijbregts, MA. (2014). Including exposure variability
2682        in the life cycle impact assessment of indoor chemical emissions: the case of metal degreasing.
2683        Environ Int 71: 36-45. http://dx.doi.org/10.1016/j.envint.2014.06.003

2684  Gough, D. (2007). Weight of Evidence: a framework for the appraisal of the quality and relevance of
2685       evidence. 22: 213-228. http://dx.doi.org/10.1080/02671520701296189
2686  Green, T; Dow, J; Ellis, MK; Foster, JR; Odum, J. (1997a). The Role of Glutathione Conjugation in the
2687       Development of Kidney Tumors in Rats Exposed to Trichloroethylene (pp. 99-117).
2688       (NIOSH/00239675). Green, T; Dow, J; Ellis, MK; Foster, JR; Odum, J.
2689  Green, T; Dow, J; Ellis, MK; Foster, JR; Odum, J. (1997b). The role of glutathione conjugation in the
2690       development of kidney tumours in rats exposed to trichloroethylene. Chem Biol Interact 105: 99-
2691       117.
2692  Green, T; Dow, J; Ong, C; Ng, V; Ong, H; Zhuang, Z; Yang, X; Bloemen, L. (2004). Biological
2693       monitoring of kidney function among workers occupationally exposed to trichloroethylene.
2694       Occup Environ Med 61: 312-317. http://dx.doi.org/10.1136/oem.2003.007153
2695  Greenland, S; Salvan, A; Wegman, DH; Hallock, MF; Smith, TJ. (1994). A case-control study of cancer
2696       mortality at a transformer-assembly facility. Int Arch Occup Environ Health 66: 49-54.
2697       http://dx.doi.org/10.1007/BF00386579
2698  Griffin, JM; Gilbert, KM; Lamps, LW; Pumford, NR. (2000). CD4+ T-cell activation and induction of
2699       autoimmune hepatitis following trichloroethylene treatment in MRL+/+ mice. Toxicol Sci 57:
2700       345-352.
2701  Haga, S; Uji, S; Suzuki, T. (2008). Evaluation of the effects of retinoids and carotenoids on egg quality
2702       using a microinjection system. Aquaculture 282: 111-116.
2703       http://dx.doi.org/10.1016/j.aquaculture.2008.06.031
2704  Hansen, J; Raaschou-Nielsen, O; Christensen, JM; Johansen, I; Mclaughlin, JK; Lipworth, L; Blot, WJ;
2705       Olsen, JH. (2001). Cancer incidence among Danish workers exposed to trichloroethylene. J
2706       Occup Environ Med 43: 133-139.
2707  Hansen, J; Sallmen, M; Selden, AI; Anttila, A; Pukkala, E; Andersson, K; Bryngelsson, I; Raaschou-
2708       Nielsen, O, le; Olsen, JH; Mclaughlin, JK. (2013). Risk of Cancer Among Workers Exposed to
2709       Trichloroethylene: Analysis of Three Nordic Cohort Studies. J Natl Cancer Inst 105: 869-877.
2710       http://dx.doi.org/10.1093/jnci/djt107
2711  Hardell, L; Eriksson, M; Degerman, A. (1994). Exposure to phenoxyacetic acids, chlorophenols, or
2712       organic solvents in relation to histopathology, stage, and anatomical localization of non-
2713       Hodgkin's lymphoma. Cancer Res 54: 2386-2389.
2714  Hardin, BD; Bond, GP; Sikov, MR; Andrew, FD; Beliles, RP; Niemeier, RW. (1981). Testing of
2715       selected workplace chemicals for teratogenic potential. Scand J Work Environ Health 7: 66-75.
2716  Harris, AP; Ismail, KA; Nunez, M; Martopullo, I; Lencinas, A; Selmin, OI; Runyan, RB. (2018).
2717       Trichloroethylene perturbs HNF4a expression and activity in the developing chick heart. Toxicol
2718       Lett 285: 113-120. http://dx.doi.org/10.1016/j.toxlet.2017.12.027
2719  Hassoun, E; Kariya, C; Williams, F. (2005). Dichloroacetate-induced developmental toxicity and
2720       production of reactive oxygen species in zebrafish embryos. J Biochem Mol Toxicol 19: 52-58.
2721       http://dx.doi.org/10.1002/jbt.20051
2722  Hayashi, M; Ueda, T; Uyeno, K; Wada, K; Kinae, N; Saotome, K; Tanaka, N; Takai, A; Sasaki, YF;
2723       Asano, N; Sofuni, T; Ojima, Y. (1998). Development of genotoxicity assay systems that use
2724       aquatic organisms. Mutat Res 399: 125-133.
2725  Healy, TEJ; Poole, TR; Hopper, A. (1982). Rat fetal development and maternal exposure to
2726       trichloroethylene 100 ppm. Br J Anaesth 54: 337-341.
2727  Heavner, DL; Morgan, WT; Ogden, MW. (1995). Determination of volatile organic compounds and
2728       ETS apportionment in 49 homes. Environ Int 21: 3-21. http://dx.doi.org/10.1016/0160-
2729       4120(94)00018-3

2730  Hellweg, S; Demou, E; Bruzzi, R; Meijer, A; Rosenbaum, RK; Huijbregts, MA; Mckone, TE. (2009).
2731      Integrating human indoor air pollutant exposure within Life Cycle Impact Assessment [Review].
2732      Environ Sci Technol 43: 1670-1679. http://dx.doi.org/10.1021/es8018176

2733  Higgins, JP; Thompson, SG; Deeks, JJ; Altman, DG. (2003). Measuring inconsistency in meta-analyses
2734      [Review]. BMJ 327: 557-560. http://dx.doi.org/10.1136/bmj.327.7414.557

2735  Hill, AB. (1965). The environment and disease: Association or causation? Proc R Soc Med 58: 295-300.

2736  Holson, RR; Freshwater, Le; Maurissen, JPJ; Moser, VC; Phang, W. (2008). Statistical issues and
2737      techniques appropriate for developmental neurotoxicity testing - A report from the ILSI Research
2738      Foundation/Risk Science Institute expert working group on neurodevelopmental endpoints
2739      [Review]. Neurotoxicol Teratol 30: 326-348. http://dx.doi.org/10.1016/j.ntt.2007.06.001

2740  Horvath, AL; Getzen, FW; Maczynska, Z. (1999). IUPAC-NIST Solubility data series 67: Halogenated
2741      ethanes and ethenes with water. J Phys Chem Ref Data 28: 395-627.
2742      http://dx.doi.org/10.1063/1.556039

2743  Houde, M; Douville, M; Gagnon, P; Sproull, J; Cloutier, F. (2015). Exposure of Daphnia magna to
2744      trichloroethylene (TCE) and vinyl chloride (VC): evaluation of gene transcription, cellular
2745      activity, and life-history parameters. Ecotoxicol Environ Saf 116: 10-18.
2746      http://dx.doi.org/10.1016/j.ecoenv.2015.02.031

2747  Hudson, NL; Dotson, GS. (2017). NIOSH Skin Notation (SK) Profile: Trichloroethylene (TCE) (CAS
2748      No. 79-01-6).

2749  Hunter, E; Rogers, E; Schmid, J; Richard, A. (1996). Comparative effects of haloacetic acids in whole
2750      embryo culture. Teratology 54: 57-64. http://dx.doi.org/10.1002/(SICI)1096-
2751      9926(199606)54:2<57::AID-TERA1>3.0.CO;2-1

2752  IARC. (2014). IARC Monographs on the evaluation of carcinogenic risks to humans: Trichloroethylene,
2753      tetrachloroethylene, and some other chlorinated agents. Geneva, Switzerland: World Health
2754      Organization, International Agency for Research on Cancer.
2755      http://monographs.iarc.fr/ENG/Monographs/PDFs/index.php

2756  Ikeda, M; Imamura, T. (1973). Biological half-life of trichloroethylene and tetrachloroethylene in human
2757      subjects [Review]. Int Arch Occup Environ Health 31: 209-224.
2758      http://dx.doi.org/10.1007/BF00539241

2759  IRTA. (2007). Spotting chemicals: Alternatives to perchloroethylene and trichloroethylene in the textile
2760      cleaning industry. Prepared for: Cal/EPA's Department of Toxic Substances Control and U.S.
2761      Environmental Protection Agency Region IX.
2762      http://www.irta.us/reports/DTSC%20Spotting%20Chemical%20for%20Web.pdf

2763  Isaacs, K. (2014). The consolidated human activity database - master version (CHAD-Master) technical
2764      memorandum. Washington, DC: U.S. Environmental Protection Agency, National Exposure
2765      Research Laboratory. https://www.epa.gov/sites/production/files/2015-
2766      02/documents/chadmaster_091814_1.pdf

2767  Isaacson, LG; Spohler, SA; Taylor, DH. (1990). Trichloroethylene affects learning and decreases myelin
2768      in the rat hippocampus. Neurotoxicol Teratol 12: 375-381. http://dx.doi.org/10.1016/0892-
2769      0362(90)90057-J

2770  Iwase, T; Ohyama, N; Inazawa, K; Watanabe, T; Yamamoto, M; Arishima, K; Eguchi, Y. (1998).
2771      Dysmorphogenic effects of synthetic retinoids, Am80 and Ch55 on cultured rat embryos
2772      [Abstract]. Teratology 57: 14-16, A-08.

2773  Jayjock, MA. (2012). Engineering case report: Estimating overspray exposure potential from aerosol
2774      sprayed products onto surfaces. J Occup Environ Hyg 9: D155-D160.
2775      http://dx.doi.org/10.1080/15459624.2012.700191

2776  Jenkins, KJ; Correa, A; Feinstein, JA; Botto, L; Britt, AE; Daniels, SR; Elixson, M; Warnes, CA; Webb,
2777      CL. (2007). Noninherited risk factors and congenital cardiovascular defects: Current knowledge:

2778   A scientific statement from the American Heart Association Council on cardiovascular disease in
2779        the young. Circulation 115: 2995-3014.
2780        http://dx.doi.org/10.1161/CIRCULATIONAHA.106.183216
2781   Jia, C; Batterman, S; Godwin, C. (2008a). VOCs in industrial, urban and suburban neighborhoods, Part
2782        1: Indoor and outdoor concentrations, variation, and risk drivers. Atmos Environ 42: 2083-2100.
2783        http://dx.doi.org/10.1016/j.atmosenv.2007.11.055
2784   Jia, CR; D'Souza, J; Batterman, S. (2008b). Distributions of personal VOC exposures: A population-
2785        based analysis. Environ Int 34: 922-931. http://dx.doi.org/10.1016/j.envint.2008.02.002
2786   Jiang, Y; Wang, D; Zhang, G; Wang, G; Tong, J; Chen, T. (2015). Disruption of cardiogenesis in human
2787        embryonic stem cells exposed to trichloroethylene. Environ Toxicol 31: 1372-1380.
2788        http://dx.doi.org/10.1002/tox.22142
2789   Johnson, P. (2008). Personal communication from Paula Johnson, University of Arizona, to Susan
2790        Makris, U.S. EPA, 26 August 2008 [Personal Communication].
2791   Johnson, P. (2014). [Personal communication from Paula Johnson, University of Arizona, to Susan
2792        Makris, U.S. EPA, 21 February 2014] [Personal Communication].
2793   Johnson, PD; Dawson, BV; Goldberg, SJ. (1998). Cardiac teratogenicity of trichloroethylene
2794        metabolites. J Am Coll Cardiol 32: 540-545. http://dx.doi.org/10.1016/S0735-1097(98)00232-0
2795   Johnson, PD; Goldberg, SJ; Mays, MZ; Dawson, BV. (2003). Threshold of trichloroethylene
2796        contamination in maternal drinking waters affecting fetal heart development in the rat. Environ
2797        Health Perspect 111: 289-292. http://dx.doi.org/10.1289/ehp.5125
2798   Johnson, PD; Goldberg, SJ; Mays, MZ; Dawson, BV. (2005). Erratum: Threshold of trichloroethylene
2799        contamination in maternal drinking waters affecting fetal heart development in the rat " (Johnson
2800        et al. 2003) [Erratum]. Environ Health Perspect 113: A18.
2801   Johnson, PD; Goldberg, SJ; Mays, MZ; Dawson, BV. (2014). Erratum: Erratum for Johnson et al.
2802        [Environ Health Perspect 113:A18 (2005)] [Erratum]. Environ Health Perspect 122: A94.
2803        http://dx.doi.org/10.1289/ehp.122-A94
2804   Jones, DR; Abel, S; Effland, W; Matzner, R; Parker, R. (1998). An Index Reservoir for Use in Assessing
2805        Drinking Water Exposure: Chapter IV in Proposed Methods for Basin-Scale Estimation of
2806        Pesticide Concentrations in Flowing Water and Reservoirs for Tolerance Reassessment.
2807        Presented to the FIFRA Science Advisory Panel on July 29,1998. Jones, D.R.; Abel, S.; Effland,
2808        W.; Matzner, R.; Parker, R. https://www.epa.gov/sap/fifra-scientific-advisory-panel-meetings
2809   Jung, H; Kim, H; Song, B; Kim, E. (2012). Trichloroethylene Hypersensitivity Syndrome: A Disease of
2810        Fatal Outcome. Yonsei Med J 53: 231-235. http://dx.doi.org/10.3349/ymj.2012.53.1.231
2811   Kan, FW; Forkert, PG; Wade, MG. (2007). Trichloroethylene exposure elicits damage in epididymal
2812        epithelium and spermatozoa in mice. Histol Histopathol 22: 977-988.
2813        http://dx.doi.org/10.14670/HH-22.977
2814   Kaneko, T; Saegusa, M; Tasaka, K; Sato, A. (2000). Immunotoxicity of trichloroethylene: A study with
2815        MRL-lpr/lpr mice. J Appl Toxicol 20: 471-475. http://dx.doi.org/10.1002/1099-
2816        1263(200011/12)20:6
2817   Kang, YJ; Lee, J; Ahn, J; Park, S; Shin, MY; Lee, HW. (2018). Trichloroethylene hypersensitivity
2818        syndrome: Should be considered when diagnosing DRESS syndrome. J Korean Med Sci 33: 1-6.
2819        http://dx.doi.org/10.3346/jkms.2018.33.e106
2820   Kasting, BG; Miller, MA. (2006). Kinetics of finite dose absorption through skin 2: Volatile
2821        compounds. J Pharm Sci 95: 268-280. http://dx.doi.org/10.1002/jps.20497
2822   Kavanaugh, A; Tomar, R; Reveille, J; Solomon, DH; Homburger, HA. (2000). Guidelines for clinical
2823        use of the antinuclear antibody test and tests for specific autoantibodies to nuclear antigens.
2824        American College of Pathologists. Arch Pathol Lab Med 124: 71-81.
2825        http://dx.doi.org/10.1043/0003-9985(2000)124<0071:GFCUOT>2.0.CO;2

2826  Keil, DE; Peden-Adams, MM; Wallace, S; Ruiz, P; Gilkeson, GS. (2009). Assessment of
2827       trichloroethylene (TCE) exposure in murine strains genetically-prone and non-prone to develop
2828       autoimmune disease. J Environ Sci Health A Tox Hazard Subst Environ Eng 44: 443-453.
2829       http://dx.doi.org/10.1080/10934520902719738.

2830  Kezic, S; Monster, AC; van de Gevel, I; Krüse, J; Opdam, JG; Verberk, MM. (2001). Dermal absorption
2831       of neat liquid solvents on brief exposures in volunteers. Am Ind Hyg Assoc J 62: 12-18.
2832       http://dx.doi.org/10.1080/15298660108984604.

2833  Kim, JS; Seo, JW; Lee, YM; Chi, JG. (1999). Cardiac laterality and ventricular looping in retinoic acid-
2834       treated rat embryos. J Korean Med Sci 14: 138-146.
2835       http://dx.doi.org/10.3346/jkms.1999.14.2.138

2836  Kim, SH; Son, CS; Lee, JW; Tockgo, YC; Chun, YH. (1995). Visceral heterotaxy syndrome induced by
2837       retinoids in mouse embryo. J Korean Med Sci 10: 250-257.
2838       http://dx.doi.org/10.3346/jkms.1995.10.4.250

2839  Kjellstrand, P; Holmquist, B; Alm, P; Kanje, M; Romare, S; Jonsson, I; Månsson, L; Bjerkemo, M.
2840       (1983). Trichloroethylene: Further studies of the effects on body and organ weights and plasma
2841       butyrylcholinesterase activity in mice. Acta Pharmacol Toxicol 53: 375-384.
2842       http://dx.doi.org/10.1111/j.1600-0773.1983.tb03438.x.

2843  Kjellstrand, P; Kanje, M; Bjerkemo, M. (1987). Regeneration of the sciatic nerve in mice and rats
2844       exposed to trichloroethylene. Toxicol Lett 38: 187-191. http://dx.doi.org/10.1016/0378-
2845       4274(87)90127-5

2846  Klein, P; Kurz, J. (1994a). [Reduction of Solvent Concentrations in Surroundings of Dry-Cleaning
2847       Shops]. Bonningheim, Germany: Hohenstein Physiological lnstitute on Clothing.

2848  Klimisch, HJ; Andreae, M; Tillmann, U. (1997). A systematic approach for evaluating the quality of
2849       experimental toxicological and ecotoxicological data. Regul Toxicol Pharmacol 25: 1-5.
2850       http://dx.doi.org/10.1006/rtph.1996.1076

2851  Kołodzińska, A; Heleniak, A; Ratajska, A. (2013). Retinoic acid-induced ventricular non-compacted
2852       cardiomyopathy in mice. Kardiol Pol 71: 447-452. http://dx.doi.org/10.5603/KP.2013.0090

2853  Kraft, JC; Willhite, CC; Juchau, MR. (1994). Embryogenesis in cultured whole rat embryos after
2854       combined exposures to 3,3',5-triiodo-L-thyronine (T3) plus all-trans-retinoic acid and to T3 plus
2855       9-cis-retinoic acid. J Craniofac Genet Dev Biol 14: 75-86.

2856  Kumar, P; Prasad, A; Mani, U; Maji, B; Dutta, K. (2001). Trichloroethylene induced testicular toxicity
2857       in rats exposed by inhalation. Hum Exp Toxicol 20: 585-589.
2858       http://dx.doi.org/10.1191/096032701718620882

2859  Kumar, P; Prasad, AK; Saxena, DK; Manu, U; Maji, BK; Dutta, KK. (2000). Fertility and general
2860       reproduction studies in trichloroethylene exposed rats. Indian Journal of Occupational Health 43:
2861       117-126.

2862  Laborde, JB; Pipkin, JL; Hinson, WG; Anson, JF; Sheehan, DM; Young, JF; Hansen, DK. (1995).
2863       Retinoic acid-induced stress protein-synthesis in the mouse. Life Sci 56: 1767-1778.
2864       http://dx.doi.org/10.1016/0024-3205(95)00148-Y

2865  Labra, M; Mattia, F; Bernasconi, M; Bertacchi, D; Grassi, F; Bruni, I; Citterio, S. (2010). The Combined
2866       Toxic and Genotoxic Effects of Chromium and Volatile Organic Contaminants to
2867       Pseudokirchneriella subcapitata. Water Air Soil Pollut 213: 57-70.
2868       http://dx.doi.org/10.1007/s11270-010-0367-3

2869  Lagakos, SW; Wessen, BJ; Zelen, M. (1986). An analysis of contaminated well water and health effects
2870       in Woburn, Massachusetts. J Am Stat Assoc 81: 583-596. http://dx.doi.org/10.2307/2288982

2871  Lash, LH; Nelson, RM; Van Dyke, RA; Anders, MW. (1990). Purification and characterization of
2872       human kidney cytosolic cysteine conjugate beta-lyase activity. Drug Metab Dispos 18: 50-54.

2873  Lash, LH; Chiu, WA; Guyton, KZ; Rusyn, I. (2014). Trichloroethylene biotransformation and its role in
2874       mutagenicity, carcinogenicity and target organ toxicity [Review]. Mutat Res Rev Mutat Res 762:
2875       22-36. http://dx.doi.org/10.1016/j.mrrev.2014.04.003.
2876  LeBlanc, GA. (1980). Acute toxicity of priority pollutants to water flea (Daphnia magna). Bull Environ
2877       Contam Toxicol 24: 684-691. http://dx.doi.org/10.1007/BF01608174
2878  Lee, Yo; Kim, JSu; Han, SY; Park, Ku; Jang, SJa; Seo, JW. (1998). Abnormal ventricular looping and
2879       abnormal laterality of the atrial chambers are the main morphogenetic mechanisms of cardiac
2880       lesions in cultured rat embryos treated with retinoic acid. J Korean Med Sci 13: 117-122.
2881  Leblanc, M; Allen, JG; Herrick, RF; Stewart, JH. (2018). Comparison of the near field/far field model
2882       and the advanced reach tool (ART) model V1.5: exposure estimates to benzene during parts
2883       washing with mineral spirits. Int J Hyg Environ Health 221: 231-238.
2884       http://dx.doi.org/10.1016/j.ijheh.2017.10.016
2885  Lehmann, I; Rehwagen, M; Diez, U; Seiffart, A; Rolle-Kampczyk, U; Richter, M; Wetzig, H; Borte, M;
2886       Herbarth, O. (2001). Enhanced in vivo IgE production and T cell polarization toward the type 2
2887       phenotype in association with indoor exposure to VOC: Results of the LARS study. Int J Hyg
2888       Environ Health 204: 211-221. http://dx.doi.org/10.1078/1438-4639-00100.
2889  Lehmann, I; Thoelke, A; Rehwagen, M; Rolle-Kampczyk, U; Schlink, U; Schulz, R; Borte, M; Diez, U;
2890       Herbarth, O. (2002). The influence of maternal exposure to volatile organic compounds on the
2891       cytokine secretion profile of neonatal T cells. Environ Toxicol 17: 203-210.
2892       http://dx.doi.org/10.1002/tox.10055.
2893  Leighton, DT, Jr; Calo, JM. (1981). Distribution coefficients of chlorinated hydrocarbons in dilute air-
2894       water systems for groundwater contamination applications. Journal of Chemical and Engineering
2895       Data 26: 382-585. http://dx.doi.org/10.1021/je00026a010
2896  Lide, DR. (2007). CRC handbook of chemistry and physics: A ready-reference book of chemical and
2897       physical data. In DR Lide (Ed.), (88th ed.). Boca Raton, FL: CRC Press.
2898  Lindstrom, AB; Proffitt, D; Fortune, CR. (1995). Effects of modified residential construction on indoor
2899       air quality. Indoor Air 5: 258-269. http://dx.doi.org/10.1111/j.1600-0668.1995.00005.x
2900  Linkov, I; Massey, O; Keisler, J; Rusyn, I; Hartung, T. (2015). From "Weight of Evidence" to
2901       Quantitative Data Integration using Multicriteria Decision Analysis and Bayesian Methods.
2902       ALTEX 32: 3-8. http://dx.doi.org/10.14573/altex.1412231
2903  Lipworth, L; Sonderman, JS; Mumma, MT; Tarone, RE; Marano, DE; Boice, JD; Mclaughlin, JK.
2904       (2011). Cancer mortality among aircraft manufacturing workers: an extended follow-up. J Occup
2905       Environ Med 53: 992-1007. http://dx.doi.org/10.1097/JOM.0b013e31822e0940
2906  Liu, J. (2009). Clinical Analysis of Seven Cases of Trichloroethylene Medicamentose-like Dermatitis.
2907       Ind Health 47: 685-688.
2908  Liu, M, ei; Choi, DY; Hunter, RL; Pandya, JD; Cass, WA; Sullivan, PG; Kim, HC; Gash, D; Bing, G.
2909       (2010). Trichloroethylene induces dopaminergic neurodegeneration in Fisher 344 rats. J
2910       Neurochem 112: 773-783. http://dx.doi.org/10.1111/j.1471-4159.2009.06497.x
2911  Loch-Caruso, R; Hassan, I; Harris, SM; Kumar, A; Bjork, F; Lash, LH. (2019). Trichloroethylene
2912       exposure in mid-pregnancy decreased fetal weight and increased placental markers of oxidative
2913       stress in rats. Reprod Toxicol 83: 38-45. http://dx.doi.org/10.1016/j.reprotox.2018.11.002.
2914  Loeber, C; Hendrix, M; Diez De Pinos, S; Goldberg, S. (1988). Trichloroethylene: A cardiac teratogen
2915       in developing chick embryos. Pediatr Res 24: 740-744. http://dx.doi.org/10.1203/00006450-
2916       198812000-00018
2917  Long, JL; Stensel, HD; Ferguson, JF; Strand, SE; Ongerth, JE. (1993). Anaerobic and aerobic treatment
2918       of chlorinated aliphatic compounds. J Environ Eng 119: 300-320.

2919   Lukavsky, J; Furnadzhieva, S; Dittrt, F. (2011). Toxicity of Trichloroethylene (TCE) on Some Algae
2920        and Cyanobacteria. Bull Environ Contam Toxicol 86: 226-231.
2921        http://dx.doi.org/10.1007/s00128-011-0195-1
2922   Luo, YS; Furuya, S; Soldatov, VY; Kosyk, O; Yoo, HS; Fukushima, H; Lewis, L; Iwata, Y; Rusyn, I.
2923        (2018). Metabolism and Toxicity of Trichloroethylene and Tetrachloroethylene in Cytochrome
2924        P450 2E1 Knockout and Humanized Transgenic Mice. Toxicol Sci 164: 489-500.
2925        http://dx.doi.org/10.1093/toxsci/kfy099.
2926   Lutz, WK; Gaylor, DW; Conolly, RB; Lutz, RW. (2005). Nonlinearity and thresholds in dose-response
2927        relationships for carcinogenicity due to sampling variation, logarithmic dose scaling, or small
2928        differences in individual susceptibility [Review]. Toxicol Appl Pharmacol 207: S565-S569.
2929        http://dx.doi.org/10.1016/j.taap.2005.01.038
2930   Mackay, D; Paterson, S; Shiu, WY. (1992). Generic models for evaluating the regional fate of
2931        chemicals. Chemosphere 24: 695-717.
2932   Makris, SL; Scott, CS; Fox, J; Knudsen, TB; Hotchkiss, AK; Arzuaga, X; Euling, SY; Powers, CM;
2933        Jinot, J; Hogan, KA; Abbott, BD; Hunter, ES; Narotsky, MG. (2016). A systematic evaluation of
2934        the potential effects of trichloroethylene exposure on cardiac development [Review]. Reprod
2935        Toxicol 65: 321-358. http://dx.doi.org/10.1016/j.reprotox.2016.08.014
2936   Makwana, O; Ahles, L; Lencinas, A; Selmin, OI; Runyan, RB. (2013). Low-dose trichloroethylene
2937        alters cytochrome P450-2C subfamily expression in the developing chick heart. Cardiovasc
2938        Toxicol 13: 77-84. http://dx.doi.org/10.1007/s12012-012-9180-0
2939   Makwana, O; King, NM; Ahles, L; Selmin, O; Granzier, HL; Runyan, RB. (2010). Exposure to low-
2940        dose trichloroethylene alters shear stress gene expression and function in the developing chick
2941        heart. Cardiovasc Toxicol 10: 100-107. http://dx.doi.org/10.1007/s12012-010-9066-y
2942   Malarkey, DE; Bucher, JR. (2011). Summary report of the National Toxicology Program and
2943        Environmental Protection Agency-sponsored review of pathology materials from selected
2944        Ramazzini Institute rodent cancer bioassays [NTP]. Research Triangle Park: National
2945        Toxicology Program.
2946        http://ntp.niehs.nih.gov/ntp/about_ntp/partnerships/international/summarypwg_report_ri_bioassa
2947        ys.pdf
2948   Maltoni, C; Lefemine, G; Cotti, G. (1986). Experimental research on trichloroethylene carcinogenesis.
2949        In Experimental research on trichloroethylene carcinogenesis. Princeton, NJ: Princeton Scientific
2950        Publishing.
2951   Mao, B; Qiu, J; Zhao, N; Shao, Y; Dai, W; He, W; Cui, H; Lin, X; Lv, L; Tang, Z; Xu, S; Huang, H;
2952        Zhou, M; Xu, X; Qiu, W; Liu, Q; Zhang, Y. (2017). Maternal folic acid supplementation and
2953        dietary folate intake and congenital heart defects. PLoS ONE 1: 1-14.
2954        http://dx.doi.org/10.1371/journal.pone.0187996
2955   Marquart, H; Franken, R; Goede, H; Fransman, W; Schinkel, J. (2017). Validation of the dermal
2956        exposure model in ECETOC TRA. Annals of Work Exposures and Health 61: 854-871.
2957        http://dx.doi.org/10.1093/annweh/wxx059
2958   McDaniel, T; Martin, P; Ross, N; Brown, S; Lesage, S; Pauli, B. (2004). Effects of chlorinated solvents
2959        on four species of North American amphibians. Arch Environ Contam Toxicol 47: 101-109.
2960   Miligi, L; Costantini, AS; Benvenuti, A; Kriebel, D; Bolejack, V; Tumino, R; Ramazzotti, V; Rodella,
2961        S; Stagnaro, E; Crosignani, P; Amadori, D; Mirabelli, D; Sommani, L; Belletti, I; Troschel, L;
2962        Romeo, L; Miceli, G; Tozzi, GA; Mendico, V; Vineis, P. (2006). Occupational exposure to
2963        solvents and the risk of lymphomas. Epidemiology 17: 552-561.
2964        http://dx.doi.org/10.1097/01.ede.0000231279.30988.4d

2965   Mishima, N; Hoffman, S; Hill, EG; Krug, EL. (2006). Chick embryos exposed to trichloroethylene in an
2966         ex ovo culture model show selective defects in early endocardial cushion tissue formation. Birth
2967         Defects Res A Clin Mol Teratol 76: 517-527. http://dx.doi.org/10.1002/bdra.20283
2968   Miura, S; Miyagawa, S; Morishima, M; Ando, M; Takao, A. (1990). Retinoic acid-induced visceroatrial
2969         heterotaxy syndrome in rat embryos. In EB Clark; A Takao (Eds.), (pp. 467-484). Mount Kisco,
2970         NY: Futura Publishing Company.
2971   Moore, LE; Boffetta, P; Karami, S; Brennan, P; Stewart, PS; Hung, R; Zaridze, D; Matveev, V; Janout,
2972         V; Kollarova, H; Bencko, V; Navratilova, M; Szeszenia-Dabrowska, N; Mates, D; Gromiec, J;
2973         Holcatova, I; Merino, M; Chanock, S; Chow, WH; Rothman, N. (2010). Occupational
2974         trichloroethylene exposure and renal carcinoma risk: Evidence of genetic susceptibility by
2975         reductive metabolism gene variants. Cancer Res 70: 6527-6536. http://dx.doi.org/10.1158/0008-
2976         5472.CAN-09-4167
2977   Morgan, RW; Kelsh, MA; Zhao, K; Heringer, S. (1998). Mortality of aerospace workers exposed to
2978         trichloroethylene. Epidemiology 9: 424-431.
2979   Morris, M; Wolf, K. (2005). Evaluation of New and Emerging Technologies for Textile Cleaning.
2980         Institute for Research and Technical Assistance (IRTA).
2981         http://wsppn.org/pdf/irta/Emerging_Technologies_Textile_%20Clea.pdf
2982   NAC/AEGL. (2009). Trichloroethylene (CAS reg. no. 79-01-6): Interim acute exposure guidelines
2983         levels (AEGLs) [AEGL]. Washington, DC: National Advisory Committee for Acute Exposure
2984         Guideline Levels. https://www.epa.gov/sites/production/files/2014-
2985         08/documents/trichloroethylene_interim_dec_2008_v1.pdf
2986   Nakajima, T; Yamanoshita, O; Kamijima, M; Kishi, R; Ichihara, G. (2003). Generalized skin reactions
2987         in relation to trichloroethylene exposure: a review from the viewpoint of drug-metabolizing
2988         enzymes [Review]. J Occup Health 45: 8-14.
2989   Nakajima, Y; Hiruma, T; Nakazawa, M; Morishima, M. (1996). Hypoplasia of cushion ridges in the
2990         proximal outflow tract elicits formation of a right ventricle-to-aortic route in retinoic acid-
2991         induced complete transposition of the great arteries in the mouse: scanning electron microscopic
2992         observations of corrosion cast models. Anat Rec 245: 76-82.
2993         http://dx.doi.org/10.1002/(SICI)1097-0185(199605)245:1<76::AID-AR12>3.0.CO;2-6
2994   Narematsu, M; Kamimura, T; Yamagishi, T; Fukui, M; Nakajima, Y. (2015). Impaired development of
2995         left anterior heart field by ectopic retinoic acid causes transposition of the great arteries. J Am
2996         Heart Assoc 4: e001889. http://dx.doi.org/10.1161/JAHA.115.001889
2997   Narotsky, MG; Kavlock, RJ. (1995). A multidisciplinary approach to toxicological screening: II.
2998         Developmental toxicity. J Toxicol Environ Health 45: 145-171.
2999         http://dx.doi.org/10.1080/15287399509531987
3000   Narotsky, MG; Weller, EA; Chinchilli, VM; Kavlock, RJ. (1995). Nonadditive developmental toxicity
3001         in mixtures of trichloroethylene, di(2-ethylhexyl) phthalate, and heptachlor in a 5 x 5 x 5 design.
3002         Fundam Appl Toxicol 27: 203-216. http://dx.doi.org/10.1093/toxsci/27.2.203
3003   NCI. (1976). Carcinogenesis bioassay of trichloroethylene. (NCI-CG-TR-2). Bethesda, MD: U.S.
3004         Department of Health, Education, and Welfare, Public Health Service, National Institutes of
3005         Health. http://ntp.niehs.nih.gov/ntp/htdocs/LT_rpts/tr002.pdf
3006   Nicas, M. (2009). The near field/far field (two-box) model with a constant contamination emission rate.
3007         In CB Keil; CE Simmons; TR Anthony (Eds.), (2nd ed., pp. 47-52). Fairfax, VA: AIHA Press.
3008   NICNAS. (2000). Trichloroethylene: Priority existing chemical assessment report no. 8. (8). Sydney,
3009         Australia. http://www.nicnas.gov.au/Publications/CAR/PEC/PEC8.asp
3010   Niederlehner, B; Cairns, J; Smith, E. (1998). Modeling acute and chronic toxicity of nonpolar narcotic
3011         chemicals and mixtures to Ceriodaphnia dubia. Ecotoxicol Environ Saf 39: 136-146.
3012         http://dx.doi.org/10.1006/eesa.1997.1621

3013  Nielsen, PH; Bjerg, PL; Nielsen, P; Smith, P; Christensen, TH. (1996). In situ and laboratory determined
3014      first-order degradation rate constants of specific organic compounds in an aerobic aquifer.
3015      Environ Sci Technol 30: 31-37. http://dx.doi.org/10.1021/es940722o
3016  NIOSH. (2001). Respirator Usage in Private Sector Firms. Washington D.C.: United States Department
3017      of Labor, Bureau of Labor Statistics and National Institute for Occupational Safety and Health.
3018      https://www.cdc.gov/niosh/docs/respsurv/
3019  Nordström, M; Hardell, L; Magnuson, A; Hagberg, H; Rask-Andersen, A. (1998). Occupational
3020      exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a
3021      case-control study. Br J Cancer 77: 2048-2052.
3022  NRC. (2001). Standing Operating Procedures for Developing Acute Exposure Guideline Levels for
3023      Hazardous Chemicals. http://www.nap.edu/catalog.php?record_id=10122
3024  NRC. (2006). Assessing the human health risks of trichloroethylene: Key scientific issues. Washington,
3025      DC: The National Academies Press. http://www.nap.edu/catalog.php?record_id=11707
3026  NTP. (1988). Toxicology and carcinogenesis studies of trichloroethylene (CAS No. 79-01-6) in four
3027      strains of rats (ACI, August, Marshall, Osborne-Mendel) (gavage studies). Research Triangle
3028      Park, NC: U.S. Department of Health and Human Services, Public Health Service, National
3029      Institutes of Health. http://ntp.niehs.nih.gov/ntp/htdocs/LT_rpts/tr273.pdf
3030  NTP. (2015). Handbook for conducting a literature-based health assessment using OHAT approach for
3031      systematic review and evidence integration. U.S. Dept. of Health and Human Services, National
3032      Toxicology Program. https://ntp.niehs.nih.gov/ntp/ohat/pubs/handbookjan2015_508.pdf
3033  Oku, S; Tanaka, Y; Kaname, T; Matsuda, Y; Miyata, K. (1995). Cardiac malformations induced by all-
3034      trans retinoic acid (RA) in Wistar rats [Abstract]. Congenit Anom 35: 388-389.
3035  O'Neil, MJ; Heckelman, PE; Koch, CB. (2006). The Merck index: An encyclopedia of chemicals, drugs,
3036      and biologicals (14th ed.). Whitehouse Station, NJ: Merck & Co.
3037  O'Neil, MJ; Smith, A; Heckelman, PE. (2001). Trichloroethylene. In Merck Index. Whitehouse Station,
3038      NJ: Merck & Co., Inc.
3039  Opdam, JJ. (1989). Intra and interindividual variability in the kinetics of a poorly and highly
3040      metabolising solvent. Br J Ind Med 46: 831-845. http://dx.doi.org/10.1136/oem.46.12.831
3041  Ostádalová, I; Pexieder, T; Ostádal, B; Kolár, F. (1995). Inotropic effect of increasing concentration of
3042      Ca2+ in the fetal rat heart with retinoic acid-induced malformations. Pediatr Res 38: 892-895.
3043      http://dx.doi.org/10.1203/00006450-199512000-00011
3044  Ou, J; Ou, Z; Mccarver, D; Hines, R; Oldham, K; Ackerman, A; Pritchard, K. (2003). Trichloroethylene
3045      decreases heat shock protein 90 interactions with endothelial nitric oxide synthase: implications
3046      for endothelial cell proliferation. Toxicol Sci 73: 90-97. http://dx.doi.org/10.1093/toxsci/kfg062
3047  Palbykin, B; Borg, J; Caldwell, PT; Rowles, J; Papoutsis, AJ; Romagnolo, DF; Selmin, OI. (2011).
3048      Trichloroethylene Induces Methylation of the Serca2 Promoter in H9c2 Cells and Embryonic
3049      Heart. Cardiovasc Toxicol 11: 204-214. http://dx.doi.org/10.1007/s12012-011-9113-3
3050  Pan, J; Baker, KM. (2007). Retinoic acid and the heart [Review]. Vitam Horm 75: 257-283.
3051      http://dx.doi.org/10.1016/S0083-6729(06)75010-5
3052  Peden-Adams, MM; Eudaly, JG; Heesemann, LM; Smythe, J; Miller, J; Gilkeson, GS; Keil, DE. (2006).
3053      Developmental immunotoxicity of trichloroethylene (TCE): Studies in B6C3F1 mice. J Environ
3054      Sci Health A Tox Hazard Subst Environ Eng 41: 249-271.
3055      http://dx.doi.org/10.1080/10934520500455289.
3056  Peden-Adams, MM; Eudaly, JG; Lee, AM; Miller, J; Keil, DE; Gilkeson, GS. (2008). Lifetime exposure
3057      to trichloroethylene (TCE) does not accelerate autoimmune disease in MRL +/+ mice. J Environ
3058      Sci Health A Tox Hazard Subst Environ Eng 43: 1402-1409.
3059      http://dx.doi.org/10.1080/10934520802232063.

3060   Pellizzari, ED; Hartwell, TD; Harris, BS, III; Waddell, RD; Whitaker, DA; Erickson, MD. (1982).
3061         Purgeable organic compounds in mother's milk. Bull Environ Contam Toxicol 28: 322-328.
3062         http://dx.doi.org/10.1007/BF01608515
3063   Pennsylvania State University. (2016). Horse Stable Ventilation. https://extension.psu.edu/horse-stable-
3064         ventilation
3065   Persson, B; Fredrikson, M. (1999). Some risk factors for non-Hodgkin's lymphoma. Int J Occup Med
3066         Environ Health 12: 135-142.
3067   Pesch, B; Haerting, J; Ranft, U; Klimpel, A; Oelschlägel, B; Schill, W. (2000). Occupational risk factors
3068         for renal cell carcinoma: Agent-specific results from a case-control study in Germany. Int J
3069         Epidemiol 29: 1014-1024. http://dx.doi.org/10.1093/ije/29.6.1014
3070   Pexieder, T; Pfizenmaier Rousseil, M; Frutos, JC; Prados Frutos, JC. (1990). Spectrum of cardiac and
3071         extracardiac anomalies induced by retinoic acid in rats [Abstract]. Teratology 41: 584-585, P125.
3072   Poet, TS; Corley, RA; Thrall, KD; Edwards, JA; Tanojo, H; Weitz, KK; Hui, X; Maibach, HI; Wester,
3073         RC. (2000). Assessment of the percutaneous absorption of trichloroethylene in rats and humans
3074         using MS/MS real-time breath analysis and physiologically based pharmacokinetic modeling.
3075         Toxicol Sci 56: 61-72. http://dx.doi.org/10.1093/toxsci/56.1.61
3076   Poole, C; Greenland, S. (1999). Random-effects meta-analyses are not always conservative. Am J
3077         Epidemiol 150: 469-475. http://dx.doi.org/10.1093/oxfordjournals.aje.a010035
3078   Purdue, MP; Bakke, B; Stewart, P; De Roos, AJ; Schenk, M; Lynch, CF; Bernstein, L; Morton, LM;
3079         Cerhan, JR; Severson, RK; Cozen, W; Davis, S; Rothman, N; Hartge, P; Colt, JS. (2011). A
3080         case-control study of occupational exposure to trichloroethylene and non-Hodgkin lymphoma.
3081         Environ Health Perspect 119: 232-238. http://dx.doi.org/10.1289/ehp.1002106
3082   Purdue, MP; Stewart, PA; Friesen, MC; Colt, JS; Locke, SJ; Hein, MJ; Waters, MA; Graubard, BI;
3083         Davis, F; Ruterbusch, J; Schwartz, K; Chow, WH; Rothman, N; Hofmann, JN. (2016).
3084         Occupational exposure to chlorinated solvents and kidney cancer: a case-control study. Occup
3085         Environ Med 74: 268-274. http://dx.doi.org/10.1136/oemed-2016-103849
3086   Raaschou-Nielsen, O; Hansen, J; Mclaughlin, JK; Kolstad, H; Christensen, JM; Tarone, RE; Olsen, JH.
3087         (2003). Cancer risk among workers at Danish companies using trichloroethylene: A cohort study.
3088         Am J Epidemiol 158: 1182-1192. http://dx.doi.org/10.1093/aje/kwg282
3089   Radican, L; Blair, A; Stewart, P; Wartenberg, D. (2008). Mortality of aircraft maintenance workers
3090         exposed to trichloroethylene and other hydrocarbons and chemicals: Extended follow-up. J
3091         Occup Environ Med 50: 1306-1319. http://dx.doi.org/10.1097/JOM.0b013e3181845f7f
3092   Ratajska, A; Ciszek, B; Zajaczkowska, A; Jabłońska, A; Juszyński, M. (2009). Angioarchitecture of the
3093         venous and capillary system in heart defects induced by retinoic acid in mice. Birth Defects Res
3094         A Clin Mol Teratol 85: 599-610. http://dx.doi.org/10.1002/bdra.20578
3095   Ratajska, A; Złotorowicz, R; Błazejczyk, M; Wasiutyñski, A. (2005). Coronary artery embryogenesis in
3096         cardiac defects induced by retinoic acid in mice. Birth Defects Res A Clin Mol Teratol 73: 966-
3097         979. http://dx.doi.org/10.1002/bdra.20200
3098   Reif, DM; Sypa, M; Lock, EF; Wright, FA; Wilson, A; Cathey, T; Judson, RR; Rusyn, I. (2013). ToxPi
3099         GUI: an interactive visualization tool for transparent integration of data from diverse sources of
3100         evidence. Bioinformatics 29: 402-403. http://dx.doi.org/10.1093/bioinformatics/bts686
3101   Rhomberg, LR; Goodman, JE; Bailey, LA; Prueitt, RL; Beck, NB; Bevan, C; Honeycutt, M; Kaminski,
3102         NE; Paoli, G; Pottenger, LH; Scherer, RW; Wise, KC; Becker, RA. (2013). A survey of
3103         frameworks for best practices in weight-of-evidence analyses [Review]. Crit Rev Toxicol 43:
3104         753-784. http://dx.doi.org/10.3109/10408444.2013.832727
3105   Roberts, C; Ivins, S; Cook, AC; Baldini, A; Scambler, PJ. (2006). Cyp26 genes a1, b1 and c1 are down-
3106         regulated in Tbx1 null mice and inhibition of Cyp26 enzyme function produces a phenocopy of

3107   DiGeorge Syndrome in the chick. Hum Mol Genet 15: 3394-3410.
3108       http://dx.doi.org/10.1093/hmg/ddl416
3109   Robinson, KW; Flanagan, SM; Ayotte, JD; Campo, KW; Chalmers, A. (2004). Water Quality in the
3110       New England Coastal Basins, Maine, New Hampshire, Massachusetts, and Rhode Island, 1999-
3111       2001. (NTIS/02928874). Robinson, KW; Flanagan, SM; Ayotte, JD; Campo, KW; Chalmers, A.
3112   Rooney, AA; Boyles, AL; Wolfe, MS; Bucher, JR; Thayer, KA. (2014). Systematic review and evidence
3113       integration for literature-based environmental health science assessments. Environ Health
3114       Perspect 122: 711-718. http://dx.doi.org/10.1289/ehp.1307972
3115   Rott, B; Viswanathan, R; Freitag, D; Korte, F. (1982). Vergleichende Untersuchung der Anwendbarkeit
3116       verschiedener Tests zur Überprüfung der Abbaubarkeit von Umweltchemikalien. Chemosphere
3117       11: 531-538. http://dx.doi.org/10.1016/0045-6535(82)90186-2
3118   Ruckart, PZ; Bove, FJ; Maslia, M. (2013). Evaluation of exposure to contaminated drinking water and
3119       specific birth defects and childhood cancers at Marine Corps Base Camp Lejeune, North
3120       Carolina: a case--control study. Environ Health 12: 104. http://dx.doi.org/10.1186/1476-069X-
3121       12-104
3122   Ruckart, PZ; Bove, FJ; Maslia, M. (2014). Evaluation of contaminated drinking water and preterm birth,
3123       small for gestational age, and birth weight at Marine Corps Base Camp Lejeune, North Carolina:
3124       a cross-sectional study. Environ Health 13: 99. http://dx.doi.org/10.1186/1476-069X-13-99
3125   Rufer, ES; Hacker, TA; Flentke, GR; Drake, VJ; Brody, MJ; Lough, J; Smith, SM. (2010). Altered
3126       cardiac function and ventricular septal defect in avian embryos exposed to low-dose
3127       trichloroethylene. Toxicol Sci 113: 444-452. http://dx.doi.org/10.1093/toxsci/kfp269
3128   Ruijten, MW; Verberk, MM; Sallé, HJ. (1991). Nerve function in workers with long term exposure to
3129       trichloroethene. Br J Ind Med 48: 87-92.
3130   Saillenfait, AM; Langonne, I; Sabate, JP. (1995). Developmental toxicity of trichloroethylene,
3131       tetrachloroethylene and four of their metabolites in rat whole embryo culture. Arch Toxicol 70:
3132       71-82. http://dx.doi.org/10.1007/BF02733666.
3133   Salama, MM; El-Naggar, DA; Abdel-Rahman, RH; Elhak, SAG. (2018). Toxic Effects of
3134       Trichloroethylene on Rat Neuroprogenitor Cells.  9: 741.
3135       http://dx.doi.org/10.3389/fphar.2018.00741.
3136   Sanchez-Fortun, S; Sanz, F; Santa-Maria, A; Ros, JM; De Vicente, ML; Encinas, MT; Vinagre, E;
3137       Barahona, MV. (1997). Acute sensitivity of three age classes of Artemia salina larvae to seven
3138       chlorinated solvents. Bull Environ Contam Toxicol 59: 445-451.
3139       http://dx.doi.org/10.1007/s001289900498
3140   Sanders, VM; Tucker, AN; White, KL, Jr; Kauffmann, BM; Hallett, P; Carchman, RA; Borzelleca, JF;
3141       Munson, AE. (1982). Humoral and cell-mediated immune status in mice exposed to
3142       trichloroethylene in the drinking water. Toxicol Appl Pharmacol 62: 358-368.
3143       http://dx.doi.org/10.1016/0041-008X(82)90138-7
3144   Sato, A; Nakajima, T; Fujiwara, Y; Murayama, N. (1977). A pharmacokinetic model to study the
3145       excretion of trichloroethylene and its metabolites after an inhalation exposure. Br J Ind Med 34:
3146       56-63.
3147   Sauer, TC. (1981). Volatile organic compounds in open ocean and coastal surface waters. Organic
3148       Geochemistry 3: 91-101.
3149   Sax, SN; Bennett, DH; Chillrud, SN; Kinney, PL; Spengler, JD. (2004). Differences in source emission
3150       rates of volatile organic compounds in inner-city residences of New York City and Los Angeles.
3151       J Expo Anal Environ Epidemiol 14: S95-109. http://dx.doi.org/10.1038/sj.jea.7500364
3152   Schell, JD, Jr. (1987) Interactions of halogenated hydrocarbon mixtures in the embryo of the Japanese
3153       medaka (Oryzias latipes). (Doctoral Dissertation). Rutgers University, New Brunswick, NJ.

3154 Schmidt, KR; Tiehm, A. (2008). Natural attenuation of chloroethenes: identification of sequential
3155 reductive/oxidative biodegradation by microcosm studies. Water Sci Technol 58: 1137-1145.
3156 http://dx.doi.org/10.2166/wst.2008.729
3157 Schwarzenbach, RP; Gschwend, PM; Imboden, DM. (2003). Environmental Organic Chemistry (2 ed.).
3158 Hoboken, New Jersey: John Wiley & Sons.
3159 Schwetz, BA; Leong, BKJ; Gehring, PJ. (1975). The effect of maternally inhaled trichloroethylene,
3160 perchloroethylene, methyl chloroform, and methylene chloride on embryonal and fetal
3161 development in mice and rats. Toxicol Appl Pharmacol 32: 84-96.
3162 http://dx.doi.org/10.1016/0041-008X(75)90197-0
3163 Selgrade, MK; Gilmour, MI. (2010). Suppression of pulmonary host defenses and enhanced
3164 susceptibility to respiratory bacterial infection in mice following inhalation exposure to
3165 trichloroethylene and chloroform. J Immunotoxicol 7: 350-356.
3166 http://dx.doi.org/10.3109/1547691X.2010.520139
3167 Selmin, OI; Thorne, PA; Caldwell, PT; Taylor, MR. (2008). Trichloroethylene and trichloroacetic acid
3168 regulate calcium signaling pathways in murine embryonal carcinoma cells p19. Cardiovasc
3169 Toxicol 8: 47-56. http://dx.doi.org/10.1007/s12012-008-9014-2
3170 Sexton, K; Mongin, SJ; Adgate, JL; Pratt, GC; Ramachandran, G; Stock, TH; Morandi, MT. (2007).
3171 Estimating volatile organic compound concentrations in selected microenvironments using time-
3172 activity and personal exposure data. J Toxicol Environ Health A 70: 465-476.
3173 http://dx.doi.org/10.1080/15287390600870858
3174 Shelton, KL; Nicholson, KL. (2014). Pharmacological classification of the abuse-related discriminative
3175 stimulus effects of trichloroethylene vapor. 3: 235839. http://dx.doi.org/10.4303/jdar/235839
3176 Siemiatycki, J, . (1991). Risk factors for cancer in the workplace. In J Siemiatycki (Ed.). Boca Raton,
3177 FL: CRC Press.
3178 Silver, SR; Pinkerton, LE; Fleming, DA; Jones, JH; Allee, S; Luo, L; Bertke, SJ. (2014). Retrospective
3179 Cohort Study of a Microelectronics and Business Machine Facility. Am J Ind Med 57: 412-424.
3180 http://dx.doi.org/10.1002/ajim.22288
3181 Singh, HB; Salas, LJ; Stiles, RE. (1983). Selected man-made halogenated chemicals in the air and
3182 oceanic environment. J Geophys Res 88: 3675-3683.
3183 Sinning, AR. (1998). Role of vitamin A in the formation of congenital heart defects [Review]. Anat Rec
3184 253: 147-153. http://dx.doi.org/10.1002/(SICI)1097-0185(199810)253:5<147::AID-
3185 AR8>3.0.CO;2-0
3186 Siu, BL; Alonzo, MR; Vargo, TA; Fenrich, AL. (2002). Transient dilated cardiomyopathy in a newborn
3187 exposed to idarubicin and all-trans-retinoic acid (ATRA) early in the second trimester of
3188 pregnancy. Int J Gynecol Cancer 12: 399-402.
3189 Smith, AD; Bharath, A; Mallard, C; Orr, D; Smith, K; Sutton, JA; Vukmanich, J; McCarty, LS; Ozburn,
3190 GW. (1991). The acute and chronic toxicity of ten chlorinated organic compounds to the
3191 American flagfish (Jordanella floridae). Arch Environ Contam Toxicol 20: 94-102.
3192 http://dx.doi.org/10.1007/BF01065334
3193 Smith, EP; Lipkovich, I; Ye, K. (2002). Weight-of-Evidence (WOE): Quantitative Estimation of
3194 Probability of Impairment for Individual and Multiple Lines of Evidence. Hum Ecol Risk Assess
3195 8: 1585-1596.
3196 Smith, MK; Randall, JL; Read, EJ; Stober, JA. (1989). Teratogenic activity of trichloroacetic acid in the
3197 rat. Teratology 40: 445-451. http://dx.doi.org/10.1002/tera.1420400506
3198 Smith, MK; Randall, JL; Read, EJ; Stober, JA. (1992). Developmental toxicity of dichloroacetate in the
3199 rat. Teratology 46: 217-223. http://dx.doi.org/10.1002/tera.1420460305

3200  Smith, SM; Dickman, ED. (1997). New insights into retinoid signaling in cardiac development and
3201       physiology. Trends Cardiovasc Med 7: 324-329. http://dx.doi.org/10.1016/S1050-
3202       1738(97)00096-0
3203  Stefanovic, S; Zaffran, S. (2017). Mechanisms of retinoic acid signaling during cardiogenesis [Review].
3204       Mech Dev 143: 9-19. http://dx.doi.org/10.1016/j.mod.2016.12.002
3205  Stuckhardt, JL; Poppe, SM. (1984). Fresh visceral examination of rat and rabbit fetuses used in
3206       teratogenicity testing. Teratog Carcinog Mutagen 4: 181-188.
3207       http://dx.doi.org/10.1002/tcm.1770040203
3208  Su, FC; Mukherjee, B; Batterman, S. (2013). Determinants of personal, indoor and outdoor VOC
3209       concentrations: An analysis of the RIOPA data. Environ Res 126: 192-203.
3210       http://dx.doi.org/10.1016/j.envres.2013.08.005
3211  Swartz, MD; Cai, Y; Chan, W; Symanski, E; Mitchell, LE; Danysh, HE; Langlois, PH; Lupo, PJ.
3212       (2015). Air toxics and birth defects: a Bayesian hierarchical approach to evaluate multiple
3213       pollutants and spina bifida. Environ Health 14: 16. http://dx.doi.org/10.1186/1476-069X-14-16
3214  Taylor, DH; Lagory, KE; Zaccaro, DJ; Pfohl, RJ; Laurie, RD. (1985). Effect of trichloroethylene on the
3215       exploratory and locomotor activity of rats exposed during development. Sci Total Environ 47:
3216       415-420. http://dx.doi.org/10.1016/0048-9697(85)90345-6
3217  Taylor, IM; Wiley, MJ; Agur, A. (1980). Retinoic acid-induced heart malformations in the hamster.
3218       Teratology 21: 193-197. http://dx.doi.org/10.1002/tera.1420210210
3219  Tielemans, E; Schneider, T; Goede, H; Tischer, M; Warren, N; Kromhout, H; Van Tongeren, M; Van
3220       Hemmen, J; Cherrie, JW. (2008). Conceptual model for assessment of inhalation exposure:
3221       Defining modifying factors. Ann Occup Hyg 52: 577-586.
3222       http://dx.doi.org/10.1093/annhyg/men059
3223  Tobajas, M; Verdugo, V; Polo, AM; Rodriguez, JJ; Mohedano, AF. (2016). Assessment of toxicity and
3224       biodegradability on activated sludge of priority and emerging pollutants. Environ Technol 37:
3225       713-721. http://dx.doi.org/10.1080/09593330.2015.1079264
3226  Tsai, KP; Chen, CY. (2007). An algal toxicity database of organic toxicants derived by a closed-system
3227       technique. Environ Toxicol Chem 26: 1931-1939. http://dx.doi.org/10.1897/06-612R.1
3228  Turton, JA; Willars, GB; Haselden, JN; Ward, SJ; Steele, CE; Hicks, RM. (1992). COMPARATIVE
3229       TERATOGENICITY OF 9 RETINOIDS IN THE RAT. Int J Exp Pathol 73: 551-563.
3230  U.S. BLS. (2014). Employee Tenure News Release.
3231       http://www.bls.gov/news.release/archives/tenure_09182014.htm
3232  U.S. BLS. (2016). May 2016 Occupational Employment and Wage Estimates: National Industry-
3233       Specific Estimates [Website]. http://www.bls.gov/oes/tables.htm
3234  U.S. Census Bureau. (2013). Census 2012 Detailed Industry Code List [Database].
3235       https://www.census.gov/topics/employment/industry-occupation/guidance/code-lists.html
3236  U.S. Census Bureau. (2015). Statistics of U.S. Businesses (SUSB).
3237       https://www.census.gov/data/tables/2015/econ/susb/2015-susb-annual.html
3238  U.S. Census Bureau. (2019). Survey of Income and Program Participation data [Website].
3239       https://www.census.gov/programs-surveys/sipp/data/datasets/2008-panel/wave-1.html
3240  U.S. EPA. (1977). Environmental monitoring near industrial sites methylchloroform [EPA Report].
3241       (EPA-560/5-77-025). Washington, DC.
3242  U.S. EPA. (1987). Household solvent products: A national usage survey. (EPA-OTS 560/5-87-005).
3243       Washington, DC: Office of Toxic Substances, Office of Pesticides and Toxic Substances.
3244       https://ntrl.ntis.gov/NTRL/dashboard/searchResults.xhtml?searchQuery=PB88132881
3245  U.S. EPA. (1988). Recommendations for and documentation of biological values for use in risk
3246       assessment [EPA Report] (pp. 1-395). (EPA/600/6-87/008). Cincinnati, OH: U.S. Environmental

3247  Protection Agency, Office of Research and Development, Office of Health and Environmental
3248  Assessment. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=34855
3249  U.S. EPA. (1991). Guidelines for developmental toxicity risk assessment (pp. 1-71). (EPA/600/FR-
3250  91/001). Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum.
3251  http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=23162
3252  U.S. EPA. (1992). Guidelines for exposure assessment. Federal Register 57(104):22888-22938 [EPA
3253  Report]. (EPA/600/Z-92/001). Washington, DC.
3254  http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=15263
3255  U.S. EPA. (1994a). Guidelines for Statistical Analysis of Occupational Exposure Data: Final. United
3256  States Environmental Protection Agency :: U.S. EPA.
3257  U.S. EPA. (1994b). Methods for derivation of inhalation reference concentrations and application of
3258  inhalation dosimetry [EPA Report]. (EPA/600/8-90/066F). Research Triangle Park, NC: U.S.
3259  Environmental Protection Agency, Office of Research and Development, Office of Health and
3260  Environmental Assessment, Environmental Criteria and Assessment Office.
3261  https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=71993&CFID=51174829&CFTOKEN=2
3262  5006317
3263  U.S. EPA. (1996). Guidelines for reproductive toxicity risk assessment (pp. 1-143). (EPA/630/R-
3264  96/009). Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum.
3265  https://www.epa.gov/sites/production/files/2014-11/documents/guidelines_repro_toxicity.pdf
3266  U.S. EPA. (1998). Guidelines for ecological risk assessment [EPA Report]. (EPA/630/R-95/002F).
3267  Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum.
3268  https://www.epa.gov/risk/guidelines-ecological-risk-assessment
3269  U.S. EPA. (2001). Sources, emission and exposure for trichloroethylene (TCE) and related chemicals
3270  [EPA Report]. In Govt Reports Announcements & Index (pp. 138). (EPA/600/R-00/099).
3271  Washington, DC. https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=21006
3272  U.S. EPA. (2002). A review of the reference dose and reference concentration processes (pp. 1-192).
3273  (EPA/630/P-02/002F). Washington, DC: U.S. Environmental Protection Agency, Risk
3274  Assessment Forum. http://www.epa.gov/osa/review-reference-dose-and-reference-concentration-
3275  processes
3276  U.S. EPA. (2003a). Attachment 1-3 Guidance for Developing Ecological Soil Screening Levels (Eco-
3277  SSLs): Evaluation of Dermal Contact and Inhalation Exposure Pathways for the Purpose of
3278  Setting Eco-SSLs. (OSWER9285755E). Washington, DC: .S. Environmental Protection Agency,
3279  Office of Solid Waste and Emergency Response.
3280  https://www.epa.gov/sites/production/files/2015-09/documents/ecossl_attachment_1-3.pdf
3281  U.S. EPA. (2003b). Guidance for developing ecological soil screening levels (Eco-SSLs): Review of
3282  background concentration for metals - Attachment 1-4 [EPA Report]. (OSWER Directive 92857-
3283  55). Washington, DC.
3284  U.S. EPA. (2005). Guidelines for carcinogen risk assessment [EPA Report] (pp. 1-166). (EPA/630/P-
3285  03/001F). Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum.
3286  http://www2.epa.gov/osa/guidelines-carcinogen-risk-assessment
3287  U.S. EPA. (2006). Approaches for the application of physiologically based pharmacokinetic (PBPK)
3288  models and supporting data in risk assessment (Final Report) [EPA Report] (pp. 1-123).
3289  (EPA/600/R-05/043F). Washington, DC: U.S. Environmental Protection Agency, Office of
3290  Research and Development, National Center for Environmental Assessment.
3291  http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=157668
3292  U.S. EPA. (2007). Exposure and fate assessment screening tool (E-FAST): Version 2.0, documentation
3293  manual [EPA Report]. (EPA Contract No. EP-W-04-035). Springfield, VA.
3294  http://www.epa.gov/opptintr/exposure/pubs/efast2man.pdf

3295  U.S. EPA. (2011b). Appendices for the Toxicological review of trichloroethylene (CAS No. 79-01-6) in
3296      support of summary information on the Integrated Risk Information System (IRIS) [EPA
3297      Report]. (EPA/635/R-09/011F). Washington, DC.
3298      https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=P100CB6V.txt
3299  U.S. EPA. (2011c). Exposure factors handbook: 2011 edition (final) [EPA Report]. (EPA/600/R-
3300      090/052F). Washington, DC: U.S. Environmental Protection Agency, Office of Research and
3301      Development, National Center for Environmental Assessment.
3302      http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=236252
3303  U.S. EPA. (2011d). Recommended use of body weight 3/4 as the default method in derivation of the
3304      oral reference dose (pp. 1-50). (EPA/100/R11/0001). Washington, DC: U.S. Environmental
3305      Protection Agency, Risk Assessment Forum, Office of the Science Advisor.
3306      https://www.epa.gov/risk/recommended-use-body-weight-34-default-method-derivation-oral-
3307      reference-dose
3308  U.S. EPA. (2011e). Toxicological review of trichloroethylene (CASRN 79-01-6) in support of summary
3309      information on the Integrated Risk Information System (IRIS) [EPA Report]. (EPA/635/R-
3310      09/011F). Washington, DC.
3311      https://cfpub.epa.gov/ncea/iris/iris_documents/documents/toxreviews/0106tr.pdf
3312  U.S. EPA. (2012a). Benchmark dose technical guidance. (EPA/100/R-12/001). Washington, DC: U.S.
3313      Environmental Protection Agency, Risk Assessment Forum.
3314      https://www.epa.gov/risk/benchmark-dose-technical-guidance
3315  U.S. EPA. (2012b). Estimation Programs Interface Suite™ for Microsoft® Windows, v 4.11 [Computer
3316      Program]. Washington, DC. Retrieved from https://www.epa.gov/tsca-screening-tools/epi-
3317      suitetm-estimation-program-interface
3318  U.S. EPA. (2012c). Sustainable futures P2 framework manual [EPA Report]. (EPA-748-B12-001).
3319      Washington DC. http://www.epa.gov/sustainable-futures/sustainable-futures-p2-framework-
3320      manual
3321  U.S. EPA. (2013a). Final peer review comments for the OPPT trichloroethylene (TCE) draft risk
3322      assessment [Website]. https://www.epa.gov/sites/production/files/2017-
3323      06/documents/tce_consolidated_peer_review_comments_september_5_2013.pdf
3324  U.S. EPA. (2013b). Interpretive assistance document for assessment of discrete organic chemicals.
3325      Sustainable futures summary assessment [EPA Report]. Washington, DC.
3326      http://www.epa.gov/sites/production/files/2015-05/documents/05-iad_discretes_june2013.pdf
3327  U.S. EPA. (2014a). Framework for human health risk assessment to inform decision making. Final
3328      [EPA Report]. (EPA/100/R-14/001). Washington, DC: U.S. Environmental Protection, Risk
3329      Assessment Forum. https://www.epa.gov/risk/framework-human-health-risk-assessment-inform-
3330      decision-making
3331  U.S. EPA. (2014b). TSCA work plan chemical risk assessment. Trichloroethylene: Degreasing, spot
3332      cleaning and arts & crafts uses. (740-R1-4002). Washington, DC: Environmental Protection
3333      Agency, Office of Chemical Safety and Pollution Prevention.
3334      http://www2.epa.gov/sites/production/files/2015-
3335      09/documents/tce_opptworkplanchemra_final_062414.pdf
3336  U.S. EPA. (2014c). Exposure and Fate Assessment Screening Tool Version 2014 (E-FAST 2014).
3337      Washington, DC: Office of Pollution Prevention and Toxics. https://www.epa.gov/tsca-
3338      screening-tools/e-fast-exposure-and-fate-assessment-screening-tool-version-2014
3339  U.S. EPA. (2015a). EDSP: Weight of Evidence Analysis of Potential Interaction with the Estrogen,
3340      Androgen or Thyroid Pathways. Chemical: Glyphosate. Office of Pesticide Programs.
3341      https://www.epa.gov/endocrine-disruption/endocrine-disruptor-screening-program-tier-1-
3342      screening-determinations-and

3343  U.S. EPA. (2015b). Update of human health ambient water quality criteria: Trichloroethylene (TCE) 79-
3344      01-6. (EPA 820-R-15-066). Washington D.C.: Office of Water, Office of Science and
3345      Technology. https://www.regulations.gov/document?D=EPA-HQ-OW-2014-0135-0173
3346  U.S. EPA. (2016b). Instructions for reporting 2016 TSCA chemical data reporting. Washington, DC:
3347      Office of Pollution Prevention and Toxics. https://www.epa.gov/chemical-data-
3348      reporting/instructions-reporting-2016-tsca-chemical-data-reporting
3349  U.S. EPA. (2016c). Non-confidential 2016 Chemical Data Reporting (CDR) Database [Website].
3350      http://www.epa.gov/cdr/
3351  U.S. EPA. (2016d). Public database 2016 chemical data reporting (May 2017 release). Washington, DC:
3352      US Environmental Protection Agency, Office of Pollution Prevention and Toxics. Retrieved
3353      from https://www.epa.gov/chemical-data-reporting
3354  U.S. EPA. (2016e). Supplemental exposure and risk reduction technical report in support of risk
3355      management options for trichloroethylene (TCE) use in consumer aerosol degreasing.
3356      Washington D.C.: Office of Chemical Safety and Pollution Prevention.
3357      https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0163-0023
3358  U.S. EPA. (2016f). Supplemental occupational exposure and risk reduction technical report in support of
3359      risk management options for trichloroethylene (TCE) use in aerosol degreasing. (RIN 2070-
3360      AK03). Washington D.C.: Office of Chemical Safety and Pollution Prevention.
3361      https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0163-0021
3362  U.S. EPA. (2016g). Supplemental occupational exposure and risk reduction technical report in support
3363      of risk management options for trichloroethylene (TCE) use in spot cleaning. (RIN 2070-AK03).
3364      Washington D.C.: Office of Chemical Safety and Pollution Prevention.
3365      https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0163-0024
3366  U.S. EPA. (2016h). Supplemental occupational exposure and risk reduction technical report in support
3367      of risk management options for trichloroethylene (TCE) use in vapor degreasing. (RIN 2070-
3368      AK11). Washington D.C.: Office of Chemical Safety and Pollution Prevention.
3369      https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0387-0126
3370  U.S. EPA. (2016i). Weight of evidence in ecological assessment [EPA Report]. (EPA100R16001).
3371      Washington, DC: Office of the Science Advisor.
3372      https://cfpub.epa.gov/si/si_public_record_report.cfm?dirEntryId=335523
3373  U.S. EPA. (2017a). Chemical test rule data: Trichloroethylene. Washington, DC. Retrieved from
3374      http://java.epa.gov/chemview
3375  U.S. EPA. (2017b). Consumer Exposure Model (CEM) version 2.0: User guide. U.S. Environmental
3376      Protection Agency, Office of Pollution Prevention and Toxics.
3377      https://www.epa.gov/sites/production/files/2017-06/documents/cem_2.0_user_guide.pdf
3378  U.S. EPA. (2017c). Preliminary information on manufacturing, processing, distribution, use, and
3379      disposal: Trichloroethylene [Comment]. (EPA-HQ-OPPT-2016-0737-003). Washington, DC:
3380      Office of Chemical Safety and Pollution Prevention.
3381      https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0737-0003
3382  U.S. EPA. (2017d). Scope of the Risk Evaluation for trichloroethylene. CASRN: 79‐01‐6 [EPA
3383      Report]. (EPA-740-R1-7004). https://www.epa.gov/sites/production/files/2017-
3384      06/documents/tce_scope_06-22-17.pdf
3385  U.S. EPA. (2017e). Strategy for conducting literature searches for trichloroethylene (TCE):
3386      Supplemental document to the TSCA Scope Document. CASRN: 79-01-6 [EPA Report].
3387      https://www.epa.gov/sites/production/files/2017-
3388      06/documents/tce_lit_search_strategy_053017_0.pdf
3389  U.S. EPA. (2017f). Toxics Release Inventory (TRI), reporting year 2015. Retrieved from
3390      https://www.epa.gov/toxics-release-inventory-tri-program/tri-data-and-tools

3391  U.S. EPA. (2017h). Trichloroethylene market and use report. Washington, DC: U.S. Environmental
3392      Protection Agency, Office of Chemical Safety and Pollution Prevention, Chemistry, Economics,
3393      and Sustainable Strategies Division. https://www.epa.gov/sites/production/files/2016-
3394      05/documents/instructions_for_reporting_2016_tsca_cdr_13may2016.pdf
3395  U.S. EPA. (2017i). Trichloroethylene (79‐01‐6) bibliography: Supplemental file for the TSCA
3396      Scope Document [EPA Report]. https://www.epa.gov/sites/production/files/2017-
3397      06/documents/tce_comp_bib.pdf
3398  U.S. EPA. (2018a). 2014 National Emissions Inventory (NEI) data (2 ed.). Washington, DC.
3399      https://www.epa.gov/air-emissions-inventories/2014-national-emissions-inventory-nei-data
3400  U.S. EPA. (2018b). Application of systematic review in TSCA Risk Evaluations. (740-P1-8001).
3401      Washington, DC: U.S. Environmental Protection Agency, Office of Chemical Safety and
3402      Pollution Prevention. https://www.epa.gov/sites/production/files/2018-
3403      06/documents/final_application_of_sr_in_tsca_05-31-18.pdf
3404  U.S. EPA. (2018c). ECOTOX user guide: ECOTOXicology database system. Version 5.0.
3405      https://cfpub.epa.gov/ecotox/
3406  U.S. EPA. (2018d). Problem Formulation of the Risk Evaluation for Trichloroethylene. (EPA-740-R1-
3407      7014). Washington, DC: Office of Chemical Safety and Pollution Prevention, United States
3408      Environmental Protection Agency. https://www.epa.gov/sites/production/files/2018-
3409      06/documents/tce_problem_formulation_05-31-31.pdf
3410  U.S. EPA. (2018e). Strategy for assessing data quality in TSCA Risk Evaluations. Washington DC: U.S.
3411      Environmental Protection Agency, Office of Pollution Prevention and Toxics.
3412  U.S. EPA. (2019a). Consumer Exposure Model (CEM) 2.1 User Guide. (EPA Contract # EP-W-12-
3413      010). Washington, DC.
3414  U.S. EPA. (2019b). Consumer Exposure Model (CEM) 2.1 User Guide - Appendices. (EPA Contract #
3415      EP-W-12-010). Washington, DC.
3416  U.S. EPA. (2019c). Organic chemicals, plastics, and synthetic fibers. (40 CFR Part 414). Washington,
3417      D.C. https://www.ecfr.gov/cgi-bin/text-
3418      idx?SID=5c5a19d4dd729db1e53fb9ca47e16706&mc=true&node=pt40.31.414&rgn=div5
3419  U.S. EPA. (2019d). Biennial Review of 40 CFR Part 503 As Required Under the Clean Water Act
3420      Section 405(d)(2)(C). https://www.epa.gov/sites/production/files/2019-06/documents/2016-
3421      2017-biosolids-biennial-review.pdf
3422  U.S. EPA. (2020a). 2017 National Emissions Inventory complete release: technical support document.
3423      https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-technical-
3424      support-document-tsd
3425  U.S. EPA. (2020b). 2017 Toxics Release Inventory (TRI) data. Washington, DC: US Environmental
3426      Protection Agency. https://www.epa.gov/toxics-release-inventory-tri-program/tri-data-and-tools
3427  USGS. (2003). A national survey of methyl tert-butyl ether and other volatile organic compounds in
3428      drinking-water sources: Results of the random survey. Reston, VA: U.S. Department of the
3429      Interior, U.S. Geological Survey. https://pubs.er.usgs.gov/publication/wri024079
3430  USGS. (2006). Water-quality conditions of Chester Creek, Anchorage, Alaska, 1998-2001. Reston, VA:
3431      U.S. Department of the Interior, U.S. Geological Survey.
3432      https://pubs.er.usgs.gov/publication/sir20065229
3433  Van Maldergem, L; Jauniaux, E; Gillerot, Y. (1992). Morphological features of a case of retinoic acid
3434      embryopathy. Prenat Diagn 12: 699-701. http://dx.doi.org/10.1002/pd.1970120812
3435  Van Raaij, MTM; Janssen, PAH; Piersma, AH. (2003). The relevance of developmental toxicity
3436      endpoints for acute limits settings (pp. 1-88). (RIVM Report 601900004). Nederlands:
3437      Nederlands National Institute for Public Health and the Environment.
3438      http://www2.epa.gov/sites/production/files/2014-04/documents/mtg35b.pdf

3439   Vidal, M; Bassères, A; Narbonne, J. (2001). Potential biomarkers of trichloroethylene and toluene
3440        exposure in Corbicula fluminea. Environ Toxicol Pharmacol 9: 87-97.
3441        http://dx.doi.org/10.1016/S1382-6689(00)00068-5
3442   Vlaanderen, J; Straif, K; Pukkala, E; Kauppinen, T; Kyyronen, P; Martinsen, J; Kjaerheim, K;
3443        Tryggvadottir, L; Hansen, J; Sparen, P, ar; Weiderpass, E. (2013). Occupational exposure to
3444        trichloroethylene and perchloroethylene and the risk of lymphoma, liver, and kidney cancer in
3445        four Nordic countries. Occup Environ Med 70: 393-401. http://dx.doi.org/10.1136/oemed-2012-
3446        101188
3447   Vogel, TM; McCarty, PL. (1985). Biotransformation of tetrachloroethylene to trichloroethylene,
3448        dichloroethylene, vinyl chloride, and carbon dioxide under methanogenic conditions. Appl
3449        Environ Microbiol 49: 1080-1083.
3450   von Grote, J; Hürlimann, C; Scheringer, M; Hungerbühler, K. (2006). Assessing occupational exposure
3451        to perchloroethylene in dry cleaning. J Occup Environ Hyg 3: 606-619.
3452        http://dx.doi.org/10.1080/15459620600912173
3453   Von Grote, J; Hurlimann, JC; Scheringer, M; Hungerbuhler, K. (2003). Reduction of Occupational
3454        Exposure to Perchloroethylene and Trichloroethylene in Metal Degreasing over the Last 30
3455        years: Influence of Technology Innovation and Legislation. J Expo Anal Environ Epidemiol 13:
3456        325-340. http://dx.doi.org/10.1038/sj.jea.7500288
3457   Wallace, LA. (1987). The total exposure assessment methodology (TEAM) study: Summary and
3458        analysis: Volume I [EPA Report]. (EPA/600/6-87/002a). Washington, DC: U.S. Environmental
3459        Protection Agency; Office of Acid Deposition, Environmental Monitoring, and Quality
3460        Assurance.
3461   Wang, R; Zhang, Y; Lan, Q; Holford, TR; Leaderer, B; Zahm, SH; Boyle, P; Dosemeci, M; Rothman,
3462        N; Zhu, Y; Qin, Q; Zheng, T. (2009). Occupational exposure to solvents and risk of non-
3463        Hodgkin lymphoma in Connecticut women. Am J Epidemiol 169: 176-185.
3464        http://dx.doi.org/10.1093/aje/kwn300
3465   Wang, G; Wang, J; Fan, X; Ansari, GAS; Khan, MF. (2012). Protein adducts of malondialdehyde and 4-
3466        hydroxynonenal contribute to trichloroethene-mediated autoimmunity via activating Th17 cells:
3467        dose- and time-response studies in female MRL+/+ mice. Toxicology 292: 113-122.
3468        http://dx.doi.org/10.1016/j.tox.2011.12.001.
3469   Ward, GS; Tolmsoff, AJ; Petrocelli, SR. (1986). ACUTE TOXICITY OF TRICHLOROETHYLENE
3470        TO SALTWATER ORGANISMS. Bull Environ Contam Toxicol 37: 830-836.
3471   Weast, RC; Selby, SM. (1966). Ethene, trichloro. In CRC handbook of chemistry and physics.
3472        Cleaveland, OH: The Chemical Rubber Co.
3473   Weed, DL. (2005). Weight of evidence: A review of concept and methods [Review]. Risk Anal 25:
3474        1545-1557. http://dx.doi.org/10.1111/j.1539-6924.2005.00699.x
3475   Whittaker, C; Rice, F; McKernan, L; Dankovic, D; Lentz, T; Macmahon, K; Kuempel, E; Zumwalde, R;
3476        Schulte, P. (2016). Current Intelligence Bulletin 68: NIOSH Chemical Carcinogen Policy.
3477        Whittaker, C; Rice, F; Mckernan, L; Dankovic, D; Lentz, T; Macmahon, K; Kuempel, E;
3478        Zumwalde, R; Schulte, P.
3479   Whittaker, SG; Johanson, CA. (2011). A profile of the dry cleaning industry in King County,
3480        Washington: Final report. (LHWMP 0048). Seattle, WA: Local Hazardous Waste Management
3481        Program in King County.
3482        http://www.hazwastehelp.org/publications/publications_detail.aspx?DocID=Oh73%2fQilg9Q%3
3483        d
3484   Wichainun, R; Kasitanon, N; Wangkaew, S; Hongsongkiat, S; Sukitawut, W; Louthrenoo, W. (2013).
3485        Sensitivity and specificity of ANA and anti-dsDNA in the diagnosis of systemic lupus
3486        erythematosus: a comparison using control sera obtained from healthy individuals and patients

3487   with multiple medical problems. Asian Pac J Allergy Immunol 31: 292-298.
3488   http://dx.doi.org/10.12932/AP0272.31.4.2013

3489   WHO. (1985). Environmental health criteria: Trichloroethylene. Geneva, Switzerland.

3490   Wikoff, D; Urban, JD; Harvey, S; Haws, LC. (2018). Role of Risk of Bias in Systematic Review for
3491   Chemical Risk Assessment: A Case Study in Understanding the Relationship Between
3492   Congenital Heart Defects and Exposures to Trichloroethylene. Int J Toxicol 37: 125-143.
3493   http://dx.doi.org/10.1177/1091581818754330

3494   Williams, FE; Sickelbaugh, TJ; Hassoun, E. (2006). Modulation by ellagic acid of DCA-induced
3495   developmental toxicity in the zebrafish (Danio rerio). J Biochem Mol Toxicol 20: 183-190.
3496   http://dx.doi.org/10.1002/jbt.20135

3497   Wilmer, JW; Spencer, PJ; Ball, N; Bus, JS. (2014). Assessment of the genotoxicity of trichloroethylene
3498   in the in vivo micronucleus assay by inhalation exposure. Mutagenesis 29: 209-214.
3499   http://dx.doi.org/10.1093/mutage/geu006

3500   Wirbisky, SE; Damayanti, N; Mahapatra, CT; Sepulveda, MS; Irudayaraj, J; Freeman, JL. (2016).
3501   Mitochondrial Dysfunction, Disruption of F-Actin Polymerization, and Transcriptomic
3502   Alterations in Zebrafish Larvae Exposed to Trichloroethylene. Chem Res Toxicol 29: 169-179.
3503   http://dx.doi.org/10.1021/acs.chemrestox.5b00402

3504   Woolhiser, MR; Krieger, SM; Thomas, J; Hotchkiss, JA. (2006). Trichloroethylene (TCE):
3505   Immunotoxicity potential in CD rats following a 4-week vapor inhalation exposure. (031020).
3506   Midland, MI: Dow Chemical Company.

3507   Wright, JM; Evans, A; Kaufman, JA; Rivera-Núñez, Z; Narotsky, MG. (2017). Disinfection by-product
3508   exposures and the risk of specific cardiac birth defects. Environ Health Perspect 125: 269-277.
3509   http://dx.doi.org/10.1289/EHP103

3510   Xavier-Neto, J; Neville, CM; Shapiro, MD; Houghton, L; Wang, GF; Nikovits, W; Stockdale, FE;
3511   Rosenthal, N. (1999). A retinoic acid-inducible transgenic marker of sino-atrial development in
3512   the mouse heart. Development 126: 2677-2687.

3513   Xu, H; Tanphaichitr, N; Forkert, PG; Anupriwan, A; Weerachatyanukul, W; Vincent, R; Leader, A;
3514   Wade, MG. (2004). Exposure to trichloroethylene and its metabolites causes impairment of
3515   sperm fertilizing ability in mice. Toxicol Sci 82: 590-597.
3516   http://dx.doi.org/10.1093/toxsci/kfh277

3517   Xu, X; Yang, R; Wu, N; Zhong, P; Ke, Y; Zhou, L; Yuan, J; Li, G; Huang, H; Wu, B. (2009). Severe
3518   hypersensitivity dermatitis and liver dysfunction induced by occupational exposure to
3519   trichloroethylene. Ind Health 47: 107-112.

3520   Yasui, H; Morishima, M; Nakazawa, M; Ando, M; Aikawa, E. (1999). Developmental spectrum of
3521   cardiac outflow tract anomalies encompassing transposition of the great arteries and
3522   dextroposition of the aorta: pathogenic effect of extrinsic retinoic acid in the mouse embryo.
3523   Anat Rec 254: 253-260. http://dx.doi.org/10.1002/(SICI)1097-0185(19990201)254:2<253::AID-
3524   AR11>3.0.CO;2-4

3525   Yauck, JS; Malloy, ME; Blair, K; Simpson, PM; Mccarver, DG. (2004). Proximity of residence to
3526   trichloroethylene-emitting sites and increased risk of offspring congenital heart defects among
3527   older women. Birth Defects Res A Clin Mol Teratol 70: 808-814.
3528   http://dx.doi.org/10.1002/bdra.20060

3529   Yoshioka, Y; Ose, Y; Sato, T. (1986). Correlation of the five test methods to assess chemical toxicity
3530   and relation to physical properties. Ecotoxicol Environ Saf 12: 15-21.

3531   Zeise, L; Wilson, R; Crouch, EA. (1987). Dose-response relationships for carcinogens: A review
3532   [Review]. Environ Health Perspect 73: 259-306.

3533   Zhang, J. (2015). A review of spontaneous closure of ventricular septal defects.  28: 516-520.

3534  Zhang, L; Bassig, BA; Mora, JL; Vermeulen, R; Ge, Y; Curry, JD; Hu, W; Shen, M; Qiu, C; Ji, Z;
3535         Reiss, B; Mchale, CM; Liu, S; Guo, W; Purdue, MP; Yue, F; Li, L; Smith, MT; Huang, H; Tang,
3536         X; Rothman, N; Lan, Q. (2013). Alterations in serum immunoglobulin levels in workers
3537         occupationally exposed to trichloroethylene. Carcinogenesis.
3538         http://dx.doi.org/10.1093/carcin/bgs403
3539  Zhao, Y; Krishnadasan, A; Kennedy, N; Morgenstern, H; Ritz, B. (2005). Estimated effects of solvents
3540         and mineral oils on cancer incidence and mortality in a cohort of aerospace workers. Am J Ind
3541         Med 48: 249-258. http://dx.doi.org/10.1002/ajim.20216

3542

1 # APPENDICES
2

3 # Appendix A     REGULATORY HISTORY

4 ## A.1     Federal Laws and Regulations
5
6 Table_Apx A-1. Federal Laws and Regulations

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| **EPA Regulations** | | |
| Toxics Substances Control Act (TSCA) - Section 6(a) | Provides EPA with the authority to prohibit or limit the manufacture (including import), processing, distribution in commerce, use or disposal of a chemical if EPA evaluates the risk and concludes that the chemical presents an unreasonable risk to human health or the environment. | Proposed rule under section 6 of TSCA to address the unreasonable risks presented by TCE use in vapor degreasing (82 FR 7432; January 19, 2017). |
| TSCA - Section 6(a) | Provides EPA with the authority to prohibit or limit the manufacture (including import), processing, distribution in commerce, use or disposal of a chemical if EPA evaluates the risk and concludes that the chemical presents an unreasonable risk to human health or the environment | Proposed rule under section 6 of TSCA to address the unreasonable risks presented by TCE use in commercial and consumer aerosol degreasing and for spot cleaning at dry cleaning facilities (81 FR 91592; December 16, 2016). |
| TSCA - Section 6(b) | Directs EPA to promulgate regulations to establish processes for prioritizing chemicals and conducting Risk Evaluations on priority chemicals. In the meantime, EPA is directed to identify and begin Risk Evaluations on 10 chemical substances drawn from the 2014 update of the TSCA Work Plan for Chemical Assessments. | TCE is on the initial list of chemicals to be evaluated for unreasonable risks under TSCA (81 FR 91927, December 19, 2016). |
| TSCA - Section 5(a) | Once EPA determines that a use of a chemical substance is a significant new use under TSCA section 5(a), persons are required to submit a significant new use notice (SNUN) to EPA at least 90 days before they manufacture (including import) or process the chemical substance for that use. | Significant New Use Rule (SNUR) (81 FR 20535; April 8, 2016). TCE is subject to reporting under the SNUR for manufacture (including import) or processing of TCE for use in a consumer product except for use in cleaners and solvent degreasers, film cleaners, hoof polishes, lubricants, mirror |

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | | edge sealants and pepper spray. This SNUR ensures that EPA will have the opportunity to review any new consumer uses of TCE and, if appropriate, take action to prohibit or limit those uses. |
| TSCA - Section 8(a) | The TSCA section 8(a) CDR rule requires manufacturers (including importers) to give EPA basic exposure-related information on the types, quantities and uses of chemical substances produced domestically and imported into the United States. | TCE manufacturing (including importing), processing and use information is reported under the CDR rule (76 FR 50816, August 16, 2011). |
| TSCA - Section 8(b) | EPA must compile, keep current and publish a list (the TSCA Inventory) of each chemical substance manufactured, processed or imported in the United States. | TCE was on the initial TSCA Inventory and was therefore not subject to EPA's new chemicals review process (60 FR 16309, March 29, 1995). |
| TSCA - Section 8(e) | Manufacturers (including importers), processors and distributors must immediately notify EPA if they obtain information that supports the conclusion that a chemical substance or mixture presents a substantial risk of injury to health or the environment. | 28 substantial risk notifications received for TCE (U.S. EPA, ChemView. Accessed April 13, 2017). |
| TSCA - Section 4 | Provides EPA with authority to issue rules and orders requiring manufacturers (including importers) and processors to test chemical substances and mixtures. | Seven studies received for TCE (U.S. EPA, ChemView. Accessed April 13, 2017). |
| Emergency Planning and Community Right-to-Know Act (EPCRA) - Section 313 | Requires annual reporting from facilities in specific industry sectors that employ 10 or more full time equivalent employees and that manufacture, process, or otherwise use a Toxics Release Inventory (TRI)-listed chemical in quantities above threshold levels. A facility that meets reporting requirements must submit a reporting form for each chemical for which it triggered reporting, providing data across a variety of categories, including activities and uses of the chemical, releases and other waste management (*e.g.,* quantities recycled, treated, combusted) and pollution | TCE is a listed substance subject to reporting requirements under 40 CFR 372.65 effective as of January 1, 1987. |

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | prevention activities (under section 6607 of the Pollution Prevention Act). These data include on- and off-site data as well as multimedia data (*i.e.,* air, land and water). | |
| Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) – Sections 3 and 6 | FIFRA governs the sale, distribution and use of pesticides. Section 3 of FIFRA generally requires that pesticide products be registered by EPA prior to distribution or sale. Pesticides may only be registered if, among other things, they do not cause "unreasonable adverse effects on the environment." Section 6 of FIFRA provides EPA with the authority to cancel pesticide registrations if either: (1) the pesticide, labeling, or other material does not comply with FIFRA or (2) when used in accordance with widespread and commonly recognized practice, the pesticide generally causes unreasonable adverse effects on the environment. | TCE is no longer used as an inert ingredient in pesticide products. |
| Clean Air Act (CAA) - Section 112(b) | Defines the original list of CAA hazardous air pollutants (HAPs). Under 112(c) of the CAA, EPA must identify and list source categories that emit HAPs and then set emission standards for those listed source categories under CAA section 112(d). CAA section 112(b)(3)(A) specifies that any person may petition the Administrator to modify the list of HAPs by adding or deleting a substance. | Lists TCE as a HAP (42 U.S.C. 7412(b)(1)). |
| CAA - Section 112(d) | Directs EPA to establish, by rule, National Emission Standards for Hazardous Air Pollutants (NESHAP) for each category or subcategory of listed major sources and area sources of HAPs (listed pursuant to Section 112(c)). The standards must require the maximum degree of emission reduction that the EPA determines to be achievable by each particular source category. This is generally referred to as maximum achievable control technology (MACT). For area sources, the standards must | EPA has promulgated a number of NESHAP regulating industrial source categories that emit trichloroethylene and other HAPs. These include, for example, the NESHAP for Halogenated Solvent Cleaning (59 FR 61801; December 2, 1994), among others. |

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | require generally achievable control technology (GACT) though may require MACT. | |
| CAA - Sections 112(d) and 112 (f) | Risk and technology review (RTR) of section 112(d) MACT standards. Section 112(f)(2) requires EPA to conduct risk assessments for each source category subject to section 112(d) MACT standards, and to determine if additional standards are needed to reduce remaining risks. Section 112(d)(6) requires EPA to review and revise the MACT standards, as necessary, taking into account developments in practices, processes and control technologies. | EPA has promulgated a number of RTR NESHAP (*e.g.,* the RTR NESHAP for Halogenated Solvent Cleaning ([72 FR 25138](); May 3, 2007) and will do so, as required, for the remaining source categories with NESHAP. |
| Clean Water Act (CWA) – Sections 301(b), 304(b), 306, and 307(b) | Requires establishment of Effluent Limitations Guidelines and Standards for conventional, toxic, and non-conventional pollutants. For toxic and non-conventional pollutants, EPA identifies the best available technology that is economically achievable for that industry after considering statutorily prescribed factors and sets regulatory requirements based on the performance of that technology. Regulations apply to existing and new sources. | TCE is designated as a toxic pollutant under section 307(a)(1) of the CWA and as such, is subject to effluent limitations. |
| CWA - Section 307(a) | Establishes a list of toxic pollutants or combination of pollutants under the CWA. The statute specifies a list of families of toxic pollutants also listed in 40 CFR 401.15. The "priority pollutants" specified by those families are listed in 40 CFR part 423, Appendix A. These are pollutants for which best available technology effluent limitations must be established on either a national basis through rules (Section 301(b), 304(b), 307(b), 306) or on a case-by-case best professional judgement basis in National Pollutant Discharge Elimination System (NPDES) permits, see Section 4029a)(1)(B). | |

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| Safe Drinking Water Act (SDWA) - Section 1412 | Requires EPA to publish a non-enforceable maximum contaminant level goals (MCLGs) for contaminants which 1. may have an adverse effect on the health of persons; 2. are known to occur or there is a substantial likelihood that the contaminant will occur in public water systems with a frequency and at levels of public health concern; and 3. in the sole judgement of the Administrator, regulation of the contaminant presents a meaningful opportunity for health risk reductions for persons served by public water systems. When EPA publishes an MCLG, EPA must also promulgate a National Primary Drinking Water Regulation (NPDWR) which includes either an enforceable maximum contaminant level (MCL), or a required treatment technique. Public water systems are required to comply with NPDWRs. | TCE is subject to NPDWR under the SDWA with a MCLG of zero and an enforceable MCL of 0.005 mg/L (52 FR 25690, July 8, 1987). |
| Resource Conservation and Recovery Act (RCRA) - Section 3001 | Directs EPA to develop and promulgate criteria for identifying the characteristics of hazardous waste, and for listing hazardous waste, taking into account toxicity, persistence, and degradability in nature, potential for accumulation in tissue and other related factors such as flammability, corrosiveness, and other hazardous characteristics. | TCE is included on the list of commercial chemical products, manufacturing chemical intermediates or off-specification commercial chemical products or manufacturing chemical intermediates that, when disposed (or when formulations containing any one of these as a sole active ingredient are disposed) unused, become hazardous wastes pursuant to RCRA 3001. RCRA Hazardous Waste Status: D040 at 0.5 mg/L; F001, F002; U228 |
| Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) - Section 102(a) and 103 | Authorizes EPA to promulgate regulations designating as hazardous substances those substances which, when released into the environment, may present substantial danger to the public health or welfare or the environment. EPA must also promulgate regulations establishing the quantity of any hazardous substance the release of which must be reported under Section 103. | TCE is a hazardous substance with a reportable quantity pursuant to section 102(a) of CERCLA (40 CFR 302.4) and EPA is actively overseeing cleanup of sites contaminated with TCE pursuant to the National Contingency Plan (NCP) (40 CFR 751). |

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | Section 103 requires persons in charge of vessels or facilities to report to the National Response Center if they have knowledge of a release of a hazardous substance above the reportable quantity threshold. | |
| **Other Federal Regulations** | | |
| Occupational Safety and Health Act (OSH Act) | Requires employers to provide their workers with a place of employment free from recognized hazards to safety and health, such as exposure to toxic chemicals, excessive noise levels, mechanical dangers, heat or cold stress or unsanitary conditions (29 U.S.C. section 651 et seq.).<br><br>Under the Act, OSHA can issue occupational safety and health standards including such provisions as Permissible Exposure Limits (PELs), exposure monitoring, engineering and administrative controls, and respiratory protection. | In 1971, OSHA issued occupational safety and health standards for TCE that included a PEL of 100 ppm as an 8-hr TWA with an acceptable ceiling concentration of 200 ppm. An acceptable maximum peak above the acceptable ceiling concentration for an 8 hour shift is 300 ppm, based on the maximum duration of 5 minutes in any 2 hours (29 CFR 1910.1000).<br><br>While OSHA has established a PEL for TCE, OSHA has recognized that many of its PELs are outdated and inadequate for ensuring protection of worker health. Most of OSHA's PELs were issued shortly after adoption of the Occupational Safety and Health (OSH) Act in 1970, and have not been updated since that time. Section 6(a) of the OSH Act granted the Agency the authority to adopt existing Federal standards or national consensus standards as enforceable OSHA standards. "OSHA recommends that employers consider using the alternative occupational exposure limits because the Agency believes that exposures above some of these alternative occupational exposure levels are in compliance with the relevant PELS." For TCE, the alternative occupational exposure limits are the NIOSH |

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | | REL of 2 ppm (as a 60-minute ceiling) during the usage of TCE as an anesthetic agent and 25 ppm (as a 10-hour TWA) during all other exposures. https://www.osha.gov/dsg/annotated-pels/ |
| Atomic Energy Act | The Atomic Energy Act authorizes the Department of Energy to regulate the health and safety of its contractor employees | 10 CFR 851.23, Worker Safety and Health Program, requires the use of the ACGIH TLVs if they are more protective than the OSHA PEL. The 2012 TLV for TCE is 10 ppm and the short-term limit is 25 ppm (ATSDR, 2019). |
| Federal Food, Drug, and Cosmetic Act (FFDCA) | Provides the FDA with authority to oversee the safety of food, drugs and cosmetics. | Tolerances are established for residues of TCE resulting from its use as a solvent in the manufacture of decaffeinated coffee and spice oleoresins (21 CFR 173.290). |
| Federal Hazardous Material Transportation Act | Section 5103 of the Act directs the Secretary of Transportation to: Designate material (including an explosive, radioactive material, infectious substance, flammable or combustible liquid, solid or gas, toxic, oxidizing or corrosive material and compressed gas) as hazardous when the Secretary determines that transporting the material in commerce may pose an unreasonable risk to health and safety or property. Issue regulations for the safe transportation, including security, of hazardous material in intrastate, interstate and foreign commerce. | The Department of Transportation (DOT) has designated TCE as a hazardous material, and there are special requirements for marking, labeling and transporting it (49 CFR Part 171, 49 CFR 172, 40 CFR § 173.202 and 40 CFR § 173.242). |

7
8
9
10
11
12
13
14
15

## A.2    State Laws and Regulations

**Table_Apx A-2. State Laws and Regulations**

| State Actions | Description of Action |
|---|---|
| California Code of Regulations (CCR), Title 17, Section 94509(a) | Lists standards for VOCs for consumer products sold, supplied, offered for sale or manufactured for use in California. As part of that regulation, use of consumer general purpose degreaser products that contain TCE are banned in California and safer substitutes are in use (17 CCR, Section 94509(a)). |
| State Permissible Exposure Limits (PELs) | Most states have set PELs identical to the OSHA 100 ppm 8-hour TWA PEL. Nine states have PELs of 50 ppm. California's PEL of 25 ppm is the most stringent (CCR, Title 8, Table AC-1). |
| VOC regulations for consumer products | Many states regulate TCE as a VOC. These regulations may set VOC limits for consumer products and/or ban the sale of certain consumer products as an ingredient and/or impurity. Regulated products vary from state to state, and could include contact and aerosol adhesives, aerosols, electronic cleaners, footwear or leather care products and general degreasers, among other products. California (Title 17, California Code of Regulations, Division 3, Chapter 1, Subchapter 8.5, Articles 1, 2, 3 and 4), Connecticut (R.C.S.A Sections 22a-174-40, 22a-174-41, and 22a-174-44), Delaware (Adm. Code Title 7, 1141), District of Columbia (Rules 20-720, 20-721, 20-735, 20-736, 20-737), Illinois (35 Adm Code 223), Indiana ( 326 IAC 8-15), Maine (Chapter 152 of the Maine Department of Environmental Protection Regulations), Maryland (COMAR 26.11.32.00 to 26.11.32.26), Michigan (R 336.1660 and R 336. 1661), New Hampshire (Env-A 4100) New Jersey (Title 7, Chapter 27, Subchapter 24), New York (6 CRR-NY III A 235), Rhode Island (Air Pollution Control Regulation No. 31) and Virginia (9VAC5 Chapter 45) all have VOC regulations or limits for consumer products. Some of these states also require emissions reporting. |
| Bans | Beginning June 1, 2022, an owner or operator of a facility required to have an air emissions permit issued by the Pollution Control Agency may not use TCE at its permitted facility, including in any manufacturing, processing, or cleaning processes, except for few uses (Minn. Stat. 116.385) |
| Other | TCE is on California Proposition 65 List of chemicals known to cause cancer in 1988 or birth defects or other reproductive harm in 2014 (CCR Title 27, section 27001). TCE is on California's Safer Consumer Products Regulations Candidate List of chemicals that exhibit a hazard trait and are on an authoritative list (CCR Title 22, Chapter 55). |

23    ## A.3    International Laws and Regulations

24

25    **Table_Apx A-3. Regulatory Actions by Other Governments and Tribes**

| Country/ Organization | Requirements and Restrictions |
|---|---|
| **Canada** | TCE is on the Canadian List of Toxic Substances (CEPA 1999 Schedule 1). TCE is also regulated for use and sale for solvent degreasing under *Solvent Degreasing Regulations (SOR/2003-283)* (*Canada Gazette*, Part II on August 13, 2003). The purpose of the regulation is to reduce releases of TCE into the environment from solvent degreasing facilities using more than 1000 kilograms of TCE per year. The regulation includes a market intervention by establishing tradable allowances for the use of TCE in solvent degreasing operations that exceed the 1000 kilograms threshold per year. |
| **European Union** | In 2011, TCE was added to Annex XIV (Authorisation list) of regulation (EC) No 1907/2006 - REACH (Registration, Evaluation, Authorization and Restriction of Chemicals). Entities that would like to use TCE needed to apply for authorization by October 2014, and those entities without an authorization must stop using TCE by April 2016. The European Chemicals Agency (ECHA) received 19 applications for authorization from entities interested in using TCE beyond April 2016. TCE is classified as a carcinogen category 1B, and was added to the EU REACH restriction of substances classified as carcinogen category 1A or 1B under the EU Classification and Labeling regulation (among other characteristics) in 2009. The restriction bans the placing on the market or use of TCE as substance, as constituent of other substances, or, in mixtures for supply to the general public when the individual concentration in the substance or mixture is equal to or greater than 0.1 % w/w (Regulation (EC) No 1907/2006 - REACH (Registration, Evaluation, Authorization and Restriction of Chemicals)). Previous regulations, such as the Solvent Emissions Directive (Directive 1999/13/EC) introduced stringent emission controls of TCE. |
| **Australia** | In 2000, TCE was assessed (National Industrial Chemicals Notification and Assessment Scheme, NICNAS (2000), *Trichloroethylene*. Accessed April, 18 2017). |
| **Japan Chemical Substances Control Law** | TCE is regulated in Japan under the following legislation: |

| | |
|---|---|
| | -Act on the Evaluation of Chemical Substances and Regulation of Their Manufacture, etc. (Chemical Substances Control Law; CSCL)<br>-Act on Confirmation, etc. of Release Amounts of Specific Chemical Substances in the Environment and Promotion of Improvements to the Management Thereof<br>-Industrial Safety and Health Act (ISHA)<br>-Air Pollution Control Law<br>-Water Pollution Control Law<br>-Soil Contamination Countermeasures Act<br>-Law for the Control of Household Products Containing Harmful Substances<br><br>(National Institute of Technology and Evaluation (NITE) Chemical Risk Information Platform (CHIRP), Accessed April 18, 2017). |
| **Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Hungary, Ireland, Israel, Japan, Latvia, New Zealand, People's Republic of China, Poland, Singapore, South Korea, Spain, Sweden, Switzerland, United Kingdom** | Occupational exposure limits for TCE (GESTIS International limit values for chemical agents (Occupational exposure limits, OELs) database. Accessed April 18, 2017). |

26
27
28

# Appendix B     LIST OF SUPPLEMENTAL DOCUMENTS

List of supplemental documents (see Docket: EPA-HQ-OPPT-2019-0500 for access to all files):

Associated **Systematic Review Data Quality Evaluation and Data Extraction** Documents – Provides additional detail and information on individual study evaluations and data extractions including criteria and scoring results:

Physical/Chemical Properties, Fate and Transport
   a.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation of Physical-Chemical Properties Studies*

   b.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation of Environmental Fate and Transport Studies*

   c.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Extraction for Environmental Fate and Transport Studies*

Occupational Exposures and Releases
   d.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation of Environmental Releases and Occupational Exposure Data*

   e.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation of Environmental Releases and Occupational Exposure Common Sources*

   f.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: List of Key and Supporting Studies for Environmental Releases and Occupational Exposure*

Consumer and Environmental Exposures
   g.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation for Data Sources on Consumer and Environmental Exposure*

   h.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Extraction Tables for Environmental Monitoring Data*

   i.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Extraction for Biomonitoring Data*

Environmental Hazard
   j.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation of Environmental Hazard Studies*

   k.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Extraction for Environmental Hazard Studies*

Human Health Hazard
   l.   *Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality Evaluation of Human Health Hazard Studies - Animal and Mechanistic Data*

77      *m. Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Quality*
78      *Evaluation of Human Health Hazard Studies - Epidemiological Data*
79

80      *n. Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Updates to the*
81      *Data Quality Criteria for Epidemiological Studies*
82

83      *o. Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Extraction*
84      *for Human Health Hazard Studies*
85

86      *p. Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: Data Extraction*
87      *and Evaluation Tables for Genotoxicity Studies*
88

89      *q. Risk Evaluation for Trichloroethylene, Systematic Review Supplemental File: List of Key and*
90      *Supporting Studies for Human Health Hazard Assessment*
91

92  Associated **Supplemental Information Documents –** Provides additional details and information
93  on exposure, hazard and risk assessments:
94

95  <u>Occupational Exposures and Releases</u>
96      *r. Risk Evaluation for Trichloroethylene, Supplemental Information File: Environmental*
97      *Releases and Occupational Exposure Assessment*
98

99      *s. Risk Evaluation for Trichloroethylene, Supplemental Information File: Risk Calculator for*
100     *Occupational Exposures*
101

102     *t. Risk Evaluation for Trichloroethylene, Supplemental Information File: Memorandum on*
103     *Respirator Usage in Private Sector Firms*
104

105   <u>Consumer and Environmental Exposures</u>
106     *u. Risk Evaluation for Trichloroethylene, Supplemental Information File: Aquatic Exposure*
107     *Modeling Outputs from E-FAST*
108

109     *v. Risk Evaluation for Trichloroethylene, Supplemental Information File: Consumer Exposure*
110     *Assessment Model Input Parameters*
111

112     *w. Risk Evaluation for Trichloroethylene, Supplemental Information File: Exposure Modeling*
113     *Results and Risk Estimates for Consumer Inhalation Exposures*
114

115     *x. Risk Evaluation for Trichloroethylene, Supplemental Information File: Exposure Modeling*
116     *Results and Risk Estimates for Consumer Dermal Exposures*
117

118   <u>Human Health</u>
119     *y. Risk Evaluation for Trichloroethylene, Supplemental Information File: Data Table for*
120     *Congenital Heart Defects Weight of Evidence Analysis*
121

122     *z. Risk Evaluation for Trichloroethylene, Supplemental Information File: Personal*
123     *Communication to OPPT. Raw Data Values from Selgrade and Gilmour, 2010*
124

125      aa. *Risk Evaluation for Trichloroethylene, Supplemental Information File: PBPK Model and*
126           *ReadMe (zipped)*
127
128      bb. *Risk Evaluation for Trichloroethylene, Supplemental Information File: Internal Dose BMD*
129           *Modeling Results for Selgrade and Gilmour, 2010*
130
131
132

# Appendix C   ENVIRONMENTAL EXPOSURES

A break-out of facility-specific modeling results organized per OES, with predicted surface water concentrations and associated days of COC exceedance, are included in Table_Apx C-1. These facility-specific modeling results are utilized and discussed in environmental risk characterization presented in Section 4.1.2.

**Table_Apx C-1. Facility-Specific Aquatic Exposure Modeling Results**

OES: Manufacturing

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Axiall Corporation, Westlake, LA NPDES: LA0007129 | Surface Water | NPDES LA0007129 | Surface water | 350 | 1.266 | 0.00156 | 0.0051 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 22.150 | 0.0273 | 0.0897 | 3 | 37 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Olin Blue Cube, Freeport, TX NPDES: Not available | Off-site Waste-water Treatment | Organic Chemicals Manuf. | Surface water | 350 | 0.069 | 0.26 | 2.42 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 1.200 | 4.51 | 42.14 | 3 | 11 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Solvents & Chemicals, Pearland, TX NPDES: Not available | Off-site Waste-water Treatment | Organic Chemicals Manuf. | Surface water | 350 | 0.015 | 0.0564 | 0.53 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.265 | 1.01 | 9.48 | 3 | 17 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 5 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| **OES: Processing as a Reactant** | | | | | | | | | |
| | Surface Water | Organic Chemicals Manuf. | Surface water | 350 | 0.015 | 0.30 | 2.77 | 3 | 40 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Organic Chemicals Manuf. | Surface water | 20 | 0.265 | 5.34 | 49.91 | 3 | 5 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| 440 unknown sites[8] NPDES: Not applicable | Off-site Waste-Treatment | Organic Chemicals Manufacture | Surface water | 350 | 0.005 | 0.0188 | 0.18 | 3 | 2 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | Organic Chemicals Manufacture | Surface water | 20 | 0.089 | 0.33 | 3.13 | 3 | 12 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Organic Chemicals Manufacture | Surface water | 350 | 0.005 | 0.0989 | 0.92 | 3 | 23 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | Organic Chemicals Manufacture | Surface water | 20 | 0.089 | 1.76 | 16.45 | 3 | 7 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Arkema Inc. Calvert City, KY NPDES: KY0003603 | Surface Water | NPDES KY0003603 | Surface water | 350 | 0.017 | 0.000197 | 0.000737 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | | Surface water | 20 | 0.295 | 0.00342 | 0.128 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (μg/L) | 7Q10 SWC[6] (μg/L) | COC (μg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Honeywell International - Geismar Complex, Geismar, LA NPDES: LA0006181 | Surface Water | NPDES LA0006181 | Surface water | 350 | 0.0128 | 0.0000158 | 0.0000518 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| | | | | 20 | 0.224 | 0.000276 | 0.000907 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| Praxair Technology Center, Tonawanda, NY NPDES: NY0000281 | Surface Water | NPDES NY0000281 | Still body | 350 | 0.00169 | n/a | 169.00 | 3 / 788 / 920 / 14,400 | 350 / 0 / 0 / 0 |
| | | | | 20 | 0.030 | n/a | 3000.00 | 3 / 788 / 920 / 14,400 | 20 / 20 / 20 / 0 |
| OES: OTVD (includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, and Metalworking Fluids) | | | | | | | | | |
| Texas Instruments, Inc., Attleboro, MA NPDES: MA0001791 | Surface Water | NPDES MA0001791 | Surface water | 260 | 0.005 | 0.00502 | 0.0188 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| | | | | 20 | 0.067 | 0.0673 | 0.25 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| Accellent Inc/Collegeville Microcoax, Collegeville, PA NPDES: PA0042617 | Surface Water | NPDES PA0042617 | Surface water | 260 | 0.002 | 0.00711 | 0.0425 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| | | | | 20 | 0.029 | 0.10 | 0.62 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Ametek Inc. U.S. Gauge Div., Sellersville, PA NPDES: PA0056014 | Surface Water | Surrogate NPDES PA0204460 | Surface water | 260 | 0.001 | 0.0113 | 0.0619 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.011 | 0.12 | 0.68 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Atk-Allegany Ballistics Lab (Nirop), Keyser, WV NPDES: WV0020371 | Surface Water | NPDES WV0020371 | Surface water | 260 | 0.0005 | 0.000669 | 0.00311 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.0061 | 0.00803 | 0.0373 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Handy & Harman Tube Co/East Norriton, Norristown, PA NPDES: PA0011436 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| US Nasa Michoud Assembly Facility, New Orleans, LA NPDES: LA0052256 | Surface Water | Surrogate NPDES LA0003280 | Still body | 260 | 1.96 | n/a | 765.63 | 3 | 260 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 25.44 | n/a | 9937.50 | 3 | 20 |
| | | | | | | | | 788 | 20 |
| | | | | | | | | 920 | 20 |
| | | | | | | | | 14,400 | 0 |
| GM Components Holdings LLC, Lockport, NY NPDES: NY0000558 | Surface Water | NPDES NY0000558 | Surface water | 260 | 0.13 | 3.14 | 10.97 | 3 | 117 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |

| Name, Location, and ID of Active Release/Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: NY000558 | | | | 20 | 1.71 | 41.38 | 144.47 | 14,400 | 0 |
| | | | | | | | | 3 | 20 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.07 | 1.15 | 4.87 | 14,400 | 0 |
| | | | | | | | | 3 | 27 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Akebono Elizabethtown Plant, Elizabethtown, KY NPDES: KY0089672 | Surface Water | Surrogate NPDES KY0022039 | Surface water | 20 | 0.897 | 14.77 | 62.38 | 14,400 | 0 |
| | | | | | | | | 3 | 16 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Delphi Harrison Thermal Systems, Dayton, OH NPDES: OH0009431 | Surface Water | NPDES OH0009431 | Surface water | 260 | 0.04 | 0.0175 | 0.0752 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | Surface Water | | Surface water | 20 | 0.465 | 0.20 | 0.87 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Chemours Company Fc LLC, Washington, WV NPDES: WV0001279 | Surface Water | NPDES WV0001279 | Surface water | 260 | 0.03 | 0.000631 | 0.00301 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.334 | 0.00703 | 0.0335 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Equistar Chemicals Lp, La Porte, TX NPDES: TX0119792 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.02 | 0.46 | 2.22 | 14,400 | 0 |
| | | | | | | | | 3 | 38 |
| | | | | | | | | 788 | 1 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 920 | 1 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| GE Aviation, Lynn, MA NPDES: MA0003905 | Surface Water | NPDES MA0003905 | Still water | 20 | 0.218 | 5.06 | 24.44 | 3 | 12 |
| | | | | | | | | 788 | 1 |
| | | | | | | | | 920 | 1 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.01 | n/a | 0.0425 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Certa Vandalia LLC, Vandalia, OH NPDES: OH0122751 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.128 | n/a | 0.54 | 3 | 28 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.01 | 0.23 | 1.11 | 3 | 9 |
| | | | | | | | | 788 | 1 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| GM Components Holdings LLC Kokomo Ops, Kokomo, IN NPDES: IN0001830 | Surface Water | NPDES IN0001830 | Surface water | 20 | 0.107 | 2.46 | 11.89 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.01 | 0.0387 | 0.20 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Amphenol Corp-Aerospace Operations, Sidney, NY | Surface Water | NPDES NY0003824 | Surface water | 20 | 0.086 | 0.33 | 1.73 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.01 | 0.00882 | 0.0486 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: NY0003824 | Surface Water | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.082 | 0.0723 | 0.40 | 3 | 3 |
| | | | | | | | | 788 | 3 |
| | | | | | | | | 920 | 3 |
| | | | | | | | | 14,400 | 0 |
| Emerson Power Trans Corp, Maysville, KY NPDES: KY0100196 | Surface Water | Surrogate NPDES KY0020257 | Surface water | 20 | 0.01 | 0.000076 | 0.0004 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.081 | 0.000995 | 0.00522 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Olean Advanced Products, Olean, NY NPDES: NY0073547 | Surface Water | Surrogate NPDES NY0027162 | Surface water | 260 | 0.01 | 0.00462 | 0.0188 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.068 | 0.0314 | 0.13 | 3 | 24 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Hollingsworth Saco Lowell, Easley, SC NPDES: SC0046396 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.00469 | 0.11 | 0.52 | 3 | 6 |
| | | | | | | | | 788 | 1 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.061 | 1.40 | 6.78 | 3 | 1 |
| | | | | | | | | 788 | 1 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Trelleborg YSH Incorporated Sandusky Plant, Sandusky, MI | Surface Water | NPDES MI0028142 | Surface water | 260 | 0.00360 | 0.21 | 1.76 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: MI0028142 | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 4 |
| | | | | 20 | 0.047 | 2.69 | 23.04 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 2 |
| | | | | 260 | 0.00355 | 0.20 | 1.06 | 3 | 5 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Timken Us Corp Honea Path, Honea Path, SC NPDES: SC0047520 | Surface Water | Surrogate NPDES SC0000698 | Surface water | 20 | 0.0462 | 2.63 | 13.77 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Johnson Controls Incorporated, Wichita, KS NPDES: KS0000850 | Surface Water | NPDES KS0000850 | Surface water | 260 | 0.00228 | 0.0068 | 0.0548 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.0296 | 0.0898 | 0.72 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| National Railroad Passenger Corporation (Amtrak) Wilmington Maintenance Facility, Wilmington, DE NPDES: DE0050962 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.00203 | 0.0467 | 0.230 | 14,400 | 0 |
| | | | | | | | | 3 | 21 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Electrolux Home Products (Formerly Frigidaire), Greenville, MI | Surface Water | NPDES MI0002135 | Surface water | 20 | 0.026 | 0.60 | 2.89 | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.00201 | 0.00644 | 0.0171 | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: MI0002135 | | | | | | | | 14,400 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| Rex Heat Treat Lansdale Inc, Lansdale, PA NPDES: PA0052965 | Surface Water | Surrogate NPDES PA0026182 | Surface water | 20 | 0.026 | 0.0834 | 0.22 | 3 | 0 |
| | | | | 260 | 0.00194 | 0.00896 | 0.0523 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Carrier Corporation, Syracuse, NY NPDES: NY0001163 | Surface Water | NPDES NY0001163 | Still water | 20 | 0.025 | 0.12 | 0.67 | 3 | 0 |
| | | | | 260 | 0.00177 | n/a | 0.220 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Cascade Corp (081210020?), Springfield, OH NPDES: OH0085715 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.023 | n/a | 2.84 | 3 | 18 |
| | | | | 260 | 0.00117 | 0.0269 | 0.130 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| USAF-Wurtsmith Afb, Oscoda, MI NPDES: MI0042285 | Surface Water | Surrogate NPDES MI0028282 | Surface water | 20 | 0.015 | 0.35 | 1.67 | 14,400 | 0 |
| | | | | 260 | 0.00115 | 0.000320 | 0.00075 | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC[6] (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  | Surface Water |  |  | 20 | 0.015 | 0.00417 | 0.00083 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
| AAR Mobility Systems, Cadillac, MI NPDES: MI0002640 | Surface Water | Surrogate NPDES M10020257 | Surface water | 260 | 0.00112 | 0.00413 | 0.00916 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  | Surface Water |  |  | 20 | 0.014 | 0.0517 | 0.11 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  | 20 | 0.014 | n/a | 1.69 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
| Eaton Mds Company Inc, Kearney, NE NPDES: NE0114405 | Surface Water | Surrogate NPDES NE0052647 | Still water | 260 | 0.00107 | n/a | 0.130 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  | Surface Water | NPDES PA0042617 | Surface water | 260 | 0.000500 | 0.00178 | 0.0106 | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
| Lake Region Medical, Trappe, PA NPDES: PA0042617 | Surface Water |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  | Surface Water |  | Surface water | 20 | 0.007 | 0.0249 | 0.15 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
| Motor Components L L C, Elmira, NY NPDES: NY0004081 | Surface Water | NPDES NY0004081 | Surface water | 260 | 0.00096 | 0.0143 | 0.0618 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Salem Tube Mfg, Greenville, PA NPDES: PA0221244 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.0125 | 0.19 | 0.83 | 3 | 17 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.000897 | 0.0206 | 0.0997 | 3 | 2 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| GE (Greenville) Gas Turbines LLC, Greenville, SC NPDES: SC0003484 | Surface Water | NPDES SC0003484 | Surface water | 20 | 0.012 | 0.28 | 1.33 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.000806 | 0.0378 | 0.0821 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Parker Hannifin Corporation, Waverly, OH NPDES: OH0104132 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.010 | 0.47 | 1.02 | 3 | 16 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.000747 | 0.0172 | 0.0830 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Mahle Engine Components Usa Inc, Muskegon, MI | Surface Water | NPDES MI0004057 | Surface water | 20 | 0.010 | 0.23 | 1.11 | 3 | 2 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.000742 | 0.00808 | 0.0336 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: MI0004057 | | | | 20 | 0.010 | 0.11 | 0.45 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| General Electric Company - Waynesboro, Waynesboro, VA NPDES: VA0002402 | Surface Water | NPDES VA0002402 | Surface water | 260 | 0.000733 | 0.00241 | 0.00705 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.010 | 0.0329 | 0.0962 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Globe Engineering Co Inc, Wichita, KS NPDES: KS0086703 | Surface Water | Surrogate NPDES KS0043036 | Surface water | 260 | 0.00173 | 0.00175 | 0.00853 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.023 | 0.0232 | 0.110 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Gayston Corp. Dayton, OH NPDES: OH0127043 | Surface Water | Surrogate NPDES OH0024881 | Surface water | 260 | 0.000643 | 0.000281 | 0.00121 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.008 | 0.0035 | 0.0150 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Styrolution America LLC, Channahon, IL NPDES: IL0001619 | Surface Water | NPDES IL0001619 | Surface water | 260 | 0.000637 | 0.0008845 | 0.00022 1 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC[6] (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.008 | 0.00106 | 0.00278 | 14,400 | 0 |
| Remington Arms Co Inc, Ilion, NY NPDES: NY0005282 | Surface Water | NPDES NY0005282 | Surface water | 260 | 0.000612 | 0.000291 | 0.000799 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.008 | 0.00380 | 0.0104 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| United Technologies Corporation, Pratt And Whitney Division, East Hartford, CT NPDES: CT0001376 | Surface Water | NPDES CT0001376 | Surface water | 260 | 0.000480 | 0.0000218 | 0.00008 22 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.006 | 0.000273 | 0.00103 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Atk-Allegany Ballistics Lab (Nirop), Keyser, WV NPDES: WV0020371 | Surface Water | NPDES WV0020371 | Surface water | 260 | 0.000470 | 0.000629 | 0.00292 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.006 | 0.00803 | 0.0373 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Sperry & Rice Manufacturing Co LLC, Brookville, IN | Surface Water | NPDES IN0001473 | Surface water | 260 | 0.000328 | 0.00117 | 0.00569 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: IN0001473 | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 20 | 0.004 | 0.0143 | 0.0694 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 260 | 0.000314 | 0.000820 | 0.00213 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Owl Industries, Pickens, SC NPDES: SC0026492 | Surface Water | NPDES SC0026492 | Surface water | 20 | 0.004 | 0.0104 | 0.0272 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000269 | 0.00461 | 0.0204 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Boler Company, Hillsdale, MI NPDES: MI0053651 | Surface Water | Surrogate NPDES MI0022136 | Surface water | 20 | 0.003 | 0.0514 | 0.23 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000268 | 0.000260 | 0.000911 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Mccanna Inc., Carpentersville, IL NPDES: IL0071340 | Surface Water | Surrogate NPDES IL0027944 | Surface water | 20 | 0.003 | 0.00291 | 0.0102 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Cutler Hammer, Horseheads, NY NPDES: NY0246174 | Surface Water | Surrogate NPDES NY0004081 | Surface water | 260 | 0.000238 | 0.00352 | 0.0153 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC[6] (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| US Air Force Offutt Afb Ne, Offutt A F B, NE NPDES: NE0121789 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.003 | 0.0443 | 0.19 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000159 | 0.00366 | 0.0177 | 14,400 | 0 |
| | | | | | | | | 3 | 5 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Troxel Company, Moscow, TN NPDES: TN000451 | Surface Water | NPDES TN000451 | Surface water | 20 | 0.002 | 0.0460 | 0.22 | 14,400 | 0 |
| | | | | | | | | 3 | 2 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000134 | 0.000254 | 0.000741 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| Austin Tube Prod, Baldwin, MI NPDES: MI0054224 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.002 | 0.00379 | 0.0111 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000114 | 0.00262 | 0.0127 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| LS Starrett Precision Tools, Athol, MA NPDES: MA0001350 | Surface Water | NPDES MA0001350 | Surface water | 20 | 0.001 | 0.023 | 0.11 | 14,400 | 0 |
| | | | | | | | | 3 | 1 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000102 | 0.000339 | 0.00153 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC[6] (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Avx Corp. Raleigh, NC NPDES: NC0089494 | Surface Water | Primary Metal Forming Manuf. | Surface water | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.001 | 0.00333 | 0.015 | 14,400 | 0 |
| | | | | 20 | 0.001 | 0.023 | 0.11 | 3 | 2 |
| | | | | | | | | 3 | 1 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 260 | 0.000883 | 0.00203 | 0.00981 | 14,400 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| General Dynamics Ordnance Tactical Systems, Red Lion, PA NPDES: PA0043672 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Indian Head Division, Naval Surface Warfare Center, Indian Head, MD NPDES: MD0003158 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Trane Residential Solutions - Fort Smith, Fort Smith, AR NPDES: AR0052477 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Lexmark International Inc., Lexington, KY NPDES: KY0097624 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Alliant Techsystems Operations LLC, Elkton, MD NPDES: MD0000078 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Daikin Applied America, Inc. (Formally Mcquay International), | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC[6] (µg/L) | 7Q10 SWC[6] (µg/L) | COC[7] (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Scottsboro, AL NPDES: AL0069701 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Beechcraft Corporation, Wichita, KS NPDES: KS000183 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Federal-Mogul Corp. Scottsville, KY NPDES: KY0106585 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Cessna Aircraft Co (Pawnee Facility), Wichita, KS NPDES: KS000647 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| N.G.I. Parkersburg, WV NPDES: WV0003204 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Hyster-Yale Group, Inc, Sulligent, AL NPDES: AL0069787 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Hitachi Electronic Devices (Usa), Inc., Greenville, SC NPDES: SC0048411 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| OES: Spot Cleaning and Carpet Cleaning | | | | | | | | 3 | 0 |
| Boise State University, Boise, ID NPDES: IDG911006 | Surface Water | Surrogate NPDES ID0023981 | Surface water | 300 | 0.00008 | 0.000205 | 0.00388 | 788<br>920<br>14,400 | 0<br>0<br>0 |
| | | | | 20 | 0.001 | 0.00256 | 0.0485 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
| Venetian Hotel And Casino, Las Vegas, NV NPDES: NV0022888 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC[6] (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| **OES: Repackaging** | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | | |
| 63,746 unknown sites NPDES: All POTW SIC | Surface Water or POTW | | | | | | | 3 | 194 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| Hubbard-Hall Inc., Waterbury, CT NPDES: Unknown | Off-site Waste-water Treatment | Receiving Facility: Recycle Inc.; POTW (Ind.) | Surface water | 250 | 1.108 | 5.33 | 27.18 | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 2 |
| | | | | 20 | 13.85 | 66.45 | 339.11 | 788 | 0 |
| | | | | | | | | 14,400 | 1 |
| | | | | | | | | 920 | 20 |
| Oltinking Houston Inc, Houston, TX NPDES: TX0091855 | Surface Water | Surrogate NPDES TX0065943 | Surface water | 250 | 0.003 | 0.32 | 6.52 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.041 | 4.36 | 89.13 | 3 | 4 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| St. Gabriel Terminal, Saint Gabriel, LA NPDES: LA0005487 | Surface Water | NPDES LA0005487 | Surface water | 250 | 0.00550 | 0.00000677 | 0.000023 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.069 | 0.0000850 | 0.0002779 | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 9 |
| Vopak Terminal Westwego Inc, Westwego, LA NPDES: LA0124583 | Surface Water | Surrogate NPDES LA0042064 | Surface water | 250 | 0.00468 | 0.00000576 | 0.0000189 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | 20 | 0.058 | 0.0000714 | 0.0000714 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00023<br>5 | 788<br>920<br>14,400 | 0<br>0 |
| Research Solutions Group Inc, Pelham, AL NPDES: AL0074276 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Carlisle Engineered Products Inc, Middlefield, OH NPDES: OH0052370 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| OES: Process Solvent Recycling and Worker Handling of Wastes | | | | | | | | | |
| Clean Water Of New York Inc. Staten Island, NY NPDES: NY020484 | Surface Water | Surrogate NPDES NJ0000019 | Still body | 250<br>20 | 0.004<br>0.047 | n/a<br>n/a | 11.76<br>138.24 | 3<br>14,400<br>3<br>788<br>920<br>14,400 | 250<br>0<br>20<br>0<br>0<br>0 |
| Reserve Environmental Services, Ashtabula, OH NPDES: OH0098540 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Veolia Es Technical Solutions LLC, Middlesex, NJ NPDES: NJ0020141 | Off-site Waste-water Treatment | Receiving Facility: Middlesex Cnty UA; NPDES NJ0020141 | Still body | 250<br>20 | 24.1<br>301.78 | n/a<br>n/a | 2.85<br>35.72 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0<br>20<br>0 |
| Clean Harbors Deer Park LLC, La Porte, TX NPDES: TX0005941 | Off-site Waste-water Treatment | POTW (Ind.) | Surface water | 250 | 0.35 | 1.68 | 8.57 | 3<br>788<br>920<br>14,400 | 110<br>0<br>0<br>0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC[6] (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 20 | 4.36 | 20.92 | 106.75 | 3 | 19 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Clean Harbors El Dorado LLC, El Dorado, AR NPDES: AR0037800 | Off-site Waste-water Treatment | POTW (Ind.) | Surface water | 250 | 0.04 | 0.19 | 0.98 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.455 | 2.21 | 11.26 | 3 | 11 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| **OES: Adhesives, Sealants, Paints, and Coatings** | | | | | | | | | |
| Able Electropolishing Co Inc, Chicago, IL NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.298 | 0.86 | 7.28 | 3 | 8 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Garlock Sealing Technologies, Palmyra, NY NPDES: NY0000078 | Surface Water | NPDES NY0000078 | Surface water | 250 | 0.00033 | 0.00252 | 0.00716 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.00407 | 0.0312 | 0.0889 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Ls Starrett Co, Athol, MA NPDES: MAR05B615 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Aerojet Rocketdyne8, Inc., East Camden, AR | Surface Water | | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |

| Name, Location, and ID of Active Releaser Facility[1] | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: AR0051071, ARR00A521, ARR00A520 | | Adhesives and Sealants Manuf. | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | POTW | | | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | Surface Water | | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Best One Tire & Service8, Nashville, TN NPDES: Not available | | Adhesives and Sealants Manuf. | | 250 | 0.013 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Bridgestone Aircraft Tire (Usa), Inc: 8, Mayodan, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Clayton Homes Inc8, Oxford, NC, NPDES: Not available | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| Cmh Manufacturing, Inc. Dba Schult Homes - Plant 9588, Richfield, NC, NPDES: Not available | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC[7] (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 2 |
| Delphi Thermal Systems8, Lockport, NY; NPDES: NY000558 | Surface Water | NPDES NY000558 | Surface water | 250 | 0.013 | 0.31 | 1.10 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 11 |
| | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 20 | 0.160 | 3.87 | 13.50 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Green Bay Packaging Inc - Coon Rapids8, Coon Rapids, MN; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Mastercraft Boat Company8, | POTW | | | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (μg/L) | 7Q10 SWC[6] (μg/L) | COC (μg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Vonore, TN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| Michelin Aircraft Tire Company8, Norwood, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| M-Tek, Inc8, Manchester, TN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | POTW | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Olin Corp8, East Alton, IL. NPDES: IL0000230 | Surface Water | NPDES IL0000230 | Surface water | 250 | 0.013 | 0.08 | 0.18 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 7 |
| | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 250 | 0.013 | 0.08 | 0.18 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Parker Hannifin Corp – Paraflex Division8, Manitowoc, WI NPDES: Not available | Surface Water | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Parrish Tire Company&8, Yadkinville, NC NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Republic Doors And Frames&8, Mckenzie, TN NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Ro-Lab Rubber Company Inc.8, Tracy, CA, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Royale Comfort Seating, Inc. 8 - Plant No. 1, Taylorsville, NC, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 20 | 0.160 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Snider Tire, Inc. 8, Statesville, NC, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | POTW | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Snyder Paper Corporation8, Hickory, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Stellana US8, Lake Geneva, WI NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Thomas Built Buses - Courtesy Roads, High Point, NC, NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Unicel Corp8, Escondido, CA, NPDES: Not available | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Acme Finishing Co.Lle8, Elk Grove Village, IL NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Aerojet Rocketdyne, Inc. 8, Rancho Cordova, CA NPDES: CA0004111 | Surface Water | NPDES CA0004111 | Surface water | 250 | 0.013 | 0.000295 | 0.000818 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 20 | 0.160 | 0.00363 | 0.0101 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Allegheny Cnty Airport Auth/ Pgh Intl Airport8, Coraopolis Pittsburgh, PA NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374000 | 0.320000 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Amphenol Corp – Aerospace Operations8, Sidney, NY NPDES: NY0003824 | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | | | | | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0115 | 0.0631 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | NPDES NY0003824 | Surface water | 20 | 0.160 | 0.14 | 0.78 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.03740 | 0.3200 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Apotech Powertrain8, Asheville, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
|  | POTW |  |  | 250 | 0.013 | 0.0374 | 0.32 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
| Coating & Converting Tech Corp/ Adhesive Coatings8, Philadelphia, PA NPPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  | 20 | 0.160 | 2.42 | 20.57 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  | POTW |  |  | 250 | 0.013 | 0.0374 | 0.32 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
| Corpus Christi Army Depot8, Corpus Christi, TX NPPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  | 20 | 0.160 | 2.42 | 20.57 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  | POTW |  |  | 250 | 0.013 | 0.0374 | 0.32 | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Electronic Data Systems Camp Pendleton[8], Camp Pendleton, CA NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Florida Production Engineering, Inc. [8], Ormond Beach, FL NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Goodrich Corporation[8], Jacksonville, FL | Surface Water | | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| Kasai North America Inc8, Madison Plant, Madison, MS NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| Kirtland Air Force Base8, Albuquerque, NM NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.20 | 1.67 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 920 | 0 |
| Marvin Windows & Doors8, Warroad, MN NPDES: Not available | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| | Surface Water | | Surface water | 20 | 0.160 | 2.42 | 20.57 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 3 |
| Menclius Truck & Manufacturing Inc8, Dodge Center, MN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 14,400 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 3 | 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Metal Finishing Co. 8 – Wichita (S Mclean Blvd), Wichita, KS NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Murakami Manufacturing Usa Inc8, Campbellsville, KY NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Peterbilt Motors Denton Facility8 | Surface Water | | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Denton, TX NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | POTW | | | 250 | 0.013 | 0.20 | 1.67 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.0374 | 0.32 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| Portsmouth Naval Shipyard8, Kittery, ME NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | POTW | | | 250 | 0.013 | 0.20 | 1.67 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 788 | 0 |
| R.D. Henry & Co. 8, Wichita, KS NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| | | | | | | | | 788 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Raytheon Company&, Portsmouth, RI NPDES: R1000281 | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | NPDES R1000281 | Still body | 250 | 0.013 | n/a | 10.83 | 3 | 250 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.160 | n/a | 133.33 | 3 | 20 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.03740 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Rehau Inc&, Cullman, AL NPDES: Not available | POTW | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Rotochopper Inc8, Saint Martin, MN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.0374 | 0.32 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Rubber Applications8, Mulberry, FL NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 3 | 3 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | POTW | | | 250 | 0.013 | 0.20 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.013 | 0.013 | 1.67 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Sapa Precision Tubing Rockledge, Llc[8], Rockledge, FL, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  | POTW | Adhesives and Sealants Manuf. |  | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
| Thomas & Betts[8], Albuquerque, NM, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  | POTW | Adhesives and Sealants Manuf. |  | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
| Thomas Built Buses - Fairfield Road[8], High Point, NC, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Tinco, Dba Haeco Americas Airframe Services8, Greensboro, NC; NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | Surface Water | | | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 3 |
| Trelleborg Coated Systems Us, Inc8 – Grace Advanced Materials, Rutherfordton, NC; NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | Surface Water | | | 20 | 0.160 | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

Case 3:17-cv-02162-EMC   Document 437-9   Filed 03/20/24   Page 544 of 803

| Name, Location, and ID of Active Release/r Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| U.S. Coast Guard Yard - Curtis Bay8, Curtis Bay, MD, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.20 | 1.67 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
|  | POTW |  |  | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |
| Viracon Inc8, Owatonna, MN, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.160 | 2.42 | 20.57 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  |  |  |  |  |  |  |  | 3 | 3 |
|  | POTW |  |  | 250 | 0.013 | 0.0374 | 0.32 | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  |  |  |  |  | 3 | 0 |

OES: Industrial Processing Aid

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Occidental Chemical Corp Niagara Plant, Niagara Falls, NY NPDES: NY0003336 | Surface Water | NPDES NY0003336 | Still body | 300 | 0.019 | n/a | 0.14 | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  | 20 | 0.292 | n/a | 2.200 | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
| Stepan Co Millsdale Road, Elwood, IL NPDES: IL0002453 | Surface Water | NPDES IL0002453 | Surface water | 300 | 0.001 | 0.00016 | 0.000419 | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  | 20 | 0.008 | 0.00128 | 0.00335 | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
| Enetek International LLC, Lebanon, OR NPDES: N/A | Off-site Waste-water Treatment | No info on receiving facility; POTW (Ind.) | Surface water | 300 | 0.38 | 1.82 | 9.30 | 3 | 140 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  | 20 | 5.65 | 27.11 | 138.34 | 3 | 20 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
| National Electrical Carbon Products Dba Morgan Adv Materials, Fostoria, OH NPDES: OH0052744 | Off-site Waste-water Treatment | Receiving Facility: City of Fostoria, NPDES OH0052744 | Surface water | 300 | 0.008 | 0.0336 | 0.15 | 3 | 0 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |
|  |  |  |  | 20 | 0.115 | 0.50 | 2.32 | 3 | 1 |
|  |  |  |  |  |  |  |  | 788 | 0 |
|  |  |  |  |  |  |  |  | 920 | 0 |
|  |  |  |  |  |  |  |  | 14,400 | 0 |

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| PPG Industries Inc Barberton, Barberton, OH NPDES: OHO024007 | Off-site Waste-water Treatment | Receiving Facility: City of Barberton; NPDES OHO024007 | Surface water | 300 | 0.005 | 0.00478 | 0.0141 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
|  |  |  |  | 20 | 0.070 | 0.067 | 0.20 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
| Daramic LLC, Corydon, IN NPDES: IN0020893 | Surface Water | NPDES IN0020893 | Surface water | 300 | 0.008 | 0.00572 | 0.0206 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
|  |  |  |  | 20 | 0.114 | 0.0816 | 0.29 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
| OES: Commercial Printing and Copying | | | | | | | | | |
| Printing And Pub Sys Div, Weatherford, OK NPDES: OK0041785 | Surface Water | Printing | Surface water | 250 | 0.00020 | 0.000662 | 0.00292 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
|  |  |  |  | 20 | 0.00250 | 0.00827 | 0.0365 | 3<br>788<br>920<br>14,400 | 0<br>0<br>0<br>0 |
| OES: Other Industrial Uses | | | | | | | | | |
| Eli Lilly And Company- Lilly Tech Ctr, Indianapolis, IN NPDES: IN0003310 | Surface Water | NPDES IN0003310 | Surface water | 250 | 1.553 | 1.63 | 9.03 | 3<br>788<br>920<br>14,400 | 35<br>0<br>0<br>0 |
|  |  |  |  | 20 | 19,410 | 20.47 | 113.09 | 3<br>788<br>920<br>14,400 | 17<br>0<br>0<br>0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 1 |
| Oxy Vinyls LP - Deer Park Pvc, Deer Park, TX NPDES: TX0007412 | Surface Water | NPDES TX0007412 | Surface water | 250 | 0.148 | 0.13 | 0.49 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 9 |
| | | | | | 1.854 | 1.58 | 5.98 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 22 |
| Washington Penn Plastics, Frankfort, KY NPDES: KY0097497 | Surface Water | Surrogate NPDES KY0028410 | Surface water | 20 | 0.399 | 15.62 | 94.12 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 250 | 0.032 | 1.25 | 7.53 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 13 |
| | | | | | 0.022 | 0.000566 | 0.00262 | 3 | 0 |
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| Natrium Plant, New Martinsville, WV NPDES: WV0004359 | Surface Water | NPDES WV0004359 | Surface water | 20 | 0.274 | 0.00695 | 0.0322 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 250 | 0.019 | 0.16 | 0.71 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Leroy Quarry, Leroy, NY NPDES: NY0247189 | Surface Water | Surrogate NPDES NY0030546 | Surface water | 20 | 0.242 | 2.05 | 8.91 | 3 | 3 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| George C Marshall Space Flight Center, Huntsville, AL NPDES: AL0000221 | Surface Water | Surrogate NPDES AL0025585 | Surface water | 250 | 0.010 | 0.0738 | 0.20 | 788 / 920 / 14,400 | 0 / 0 / 0 |
|  |  |  |  | 20 | 0.128 | 0.96 | 2.63 | 3 / 788 / 920 / 14,400 | 30 / 0 / 0 / 0 |
| Whelan Energy Center Power Plant, Hastings, NE NPDES: NE0113506 | Surface Water | NPDES NE0113506 | Surface water | 250 | 0.009 | 0.67 | 2.92 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
|  |  |  |  | 20 | 0.118 | 8.95 | 38.96 | 3 / 788 / 920 / 14,400 | 13 / 0 / 0 / 8 |
| Army Cold Regions Research & Engineering Lab, Hanover, NH NPDES: NH0001619 | Surface Water | Surrogate NPDES NH0100099 | Surface water | 250 | 0.0002 | 0.0000266 | 0.00010 | 3 / 788 / 920 / 14,400 | 3 / 0 / 0 / 0 |
|  |  |  |  | 20 | 0.0029 | 0.000398 | 0.00154 | 788 / 920 / 14,400 | 0 / 0 / 0 |
| Corning - Canton Plant, Canton, NY NPDES: NY0085006 | Surface Water | Surrogate NPDES NY0034762 | Surface water | 250 | 0.0002 | 0.000101 | 0.00034 | 788 / 920 / 14,400 | 0 / 0 / 0 |
|  |  |  |  | 20 | 0.0028 | 0.00152 | 0.00510 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Ames Rubber Corp Plant #1, Hamburg Boro, NJ NPDES: NJ0000141 | Surface Water | Surrogate NPDES NJ0000141i | Surface water | 250 | 0.00011 | 0.00258 | 0.0149 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 53i |
| | | | | 20 | 0.00133 | 0.0304 | 0.18 | 788 | 50i |
| | | | | | | | | 920 | 50i |
| | | | | | | | | 14,400 | 50i |
| | | | | | | | | 3 | 6 |
| Gorham, Providence, RI NPDES: RIG85E004 | Surface Water | POTW (Ind.) | Surface water | 250 | 0.0001 | 0.00253 | 0.0129 | 788 | 4 |
| | | | | | | | | 920 | 4 |
| | | | | | | | | 14,400 | 4 |
| | | | | | | | | 3 | 3 |
| | | | | 20 | 0.0012 | 0.0253 | 0.13 | 788 | 3 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| Solvay - Houston Plant, Houston, TX NPDES: TX0007072 | Surface Water | NPDES TX0007072 | Surface water | 350 | 0.024 | 0.22 | 4.44 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 20 | 0.414 | 3.72 | 75.93 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 5 |
| Akzo Nobel Surface Chemistry LLC, Morris, IL NPDES: IL0026069 | Surface Water | NPDES IL0026069 | Surface water | 350 | 0.000329 | 0.000300 | 0.000688 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | 20 | 0.006 | 0.00546 | 0.0125 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| Solutia Nitro Site, Nitro, WV NPDES: WV0116181 | Surface Water | Surrogate NPDES WV0023229 | Surface water | 350 | 0.000318 | 0.0000214 | 0.00009 41 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | | Surface water | 20 | 0.006 | 0.000401 | 0.00176 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| Amphenol Corporation - Columbia, SC NPDES: SC0046264 | Surface Water | Organic Chemicals Manufacture | Surface water | 350 | 0.000202 | 0.00395 | 0.037 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | | | 20 | 0.004 | 0.0791 | 0.74 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 1 |
| | | | | | | | | 14,400 | 0 |
| Keeshan and Best Chemical Co., Inc., Manvel, TX NPDES: TX0072168 | Surface Water | NPDES TX0072168 | Still body | 350 | 0.000095 | n/a | 9.50 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 350 |
| | | | | | | | | 14,400 | 0 |
| | Surface Water | | | 20 | 0.002 | n/a | 200.00 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 20 |
| | | | | | | | | 14,400 | 0 |
| Chemtura North and South Plants, Morgantown, WV NPDES: WV0004740 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Indorama Ventures Olefins, LLC, | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (μg/L) | 7Q10 SWC[6] (μg/L) | COC (μg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Sulphur, LA NPDES: LA0069850 | | | | | | | | | |
| Emerson Power Transmission, Ithaca, NY NPDES: NY002933 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| William E. Warne Power Plant, Los Angeles County, CA NPDES: CA0059188 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Raytheon Aircraft Co/Was Beech Aircraft), Boulder, CO NPDES: COG315176 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| OES: Other Commercial Uses | | | | | | | | | |
| | | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | | |
| Corning Hospital, Corning, NY NPDES: NY0246701 | Surface Water | Surrogate NPDES NY0025721 | Surface water | 250 | 0.013 | 0.00597 | 0.0271 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| | | | | 20 | 0.159 | 0.0735 | 0.33 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| Water Street Commercial Bldg, Dayton, OH NPDES: OH0141496 | Surface Water | Surrogate NPDES OH0009521 | Surface water | 250 | 0.003 | 0.00131 | 0.00564 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| | | | | 20 | 0.035 | 0.0153 | 0.0658 | 3 / 788 / 920 / 14,400 | 0 / 0 / 0 / 0 |
| Union Station North Wing Office Building, Denver, CO NPDES: COG315293 | Surface Water | Surrogate NPDES CO0200959 | Surface water | 250 | 0.00040 | 0.0196 | 0.0881 | 3 / 788 / 920 / 14,400 | 0 / 0 / 213[9] / 0 |
| | | | | 20 | 0.00499 | 0.24 | 1.10 | 3 | 18 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC SWC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 788 | 17 |
| | | | | | | | | 920 | 17 |
| | | | | | | | | 14,400 | 17 |
| Confluence Park Apartments, Denver, CO NPDES: COG315339 | Surface Water | Surrogate NPDES COO02009510 | Surface water | 250 | 0.00028 | 0.0137 | 0.0617 | 3 | 213[10] |
| | | | | | | | | 788 | 213[10] |
| | | | | | | | | 920 | 213[10] |
| | | | | | | | | 14,400 | 17 |
| | | | | | | | | 3 | 17 |
| Park Place Mixed Use Development, Annapolis, MD NPDES: MD0068861 | Surface Water | Surrogate NPDES MD0052868 | Still body | 20 | 0.00354 | 0.17 | 0.77 | 17 | 17 |
| | | | | | | 0.00334 | 110.00 | 788 | 3 |
| | | | | | | | | 920 | 250 |
| Tree Top Inc Wenatchee Plant, Wenatchee, WA NPDES: WA0051527 | Surface Water | | | 250 | 0.00027 | n/a | 9.00 | 14,400 | 0 |
| | | | | | | | | 3 | 20 |
| Wynkoop Denver LLCP St, Denver, CO NPDES: COQ603115 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | 788 | 0 |
| Greer Family Llc, South Burlington, VT NPDES: VT0001376 | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | 920 | 0 |
| John Marshall III Site, Mclean, VA NPDES: VA0090093 OES: N/A (WWTP) | Surface Water | Annual releases estimated to be <0.02 kg/year were not modeled, as they were determined to be unlikely to exceed the most sensitive COC using the most conservative input assumptions. | | | | | | 14,400 | 0 |
| New Rochelle STP, | | | Still body | 365 | 0.043 | n/a | 0.70 | 3 | 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| New Rochelle, NY NPDES: NY0026697 | Surface Water | NPDES NY0026697 | | 20 | 0.786 | n/a | 12.79 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 20 |
| | | | | 365 | 0.016 | 0.13 | 0.17 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 0 |
| Everett Water Pollution Control Facility, Everett, WA NPDES: WA0024490 | Surface Water | NPDES WA0024490 | Surface water | 20 | 0.299 | 2.37 | 3.11 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 7 |
| | | | | 365 | 0.010 | 0.16 | 0.61 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 0 |
| Sullivan WWTP, Sullivan, MO NPDES: MO0104736 | Surface Water | NPDES MO0104736 | Surface water | 20 | 0.176 | 2.81 | 10.97 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 2 |
| | | | | 365 | 0.005 | 0.00146 | 0.00673 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 0 |
| Sunnyside STP, Sunnyside, WA NPDES: WA0020991 | Surface Water | NPDES WA0020991 | Surface water | 20 | 0.083 | 0.0042 | 0.110 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 3 |
| | | | POTW (Ind.) | 365 | 0.002 | 0.0505 | 0.26 | 788 / 920 / 14,400 / 3 | 0 / 0 / 0 / 0 |

| Name, Location, and ID of Active Releaser Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Port Of Sunnyside Industrial WWTP, Sunnyside, WA NPDES: WA0052426 | Surface Water | | Surface water | 20 | 0.035 | 0.88 | 4.51 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 5 |
| | | | | | | | | 14,400 | 0 |
| U.S. Air Force Shaw AFB SC, Shaw AFB, SC NPDES: SC0024970 | Surface Water | POTW (Ind.) | Surface water | 365 | 0.002 | 0.0505 | 0.26 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.032 | 0.81 | 4.12 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 4 |
| | | | | | | | | 14,400 | 0 |
| Gnf-A Wilmington-Castle Hayne WWTP, Wilmington, NC NPDES: NC0001228 | Surface Water | NPDES NC0001228 | Surface water | 365 | 0.0004 | 0.000304 | 0.00194 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.0067 | 0.00533 | 0.0340 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| Cameron Trading Post WWTP, Cameron, AZ NPDES: NN0021610 | Surface Water | POTW (Ind.) | Surface water | 365 | 0.0003 | 0.00758 | 0.0387 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | 20 | 0.0047 | 0.13 | 0.64 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |
| Coal Grove WWTP, | | | | 365 | 0.0002 | 0.00000250 | | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | | 14,400 | 0 |

139
140
141
142

| Name, Location, and ID of Active Release Facility | Release Media[1] | Modeled Facility or Industry Sector in EFAST[2] | EFAST Waterbody Type[3] | Days of Release[4] | Release[5] (kg/day) | Harmonic Mean SWC (µg/L) | 7Q10 SWC[6] (µg/L) | COC (µg/L) | Days of Exceedance[7] (days/yr) |
|---|---|---|---|---|---|---|---|---|---|
| Coal Grove, OH NPDES: OH0104558 | Surface Water | NPDES OH0029432 | Surface water | 20 | 0.0031 | 0.0000375 | 0.00001 | 788 | 0 |
| | | | | | | | 27 | 920 | 0 |
| | | | | | | | | 14,400 | 0 |
| | | | | | | | | 3 | 0 |
| | | | | | | | 0.00019 | 788 | 0 |
| | | | | | | | | 920 | 0 |
| | | | | | | | | 14,400 | 0 |

[1] Release media are either direct (release from facility directly to surface water) or indirect (transfer of wastewater from active facility to a receiving POTW or non-POTW WWTP facility). A wastewater treatment removal rate of 81% is applied to all indirect releases, i.e., volumes characterized as being transferred off-site for treatment at a water treatment facility prior to discharge to surface water.

[2] If a valid NPDES of facility was not available in EFAST, the release was modeled using either a surrogate representative facility in EFAST (based on location discharging into the same water body) or a representative generic industry sector.

[3] EFAST uses either the "surface water" model, for rivers and streams, or the "still water" model, for lakes, bays, and oceans.

[4] Modeling was conducted with the maximum days of release per year expected. For direct releasing facilities, a minimum of 20 days was also modeled.

[5] The daily release amount was calculated from the reported annual release amount divided by the number of release days per year.

[6] For releases discharging to lakes, bays, estuaries, and oceans, the acute scenario mixing zone water concentration was reported in place of the 7Q10 SWC.

[7] To determine the PDM days of exceedance for still bodies of water, the release days provided by the EPA Engineers is equal to the days of exceedance only if the predicted surface water concentration exceeds the COC. Otherwise, the days of exceedance can be assumed to be zero.

[8] Predicted water releases for the indicated sites changed slightly between modeling and publication of the Risk Evaluation. For the 440 unknown sites in the Processing as a Reactant OES changed from 1.75 kg/yr to 2.2 kg/yr. For the sites listed under the Adhesives, Sealants, Paints, and Coatings OES, annual release predictions changed from 3.25 kg/yr to 4.4 kg/yr. These slight differences (i.e., between 0.5 to 1.2 kg/yr) are unlikely to impact risk characterization.

[9] The predicted days of exceedance are presented although the estimated 7Q10 never approaches the lowest COC due to the fact that the EFAST database has minimum stream flow of 0 MLD and a mean stream flow of 2.69 MLD for this site. Therefore, these days of exceedances were not considered in environmental risk characterization.

[10] The predicted days of exceedance are presented although the estimated 7Q10 never approaches the lowest COC due to the fact that the EFAST database has minimum stream flow of 0 MLD and a mean stream flow of 0 MLD for this site. Therefore, these days of exceedances were not considered in environmental risk characterization.

# Appendix D    CONSUMER EXPOSURES

For additional consumer modeling support files, please see the following supplemental documents: *24.*
*Final Risk Evaluation for Trichloroethylene Supplemental Information File Consumer Exposure*
*Assessment Model Input Parameters.xlsx; 25. Final Risk Evaluation for Trichloroethylene Supplemental*
*Information File Exposure Modeling Results and Risk Estimates for Consumer Inhalation*
*Exposures.xlsx; 26. Final Risk Evaluation for Trichloroethylene Supplemental Information File*
*Exposure Modeling Results and Risk Estimates for Consumer Dermal Exposures.xlsx*.

## D.1    Consumer Inhalation Exposure

CEM predicts indoor air concentrations from consumer product use by implementing a deterministic,
mass-balance calculation utilizing an emission profile determined by implementing appropriate emission
scenarios. The model uses a two-zone representation of the building of use (*e.g.,* residence, school,
office), with Zone 1 representing the room where the consumer product is used (*e.g.,* a utility room) and
zone 2 being the remainder of the building. The product user is placed within Zone 1 for the duration of
use, while a bystander is placed in Zone 2 during product use. Otherwise, product users and bystanders
follow prescribed activity patterns throughout the simulated period. In some instances of product use, a
higher concentration of product is expected very near the product user; CEM addresses this by further
dividing Zone 1 into near-field, with a default volume of $1m^3$, and far-field, which reflects the remainder
of Zone 1. Each zone is considered well-mixed. Product users are exposed to airborne concentrations
estimated within the near-field during the time of use and otherwise follow their prescribed activity
pattern. Bystanders follow their prescribed activity pattern and are exposed to far-field concentrations
when they are in Zone 1. Background concentrations can be set to a non-zero concentration if desired.

For acute exposure scenarios, emissions from each incidence of product usage are estimated over a
period of 72 hours using the following approach that account for how a product is used or applied, the
total applied mass of the product, the weight fraction of the chemical in the product, and the molecular
weight and vapor pressure of the chemical.

The general steps of the calculation engine within the CEM model include:

- Introduction of the chemical (*i.e.,* TCE) into the room of use (Zone 1) through two possible pathways: (1) overspray of the product or (2) evaporation from a thin film;
- Transfer of the chemical to the rest of the house (Zone 2) due to exchange of air between the different rooms;
- Exchange of the house air with outdoor air; and
- Compilation of estimated air concentrations in each zone as the modeled occupant (*i.e.,* user or bystander) moves about the house per prescribed activity patterns.

As receptors move between zones in the model, the associated zonal air concentrations at each 30-
second time step were compiled to reflect the air concentrations a user and bystander would be exposed
to throughout the simulation period. Time weighted averages (TWAs) were then computed based on
these user and bystander concentration time series per available human health hazard data. For TCE, 3-
and 24-hour TWAs were quantified for use in Risk Evaluation based on alignment relevant acute human
health hazard endpoints.

187   *Emission Models*
188   Based on the suite of product scenarios developed to evaluate the TCE consumer conditions of use, the
189   specific emission models applied for the purposes of modeling TCE products include: E1: Emission
190   from Product Applied to a Surface Indoors Incremental Source Model and E3: Emission from Product
191   Sprayed.
192
193   E1 assumes a constant application rate over a user-specified duration of use and an emission rate that
194   declines exponentially over time, at a rate that depends on the chemical molecular weight and vapor
195   pressure. This emission model is generally applicable to liquid products applied to surfaces that
196   evaporate from those surfaces, such as cleaners. E1 was applied for all liquid formulations in the
197   modeling of TCE consumer inhalation exposures. E3 assumes a small percentage of product becomes
198   airborne rather than contacting the target surface and therefore immediately available for uptake via
199   inhalation. This is called "overspray" and is not well characterized, though default parameters ranging
200   from 4.5 to 6% overspray are based on a combination of modeled and empirical data from Jayjock
201   (2012) and are said to reflect reasonable worst-case overspray potential (U.S. EPA, 2017b). The
202   remainder of chemical is assumed to contact the target surface and volatilize at a rate that depends on the
203   chemical molecular weight and vapor pressure. The aerosolized portion is treated using a constant
204   emission rate model while the non-aerosolized mass is treated in the same manner as liquid products
205   applied to a surface, combining a constant application rate with an exponentially declining rate. In U.S.
206   EPA (2014b), modeled scenarios were found not to be sensitive to this parameter, with overspray
207   fractions of 1 and 25% producing nearly identical peak concentrations for TCE. Both E1 and E3 have a
208   near-field model option that is selected to capture the higher concentration in the breathing zone of a
209   product user during use.
210
211   For additional details on CEM 2.1's underlying emission models, assumptions, and algorithms, please
212   see the User Guide Section 3: Detailed Descriptions of Models within CEM (U.S. EPA, 2019a). The
213   emission models used have been compared to other model results and measured data; see Appendix D:
214   Model Corroboration of the User Guide Appendices for the results of these analyses (U.S. EPA, 2019b).

215   ## D.2   Consumer Dermal Exposure

216   Two models were used to evaluate consumer dermal exposures, the Fraction Absorbed model (P_DE2a
217   within CEM) and the Permeability model (P_DER2b within CEM). A brief comparison of these two
218   dermal models through the calculation of acute dose rates (ADRs) is provided below. They have been
219   applied to distinct exposure conditions, with the permeability model applied to scenarios likely to
220   involve occluded dermal contact where evaporation may be inhibited and the fraction absorbed model
221   applied to scenarios less likely to involve occluded dermal contact.
222
223   The dermal models described below were run for all consumer conditions of use to provide a
224   comparison between the two results while recognizing each model is unique in its approach to
225   estimating dermal exposure and may not be directly comparable. Keeping these limitations in mind, the
226   full suite of exposure results from both models is shown for all conditions of use in *26. Final Risk
227   Evaluation for Trichloroethylene Supplemental Information File Exposure Modeling Results and Risk
228   Estimates for Consumer Dermal Exposures.xlsx*.
229
230   Because neither model considers the mass of chemical as an input in the absorbed dose equations, both
231   have the potential to overestimate the dermal absorption by modeling a mass which is larger than the
232   mass used in a scenario. Therefore, when utilizing either of the CEM models for dermal exposure

233 estimations, a mass check is necessary outside of the CEM model to make sure the mass absorbed does
234 not exceed the typical mass used for a given scenario.
235
236 ***CEM Absorption Fraction Model (P_DER2a)***
237 The fraction absorbed model estimates the mass of a chemical absorbed through the applicational of a
238 fractional absorption factor to the mass of chemical present on or in the skin following a use event. The
239 initial dose or amount retained on the skin is determined using a film thickness approach. A fractional
240 absorption factor is then applied the initial dose to estimate absorbed dose. The fraction absorbed is
241 essentially the measure of two competing processes, evaporation of the chemical from the skin surface
242 and penetration deeper into the skin. It can be estimated using an empirical relationship based on Frasch
243 and Bunge (2015). Due to the model's consideration of evaporative processes, it was considered to be
244 more representative of dermal exposure under unimpeded exposure conditions. For additional details on
245 this model, please see Appendix D and the CEM User Guide Section 3: Detailed Descriptions of Models
246 within CEM (U.S. EPA, 2019a).
247

248
$$ADR \ = \frac{AR \ \times F_{abs} \times \frac{SA}{BW} \times FQ_{ac} \times Dil \times WF \times ED_{ac} \times CF_1}{AT_{ac}}$$

249
250 Where:
251     ADR     = Acute daily dose rate (mg/kg-day)
252     AR      = Amount retained in the skin (g/cm², film thickness [cm] multiplied by product density)
253     $F_{abs}$   = Absorption fraction (see below)
254     $D_{ac}$    = Duration of use (min/event)
255     SA/BW   = Surface area to body weight ratio (cm²/kg)
256     $FQ_{ac}$   = Frequency of use (events/day, 1 for acute exposure scenarios)
257     Dil     = Product dilution fraction (unitless, 1 [no dilution] for all TCE scenarios)
258     WF      = Weight fraction of chemical in product (unitless)
259     $ED_{ac}$   = Exposure duration (1 day for acute exposure scenarios)
260     CF1     = Conversion factor (1,000 mg/g)
261     $AT_{cr}$   = Averaging time (1 day for acute exposure scenarios)
262
263 The fraction absorbed ($F_{abs}$) term is estimated using the ratio of evaporation from the stratum corneum to
264 the dermal absorption rate through the stratum corneum, as informed by gas phase mass transfer
265 coefficient, vapor pressure, molecular weight, water solubility, real gas constant, and permeability
266 coefficient.
267

268
$$FR_{abs} \ = \frac{3 + \chi \left[1 - \exp(-a \frac{D_{ac}}{t_{lag} \times CF_1})\right]}{3(1 + \chi)}$$

269
270 Where:
271     $\chi$      = Ratio of the evaporation rate from the stratum corneum (SC) to the dermal absorption rate
272     a       = Constant (2.906)
273     $D_{ac}$    = Duration of use (min/event)
274     $t_{lag}$   = Lag time for chemical transport through SC (hr)
275     $CF_1$   = Conversion factor (60 min/hr)
276
277 ***CEM Permeability Model (P_DER2b)***
278 The permeability model estimates the mass of a chemical absorbed and dermal flux based on a
279 permeability coefficient (Kp) and is based on the ability of a chemical to penetrate the skin layer once
280 contact occurs. It assumes a constant supply of chemical directly in contact with the skin throughout the

281 exposure duration. $K_p$ is a measure of the rate of chemical flux through the skin. The parameter can
282 either be specified by the user (if measured data are reasonably available) or be estimated within CEM
283 using a chemical's molecular weight and octanol-water partition coefficient ($K_{ow}$). The permeability
284 model does not inherently account for evaporative losses (unless the available flux or $K_p$ values are
285 based on non-occluded, evaporative conditions), which can be considerable for volatile chemicals in
286 scenarios where evaporation is not impeded. While the permeability model does not explicitly represent
287 exposures involving such impeded evaporation, the model assumptions make it the preferred model for
288 an such a scenario. For TCE, a measured dermal permeability coefficient ($K_p$ 0.0023 cm/hr) is used,
289 based on measured dermal flux from a human dermal absorption test with neat TCE (Kezic et al. 2001).
290 For additional details on this model, please see Appendix D and the CEM User Guide Section 3:
291 Detailed Descriptions of Models within CEM (U.S. EPA, 2019a).

292

293 The acute form of the dermal permeability model is given below:

294

295
$$ADR = \frac{K_p \times D_{ac} \times \rho \times \frac{SA}{BW} \times FQ_{ac} \times Dil \times WF \times ED_{ac} \times CF_1}{AT_{ac} \times CF_2}$$

296
297 Where:
298         ADR      = Potential acute dose rate (mg/kg-day)
299         $K_p$      = Permeability coefficient (cm/hr)
300         $D_{ac}$     = Duration of use (min/event)
301         $\rho$        = Density of formulation (g/cm$^3$)
302         SA/BW  = Surface area to body weight ratio (cm$^2$/kg)
303         $FQ_{ac}$     = Frequency of use (events/day, 1 for acute exposure scenarios)
304         Dil        = Product dilution fraction (unitless, 1 [no dilution] for all TCE scenarios)
305         WF        = Weight fraction of chemical in product (unitless)
306         $ED_{ac}$     = Exposure duration (1 day for acute exposure scenarios)
307         CF1      = Conversion factor (1,000 mg/g)
308         CF2      = Conversion factor (60 min/hr)
309         $AT_{ac}$     = Averaging time (1 day for acute exposure scenarios)

310

## D.3    Model Sensitivity

312 The CEM developers conducted a detailed sensitivity analysis for CEM, as described in Appendix C of
313 the CEM User Guide (U.S. EPA, 2019b). The CEM developers included results of model corroboration
314 analysis in Appendix D of the CEM User Guide (U.S. EPA, 2019b).

315

316 In brief, the analysis was conducted on continuous variables and categorical variables that were used in
317 CEM emission or dermal models. A base run of different CEM models using various product or article
318 categories, along with CEM defaults, was used. Individual variables were modified, one at a time, and
319 the resulting Acute Dose Rate (ADR) and Chronic Average Daily Dose (CADD) were compared to the
320 corresponding results for the base run. Benzyl alcohol, a VOC, was used as an example for product
321 models such as those applied in this evaluation of TCE.

322

323 The tested model parameters were increased by 10%. The measure of sensitivity for continuous
324 variables such as mass of product used, weight fraction, and air exchange rate was "elasticity," defined
325 as the ratio of percent change in each result to the corresponding percent change in model input. A
326 positive elasticity indicates that an increase in the model parameter resulted in an increase in the model
327 output, whereas a parameter with negative elasticity is associated with a decrease in the model output.

328   For categorical variables such as receptor activity pattern (*i.e.,* work schedule) and room of use, the
329   percent difference in model outputs for different category pairs was used as the measure of sensitivity.
330
331   The results are summarized below for the inhalation and dermal models used to evaluate consumer
332   exposures to TCE (*i.e.,* emission models E1 and E3 and the dermal permeability model P_DER2b. For
333   full results and additional background, refer to Appendix C of the CEM User Guide (U.S. EPA, 2017b).

### D.3.1   Continuous Variables

335   For acute exposures generated from emission model E1, WF (weight fraction) and M_acute (mass of
336   product used) have the greatest positive elasticities of the tested parameters (see Figure_Apx D-1). The
337   next most sensitive parameters demonstrate negative elasticity and include: Vol_Building (building
338   volume); AER_Zone2 (air exchange rate in Zone 2); AER_Zone1 (air exchange rate in Zone 1);
339   Vol_Zone1 (room of use, or Zone 1 volume). Inhalation exposures from liquid consumer product
340   formulations were modeled using E1 and the two most sensitive variables identified in this analysis were
341   varied to estimate a range of exposures.
342



**Figure_Apx D-1. Elasticities (≥ 0.05) for Parameters Applied in E1**

345
346   For acute exposures generated from emission model E3, WF (weight fraction) and M_acute (mass of
347   product used) have the greatest positive elasticities of the tested parameters (see Figure_Apx D-2). The
348   next most sensitive parameters demonstrate negative elasticity and include: Vol_Building (building
349   volume); AER_Zone2 (air exchange rate in Zone 2); MW (molecular weight); VP (vapor pressure);
350   AER_Zone1 (air exchange rate in Zone 1); Vol_Zone1 (room of use, or Zone 1 volume). Inhalation
351   exposures from aerosol or spray consumer product formulations were modeled using E3 and the two
352   most sensitive variables identified in this analysis were varied to estimate a range of exposures.
353



354

**Figure_Apx D-2. Elasticities (≥ 0.05) for Parameters Applied in E3**

356

357 For acute exposures generated from the dermal permeability model, the chemical properties that inform
358 absorption rate, or absorption rate estimates, have the greatest elasticities (see Figure_Apx D-3). For
359 TCE, dermal exposures from consumer product formulations were modeled using a measured Kp
360 (permeability coefficient). Therefore, LogK$_{OW}$ (octanol/water partition coefficient) and MW (molecular
361 weight) were not used to estimate skin penetration.
362



363

364 **Figure_Apx D-3. Elasticities (≥ 0.05) for Parameters Applied in P_DER2b**

365     **D.3.2    Categorical Variables**

366 For categorical variables there were multiple parameters that affected other model inputs. For example,
367 varying the room type changed the ventilation rates, volume size and the amount of time per day that a
368 person spent in the room. Thus, each modeling result was calculated as the percent difference from the
369 base run. For continuous variables, each modeling result was calculated as elasticity.

370

371 Among the categorical variables, the most sensitive parameters included receptor type (adult vs. child),
372 room of use (Zone 1) selection, and application of the near-field bubble within Zone 1. However, these
373 types of variables were held constant within a given product modeling scenario and were applied using
374 consistent assumptions across all modeling scenarios.

375 # D.4   Monitoring Data

376     **D.4.1    Indoor Air Monitoring**

377 Systematic review identified indoor air monitoring studies reporting levels of TCE in residential indoor
378 air samples. The air concentrations reported in these studies are not used to evaluate risk to consumers
379 since measurements are not attributable to consumer conditions of use. The full suite of extracted data
380 (including residential, commercial) and associated data evaluation forms are found in [*Data Extraction*
381 *Tables for Environmental Monitoring Data. Docket: EPA-HQ-OPPT-2019-0500*].

382

383 Concentrations of TCE in residential indoor air in the United States and Canada collected from nine
384 studies identified during Systematic Review are summarized in Table_Apx D-1. Overall, more than
385 1,800 samples were collected between 1986 and 2010 in eleven US states (CA, CO, IL, IN, MA, MI,
386 MN, NJ, NY, OH, and TX) and Canada (exact location not reported). Concentrations ranged from non-
387 detect (detection limits varied) to 42 $\mu g/m^3$. The highest concentrations were observed in residential
388 garages and apartment hallways. Measures of central tendency (mean or median) across all studies were
389 generally less than 1 $\mu g/m^3$, with a couple central tendency measurements above 3 $\mu g/m^3$.

390

391 Data extracted for residential indoor air samples from studies conducted outside of North America, as
392 well as studies conducted in schools and commercial establishments in the US and other countries, are

393   provided in [*Data Extraction Tables for Environmental Monitoring Data. Docket: EPA-HQ-OPPT-*
394   *2019-0500*].
395
396   **Table_Apx D-1. TCE Residential Indoor Air Concentrations (μg/m$^3$) in the United States and**
397   **Canada**

| Study Info | Site Description | LOQ | Min. | Mean | Median | Max. | Variance | Data Eval. Score |
|---|---|---|---|---|---|---|---|---|
| (Chin et al., 2014) US, 2009-2010 (n=126; DF = 0.06) | Detroit, MI area; Homes (n=126) with children with asthma | 0.09 | ND | 0.07 | 0.04 | 1.48 | 0.14 (SD) | High |
| (Dodson et al., 2008)[a] US, 2004-2005 (n=83; DF = 0.93) | Boston, MA; Interior room of residences | 0.04 | ND | 0.6 | 0.2 | 2.2 (95th) | 1.7 (SD) | High |
| (Dodson et al., 2008)[a] US, 2004-2005 (n=52; DF = 0.75) | Boston, MA; Basement of residences | 0.04 | ND | 0.4 | 0.1 | 1.4 (95th) | 1.1 (SD) | High |
| (Dodson et al., 2008)[a] US, 2004-2005 (n=10; DF = 0.9) | Boston, MA; Apartment hallway of residences | 0.04 | ND | 3.7 | 0.3 | 23 (95th) | 7.3 (SD) | High |
| (Dodson et al., 2008)[a] US, 2004-2005 (n=16; DF = 0.63) | Boston, MA; Garage of residences | 0.04 | ND | 3.3 | 0.1 | 42 (95th) | 10 (SD) | High |
| (Jia et al., 2008a) US, 2004-2005 (n=252; DF = 0.56) | Ann Arbor, Ypsilanti, and Dearborn MI; Residences (n=159) in industrial, urban, and suburban cities over two seasons | 0.008 | ND | 0.06 | 0.03 | 2.01 | -- | Medium |
| (Adgate et al., 2004) US, 2000 (n=113; DF = 0.828) | Minneapolis, MN; Inside home, during the winter. Sampling from room where child spent the most time. | -- | ND (10th 0.1) | -- | 0.3 | -- | -- | Medium |
| (Adgate et al., 2004) US, 2000 (n=113; DF = 0.737) | Minneapolis, MN; Inside home, during the spring. Sampling from room where child spent the most time. | -- | ND (10th 0.1) | -- | 0.2 | -- | -- | Medium |
| (Sax et al., 2004) US, 2000 (n=32; DF = 0.47) | Los Angeles, CA; Homes (n=35) in inner-city neighborhood, sampled in the fall | 0.13 | ND | 0.2 | 0.1 | 0.8 | 0.2 (SD) | High |
| (Sax et al., 2004) US, 2000 (n=40; DF = 0.68) | Los Angeles, CA; Homes (n=40) in inner-city neighborhood, sampled in the winter | 0.13 | ND | 0.2 | 0.2 | 1.2 | 0.3 (SD) | High |
| (Sax et al., 2004) US, 1999 (n=36; DF = 0.92) | New York, NY; Homes (n=38) in inner-city neighborhood, sampled in the winter | 0.13 | ND | 1.1 | 0.4 | 19 | 3.2 (SD) | High |
| (Sax et al., 2004) US, 1999 (n=30; DF = 0.44) | New York, NY; Homes (n=41) in inner-city neighborhood, sampled in the summer | 0.13 | ND | 0.3 | 0.1 | 2.6 | 0.5 (SD) | High |

| Study Info | Site Description | LOQ | Min. | Mean | Median | Max. | Variance | Data Eval. Score |
|---|---|---|---|---|---|---|---|---|
| (Su et al., 2013)[b]<br>US, 1999-2001 (n=539; DF = NR) | Elizabeth, NJ; Houston, TX; and Los Angeles, CA; Non-smoking households (n=310) | -- | -- | 0.99 | 0.22 | 1.74 (95th) | 7.29 (SD) | Medium |
| (Clayton et al., 1999)[c]<br>US, 1995-1997 (n=402; DF = 0.361) | IL, IN, OH, MI, MN, WI (Great Lakes Region); Non-institutionalized persons residing in households in six states | -- | ND | 3.84 | 0.56 | 2.28 (90th) | -- | High |
| (Lindstrom et al., 1995)<br>US, 1994 (n=9; DF = 0.56) | Denver, CO; Homes, occupied (n=9) | 0.12 | ND | 0.64 | 0.61 | -- | 0.66 (SD) | Medium |
| (Chan et al., 1990)<br>CA, 1987 (n=6; DF = 0.83) | Homes (n=6), main floor | -- | ND | 1.6 | -- | 5 | -- | Medium |
| (Chan et al., 1990)<br>CA, 1986 (n=12; DF = 0.42) | Homes (n=12), main floor | -- | ND | 0.5 | -- | 2 | -- | Medium |

Study Info: The information provided includes the citation; country and year samples collected; number of samples and detection frequency.
Abbreviations: If a value was not reported, it is shown in this table as "--". ND = not detected at the reported detection limit. GSD = geometric standard deviation. DF = detection frequency. NR = Not reported. US = United States. CA = Canada
Parameters: All statistics are shown as reported in the study. Some reported statistics may be less than the detection limit; the method of handling non-detects varied by study. All minimum values determined to be less than the detection limit are shown in this table as "ND." If a maximum value was not provided, the highest percentile available is shown (as indicated in parentheses); if a minimum value was not provided, the lowest percentile available is shown (as indicated in parentheses).
[a] Samples from this study were collected as part of the BEAMS study.
[b] Samples from this study were collected as part of the RIOPA study.
[c] Samples from this study were collected as part of the NHEXAS Phase 1 field study.

398

399    D.4.2    **Personal breathing Zone Monitoring Data**

400    Concentrations of TCE (TCE) in the personal breathing zones of residents in the United States collected
401    from seven studies identified during Systematic Review are summarized in Table_Apx D-2. Overall, the
402    measured concentration dataset contains approximately 2,750 samples that were collected between 1981
403    and 2001, and represents time spent in various microenvironments (*i.e.,* home, school, work, transit)
404    during the monitoring period. Only the 3-hr samples from Heavner et al. (1995) represent time inside the
405    home only. Concentrations ranged from non-detect (limits varied) to 327.3 μg/m³. The highest
406    concentration was observed in samples collected in 2000 as part of the NHANES 1999-2000 study (Jia
407    et al., 2008b). The study states that the top ten highest concentrations exceeded 300 μg/m³, which they
408    suggest may indicate exposure from immediate contact with solvents. The 95th percentile concentration
409    in this study is 7.4 μg/m³. All other studies showed maximum concentrations less than 10 μg/m³.
410    Median concentrations ranged from ND to 1.05 μg/m³; and average concentrations ranged from 0.66 to
411    13 μg/m³.

412

413    Data extracted for residential/general personal breathing zones studies conducted outside of North
414    America, as well as studies conducted in schools and commercial establishments in the US and other
415    countries, is provided in [*Data Extraction Tables for Environmental Monitoring Data. Docket: EPA-*
416    *HQ-OPPT-2019-0500*].

417

418
419

**Table_Apx D-2. Personal Breathing Zone Concentrations (µg/m3) for TCE in the United States (General/Residential)**

| Study Info | Type | Site Description | LOD | Min. | Mean | Median | Max | Variance | Data Eval. Score |
|---|---|---|---|---|---|---|---|---|---|
| (Su et al., 2013)[a] US, 1999-2001 (n=544; DF = 0.23) | 48-hr | Elizabeth, NJ; Houston, TX; and Los Angeles, CA; Adults (n=309) and children (n=118) from 310 non-smoking households. | -- | ND | 1.44 | 0.22 | 2.37 (95th) | 10.74 (SD) | Medium |
| (Jia et al., 2008b)[b] US, 1999-2000 (n=665; DF = 0.229) | 48-to 72-hr | Nation-wide; Adults (ages 20–59 years) in NHANES study | 0.44 | ND | 0.4 (GM) | ND | 327.3 (7.4 - 95th) | 3.4 (GSD) | High |
| (Sexton et al., 2007) US, 1999 (n=333; DF = 0.925) | 48-hr | Minneapolis -St. Paul, MN; Adults, non-smoking (n=70) living in three neighborhoods: (inner-city, blue-collar/near manufacturing plants, and affluent) | -- | ND | 1 | 0.2 | 1.8 (90th) | -- | High |
| (Clayton et al., 1999)[c] US, 1995-1997 (n=386; DF = 0.394) | 6-day | IL, IN, OH, MI, MN, WI (Great Lakes Region); Non-institutionalized persons | -- | ND | 5.27 | 0.63 | 5.98 (90th) | -- | High |
| (Heavner et al., 1995) US, 1991 (n=24; DF = NR) | 3-hrs (in home only) | Columbus, OH; Non-smoking women (n=24) with non-smoking husbands | -- | ND | 1.84 | 1.05 | 9.08 | 2.39 | Medium |
| (Heavner et al., 1995) US, 1991 (n=25; DF = NR) | 3-hrs (in home only) | Columbus, OH; Non-smoking (n=25) women with smoking husbands | -- | ND | 0.66 | ND | 3.41 | 1.04 | Medium |
| (Wallace, 1987)[d] US, 1981-1984 (n=772; DF = 0-0.97) | 12-hrs | Elizabeth and Bayonne, NJ, Los Angeles, CA, and Contra Costa, CA; Adults in industrial/ chemical manufacturing and /or petroleum refining regions of the US. | -- | -- | 3.8 to 13 | -- | -- | -- | High |

Abbreviations: If a value was not reported, it is shown in this table as "--". LOD = level of detection. ND = not detected at the reported detection limit. GM = geometric mean. GSD = geometric standard deviation. DF = detection frequency. NR = Not reported. US = United States.

Parameters: All statistics are shown as reported in the study. Some reported statistics may be less than the detection limit; the method of handling non-detects varied by study. All minimum values determined to be less than the detection limit are shown in this table as "ND." If a maximum value was not provided, the highest percentile available is shown (as indicated in parentheses); if a minimum value was not provided, the lowest percentile available is shown (as indicated in parentheses).

[a] Samples from this study were collected as part of the RIOPA study.
[b] Samples from this study were collected as part of the NHANES 1999-2000. The top ten highest concentrations exceeded 300 µg/m$^3$, which the authors suggest may be from immediate contact with solvents.
[c] Samples from this study were collected as part of the NHEXAS Phase 1 field study.
[d] Samples from this study were collected as part of the TEAMS study.

420

# Appendix E    ENVIRONMENTAL HAZARDS

## E.1    Species Sensitivity Distribution (SSD) Methodology

The SSD Toolbox is a resource created by EPA's Office of Research and Development (ORD) that can fit SSDs to environmental hazard data (Etterson, 2020). It runs on Matlab 2018b (9.5) for Windows 64 bit. For this TCE Risk Evaluation, EPA created two SSDs with the SSD Toolbox, one using only algae hazard data and the other using acute hazard data for all other aquatic species. This appendix outlines the methodology used to create each.

For the acute SSD, acute hazard data for fish, amphibians, and invertebrates were curated to prioritize study quality and to assure comparability between toxicity values. For example, the dataset included only $LC_{50}$s for fish and amphibians, and $EC_{50}$s or $LC_{50}$s that measured immobilization and mortality for aquatic invertebrates. The dataset included both saltwater and freshwater species, because the toxicity values for saltwater species value were within the range of values reported for freshwater species in the same taxonomic group. Additionally, for fish and invertebrates, the mode of action for freshwater and saltwater species expected to be the same. Table_Apx E-1 shows the data that was used in the algae SSD, as well as data that was not included in the SSD and why.

With this dataset, the Toolbox was used to apply a variety of algorithms to fit and visualize SSDs with different distributions. Figure_Apx E-1 shows the Toolbox interface after each distribution and fitting method was fit to the data. An $HC_{05}$ is calculated for each.

442

Table Apx E-1. Acute Toxicity Data for Aquatic Organisms used in SSD

| Species | LC$_{50}$ (mg/L)* | Source (quality rating) | Used in SSD |
|---|---|---|---|
| **Amphibians** | | | |
| African clawed frogs (Xenopus laevis) | 434.0 | (Fort et al., 1993) (high) | Yes |
| African clawed frogs (Xenopus laevis) | 434 (geometric mean) | (Fort et al., 1991) (medium) | Yes, used a geometric mean of two values for LC$_{50}$s in the study |
| African clawed frogs (Xenopus laevis) | 441 (geometric mean) | (Fort et al., 2001) (medium) | Yes, used a geometric mean of three values for LC$_{50}$s in the study |
| **Fish** | | | |
| Fathead minnow (Pimephales promelas) | 44.1 | (Geiger et al., 1985) (high) | Yes |
| Fathead minnow (Pimephales promelas) | 40.7 | (Alexander et al., 1978) (high) | Yes |
| Fathead minnow (Pimephales promelas) | 66.8 | (Alexander et al., 1978) (medium) | No, because this value from a static study was rated medium for quality and a high-quality flow through value from the same study was available |
| American flagfish (Jordanella floridae) | 28.28 | (Smith et al., 1991) (high) | Yes |
| American flagfish (Jordanella floridae) | 31.00 | (Smith et al., 1991) (medium) | No, because this value from a static study was rated medium for quality and a high-quality flow through value from the same study was available |
| Fathead minnow (Pimephales promelas) | 46.7 (geometric mean) | (Broderius et al., 2005) (high) | Yes, used a geometric mean of three values for LC$_{50}$s in the study |
| Bluegill (Lepomis macrochirus) | 45 | (Buccafusco et al., 1981) (medium) | Yes |
| Sheepshead minnows (Cyprinodon variegatus) | 52 | (Ward et al., 1986) (medium) | Yes |

| Species | $LC_{50}$ (mg/L)* | Source (quality rating) | Used in SSD |
|---|---|---|---|
| Sheepshead minnows (Cyprinodon variegatus) | 99 | (Ward et al., 1986) (medium) | No, because this $LC_{50}$ measured initial TCE concentrations and the average concentrations were available in the same study |
| **Invertebrates** | | | |
| Daphnia magna | 18 | (LeBlanc, 1980) (high) | Yes |
| Daphnia magna | 22 | (LeBlanc, 1980) (high) | No, because a 48-hour value was available in the same paper |
| Daphnia magna | 7.75 | (Abernethy et al., 1986) (medium) | Yes |
| Daphnia magna | 33.85 | (Dobaradaran et al., 2012) (medium) | Yes |
| Daphnia magna | 43.14 | (Dobaradaran et al., 2012) (medium) | No, because a 48-hour value was available in the same paper |
| Daphnia magna | 28.39 | (Dobaradaran et al., 2012) (medium) | No, because a 48-hour value was available in the same paper |
| Daphnia magna | 26.55 | (Dobaradaran et al., 2012) (medium) | No, because a 48-hour value was available in the same paper |
| Mysidopsis bahia (Mysid shrimp) | 14 | (Ward et al., 1986) (medium) | Yes |
| Ceriodaphnia dubia | 17.08 | (Niederlehner et al., 1998) (high) | Yes |

*$EC_{50}$s measuring immobilization were also used for invertebrates, because it is difficult to distinguish between death and immobilization for aquatic invertebrates.

445  **Figure_Apx E-1. SSD Toolbox interface showing HC$_{05}$s and P values for each distribution and**
446  **fitting method using TCE's acute hazard data (Etterson, 2020)**



447
448
449  The SSD Toolbox's output contained several methods for choosing an appropriate distribution and
450  fitting method, including goodness-of-fit, standard error, and sample-size corrected Akaike Information
451  Criterion (AIC$_c$, [Burnham and Anderson, 2002]). However, choosing the distribution with the best fit
452  was challenging with a small dataset (*e.g.,* hazard data for 8 algae species). Most P values for goodness-
453  of-fit were above 0.05, showing no evidence for lack of fit. However for the Weibull distribution, the
454  maximum likelihood and graphical methods fitting methods had P values for goodness-of-fit below 0.05
455  showing lack of fit, so they were eliminated. For all other distributions P values for goodness-of-fit were
456  > 0.05 (Figure_Apx E-1). Standard error was mixed across fitting methods for some distributions but
457  generally the lowest for the burr distribution (Table_Apx E-2) shows that the Gumbel distribution has
458  the lowest AIC$_c$, indicating it may be the best distribution for this data though the relative AIC support
459  compared to other distributions is weak. Because the ability for these measures to distinguish between
460  distributions was limited, visual inspection of the distributions was also used; however, no distributions
461  could be eliminated through this method either (Figure_Apx E-3).
462

**Page 569 of 803**

463    **Table_Apx E-2. Standard Error for all distributions and fitting methods using TCE's acute**
464    **hazard data (Etterson, 2020)**

| | Normal Distribution | | | | Logistic Distribution | | | | Triangular Distribution | | | | Gumbel Distribution | | | | Weibull Distribution | Burr Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ML | MO | GR | MH | ML | MO | GR | MH | ML | MO | GR | MH | ML | MO | GR | MH | MH | ML | MH |
| Standard Error for $HC_{05}$ (mg/L) | 5.5 | 5.4 | 4.6 | 3.7 | 5.3 | 5.5 | 4.0 | 3.5 | 6.7 | 5.0 | 4.1 | 4.0 | 4.2 | 4.7 | 4.2 | 4.0 | 2.8 | 5.5 | 0.4 |

465

466    **Figure_Apx E-2. $AIC_c$ for the five distribution options in the SSD Toolbox for TCE's acute hazard**
467    **data (Etterson, 2020)**



468

469    **Figure_Apx E-3. All distributions and fitting methods in the SSD Toolbox for TCE's acute hazard**
470    **data (Etterson, 2020)**



471
472
473    Because there was no obvious distribution that was the best fit using goodness-of-fit, standard error, and
474    sample-size corrected $AIC_c$, EPA used five distributions to calculate an $HC_{05}$, including normal, logistic,
475    triangular, Gumbel, and Burr distributions using the maximum likelihood fitting method. EPA did not
476    use the Weibull distribution was not used, because the maximum likelihood fitting method for Weibull
477    was eliminated because its P value for goodness-of-fit was ≤ 5. The model-averaged $HC_{05}$ from all five
478    distributions was 10 mg/L or 10,000 µg/L, and the SSDs showed aquatic invertebrates were the most
479    sensitive species (Figure_Apx E-4).

480   **Figure_Apx E-4. TCE's acute hazard data fit with the normal, logistic, triangular, Gumbel, and**
481   **Burr distributions fit with maximum likelihood in the SSD Toolbox (Etterson, 2020)**



482
483

484   For the algae SSD, algae hazard data were curated to prioritize study quality and to assure comparability
485   between toxicity values (*e.g.*, comparing EC50s to EC50s). The dataset included both saltwater and
486   freshwater species, because the only saltwater species value was within the range of values reported for
487   freshwater species. Table_Apx E-3 shows the data that was used in the algae SSD, as well as data that
488   was not included in the SSD and why.

489

490   With this dataset, the Toolbox was used to apply a variety of algorithms to fit and visualize SSDs with
491   different distributions. Figure_Apx E-5 shows the Toolbox interface after each distribution and fitting
492   method was fit to the data. A hazardous concentration for 5% of species (HC05) is calculated for each.

493

**Table Apx E-3. Algae Toxicity Data used in SSD**

| Species | EC$_{50}$ for growth (mg/L) | Source (quality rating) | Used in SSD |
|---|---|---|---|
| **Saltwater** | | | |
| Skeletonema costatum | 95 | (Ward et al., 1986) (medium) | Yes |
| **Freshwater** | | | |
| Chlamydomonas reinhartdtii | 36.5 | (Brack and Rottler, 1994) (high) | Yes |
| Chlamydomonas reinhartdtii | 520 | (Lukavsky et al., 2011) (medium) | Yes |
| Chlorella kessleri | 321, geometric mean of two population growth rate values | (Lukavsky et al., 2011) (medium) | Yes |
| Desmodesmus quadricauda | 447, geometric mean of two population growth rate values | (Lukavsky et al., 2011) (medium) | Yes |
| Desmodesmus subspicatus | 536, geometric mean of two population growth rate values | (Lukavsky et al., 2011) (medium) | Yes |
| Mycrocystis aeruginosa | 130 | (Lukavsky et al., 2011) (medium) | Yes |
| Raphidocelis subcapitata | 26.24 | (Tsai and Chen, 2007) (high) | Yes |
| Raphidocelis subcapitata | 315, geometric mean of two population growth rate values | (Lukavsky et al., 2011) (medium) | Yes |
| Synechococcus elongatus | 800 | (Lukavsky et al., 2011) (medium) | Yes |
| Synechococcus leopoliensis | 424, geometric mean of two population growth rate values | (Lukavsky et al., 2011) (medium) | Yes |
| Chlamydomonas reinhardtii | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Chlamydomonas reinhardtii | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a |

| Species | EC$_{50}$ for growth (mg/L) | Source (quality rating) | Used in SSD |
|---|---|---|---|
| | | | more biologically relevant effect than photosynthesis. |
| Chlorella kessleri | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Chlorella kessleri | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Raphidocelis subcapitata | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Raphidocelis subcapitata | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Desmodesmus quadricauda | 500 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Desmodesmus quadricauda | 600 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a |

| Species | EC$_{50}$ for growth (mg/L) | Source (quality rating) | Used in SSD |
|---------|---------|---------|---------|
| | | | more biologically relevant effect than photosynthesis. |
| Desmodesmus subspicatus | 400 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Desmodesmus subspicatus | 400 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Synechococcus elongatus | 600 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Synechococcus elongatus | 700 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Synechococcus leopoliensis | 480 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Synechococcus leopoliensis | 450 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a |

494

| Species | EC$_{50}$ for growth (mg/L) | Source (quality rating) | Used in SSD |
|---|---|---|---|
| | | | more biologically relevant effect than photosynthesis. |
| Microcystis aeruginosa | 100 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |
| Microcystis aeruginosa | 250 | (Lukavsky et al., 2011) (medium) | No, because an EC$_{50}$ measuring population growth rate was available in the same study for this species and that was considered a more biologically relevant effect than photosynthesis. |

495   **Figure_Apx E-5. SSD Toolbox interface and list of HC$_{05}$s for each distribution and fitting method**
496   **using TCE's algae hazard data (Etterson, 2020)**



497
498
499   The SSD Toolbox's output contained several methods for choosing an appropriate distribution and
500   fitting method, including goodness-of-fit, standard error, and sample-size corrected Akaike Information
501   Criterion (AIC$_c$, [Burnham and Anderson, 2002]). However, choosing the distribution with the best fit
502   was challenging with a small dataset (*e.g.,* hazard data for 9 algae species). Most P values for goodness-
503   of-fit were above 0.05, showing no evidence for lack of fit. However for the Gumbel distribution, the
504   moment estimator fitting method had a P value for goodness-of-fit below 0.05 showing lack of fit, so it
505   was eliminated. For all other distributions P values for goodness-of-fit were > 0.05, providing no help in
506   discriminating among distributions (Figure_Apx E-5). Standard error was lowest across fitting methods
507   for the Gumbel and Burr distributions (Table_Apx E-4). And the AIC$_c$ Table (Figure_Apx E-6) showed
508   that triangular, normal, and Weibull distributions may be the best fit. Because the ability for these
509   measures to distinguish between distributions was limited, visual inspection of the distributions was
510   used; however, no distributions could be eliminated through this method either (Figure_Apx E-7).
511
512

**Page 577 of 803**

513  **Table_Apx E-4. Standard Error for all distributions and fitting methods using TCE's algae**
514  **hazard data (Etterson, 2020)**

| | Normal Distribution | | | | Logistic Distribution | | | | Triangular Distribution | | | | Gumbel Distribution | | | | Weibull Distribution | | | Burr Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ML | MO | GR | MH | ML | MO | GR | MH | ML | MO | GR | MH | ML | MO | GR | MH | ML | GR | MH | ML | MH |
| Standard Error for $HC_{05}$ (mg/L) | 34 | 32 | 26 | 27 | 34 | 37 | 28 | 28 | 32 | 29 | 30 | 29 | 25 | 27 | 27 | 24 | 40 | 33 | 32 | 30 | 1.3 |

515
516  **Figure_Apx E-6. AICc Table for algae hazard data (Etterson, 2020)**



517

518   **Figure_Apx E-7. All distributions and fitting methods in the SSD Toolbox for TCE's algae hazard**
519   **data (Etterson, 2020)**



522   Because there was no obvious distribution that was the best fit using goodness-of-fit, standard error, and
523   sample-size corrected AIC$_c$, EPA used a all six distributions to calculate an HC$_{05}$. Using the normal,
524   logistic, triangular, Gumbel, Weibull, and Burr distributions, EPA calculated a modeled average HC$_{05}$ of
525   72 mg/L or 72,000 μg/L.

526   **Figure_Apx E-8. TCE algae data fit with all distributions using the maximum likelihood fitting**
527   **method (Etterson, 2020)**



528
529

530

531 532 533 534

## E.2 Environmental Risk Quotients (RQs) for Facilities Releasing TCE to Surface Water as Modeled in E-FAST

Table  Apx E-5.  Environmental RQs by Facility (with RQs ≥ 1 in bold)

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OES: Adhesives, Sealants, Paints, and Coatings** | | | | | | | | | | | |
| Able Electropolishing Co Inc, Chicago, IL NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.298 | 7.28 | 0.00 | 0.01 | 0.01 | 2.43 | 0.00 |
| Garlock Sealing Technologies, Palmyra, NY, NPDES: NY0000078 | Surface Water | NPDES NY0000078 | Surface water | 250 | 0.00033 | 0.00716 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ls Starrett Co, Athol, MA NPDES: MAR05B615 | Surface Water | Not assessed (below the min risk level). | | 20 | 0.00407 | 0.0889 | | | | 0.03 | 0.00 |
| Aerojet Rockedyne, Inc., East Camden, AR NPDES: AR051071, ARR00A521, ARR00A520 | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Best One Tire & Service, Nashville, TN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgestone Aircraft Tire (Usa), Inc., Mayodan, NC; NPDES: Not available | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Clayton Homes Inc, Oxford, NC; NPDES: Not available | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Cmh Manufacturing, Inc. Dba Schult Homes - Plant 958, Richfield, NC; NPDES: Not available | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Delphi Thermal Systems, Lockport, NY; NPDES: NY0000558 | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | NPDES NY0000558 | Surface water | 250 | 0.013 | 1.1 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 |
| | | | | 20 | 0.16 | 13.5 | 0.01 | 0.01 | 0.02 | 4.50 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Green Bay Packaging Inc - Coon Rapids, MN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | Surface Water | | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Mastercraft Boat Company, Vonore, TN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | Surface Water | | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Michelin Aircraft Tire Company, Norwood, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | Surface Water | | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| M-Tek, Inc, Manchester, TN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | Surface Water | | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Olin Corp, East Alton, IL NPDES: IL0000230 | Surface Water | No info on receiving facility; Adhesives and Sealants Manuf. | NPDES IL0000230 Surface water | 20 | 0.16 | 2.26 | 0.00 | 0.00 | 0.00 | 0.75 | 0.00 |
| | Surface Water | | Surface water | 250 | 0.013 | 0.18 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parker Hannifin Corp – Paraflex Division, Manitowoc, WI; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | POTW |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Parrish Tire Company, Yadkinville, NC; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
|  | Surface Water |  |  | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | POTW |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Republic Doors And Frames, McKenzie, TN; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | Surface Water |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
|  | POTW |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Ro-Lab Rubber Company Inc., Tracy, CA; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Royale Comfort Seating, Inc. - Plant No. 1, Taylorsville, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Snider Tire, Inc., Statesville, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Snyder Paper Corporation, Hickory, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stellana Us, Lake Geneva, WI NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Thomas Built Buses - Courtesy Road, High Point, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Unicel Corp, Escondido, CA NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acme Finishing Co Llc, Elk Grove Village, IL. NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | POTW |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Aerojet Rockedyne, Inc., Rancho Cordova, CA NPDES: CA0004111 | Surface Water | NPDES CA0004111 | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
|  | POTW | No info on receiving facility; Adhesives and Sealants Manuf. |  | 20 | 0.16 | 0.0101 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 250 | 0.013 | 0.000818 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Allegheny Cnty Airport Auth/ Pgh Intl Airport, Coroapolis Pittsburgh, PA NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amphenol Corp – Aerospace Operations, Sidney, NY NPDES: NY0003824 | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | NPDES NY0003824 | Surface water | 250 | 0.013 | 0.0631 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| Aprotech Powertrain, Asheville, NC NPDES: Not available | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 0.78 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Coating & Converting Tech Corp/ Adhesive Coatings, Philadelphia, PA NPDES: Not available | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Corpus Christi Army Depot, Corpus Christi, TX NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
|  |  | Adhesives and Sealants Manuf. |  | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | POTW |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Electronic Data Systems Camp Pendleton, Camp Pendleton, CA NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  |  |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Florida Production Engineering, Inc., Ormond Beach, FL, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | Surface Water |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Goodrich Corporation, Jacksonville, FL, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
|  | Surface Water |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| Kasai North America Inc., Madison Plant, Madison, MS, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
|  | POTW |  |  | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kirtland Air Force Base, Albuquerque, NM NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Marvin Windows & Doors, Warroad, MN NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Menellus Truck & Manufacturing Inc, Dodge Center, MN NPDES: Not available | POTW | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Metal Finishing Co. – Wichita (S Mclean Blvd), Wichita, KS NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Murakami Manufacturing Usa Inc, Campbellsville, KY NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Peterbilt Motors Denton Facility, Denton, TX NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.013 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Portsmouth Naval Shipyard, Kittery, ME NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | Surface Water | | | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| R.D. Henry & Co., Wichita, KS NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | Surface Water | | | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Raytheon Company, Portsmouth, RI NPDES: RI0000281 | Surface Water | NPDES RI0000281 | Still body | 250 | 0.013 | 10.83 | 0.01 | 0.01 | 0.01 | 3.61 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rehau Inc, Cullman, AL NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 133.33 | 0.07 | 0.14 | 0.17 | 44.44 | 0.01 |
| | POTW | No info on receiving facility; Adhesives and Sealants Manuf. | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Rotochopper Inc, Saint Martin, MN NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| Rubber Applications, Mulberry, FL NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| | POTW | Adhesives and Sealants Manuf. | | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sapa Precision Tubing Rockledge, Llc, Rockledge, FL, NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | POTW | | | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| Thomas & Betts, Albuquerque, NM NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Thomas Built Buses - Fairfield Road, High Point, NC NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Timco, Dba Haeco Americas Airframe Services, Greensboro, NC; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| Trelleborg Coated Systems Us, Inc – Grace Advanced Materials, Rutherfordton, NC; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
|  | POTW |  |  | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Coast Guard Yard – Curtis Bay, Curtis Bay, MD; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Viracon Inc, Owatonna, MN; NPDES: Not available | Surface Water | Adhesives and Sealants Manuf. | Surface water | 250 | 0.013 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.16 | 20.57 | 0.01 | 0.02 | 0.03 | 6.86 | 0.00 |
| | POTW | | | 250 | 0.013 | 0.32 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| OES: Commercial Printing and Copying | | | | | | | | | | | |
| Printing And Pub Sys Div, Weatherford, OK; NPDES: OK0041785 | Surface Water | Printing | Surface water | 250 | 0.0002 | 0.00292 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.0025 | 0.0365 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| OES: Industrial Processing Aid | | | | | | | | | | | |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Occidental Chemical Corp Niagara Plant, Niagara Falls, NY NPDES: NY0003336 | Surface Water | NPDES NY0003336 | Still body | 300 | 0.019 | 0.14 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 |
| | | | | 20 | 0.292 | 2.2 | 0.00 | 0.00 | 0.00 | 0.73 | 0.00 |
| Stepan Co Millsdale Road, Elwood, IL NPDES: IL0002453 | Surface Water | NPDES IL0002453 | Surface water | 300 | 0.001 | 0.000419 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.008 | 0.00335 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Entek International LLC, Lebanon, OR NPDES: N/A | Off-site Waste-water Treatment | No info on receiving facility; POTW (Ind.) | Surface water | 300 | 0.38 | 9.3 | 0.00 | 0.01 | 0.01 | 3.10 | 0.00 |
| | | | | 20 | 5.65 | 138.34 | 0.07 | 0.15 | 0.18 | 46.11 | 0.01 |
| National Electrical Carbon Products Dba Morgan Adv Materials, Fostoria, OH NPDES: OH0052744 | Off-site Waste-water Treatment | Receiving Facility; City of Fostoria; NPDES OH0052744 | Surface water | 300 | 0.008 | 0.15 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 |
| | | | | 20 | 0.115 | 2.32 | 0.00 | 0.00 | 0.00 | 0.77 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPG Industries Inc Barberton, OH NPDES: OH0024007 | Off-site Waste-water Treatment | Receiving Facility; City of Barberton; NPDES OH0024007 | Surface water | 300 | 0.005 | 0.0141 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.07 | 0.2 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |
| Daramic LLC, Corydon, IN NPDES: IN0020893 | Surface Water | NPDES IN0020893 | Surface water | 300 | 0.008 | 0.0206 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
|  |  |  |  | 20 | 0.114 | 0.29 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 |
| OES: Manufacturing |  |  |  |  |  |  |  |  |  |  |  |
| Axiall Corporation, Westlake, LA NPDES: LA0007129 | Surface Water | NPDES LA0007129 | Surface water | 350 | 1.266 | 0.0051 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 22.15 | 0.0897 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
| Olin Blue Cube, Freeport, TX NPDES: Not available | Off-site Waste-water Treatment | Organic Chemicals Manuf. | Surface water | 350 | 0.069 | 2.42 | 0.00 | 0.00 | 0.00 | 0.81 | 0.00 |
|  |  |  |  | 20 | 1.2 | 42.14 | 0.02 | 0.05 | 0.05 | 14.05 | 0.00 |
| Solvents & Chemicals, Pearland, TX NPDES: Not available | Off-site Waste-water Treatment | Organic Chemicals Manuf. | Surface water | 350 | 0.015 | 0.53 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Surface Water | Organic Chemicals Manuf. | Surface water | 20 | 0.265 | 9.48 | 0.00 | 0.01 | 0.01 | 3.16 | 0.00 |
|  |  |  |  | 350 | 0.015 | 2.77 | 0.00 | 0.00 | 0.00 | 0.92 | 0.00 |
| OES: Waste Water Treatment Plant (WWTP) |  |  |  |  |  |  |  |  |  |  |  |
| New Rochelle STP, New Rochelle, NY NPDES: NY0026697 | Surface Water | NPDES NY0026697 | Still body | 20 | 0.265 | 49.91 | 0.02 | 0.05 | 0.06 | 16.64 | 0.00 |
|  |  |  |  | 365 | 0.016 | 0.17 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 |
|  | Surface Water |  |  | 20 | 0.786 | 12.79 | 0.01 | 0.01 | 0.02 | 4.26 | 0.00 |
|  |  |  |  |  | 0.043 | 0.7 | 0.00 | 0.00 | 0.00 | 0.23 | 0.00 |
|  |  |  |  |  | 0.299 | 3.11 | 0.00 | 0.00 | 0.00 | 1.04 | 0.00 |
| Everett Water Pollution Control Facility, Everett, WA NPDES: WA0024490 | Surface Water | NPDES WA0024490 | Surface water | 365 | 0.01 | 0.61 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 |
| Sullivan WWTP, Sullivan, MO NPDES: MO0104736 | Surface Water | NPDES MO0104736 | Surface water | 20 | 0.176 | 10.97 | 0.01 | 0.01 | 0.01 | 3.66 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunnyside STP, Sunnyside, WA NPDES: WA0020991 | Surface Water | NPDES WA0020991 | Surface water | 365 | 0.005 | 0.00673 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.083 | 0.11 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |
| Port Of Sunnyside Industrial WWTF, Sunnyside, WA NPDES: WA0052426 | Surface Water | POTW (Ind.) | Surface water | 365 | 0.002 | 0.26 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 |
|  |  |  |  | 20 | 0.035 | 4.51 | 0.00 | 0.00 | 0.01 | 1.50 | 0.00 |
| U.S. Air Force Shaw AFB SC, Shaw AFB, SC NPDES: SC0024970 | Surface Water | POTW (Ind.) | Surface water | 365 | 0.002 | 0.26 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 |
|  |  |  |  | 20 | 0.032 | 4.12 | 0.00 | 0.00 | 0.01 | 1.37 | 0.00 |
| Gnf-A Wilmington-Castle Hayne WWTP, Wilmington, NC NPDES: NC0001228 | Surface Water | NPDES NC0001228 | Surface water | 365 | 0.0004 | 0.00194 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.0067 | 0.034 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cameron Trading Post WWTP, Cameron, AZ NPDES: NN0021610 | Surface Water | POTW (Ind.) | Surface water | 365 | 0.0003 | 0.0387 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
|  |  |  |  | 20 | 0.0047 | 0.64 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 |
| Coal Grove WWTP, Coal Grove, OH NPDES: OH0104558 | Surface Water | NPDES OH0029432 | Surface water | 365 | 0.0002 | 0.0000127 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.0031 | 0.00019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OES: Other Commercial Uses | | | | | | | | | | | |
| Corning Hospital, Corning, NY NPDES: NY0246701 | Surface Water | Surrogate NPDES NY0025721 | Surface water | 250 | 0.013 | 0.0271 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
|  |  |  |  | 20 | 0.159 | 0.33 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Water Street Commercial Bldg, Dayton, OH NPDES: OH0141496 | Surface Water | Surrogate NPDES OH0009521 | Surface water | 250 | 0.003 | 0.00564 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.035 | 0.0658 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union Station North Wing Office Building, Denver, CO NPDES: COG315293 | Surface Water | Surrogate NPDES COO020095 | Surface water | 250 | 0.0004 | 0.0881 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
| | | | | 250 | 0.00028 | 0.0617 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| Confluence Park Apartments, Denver, CO NPDES: COG315339 | Surface Water | Surrogate NPDES COO020095 | Surface water | 20 | 0.00499 | 1.1 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 |
| | | | | 250 | 0.00354 | 0.77 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 |
| Park Place Mixed Use Development, Annapolis, MD NPDES: MD0068861 | Surface Water | Surrogate NPDES MD0052868 | Surface water | 20 | 0.00027 | 9 | 0.00 | 0.01 | 0.01 | 3.00 | 0.00 |
| | | | Still body | 20 | 0.00334 | 110 | 0.06 | 0.12 | 0.14 | 36.67 | 0.01 |
| Tree Top Inc Wenatchee Plant, Wenatchee, WA NPDES: WA0051527 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Wynkoop Denver LLCP St, Denver, CO NPDES: COG603115 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greer Family Llc, South Burlington, VT NPDES: VT0001376 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| John Marshall III Site, Mclean, VA NPDES: VA0090093 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| OES: Other Industrial Uses | | | | | | | | | | | |
| Eli Lilly And Company- Lilly Tech Ctr, Indianapolis, IN NPDES: IN0003310 | Surface Water | NPDES IN0003310 | Surface water | 250 | 1.553 | 9.03 | 0.00 | 0.01 | 0.01 | 3.01 | 0.00 |
| | | | | 20 | 19.41 | 113.09 | 0.06 | 0.12 | 0.14 | 37.70 | 0.01 |
| Oxy Vinyls LP - Deer Park Pvc, Deer Park, TX NPDES: TX0007412 | Surface Water | NPDES TX0007412 | Surface water | 250 | 0.148 | 0.49 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 |
| | | | | 20 | 1.854 | 5.98 | 0.00 | 0.01 | 0.01 | 1.99 | 0.00 |
| Washington Penn Plastics, Frankfort, KY NPDES: KY0007497 | Surface Water | Surrogate NPDES KY0028410 | Surface water | 250 | 0.032 | 7.53 | 0.00 | 0.01 | 0.01 | 2.51 | 0.00 |
| | | | | 20 | 0.399 | 94.12 | 0.05 | 0.10 | 0.12 | 31.37 | 0.01 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Natrium Plant, New Martinsville, WV NPDES: WV0004359 | Surface Water | NPDES WV0004359 | Surface water | 250 | 0.022 | 0.00262 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.274 | 0.0322 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Leroy Quarry, Leroy, NY NPDES: NY0247189 | Surface Water | Surrogate NPDES NY0030546 | Surface water | 250 | 0.019 | 0.71 | 0.00 | 0.00 | 0.00 | 0.24 | 0.00 |
|  |  |  |  | 20 | 0.242 | 8.91 | 0.00 | 0.01 | 0.01 | 2.97 | 0.00 |
| George C Marshall Space Flight Center, Huntsville, AL NPDES: AL0000221 | Surface Water | Surrogate NPDES AL0025585 | Surface water | 250 | 0.01 | 0.2 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |
|  |  |  |  | 20 | 0.128 | 2.63 | 0.00 | 0.00 | 0.00 | 0.88 | 0.00 |
| Whelan Energy Center Power Plant, Hastings, NE NPDES: NE0113306 | Surface Water | NPDES NE0113306 | Surface water | 250 | 0.009 | 2.92 | 0.00 | 0.00 | 0.00 | 0.97 | 0.00 |
|  |  |  |  | 20 | 0.118 | 38.96 | 0.02 | 0.04 | 0.05 | 12.99 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Army Cold Regions Research & Engineering Lab, Hanover, NH NPDES: NH0001619 | Surface Water | Surrogate NPDES NH0100099 | Surface water | 250 | 0.0002 | 0.000103 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.0029 | 0.00154 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Corning - Canton Plant, Canton, NY NPDES: NY0085006 | Surface Water | Surrogate NPDES NY0034762 | Surface water | 250 | 0.0002 | 0.00034 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.0028 | 0.0051 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ames Rubber Corp Plant #1, Hamburg Boro, NJ NPDES: NJG000141 | Surface Water | Surrogate NPDES NJ0000141 | Surface water | 250 | 0.00011 | 0.0149 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.00133 | 0.18 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 |
| Gorham, Providence, RI NPDES: RIG85E004 | Surface Water | POTW (Ind.) | Surface water | 250 | 0.0001 | 0.0129 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.0012 | 0.13 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |
| Emerson Power Transmission, Ithaca, NY | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NPDES: NY002933 | | | | | | | | | | | |
| William E. Warne Power Plant, Los Angeles County, CA NPDES: CA0059188 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Raytheon Aircraft Co(Was Beech Aircraft), Boulder, CO NPDES: COG315176 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| OES: OTVD (Includes releases for Closed-Loop Degreasing, Conveyorized Degreasing, Web Degreasing, and Metalworking Fluids) | | | | | | | | | | | |
| Texas Instruments, Inc., Attleboro, MA NPDES: MA0001791 | Surface Water | NPDES MA0001791 | Surface water | 260 | 0.005 | 0.0188 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| | | | | 20 | 0.067 | 0.25 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 |
| Accellent Inc/Collegeville Microcoax, Collegeville, PA NPDES: PA0042617 | Surface Water | NPDES PA0042617 | Surface water | 260 | 0.002 | 0.0425 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| | | | | 20 | 0.029 | 0.62 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 |
| Ametek Inc. U.S. Gauge Div., Sellersville, PA NPDES: PA0056014 | Surface Water | Surrogate NPDES PA0020460 | Surface water | 260 | 0.001 | 0.0619 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| | | | | 20 | 0.011 | 0.68 | 0.00 | 0.00 | 0.00 | 0.23 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Atk-Allegany Ballistics Lab (Nirop), Keyser, WV NPDES: WV0020371 | Surface Water | NPDES WV0020371 | Surface water | 260 | 0.0005 | 0.00311 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.0061 | 0.0373 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Handy & Harman Tube Co/East Norriton, Norristown, PA NPDES: PA0011436 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| US Nasa Michoud Assembly Facility, New Orleans, LA NPDES: LA0052256 | Surface Water | Surrogate NPDES LA0003280 | Still body | 260 | 1.96 | 765.63 | 0.38 | 0.83 | 0.97 | 255.21 | 0.05 |
| | | | | 20 | 25.44 | 9937.5 | 4.97 | 10.80 | 12.61 | 3312.50 | 0.69 |
| GM Components Holdings LLC, Lockport, NY NPDES: NY000558 | Surface Water | NPDES NY0000558 | Surface water | 260 | 0.13 | 10.97 | 0.01 | 0.01 | 0.01 | 3.66 | 0.00 |
| | | | | 20 | 1.71 | 144.47 | 0.07 | 0.16 | 0.18 | 48.16 | 0.01 |
| Akebono Elizabethtown Plant, Elizabethtown, KY NPDES: KY0089672 | Surface Water | Surrogate NPDES KY0022039 | Surface water | 260 | 0.07 | 4.87 | 0.00 | 0.01 | 0.01 | 1.62 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Harrison Thermal Systems, Dayton, OH NPDES: OH0009431 | Surface Water | NPDES OH0009431 | Surface water | 260 | 0.04 | 0.0752 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
|  |  |  |  | 20 | 0.897 | 62.38 | 0.03 | 0.07 | 0.08 | 20.79 | 0.00 |
| Chemours Company Fc LLC, Washington, WV NPDES: WV0001279 | Surface Water | NPDES WV0001279 | Surface water | 260 | 0.03 | 0.00301 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.465 | 0.87 | 0.00 | 0.00 | 0.00 | 0.29 | 0.00 |
| Equistar Chemicals Lp., La Porte, TX NPDES: TX0119792 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.02 | 2.22 | 0.00 | 0.00 | 0.00 | 0.74 | 0.00 |
|  |  |  |  | 20 | 0.218 | 24.44 | 0.01 | 0.03 | 0.03 | 8.15 | 0.00 |
| GE Aviation, Lynn, MA NPDES: MA0003905 | Surface Water | NPDES MA0003905 | Still water | 260 | 0.01 | 0.0425 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
|  |  |  |  | 20 | 0.128 | 0.54 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Certa Vandalia LLC, Vandalia, OH NPDES: OH0122751 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.01 | 1.11 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 |
| | | | | 20 | 0.107 | 11.89 | 0.01 | 0.01 | 0.02 | 3.96 | 0.00 |
| GM Components Holdings LLC Kokomo Ops, Kokomo, IN NPDES: IN0001830 | Surface Water | NPDES IN0001830 | Surface water | 260 | 0.01 | 0.2 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |
| | | | | 20 | 0.086 | 1.73 | 0.00 | 0.00 | 0.00 | 0.58 | 0.00 |
| Amphenol Corp-Aerospace Operations, Sidney, NY NPDES: NY0003824 | Surface Water | NPDES NY0003824 | Surface water | 260 | 0.01 | 0.0486 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| | | | | 20 | 0.082 | 0.4 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 |
| Emerson Power Trans Corp, Maysville, KY NPDES: KY0100196 | Surface Water | Surrogate NPDES KY0020257 | Surface water | 260 | 0.01 | 0.0004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.081 | 0.00522 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Olean Advanced Products, Olean, NY NPDES: NY0073547 | Surface Water | Surrogate NPDES NY0027162 | Surface water | 260 | 0.01 | 0.0188 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| | | | | 20 | 0.068 | 0.13 | 0.00 | 0.01 | 0.01 | 0.04 | 0.00 |
| Hollingsworth Saco Lowell, Easley, SC NPDES: SC0046396 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.00469 | 0.52 | 0.00 | 0.00 | 0.00 | 0.17 | 0.00 |
| | | | | 20 | 0.061 | 6.78 | 0.00 | 0.00 | 0.00 | 2.26 | 0.00 |
| Trelleborg YSH Incorporated Sandusky Plant, Sandusky, MI NPDES: MI0028142 | Surface Water | NPDES MI0028142 | Surface water | 260 | 0.0036 | 1.76 | 0.00 | 0.00 | 0.00 | 0.59 | 0.00 |
| | | | | 20 | 0.047 | 23.04 | 0.01 | 0.03 | 0.03 | 7.68 | 0.00 |
| Timken Us Corp Honea Path, Honea Path, SC NPDES: SC0047520 | Surface Water | Surrogate NPDES SC0000608 | Surface water | 260 | 0.00355 | 1.06 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 |
| | | | | 20 | 0.0462 | 13.77 | 0.01 | 0.01 | 0.02 | 4.59 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (Kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Johnson Controls Incorporated, Wichita, KS NPDES: KS0000850 | Surface Water | NPDES KS0000850 | Surface water | 260 | 0.00228 | 0.0548 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
|  |  |  |  | 20 | 0.0296 | 0.72 | 0.00 | 0.00 | 0.00 | 0.24 | 0.00 |
| National Railroad Passenger Corporation (Amtrak) Wilmington Maintenance Facility, Wilmington, DE NPDES: DE0050962 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.00203 | 0.23 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 |
|  |  |  |  | 20 | 0.026 | 2.89 | 0.00 | 0.00 | 0.00 | 0.96 | 0.00 |
| Electrolux Home Products (Formerly Frigidaire), Greenville, MI NPDES: MI002135 | Surface Water | NPDES MI002135 | Surface water | 260 | 0.00201 | 0.0171 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
|  |  |  |  | 20 | 0.026 | 0.22 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |
| Rex Heat Treat Lansdale Inc. Lansdale, PA NPDES: PA0052965 | Surface Water | Surrogate NPDES PA0026182 | Surface water | 260 | 0.00194 | 0.0523 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
|  |  |  |  | 20 | 0.025 | 0.67 | 0.00 | 0.00 | 0.00 | 0.22 | 0.00 |
| Carrier Corporation, Syracuse, NY NPDES: NY0001163 | Surface Water | NPDES NY0001163 | Still water | 260 | 0.00177 | 0.22 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cascade Corp (0812100207), Springfield, OH NPDES: OH0085715 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.023 | 2.84 | 0.00 | 0.00 | 0.00 | 0.95 | 0.00 |
| | | | | 260 | 0.00117 | 0.13 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |
| USAF-Wurtsmith Afb, Oscoda, MI NPDES: MI0042285 | Surface Water | Surrogate NPDES MI0028282 | Surface water | 20 | 0.015 | 1.67 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 260 | 0.00115 | 0.000753 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AAR Mobility Systems, Cadillac, MI NPDES: MI0002640 | Surface Water | Surrogate NPDES MI0020257 | Surface water | 20 | 0.015 | 0.00983 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 260 | 0.00112 | 0.00916 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Eaton Mdh Company Inc, Kearney, NE NPDES: NE0114405 | Surface Water | Surrogate NPDES NE0052647 | Still water | 20 | 0.014 | 0.11 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |
| | | | | 260 | 0.00107 | 0.13 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |

| Name, Location, and ID of Active Releaser[a] Facility | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lake Region Medical, Trappe, PA NPDES: PA0042617 | Surface Water | NPDES PA0042617 | Surface water | 20 | 0.014 | 1.69 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 |
| | | | | 20 | 0.007 | 0.15 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 |
| | | | | 260 | 0.0005 | 0.0106 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Motor Components L.L.C., Elmira, NY NPDES: NY0004081 | Surface Water | NPDES NY0004081 | Surface water | 260 | 0.00096 | 0.0618 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| | | | | 20 | 0.0125 | 0.83 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 |
| Salem Tube Mfg, Greenville, PA NPDES: PA0221244 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.000897 | 0.0997 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
| | | | | 20 | 0.012 | 1.33 | 0.00 | 0.00 | 0.00 | 0.44 | 0.00 |
| GE (Greenville) Gas Turbines LLC, Greenville, SC NPDES: SC0003484 | Surface Water | NPDES SC0003484 | Surface water | 260 | 0.000806 | 0.0821 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
| | | | | 20 | 0.01 | 1.02 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parker Hannifin Corporation, Waverly, OH NPDES: OH0104132 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.000747 | 0.083 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
|  |  |  |  | 20 | 0.01 | 1.11 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 |
| Mahle Engine Components Usa Inc, Muskegon, MI NPDES: MI0004057 | Surface Water | NPDES MI0004057 | Surface water | 260 | 0.000742 | 0.0336 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
|  |  |  |  | 20 | 0.01 | 0.45 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 |
| General Electric Company - Waynesboro, Waynesboro, VA NPDES: VA0002402 | Surface Water | NPDES VA0002402 | Surface water | 260 | 0.000733 | 0.00705 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.01 | 0.0962 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 |
| Globe Engineering Co Inc, Wichita, KS NPDES: KS0086703 | Surface Water | Surrogate NPDES KS0043036 | Surface water | 260 | 0.00173 | 0.00853 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.023 | 0.11 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gayston Corp, Dayton, OH NPDES: OH0127043 | Surface Water | Surrogate NPDES OH0024881 | Surface water | 260 | 0.000643 | 0.00121 | 0.00 ppb) | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.008 | 0.015 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Styolution America LLC, Channahon, IL NPDES: IL0001619 | Surface Water | NPDES IL0001619 | Surface water | 260 | 0.000637 | 0.000221 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.008 | 0.00278 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Remington Arms Co Inc, Ilion, NY NPDES: NY0005282 | Surface Water | NPDES NY0005282 | Surface water | 260 | 0.000612 | 0.000799 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.008 | 0.0104 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| United Technologies Corporation, Pratt And Whitney Division, East Hartford, CT NPDES: CT0001376 | Surface Water | NPDES CT0001376 | Surface water | 260 | 0.00048 | 0.0000822 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.006 | 0.00103 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Atk-Allegany Ballistics Lab (Nirop), Keyser, WV NPDES: WV0020371 | Surface Water | NPDES WV0020371 | Surface water | 260 | 0.00047 | 0.00292 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.006 | 0.0373 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Sperry & Rice Manufacturing Co LLC, Brookville, IN NPDES: IN0001473 | Surface Water | NPDES IN0001473 | Surface water | 260 | 0.000328 | 0.00569 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.004 | 0.0694 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| Owl Industries, Pickens, SC NPDES: SC0026492 | Surface Water | NPDES SC0026492 | Surface water | 260 | 0.000314 | 0.00213 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.004 | 0.0272 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Boler Company, Hillsdale, MI NPDES: MI0053651 | Surface Water | Surrogate NPDES MI0022136 | Surface water | 260 | 0.000269 | 0.0204 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| | | | | 20 | 0.003 | 0.23 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 |
| Mccanna Inc., Carpentersville, IL NPDES: IL0071340 | Surface Water | Surrogate NPDES IL0027944 | Surface water | 260 | 0.000268 | 0.000911 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cutler Hammer, Horseheads, NY NPDES: NY0246174 | Surface Water | Surrogate NPDES NY0004081 | Surface water | 20 | 0.003 | 0.0102 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 260 | 0.000238 | 0.0153 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| US Air Force Offutt Afb Ne, Offitt A F B, NE NPDES: NE0121789 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.003 | 0.19 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 |
|  |  |  |  | 260 | 0.000159 | 0.0177 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Troxel Company, Moscow, TN NPDES: TN0000451 | Surface Water | NPDES TN0000451 | Surface water | 20 | 0.002 | 0.22 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |
|  |  |  |  | 260 | 0.000134 | 0.000741 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Austin Tube Prod, Baldwin, MI NPDES: MI0054224 | Surface Water | Primary Metal Forming Manuf. | Surface water | 20 | 0.002 | 0.0111 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 260 | 0.000114 | 0.0127 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  | 20 | 0.001 | 0.11 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LS Starrett Precision Tools, Athol, MA NPDES: MA0001350 | Surface Water | NPDES MA0001350 | Surface water | 260 | 0.000102 | 0.00153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.001 | 0.015 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Avx Corp, Raleigh, NC NPDES: NC0089494 | Surface Water | Primary Metal Forming Manuf. | Surface water | 260 | 0.0000883 | 0.00981 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.001 | 0.11 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |
| Indian Head Division, Naval Surface Warfare Center, Indian Head, MD NPDES: MD0003158 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| General Dynamics Ordnance Tactical Systems, Red Lion, PA NPDES: PA0043672 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Trane Residential Solutions - Fort Smith, Fort Smith, AR NPDES: AR0052477 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Lexmark International Inc., Lexington, KY NPDES: KY0097624 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alliant Techsystems Operations LLC, Elkton, MD NPDES: MD0000078 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Daikin Applied America, Inc. (Formally Mcquay International), Scottsboro, AL NPDES: AL0069701 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Beechcraft Corporation, Wichita, KS NPDES: KS000183 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Federal-Mogul Corp, Scottsville, KY NPDES: KY0106585 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Cessna Aircraft Co (Pawnee Facility), Wichita, KS NPDES: KS000647 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| N.G.I., Parkersburg, WV NPDES: WV0003204 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Hyster-Yale Group, Inc, Sulligent, AL NPDES: AL0069787 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Hitachi Electronic Devices (Usa), Inc., Greenville, SC NPDES: SC0048411 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |

**OES: Process Solvent Recycling and Worker Handling of Wastes**

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clean Water Of New York Inc, Staten Island, NY NPDES: NY0200484 | Surface Water | Surrogate NPDES NJ0000019 | Still body | 250 | 0.004 | 11.76 | 0.01 | 0.01 | 0.01 | 3.92 | 0.00 |
| | | | | 20 | 0.047 | 138.24 | 0.07 | 0.15 | 0.18 | 46.08 | 0.01 |
| Reserve Environmental Services, Ashtabula, OH NPDES: OH0098540 | Surface Water | | | | | | 0.00 | 0.00 | 0.00 | 0.95 | 0.00 |
| Veolia Es Technical Solutions LLC, Middlesex, NJ NPDES: NJ0020141 | Off-site Waste-water Treatment | Receiving Facility: Middlesex Cnty UA; NPDES NJ0020141 | Still body | 250 | 24.1 | 2.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 301.78 | 35.72 | 0.02 | 0.04 | 0.05 | 11.91 | 0.00 |
| Clean Harbors Deer Park LLC, La Porte, TX NPDES: TX0005941 | Off-site Waste-water Treatment | POTW (Ind.) | Surface water | 250 | 0.35 | 8.57 | 0.00 | 0.01 | 0.01 | 2.86 | 0.00 |
| | | | | 20 | 4.36 | 106.75 | 0.05 | 0.12 | 0.14 | 35.58 | 0.01 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clean Harbors El Dorado LLC, El Dorado, AR NPDES: AR0037800 | Off-site Waste-water Treatment | POTW (Ind.) | Surface water | 250 | 0.04 | 0.98 | 0.00 | 0.00 | 0.00 | 0.33 | 0.00 |
| | | | | 20 | 0.455 | 11.26 | 0.01 | 0.01 | 0.01 | 3.75 | 0.00 |
| 440 unknown sites NPDES: Not applicable | Off-site Waste-water Treatment | Organic Chemicals Manufacture | Surface water | 350 | 0.005 | 0.18 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 |
| | | | | 20 | 0.089 | 3.13 | 0.00 | 0.00 | 0.00 | 1.04 | 0.00 |
| | Surface Water | Organic Chemicals Manufacture | Surface water | 350 | 0.005 | 0.92 | 0.00 | 0.00 | 0.00 | 0.31 | 0.00 |
| | | | | 20 | 0.089 | 16.45 | 0.01 | 0.02 | 0.02 | 5.48 | 0.00 |
| OES: Processing as a Reactant | | | | | | | | | | | |
| Arkema Inc. Calvert City, KY NPDES: KY0003603 | Surface Water | NPDES KY0003603 | Surface water | 350 | 0.017 | 0.000737 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Surface Water | | Surface water | 20 | 0.295 | 0.128 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 14,400 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US DOE Paducah Site, Kevil, KY NPDES: KY0102083 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| GNF-A Wilmington-Castle Hayne, Wilmington NC NPDES: NC0001228 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Solvay - Houston Plant, Houston, TX NPDES: TX0007072 | Surface Water | NPDES TX0007072 | Surface water | 350 | 0.024 | 4.44 | 0.00 | 0.00 | 0.01 | 1.48 | 0.00 |
| | | | | 20 | 0.414 | 75.93 | 0.04 | 0.08 | 0.10 | 25.31 | 0.01 |
| Honeywell International - Geismar Complex, Geismar, LA NPDES: LA0006181 | Surface Water | NPDES LA0006181 | Surface water | 350 | 0.0128 | 0.0000518 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.224 | 0.000907 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Praxair Technology Center, Tonawanda, NY NPDES: NY0000281 | Surface Water | NPDES NY0000281 | Still body | 350 | 0.00169 | 169 | 0.08 | 0.18 | 0.21 | 56.33 | 0.01 |
| | | | | 20 | 0.03 | 3000 | 1.50 | 3.26 | 3.81 | 1000.00 | 0.21 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US DOE Paducah Site, Kevil, KY NPDES: KY0102083 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| GNF-A Wilmington-Castle Hayne, Wilmington NC NPDES: NC0001228 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Akzo Nobel Surface Chemistry LLC, Morris, IL NPDES: IL0026069 | Surface Water | NPDES IL0026069 | Surface water | 350 | 0.000329 | 0.000688 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.006 | 0.0125 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Solutia Nitro Site, Nitro, WV NPDES: WV0116181 | Surface Water | Surrogate NPDES WV0023229 | Surface water | 350 | 0.000318 | 0.0000941 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20 | 0.006 | 0.00176 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amphenol Corporation - Columbia, Columbia, SC NPDES: SC0046264 | Surface Water | Organic Chemicals Manufacture | Surface water | 350 | 0.000202 | 0.037 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| | | | | 20 | 0.004 | 0.74 | 0.00 | 0.00 | 0.00 | 0.25 | 0.00 |
| Keeshan and Bost Chemical Co., Inc., | Surface Water | NPDES TX0072168 | Still body | 350 | 0.000095 | 9.5 | 0.00 | 0.01 | 0.01 | 3.17 | 0.00 |

| Name, Location, and ID of Active Releaser Facility[a] | Release Media[b] | Modeled Facility or Industry Sector in EFAST[c] | EFAST Waterbody Type[d] | Days of Release[e] | Release (kg/day)[f] | 7Q10 SWC (ppb)[g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Manvel, TX NPDES: TX0072168 | Surface Water | | | 20 | 0.002 | 200 | 0.10 | 0.22 | 0.25 | 66.67 | 0.01 |
| Chemtura North and South Plants, Morgantown, WV NPDES: WV0004740 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Indorama Ventures Olefins, LLC, Sulphur, LA NPDES: LA0069850 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| OES: Repackaging | | | | | | | | | | | |
| Hubbard-Hall Inc, Waterbury, CT NPDES: Unknown | Off-site Waste-water Treatment | Receiving Facility: POTW (Ind.) | Surface water | 250 | 1.108 | 27.18 | 0.01 | 0.03 | 0.03 | 9.06 | 0.00 |
| Oiltanking Houston Inc, Houston, TX NPDES: TX0091855 | Surface Water | Surrogate NPDES TX0065943 | Surface water | 20 | 13.85 | 339.11 | 0.17 | 0.37 | 0.43 | 113.04 | 0.02 |
| | | | | 250 | 0.003 | 6.52 | 0.00 | 0.01 | 0.01 | 2.17 | 0.00 |
| | | | | 20 | 0.041 | 89.13 | 0.04 | 0.10 | 0.11 | 29.71 | 0.01 |
| | | | | 250 | 0.0055 | 0.0000223 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| St. Gabriel Terminal, Saint Gabriel, LA NPDES: LA0005487 | Surface Water | NPDES LA0005487 | Surface water | 20 | 0.069 | 0.000279 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vopak Terminal Westwego Inc, Westwego, LA | Surface Water | Surrogate NPDES LA0042064 | Surface water | 250 | 0.00468 | 0.0000189 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NPDES: LA0124583 | | | | 20 | 0.058 | 0.000235 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Research Solutions Group Inc, Pelham, AL, NPDES: AL0074276 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| Carlisle Engineered Products Inc, Middlefield, OH, NPDES: OH0052370 | Surface Water | Not assessed (below the min risk level). | | | | | | | | | |
| OES: Spot Cleaning and Carpet Cleaning | | | | | | | | | | | |
| Boise State University, Boise, ID, NPDES: IDG911006 | Surface Water | Surrogate NPDES ID0023981 | Surface water | 300 | 0.00008 | 0.00388 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Venetian Hotel And Casino, Las Vegas, NV, NPDES: NV0022888 | Surface Water | Not assessed (below the min risk level). | | 20 | 0.001 | 0.0485 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 |
| 63,746 unknown sites NPDES: All POTW SIC | Surface Water or POTW | Not assessed (below the min risk level). | | | | | | | | | |

a. Facilities actively releasing trichloroethylene were identified via DMR, TRI, and CDR databases for the 2016 reporting year.

b. Release media are either direct (release from active facility directly to surface water) or indirect (transfer of wastewater from active facility to a receiving POTW or non-POTW WWTP facility). A wastewater treatment removal rate of 81% is applied to all indirect releases, i.e., volumes characterized as being transferred off-site for treatment at a water treatment facility prior to discharge to surface water.

c. If a valid NPDES of the direct or indirect releaser was not available in EFAST, the release was modeled using either a surrogate representative facility in EFAST (based on location) or a representative generic industry sector.

d. EFAST uses either the "surface water" model, for rivers and streams, or the "still water" model, for lakes, bays, and oceans. The name of the indirect releaser is provided, as reported in TRI.

e. Modeling was conducted with the maximum days of release per year expected. For direct releasing facilities, a minimum of 20 days was also modeled.

f. The daily release amount was calculated from the reported annual release amount divided by the number of release days per year.

g. For releases discharging to lakes, bays, estuaries, and oceans, the acute scenario mixing zone water concentration was reported in place of the 7Q10 SWC.

535

| Name, Location, and ID of Active Releaser Facility [a] | Release Media [b] | Modeled Facility or Industry Sector in EFAST [c] | EFAST Waterbody Type [d] | Days of Release [e] | Release (kg/day) [f] | 7Q10 SWC (ppb) [g] | Acute Risk Quotients (using COC of 2,000 ppb) | Chronic Risk Quotients (using invertebrate COC of 920 ppb) | Chronic Risk Quotients (using fish COC of 788 ppb) | Algae Quotients (using COC of 3 ppb) | Algae Quotients (using COC of 14,400 ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

h.  To determine the PDM days of exceedance for still bodies of water, the release days provided by the EPA Engineers should become the days of exceedance only if the predicted surface water concentration exceeds the COC. Otherwise, the days of exceedance can be assumed to be zero.

## Appendix F   WEIGHT OF SCIENTIFIC EVIDENCE FOR CONGENITAL HEART DEFECTS

### F.1   Background

#### F.1.1   (Johnson et al., 2003) and (Dawson et al., 1993)

The congenital heart defects endpoint for TCE has been widely discussed since the release of the 2011 IRIS Assessment (U.S. EPA, 2011e). The primary basis for this endpoint was a developmental drinking water study in rats, (Johnson et al., 2003), that has been the source of extensive controversy. The study administered 0 ppb, 2.5 ppb, 250 ppb, 1.5 ppm, and 1100 ppm to pregnant Sprague-Dawley rats via drinking water for the entire duration of pregnancy. On the last day of pregnancy, dams were euthanized, and the heart and great vessels of fetuses were examined for abnormalities. The study reported statistically significant increases in variety of cardiac defects at multiple dose levels in the incidence of a broad array of cardiac defects. EPA considered the constellation of observed effects in totality, as opposed to any particular individual defects.

The authors reported in followup errata (Johnson et al., 2005) that the study data were derived from a 6-year academic research program and consolidated data from several cohorts. Control data were combined from 6 independent cohort experiments; the data from the highest two TCE doses had been previously published by the laboratory (Dawson et al., 1993). Although study methods were generally consistent throughout the research program, there are potential concerns of genetic drift due to the TCE dose groups being administered up to 6 years apart, and the control vehicle used in the Dawson et al., 1993 study was filtered tap water while distilled water was used in all subsequent study cohorts. Both (Dawson et al., 1993) and (Johnson et al., 2003) were deficient in adequate reporting of methods and raw scoring data; however, many of those concerns have been alleviated by subsequent communications to EPA (Johnson, 2014, 2008). The positive findings reported in (Dawson et al., 1993) and (Johnson et al., 2003) have not been confirmed by another laboratory, so controversy over the results remains.

#### F.1.2   Updates to the original publications

Much of the controversy surrounding the reliability of the (Johnson et al., 2003) study relates to the pooling of control animals and data across several years, including the use of different vehicles (tap water vs distilled water). EPA therefore compared the data from (Johnson et al., 2003) and from (Dawson et al., 1993), the earlier study comprising the highest two doses of the (Johnson et al., 2003) study in which data were not pooled and only a single vehicle was used. Unfortunately, EPA was unable to use a nested benchmark dose (BMD) model because individual pup data could not be easily tracked to a particular dam, so this data is less statistically reliable. Both studies scored a "Medium" in in EPA's data quality evaluation [*Data Quality Evaluation of Human Health Hazard Studies. Docket: EPA-HQ-OPPT-2019-0500*], which incorporated all available information on the two studies, including subsequent errata and communications to EPA (Johnson et al., 2014; Johnson, 2014, 2008; Johnson et al., 2005). While the original publications had extensive data and methodology reporting issues, many of the data quality concerns from the original study were mitigated by the information provided in these updates. These updates provided the following information which was lacking in the initial publications:

    1) Individual fetal cardiac malformation data for each litter
    2) Individual maternal terminal body weight data
    3) Detailed description of fetal evaluation procedures including:
        - methods used to blind fetal examiners to treatment group

580          - protocol for unanimous confirmation of any observed cardiac defects by the three
581             principle investigators
582      3) Additional information on animal husbandry and randomized group assignment of dams to
583      study group
584      4) Transparency regarding experimental variables across the dates of the experiments
585
586
587  The (Johnson et al., 2003) / (Dawson et al., 1993) publications had several important limitations,
588  however these updates also highlighted several strengths of the research. These are presented in
589  Table_Apx F-1.
590
591  **Table_Apx F-1. Strengths and Limitations of (Johnson et al., 2003)**

| Strengths | Limitations |
|---|---|
| Positive findings required unanimous agreement among experts | Tap water was used for earlier testing; distilled water was used later |
| Methods, supplier, and investigators remained consistent across time | Study took place over 6 years with a few years in-between examinining the highest and lowest two dose groups |
| Details of dissection, preservation, and examination methods were provided | Individual fetus data could not be tied to a particular dam |
| Dams were randomly assigned to control or treatment groups | Control animals were pooled from multiple studies that did not all occur at the same time as the treated animal studies |
| Fully blinded examination | Details for the dates of individual animal measurements are not available, precluding more granular analysis |

592
593  The results of (Johnson et al., 2003) have not been confirmed in any other publications. Subsequent rat
594  studies administering TCE via oral gavage (Fisher et al., 2001) or inhalation (Carney et al., 2006) did
595  not find any statistically significant increase in congenital heart defects. Therefore, (Charles River
596  Laboratories, 2019) attempted to replicate the (Johnson et al., 2003) utilizing the same administration
597  route and study design.
598

## F.2       EPA Review of the Charles River (2019) Study

### F.2.1      Study Methodology and Results

601  In a study sponsored by the Halogenated Solvents Industry Alliance (HSIA), Charles River Laboratories
602  Ashland, LLC performed "An Oral (Drinking Water) Study of the Effects of Trichloroethylene (TCE)
603  on Fetal Heart Development in Sprague Dawley Rats". The study was based on general accordance with
604  OPPTS 870.3700 and OECD Test Guideline 414 according to principles of Good Laboratory Practice
605  with the stated purpose of replicating the findings of (Dawson et al., 1993) and (Johnson et al., 2003),
606  which observed increased cardiac malformations in the fetuses of pregnant female Sprague Dawley rats
607  administered TCE in drinking water.
608

609   The study utilized 6 test groups, including negative and positive controls. Retinoic acid (RA) served as a
610   positive control and was administered daily via gavage. TCE was administered via drinking water. See
611   details in Table_Apx F-2, which is adapted from Text Table 4 in the study.
612
613   **Table_Apx F-2. Experimental Design of (Charles River Laboratories, 2019)**

| Group | Treatment | Target Concentration | Route of Administration | Number of Females (Dams) |
|-------|-----------|----------------------|-------------------------|--------------------------|
| 1 | Vehicle (water) | 0 ppm | Drinking Water | 25 |
| 2 | Retinoic Acid | 3 mg/ml | Gavage | 25 |
| 3 | TCE | 0.25 ppm | Drinking Water | 25 |
| 4 | TCE | 1.5 ppm | Drinking Water | 25 |
| 5 | TCE | 500 ppm | Drinking Water | 25 |
| 6 | TCE | 1000 ppm | Drinking Water | 25 |

614
615   In order to reduce TCE loss due to evaporation, drinking water formulations were prepared at volumes
616   large enough to minimize headspace and a connected nitrogen source was used to backfill headspace
617   during dosing. Despite this effort, 24-hour loss monitoring indicated that 30% to 49% of average
618   measured TCE concentration was lost over the course of a day.
619
620   Interventricular septal defects (VSDs) were the only cardiac malformation observed in TCE-treated
621   groups. Additional types of defects were observed in the positive control RA-treated group, including
622   malformations of the aorta and arteries, small ventricle, and situs inversus (transposition of the heart and
623   great/major vessels). Situs inversus was also observed in a single vehicle control fetus. The study
624   authors did not observe a statistically significant increase in VSDs among TCE-treated fetuses compared
625   to vehicle. Additionally, all VSDs observed in TCE-exposed fetuses were smaller than 1mm, in contrast
626   with vehicle and RA-treated groups. Results are shown in Table_Apx F-3 below, which is adapted from
627   Text Table 14 in the study, with a few small edits. The Charles River study described the statistical
628   estimate used as "summation per group (%)", which appears to be the sum of viable fetuses affected per
629   litter (%) / number of litters per group". EPA determined that while this method is appropriate, the
630   description is unclear and would be better described as "Mean % Affected / Litter per Group". EPA
631   therefore replaced the descriptor "% per litter" with the above descriptor. EPA also identified that the
632   RA-treated group actually had 41.2% affected, as opposed to 42.2% as was presented in Text Table 14
633   of the study.
634
635   **Table_Apx F-3. Summary of Observed Interventricular Defects**

| Dosage: | 0 ppm (Vehicle) | 15 mg/kg-day RA | 0.25 ppm TCE | 1.5 ppm TCE | 500 ppm TCE | 1000 ppm TCE |
|---------|-----------------|-----------------|--------------|-------------|-------------|--------------|
| # Affected Fetuses (Litters) | 7 (5) | 112 (23) | 4 (4) | 5 (3) | 13 (8) | 12 (6) |
| Mean % Affected / Litter per Group | 2.4% | 41.2% ($p < 0.01$) | 1.4% | 1.5% | 3.8% | 3.7% |

| Dosage: | 0 ppm (Vehicle) | 15 mg/kg-day RA | 0.25 ppm TCE | 1.5 ppm TCE | 500 ppm TCE | 1000 ppm TCE |
|---|---|---|---|---|---|---|
| Size of Opening (Number of Fetuses) | <1mm (6) 1mm (1) | <1mm (103) 1mm (8) >2mm (1) | <1mm (All) | <1mm (All) | <1mm (All) | <1mm (All) |
| Defect Location | Membranous | Membranous (111); Muscular (1) | Membranous | Membranous | Membranous | Membranous |

VSDs were not statistically significantly increased in TCE-treated groups compared to vehicle control, while RA treatment resulted in a substantially increased incidence of cardiac defects. The authors additionally highlighted the fact that all identified VSDs in TCE-treated groups were smaller than 1mm. The study states that these would be expected to resolve postnatally and are therefore unlikely to be adverse.

### F.2.2    EPA Review

#### F.2.2.1    Comparing Results Between Charles River and Johnson Studies

The Charles River study calculated observed defects differently than was done for the Dawson and Johnson studies. The calculation for mean % affected / litter per group results in different values than the "% fetuses affected" and "% litters affected" metrics used in the Dawson and Johnson studies, which simply divided the amount of affected fetuses or litters by the total (multiplied by 100 to create a percentage). For comparison, Table_Apx F-4 below presents the data from both the Johnson and Charles River studies calculated as the % fetuses and % litters affected.

**Table_Apx F-4. Incidence of total heart malformations in Johnson and Charles River studies.**

| Dose | Johnson 2003 | | | Charles River 2019 | | |
|---|---|---|---|---|---|---|
| | % fetuses affected | % litters affected | Source | % fetuses affected | % litters affected | Source/Notes |
| 0 ppm | 13/606 (2.2%) | 9/55 (16.4%) | (Johnson et al., 2003) | 8/308 (2.5%) | 6/24 (25.0%) | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| 2.5 ppb | 0/44 (0.0%) | 0/12 (0.0%) | (Johnson et al., 2003) | N/A | N/A | N/A |
| 0.25 ppm | 5/110 (4.5%) | 4/9 (44.4) | (Johnson et al., 2003) | 4/275 (1.4%) | 4/22 (18.2%) | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| 1.5 ppm | 9/181 (5.0%) | 5/13 (38.5%) | (Johnson et al., 2003) | 5/321 (1.5%) | 3/24 (12.5%) | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| 500 ppm | N/A | N/A | N/A | 13/330 (3.9%) | 8/24 (33.3%) | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| 1000 (Charles River) or 1100 (Johnson) ppm | 11/105 (10.5%) | 6/9 (66.7%) | (Johnson et al., 2003) | 12/342 (3.5%) | 6/24 (25.0%) | (Charles River Laboratories, 2019), Table 15 |

| | | | | | | (soft tissue), p. 86 |
|---|---|---|---|---|---|---|

652
653 The Johnson study clearly shows greater incidences of cardiac defects at 0.25 ppm, 1.5 ppm, and 1100
654 ppm compared to the same or similar doses (1000 ppm in Charles River). Of note however, VSDs, and
655 specifically only membranous VSDs, were the only type of heart malformation identified by the Charles
656 River study in TCE-treated fetuses. In contrast, the Johnson study identified a broad variety of defects in
657 exposed fetuses. The Johnson study observed VSDs at only a slightly greater incidence per fetus than by
658 Charles River at higher doses, while (peri)membranous VSDs were observed at a similar or lower
659 incidence than by Charles River. Additionally, Charles River observed substantially higher incidences of
660 VSDs in the control and 0.25 ppm groups. The data comparing the incidence of VSDs only is presented
661 in Table_Apx F-5, with the incidence of membranous VSDs displayed in parentheses.

662
663 **Table_Apx F-5. Incidence of VSDs in Johnson and Charles River studies.**

| Dose | Johnson 2003 | | Charles River 2019 | |
|---|---|---|---|---|
| | % fetuses affected (mem. only) | Source | % fetuses affected | Source/Notes |
| **0 ppm** | 0.66% (0.33%) | (Johnson et al., 2003), Table 2 | 2.5% | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| **2.5 ppb** | 0% | (Johnson et al., 2003), Table 2 | N/A | N/A |
| **0.25 ppm** | 0% | (Johnson et al., 2003), Table 2 | 1.4% | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| **1.5 ppm** | 2.21% (1.66%) | (Johnson et al., 2003), Table 2 | 1.5% | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| **500 ppm** | N/A | N/A | 3.9% | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |
| **1000 (Charles River) or 1100 (Johnson) ppm** | 3.81% (2.86%) | (Johnson et al., 2003), Table 2 | 3.5% | (Charles River Laboratories, 2019), Table 15 (soft tissue), p. 86 |

664

665 **F.2.2.2    Differences in Types of Malformations Observed**
666 The majority of cardiac malformations observed in the Johnson study were not VSDs (see Table 2 in
667 (Johnson et al., 2003), while the Charles River study only identified VSDs in controls and TCE-treated
668 offspring. Of note, two major categories of heart malformations identified in the Johnson study that are
669 absent from even the positive control group of the Charles River study are atrial septal defects and valve
670 defects. The Charles River study methodology appeared to be focused primarily on identification of VSDs
671 over other heart defects, which may explain the observed positive bias toward detection of VSDs in
672 vehicle control and low-dose fetuses as compared to both the Johnson study and historical control data.
673 Table_Apx F-6 compares the heart defects observed across all *in vivo* oral studies. Fisher at al. (2001), a

674  gavage study that also did not find a statistically significant association of TCE exposure with congenital
675  cardiac defects, is also included for comparison. Of note, the (Fisher et al., 2001) study utilized the same
676  dissection and evaluation methodology as the (Johnson et al., 2003) studies. There is substantial overlap in
677  the many type of defects identified in the three studies, while only membranous VSDs were observed in
678  TCE-treated animals in (Charles River Laboratories, 2019) (great blood vessel variation was identified in a
679  few TCE-treated pups but was considered incidental by the study authors). When comparing the results
680  from (Fisher et al., 2001) and (Charles River Laboratories, 2019), EPA acknowledges that differences in
681  dosing method, vehicle volume, and other variables may also contribute to any observed differences.
682
683     **Table_Apx F-6. Heart and Cardiovascular Defects Observed in Select Oral TCE studies**

| Trichloroethylene (TCE) | | | Retinoic Acid (RA) | |
|---|---|---|---|---|
| **Johnson et al. (2003)** [a] | **Charles River (2019)** | **Fisher et al. (2001)** | **Charles River (2019)** | **Fisher et al. (2001)** |
| **Septal defects** | | | | |
| **Ventricular septal defect (VSD) (perimembranous, subaortic, muscular)** | **Ventricular septal defect (VSD) (membranous)** | | **Ventricular septal defect (VSD) (membranous, subaortic, muscular)** | **Ventricular septal defect (VSD) (membranous, aortic, muscular)** |
| **Atrial septal defect (ASD)** | | **Atrial septal defect (ASD)** | | **Atrial septal defect (ASD)** |
| **Valve defects** | | | | |
| **Mitral valve defect** | | **Mitral valve defect** | | **Mitral valve defect** |
| **Tricuspid valve defect** | | **Tricuspid valve defect** | | **Tricuspid valve defect** |
| **Pulmonary valve defect** | | | | **Pulmonary valve defect** |
| Aortic valve defects (multiple) | | | **Aortic stenosis** | **Aortic stenosis** |
| **Atrium, ventricle, and miscellaneous structural abnormalities** | | | | |
| Atrioventricular septal defect (**endocardial cushion defects**) | | **Endocardial cushion defects** | | |
| | | **Right ventricle enlarged** | | **Right ventricle enlarged** |
| | | Left ventricle aneurysm dissecting | Heart ventricle, small | Left atrial hypertrophy |
| | | | | Cleft, apex of heart |
| **Great vessel structural abnormalities** | | | | |
| | | | **Transposition of the great vessels** | **Transposition of the great vessels** |
| | | | **Aortic arch effects** | **Aortic arch effects** |
| | | | **Major blood vessel variation** | **Major blood vessel variation** |
| **Pulmonary artery hypoplasia** | | | | **Pulmonary artery hypoplasia** |
| Aortic hypoplasia | | | | |
| | | **Innominate artery short** | | **Innominate artery effect** |

| Trichloroethylene (TCE) | | | Retinoic Acid (RA) | |
|---|---|---|---|---|
| Coronary artery/sinus | | | Stenotic carotid | Truncus dilated |
| Positional abnormalities of the heart and great vessels | | | | |
| | | Situs inversus | Situs inversus | Dextrocardia |
| Abnormal looping | | | | Overriding aorta |
| [a] Includes data from Dawson et al. (1993). **Bold text** indicates defects observed across multiple studies (both TCE and RA treatment). <span style="color:red">**Red bold text**</span> indicates defects only observed with RA treatment across multiple studies. | | | | |

684

685 EPA's conclusion that the Charles River study insufficiently sensitive to non-VSD defects was supported
686 by the limited variety of malformations observed in the RA positive control based on a compiled literature
687 search:

688     1. EPA searched HERO and PubMed for studies investigating heart defects and malformations that
689        occur during prenatal exposure to all-trans retinoic acid (RA).  Of the 37 studies reviewed, 12
690        studies were excluded from analysis because they were abstracts, book chapters, reviews, or
691        studies that did not expose animals to all-trans RA. Thus, EPA reviewed 25 studies and
692        compared the results of these studies to those reported by the Charles River and Johnson studies.
693     2. In all species examined, a total of 35 heart defects were associated with prenatal exposure to RA
694        in the identified literature.
695     3. The Charles River study reported 10 types of heart defects in animals exposed to RA.
696     4. Heart defects associated with TCE exposure partially overlap defects associated with RA
697        exposure. The Johnson study identified 10 types of cardiac defects in TCE-exposed fetuses.
698        Charles River only identified one defect (membranous VSDs) associated with TCE exposure
699        (major blood vessel variation was observed in 1-2 TCE-treated fetuses, but this effect was not
700        considered treatment-related).
701     5. All 35 defects associated with RA exposure were observed in rodents in the literature review.  If
702        we limit the analysis to studies examining only rats, 31 of the total 35 defects were observed.
703        Only 6 of the 35 defects were noted in chickens, and 2 of the 35 were noted in zebrafish.
704        Therefore, the differences between defects captured in the Charles River study and the general
705        literature cannot be explained simply by inclusion of additional experimental species in the
706        general literature.
707

708 EPA therefore concludes that Charles River did not capture the entirety of cardiac defects that were
709 expected upon exposure to RA.
710

711 EPA searched HERO using the following keywords:
712     • Retinoic Acid
713     • Retinoic Acid + Cardiac
714 EPA also searched PubMed using the following keywords:
715     • retinoic acid (RA)-induced cardiac defects
716     • retinoic acid AND (cardiac defects OR cardiac malformations OR heart defects OR heart
717        malformations OR cardiac teratogenesis OR aorta OR ventricle OR endocardial cushion OR
718        pulmonary valve OR mitral valve OR aortic valve OR ventricular septum OR atrial septum OR
719        tricuspid valve OR aneurysm).
720

721    Table_Apx F-7 presents all of the cardiac defects found in the literature search and Table_Apx F-8
722    provides the full list of identified studies and observed defects. Table_Apx F-9 compares the types of
723    defects observed across the Johnson and Charles River studies with those identified in the literature
724    search. Several defects associated with TCE exposure as well as several RA-induced defects in the
725    Charles River study were not associated with RA exposure in the literature. Overall, the spectrum of
726    heart defects observed upon RA exposure in the literature largely, but not entirely, overlaps with heart
727    defects associated with TCE exposure. Of note, atrial septal defects, which were the most common type
728    of malformation identified in the Johnson study, were identified in 5 other RA studies but not in the
729    Charles River study, including a human study (Siu et al., 2002).
730
731                    **Table_Apx F-7. Cardiac Defects Observed in Literature**

| Cardiac Defect * | Number of Studies |
|---|---|
| VSD | 12 |
| ASD | 5 |
| Tetralogy_Fallot | 1 |
| Hypoplastic_Left_Heart_Syndrome | 1 |
| Tricuspid_Atresia | 1 |
| Aortic_Valve_Stenosis | 1 |
| Pulmonary_Trunk_Stenosis | 3 |
| Right_Ventricular_Hypertrophy | 2 |
| Left_Ventricular_Hypertrophy | 1 |
| Right_Atrial_Hypertrophy | 2 |
| Left_Atrial_Hypertrophy | 1 |
| CAVC | 1 |
| Situs_Inversus | 2 |
| Dextrocardia | 5 |
| d_Transposition | 12 |
| I_Transposition | 1 |
| Cleft_Apex | 1 |
| CoA | 1 |
| ARSA | 2 |
| IAA | 1 |
| Left_Circumflex_Aorta | 1 |
| Right aortic arch defect (RAA) | 4 |
| Double_Aortic_Arch | 1 |
| Cervical_Aortic_Arch | 1 |
| Hypoplastic_Aortic_Arch | 1 |
| Truncus_Arteriosus | 7 |
| PDA | 1 |
| Innominate_Artery_Absent | 1 |
| Innominate_Artery_Short | 1 |
| Right_Carotid_Off_Aorta | 1 |
| Right_Subclavian_Artery_Absent | 1 |
| DORV | 10 |
| Endocardial_Cushion_Defect | 3 |
| Abnormal_Heart_Looping | 7 |
| Other | 14 |
| * Abbreviations defined in Table_Apx F-9 | |

732
733    **Table_Apx F-8. List of RA Studies Identified in the Literature Search and Observed Defects in Each**

| Study | Inclusion? | Species | Strain (if applicable/reported | Defects observed |
|---|---|---|---|---|
| (Siu et al., 2002) | Yes | human | N/A | ASD, right ventricular hypertrophy, right atrial hypertrophy, PDA |
| (Broekhuizen M et al., 1998) | Yes | chicken | White Leghorn | DORV, other (abnormal branching) |
| (Broekhuizen et al., 1995) | Yes | chicken | White Leghorn | VSD, d-transposition |
| (Ratajska et al., 2009) | Yes | mouse | Balb/c inbred and F1 cross of B57BL/6xCBA | d-transposition, DORV, other (abnormal conal vein, right ventricle hypoplasia, aortic hypoplasia, other non-specified) |
| (Yasui et al., 1999) | Yes | mouse | Jcl:ICR | VSD, dextrocardia, DORV, other (hypoplasia/dysplasia) |
| (Kim et al., 1995) | Yes | mouse | DDY | VSD, dextrocardia, d-transposition, IAA, left circumflex aorta, RAA, DORV, other (right subclavian artery) |
| (Kołodzińska et al., 2013) | Yes | mouse | F1 cross of C57BL/6 and CBA mouse inbred strains | VSD, tetralogy of Fallot, d-transposition, truncus arteriosus, DORV, other (noncompaction) |
| (Kraft et al., 1994) | Yes | rat | Sprague -Dawley described as Wistar derived | No defects observed; fetuses/conceptuses exposed *ex vivo* only |
| (Laborde et al., 1995) | Yes | mouse | CD-1 | No cardiac defects observed |
| (Narematsu et al., 2015) | Yes | chicken | Not reported | d-transposition |
| (Ratajska et al., 2005) | Yes | mouse | CFW/LL  and MIZZ | VSD, ASD, hypoplastic left heart syndrome, d-transposition, RAA, hypoplastic aortic arch, truncus arteriosus, DORV, other (dicuspid aortic valve, hypomorphic semiluminar valve, great vessel spiraling) |
| (Taylor et al., 1980) | Yes | hamster | golden Syrian | VSD, ASD, tricuspid atresia, pulmonary trunk stenosis, d-transposition, RAA, truncus arteriosus, DORV, abnormal hear looping, other (overriding aorta complex, mitral-aortic continity, aortic hypoplasia, left ventricular hypoplasia, univentricular heart, atrioventricularis) |
| (Fisher et al., 2001) | Yes | rat | Sprague-Dawley Crl:CDR (SD) BR | VSD, ASD, aortic valve stenosis, right ventricular hypertrophy, right atrial hypertrophy, left atrial hypertrophy, situs invertus, dextrocardia, d-transposition, cleft apex, ARSA, RAA, truncus arteriosus, innominate artery absent, immomima artery short, right carotid off aorta, right subclavian artery absent, other (pulmonary artery hypolasia, right subclavian artery defect) |
| (Brus et al., 1995) | Yes | rat | Wistar | VSD, pulmonary trunk stenosis |
| (Dickman and Smith, 1996) | Yes | chicken | Not reported | Situs inversus, abnormal heart looping, other (cardia bifia, clustered heart tissue) |
| (Yu et al., 2003) | Yes | rat | Sprague Dawley | VSD, ASD, ARSA, CoA, double aortic arch, cervical aortic arch, truncus arteriosus, DORV |
| (Davis and Sadler, 1981) | Yes | mouse | ICR | VSD, d-transposition, truncus arteriosus, DORV, endocardial cushion defect |

| Study | Inclusion? | Species | Strain (if applicable/reported | Defects observed |
|---|---|---|---|---|
| (Bouman et al., 1998) | Yes | chicken | Not reported | Abnormal heart looping |
| (Bouman et al., 1995) | Yes | chicken | Not reported | VSD, abnormal heart looping |
| (Xavier-Neto et al., 1999) | Yes | Chicken; zebrafish | Transgenic mice on FVB background | Other (hearts with marked atrial dominance) |
| (Nakajima et al., 1996) | Yes | mouse | ICR | Endocardial cushion defect, other (hypoplasticity of the proximal parietal and septal ridges in the outflow tract – develop from encocardial cushion) |
| (Lee et al., 1998) | Yes | rat | Wistar | Left ventricle hypertrophy, dextrocardia, d-transposition, l-transposition, abnormal heart looping |
| (Kim et al., 1999) | Yes | rat | Wistar | CAVC, dextrocardia, endocardial cushion defects, abnormal heart looping |
| (Ostádalová et al., 1995) | Yes | rat | Wistar | VSD, pulmonary trunk stenosis, DORV |
| (Haga et al., 2008) | Yes | zebrafish | Danio rerio | Abnormal heart looping, other (pericardial edema) |
| (Baraka et al., 2009) | No. RA not used to induce defects. | N/A | N/A | N/A |
| (Turton et al., 1992) | No. No effects at lower dosage and no fetuses available at higher doses. | N/A | N/A | N/A |
| (Miura et al., 1990) | No. Not RA, study on 13-cis-RA | N/A | N/A | N/A |
| (Pan and Baker, 2007) | No. Review only. | N/A | N/A | N/A |
| (Roberts et al., 2006) | No. No RA exposure. | N/A | N/A | N/A |
| (Sinning, 1998) | No. Review only. | N/A | N/A | N/A |
| (Smith and Dickman, 1997) | No. Review only. | N/A | N/A | N/A |
| (Stefanovic and Zaffran, 2017) | No. Review only. | N/A | N/A | N/A |
| (Pexieder et al., 1990) | No. Abstract only. | N/A | N/A | N/A |
| (Van Maldergem et al., 1992) | No. Exposure is to isotretinoin. | N/A | N/A | N/A |
| (Oku et al., 1995) | No. Abstract only. | N/A | N/A | N/A |
| (Iwase et al., 1998) | No. Abstract only. | N/A | N/A | N/A |

734

735
736

**Table_Apx F-9. Cardiac Defects Observed After Exposure to RA or TCE**

| Chemical: | | TCE | TCE | RA | RA | RA |
|---|---|---|---|---|---|---|
| **Malformation Class** | **Malformation Name** | **Charles River 2019** | **Johnson 2003** | **Charles River 2019** | **Other Literature (No. Studies)** | **Other Literature Species[1]** |
| **Atrium, Ventricle and Valve Defects** | Ventricular Septal Defect (VSD)[2] | √ | √ | √ | √ (12) | C, H, M, R |
| **Atrium, Ventricle and Valve Defects** | Atrial Septal Defect (ASD) | | √ | | √ (5) | Hu, H, R |
| **Atrium, Ventricle and Valve Defects** | Double outlet ventricle (DORV) | | | | √ (10) | C, H, M, R |
| **Atrium, Ventricle and Valve Defects** | Tetralogy of Fallot | | | | √ (1) | M |
| **Atrium, Ventricle and Valve Defects** | Hypoplastic Left Heart Syndrome | | | | √ (1) | R |
| **Atrium, Ventricle and Valve Defects** | Tricuspid defects | | √ | | √ (1) | H |
| **Atrium, Ventricle and Valve Defects** | Aortic valve defects | | √[3] | | √ (1) | R |
| **Atrium, Ventricle and Valve Defects** | Mitral valve defects | | √ | | | |
| **Atrium, Ventricle and Valve Defects** | Right ventricular hypertrophy | | | | √ (2) | R |
| **Atrium, Ventricle and Valve Defects** | Left ventriclular hypertrophy | | | | √ (1) | R |
| **Atrium, Ventricle and Valve Defects** | Right atrial hypertrophy | | | | √ (2) | R |
| **Atrium, Ventricle and Valve Defects** | Left atrial hypertrophy | | | | √ (1) | R |
| **Atrium, Ventricle and Valve Defects** | Small ventricle | | | √ | | |
| **Atrium, Ventricle and Valve Defects** | Complete Atrioventricular Canal defect (CAVC) | | √ | | √ (1) | R |
| **Symmetry** | Situs Inversus | | | √ | √ (2) | C, R |
| **Symmetry** | Dextrocardia | | | | √ (5) | M, R |
| **Symmetry** | d-Transposition of the great arteries | | | √ | √ (12) | C, H, M, R |
| **Symmetry** | l-Transposition of the Great Arteries | | | | √ (1) | R |
| **Symmetry** | Cleft, apex of heart | | | | √ (1) | R |
| **Aortic Arch Defects** | Coarctation of the Aorta (CoA) | | | √ | √ (1) | R |
| **Aortic Arch Defects** | Left aortic arch with aberrant right subclavian artery (ARSA) | | | √[4] | √ (2) | R |
| **Aortic Arch Defects** | left circumflex aorta | | | | √ (1) | M |
| **Aortic Arch Defects** | Right aortic arch defects (RAA) | | √ | | √ (4) | H, M, R |
| **Aortic Arch Defects** | Double aortic arch | | | | √ (1) | R |
| **Aortic Arch Defects** | Cervical aortic arch | | | | √ (1) | R |
| **Aortic Arch Defects** | Interruption of the aortic arch (IAA) | | | √ | √ (1) | M |

| Chemical: | | TCE | TCE | RA | RA | RA |
|---|---|---|---|---|---|---|
| Malformation Class | Malformation Name | Charles River 2019 | Johnson 2003 | Charles River 2019 | Other Literature (No. Studies) | Other Literature Species[1] |
| **Aortic Arch Defects** | Hypoplastic aortic arch | | | | √ (1) | R |
| **Aortic Arch Defects** | Stenotic aortic arch | | √ | | | |
| **Other vessel defects** | Pulmonary trunk stenosis | | | | √ (3) | H, R |
| **Other vessel defects** | Truncus Arteriosus (dilated truncus) | | | | √ (7) | H, M, R |
| **Other vessel defects: incomplete postnatal development** | Patent Ductus Arteriosus (PDA) | | | | √ (1) | R |
| **Other vessel defects** | Innominate artery absent | | | | √ (1) | R |
| **Other vessel defects** | Innominate artery short | | | | √ (1) | R |
| **Other vessel defects** | Right carotid off aorta | | | | √ (1) | R |
| **Other vessel defects** | Stenotic carotid | | | √ | | |
| **Other vessel defects** | Right subclavian artery absent | | | | √ (1) | R |
| **Other vessel defects** | Pulmonary artery hypoplasia | | √ | | | |
| **Other vessel defects** | Coronary artery/sinus defects | | √ | | | |
| **Other early developmental defect** | Endocardial cushion defects | | | | √ (3) | M, R |
| **Other early developmental defect** | Abnormal heart looping | | √ | | √ (7) | C, H, R, Z |
| **Other[5]** | | | | √[7] | √ (14) | C, H, M, R, Z |

[1] Human (Hu), Chicken (C), Hamster, (H), Mouse (M), Rat (R), Zebrafish (Z).
[2] Most studies reviewed did not specify among perimembranous, muscular or subarterial VSDs, so these were included all as "VSDs" for the literature review comparison.
[3] Aortic valve defects included aortic valve defect with fenestrated leaflets and aortic valve stenosis described as aortic valve defect with fused leaflets creating aortic valvular stenosis.
[4] Chicken (C), Hamster, (H), Mouse (M), Rat (R), Zebrafish (Z).
[4] Retroesophageal aortic arch described in Charles River study was tagged as ARSA defect.
[5] Major blood vessel variation (right carotid and subclavian arteries arose independently from the aortic arch [no brachiocephalic trunk] or right subclavian artery coursed retroesophageal and joined the aortic arch adjacent to ductus arteriosus [no brachiocephalic trunk]) tagged to RAA defects.
[5] If EPA was unsure of the general malformation class, the defect was categorized as "other."
[6] "Other" defect in HSIA study (RA exposure groups) was a major blood vessel variation (an elongated brachiocephalic trunk or a missing brachiocephalic trunk due to right carotid and right subclavian arising independently from the aortic arch, or due to a retroesophageal right subclavian; or (right carotid and subclavian arteries arose independently from the aortic arch [no brachiocephalic trunk] or right subclavian artery coursed retroesophageal and joined the aortic arch adjacent to ductus arteriosus [no brachiocephalic trunk]).

## F.2.2.3    Methodology Differences

There are likely several contributing factors explaining why the Charles River study did not identify atrial or valve defects. In the Johnson study, the materials and methods section described examination of the internal structure of the heart for all fetuses. The dissection methodology allows detailed examination of the atrial septum. In contrast, the Charles River study states that the fetal evaluation methods were conducted according to Stuckhardt and Poppe (1984), which does not include examination of atrial septal defects. Therefore, the methodology used by the Charles River study was likely to miss that important category of cardiac malformations. As shown in Table_Apx F-9, five other studies were identified in the literature that observed atrial septal defects following RA exposure, while none were observed in the Charles River study.

748  The Stuckhardt and Poppe method (1984) does includes visualization of the valves (the tricuspid, mitral,
749  aortic, and pulmonary valves) but the methods as described in the Johnson study and supporting
750  information are more likely to reveal valvular defects as compared to the Stuckhardt and Poppe
751  methodology. The Stuckhardt and Poppe method specifies that two cuts are made in the fresh fetal heart.
752  This allows visualization of the tricuspid valve, between the right atrium and right ventricle, the three
753  cusps of the semilunar valve of the pulmonary artery, and the interventricular septum. In comparison,
754  the Johnson study clearly specified that the fetal hearts were to be examined in situ for external defects
755  and then excised, preserved with glutaraldehyde, and dissected. The examination of the internal structure
756  of the heart for all fetuses specifically included removing tissue to expose the pulmonary, aortic,
757  tricuspid, and mitral valves. The location of the coronary ostium was noted, each valve was probed for
758  patency, and the formation of each valve leaflet was examined.
759
760  EPA believes that there is a certain amount of tissue elasticity in fresh fetal hearts that can obscure the
761  detection of valvular defects during fetal morphological evaluation. Because the Johnson study evaluated
762  the internal structure of the fetal hearts post-fixation, examination of the valvular structures would have
763  been facilitated. Additionally, valve defects may be overlooked during examination unless the technician
764  is directly focusing on evaluating the cardiac valves in all fetuses (not just those, for example, in which
765  external cardiac morphological differences, such as a collapsed ventricle, might suggest a potential valve
766  problem). No indication is given in the Charles River report whether a directed effort was made to
767  identify valvular abnormalities.
768
769  Other identified differences and uncertainties in the methodology between the two studies may or may
770  not have contributed to the differences in results. These factors could potentially make either the Johnson
771  or the Charles River data more precise. These include the following:

772  1. Variations in TCE loss over time. While the Charles River study made extensive efforts to
773     minimize TCE loss, the 24-hour loss monitoring indicated that average loss across all
774     measurements was actually greater than that in the Johnson study (42% vs 35%). The Johnson
775     study did not provide analytical measurements for close comparison, but it is possible that on
776     average the delivered dose was greater in the Johnson study.
777  2. Possible differences in criteria for fetuses selected for examination. In the Johnson study, it is not
778     explicitly stated whether all or only viable fetuses were examined. The Charles River study
779     indicates that only viable fetuses were examined. For the Charles River study, this is a moot
780     point as there were no dead fetuses in the entire study. However, this aspect of study design is
781     not documented in the Dawson or Johnson studies.
782  3. Randomization methods. Differences in incidences at the litter level could potentially result from
783     non-randomized groups of animals at different dose levels. Different randomization strategies
784     were used in Johnson 2003 compared to the HSIA study. Dam assignments to exposure groups
785     was randomized in Johnson 2003, whereas the HSIA study used stratified randomization. Details
786     of the stratified randomization strategy were not presented, except to indicate that the goal was to
787     achieve similar group mean body weights. Given that there were six treatment groups and many
788     racks have six cages per row, it raises the possibility that treatment group was confounded with
789     cage position, *i.e.,* Group 1 in one column, Group 2 in the next column, etc. The Dawson and
790     Johnson methods of randomization did not include consideration of, or stratification by, body
791     weight.
792  4. Husbandry differences. the Charles River study individually housed the pregnant females,
793     whereas the Dawson and Johnson studies group-housed the females, so several dams were
794     consuming treated drinking water from the same bottle. Thus, there would be greater precision in
795     the Charles River dose calculations.

796    5.  Source and strain of rats. The rats used in all the studies conducted as part of the TCE research
797        program at the University of Arizona that included (Dawson et al., 1993) and (Johnson et al.,
798        2003) were Harlan Sprague-Dawley rats purchased from Harlan Laboratories Inc., Indianapolis,
799        IN.  The Charles River rats were Crl:CD(SD) Sprague-Dawley rats from Charles River
800        Laboratories in Raleigh, NC. It is unknown what influence the source or strain differences might
801        have had on the response to treatment with TCE. Additional information from both groups of
802        researchers would be needed to ascertain whether the source, sub strain or genetic drift of the test
803        animals influenced the incidences of cardiac malformations.
804    6.  Technical confirmation of diagnosis. The Charles River report did not specify whether cardiac
805        abnormalities were confirmed by other technical staff or the Study Director. There is no
806        opportunity to re-examine fetuses because the report states that all carcasses were discarded
807        following completion of the internal examination of the fetuses. In comparison, the three
808        principle authors of the Dawson and Johnson studies (P. Johnson, S. Goldberg, and B. Dawson),
809        each examined every identified fetal cardiac anomaly, and they only included findings for which
810        there was unanimous agreement on diagnosis (as described in (Makris et al., 2016)). Therefore,
811        there is high confidence in the determination of observed defects in the Dawson and Johnson
812        studies. Of note, neither study was designed to confirm diagnoses of normal fetal morphology.

813        **F.2.2.4    Adversity of Small VSDs**

814    In addition to the lack of a statistically significant increase in cardiac defects, the Charles River study
815    claims that the <1mm VSDs induced by TCE are non-adverse because "…similar to humans, small
816    spontaneous interventricular septal defects in rats close postnatally and hence should not be considered
817    adverse. Based on these data, the interventricular septal defects observed in the TCE-treated groups were
818    considered to be spontaneous background occurrences and unrelated to TCE exposure." This claim is
819    confounding and internally inconsistent however, because the vast majority (92%) of VSDs observed in
820    the RA-treated positive control group were also <1mm. If VSDs <1mm are truly non-adverse, then this
821    positive control data provides additional indication that the study is insufficiently sensitive for detecting
822    adverse cardiac defects.
823
824    The Charles River study cites (Fleeman et al., 2004), which based on results of trimethadione exposure
825    concluded: "…some treatment-induced membranous VSD will close during postnatal development
826    similar to spontaneously occurring membranous VSD." The authors then state that "small, isolated VSD
827    do not seem to impact postnatal viability and growth; however, large VSD are likely to affect postnatal
828    survival." Importantly, the presence of a VSD was associated with reduced survival, so observing
829    reduced incidence of VSDs postnatally may be selecting for those pups that were less adversely affected.
830    Nonetheless, the data does demonstrate that some, but not all, VSDs are compatible with postnatal life.
831    However, as there is no information provided in this paper to characterize the size range of VSD in those
832    pups that died compared to the size of the VSD in those that survive, one cannot rule out the possibility
833    that any VSD may be a potential adverse effect of chemical exposure.
834
835    A review of the literature on spontaneous closure of VSDs (Zhang, 2015) summarized that both defect
836    size and location can influence the likelihood of postnatal closure. The author reports that studies have
837    found defects <3-6mm are more likely to close but acknowledges the controversy over the significance
838    of defect size. More significantly, the study concluded that muscular VSDs are much more likely to
839    close spontaneously than membranous VSDs (which were the only VSD type associated with TCE
840    exposure in the Charles River study). The incidence in humans of spontaneous closure in cited studies
841    examining only muscular VSDs ranges from 22% to 84%, while for studies examining only
842    membranous or perimembranous VSDs the incidence ranges from only 4% to 47%. Additionally, the
843    morphological characterization of closure of the membranous VSD seems to most commonly involve

844 the use of a leaflet of the tricuspid valve, which would be expected to impact the functional ability of
845 that heart valve. Therefore, even if a membranous VSD is able to spontaneously close, there are likely
846 functional impacts of that closer, resulting in an adverse health effect.
847
848 Overall, it is impossible to speculate whether the specific VSDs identified in these studies would have
849 closed during lactation. Congenital heart defects of any kind are considered to be an adverse medical
850 event in humans, whether they eventually close naturally or need to be surgically repaired. When
851 considering the uncertainty over the likelihood of VSD closure and the preponderance of additional
852 types of defects observed in other studies, this consideration is not relevant to the significance of this
853 endpoint.

854 ### F.2.2.5   Conclusions

855 In short, the methodology and positive control data indicate that the Charles River study (2019) was
856 primarily focused on ventricular septal defects (VSDs) and therefore did not sufficiently examine the
857 complete range of potential cardiac defects. The Johnson study (2003) specifically described assessment
858 of valves and observed both valve and atrial septal defects using their laboratory dissection and
859 examination methodology. In contrast, while the Stuckhardt and Poppe dissection method (1984) used by
860 the Charles River study should allow visualization of valves, the Charles River study did not report valve
861 defects in any TCE group or the RA positive control group even though many other published reports
862 have identified valve defects following administration of TCE or RA. Additionally, the Stuckhardt and
863 Poppe method (1984) does not include examination of the heart for atrial septal defects, and the Charles
864 River study did not report any atrial septal defects in either the RA positive control group or the TCE
865 groups. In fact, the Charles River study (2019) observed a similar percentage of VSDs as (Johnson et al.,
866 2003). Considering total VSDs, 3.5% of fetuses showed a VSD in Charles River vs 3.8% in Johnson at
867 the highest dose, with 1.5% in Charles River vs 2.2% in Johnson at 1.5ppm. When considering only
868 membranous VSDs (the only type observed in the Charles River study), observed incidences were
869 actually higher in Charles River at the highest dose (3.5% vs 2.86%). Meanwhile, a substantial
870 percentage of the total cardiac defects observed in (Johnson et al., 2003) were valvular or atrial.
871
872 As further indication of the potentially narrowed sensitivity of (Charles River Laboratories, 2019), the
873 defects observed from exposure to the retinoic acid (RA) positive control were also somewhat limited
874 compared to the broader RA literature (which did identify atrial septal defects). Additionally, the other
875 oral TCE study (Fisher et al., 2001), which did not identify a statistically significant increase in cardiac
876 defects following TCE administration at a high dose via gavage, identified a significant number of
877 additional defects that match those identified in (Johnson et al., 2003) and (Dawson et al., 1993)
878 (including atrial septal and valve defects). Therefore, (Charles River Laboratories, 2019) insufficiently
879 replicates the methodology of (Johnson et al., 2003), and the results do not entirely contradict the
880 conclusions of that study. Based on these considerations along with some data reporting errors, (Charles
881 River Laboratories, 2019) received a Medium in data quality evaluation, the same as (Dawson et al.,
882 1993) and (Johnson et al., 2003).
883
884 While (Charles River Laboratories, 2019) was not considered a close enough replication to (Johnson et
885 al., 2003) to sway the weight of evidence for the endpoint on it's own, EPA did consider (Charles River
886 Laboratories, 2019) to be an overall well-conducted study, and it was incorporated into the WOE
887 analysis for the cardiac defects endpoint along with all other relevant studies identified in the literature.
888

### F.3    WOE Analysis for Congenital Cardiac Defects

#### F.3.1    Methodology

1) EPA identified, collected and reviewed a sampling of recent literature on systematic approaches to performing weight-of-evidence evaluation. Relevant articles were identified by simple Google searches and by tree searching references listed in these publications. References included the following:

    a. Weed. 2005. Weight of Evidence: A Review of Concept and Methods. Risk Anal 25(6): 1545-1557 (Weed, 2005).

    b. Gough. 2007. Weight of Evidence: A Framework for the Appraisal of the Quality and Relevance of Evidence. Research Papers in Education 22(2): 213-228 (Gough, 2007).

    c. Rhomberg et al. 2013. A survey of frameworks for best practices in weight-of-evidence analyses. Crit Rev Toxicol 43(9): 753–784 (Rhomberg et al., 2013).

    d. Rooney et al. 2014. Systematic Review and Evidence Integration for Literature-Based Environmental Health Science Assessments. Env Health Perspect 122 (7): 711-718 (Rooney et al., 2014).

    e. NTP. 2015. Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration (NTP, 2015).

    f. EPA. 2016. Weight of Evidence in Ecological Assessment. Risk Assessment Forum. EPA/100/R16/001 (U.S. EPA, 2016i).

    g. EPA. 2015. EDSP: Weight of Evidence Analysis of Potential Interaction with the Estrogen, Androgen or Thyroid Pathways. Chemical: Glyphosate. Office of Pesticide Programs (U.S. EPA, 2015a).

    h. US Army Corps of Engineers. 2018. Weight-of-Evidence Concepts: Introduction and Application to Sediment Management (Engineers, 2018).

    i. European Commission. 2018. Memorandum on weight of evidence and uncertainties. Revision 2018. Scientific Committee on Health, Environmental and Emerging Risks (SCHEER) (EC, 2018).

    j. EFSA. 2017. Guidance on the use of the weight of evidence approach in scientific assessments. EFSA Journal 15(8): 4971 (1-69) (EFSA, 2017).

    k. Linkov et al. 2015. From "Weight of Evidence" to Quantitative Data Integration using Multicriteria Decision Analysis and Bayesian Methods. Altex 32(1): 3-8 (Linkov et al., 2015).

    l. Smith et al. 2002. Weight of Evidence (WOE): Quantitative Estimation of Probability of Impact. Manuscript (Smith et al., 2002).

    m. Bridges et al. 2017. Framework for the quantitative weight-of-evidence analysis of 'omics data for regulatory purposes. Reg Tox Pharm 91: S46-S60 (Bridges et al., 2017).

    n. Dekant and Bridges. 2016. Assessment of reproductive and developmental effects of DINP, DnHP and DCHP using quantitative weight of evidence. Reg Tox Pharm 81: 397-406 (Dekant and Bridges, 2016).

    o. Bridges and Solomon. 2016. Quantitative weight-of-evidence analysis of the persistence, bioaccumulation, toxicity, and potential for long-range transport of the cyclic volatile methyl siloxanes. J Toxicol Environ Health Part B 19(8): 345-379 (Bridges and Solomon, 2016).

    p. Gangwal et al. 2012. Incorporating exposure information into the toxicological prioritization index decision support framework. Sci Total Environ 435-436: 316-325 (Gangwal et al., 2012).

935        q.  Reif et al. 2013. ToxPi GUI: an interactive visualization tool for transparent integration
936           of data from diverse sources of evidence. Bioinformatics 29(3): 402-403 (Reif et al.,
937           2013).
938        r.  Klimisch et al. 1997. A Systematic Approach for Evaluating the Quality of Experimental
939           Toxicological and Ecotoxicological Data. Reg Tox Pharm 25: 1-5 (Klimisch et al., 1997).
940

941  2)  Upon review of the various weight-of-evidence approaches that have been proposed, EPA chose
942       to adopt the method presented by EPA Risk Assessment Forum (U.S. EPA, 2016i). This method
943       was originally designed for ecological assessment and offers some flexibility in its
944       recommendations, so it has been adapted as fit-for-purpose to perform the weight-of-evidence
945       analysis for TCE cardiac defects.  Benefits of this method are as follows:
946        a.  The distinguishing feature of this method is that pieces of evidence are scored not just for
947           reliability (quality) and relevance, as in most methods reviewed, but also strength of the
948           evidence. EPA concurs with (U.S. EPA, 2016i) that explicitly scoring the strength of the
949           individual pieces of evidence (*e.g.,* magnitude, dose-response, etc.) is crucial to
950           performing a weight-of-evidence assessment.
951        b.  The scoring system presented is qualitative and uses intuitive and easily understood
952           symbols to convey both the implication of a piece of evidence (+, -, 0 for positive,
953           negative, none, or supports, weakens, neutral/ambiguous) and the weight attached to it (+,
954           ++, +++ or -, --, --- for low, medium and high). EPA believes that symbols are preferable
955           to numerical scores because their use correctly implies that they cannot be numerically
956           combined. They simply signify semi-quantitative levels of confidence, strength, and
957           directionality of the results for the different qualitative properties.
958        c.  Assessment results are presented as weight-of evidence tables that show a visual picture
959           of the findings. The tables capture nuances in the evidence being weighed and yet remain
960           understandable. Seeing patterns in the frequencies of +, − and 0 symbols that indicate the
961           weight of evidence is easier than if words or numbers are used to score evidence.
962        d.  The method is flexible. Although developed for use in ecological assessment, it is easily
963           adaptable to use in human health assessment and to different approaches (*e.g.,* individual
964           pieces of evidence can be assessed and weighed for a line or type of evidence based on
965           source, such as inhalation toxicity studies, or for a line of evidence for a particular
966           property (*e.g.,* temporal association or other Hill consideration).
967

968  3)  For our implementation of the (U.S. EPA, 2016i) weight-of-evidence method, EPA developed an
969       Excel spreadsheet *[EPA, 2019. Data Table for Congenital Heart Defects Weight of Evidence*
970       *Analysis. Docket: EPA-HQ-OPPT-2019-0500]*, as follows:
971        a.  The pieces of evidence are studies (or distinct experiments within studies). They are
972           organized into lines of evidence based on study type: epidemiological, *in vivo* animal),
973           and mechanistic. Within each line of evidence, pieces of evidence are further organized
974           into subsets based on route of exposure (oral, inhalation, other) and test material (TCE or
975           metabolite) for toxicological studies or vertebrate class of tissue, embryo or animal
976           studied (mammalian, avian, fish) for mechanistic studies. WOE determinations are made
977           in succession, first for subsets of a line of evidence, then for the full lines of evidence,
978           and then for the overall database, each building on the assessments that came before.
979        b.  Each piece of evidence (study) was graded in 3 areas: reliability (quality),
980           outcome/strength, and relevance.  The rationale for each grade was recorded.
981           i.  Reliability is defined in (U.S. EPA, 2016i) as inherent properties that make
982              evidence convincing.  For our implementation, because each piece of evidence is

a study, this refers primarily to aspects of study design, execution, and transparency.

1. Possible scores for reliability were 0, +, ++, or +++ for unusable, low, medium and high.
2. In contrast to the study quality evaluations performed in Distiller, which included >20 specific quality criteria for each study, here each study was given only a single overall grade.  We considered the same issues, but we did not formally go through and assign grades on each one individually.  Instead, focus was on key attributes.  Noteworthy deficiencies were recorded and grades were assigned based on the number and nature of the specific deficiencies identified.

ii. Outcome/strength is defined in (U.S. EPA, 2016i) as degree of differentiation from control, reference, or randomness.  This is based on study results and may be influenced by magnitude, dose-response, number of related elements changed (*e.g.,* consistent changes in histopathology and serum chemistry), temporal concordance, etc.

1. Possible scores for outcome/strength were ---, --, -, 0, +, ++, or +++ for results ranging from strongly negative to no effect/ambiguous to strongly positive.

iii. Relevance is defined in (U.S. EPA, 2016i) as degree of correspondence between the evidence and the assessment endpoint.  This can be thought of as the degree of extrapolation that would be needed to use the data in question for developing a toxicity value.

1. Possible scores for relevance were 0, +, ++, or +++ for none, low, medium and high.
2. Maximum values based on study type were +++ for epidemiology studies, ++ for in vivo animal studies by natural route of exposure, and + for in vivo animal studies by other route of exposure and in vitro studies.  Starting from these maximum scores, deductions were made for issues such as testing of TCE metabolites rather than TCE for in vivo animal studies and poorly defined exposures in epidemiology studies.

iv. The grades for reliability, outcome/strength, and relevance for each piece of evidence (study) were integrated across each area (horizontally) into an overall grade for that study. In deriving the overall grade, low area scores were considered to have more weight than higher scores, as per (U.S. EPA, 2016i). In other words, if any one of the three grading areas was low, then even if other aspects of the study were rated highly, the study still contributed lower weight overall to the WOE analysis (*e.g.,* a great study with a compelling result performed using DCA rather than TCE). Based on this methodology, overall grades for each study were always in the same direction as the strength score (*i.e.,* + vs -) at a value defined by the lowest amplitude (+ vs ++ vs +++) of the three factors. Rationale for the overall grade was provided, as it was for the individual area grades.

c. When integrating overall study scores from all studies within a line of evidence (or subset of a line of evidence) or across lines of evidence (vertically), overall summary scores were determined as the best semi-quantitative representation of all overall study grades within that line of evidence, with considerations given to both the amplitude of the overall study grades along with the consistency of the strength direction across studies.

When results were mixed, overall summary scores for a line of evidence gave greater weight to overall study grades of greater amplitude (*e.g.,* ++ vs +). Similarly, studies with non-ambiguous results (not a strength score of 0) were considered more informative than ambiguous studies. Additionally, consistent overall study grades of lower amplitude (*e.g.,* all +) may have resulted in a summary score of a higher amplitude (++). In this way, WOE determination was most influenced by studies with the strongest, clearest effects and/or lines of evidence with the most consistent results. This differs from how the individual area grades were combined into overall study grades (See Section b(iv), above), where the lowest amplitude value determined the overall weight.

d.  Evidence areas were also integrated as a mathematical average (*e.g.,* ++ = 2, 0/- = -0.5), in order to summarize the evidence areas for all studies. In contrast with the overall summary score however, for individual evidence areas, the integrated area scores represented a true average and were not adjusted upward for consistency or in order to favor non-ambiguous results (which was specific to strength score). Of note, these are included for presentation purposes only and were not used to determine the overall summary score for a line of evidence. The overall summary scores were determined by integrating the overall grades for each study, in the manner as described in Section c. Because of these different methodologies and the fact that overall study grades are defined by the lowest amplitude evidence area, the overall summary score may differ from the integrated area scores.

**Note:** This analysis was performed in parallel with the systematic review data evaluation of the individual studies. The WOE analysis had a greater focus on relevance to the specific endpoint while the data evaluation metrics aimed to evaluate the utility of a study for dose-response analysis. Therefore, the conclusions of the WOE analysis for individual studies occasionally differed from the results of the systematic review data evaluation. The results of both are presented together in *[EPA, 2019. Data Table for Congenital Heart Defects Weight of Evidence Analysis. Docket:* EPA-HQ-OPPT-2019-0500*.]*. Of note, studies that scored Unacceptable in data quality evaluation were not considered in the WOE analysis. Their evaluation is included for reference, but their scores had no impact on the overall grades for each line of evidence or subset. Unacceptable studies are indicated by <span style="color:red">red text</span> in the below tables and the supplemental data table.

This analysis included all relevant primary literature cited in (Makris et al., 2016), the 2014 TCE Work Plan Chemical Risk Assessment (U.S. EPA, 2014b), and any additional on-topic studies identified in the systematic review literature search (U.S. EPA, 2017i). Additionally, EPA also incorporated any newer studies published after the end date of the literature search, including an *in vitro* mechanistic study (Harris et al., 2018) and the recently completed *in vivo* drinking water study (Charles River Laboratories, 2019), comprising 45 studies in total (42 scoring Acceptable). Several studies cited in previous reviews were screened out as off-topic because the study reports did not indicate direct assessment of cardiac defects, cardiovascular effects, or any related outcomes. These studies were: (Beliles et al., 1980; Bross et al., 1983; Cosby and Dukelow, 1992; Dorfmueller et al., 1979; Elovaara et al., 1979; Narotsky and Kavlock, 1995; Narotsky et al., 1995). Additional studies were initially included but were determined to be not rated (NR) after thorough evaluation through the WOE criteria (Ruckart et al., 2013; Palbykin et al., 2011, see below). These two studies are indicated by <span style="color:blue">blue text</span> in the supplemental data table, however they are not included in the tables below.

### F.3.2    WOE Results By Study Type

Data evaluated to assess the weight-of-evidence for congenital heart defects from exposure to TCE include studies from three lines of evidence: epidemiology studies, *in vivo* animal toxicity studies, and

1079  mechanistic studies.  For this analysis, the three lines of evidence will be considered both individually
1080  and collectively.
1081
1082  Table_Apx F-10 shows the weight-of-evidence for the various epidemiology studies that were
1083  considered in this review.  Ruckart et al. (2013) was identified in previous reviews but was graded as
1084  NR (not relevant) and dropped from the analysis because the study did not include cardiac defects as an
1085  assessed endpoint. All of the other TCE studies were considered to be of (++) relevance scores because
1086  they examined associations of TCE exposure in humans, however quantitative exposure to TCE was
1087  assessed indirectly in all of them. One study that examined exposure to TCE degradants (Wright et al.,
1088  2017) scored only (+) for relevance because the degradants may also have originated from a different
1089  source. The high potential for misclassification of exposure was a limiting factor for all of these studies,
1090  which were otherwise generally adequate ecological or case-control studies (reliability rated as + for all
1091  studies). Of the relevant studies, four reported results suggestive of a positive association between
1092  maternal TCE exposure and congenital cardiac defects in offspring, one reported a lack of an
1093  association, and two reported ambiguous results. Of the three studies with a positive association,
1094  (Goldberg et al., 1990) was rated Unacceptable in data quality evaluation and therefore did not
1095  contribute to the WOE. The Bove reports (1996; 1995) (considered here as a single study because the
1096  two papers contain the same data on cardiac defects) reported elevated but nonsignificant increases in
1097  odds ratios. Yauck et al. (2004) reported a positive association between congenital heart defects and
1098  TCE exposure only in older mothers, while younger mothers and the overall population had a null
1099  association. The finding of a negative association in the study by (Lagakos et al., 1986) has some
1100  ambiguity because it was based on a very small number of cases, exposure was not classified based on
1101  TCE specifically, and there was atypical directionality of confounder effects. Gilboa et al. (2012) did not
1102  find any positive association with TCE exposure in a large but limited study. Three studies showing
1103  positive associations of varying strength (Brender et al., 2014; Forand et al., 2012; Wright et al., 2017)
1104  also had some limitations but collectively provide suggestive evidence for an association between
1105  maternal TCE exposure and cardiac defects in offspring. In evaluating all studies and giving greater
1106  weight to studies with non-ambiguous results, the resulting overall summary score for epidemiology is
1107  (+), indicating a positive association between TCE exposure and congenital cardiac defects.
1108
1109  **Table_Apx F-10. Weight-of-Evidence Table for Epidemiology Studies**

| Evidence Area | Reliability | Strength | Relevance | Overall Grade |
|---|---|---|---|---|
| **TCE** | | | | |
| (Lagakos et al., 1986) | + | 0/- | ++ | 0/- |
| (Bove, 1996; Bove et al., 1995) | + | 0 | ++ | 0 |
| (Yauck et al., 2004) | + | 0/+ | ++ | 0/+ |
| (Forand et al., 2012) | + | ++ | ++ | + |
| (Gilboa et al., 2012) | +/++ | - | ++ | - |
| (Brender et al., 2014) | + | + | ++ | + |
| (Goldberg et al., 1990) | 0 | + | ++ | 0 |
| **METABOLITES (TCA, DCA)** | | | | |
| (Wright et al., 2017) | ++ | + | + | + |

| Evidence Area | Reliability | Strength | Relevance | Overall Grade |
|---|---|---|---|---|
| Integrated Area Scores (all epidemiology) | + | 0/+ | ++ | |
| **Summary Score (all epidemiology)** | | | | + |

Possible scores for reliability and relevance were 0, +, ++, or +++ for unusable, low, medium and high.
Possible scores for strength and overall weight were ---, --, -, 0, +, ++, or +++, with ranges inbetween, for results ranging from strongly negative to ambiguous to strongly positive.
Red text identifies studies that scored Unacceptable in data quality evaluation and a 0 for reliability. The WOE scores were provided for reference but were not incorporated into the overall score for the line of evidence.

1110

1111 Table_Apx F-11 shows the weight-of-evidence for the various *in vivo* animal studies that were
1112 considered in this review. The four TCE oral studies were considered of (++) relevance because they
1113 used a natural route of exposure (drinking water or gavage) in a mammallian study. Dawson et al.
1114 (1993) and the Charles River Laboratories study (2019) were rated as (++) reliability, while Fisher et al.
1115 (2001) and Johnson et al. (2003) were rated as (+) reliability. The score was downgraded for (Fisher et
1116 al., 2001) because only a single dose group was used and the negative control for TCE demonstrated a
1117 very elevated prevalence of heart and cardiovascular defects. Johnson et al. (2003) was rated as lower
1118 reliability due to the small group sizes, poor data reporting (somewhat mitigated by subsequent errata
1119 and personal communications), and the pooling of data from multiple trials into a single experiment.
1120 Increased incidence of cardiac defects were observed in pups from the (Dawson et al., 1993) and
1121 (Johnson et al., 2003) studies. The Strength scores for these studies were characterized as (++) for
1122 (Johnson et al., 2003) and (+) for (Dawson et al., 1993), influenced by the low magnitude of effect in the
1123 high dose groups and uncertainty surrounding the precision of estimated doses. The incidence of cardiac
1124 defects were not increased by TCE oral gavage in the (Fisher et al., 2001) study; however, this study
1125 used only a single dose group and the incidence of heart defects was elevated in the soybean oil controls
1126 compared to drinking water controls, therefore the strength score was (0/-). The recent study by Charles
1127 River Laboratories (2019) also did not find any statistically significant increase in developmental
1128 cardiac defects following TCE administration in drinking water, however this study appeared to be of
1129 reduced sensitivity in its ability to detect all types of cardiac defects (see Appendix F.1). It therefore also
1130 scored (0/-) for Strength. The overall summary for the TCE oral studies was characterized as ambiguous
1131 to weakly positive (0/+) due to conflicting study results, with a lean toward positive based on the
1132 ambiguity of the negative studies.

1133

1134 Six oral experiments using TCE metabolites (TCA or DCA) were rated as lower relevance (+), because
1135 a metabolite was administered (not TCE) and the relevance of these effects to humans likely dependent
1136 upon individual toxicokinetic variability and the administered dose. These studies were considered
1137 mostly reliable with ratings of (+++) (Smith et al., 1989) and (++) (Fisher et al., 2001; Epstein et al.,
1138 1992). Only (Johnson et al., 1998) received a lower reliability score (0/+) due to concerns about source
1139 of the test substance and sharing of bottles among animals. Both TCA and DCA were convincingly
1140 shown to produce strong dose-related cardiac defects (strength score of ++) in the (Smith et al., 1992,
1141 1989) studies (downgraded for use of relatively high doses that produced other embryo/fetotoxic effects
1142 or even maternal effects), with weaker positive strength scores (+) in the (Johnson et al., 1998) and
1143 (Epstein et al., 1992) studies. The (Fisher et al., 2001) study (also reviewed separately for TCE
1144 administration) only showed a small, non-statistically significant increase in cardiac defects for both
1145 TCA and DCA, but only a single dose level was used. The overall summary score for the oral metabolite
1146 studies was (+).

1147

1148  Three inhalation studies using TCE were considered relevant (natural exposure route) and reliable.
1149  Reliability ratings were reduced for studies with a single exposure group and poor reporting (+,
1150  (Schwetz et al., 1975)) in addition to small group sizes and high negative control responses with a lack
1151  of dose-responsiveness (0/+, (Dorfmueller et al., 1979)). These studies were also reduced in relevancy
1152  score (+) because they were general teratology studies and the focus on cardiac effects was unclear. Two
1153  studies scored an Unacceptable in data quality and a 0 in reliability for limited reporting of study details
1154  (Hardin et al., 1981) and use of a nonstandard exposure duration with insufficient details on exposure
1155  method (Healy et al., 1982). These studies did not contribute to the WOE. Among acceptable inhalation
1156  studies, the results were consistently negative, however with varying scores in the three evidence areas.
1157  Carney et al. (2006) was the best inhalation study, scoring the maximum (+++) for reliability and
1158  showing a strong negative response (--). Based on these results, the summary score for the inhalation
1159  studies was (-), primarily driven by the weight of the (Carney et al., 2006) data but reduced by the
1160  weaknesses of the other studies and the limited number of acceptable studies with non-ambiguous
1161  results.
1162
1163  As for other exposure routes, Dawson et al. (1990) administered TCE via intrauterine instillation in rats.
1164  This relevance of this study was rated as lower (+) due to the unnatural exposure route and the study
1165  reliability was low (0/+), because of sampling inadequacy, small group sizes, and poor reporting. The
1166  strength of this study was (+) due to several factors, including the use of fetuses (not litters) as the
1167  experimental unit, the small magnitude of the response seen in the high dose group only (which was a
1168  very high dose considering the exposure route). The overall summary score for animal studies across all
1169  exposure routes suggests an unclear/ambiguous relationship between TCE exposure during gestation and
1170  the incidence of cardiac defects in offspring. This ambiguity is based on weakly positive evidence from
1171  oral or intrauterine TCE administration, positive evidence from oral TCE metabolites, and a negative
1172  evidencewith TCE inhalation. The WOE from *in vivo* animal toxicity studies therefore does not either
1173  support or refute the association of TCE exposure with developmental cardiac defects.
1174
1175  **Table_Apx F-11. Weight-of-Evidence Table for *In Vivo* Animal Toxicity Studies**

| Evidence Area | Reliability | Strength | Relevance | Overall Grade |
|---|---|---|---|---|
| ORAL | | | | |
| TCE | | | | |
| (Dawson et al., 1993) | ++ | + | ++ | + |
| (Johnson et al., 2003) | + | ++ | ++ | + |
| (Fisher et al., 2001) | + | 0/- | ++ | 0/- |
| (Charles River Laboratories, 2019) | ++ | 0/- | ++ | 0/- |
| Integrated Area Scores | +/++ | 0/+ | ++ | |
| Summary Score (TCE) | | | | 0/+ |
| METABOLITES (TCA, DCA) | | | | |
| (Smith et al., 1989) | +++ | ++ | + | + |
| (Smith et al., 1992) | +++ | ++ | + | + |
| (Johnson et al., 1998) | 0/+ | + | + | 0/+ |
| (Fisher et al., 2001) | ++ | - | + | - |

| Evidence Area | Reliability | Strength | Relevance | Overall Grade |
|---|---|---|---|---|
| (Epstein et al., 1992) | ++ | + | + | + |
| **Integrated Area Scores** | ++ | + | + | ■ |
| Summary Score (Metabolites) | | | | + |
| **Integrated Area Scores (all oral studies)** | ++ | + | ++ | ■ |
| **Summary Score (all oral studies)** | | | | + |
| **INHALATION** | | | | |
| **TCE** | | | | |
| (Schwetz et al., 1975) | + | 0/- | + | 0/- |
| (Dorfmueller et al., 1979) | 0/+ | 0/- | + | 0/- |
| (Carney et al., 2006) | +++ | -- | ++ | -- |
| (Hardin et al., 1981) | 0 | - | ++ | 0 |
| (Healy et al., 1982) | 0 | - | ++ | 0 |
| **Integrated Area Scores (all inhalation studies)** | +/++ | - | +/++ | ■ |
| **Summary Score (all inhalation studies)** | | | | - |
| **OTHER ROUTES (Uterine Infusion)** | | | | |
| (Dawson et al., 1990) | 0/+ | + | + | 0/+ |
| **Integrated Area Scores (*in vivo* - all routes)** | +/++ | 0/+ | +/++ | ■ |
| **Summary Score (*in vivo* - all routes)** | | | | 0 |

Possible scores for reliability and relevance were 0, +, ++, or +++, with ranges inbetween, for unusable, low, medium and high. Possible scores for strength and overall weight were ---, --, -, 0, +, ++, or +++, with ranges inbetween, for results ranging from strongly negative to ambiguous to strongly positive.
Red text identifies studies that scored Unacceptable in data quality evaluation. The WOE scores are provided for reference but were not incorporated into the overall score for the line of evidence.

1176
1177 Mechanistic studies that inform the weight-of-evidence for developmental heart defects include
1178 evaluations of cardiac structure and function in chick and rodent embryos and mode-of-action or key
1179 event data focused on processes and pathways that contribute to the observed valvulo-septal defects
1180 (*e.g.,* altered calcium flux, inhibition of stem cell differentiation and endothelial cell proliferation) as
1181 well as altered expression of oxidative metabolism enzymes. A mechanistic study from Palbykin et al.
1182 (2011) was graded as not relevant and was dropped from the analysis because it merely examined
1183 molecular mechanisms underlying the results observed in (Caldwell et al., 2008) without contributing
1184 any additional WOE to the endpoint. The remaining mechanistic studies in mammalian cells/tissues,
1185 chick embryos and zebrafish embryos were generally rated as lower relevance in comparison to human
1186 studies and *in vivo* animal studies using a natural route of administration except for studies on *ex vivo*
1187 whole rat embryos or *in vivo* data from rodents or humans, which were assigned a relevance score of
1188 (+/++). All other studies were rated as (+) relevance.
1189

1190   Mechanistic studies in mammalian systems included an occupational worker study (Green et al., 2004),
1191   *in vivo* rat studies (Collier et al., 2003; Dow and Green, 2000), studies using rat and mouse whole
1192   embryo cultures (Hunter et al., 1996; Saillenfait et al., 1995) and *in vitro* studies using cell lines (Jiang et
1193   al., 2015; Caldwell et al., 2008; Selmin et al., 2008; Ou et al., 2003). Ou et al. (2003) and Jiang et al.
1194   (2015) were rated as highly reliable (+++) because they were well-designed and well-conducted studies
1195   with a full reporting of the results. Most of the remaining mammalian studies were rated as (++) for
1196   reliability, because there were minor deficiencies noted in study design, performance or reporting. Dow
1197   and Green (2000) was rated as low (0/+) for reliability, with flaws including pooling of experiments,
1198   poor data reporting, and insufficient justification of dose selection.  In mammalian systems, higher
1199   strength (++) was ascribed to studies that demonstrated structural changes in the embryonic heart
1200   (Hunter et al., 1996), suppression of endothelial cell proliferation in cell culture (Ou et al., 2003), and
1201   inhibition of cardiac differentiation from embryonic stem cells (Jiang et al., 2015).  Studies that
1202   demonstrated precursor events that contribute to altered cardiac development (*i.e.,* changes in gene
1203   expression, altered calcium flux, folate deficiency) were rated as weakly positive (+) for strength. These
1204   included changes in gene expression relating to cardiac development and calcium flux (Jiang et al.,
1205   2015; Caldwell et al., 2008; Selmin et al., 2008; Collier et al., 2003) and *in vivo* folate deficiency (Green
1206   et al., 2004; Dow and Green, 2000) (which has been associated with congenital heart defects in humans
1207   (Mao et al., 2017)). Saillenfait et al. (1995) did not observe morphological cardiac changes in whole rat
1208   embryos exposed to TCE in culture, although only morphological features were examined and the
1209   results were not explicitly discussed in the text. This study was rated as moderately negative (-/--) for
1210   strength.
1211
1212   With the exception of the Saillenfait study (which did not describe its procedure for evaluation of
1213   malformations in whole rat embryos), the other mammalian mechanistic studies all reported positive
1214   results. Several of these studies demonstrated a clear dose-response, although in others the results were
1215   less clear (*e.g.,* suggestive of a biphasic dose-response, with change at the lower doses but not the higher
1216   doses, see discussion in Section 3.2.4.1.6). The overall summary score for mammalian mechanistic
1217   studies was (+).
1218
1219   The chick embryo is a valid model system for studying embryonic development, and in particular,
1220   cardiac development.  Eight studies investigated development of cardiac defects and associated effects
1221   in chick embryos exposed to TCE and metabolites. These were all generally well-designed, conducted
1222   and reported. All chick embryo studies received a (++) rating for reliability except for (Loeber et al.,
1223   1988), which was downgraded slightly to (+/++) due to missing reporting details and a potentially
1224   insensitive evaluation procedure. Two studies reported significant increases in incidences of a variety of
1225   cardiac defects (Rufer et al., 2010; Loeber et al., 1988),  resulting in a a strength rating of (++). The
1226   remaining studies showed various mechanistic changes thought to be involved in cardiac development
1227   or function  and scored less  positive for strength, (+). The only study that did not produce a clear
1228   positive result featured an earlier exposure window than the others and obtained ambiguous results with
1229   mixed results on endocardiocyte proliferation and no changes in cardiac output was rated as (0) for
1230   strength (Drake et al., 2006b). The overall summary score for chick embryo studies was (++) based on
1231   the relatively large number of studies demonstrating consistently positive effects.
1232
1233   The zebrafish embryo is also a valid model for evaluating cardiac development. Two of the three
1234   zebrafish embryo studies were well designed and well documented with few notable limitations (rated as
1235   highly reliable, +++). The reliability rating for (Williams et al., 2006) was reduced to (++) due to the use
1236   of a single exposure level. All three studies gave positive results indicating the potential for TCE (or its
1237   metabolite DCA) to effect cardiac development in zebrafish. The study by Wirbisky et al. (2016) was

1238 the most comprehensive study of the three (rated as +++ for strength), identifying multiple dose-
1239 responsive cardiovascular effects as well as associated gene changes. The other two studies received a
1240 (++) for strength because of observed severe changes in heart rate but at concentrations associated with
1241 other toxicities (Hassoun et al., 2005) or because only a single, elevated dose was used  (Williams et al.,
1242 2006). The overall summary score for zebrafish embryo studies was (+).  The overall summary score for
1243 mechanistic studies across all species and study designs was (+/++), with the overall score increased due
1244 to consistent positive outcomes observed in all study types. The WOE from mechanistic studies
1245 therefore provides stronger positive evidence of an association between TCE exposure and congenital
1246 cardiac defects.
1247
1248 **Table_Apx F-12. Weight-of-Evidence Table for Mechanistic Studies**

| Evidence Area | Reliability | Strength | Relevance | Overall Grade |
|---|---|---|---|---|
| **MAMMALIAN CELLS/TISSUE** | | | | |
| **TCE** | | | | |
| (Saillenfait et al., 1995) | ++ | -/-- | +/++ | -/-- |
| (Collier et al., 2003) | ++ | + | + | + |
| (Selmin et al., 2008) | ++ | + | + | + |
| (Caldwell et al., 2008) | ++ | + | + | + |
| (Ou et al., 2003) | +++ | ++ | + | + |
| (Jiang et al., 2015) | +++ | ++ | + | + |
| (Dow and Green, 2000) | 0/+ | + | +/++ | 0/+ |
| (Green et al., 2004) | ++ | + | +/++ | + |
| **METABOLITES (TCA, DCA, Trichloroethanol, Chloral)** | | | | |
| (Saillenfait et al., 1995) | ++ | -/-- | +/++ | -/-- |
| (Collier et al., 2003) | ++ | + | +/++ | + |
| (Hunter et al., 1996) | ++ | ++ | +/++ | + |
| (Selmin et al., 2008) | ++ | + | + | + |
| (Dow and Green, 2000) | ++ | + | + | + |
| **Integrated Area Scores** | ++ | + | + | |
| **Summary Score (all mammalian tissue studies)** | | | | + |
| **CHICK EMBRYO** | | | | |
| **TCE** | | | | |
| (Loeber et al., 1988) | +/++ | ++ | + | + |
| (Boyer et al., 2000) | ++ | + | + | + |
| (Mishima et al., 2006) | ++ | + | + | + |
| (Drake et al., 2006a) | ++ | + | + | + |
| (Drake et al., 2006b) | ++ | 0 | + | 0 |

| Evidence Area | Reliability | Strength | Relevance | Overall Grade |
|---|---|---|---|---|
| (Rufer et al., 2010) | ++ | ++ | + | + |
| (Makwana et al., 2010) | ++ | + | + | + |
| (Makwana et al., 2013) | ++ | + | + | + |
| **METABOLITES (TCA)** | | | | |
| (Harris et al., 2018) | ++ | + | + | + |
| (Drake et al., 2006a) | ++ | + | + | + |
| (Drake et al., 2006b) | ++ | 0 | + | 0 |
| **Integrated Area Scores** | ++ | + | + | ■ |
| **Summary Score (all chick studies)** | | | | +/++ |
| **ZEBRAFISH EMBRYO** | | | | |
| **TCE** | | | | |
| (Wirbisky et al., 2016) | +++ | +++ | + | + |
| **METABOLITES (DCA)** | | | | |
| (Hassoun et al., 2005) | +++ | ++ | + | + |
| (Williams et al., 2006) | ++ | ++ | + | + |
| **Integrated Area Scores** | +++ | ++/+++ | + | ■ |
| **Summary Score (all zebrafish studies)** | | | | + |
| **Integrated Area Scores (all mechanistic studies)** | +++ | +/++ | + | ■ |
| **Summary Score (all mechanistic studies)** | | | | +/++ |

Possible scores for reliability and relevance were 0, +, ++, or +++, with ranges inbetween, for unusable, low, medium and high.
Possible scores for strength and overall weight were ---, --, -, 0, +, ++, or +++, with ranges inbetween, for results ranging from
strongly negative to ambiguous to strongly positive.

1249

1250 In summary, the database contains a large and diverse set of studies pertinent to assessing congenital
1251 heart defects from TCE exposure (overall relevance was rated as ++). Well-designed, conducted and
1252 reported studies were located for all categories, although the epidemiology studies were limited to
1253 ecological or case-control study designs with potential for misclassification of exposure and many of the
1254 *in vivo* animal studies contained at least one major limitation (overall reliability rating of +/++). The
1255 integrated strength area score was (+), indicating a suggestive positive association of TCE with
1256 congenital cardiac defects. The epidemiology studies as a group provide suggestive evidence for an
1257 effect of TCE on cardiac defects in humans (summary score of +). Even though there are some
1258 uncertainties associated with the relevant epidemiological literature, the observation of a positive
1259 association between TCE exposure and CHDs in multiple exposed human populations increases the
1260 plausibility of the positive results from other evidence areas. Oral *in vivo* studies provided ambiguous to
1261 weakly positive (0/+) results for TCE itself, but positive results for its TCA and DCA metabolites (+),
1262 while inhalation studies (which may be most relevant to the majority of human exposure scenarios)
1263 contributed negative evidence (-). Mechanistic studies provided solid, consistent supporting information
1264 for effects of TCE and metabolites on cardiac development and precursor effects (summary score of

1265 +/++) despite lack of support for any particular adverse outcome pathway (AOP). Overall, the database
1266 is both reliable and relevant and provides positive overall evidence that TCE may produce cardiac
1267 defects in humans (based on positive evidence from epidemiology studies, ambiguous evidence from
1268 animal toxicity studies, and stronger positive evidence from mechanistic studies).
1269
1270 **Table_Apx F-13. Overall Weight-of-Evidence Table and Summary Scores**

| Evidence Area | Reliability | Strength | Relevance | Summary Score |
|---|---|---|---|---|
| Epidemiology studies | + | + | ++ | + |
| *In vivo* animal toxicity studies | +/++ | 0/+ | +/++ | 0 |
| Mechanistic studies | +++ | +/++ | + | +/++ |
| Integrated Area Scores | ++ | + | ++ | + |

Possible scores for reliability and relevance were 0, +, ++, or +++, with ranges inbetween, for unusable, low, medium and high. Possible scores for strength and overall weight were ---, --, -, 0, +, ++, or +++, with ranges inbetween, for results ranging from strongly negative to ambiguous to strongly positive.

1271

1272 ### F.3.3   Mode of Action Discussion
1273 A number of studies have been conducted to elucidate the mode of action for TCE-related cardiac
1274 teratogenicity. During early cardiac morphogenesis, outflow tract and atrioventricular endothelial cells
1275 differentiate into mesenchymal cells. These mesenchymal cells have characteristics of smooth muscle-
1276 like myofibroblasts and form endocardial cushion tissue, which is the primordia of septa and valves in
1277 the adult heart. Many of the cardiac defects observed in humans and laboratory species involved septal
1278 and valvular structures. Thus, a major research area has focused on the disruptions in cardiac valve
1279 formation in avian *in ovo* and *in vitro* studies following TCE treatment. These mechanistic studies
1280 have revealed TCE's ability to alter the endothelial cushion development, which could be a possible
1281 mode of action underlying the cardiac defects involving septal and valvular morphogenesis in rodents
1282 and chickens. Other modes of actions may also be involved in the induction of cardiac malformation
1283 following TCE exposure. For example, studies have reported TCE-related alterations in cellular $Ca^{2+}$
1284 fluxes during cardiac development (Caldwell et al., 2008; Selmin et al., 2008; Collier et al., 2003).
1285 Other studies have demonstrated structural changes in the embryonic heart (Hunter et al., 1996),
1286 suppression of endothelial cell proliferation in cell culture (Ou et al., 2003), and inhibition of cardiac
1287 differentiation from embryonic stem cells (Jiang et al., 2015). TCE exposure in both in rats (Dow and
1288 Green, 2000) and humans (Green et al., 2004) is also associated with folate deficiency, a known
1289 susceptibility factor for CHDs (Mao et al., 2017).
1290
1291 Early stages of cardiac development are quite similar across various species (Makris et al., 2016), and
1292 these mechanistic data provide support to the plausibility of TCE-related cardiac effects in humans
1293 (U.S. EPA, 2011e). Teratogens may function through a multitude of pathways, often resulting in a
1294 constellation of effects. Therefore, evidence of a single dominant MOA is not required in order for the
1295 data to support a plausible mechanism of TCE-induced congenital heart defects.
1296
1297 Several *in vitro* studies have observed non-monotonic dose responses in gene activation and other
1298 molecular changes following TCE exposure at varying concentrations (Palbykin et al., 2011; Makwana
1299 et al., 2010). Specifically, TCE exposure induced expression of oxidative stress genes (Makwana et al.,

1300   2010) and increased DNA hypermethylation of a calcium-ATP pump promoter in developing cardiac
1301   tissue (Palbykin et al., 2011) only at lower and not higher doses, resulting in multimodal calcium
1302   responses (Caldwell et al., 2008). TCE also increased significantly increased gene expression of the
1303   oxidative metabolism enzyme CYP2H1 specifically in cardiac tissue only at the lower dose ((Makwana
1304   et al., 2013)). In (Harris et al., 2018), expression of genes involved in cardiac development and
1305   metabolism were either reduced (low dose) or increased (high dose), depending on the administered
1306   concentration. These results may explain the non-monotonic polynomial dose-response observed in
1307   (Johnson et al., 2003), whereby toxicological outcomes present at different doses equating to either
1308   inhibition or activation of particular gene expression (Harris et al., 2018). This differential gene
1309   expression would in turn lead to dose-specific downstream metabolic and phenotypic effects.
1310

# Appendix G    CONSIDERATIONS FOR BMD MODELING AND APPLICATION OF UNCERTAINTY FACTORS

A set of dose-response models were applied to empirically model the dose-response relationship in the range of the observed data. The models in EPA's Benchmark Dose Software were applied. Consistent with EPA's *Benchmark Dose Technical Guidance Document* (U.S. EPA, 2012a), the benchmark dose (BMD) and 95% lower confidence limit on the BMD (BMDL) were estimated using a benchmark response (BMR) to represent a minimal, biologically significant level of change, when possible. The BMR is represented by a specified percentage change, or relative deviation, for continuous data. The BMR for dichotomous data is represented by a specified incidence, or extra risk (ER). In the absence of information regarding the level of change that was considered biologically significant, a BMR of 1 standard deviation (SD) from the control mean for continuous data or a BMR of 10% ER for dichotomous data were used to estimate the BMD and BMDL, and to facilitate a consistent basis of comparison across endpoints, studies, and assessments. According to (U.S. EPA, 2012a), smaller BMRs can be used to account for more sever (or "frank") effects, and standard EPA practice applies a BMR of 1-5% for developmental and mortality endpoints. Where modeling was feasible, the estimated BMDLs were used as points of departure (PODs). Further details, including the modeling output and graphical results for the model selected for each endpoint, can be found in the 2011 EPA IRIS Assessment (U.S. EPA, 2011e) and Appendix I (for (Selgrade and Gilmour, 2010)). A comparison of results from updated BMDL modeling runs with results from (U.S. EPA, 2011e) for (Johnson et al., 2003) are provided in Appendix I. Where dose-response modeling was not feasible, NOAELs or LOAELs were also identified and are summarized.

## G.1    Selecting the BMD model to use for POD computation

The following approach is recommended for selecting the model(s) to use for computing the BMDL to serve as the POD for a specific dataset according to EPA Benchmark Dose Guidance (U.S. EPA, 2012a).

1) Assess goodness-of-fit, using a value of $\alpha = 0.1$ to determine a critical value (or $\alpha = 0.05$ or $\alpha = 0.01$) if there is reason to use a specific model(s) rather than fitting a suite of models.

2) Further reject models that apparently do not adequately describe the relevant low- dose portion of the dose-response relationship, examining residuals and graphs of models and data.

3) As the remaining models have met the recommended default statistical criteria for adequacy and visually fit the data, any of them theoretically could be used for determining the BMDL. The remaining criteria for selecting the BMDL are necessarily somewhat arbitrary and are suggested as defaults.

4) If the BMDL estimates from the remaining models are sufficiently close (given the needs of the assessment), reflecting no particular influence of the individual models, then the model with the lowest Akaike's Information Criteria (AIC)[28] may be used to calculate the BMDL for the POD. This criterion is intended to help arrive at a single BMDL value in an objective, reproducible manner. If two or more models share the lowest AIC, the simple average or geometric mean of the BMDLs with the lowest AIC may be used. Note that this is not the same as "model averaging", which involves weighing a fuller set of adequately fitting models. In addition, such an average has drawbacks, including the fact that it is not

---

[28] Akaike's Information Criteria—a measure of information loss from a dose-response model that can be used to compare a set of models. Among a specified set of models, the model with the lowest AIC is considered the best. If two or more models share the lowest AIC, an average of the BMDLs could be used, but averaging was not used in this assessment because for the one occasion in which models shared the lowest AIC, a selection was made based on visual fit.

1354 a 95% lower bound (on the average BMD); it is just the average of the particular BMDLs under
1355 consideration (*i.e.,* the average loses the statistical properties of the individual estimates).
1356

1357 5) If the BMDL estimates from the remaining models are not sufficiently close, some model dependence
1358 of the estimate can be assumed. Expert statistical judgment may help at this point to judge whether
1359 model uncertainty is too great to rely on some or all of the results. If the range of results is judged to be
1360 reasonable, there is no clear remaining biological or statistical basis on which to choose among them,
1361 and the lowest BMDL may be selected as a reasonable conservative estimate. Additional analysis and
1362 discussion might include consideration of additional models, the examination of the parameter values for
1363 the models used, or an evaluation of the BMDs to determine if the same pattern exists as for the
1364 BMDLs. Discussion of the decision procedure should always be provided.

1365 6) In some cases, modeling attempts may not yield useful results. When this occurs and the most
1366 biologically relevant effect is from a study considered adequate but not amenable to modeling, the
1367 NOAEL (or LOAEL) could be used as the POD. The modeling issues that arose should be discussed in
1368 the assessment, along with the impacts of any related data limitations on the results from the alternate
1369 NOAEL/LOAEL approach.

## G.2   Uncertainty Factor Selection

1371 After the PODs were determined for each study/endpoint, uncertainty factors (UFs) were used to derive
1372 acceptable benchmark margins of mxposure (MOEs). UFs are used to address differences between study
1373 conditions and conditions of human environmental exposure. These include:
1374

1375 (a) *Extrapolating from laboratory animals to humans (UF$_A$):*
1376 If a POD is derived from experimental animal data, it is divided by an UF to reflect pharmacokinetic and
1377 pharmacodynamic differences that may make humans more sensitive than laboratory animals. For oral
1378 exposures, the standard value for the interspecies UF is 10, which breaks down (approximately) to a
1379 factor of 3 for pharmacokinetic differences (which is removed if the PBPK model is used) and a factor
1380 of 3 for pharmacodynamic differences. For inhalation exposures, ppm equivalence across species is
1381 generally assumed or other cross-species scaling is performed, in accordance with U.S. EPA inhalation
1382 dosimetry guidance (U.S. EPA, 1994b), in which case, residual pharmacokinetic differences are
1383 considered to be negligible. Therefore, the standard value used for the interspecies UF is 3, which is
1384 ascribed to pharmacodynamic differences. These standard values were used for all of the PODs based on
1385 laboratory animal data in this assessment.
1386

1387 (b) *Human (intraspecies) variability (UF$_H$):*
1388 Sensitive humans could be adversely affected at lower exposures than a general study
1389 population; consequently, PODs from general-population studies are divided by an UF to address
1390 sensitive humans. Similarly, the animals used in most laboratory animal studies are considered to be
1391 typical or average responders, and the human (intraspecies) variability UF is also applied to PODs from
1392 such studies to address sensitive subgroups. The standard value for the human variability UF is 10,
1393 which breaks down (approximately) to a factor of 3 for pharmacokinetic variability (which is removed if
1394 the PBPK model is used) and a factor of 3 for pharmacodynamic variability. This standard value was
1395 used for all of the PODs in this assessment.
1396

1397 (c) *Uncertainty in extrapolating from subchronic to chronic exposures (UF$_S$):*[29]

---

[29] Chronic exposure covers > 10% of expected lifetime. Rodent studies exceeding 90 days of exposure are considered
chronic, and rodent studies covering from 4 weeks to 90 days of exposure are considered subchronic. For human studies,
chronic exposure exceeds 7-8years, on average (U.S. EPA, 1994b).

1398 Chronic risk estimates apply to long-term exposure over decades, but sometimes the best (or only)
1399 reasonably available data come from less-than-lifetime studies. Lifetime exposure can induce effects
1400 that may not be apparent or as large in magnitude in a shorter study; consequently, a dose that elicits a
1401 specific level of response from a lifetime exposure may be less than the dose eliciting the same level of
1402 response from a shorter exposure period. Thus, PODs based on subchronic exposure data are generally
1403 divided by a subchronic-to-chronic UF, which has a standard value of 10. If there is evidence suggesting
1404 that exposure for longer time periods does not increase the magnitude of an effect, a lower value of 3 or
1405 one might be used. For some reproductive and developmental effects, chronic exposure is that which
1406 covers a specific window of exposure that is relevant for eliciting the effect, and subchronic exposure
1407 would correspond to an exposure that is notably less than the full window of exposure.
1408
1409 (d) *Uncertainty in extrapolating from LOAELs to NOAELs (UF$_L$):*
1410 PODs are intended to be estimates of exposure levels without appreciable risk under the study
1411 conditions so that, after the application of appropriate UFs for interspecies extrapolation, human
1412 variability, and/or duration extrapolation, the absence of appreciable risk is conveyed. Under the
1413 NOAEL/LOAEL approach to determining a POD, however, adverse effects are sometimes observed at
1414 all study doses. If the POD is a LOAEL, then it is divided by an UF to better estimate a NOAEL. The
1415 standard value for the LOAEL-to-NOAEL UF is 10, although a value of 3 is sometimes used if the
1416 effect is considered minimally adverse at the response level observed at the LOAEL or is an early
1417 marker for an adverse effect. For NOAEL or BMDL values, the UF$_L$ is 1.
1418

# Appendix H   BENCHMARK DOSE ANALYSIS FOR (Selgrade and Gilmour, 2010)

## H.1   Applied Dose/Concentration

### H.1.1   BMDS Wizard Output Report - Mortality

The benchmark dose (BMD) modeling of dichotomous data were conducted with the EPA's BMD software (BMDS (version 2.7) via BMDS Wizard (version 1.11). All reasonably available dichotomous models (Gamma, Logistic, Dichotomous-Hill, Logistic, Log-Logistic, Probit, Log-Probit, Weibull, Multistage, and Quantal Linear) were fit to the incidence data for mortality due to introduced infection in mice following inhalation exposure to TCE. BMRs of 1%, 5%, and 10% extra risk were used in the BMD modeling, per technical direction. Adequacy of model fit was judged based on the $\chi^2$ goodness-of-fit $p$-value ($p > 0.1$), magnitude of scaled residuals, and visual inspection of the model fit.

All models except for the Probit and Logistic provided adequate overall fit to the data, based on the $\chi^2$ goodness-of-fit p-value ($p > 0.1$). Among the remaining models, the Quantal Linear, Multistage, Weibull, Gamma and Log-Logistic models all showed poor fit at the 25 ppm data point, based on scaled residuals ranging from > │1.5│ to > │2│. This was the data point closest to the BMD for the Quantal Linear at BMR = 10% and for the rest of these models at BMR = 5%. Regardless of whether the models with poor fit at 25 ppm are included or not, the BMDLs at BMR = 10% or 5% are sufficiently close (within 3-fold), so that the model with the lowest AIC was selected; this is the Log-Probit. At BMR = 1%, however, the BMDLs are no longer within 3-fold; the results at this BMR show model-dependence. This reflects the lack of information reasonably available for the models to use in the data for the low-dose region of the dose-response curve (responses were similar in the control, 5, 10 and 25 ppm groups) and signifies increased uncertainty in selecting an appropriate BMDL at this BMR. Excluding the models with high scaled residuals at 25 ppm as less reliable leaves the Log-Probit and Dichotomous-Hill models. BMDLs for these models are sufficiently close, so the model with the lower AIC, the Log-Probit, was selected.

#### H.1.1.1   BMDS Summary of Mortality – BMR 10%

**Table_Apx H-1. Summary of BMD Modeling Results for Mortality from Applied Dose in Selgrade and Gilmour 2010; BMR = 10% Extra Risk**

| Model[a] | Goodness of fit | | BMD$_{10Pct}$ (ppm) | BMDL$_{10Pct}$ (ppm) | Basis for model selection |
|---|---|---|---|---|---|
| | $p$-value | AIC | | | |
| Gamma | 0.292 | 342.35 | 43.5 | 31.2 | All models provided adequate overall fit to the data except for the Probit and Logistic models (based on the χ2 goodness-of-fit p-value). Although the Quantal Linear model provided adequate overall fit, the scaled residual nearest the BMD was > │2│, indicating poor fit in that part of the curve. With or without the Quantal Linear, the BMDLs are sufficiently close (< 3 fold), so the model with the lowest AIC was selected (Log-Probit). |
| Dichotomous-Hill | 0.563 | 340.91 | 44.7 | 36.2 | |
| Logistic | 0.0074 | 351.35 | 66.2 | 57.6 | |
| LogLogistic | 0.370 | 341.62 | 43.3 | 31.6 | |
| Probit | 0.0211 | 348.55 | 61.1 | 53.3 | |
| **LogProbit** | **0.582** | **338.72** | **46.6** | **39.6** | |
| Weibull | 0.259 | 342.81 | 42.5 | 30.3 | |
| Multistage 2[b] | 0.177 | 344.14 | 39.9 | 27.9 | |
| Multistage 3[c] Multistage 4[d] | 0.177 | 344.14 | 39.9 | 27.9 | |

| | | | | |
|---|---|---|---|---|
| Multistage 5°e<br>Multistage 6°f | | | | |
| Quantal-Linear | 0.230 | 343.25 | 33.0 | 26.6 |

ᵃ Selected model in bold; scaled residuals for selected model for doses 0, 5, 10, 25, 50, 100, and 200 ppm were 0.38, -0.08, -0.18, -1.16, 1.08, 0.22, -1.02, respectively.

ᵇ The Multistage 2° model may appear equivalent to the Multistage 3° model, however differences exist in digits not displayed in the table. This also applies to the Multistage 4° model. This also applies to the Multistage 5° model. This also applies to the Multistage 6° model.

ᶜ The Multistage 3° model may appear equivalent to the Multistage 2° model, however differences exist in digits not displayed in the table.

ᵈ For the Multistage 4° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 3° model.

ᵉ For the Multistage 5° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 4° model.

ᶠ For the Multistage 6° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 5° model.



**Figure_Apx H-1. Plot of Incidence by Applied Dose (ppm) with Fitted Curve for Log-Probit Model for Mortality from Introduced Infection in Mice Following Inhalation Exposure to TCE (Selgrade and Gilmour 2010); BMR = 10% Extra Risk**

**Probit Model.** (Version: 3.4; Date: 5/21/2017)
The form of the probability function is:  P[response] = Background + (1-Background) * CumNorm(Intercept+Slope*Log(Dose)),where CumNorm(.) is the cumulative normal distribution function
Slope parameter is restricted as slope >= 1

**Benchmark Dose Computation.**
BMR = 10% Extra risk
BMD = 46.6299
BMDL at the 95% confidence level = 39.5537

**Parameter Estimates**

| Variable | Estimate | Default Initial Parameter Values |
|---|---|---|
| background | 0.0281182 | 0.0338983 |
| intercept | -5.1238E+00 | -5.2930E+00 |
| slope | 1 | 1 |

**Analysis of Deviance Table**

| Model | Log(likelihood) | # Param's | Deviance | Test d.f. | p-value |
|---|---|---|---|---|---|
| Full model | -165.36 | 7 | | | |
| Fitted model | -167.36 | 2 | 4.00401 | 5 | 0.55 |
| Reduced model | -208.64 | 1 | 86.5627 | 6 | <.0001 |

AIC: = 338.719

**Goodness of Fit Table**

| Dose | Est. Prob. | Expected | Observed | Size | Scaled Resid |
|---|---|---|---|---|---|
| 0 | 0.0281 | 3.318 | 4 | 118 | 0.38 |
| 5 | 0.0283 | 1.077 | 1 | 38 | -0.08 |
| 10 | 0.0304 | 1.187 | 1 | 39 | -0.18 |
| 25 | 0.0557 | 4.346 | 2 | 78 | -1.16 |
| 50 | 0.1377 | 15.979 | 20 | 116 | 1.08 |
| 100 | 0.3216 | 25.088 | 26 | 78 | 0.22 |
| 200 | 0.5814 | 22.093 | 19 | 38 | -1.02 |

Chi^2 = 3.78   d.f = 5   P-value = 0.5818

### H.1.1.2   BMDS Summary of Mortality – BMR: 5%

**Table_Apx H-2. Summary of BMD Modeling Results for Mortality from Applied Dose in Selgrade and Gilmour 2010; BMR = 5% Extra Risk**

| Model[a] | Goodness of fit | | BMD$_{5Pct}$ (ppm) | BMDL$_{5Pct}$ (ppm) | Basis for model selection |
|---|---|---|---|---|---|
| | *p*-value | AIC | | | |
| Gamma | 0.292 | 342.35 | 26.2 | 15.7 | All models provided adequate overall fit to the data except for the Probit and Logistic models (based on the χ2 goodness-of-fit p-value).  However, The Quantal Linear, Multistage, Weibull, Gamma and Log-Logistic models all showed poor fit at the 25 ppm data point, based on scaled residuals ranging from > │1.5│ to > │2│.  This was the data point closest to the BMD for all of these models except the Quantal Linear. With or without these models, the BMDLs are sufficiently close (< 3 fold), so the model with the lowest AIC was selected (Log-Probit). |
| Dichotomous-Hill | 0.563 | 340.91 | 33.9 | 22.5 | |
| Logistic | 0.0074 | 351.35 | 40.3 | 34.4 | |
| LogLogistic | 0.370 | 341.62 | 26.8 | 17.0 | |
| Probit | 0.0211 | 348.55 | 36.6 | 31.4 | |
| **LogProbit** | **0.582** | **338.72** | **32.4** | **27.5** | |
| Weibull | 0.259 | 342.81 | 24.5 | 14.9 | |
| Multistage 2° Multistage 3°[b] Multistage 4°[c] Multistage 5°[d] Multistage 6°[e] | 0.177 | 344.14 | 20.6 | 13.6 | |
| Quantal-Linear | 0.230 | 343.25 | 16.0 | 12.9 | |

[a] Selected model in bold; scaled residuals for selected model for doses 0, 5, 10, 25, 50, 100, and 200 ppm were 0.38, -0.08, -0.18, -1.16, 1.08, 0.22, -1.02, respectively.

[b] For the Multistage 3° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 2° model.

[c] For the Multistage 4° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 3° model.

[d] For the Multistage 5° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 4° model.

[e] For the Multistage 6° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 5° model.



**Figure_Apx H-2. Plot of Incidence by Applied Dose (ppm) with Fitted Curve for Log-Probit Model for Mortality from Introduced Infection in Mice Following Inhalation Exposure to TCE (Selgrade and Gilmour 2010); BMR = 5% Extra Risk**

**Probit Model.** (Version: 3.4; Date: 5/21/2017)

The form of the probability function is:  P[response] = Background + (1-Background) *
CumNorm(Intercept+Slope*Log(Dose)),where CumNorm(.) is the cumulative normal distribution
function
Slope parameter is restricted as slope >= 1

**Benchmark Dose Computation.**
BMR = 5% Extra risk
BMD = 32.4253
BMDL at the 95% confidence level = 27.5047

**Parameter Estimates**

| Variable | Estimate | Default Initial Parameter Values |
|----------|----------|----------------------------------|
| background | 0.0281182 | 0.0338983 |
| intercept | -5.1238E+00 | -5.2930E+00 |
| slope | 1 | 1 |

**Analysis of Deviance Table**

| Model | Log(likelihood) | # Param's | Deviance | Test d.f. | p-value |
|-------|-----------------|-----------|----------|-----------|---------|
| Full model | -165.36 | 7 | | | |
| Fitted model | -167.36 | 2 | 4.00401 | 5 | 0.55 |
| Reduced model | -208.64 | 1 | 86.5627 | 6 | <.0001 |

AIC: = 338.719

**Goodness of Fit Table**

| Dose | Est. Prob. | Expected | Observed | Size | Scaled Resid |
|------|-----------|----------|----------|------|--------------|
| 0 | 0.0281 | 3.318 | 4 | 118 | 0.38 |
| 5 | 0.0283 | 1.077 | 1 | 38 | -0.08 |
| 10 | 0.0304 | 1.187 | 1 | 39 | -0.18 |
| 25 | 0.0557 | 4.346 | 2 | 78 | -1.16 |
| 50 | 0.1377 | 15.979 | 20 | 116 | 1.08 |
| 100 | 0.3216 | 25.088 | 26 | 78 | 0.22 |
| 200 | 0.5814 | 22.093 | 19 | 38 | -1.02 |

Chi^2 = 3.78    d.f = 5    P-value = 0.5818

### H.1.1.3     BMDS Summary of Mortality – BMR: 1%

**Table_Apx H-3. Summary of BMD Modeling Results for Mortality from Applied Dose in Selgrade and Gilmour 2010; BMR = 1% Extra Risk**

| Model[a] | Goodness of fit | | BMD$_{1Pct}$ (ppm) | BMDL$_{1Pct}$ (ppm) | Basis for model selection |
|---|---|---|---|---|---|
| | *p*-value | AIC | | | |
| Gamma | 0.292 | 342.35 | 8.52 | 3.22 | All models provided adequate overall fit to the data except for the Probit and Logistic models (based on the χ2 goodness-of-fit *p*-value).  However, The Quantal Linear, Multistage, Weibull, Gamma and Log-Logistic models all showed poor fit at the 25 ppm data point, based on scaled residuals ranging from > ⌊1.5⌋ to > ⌊2⌋.  If all models are included, the BMDLs are not sufficiently close (> 3-fold).  For this reason, the BMDS Wizard recommended selection of the Quantal Linear model, which had the lowest BMDL.  The > 3-fold range of BMDLs is indicative of model dependence and signifies increased uncertainty in selecting an appropriate BMDL at this BMR.  Excluding the models with high scaled residuals at 25 ppm as less reliable leaves the Log-Probit and Dichotomous-Hill models.  BMDLs for these models are sufficiently close, so the model with the lower AIC, the Log-Probit, was selected. |
| Dichotomous-Hill | 0.563 | 340.91 | 19.1 | 7.62 | |
| Logistic | 0.0074 | 351.35 | 10.2 | 8.35 | |
| LogLogistic | 0.370 | 341.62 | 9.29 | 4.17 | |
| Probit | 0.0211 | 348.55 | 9.14 | 7.52 | |
| **LogProbit** | **0.582** | **338.72** | **16.4** | **13.9** | |
| Weibull | 0.259 | 342.81 | 7.05 | 2.93 | |
| Multistage 2°[b] | 0.177 | 344.14 | 4.27 | 2.66 | |
| Multistage 3°[c] Multistage 4°[d] Multistage 5°[e] Multistage 6°[f] | 0.177 | 344.14 | 4.27 | 2.66 | |
| Quantal-Linear | 0.230 | 343.25 | 3.14 | 2.53 | |

[a] Selected model in bold; scaled residuals for selected model for doses 0, 5, 10, 25, 50, 100, and 200 ppm were 0.38, -0.08, -0.18, -1.16, 1.08, 0.22, -1.02, respectively.
[b] The Multistage 2° model may appear equivalent to the Multistage 3° model, however differences exist in digits not displayed in the table. This also applies to the Multistage 4° model. This also applies to the Multistage 5° model. This also applies to the Multistage 6° model.
[c] The Multistage 3° model may appear equivalent to the Multistage 2° model, however differences exist in digits not displayed in the table.
[d] For the Multistage 4° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 3° model.
[e] For the Multistage 5° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 4° model.
[f] For the Multistage 6° model, the beta coefficient estimates were 0 (boundary of parameters space).  The models in this row reduced to the Multistage 5° model.



**Figure_Apx H-3. Plot of Incidence by Applied Dose (ppm) with Fitted Curve for Log-Probit Model for Mortality from Introduced Infection in Mice Following Inhalation Exposure to TCE (Selgrade and Gilmour 2010); BMR = 1% Extra Risk**

**Probit Model.** (Version: 3.4; Date: 5/21/2017)
The form of the probability function is:  P[response] = Background + (1-Background) *
CumNorm(Intercept+Slope*Log(Dose)),where CumNorm(.) is the cumulative normal distribution function
Slope parameter is restricted as slope >= 1

**Benchmark Dose Computation.**
BMR = 1% Extra risk
BMD = 16.4027
BMDL at the 95% confidence level = 13.9135

**Parameter Estimates**

| Variable | Estimate | Default Initial Parameter Values |
|---|---|---|
| background | 0.0281182 | 0.0338983 |
| intercept | -5.1238E+00 | -5.2930E+00 |
| slope | 1 | 1 |

**Analysis of Deviance Table**

| Model | Log(likelihood) | # Param's | Deviance | Test d.f. | p-value |
|---|---|---|---|---|---|
| Full model | -165.36 | 7 | | | |
| Fitted model | -167.36 | 2 | 4.00401 | 5 | 0.55 |
| Reduced model | -208.64 | 1 | 86.5627 | 6 | <.0001 |

AIC: = 338.719

**Goodness of Fit Table**

| Dose | Est. Prob. | Expected | Observed | Size | Scaled Resid |
|------|-----------|----------|----------|------|--------------|
| 0 | 0.0281 | 3.318 | 4 | 118 | 0.38 |
| 5 | 0.0283 | 1.077 | 1 | 38 | -0.08 |
| 10 | 0.0304 | 1.187 | 1 | 39 | -0.18 |
| 25 | 0.0557 | 4.346 | 2 | 78 | -1.16 |
| 50 | 0.1377 | 15.979 | 20 | 116 | 1.08 |
| 100 | 0.3216 | 25.088 | 26 | 78 | 0.22 |
| 200 | 0.5814 | 22.093 | 19 | 38 | -1.02 |

$Chi^2 = 3.78$   d.f = 5   P-value = 0.5818

### H.1.2    BMDS Wizard Output Report - Number of Mice Infected

The benchmark dose (BMD) modeling of dichotomous data were conducted with the EPA's BMD software (BMDS (version 2.7) via BMDS Wizard (version 1.11). All reasonably available dichotomous models (Gamma, Logistic, Dichotomous-Hill, Logistic, Log-Logistic, Probit, Log-Probit, Weibull, Multistage, and Quantal Linear) were fit to the incidence data for mortality due to introduced infection in mice following inhalation exposure to TCE. BMRs of 1%, 5%, and 10% extra risk were used in the BMD modeling, per technical direction. Adequacy of model fit was judged based on the $\chi^2$ goodness-of-fit $p$-value ($p > 0.1$), magnitude of scaled residuals, and visual inspection of the model fit.

All models except for the Probit and Logistic provided adequate overall fit to the data, based on the $\chi^2$ goodness-of-fit p-value ($p > 0.1$). Among the remaining models, the Quantal Linear, Multistage, Weibull, Gamma and Log-Logistic models all showed poor fit at the 25 ppm data point, based on scaled residuals ranging from $> |1.5|$ to $> |2|$. This was the data point closest to the BMD for the Quantal Linear at BMR = 10% and for the rest of these models at BMR = 5%. Regardless of whether the models with poor fit at 25 ppm are included or not, the BMDLs at BMR = 10% or 5% are sufficiently close (within 3-fold), so that the model with the lowest AIC was selected; this is the Log-Probit. At BMR = 1%, however, the BMDLs are no longer within 3-fold; the results at this BMR show model-dependence. This reflects the lack of information reasonably available for the models to use in the data for the low-dose region of the dose-response curve (responses were similar in the control, 5, 10 and 25 ppm groups) and signifies increased uncertainty in selecting an appropriate BMDL at this BMR. Excluding the models with high scaled residuals at 25 ppm as less reliable leaves the Log-Probit and Dichotomous-Hill models. BMDLs for these models are sufficiently close, so the model with the lower AIC, the Log-Probit, was selected.

### H.1.2.1    BMDS Summary of Infected at 72 hours − BMR − 10%

**Table_Apx H-4. Summary of BMD Modeling Results for Number of Mice Infected at 72 Hours after Infection Following Inhalation Exposure to TCE (Selgrade and Gilmour 2010); BMR = 10% Extra Risk**

| Model[a] | Goodness of fit | | BMD$_{10Pct}$ (ppm) | BMDL$_{10Pct}$ (ppm) | Basis for model selection |
|---|---|---|---|---|---|
| | $p$-value | AIC | | | |
| Gamma | 0.190 | 23.637 | 9.77 | 4.24 | All models provided adequate fit to the data (based on the $\chi^2$ goodness-of-fit p-value), although a BMDL could not be calculated for the Dichotomous-Hill model. The BMDS Wizard recommended the Probit model because it had the lowest AIC. BMDs and BMDLs from all models are well below the lowest data point and cannot be considered reliable. |
| Dichotomous-Hill | 0.164 | 23.965 | 12.7 | error[b] | |
| Logistic | 0.428 | 21.584 | 15.6 | 8.36 | |
| LogLogistic | 0.164 | 23.965 | 12.7 | 1.13 | |
| **Probit** | **0.448** | **21.445** | 15.7 | 9.11 | |
| LogProbit | 0.383 | 21.877 | 15.6 | 6.86 | |
| Weibull | 0.189 | 23.606 | 14.3 | 4.25 | |
| Multistage 2° | 0.202 | 23.480 | 13.6 | 4.32 | |
| Multistage 3° | 0.228 | 23.267 | 13.8 | 4.43 | |
| Quantal-Linear | 0.425 | 21.639 | 8.56 | 4.24 | |

[a] Selected model in bold; scaled residuals for selected model for doses 0, 50, 100, and 200 ppm were -0.23, 0.86, -0.82, 0.38, respectively.

[b] BMD or BMDL computation failed for this model.



**Figure_Apx H-4**. Plot of Incidence by Dose (ppm) with Fitted Curve for Probit Model for Number of Mice Infected at 72 Hours after Infection Following Inhalation Exposure to TCE (Selgrade and Gilmour 2010); BMR = 10% Extra Risk

## H.2    Internal Dose (TotOxMetabBW34)

Benchmark dose (BMD) modeling was conducted with the newest version of EPA's BMD software (BMDS version 3.1.2) using the internal dose metric median TotMetabBW34 (see [*Internal Dose BMD Modeling Results for Selgrade and Gilmour, 2010. Docket: EPA-HQ-OPPT-2019-0500*] for full results including data for the AUCBld dose metric). All available dichotomous models (Dichotomous Hill, Gamma, Logistic, Log-Logistic, Probit, Log-Probit, Weibull, and Multistage) were fit to the incidence data for mortality due to introduced infection in mice following inhalation exposure to TCE (Selgrade and Gilmour 2010). BMRs of 1%, 5%, and 10% extra risk were used in the BMD modeling, per technical direction. All models were run using the default parameter restrictions implemented in BMDS v3.1.2, *i.e.,* Weibull, Gamma − α (power) ≥ 1; Log Logistic, Dichotomous Hill − slope ≥ 1; Multistage − β ≥ 0; Logistic, Probit, Log-Probit − unrestricted. Adequacy of model fit was judged based on the $\chi^2$ goodness-of-fit $p$-value ($p > 0.1$), magnitude of scaled residuals, and visual inspection of the model fit.

All models except for the 1-degree Multistage and Logistic models provided adequate overall fit to the data, based on the χ2 goodness-of-fit p-value ($p > 0.1$). The models with adequate overall fit also showed adequate fit near the predicted BMD, based on scaled residuals ($< |2|$). BMDLs for the adequately fit models at BMR = 10%, 5%, and 1% were sufficiently close (within 3-fold), so the model with the lowest AIC, the Log-Probit, was selected. Using the Log-Probit model, BMD/BMDLs at BMR = 10%, 5%, and 1% were 15.19/12.13, 11.22/8.19, and 6.35/3.84 for median TotMetabBW34, respectively.

### H.2.1    BMDS Wizard Output Summary - Mortality

BMD modeling was performed based on the incidence data from (Selgrade and Gilmour, 2010) after translating the applied dose/concentration into the internal dose metric of TotMetabBW34 as described in Appendix J.

**Table_Apx H-5. Study incidence data based on median internal dose metric.**

| Applied dose (ppm) | TotMetabBW34 | N | Incidence |
|---|---|---|---|
| 0 | 0 | 118 | 4 |
| 5 | 2.127 | 38 | 1 |
| 10 | 4.143 | 39 | 1 |
| 25 | 9.536 | 78 | 2 |
| 50 | 16.839 | 116 | 20 |
| 100 | 28.842 | 78 | 26 |
| 200 | 47.241 | 38 | 19 |

### H.2.1.1     BMDS Summary of Mortality – BMR 10%

**Table_Apx H-6. Summary of BMD Modeling Results for Mortality from Internal Dose in Selgrade and Gilmour 2010; BMR = 10% Extra Risk**

| Model[a] | Restriction | BMD | BMDL | Goodness of fit | | BMDS Recommendation | BMDS Recommendation Notes |
|---|---|---|---|---|---|---|---|
| | | | | *p*-value | AIC | | |
| Dichotomous Hill | Restricted | 15.4 | 12.7 | 0.6 | 340.8 | Viable - Alternate | |
| Gamma | Restricted | 15.2 | 11.8 | 0.4 | 341.2 | Viable - Alternate | |
| Log-Logistic | Restricted | 15.1 | 11.8 | 0.5 | 340.9 | Viable - Alternate | |
| Multistage Degree 6 | Restricted | 15.6 | 11.4 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 5 | Restricted | 15.6 | 11.4 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 4 | Restricted | 15.6 | 11.4 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 3 | Restricted | 15.6 | 11.4 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 2 | Restricted | 15.6 | 11.4 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 1 | Restricted | 9.8 | 7.9 | 0.1 | 348.1 | Questionable | Goodness of fit p-value < 0.1 |Residual for Dose Group Near BMD| > 2 |
| Weibull | Restricted | 14.9 | 11.4 | 0.3 | 341.9 | Viable - Alternate | |
| Logistic | Unrestricted | 17.6 | 15.6 | 0.1 | 344.8 | Questionable | Goodness of fit p-value < 0.1 |
| **Log-Probit** | **Unrestricted** | **15.2** | **12.1** | **0.6** | **339.8** | **Viable - Recommended** | **Lowest AIC** |
| Probit | Unrestricted | 16.4 | 14.5 | 0.2 | 342.9 | Viable - Alternate | |

[a] Selected model in bold: scaled residuals for selected model for the dose group near BMD and control dose group were 0.77 ad 0.46, respectively.



**Figure_Apx H-5. Plot of Incidence by Internal Dose with Fitted Curve for Log-Probit Model for Mortality from Selgrade and Gilmour 2010; BMR = 10% Extra Risk**

### H.2.1.2    BMDS Summary of Mortality – BMR 5%

**Table_Apx H-7. Summary of BMD Modeling Results for Mortality from Internal Dose in Selgrade and Gilmour 2010; BMR = 5% Extra Risk**

| Model[a] | Restriction | BMD | BMDL | Goodness of fit | | BMDS Recommendation | BMDS Recommendation Notes |
|---|---|---|---|---|---|---|---|
| | | | | *p*-value | AIC | | |
| Dichotomous Hill | Restricted | 12.3 | 8.8 | 0.6 | 340.8 | Viable - Alternate | |
| Gamma | Restricted | 10.5 | 7.2 | 0.4 | 341.2 | Viable - Alternate | |
| Log-Logistic | Restricted | 10.5 | 7.3 | 0.5 | 340.9 | Viable - Alternate | |
| Multistage Degree 6 | Restricted | 10.4 | 6.2 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 5 | Restricted | 10.4 | 6.2 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 4 | Restricted | 10.4 | 6.2 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 3 | Restricted | 10.4 | 6.2 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 2 | Restricted | 10.4 | 6.2 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 1 | Restricted | 4.8 | 3.9 | 0.1 | 348.1 | Questionable | Goodness of fit p-value < 0.1  \|Residual for Dose Group Near BMD\| > 2 |
| Weibull | Restricted | 9.8 | 6.6 | 0.3 | 341.9 | Viable - Alternate | |
| Logistic | Unrestricted | 11.2 | 9.6 | 0.1 | 344.8 | Questionable | Goodness of fit p-value < 0.1 |
| **Log-Probit** | **Unrestricted** | **11.2** | **8.2** | **0.6** | **339.8** | **Viable - Recommended** | **Lowest AIC** |
| Probit | Unrestricted | 10.3 | 8.8 | 0.2 | 342.9 | Viable - Alternate | |

[a] Selected model in bold: scaled residuals for selected model for the dose group near BMD and control dose group were -1.25 ad 0.46, respectively.



**Figure_Apx H-6. Plot of Incidence by Internal Dose with Fitted Curve for Log-Probit Model for Mortality from Selgrade and Gilmour 2010; BMR = 5% Extra Risk**

### H.2.1.3    BMDS Summary of Mortality – BMR 1%

**Table_Apx H-8. Summary of BMD Modeling Results for Mortality from Internal Dose in Selgrade and Gilmour 2010; BMR = 1% Extra Risk**

| Model[a] | Restriction | BMD | BMDL | Goodness of fit | | BMDS Recommendation | BMDS Recommendation Notes |
|---|---|---|---|---|---|---|---|
| | | | | *p*-value | AIC | | |
| Dichotomous Hill | Restricted | 7.8 | 3.6 | 0.6 | 340.8 | Viable - Alternate | |
| Gamma | Restricted | 4.8 | 2.3 | 0.4 | 341.2 | Viable - Alternate | |
| Log-Logistic | Restricted | 4.7 | 2.5 | 0.5 | 340.9 | Viable - Alternate | |
| Multistage Degree 6 | Restricted | 3.8 | 1.3 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 5 | Restricted | 3.8 | 1.3 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 4 | Restricted | 3.8 | 1.3 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 3 | Restricted | 3.8 | 1.3 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 2 | Restricted | 3.8 | 1.3 | 0.3 | 342.6 | Viable - Alternate | |
| Multistage Degree 1 | Restricted | 0.9 | 0.8 | 0.1 | 348.1 | Questionable | Goodness of fit p-value < 0.1<br><br>\|Residual for Dose Group Near BMD\| > 2 |
| Weibull | Restricted | 3.8 | 1.9 | 0.3 | 341.9 | Viable - Alternate | |
| Logistic | Unrestricted | 3.0 | 2.5 | 0.1 | 344.8 | Questionable | Goodness of fit p-value < 0.1 |
| **Log-Probit** | **Unrestricted** | **6.4** | **3.8** | **0.6** | **339.8** | **Viable - Recommended** | **Lowest AIC** |
| Probit | Unrestricted | 2.8 | 2.2 | 0.2 | 342.9 | Viable - Alternate | |

<sup>a</sup> Selected model in bold: scaled residuals for selected model for the dose group near BMD and control dose group were -0.13 and 0.46, respectively.



**Figure_Apx H-7. Plot of Incidence by Internal Dose with Fitted Curve for Log-Probit Model for Mortality from Selgrade and Gilmour 2010; BMR = 1% Extra Risk**

# Appendix I     BENCHMARK DOSE MODELING UPDATE FOR NESTED FETAL DATA FROM (Johnson et al., 2003)

BMD modeling of the nested fetal data for cardiac defects from (Johnson et al., 2003) was done to verify the BMD modeling results reported in Appendix F.4.2.1 of the EPA 2011 IRIS Toxicological Review for TCE Appendices (U.S. EPA, 2011b).

1) BMD modeling was performed using the nested logistic model in BMDS (v3.1.1) with and without a litter specific covariate to account for intra-litter similarity (litter effects) based on pre-treatment condition and with and without modeling of intra-litter correlation to account for intra-litter similarity based on effects during treatment. IRIS also used the nested logistic model with and without litter specific covariate and intra-litter correlation. Previous modeling from (U.S. EPA, 2011b) was performed with and without the high dose group dropped, however the model based on dropping the highest dose was used in the assessment because it had smaller scaled residuals and predicted expected response values were closer to observed. Therefore, current modeling was performed without the high dose group. Modeling in (U.S. EPA, 2011b) was performed using applied dose and two alternative internal dose metrics based on PBPK modeling (avg amount of TCE metabolized by oxidation/kg$^{3/4}$-day and AUC for TCE in blood). The same 3 sets of doses were modeled for the current effort. BMRs used for both the IRIS and current modeling were 10%, 5% and 1% extra risk.

2) Total weight gain during pregnancy (TWtGn) was used as the litter specific covariate in the modeling performed for the IRIS assessment. The individual animal data reasonably available for the current effort included TWtGn for the treated groups, but not for the control group. Based on the data available, litter size was used as the covariate for the current modeling effort instead of TWtGn.

3) P-values reported by an older version of the BMDS software as presented in Table F-6 of the 2011 IRIS Assessment Appendices (U.S. EPA, 2011b) for the nested models are incorrect, apparently due to a problem with the software used at that time. These results suggested that the models did not have adequate fit to the data ($p = 0.0128$). The re-analysis exercise reported in Appendix F.4.2.1.2 of (U.S. EPA, 2011b) was performed to show that the p-values were much higher than indicated in the raw modeling results and that model fit was acceptable. This approach still relied on the subgrouping of individual litter results but regrouped the litter data 100 times and reported the percentage of times the estimated p-value indicated appropriate model fit. Calculation of p-values for the nested models in the current version of BMDS follows a bootstrap methodology similar to that described in Appendix F.4.2.1.2. of the IRIS appendices. Because the original p-values in presented in (U.S. EPA, 2011b) were incorrect, comparisons of current modeling results to IRIS were only made for AIC, BMD and BMDL. The p-values from the updated BMD modeling runs are presented for context.

4) In the previous BMD modeling, the best fitting model as determined by lowest AIC was the model without litter-specific covariate but with intra-litter correlation. This was true for the current modeling as well.

5) Results from the models without litter-specific covariate, including the best-fitting model, closely matched the results from the IRIS assessment (see Table_Apx I-1).

6) Results for the models that included the litter-specific covariate differed from the IRIS results, because a different covariate was used (litter size rather than TWtGn, due to missing data).

7) Model fits (AICs) and BMD/BMDL values are identical (within rounding error) between the updated modeling results and those reported in (U.S. EPA, 2011b).

**Table_Apx I-1. Results for Best-Fitting Model in Comparison to Results Reported in IRIS (U.S. EPA, 2011b, Highlighted)**

| Model | Covariate | Intra-litter Correlation | Dose Metric | BMR | AIC | p-value[d] | BMD | BMDL |
|---|---|---|---|---|---|---|---|---|
| Nested Logistic | Not Used | Modeled | Applied Dose[a] | 0.10 | 243.815 | 0.665 | 0.71114 | 0.227675 |
| | | | | | 243.815 | NR | 0.71114 | 0.227675 |
| | | | | 0.05 | 243.815 | 0.641 | 0.336856 | 0.107846 |
| | | | | | 243.815 | NR | 0.336856 | 0.107846 |
| | | | | 0.01 | 243.815 | 0.661 | 0.064649 | 0.020698 |
| | | | | | 243.815 | NR | 0.064649 | 0.020698 |
| | | | TotOxMetabBW34[b] | 0.10 | 243.816 | 0.642 | 0.489388 | 0.156646 |
| | | | | | 243.815 | NR | 0.489442 | 0.156698 |
| | | | | 0.05 | 243.816 | 0.642 | 0.231816 | 0.074201 |
| | | | | | ND | NR | ND | ND |
| | | | | 0.01 | 243.816 | 0.636 | 0.04449 | 0.014241 |
| | | | | | 243.815 | NR | 0.0444948 | 0.0142453 |
| | | | AUCCBld[c] | 0.10 | 243.816 | 0.656 | 0.022279 | 0.00713 |
| | | | | | 243.816 | NR | 0.0222789 | 0.00712997 |
| | | | | 0.05 | 243.816 | 0.656 | 0.010553 | 0.003377 |
| | | | | | ND | NR | ND | ND |
| | | | | 0.01 | 243.816 | 0.656 | 0.002025 | 0.000648 |
| | | | | | 243.816 | NR | 0.00202535 | .000648179 |

[a]0, 0.00045, 0.048, 0.218 mg/kg-day
[b]Total oxidative metabolism scaled by body weight to the ¾-power: 0, 0.00031, 0.033, 0.15
[c]AUC of TCE in blood: 0, 0.0000141, 0.00150254, 0.00682727
[d] p-values from the 2011 IRIS Assessment are not reported because the original values were incorrect.
ND = no data
NR = not relevant; original p-values as calculated by BMDS software in 2011 were incorrect (*e.g.*, p = 0.0129 for 1% BMR without litter-specific covariate and with intra-litter correlation).

The resulting BMDLs and AICs (a measure of model fit, see Appendix I) agreed with results in the 2011 IRIS Assessment (U.S. EPA, 2011b).  However, the p-value of = 0.661 from the updated BMDS nested model run is significantly improved on the improperly calculated p values from (U.S. EPA, 2011b), confirming strong model fit.

# Appendix J    PBPK MODELING UPDATES FOR REPRESENTATIVE ACUTE AND CHRONIC ENDPOINTS

## J.1    Derivation of Internal Dose Metric Results for (Selgrade and Gilmour, 2010)

### J.1.1    Methods

MCSim (v5.6.6) was used to sample from the joint posterior distributions for the PBPK model [*PBPK Model and ReadMe (zipped). Docket: EPA-HQ-OPPT-2019-0500*] parameters and Python (v3.6.5) was used for all post processing and analysis of MCSim output. For each exposure simulation, desired percentiles were reported for each internal dose metric: *TotMetabBW34* and *AUCCBld*.

The PBPK model translated the external applied concentration (ppm) from (Selgrade and Gilmour, 2010) to a corresponding internal dose metric (TotMetabBW34 and AUCCBld). These two metrics were selected as the primary and alternative dose metrics for this endpoint under the assumption that the metabolic contribution to this endpoint matches that for other immune endpoints (see U.S. EPA, 2011e) and Table 3-11). Internal dose metric values were output as predicted 1st, 5th, 10th, 50th, 90th, 95th, and 99th percentiles for mouse. The median (50th percentil values) were then subject to BMD modeling (Appendix H.2 and [*Internal Dose BMD Modeling Results for Selgrade and Gilmour, 2010. Docket: EPA-HQ-OPPT-2019-0500*]).

Exposure parameters:
- Inhalation exposure
- Dose concentrations (ppm): [5, 10, 25, 500, 200]
- Inhalation duration: 3 hours
- Sex: Female
- Species: Mouse
- Body weight: 0.025 kg (average Female CD1 mouse at 5-6 weeks)
- Internal dose metrics: TotMetabBW34 and AUCCBld

### J.1.2    Results

The modeling results for the analysis of cumulative mortality following exposure to TCE and *S. zooepidemicus* infection in (Selgrade and Gilmour, 2010) are described in this section below.
- Predictions of mouse internal dose metrics utilized the female mouse-specific joint posterior parameter parameter distributions from the TCE PBPK model.

In (Selgrade and Gilmour, 2010), individual mice were exposed to increasing concentrations of TCE through inhalation and subsequently infected with *S. zooepidemicus*. Selgrade and Gilmour observed a dose-dependent effect on cumulative mortality following exposure to TCE. Therefore, EPA utilized study-matched exposure variables and the mouse-specific parameters of the TCE PBPK model to predict the corresponding internal dose metrics for each exposure reported in the study.

**Table_Apx J-1. Selected percentiles for TotMetabBW34 and AUCCBld for female mouse simulations**

| Internal Dose Metric | Route | Dose (ppm) | mean | SD | 1.00% | 25.00% | 50.00% | 75.00% | 99.00% |
|---|---|---|---|---|---|---|---|---|---|
| TotMetabBW34_1.1 | Inhalation | 5 | 2.294231 | 1.032454 | 0.655835 | 1.528783 | 2.126685 | 2.865015 | 5.503253 |
| TotMetabBW34_2.1 | Inhalation | 10 | 4.437913 | 2.033409 | 1.22793 | 2.93177 | 4.143145 | 5.56502 | 10.89413 |
| TotMetabBW34_3.1 | Inhalation | 25 | 10.24195 | 4.90276 | 2.641508 | 6.67256 | 9.535745 | 12.81168 | 25.25738 |
| TotMetabBW34_4.1 | Inhalation | 50 | 19.99376 | 9.430442 | 5.518223 | 11.73308 | 18.2659 | 23.6544 | 49.59246 |
| TotMetabBW34_5.1 | Inhalation | 100 | 32.563 | 17.17391 | 7.451471 | 19.9501 | 28.8424 | 41.81023 | 85.19594 |
| TotMetabBW34_6.1 | Inhalation | 200 | 54.27246 | 29.99192 | 12.51255 | 32.71683 | 47.2414 | 68.7213 | 148.7853 |
| AUCCBld_1.1 | Inhalation | 5 | 0.310672 | 0.108683 | 0.13889 | 0.234156 | 0.288099 | 0.367049 | 0.63204 |
| AUCCBld_2.1 | Inhalation | 10 | 0.636832 | 0.22911 | 0.278085 | 0.474244 | 0.589897 | 0.757263 | 1.31563 |
| AUCCBld_3.1 | Inhalation | 25 | 1.681136 | 0.63107 | 0.700461 | 1.221415 | 1.55746 | 2.01261 | 3.574621 |
| AUCCBld_4.1 | Inhalation | 50 | 4.118071 | 1.633029 | 1.667898 | 2.56827 | 3.79901 | 4.284455 | 9.310272 |
| AUCCBld_5.1 | Inhalation | 100 | 7.710392 | 3.010024 | 2.946904 | 5.549918 | 7.21414 | 9.32249 | 16.86953 |
| AUCCBld_6.1 | Inhalation | 200 | 17.05727 | 6.84398 | 6.371642 | 12.23283 | 15.8771 | 20.6827 | 38.34951 |
| Median (50th percentile) values were used for BMD modeling; SD = Standard Deviation | | | | | | | | | |

## J.2      Derivation of Human Equivalent Concentrations/Doses for Best Overall Acute and Chronic Non-Cancer Endpoints

EPA utilized the PBPK model to obtain Human Equivalent Concentrations (HECs) and Human Equivalent Doses (HEDs) for (Selgrade and Gilmour, 2010) in the same manner as they were derived for other endpoints in (U.S. EPA, 2011e). Additionally, EPA utilized the PBPK model to derive PODs specific to occupational scenarios for the best overall acute and chronic non-cancer endpoints from (Selgrade and Gilmour, 2010) and (Keil et al., 2009), respectively (Section 3.2.5.4.1).

### J.2.1      Methods

BMD modeling results for the mouse (Appendix H.2 and [*Internal Dose BMD Modeling Results for Selgrade and Gilmour, 2010. Docket: EPA-HQ-OPPT-2019-0500*]) were used to predict human equivalent concentrations (HEC) and human equivalent doses (HED) based on the internal dose point-of-departure (PoD) derived during the BMD modeling step. HEC/HED calculations occurred for multiple exposure scenarios and idPODs as outlined below:

- Acute (single dose) and chronic (repeat dosing for 100 weeks)
- idPOD for (Selgrade and Gilmour, 2010) endpoints (TotMetabBW34 and AUCCBld)
- idPOD for (Keil et al., 2009) endpoints (TotMetabBW34)
- Respiratory rates (QM) assuming default and occupational (1.25 m$^3$/hr) respiration

Setpoint simulations of the human-specific joint posterior parameter distributions were run spanning a large range of possible inhalation concentrations and doses. For the Selgrade idPOD's, we assumed an acute exposure and calculated the HEC/HEDs following a 24-hour simulation. The average daily HEC/HED for the Keil idPOD was determined using a 100-week (700 day) simulation. Using interpolation, the HEC and HED were determined from the simulated 99th and 50th percentile for each internal dose metric.

Determination of Occupational Respiration Rate

EPA assumes a respiration rate of 1.25 m³/hr for occupational scenarios based on light activity levels from Table 6-43 in (U.S. EPA, 2011c). The TCE PBPK model assumes a respiratory dead volume of 30%. In order to translate respiration rate (QM) to alveolar ventilation rate (QP) the following equation was used:

$$QP = QM * 0.7$$

Using this transformation, the 'QP$_{meas}$' input to the model for occupational alveolar ventilation was 0.875 m³/hr or 875 L/hr. Figure_Apx J-1 illustrates the difference between the default respiration rate probability distribution (median value of 0.64 m³/hr) vs. the single value (1.25 m³/hr) for occupational respiratory rate. The absence of variability in the respiration rate for the occupational scenario reduced the overall uncertainty in the HEC/HED calculations. At higher HEC percentiles, the default respiratory rate approaches the occupational rate, resulting in reduced differences among HEC values.



**Figure_Apx J-1. Distribution of default (resting) respiration rates compared to occupational respiratory rate.**

### J.2.2    Results

Using the internal dose point-of-departure (idPOD) for (Selgrade and Gilmour, 2010), EPA first calculated the HECs and HEDs for the 99th and 50th percentile outputs for each dose metric's idPOD at default parameters of resting respiration rate and continuous exposure. EPA also calculated the corresponding HECs and HEDs for occupational scenarios using the occupational respiration rate for and 8hr/day exposure duration. For the (Keil et al., 2009) chronic endpoint, EPA compared the HEC$_{50/99}$ and HED$_{50/99}$ results across default and occupational input parameters conditions following both 8 hours and 24 hours of exposure. Below is a summary of the idPODs used in this section of the analysis:

(Selgrade and Gilmour, 2010) **TotMetabBW34**: 3.84 mg TCE metabolized/d/kg³/⁴
(Selgrade and Gilmour, 2010) **AUCCBld**: 0.3853 mg TCE-hr/L
(Keil et al., 2009) **TotMetabBW34**: 0.139 mg TCE metabolized/d/kg³/⁴

Table_Apx J-2 presents the tabulated HEDs and HECs for each endpoint.

**Table_Apx J-2. Human equivalent concentrations and human equivalent doses for the Selgrade and Keil endpoints under both default and occupational respiratory conditions.**

| Study | Selgrade and Gilmour, 2010 | | | | | | | | Keil et al., 2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exposure scenario | Acute | | | | | | | | Chronic | | | |
| Dose metric used | TotMetabBW34 | | | | AUCBld | | | | TotMetabBW34 | | | |
| idPOD | 3.840 | | | | 0.3853 | | | | 0.139 | | | |
| Exposure duration | 8h single-day | | 24h single-day | | 8h single-day | | 24h single-day | | 8h repeated | | 24h repeated | |
| Respiration | Default | Occupational | Default | Occupational | Default | Occupational | Default | Occupational | Default | Occupational | Default[1] | Occupational |
| HEC99 (ppm) | 2.959 | 2.343 | 0.973 | 0.792 | 1.735 | 1.663 | 0.617 | 0.585 | 0.100 | 0.083 | 0.033 | 0.027 |
| HEC50 (ppm) | 8.242 | 4.458 | 2.841 | 1.535 | 2.936 | 2.648 | 1.032 | 0.926 | 0.276 | 0.153 | 0.092 | 0.051 |
| HED99 (mg/kg/d) | 1.331 | 1.335 | 1.336 | 1.338 | 1.145 | 1.282 | 1.236 | 1.357 | 0.048 | 0.048 | 0.048 | 0.048 |
| HED50 (mg/kg/d) | 1.355 | 1.380 | 1.362 | 1.385 | 9.066 | 9.024 | 12.134 | 11.794 | 0.048 | 0.049 | 0.048 | 0.049 |

[1] Values presented in (U.S. EPA, 2011e) and Section 3.2.5.3.2. They are presented here for comparison to occupational values.

# Appendix K    META-ANALYSIS FOR CANCER

## K.1    Study Screening and Selection

All epidemiologic studies included in the U.S. EPA 2011 IRIS assessment of TCE (Appendix C, (U.S. EPA, 2011b) were considered to be informative and carried forward for meta-analysis. Informative epidemiologic studies of non-Hodgkin lymphoma (NHL), kidney cancer or liver cancer and exposure to TCE published since the 2011 IRIS assessment were identified through a systematic literature search. Studies examining only other cancer types were excluded from consideration.

### K.1.1    Data Quality and Inclusion/Exclusion Criteria Screening

Relevant studies were evaluated for data quality and were additionally screened through inclusion/exclusion criteria developed based on the criteria established in the 2011 IRIS assessment (Appendix C, (U.S. EPA, 2011b)), as described in Table_Apx K-1. Results of this criteria screening are presented in Table_Apx K-2.

**Table_Apx K-1. Meta-Analysis Inclusion/Exclusion Criteria for Considering Cancer Studies Identified in EPA's Literature Search**

| Inclusion Criteria | Exclusion Criteria |
|---|---|
| *Study Design* | |
| Cohort and case control studies. | Geographic-based, ecological, or proportionate mortality ratio (PMR) study design. |
| *Participant Selection* | |
| Adequate selection in cohort studies of exposure and control groups and of cases and controls in case-control studies. | Inadequate selection in cohort studies (exposed and control groups were not similar, and differences were not controlled for in the statistical analysis). Controls were drawn from a very dissimilar population than cases or recruited within very different time frames (case control studies). |
| *Exposure* | |
| TCE exposure potential inferred to each subject and quantitative assessment of TCE exposure for each subject by reference to industrial hygiene records indicating a high probability of TCE use, individual biomarkers, job exposure matrices (JEMs), water distribution models, or obtained from subjects using questionnaire (case-control studies). | TCE exposure potential not assigned to individual subjects using JEM, individual biomarkers, water distribution models, or industrial hygiene data indicating a high probability of TCE use (cohort studies). |
| Reports as least 2 levels of exposure (*e.g.,* exposed/unexposed). | The range and distribution of exposure are not adequate to determine an exposure-response relationship. No description is provided on the levels or range of exposure. |
| *Outcome Assessment* | |
| Evaluation of incidence or mortality from kidney cancer, liver cancer, or NHL. RR estimates and corresponding CIs (or information to allow calculation). | Data for non-cancer health outcomes or incidence or mortality reported for cancers other than kidney, liver, or NHL. All hemato- and lymphopoietic cancer reported as broad category. |
| *Statistical Power (sensitivity)* | |
| The number of participants or cases and controls are adequate to detect an effect in the exposed population and/or subgroups of the total population. | The number of participants or cases and controls are inadequate to detect an effect in the exposed population and/or subgroups of the total population. |

16

17  **Table_Apx K-2. Screening Results of Cancer Studies Identified in EPA's Literature Search Based**
18  **on Inclusion/Exclusion Criteria**

| Studies recommended for inclusion in quantitative meta-analysis: | |
| --- | --- |
| **Studies** | **Primary reason(s)** |
| (Bove et al., 2014a) (Bove et al., 2014b) (Buhagen et al., 2016) (Christensen et al., 2013) (Cocco et al., 2013) (Hansen et al., 2013) (Lipworth et al., 2011) (Purdue et al., 2016) (Silver et al., 2014) (Vlaanderen et al., 2013) | Analytical study designs of cohort or case-control; evaluation of incidence or mortality; adequate selection in cohort studies of exposure and control groups and of cases and controls in case-control studies; TCE exposure potential inferred to each subject and quantitative assessment of TCE exposure assessment for each subject by reference to industrial hygiene records indicating a high probability of TCE use, individual biomarkers, JEMs, water distribution models, or obtained from subjects using questionnaire (case-control studies); RR estimates for kidney cancer, liver cancer, or NHL with confidence intervals |

| Studies NOT recommended for inclusion in quantitative meta-analysis: | |
| --- | --- |
| **Studies** | **Primary reason(s)** |
| (Alanee et al., 2015) | Weakness with respect to analytical study design (*i.e.,* geographic-based, ecological or PMR design). |
| (Alanee et al., 2015) | TCE exposure potential not assigned to individual subjects using JEM, individual biomarkers, water distribution models, or industrial hygiene data from other process indicating a high probability of TCE use (cohort studies). |
| (Bassig et al., 2016) (Ruckart et al., 2013) | Examined noncancer health outcomes or cancer incidence or mortality for cancers other than kidney, liver, or NHL. All hemato- and lymphopoietic cancer reported as broad category. |
| (Bahr et al., 2011) | EPA reviewer scored the study as Unacceptable (Rationale: Repeated examples of poor quality, study design and execution and ignorance of potential biases that went unmentioned even in the discussion indicate inexperience and poor quality control). |

19  ### K.1.2  Screening results

20  Data quality and inclusion/exclusion criteria screening identified ten studies suitable for use in meta-
21  analysis. Of these, there were nine new studies with suitable informative data on the association of
22  exposure to TCE and NHL (Bove et al., 2014a; Bove et al., 2014b; Christensen et al., 2013; Cocco et al.,
23  2013; Hansen et al., 2013; Lipworth et al., 2011; Purdue et al., 2016; Silver et al., 2014; Vlaanderen et
24  al., 2013), eight new studies with informative data for kidney cancer (Bove et al., 2014a; Buhagen et al.,
25  2016; Christensen et al., 2013; Hansen et al., 2013; Lipworth et al., 2011; Purdue et al., 2016; Silver et
26  al., 2014; Vlaanderen et al., 2013), and six new studies with informative data for liver cancer (Bove et
27  al., 2014a;  Christensen et al., 2013; Hansen et al., 2013; Lipworth et al., 2011; Silver et al., 2014;
28  Vlaanderen et al., 2013). All of these studies scored Acceptable for data quality except (Bahr et al.,
29  2011), which was excluded for scoring Unacceptable. Every study scored at least a Medium except for
30  (Buhagen et al., 2016), which scored a Low but was recommended for inclusion by inclusion/exclusion
31  criteria. The respective data quality scores were considered in sensitivity analyses of the meta-analyses
32  results (see Appendix K.2.2.2).

33

34  All studies from the 2011 IRIS meta-analysis were Acceptable in data quality and scored at least a
35  Medium. Therefore, data from the ten new studies that passed the criteria screening were extracted along

36 with results from previous studies identified in the 2011 IRIS assessment (U.S. EPA, 2011e). When
37 more than one report was available for a single study population, only the most recent publication or the
38 publication reporting the most informative data for TCE was selected for inclusion in the meta-analysis
39 (see Table_Apx K-3). This resulted in a smaller set of data included in the meta-analysis as compared to
40 the total list of studies.

### K.1.3     Pooled Cohorts

42 Two of the new papers pooled data from earlier studies included in the 2011 IRIS meta-analysis.
43 (Hansen et al., 2013) pooled and updated three Nordic national cohort studies of workers biologically
44 monitored for exposure to TCE (Anttila et al., 1995; Axelson et al., 1994; Hansen et al., 2001).
45 Similarly, (Cocco et al., 2013) pooled earlier case-control studies of NHL including (Cocco et al., 2010),
46 (Miligi et al., 2006), and (Purdue et al., 2011). Two other new studies provided updated data on
47 populations included in the U.S. EPA 2011 IRIS assessment: (Lipworth et al., 2011) updated a cohort
48 study of aircraft workers (Boice et al., 1999) and (Christensen et al., 2013) updated an earlier
49 population-based case-control study (Siemiatycki, 1991). After removing these overlapping and
50 superseded studies, a total of 18 studies of NHL, 18 studies of kidney cancer, and 11 studies of liver
51 cancer were available for meta-analysis.
52
53 Among the included studies, up to about 800 of the approximately 40,000 Danish workers studied by
54 (Raaschou-Nielsen et al., 2003) may have also been included in the Nordic pooled study of 5553
55 biomonitored workers (Hansen et al., 2013). However, both studies were retained in the analysis because
56 any overlap would have been minor. There was also minor overlap between the cohorts studied by
57 (Zhao et al., 2005) and (Boice et al., 2006), but those papers reported data for different outcomes. These
58 results are summarized in Table_Apx K-3.
59

60 **Table_Apx K-3. Cancer Studies Covering the Same Cohort as Previous Studies from either the**
61 **2011 IRIS Assessment or EPA Literature Search**

| Study reviewed | Other assessed studies with participants from the same cohort |
|---|---|
| **2011 IRIS Assessment** ||
| (Anttila et al., 1995) (Finland only) | Included in (Hansen et al., 2013) |
| (Axelson et al., 1994) (Sweden only) | Included in (Hansen et al., 2013) |
| (Boice et al., 1999) | Updated in (Lipworth et al., 2011) |
| (Boice et al., 2006) | (Zhao et al., 2005) (partial) |
| (Brüning et al., 2003) | None |
| (Charbotel et al., 2006) | None |
| (Cocco et al., 2010) | Included in (Cocco et al., 2013) |
| (Dosemeci et al., 1999) | None |
| (Greenland et al., 1994) | None |
| (Hansen et al., 2001) (Denmark only) | (Raaschou-Nielsen et al., 2003) (partial); Included in (Hansen et al., 2013) |
| (Hardell et al., 1994) | None |
| (Miligi et al., 2006) | Included in (Cocco et al., 2013) |
| (Moore et al., 2010) | None |

| Study reviewed | Other assessed studies with participants from the same cohort |
|---|---|
| (Morgan et al., 1998) | None |
| (Nordström et al., 1998) | None |
| (Persson and Fredrikson, 1999) | None |
| (Pesch et al., 2000) | None |
| (Purdue et al., 2011) | Included in (Cocco et al., 2013) |
| (Raaschou-Nielsen et al., 2003) | Partial overlap with (Hansen et al., 2001) |
| (Radican et al., 2008) | None |
| (Siemiatycki, 1991) | Updated in (Christensen et al., 2013) |
| (Wang et al., 2009) | None |
| (Zhao et al., 2005) | (Boice et al., 2006) (partial) |
| New Studies Identified in EPA Literature Search | |
| (Bove et al., 2014a) | None |
| (Bove et al., 2014b) | None |
| (Buhagen et al., 2016) | None |
| (Cocco et al., 2013) | (Cocco et al., 2010); (Miligi et al., 2006); (Purdue et al., 2011) |
| (Christensen et al., 2013) | (Siemiatycki, 1991) |
| (Hansen et al., 2013) | (Hansen et al., 2001); (Anttila et al., 1995); (Raaschou-Nielsen et al., 2003) (partial) |
| (Lipworth et al., 2011) | (Boice et al., 1999) |
| (Purdue et al., 2016) | None |
| (Silver et al., 2014) | None |
| (Vlaanderen et al., 2013) | None |

## K.2   Meta-Analysis Methods and Results

### K.2.1   Methods

**Data abstraction**

Data for each pertinent study identified, including measures of the association (including rate ratio (RR), odds ratio (OR), hazard ratio (HR), etc.) of each cancer of interest with exposure to TCE, their confidence intervals (CI) and if reasonably available, standard errors, identification of the type of measure (RR, OR, etc), the study design and the exposure metric (ever/never exposed, cumulative exposure, duration of exposure, etc.) were abstracted for meta-analysis. All types of epidemiologic ratio measures of association, including RR, OR, HR and standardized mortality or incidence ratios (SMR, SIR), were considered to be equivalent and are collectively referred to below as RRs.  The preferred estimates of association for meta-analysis were based on contrasts within the study population and were either 1) comparisons of groups exposed and not exposed to trichloroethylene or 2) comparisons of groups with the highest and lowest level of exposure to trichloroethylene, in that order.  For NHL, estimates of association for the most highly exposed group were also abstracted, when they were reasonably available.  For each comparison, the most fully adjusted risk estimate was selected.

77  Estimates of association based on cumulative exposure were preferred to those based on other exposure
78  metrics.
79
80  Data for studies included in the U.S. EPA 2011 IRIS assessment (U.S. EPA, 2011e) were abstracted
81  from tables in Appendix C of that assessment. The measures of association, confidence limits and
82  estimates of SE listed in those tables were utilized for consistency with the previous assessment.
83
84  For newer studies not included in the IRIS assessment, log-relative risks and their standard errors were
85  estimated from the extracted data; the data for the newer studies are provided in tables in Section K.2.3.
86  If the standard error (SE) of RR was reported in the publication, the standard error of ln(RR) was taken
87  as ln(SE).  If SE was not reported and the CI was reasonably symmetric around the point estimate ($< 5\%$
88  difference between upper and lower half CI), it was approximated as (ln(upper bound CI)-ln(lower
89  bound CI))/3.92.  Different approaches in the event of more substantial CI asymmetry.   If the measure
90  of RR was a SMR or SIR, SE was approximated by $(1/O)^{1/2}$, where O is the observed number of cases
91  (Greenland & O'Rourke, 2008).  If RR was 1 or >1, SE was estimated from the upper half CI, as
92  (ln(upper bound CI) − ln(RR))/1.96.  For RR < 1, SE was estimated from the lower half CI in an
93  equivalent manner.  Despite these varying approaches, differences in the method of estimating SE are
94  unlikely to substantially affect the point estimate or CI of a meta-RR.
95
96  **Data analysis**
97  Meta-analyses were performed using the metan procedure in Stata (Stata Corp, College Station TX).
98  The metan procedure also provides options for utilizing a user-provided estimate of SE or estimating SE
99  from input confidence intervals assuming approximate symmetry.
100
101  For each cancer type of interest, the initial analysis included all of the selected studies in a fixed-effects
102  model.  Models were specified using the logs of RR and SE as input parameters, allowing the software
103  to estimate study-specific and overall 95% CIs.  Heterogeneity was assessed using the $I^2$ statistic
104  (Higgins et al., 2003) and visual inspection of the plots.  If no important heterogeneity was indicated, the
105  fixed-effects meta-estimate was taken as the measure of overall association.  Fixed effects models are
106  preferred for this purpose, as they are generally unbiased (Poole and Greenland, 1999). Where notable
107  heterogeneity was indicated, a random-effects model using the DerSimonian-Laird estimators was
108  applied to estimate the overall association. EPA's preferred approach is to estimate SE according to the
109  methods described above. With this procedure, the study-specific CIs displayed on forest plots were
110  estimated by the software and may differ slightly from those reported in the original publications.
111
112  The influence of individual studies was assessed in a "leave one out" meta-analysis using the metaninf
113  procedure in Stata.   Each study was omitted in turn and the meta-estimate was re-calculated without that
114  study to gauge its effect on the overall association.  Meta-analyses stratified by the quality score
115  assigned in the initial reviewer were carried out to assess whether effects differed in high versus
116  medium- or low-quality studies.
117
118  The potential for publication bias was assessed by visual inspection of funnel plots.
119
120  Sample Stata commands are provided in Section K.2.4.
121

122    ### K.2.2    Results

123        #### K.2.2.1    Initial Meta-Analyses

124    **Non-Hodgkin lymphoma**
125    In the fixed-effects model for NHL (Figure_Apx K-1), the meta-RR for overall exposure to TCE was
126    1.02 (95% CI 0.97-1.08) with moderate heterogeneity between studies ($I^2$ 38.4%, p 0.05).  The large
127    study by Vlaanderen et al. (2013) was heavily weighted in the fixed-effects model.  Fitting a random-
128    effects model (Figure_Apx K-2) to the same set of studies reduced the weight of the (Vlaanderen et al.,
129    2013) study and gave a meta-estimate of 1.14 (95% CI 1.00-1.30).

130

131    In the 2011 TCE meta-analysis of NHL, there was some indication of heterogeneity ($I^2$-value was 26%,
132    suggesting low-to-moderate heterogeneity). Little to no heterogeneity was found for kidney or renal
133    cancers. Additional analyses focused on the studies with the highest exposure, because if TCE exposure
134    increases the risk of NHL, the effects should be more apparent in the highest exposure groups. Analysis
135    showed that the summary effect estimate of the highest exposed groups was stronger, a finding that lent
136    support to the conclusion that TCE exposure increased the risk of NHL. Since moderate heterogeneity
137    (greater than in 2011) was identified for the overall set of studies, EPA additionally analyzed results
138    from populations identified as receiving "high exposure" to TCE in order to parallel the analyses
139    performed in the 2011 IRIS Assessment. Fixed- and random-effects models comparing the highest to
140    lowest exposure groups in each study also weighted the (Vlaanderen et al., 2013) study heavily and
141    produced meta-RRs of 1.03 (95% CI 0.93-1.15) and 1.33 (95% CI 0.98-1.80), respectively (Figure_Apx
142    K-3 and Figure_Apx K-4). Extracted RR estimates and confidence intervals from each NHL study are
143    presented in Table_Apx K-7, Table_Apx K-8, and Table_Apx K-9.

144

145        **Figure_Apx K-1. Fixed-effects model, overall association of NHL and exposure to TCE.**



146
147
148

149   **Figure_Apx K-2. Random-effects model, overall association of NHL and exposure to TCE.**



150
151
152   **Figure_Apx K-3. Fixed-effects model, association of NHL and high exposure to TCE.**



153
154

155      **Figure_Apx K-4. Random-effects model, association of NHL and high exposure to TCE.**



156
157
158
159
160
161      **Kidney Cancer**
162      For kidney cancer, the fixed effects model (Figure_Apx K-5) gave a meta-RR of 1.06 (95% CI 1.00-
163      1.11) for overall exposure, with moderate, statistically-significant heterogeneity (I² 41.1%, p 0.04).  As
164      for NHL, the study of (Vlaanderen et al., 2013) was heavily weighted.  In the random-effects model
165      (Figure_Apx K-6), the meta-RR was 1.22 (95% CI 1.07-1.38).  Extracted RR estimates and confidence
166      intervals from each kidney cancer study are presented in Table_Apx K-10 and Table_Apx K-11.
167

168
169

**Figure_Apx K-5. Fixed-effects model, overall association of kidney cancer and exposure to TCE.**



170
171
172

173
174

**Figure_Apx K-6. Random-effects model, overall association of kidney cancer and exposure to TCE.**



175
176
177

178   **Liver cancer**
179   Fixed- and random-effects models for liver cancer showed a similar pattern of results, with meta-RRs of
180   1.08 (95% CI 0.99-1.18) and 1.18 (95% CI 0.98-1.43), respectively (Figure_Apx K-7 and Figure_Apx
181   K-8). Heterogeneity was moderate and not statistically significant ($I^2$ 36.5%, p 0.107). Extracted RR
182   estimates and confidence intervals from each liver cancer study are presented in Table_Apx K-12 and
183   Table_Apx K-13.
184
185
186   **Figure_Apx K-7. Fixed-effects model, overall association of liver cancer and**
187   **exposure to TCE.**



188
189

190
191

**Figure_Apx K-8. Random-effects model, overall association of liver cancer and exposure to TCE.**



192
193

194    ### K.2.2.2    Sensitivity analyses

195    **Removal of Vlaanderen et al. (2013)**

196    In analyses of influential observations, the study of (Vlaanderen et al., 2013) strongly influenced the
197    meta-RRs for all three cancers (Table_Apx K-4, Table_Apx K-5, and Table_Apx K-6). No other single
198    study had an appreciable impact on the overall association. Further meta-analyses were conducted to
199    characterize the sensitivity of the results to the influence of that study.

200

**Table_Apx K-4. Analysis of influential studies: NHL**

| Study omitted | Estimate | 95% CI | |
|---|---|---|---|
| Bove et al. 2014a | 1.02 | 0.97 | 1.08 |
| Bove et al. 2014b | 1.03 | 0.97 | 1.09 |
| Hansen et al. 2013 | 1.02 | 0.96 | 1.08 |
| Lipworth et al. 2011 | 1.02 | 0.97 | 1.09 |
| Silver et al. 2014 | 1.03 | 0.97 | 1.09 |
| Vlaanderen et al. 2013 | 1.20 | 1.07 | 1.34 |
| Christensen et al. 2013 | 1.02 | 0.97 | 1.08 |
| Cocco et al. 2013 | 1.02 | 0.96 | 1.08 |
| Greenland et al. 1994 | 1.02 | 0.97 | 1.09 |
| Morgan et al. 1998 | 1.02 | 0.97 | 1.09 |
| Raaschou-Nielsen 2003 | 1.01 | 0.95 | 1.07 |
| Radican et al. 2008 | 1.02 | 0.96 | 1.08 |
| Zhao et al. 2005 | 1.02 | 0.96 | 1.08 |
| Hardell et al. 1994 | 1.02 | 0.96 | 1.08 |
| Nordstrom et al. 1998 | 1.02 | 0.96 | 1.08 |
| Persson and Fredrikson 1999 | 1.02 | 0.97 | 1.08 |
| Purdue et al. 2011 | 1.02 | 0.96 | 1.08 |
| Wang et al. 2009 | 1.02 | 0.96 | 1.08 |

201

**Table_Apx K-5. Analysis of influential studies: Kidney cancer**

| Study omitted | Estimate | 95% CI | |
|---|---|---|---|
| Bove et al. 2014a | 1.06 | 1.00 | 1.11 |
| Buhagen et al. 2016 | 1.05 | 1.00 | 1.11 |
| Hansen et al. 2013 | 1.06 | 1.00 | 1.11 |
| Lipworth et al. 2011 | 1.06 | 1.01 | 1.11 |
| Silver et al. 2014 | 1.05 | 1.00 | 1.11 |
| Vlaanderen et al. 2013 | 1.26 | 1.14 | 1.40 |
| Christensen et al. 2013 | 1.06 | 1.01 | 1.11 |
| Purdue et al. 2016 | 1.06 | 1.01 | 1.12 |
| Greenland et al. 1994 | 1.06 | 1.00 | 1.11 |
| Morgan et al. 1998 | 1.06 | 1.00 | 1.11 |
| Radican et al. 2008 | 1.06 | 1.00 | 1.11 |
| Zhao et al. 2005 | 1.06 | 1.00 | 1.11 |
| Brüning et al. 2003 | 1.05 | 1.00 | 1.11 |

**Table_Apx K-5. Analysis of influential studies: Kidney cancer**

| Study omitted | Estimate | 95% CI | |
|---|---|---|---|
| Charbotel et al. 2006 | 1.05 | 1.00 | 1.11 |
| Dosemeci et al. 1999 | 1.05 | 1.00 | 1.11 |
| Moore et al. 2010 | 1.05 | 1.00 | 1.11 |
| Pesch et al. 2000 | 1.04 | 0.99 | 1.10 |
| Raaschou-Nielsen et al. 2003 | 1.05 | 1.00 | 1.11 |

202

**Table_Apx K-6. Analysis of influential studies: Liver cancer**

| Study omitted | Estimate | 95% CI | |
|---|---|---|---|
| Bove et al. 2014a | 1.09 | 0.99 | 1.19 |
| Hansen et al. 2013 | 1.04 | 0.95 | 1.14 |
| Lipworth et al. 2011 | 1.09 | 0.99 | 1.19 |
| Silver et al. 2014 | 1.08 | 0.99 | 1.19 |
| Vlaanderen et al. 2013 | 1.34 | 1.13 | 1.59 |
| Christensen et al. 2013 | 1.08 | 0.99 | 1.18 |
| Boice et al. 2006 | 1.08 | 0.99 | 1.18 |
| Greenland et al. 1994 | 1.08 | 0.99 | 1.19 |
| Morgan et al. 1998 | 1.08 | 0.99 | 1.18 |
| Radican et al. 2008 | 1.08 | 0.99 | 1.19 |
| Raaschou-Nielsen et al. 2003 | 1.05 | 0.95 | 1.16 |

203
204  Meta-RRs for each cancer were re-estimated by omitting that study from the fixed-effects model.  For
205  NHL, omitting the study of (Vlaanderen et al., 2013) from the analysis of overall exposure to TCE
206  (Figure_Apx K-9) substantially reduced between-study heterogeneity ($I^2$ 9.7%, p 0.34) and yielded a
207  meta-RR of 1.20 (95% CI 1.07-1.34). In the model for NHL using only the high exposure groups
208  (Figure_Apx K-10), no heterogeneity remained when the (Vlaanderen et al., 2013) study was omitted ($I^2$
209  0.0%, p 0.56); the meta-RR for high exposure was 1.53 (95% CI 1.19-1.97). Omitting the study of
210  (Vlaanderen et al., 2013) from the model for kidney cancer (Figure_Apx K-11), gave a meta-RR of 1.26
211  (95% CI 1.14-1.40) with no indication of heterogeneity ($I^2$ 0.0%, p 0.57).  Dropping that study from the
212  analysis of liver cancer (
213
214  Figure_Apx **K-12**) similarly eliminated the heterogeneity among studies ($I^2$ 0.0%, p 0.56) and gave a
215  meta-RR of 1.34 (95% CI 1.13-1.59). Meta-RR values for all three tissues increased without the
216  (Vlaanderen et al., 2013) study and achieved statistical significance.
217
218

219
220
**Figure_Apx K-9. Fixed-effects model, overall association of NHL and exposure to TCE, study of Vlaanderen et al. (2013) omitted.**



221
222
223
224
225
**Figure_Apx K-10. Fixed-effects model, association of NHL and high exposure to TCE, study of Vlaanderen et al. (2013) omitted.**



226
227
228
229

230
231

**Figure_Apx K-11. Fixed-effects model, overall association of kidney cancer and exposure to TCE, study of Vlaanderen et al. (2013) omitted.**



232
233
234
235

236
237

**Figure_Apx K-12. Fixed-effects model, overall association of liver cancer and exposure to TCE, study of Vlaanderen et al. (2013) omitted.**



238
239

240  **Stratification by Data Quality**
241  Fixed-effects meta-analyses for each cancer were also stratified by the study quality score assigned in
242  EPA's review to assess whether the strength of association varied between highest- and lower-quality
243  studies. In this manner, the meta-RR was compared among studies scoring High in data quality to those
244  scoring Medium or Low. For NHL (Figure_Apx K-13), there was no heterogeneity among studies
245  scored as high quality ($I^2$ 0.0%, p 0.78) and the meta-RR was 1.29 (95% CI 1.04-1.59), while among
246  studies scored medium or low the meta-RR was 1.01 (95% CI 0.95-1.07) with moderate heterogeneity
247  ($I^2$ 40.0%, p 0.06). Studies of kidney cancer (Figure_Apx K-14) that scored high for data quality gave a
248  meta-RR of 1.14 (95% CI 0.85-1.53) with no indicated heterogeneity ($I^2$ 0.0% p 0.45), whereas lower-
249  ranked studies gave a meta-RR of 1.06 (95% CI 1.00-1.11) with significant heterogeneity ($I^2$ 50.0% p
250  0.02). In contrast, moderate, non-significant heterogeneity ($I^2$ 36.0% p 0.21), remained among the three
251  studies of liver cancer (Figure_Apx K-15) scored high for data quality; the meta-RR among those
252  studies was 1.59 (95% CI 1.17-2.16). Lower scoring studies showed no heterogeneity ($I^2$ 0.0% p 0.56)
253  and a meta-RR of 1.04 (95% CI  0.95-1.15).  Fitting a random-effects model reduced the meta-RR for
254  highly scored studies to 1.42 (95% CI 0.88-2.30) but did not change the estimate for lower-scored
255  studies. For all three tissues, the meta-RR was greater among the high quality studies compared to
256  medium or low quality studies. Statistical significance was not always achieved due to the low number
257  of studies scored High, however this stratification demonstrates stronger associations of cancer with
258  TCE exposure among higher-quality data.
259
260
261  **Figure_Apx K-13. Fixed-effects model, overall association of NHL and**
262  **exposure to TCE stratified by study quality score.**



263
264
265
266
267

268
269

**Figure_Apx K-14. Fixed-effects model, overall association of kidney cancer and exposure to TCE stratified by study quality score.**



270
271
272
273

**Figure_Apx K-15. Fixed-effects model, overall association of liver cancer and exposure to TCE stratified by study quality score.**



274
275
276
277

278   **Assessment of Publication Bias**
279   Funnel plots can be used to assess publication bias, a systematic error that occurs if statistically
280   significant studies are more likely to be submitted and published than nonsignificant studies. One feature
281   of publication bias is that smaller studies tend to have larger effect sizes than larger studies, since
282   smaller studies need larger effect sizes in order to be statistically significant. To measure this, funnel
283   plots plot standard error (SE) vs natural log of the RR (LnEst) to compare study size and effect size. If
284   there is no relationship, the studies should be symmetrically distributed around the summary RR
285   estimate (the vertical line), while publication bias is indicated by the points veering towards higher RR
286   estimates with increasing SEs (*i.e.,* toward the lower right).
287
288   Funnel plots including all studies (Figure_Apx K-16, a-c) were consistent with modest publication bias,
289   with a possible tendency toward omission of moderate-sized studies with weak or null associations.
290   With the (Vlaanderen et al., 2013) study omitted, however, the plots became more symmetrical,
291   consistent with an absence of publication bias among the remaining studies (Figure_Apx K-16, d-f).
292

293
294
295
296
297

**Figure_Apx K-16. Funnel plots for publication bias.**
**<u>All studies</u>: a. NHL; b. kidney cancer; c. liver cancer;**
<span style="color:red"><u>**Omitting Vlaanderen et al. (2013)**</u>**: d. NHL; e. kidney cancer; f. liver cancer.**</span>



298
299
300
301
302
303

304
305
306
U.S. EPA (2011)

## K.2.3   Selected RR estimates and confidence intervals by study and cancer type

**Table Apx K-7. Selected RR estimates for NHL associated with TCE exposure (overall effect) from cohort studies published after**

| Study | RR | 95% LCL | 95% UCL | RR type | ln (RR) | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|---|---|---|---|---|---|---|---|---|
| Bove et al. (2014a) (2799547) | 1.15 | 0.56 | 2.34 | HR | 0.140 | 0.37 | None | Adjusted hazard ratio for males and females; cumulative exposure for high exposure in enlisted personnel; reference group had no exposure to TCE; 10-year lag time; specific ICD codes were not reported. |
| Bove et al. (2014b) (2800329) | 0.32 | 0.05 | 2.10 | HR | -1.1 | 0.45 | None | Adjusted hazard ratio for males and females, Camp Lejeune cohort; cumulative exposure to TCE, >median vs <median (referent group); 10-year lag time; specific ICD codes not reported. |
| Hansen et al. (2013) (2128005) | 1.21 | 0.83 | 1.71 | SIR | 0.191 | 0.18 | 1.11 (0.68-1.72) SIR for 20-year lag time; 1.26 (0.89-1.73) SIR for no lag | ICD-7 200+202; standard incidence ratio for males and females in three populations (Denmark, Sweden, and Finland); 10-year lag time; study also reports hazard rate ratios for NHL based on urinary TCE metabolite |
| Lipworth et al. (2011) (1235276) | 1.02 | 0.55 | 1.90 | RR | 0.020 | 0.32 | 1.10 (0.59-2.04) RR for 1-4 yr exposure; 0.84 (0.48-1.47) RR for <1 yr exposure; 1.31 (0.97-1.73) SMR for routine and intermittent exposure for at least 1 yr (compared with general population) | ICD-9 200+202; relative risk for sex and race combined; ≥5 yr exposure in workers, routine and intermittent exposure; referent category was nonexposed factory workers |
| Silver et al. (2014) (2799800) | 0.87 | 0.57 | 1.35 | HR | -0.14 | 0.22 | None | Hazard ratio at 5 modified exposure years for males and females; cumulative exposure; adjusted for sex and paycode; 10-year lag time; specific ICD codes not reported. |

**Table_Apx K-8. Selected RR estimates for NHL associated with TCE exposure (overall effect) from case-control studies published after U.S. EPA (2011)**

| Study | RR | 95% LCL | 95% UCL | RR type | ln RR | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|-------|-----|---------|---------|---------|-------|------------|--------------------------------|----------|
| Vlaanderen et al. (2013) 2128436 | 0.97 | 0.91 | 1.04 | HR | -0.030 | 0.034 | 0.95 (0.84-1.06) HR for men and women; | ICD-7 200 + 202; hazard ratio for men and women, third tertile of cumulative exposure for (n=1211 cases); occupationally unexposed individuals were used as the reference group; unlagged exposure (up to 20 years of lag time had a negligible impact on HR) cumulative exposure for men and women; high exposure groups only (n=353 cases) |

**Table_Apx K-9. Selected RR estimates for NHL associated with TCE exposure (effect in the highest exposure group) studies published after U.S. EPA (2011)**

| Study | RR | 95% LCL | 95% UCL | RR type | ln RR | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|-------|-----|---------|---------|---------|-------|------------|--------------------------------|----------|
| Christensen et al. (2013) (2127914) | 1.2 | 0.5 | 2.9 | | 0.18 | 0.45 | 1.0 (0.3-3.5) OR for substantial exposure | ICD-9 200 + 202; odds ratio for males and females; any exposure; adjusted by age, census tract median income, educational attainment (years), ethnicity, questionnaire respondent (self vs. proxy) and, smoking using population and cancer controls weighting proportionately |
| Cocco et al. (2013) (2129584) | 1.4 | 0.9 | 2.1 | | 0.34 | 0.22 | 1.0 (0.8-1.2); any vs no exposure in all subjects | Specific ICD codes not reported; odds ratio for males and females; all study subjects with high probability of exposure ; adjusted by age, sex, and contributing study (50 cases, 38 controls). |

| Study | RR | 95% UCL | log RR (log RR) | SE (log RR) | Alternate RR estimates (95% CI) | Comments |
|-------|-----|---------|-----------------|-------------|--------------------------------|----------|
| | | | Cohort Studies | | | |

314
315
316

**Table_Apx K-10. Selected RR estimates for kidney cancer associated with TCE exposure (overall effect) from cohort studies published after U.S. EPA (2011)**

| Study | RR | 95% LCL | 95% UCL | RR type | ln RR | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Case-Control Studies** | | | |
| Hansen et al. (2013) (2128005) | 0.66 | 0.21 | 2.03 | HRR | -0.42 | 0.50 | None | 0.96 (0.84-1.09) HR for men and women; intensity x prevalence for high exposure groups only (n=269 cases); occupationally unexposed individuals were used as the reference group; unlagged exposure |
| Vlaanderen et al. (2013) 2128436 Nested Case-control | 0.95 | 0.84 | 1.06 | HR | -0.051 | 0.059 | None | |
| Christensen et al. (2013) (2127914) | 1.0 | 0.3 | 3.5 | | 0.00 | 0.63 | NA | ICD-9 200 + 202, odds ratio for males and females; substantial exposure; adjusted by age, census tract median income, educational attainment (years), ethnicity, questionnaire respondent (self vs. proxy) and, smoking using population and cancer controls weighting proportionately. |
| Cocco et al. (2013) (2129584) | 2.2 | 0.7 | 6.7 | | 0.79 | 0.58 | 1.4 (1.0-2.1) OR for females; >150 ppm intensity level among all subjects. | Specific ICD codes were not reported; odds ratio for males and females; >75 ppm intensity level for study subjects with high probability of exposure (9 cases, 5 controls); adjusted by age, sex, and study. |
| Bove et al. (2014a) (2799547) | 1.52 | 0.64 | 3.61 | HR | 0.419 | | None | Adjusted hazard ratio for high exposure in enlisted personnel; reference group had no exposure to TCE; 10-year lag time |
| Buhagen et al. (2016) 3502047 | 1.7 | 1.0 | 3.0 | SIR | 0.53 | 0.30 | None | 14 cases had confirmed occupational exposure to TCE. |
| Hansen et al. (2013) (2128005) | 1.04 | 0.71 | 1.50 | SIR | 0.039 | 0.18 | 1.11 (0.67-1.73) SIR for 20-year lag time; 1.01 (0.70-1.42) SIR for no lag | Standard incidence ratio for males and females in three populations (Denmark, Sweden, and Finland); 10-year lag time; study also reports hazard rate ratios for kidney cancer based on urinary TCE metabolite |

317
318
319

**Table_Apx K-11. Selected RR estimates for kidney cancer associated with TCE exposure (overall effect) from case-control studies published after U.S. EPA (2011)**

| Study | RR | 95% LCL | 95% UCL | ln RR | RR type | ln RR | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Lipworth et al. (2011) (1235276) | 0.85 | 0.33 | 2.19 | | RR | -0.16 | 0.48 | 0.42 (0.13-1.42) RR for 1-4 yr exposure; 0.52 (0.21-1.30) RR for <1 yr exposure; 0.66 (0.38-1.07) SMR for routine and intermittent exposure for at least 1 yr (compared with general population) | Relative risk; sex and race combined; ≥5 yr exposure in workers, routine and intermittent exposure; referent category was nonexposed factory workers |
| Silver et al. (2014) (2799800) | 1.24 | 0.87 | 1.77 | | HR | 0.215 | 0.18 | None | Hazard ratio at 5 modified exposure years for males and females; cumulative exposure; adjusted for sex and paycode; 10-year lag time |
| Vlaanderen et al. (2013) (2128436) | 1.00 | 0.95 | 1.07 | | HR | 0.00 | 0.030 | 0.86 (0.75-0.98) HR for men and women; cumulative exposure for high exposure groups only (n=251 cases) | Hazard ratio for males and females; cumulative exposure (n=1372 cases); occupationally unexposed individuals were used as the reference group; unlagged exposure (up to 20 years of lag time had a negligible impact on HR) |
| Christensen et al. (2013) (2127914) | 0.9 | 0.4 | 2.4 | | | -0.11 | 0.46 | 0.6 (0.1-2.8) OR for substantial exposure | Odds ratio for males and females; any exposure; adjusted by age, census tract median income, educational attainment (years), ethnicity, questionnaire respondent (self vs. proxy), smoking, and coffee, beer, wine, and spirit intake using population and cancer controls weighting proportionately |

320
321
322

**Table_Apx K-12. Selected RR estimates for liver cancer associated with TCE exposure (overall effect) from cohort studies published after U.S. EPA (2011)**

| Study | RR | 95% LCL | 95% UCL | RR type | ln RR | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|---|---|---|---|---|---|---|---|---|
| Purdue et al. (2016) (3482059) | 0.8 | 0.4 | 1.5 | | -0.22 | 0.34 | OR 0.9 (0.5 – 1.9) for third tertile of cumulative hours exposed, any exposure intensity (23 cases, 19 controls). | Odds ratio for kidney cancer in group with highest probability of exposure (≥90%, 32 cases, 32 controls); adjusted for age, sex, race, study center, education level, smoking status, BMI and history of hypertension |
| Bove et al. (2014a) (2799547) | 0.86 | 0.37 | 1.97 | HR | -0.15 | 0.43 | None | Adjusted hazard ratio for males and females; cumulative exposure for high exposure in enlisted personnel; reference group had no exposure to TCE; 10-year lag time |
| Hansen et al. (2013) (2128005) | 1.83 | 1.24 | 2.56 | SIR | 0.604 | 0.177 | 2.09 (1.34-3.11) SIR for 20-year lag time; 1.77 (1.24-2.45) SIR for no lag | Liver and biliary passages; standard incidence ratio for males and females in three populations (Denmark, Sweden, and Finland); 10-year lag time; study also reports hazard rate ratios for liver and biliary passages cancer based on urinary TCE metabolite |
| Lipworth et al. (2011) (1235276) | 0.83 | 0.36 | 1.91 | RR | -0.19 | 0.43 | 0.69 (0.28-1.71) RR for 1-4 yr exposure; 0.67 (0.32-1.42) RR for <1 yr routine and intermittent exposure; referent category was nonexposed factory workers; 0.89 (0.57-1.33) SMR for routine and intermittent exposure for at least 1 yr (compared with general population) | Liver and biliary passages; relative risk; sex and race combined; ≥5 yr exposure in workers, routine and intermittent exposure |
| Silver et al. (2014) (2799800) | 0.99 | 0.50 | 1.95 | HR | -0.010 | 0.35 | None | Liver, biliary passages, and gallbladder; hazard ratio at 5 modified exposure years for males and females; cumulative exposure; adjusted for sex and paycode; 10-year lag time |

**Table_Apx K-13. Selected RR estimates for liver cancer associated with TCE exposure (overall effect) from case-control studies published after U.S. EPA (2011)**

| Study | RR | 95% LCL | 95% UCL | RR type | ln RR | SE (ln RR) | Alternate RR estimates (95% CI) | Comments |
|---|---|---|---|---|---|---|---|---|
| Vlaanderen et al. (2013) 2128436 | 1.00 | 0.90 | 1.11 | HR | 0.00 | 0.054 | 1.02 (0.82-1.25) HR for men and women; cumulative exposure for occupationally unexposed individuals were used as the reference group; unlagged exposure (up to 20 years of lag time had a negligible impact on HR) | Hazard ratio for males and females; third tertile of cumulative exposure (n=422 cases); high exposure groups only (n=106 cases) |

| Study | RR | 95% LCL | 95% UCL | ln RR | SE (ln RR) | Alternate RR estimate (95% CI) | Comments |
|---|---|---|---|---|---|---|---|
| Christensen et al. (2013) 2127914 | 1.1 | 0.1 | 8.5 | 0.095 | 1.1 | 2.1 (0.2-18) OR for substantial exposure | Odds ratio for males and females; any exposure, adjusted by age, census tract median income, educational attainment (years), ethnicity, questionnaire respondent (self vs. proxy), smoking, and beer, wine, and spirit intake using population and cancer controls weighting proportionately |

### K.2.4    Sample Stata commands for meta-analysis

Notes: the variables LnEst and SE are the natural log(RR) and its estimated standard error, respectively; Author_date labels studies on forest plots.

Basic fixed-effects analysis with axis labels:
metan LnEst SE, eform label(namevar=Author_date) effect(RR) xlabel(0.1, 0.2, 0.5, 1.0, 2.0,5.0,10)

Basic random-effects analysis with axis labels:
metan LnEst SE random, eform label(namevar=Author_date) effect(RR) xlabel(0.1, 0.2, 0.5, 1.0, 2.0,5.0,10)

Basic fixed-effects model omitting one study (indicated by NAME):
metan LnEst SE if Author!="NAME", eform label(namevar=Author_date) effect(RR) xlabel(0.1, 0.2, 0.5, 1.0, 2.0,5.0,10)

Fixed-effects model stratifying by quality score (HiQ):
metan LnEst SE, eform label(namevar=Author_date) effect(RR) xlabel(0.1, 0.2, 0.5, 1.0, 2.0,5.0,10) by(HiQ)

Basic "leave one out" analysis of influence:
metaninf LnEst SE, eform label(namevar=Author_date) effect(RR)

Basic funnel plot:
metafunnel LnEst SE

353 **Appendix L     APPROACH FOR ESTIMATING WATER**
354 **RELEASES FROM MANUFACTURING SITES**
355 **USING EFFLUENT GUIDELINES**

356 This appendix presents a methodology for estimating water releases of TCE from manufacturing
357 sites using effluent guidelines (EGs). This method uses the maximum daily and maximum
358 average monthly concentrations allowed under the Organic Chemicals, Plastics and Synthetic
359 Fibers (OCPSF) Effluent Guidelines and Standards (U.S. EPA). EGs are national regulatory
360 standards set forth by EPA for wastewater discharges to surface water and municipal sewage
361 treatment plants. The OCPSF EG applies to facilities classified under the following SIC codes:
362
363 • 2821—Plastic Materials, Synthetic Resins, and Nonvulcanizable Elastomers;
364 • 2823—Cellulosic Man-Made Fibers;
365 • 2865—Cyclic Crudes and Intermediates, Dyes, and Organic Pigments; and
366 • 2869—Industrial Organic Chemicals, Not Elsewhere Classified.
367
368 Manufacturers of TCE would typically be classified under SIC code 2869; therefore, the
369 requirements of the OCPSF EG are assumed to apply to manufacturing sites. Subparts I, J, and K
370 of the OCPSF EG set limits for the concentration of TCE in wastewater effluent for industrial
371 facilities that are direct discharge point sources using end-of-pipe biological treatment, direct
372 discharge point sources that do not use end-of-pipe biological treatment, and indirect discharge
373 point sources, respectively (U.S. EPA, 2019c). Direct dischargers are facilities that discharge
374 effluent directly to surface waters and indirect dischargers are facilities that discharge effluent to
375 publicly-owned treatment works (POTW). The OCPSF limits for TCE in each of the Subparts
376 are provided in Table_Apx L-1.
377
378 **Table_Apx L-1. Summary of OCPSF Effluent Guidelines for Trichloroethylene**

| OCPSF Subpart | Maximum for Any One Day (μg/L) | Maximum for Any Monthly Average (μg/L) | Basis |
|---|---|---|---|
| Subpart I – Direct Discharge Point Sources That Use End-of-Pipe Biological Treatment | 54 | 21 | BAT effluent limitations and NSPS |
| Subpart J – Direct Discharge Point Sources That Do Not Use End-of-Pipe Biological Treatment | 69 | 26 | BAT effluent limitations and NSPS |
| Subpart K – Indirect Discharge Point Sources | 69 | 26 | Pretreatment Standards for Existing Sources (PSES) and Pretreatment Standards for New Sources (PSNS) |

379   BAT = Best Available Technology Economically Achievable; NSPS = New Source Performance Standards; PSES =
380   Pretreatment Standards for Existing Sources; PSNS = Pretreatment Standards for New Sources.
381   Source: (U.S. EPA)
382
383   To estimate daily releases from the EG, EPA used Equation I-1 to estimate daily releases and
384   Equation D-2 to estimate annual releases using the parameters in Table_Apx L-2. The prevalence
385   of end-of-pipe biological treatment is unknown; therefore, EPA used the discharge limits for
386   direct discharge point sources that do not use end-of-pipe biological treatment (Subpart J) and
387   indirect discharge point sources (Subpart K). EPA estimated a central tendency daily release
388   using the limit for the maximum monthly average (26 µg/L) from Subparts J and K, a high-end
389   daily release using the limit for the maximum for any one day (69 µg/L) from Subparts J and K,
390   and an annual release using the maximum monthly average from Subpart J and K.
391
392   **Equation L-1**

393
$$DR = \frac{DL \times PW \times PV}{1{,}000{,}000{,}000 \times OD}$$

394
395   **Equation L-2**

396
$$AR = \frac{DL \times PW \times PV}{1{,}000{,}000{,}000}$$

397
398   **Table_Apx L-2. Default Parameters for Estimating Water Releases of Trichloroethylene**
399   **from Manufacturing Sites**

| Parameter | Parameter Description | Default Value | Unit |
|-----------|----------------------|---------------|------|
| DR | Daily release rate | Calculated from equation | kg/site-day |
| DL | Discharge limit[a] | Max Daily: 69 Average Daily: 26 Annual: 26 | µg/L |
| PW | Produced water[b] | 10 | L/kg |
| PV | Annual TCE production volume | Site-specific | kg/site-yr |
| OD | Operating Days[c] | 350 | days/yr |
| AR | Annual release rate | Calculated from equation | kg/site-yr |

400   [a] Discharge limits are based on the maximum discharge limits allowed in the OCPSF EG, which correspond to the
401   discharge limits for direct discharge point sources with no biological end-of-pipe treatment (Subpart J) and indirect
402   discharge points sources (Subpart K) (citation for 40 C.F.R. 414). There is no "average" daily discharge limit set by
403   the EGs; therefore, EPA assumed that the average daily discharge concentration would be equal to the maximum
404   monthly average discharge limit.
405   [b] The amount of produced water per kilogram of TCE produced is based on the SpERC developed by the European
406   Solvent Industry Group for the manufacture of a substance, which estimates 10 m$^3$ of wastewater generated per
407   metric ton of substance produced and converted to 10 L/kg (European Solvents Industry Group (ESIG),
408   2012).
409   [c] Due to large throughput, manufacturing sites are assumed to operate seven days per week and 50 weeks per year
410   with two weeks per year for shutdown activities.

411
412 EPA did not identify TCE-specific information on the amount of wastewater produced per day.
413 The Specific Environmental Release Category (SpERC) developed by the European Solvent
414 Industry Group for the manufacture of a substance estimates 10 m$^3$ of wastewater generated per
415 metric ton of substance produced (equivalent to 10 L water/kg of substance produced) (European
416 Solvents Industry Group (ESIG), 2012). In lieu of TCE-specific information, EPA estimated
417 wastewater flow using the SpERC specified wastewater production volume and the annual TCE
418 production rates for each facility. Table_Apx L-3 provides estimated daily production volume
419 and wastewater flow for each facility that EPA used the EG to assess water releases.
420
421 **Table_Apx L-3. Summary of Facility Trichloroethylene Production Volumes and**
422 **Wastewater Flow Rates**

| Site | Annual Production Volume (kg/site-yr) | Annual Operating Days (days/yr) | Daily Production Volume (kg/site-day) | Daily Wastewater Flow (L/site-day) |
|---|---|---|---|---|
| Solvents & Chemicals, Pearland, TX[a] | 20,382,094 | 350 | 58,234 | 582,345 |

423 [a] The 2015 annual production volumes in the 2016 CDR for this site was either claimed as CBI or withheld. EPA
424 estimated the production volume by subtracting known site production volumes from the national production
425 volume and averaging the result over all the sites with CBI or withheld production volumes and converting from
426 pounds to kilograms.
427
428 EPA estimated both a maximum daily release and an average daily release using the OCPSF EG
429 limits for TCE for maximum on any one day and maximum for any monthly average,
430 respectively. Prevalence of end-of-pipe biological treatment at TCE manufacturing sites is
431 unknown; therefore, EPA used limits for direct discharges with no end-of-pipe biological
432 treatment and indirect dischargers as conservative. EPA estimated annual releases from the
433 average daily release and assuming 350 days/yr of operation.
434
435 Example max daily, average daily, and annual water release calculations for TCE at
436 manufacturing sites based on the estimated production volume for Solvents & Chemicals
437 (44,934,862 lbs/yr or 20,382,094 kg/yr):[30]
438

439
$$Max\ DR = \frac{69\frac{\mu g}{L} \times 10\frac{L}{kg} \times 20,382,094\frac{kg}{yr}}{1,000,000,000\frac{\mu g}{kg} \times 350\frac{days}{yr}} = 0.04\frac{kg}{day}$$

440

---

30 This estimated production volume is equal to the estimated production volume assessed for all manufacturing sites.

441
$$Average\ DR = \frac{26\frac{\mu g}{L} \times 10\frac{L}{kg} \times 20{,}382{,}094\frac{kg}{yr}}{1{,}000{,}000{,}000\frac{\mu g}{kg} \times 350\frac{days}{yr}} = 0.015\ \frac{kg}{day}$$

442

443
$$AR = \frac{26\frac{\mu g}{L} \times 10\frac{L}{kg} \times 20{,}382{,}094\frac{kg}{yr}}{1{,}000{,}000{,}000\frac{\mu g}{kg}} = 5.3\frac{kg}{yr}$$

444

445 **Appendix M    SAMPLE CALCULATIONS FOR**
446 **CALCULATING ACUTE AND CHRONIC (NON-**
447 **CANCER AND CANCER) INHALATION**
448 **EXPOSURE**

449 Sample calculations for high-end and central tendency acute and chronic exposure
450 concentrations for one setting, Manufacturing, are demonstrated below. The explanation of the
451 equations and parameters used is provided in [*Environmental Releases and Occupational*
452 *Exposure Assessment. Docket:* EPA-HQ-OPPT-2019-0500]. The final values will have two
453 significant figures since they are based on values from modeling.
454

## M.1    Example High-End AC, ADC, and LADC

456
457 Calculate $AC_{HE}$:
458

$$AC_{HE} = \frac{C_{HE} \times ED}{AT_{acute}}$$

460

$$AC_{HE} = \frac{2.6 \, ppm \times 8 \, hr/day}{24 \, hr/day} = 0.87 \, ppm$$

462
463 Calculate $ADC_{HE}$:

$$ADC_{HE} = \frac{C_{HE} \times ED \times EF \times EWY}{AT}$$

465

$$ADC_{HE} = \frac{2.6 \, ppm \times 8 \, \frac{hr}{day} \times 250 \, \frac{days}{year} \times 40 \, years}{\left(40 \, years \times 365 \, \frac{days}{year} \times 24 \, \frac{hours}{day}\right)} = 0.59 \, ppm$$

467
468
469 Calculate $LADC_{HE}$:

$$LADC_{HE} = \frac{C_{HE} \times ED \times EF \times EWY}{AT_{LADC}}$$

471

$$LADC_{HE} = \frac{2.6 \, ppm \times 8 \, \frac{hr}{day} \times 250 \, \frac{days}{year} \times 40 \, years}{\left(78 \, years \times 365 \, \frac{days}{year} \times 24 \, \frac{hours}{day}\right)} = 0.30 \, ppm$$

473
474

## M.2    Example Central Tendency AEC, ADC, and LADC

Calculate AC$_{CT}$:

$$AC_{CT} = \frac{C_{CT} \times ED}{AT_{acute}}$$

$$AC_{CT} = \frac{0.03\ ppm \times 8\ hr/day}{24\ hr/day} = 0.01\ ppm$$

Calculate ADC$_{CT}$:

$$ADC_{CT} = \frac{C_{CT} \times ED \times EF \times WY}{AT}$$

$$ADC_{CT} = \frac{0.03\ ppm \times 8\frac{hr}{day} \times 250\frac{days}{year} \times 31\ years}{31\ years \times 365\frac{days}{yr} \times 24\frac{hr}{day}} = 0.01\ ppm$$

Calculate LADC$_{CT}$:

$$LADC_{CT} = \frac{C_{CT} \times ED \times EF \times WY}{AT_c}$$

$$\boldsymbol{LADC_{CT} = \frac{0.03\ ppm \times 8\frac{hr}{day} \times 250\frac{days}{year} \times 31\ years}{78\ years \times 365\frac{days}{year} \times 24\ hr/day} = 2.8 \times 10^{-3}\ ppm}$$

# Appendix N    VAPOR DEGREASING AND COLD CLEANING NEAR-FIELD/FAR-FIELD INHALATION EXPOSURE MODELS APPROACH AND PARAMETERS

This appendix presents the modeling approach and model equations used in the following models:

- Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model;
- Conveyorized Degreasing Near-Field/Far-Field Inhalation Exposure Model;
- Web Degreasing Near-Field/Far-Field Inhalation Exposure Model; and
- Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model.

The models were developed through review of the literature and consideration of existing EPA exposure models. These models use a near-field/far-field approach (Nicas, 2009), where a vapor generation source located inside the near-field diffuses into the surrounding environment. Workers are assumed to be exposed to TCE vapor concentrations in the near-field, while occupational non-users are exposed at concentrations in the far-field.

The model uses the following parameters to estimate exposure concentrations in the near-field and far-field:

- Far-field size;
- Near-field size;
- Air exchange rate;
- Indoor air speed;
- Exposure duration;
- Vapor generation rate; and
- Operating hours per day.

An individual model input parameter could either have a discrete value or a distribution of values. EPA assigned statistical distributions based on reasonably available literature data. A Monte Carlo simulation (a type of stochastic simulation) was conducted to capture variability in the model input parameters. The simulation was conducted using the Latin hypercube sampling method in @Risk Industrial Edition, Version 7.0.0. The Latin hypercube sampling method is a statistical method for generating a sample of possible values from a multi-dimensional distribution. Latin hypercube sampling is a stratified method, meaning it guarantees that its generated samples are representative of the probability density function (variability) defined in the model. EPA performed the model at 100,000 iterations to capture the range of possible input values (*i.e.,* including values with low probability of occurrence).

Model results from the Monte Carlo simulation are presented as 95th and 50th percentile values. The statistics were calculated directly in @Risk. The 95th percentile value was selected to represent high-end exposure level, whereas the 50th percentile value was selected to represent typical exposure level. The following subsections detail the model design equations and parameters for vapor degreasing and cold cleaning models.

### N.1     Model Design Equations

Figure_Apx N-1 through Figure_Apx N-3 illustrate the near-field/far-field modeling approach as it was applied by EPA to each vapor degreasing and cold cleaning model. As the figures show, volatile TCE vapors evaporate into the near-field, resulting in worker exposures at a TCE concentration $C_{NF}$. The concentration is directly proportional to the evaporation rate of TCE, (denoted by "G" in Figure 2-7), into the near-field, whose volume is denoted by $V_{NF}$. The ventilation rate for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field, resulting in occupational non-user exposures to TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates out of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly TCE dissipates out of the surrounding space and into the outside air.



**Figure_Apx N-1. The Near-Field/Far-Field Model as Applied to the Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model and the Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model**



**Figure_Apx N-2. The Near-Field/Far-Field Model as Applied to the Conveyorized Degreasing Near-Field/Far-Field Inhalation Exposure Model**



**Figure_Apx N-3. The Near-Field/Far-Field Model as Applied to the Web Degreasing Near-Field/Far-Field Inhalation Exposure Model**

The model design equations are presented below in Equation K-1 through Equation K-18. Note the design equations are the same for each of the models discussed in this appendix.

562  Near-Field Mass Balance
563  **Equation K-1**

564
$$V_{NF}\frac{dC_{NF}}{dt} = C_{FF}Q_{NF} - C_{NF}Q_{NF} + G$$

565  Far-Field Mass Balance
566  **Equation K-2**

567
$$V_{FF}\frac{dC_{FF}}{dt} = C_{NF}Q_{NF} - C_{FF}Q_{NF} - C_{FF}Q_{FF}$$

568  Where:
569  $V_{NF}$  =  near-field volume;
570  $V_{FF}$  =  far-field volume;
571  $Q_{NF}$  =  near-field ventilation rate;
572  $Q_{FF}$  =  far-field ventilation rate;
573  $C_{NF}$  =  average near-field concentration;
574  $C_{FF}$  =  average far-field concentration;
575  G  =  average vapor generation rate; and
576  t  =  elapsed time.
577
578  Both of the previous equations can be solved for the time-varying concentrations in the near-field and
579  far-field as follows (Nicas, 2009):
580
581  **Equation K-3**
582
$$C_{NF} = G\left(k_1 + k_2 e^{\lambda_1 t} - k_3 e^{\lambda_2 t}\right)$$

583
584  **Equation K-4**

585
$$C_{FF} = G\left(\frac{1}{Q_{FF}} + k_4 e^{\lambda_1 t} - k_5 e^{\lambda_2 t}\right)$$

586  Where:
587  **Equation K-5**

588
$$k_1 = \frac{1}{\left(\frac{Q_{NF}}{Q_{NF} + Q_{FF}}\right)Q_{FF}}$$

589
590  **Equation K-6**

591
$$k_2 = \frac{Q_{NF}Q_{FF} + \lambda_2 V_{NF}(Q_{NF} + Q_{FF})}{Q_{NF}Q_{FF}V_{NF}(\lambda_1 - \lambda_2)}$$

592
593  **Equation K-7**

594
$$k_3 = \frac{Q_{NF}Q_{FF} + \lambda_1 V_{NF}(Q_{NF} + Q_{FF})}{Q_{NF}Q_{FF}V_{NF}(\lambda_1 - \lambda_2)}$$

595
596  **Equation K-8**

597
$$k_4 = \left(\frac{\lambda_1 V_{NF} + Q_{NF}}{Q_{NF}}\right)k_2$$

598
599  **Equation K-9**

600
$$k_5 = \left(\frac{\lambda_2 V_{NF} + Q_{NF}}{Q_{NF}}\right)k_3$$

601
602 **Equation K-10**

603
$$\lambda_1 = 0.5 \left[ -\left( \frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}} \right) + \sqrt{\left( \frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}} \right)^2 - 4\left( \frac{Q_{NF}Q_{FF}}{V_{NF}V_{FF}} \right)} \right]$$

604
605 **Equation K-11**

606
$$\lambda_2 = 0.5 \left[ -\left( \frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}} \right) - \sqrt{\left( \frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}} \right)^2 - 4\left( \frac{Q_{NF}Q_{FF}}{V_{NF}V_{FF}} \right)} \right]$$

607
608 EPA calculated the hourly TWA concentrations in the near-field and far-field using Equation M-1221
609 and Equation M-13, respectively. Note that the numerator and denominator of Equation M-1221 and
610 Equation M-132 use two different sets of time parameters. The numerator is based on operating times
611 for the scenario (*e.g.,* two or eight hours for OTVDs, 8 to 24 hours for conveyorized degreasers, 8 hours
612 for web degreasers, and 3 to 8 hours for cold cleaning, see Appendix P.2) while the denominator is fixed
613 to an average time span, t_avg, of eight hours (since EPA is interested in calculating 8-hr TWA
614 exposures). Mathematically, the numerator and denominator must reflect the same amount of time. This
615 is indeed the case since the numerator assumes exposures are zero for any hours not within the operating
616 time. Therefore, mathematically speaking, both the numerator and the denominator reflect eight hours
617 regardless of the values selected for $t_1$ and $t_2$.

618
619 **Equation K-12**

620
$$C_{NF,TWA} = \frac{\int_{t_1}^{t_2} C_{NF} dt}{\int_0^{t_{avg}} dt} = \frac{\int_{t_1}^{t_2} G\left(k_1 + k_2 e^{\lambda_1 t} - k_3 e^{\lambda_2 t}\right) dt}{t_{avg}} =$$

621

622
$$\frac{G\left(k_1 t_2 + \frac{k_2 e^{\lambda_1 t_2}}{\lambda_1} - \frac{k_3 e^{\lambda_2 t_2}}{\lambda_2}\right) - G\left(k_1 t_1 + \frac{k_2 e^{\lambda_1 t_1}}{\lambda_1} - \frac{k_3 e^{\lambda_2 t_1}}{\lambda_2}\right)}{t_{avg}}$$

623
624 **Equation K-13**

625
$$C_{FF,TWA} = \frac{\int_{t_1}^{t_2} C_{FF} dt}{\int_0^{t_{avg}} dt} = \frac{\int_{t_1}^{t_2} G\left(\frac{1}{Q_{FF}} + k_4 e^{\lambda_1 t} - k_5 e^{\lambda_2 t}\right) dt}{t_{avg}} =$$

626

627
$$\frac{G\left(\frac{t_2}{Q_{FF}} + \frac{k_4 e^{\lambda_1 t_2}}{\lambda_1} - \frac{k_5 e^{\lambda_2 t_2}}{\lambda_2}\right) - G\left(\frac{t_1}{Q_{FF}} + \frac{k_4 e^{\lambda_1 t_1}}{\lambda_1} - \frac{k_5 e^{\lambda_2 t_1}}{\lambda_2}\right)}{t_{avg}}$$

628
629 To calculate the mass transfer to and from the near-field, the free surface area, FSA, is defined to be the
630 surface area through which mass transfer can occur. Note that the FSA is not equal to the surface area of
631 the entire near-field. EPA defined the near-field zone to be a rectangular box resting on the floor;
632 therefore, no mass transfer can occur through the near-field box's floor. FSA is calculated in Equation
633 M-23, below:

Page **715** of **803**

634
635 **Equation K-14**
636 $$FSA = 2(L_{NF}H_{NF}) + 2(W_{NF}H_{NF}) + (L_{NF}W_{NF})$$
637
638 Where: $L_{NF}$, $W_{NF}$, and $H_{NF}$ are the length, width, and height of the near-field, respectively. The near-
639 field ventilation rate, $Q_{NF}$, is calculated in Equation M-154 from the near-field indoor wind speed, $v_{NF}$,
640 and FSA, assuming half of FSA is available for mass transfer into the near-field and half of FSA is
641 available for mass transfer out of the near-field:
642
643 **Equation K-15**
644 $$Q_{NF} = \frac{1}{2} v_{NF} FSA$$
645
646 The far-field volume, $V_{FF}$, and the air exchange rate, AER, is used to calculate the far-field ventilation
647 rate, $Q_{FF}$, as given by Equation M-25:
648
649 **Equation K-16**
650 $$Q_{FF} = V_{FF} AER$$
651
652 Using the model inputs described in Appendix E.2, EPA estimated TCE inhalation exposures for
653 workers in the near-field and for occupational non-users in the far-field. EPA then conducted the Monte
654 Carlo simulations using @Risk (Version 7.0.0). The simulations applied 100,000 iterations and the Latin
655 Hypercube sampling method for each model.
656
657 ## N.2     Model Parameters
658 Table_Apx N-1 through Table_Apx N-4 summarize the model parameters and their values for each of
659 the models discussed in this Appendix. Each parameter is discussed in detail in the following
660 subsections.

**Table Apx N-1. Summary of Parameter Values and Distributions Used in the Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model**

| Input Parameter | Symbol | Unit | Deterministic Values | | Uncertainty Analysis Distribution Parameters | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| Far-field volume | $V_{FF}$ | ft³ | 10,594 | Midpoint | 10,594 | 70,629 | 17,657 | Triangular | See Section N.2.1 |
| Air exchange rate | AER | hr⁻¹ | 2 | Mode | 2 | 20 | 3.5 | Triangular | See Section N.2.2 |
| Near-field indoor wind speed | $v_{NF}$ | ft/hr | 1,181 | 50th percentile | 154 | 23,882 | — | — | See Section N.2.3 |
| | | cm/s | 10 | 50th percentile | 1.3 | 202.2 | — | — | |
| Near-field width | $W_{NF}$ | ft | 10 | — | — | — | — | Constant Value | See Section N.2.4 |
| Near-field length | $L_{NF}$ | ft | 10 | — | — | — | — | Constant Value | |
| Near-field height | $H_{NF}$ | ft | 6 | — | — | — | — | Constant Value | |
| Starting time | $t_1$ | hr | 0 | — | — | — | — | Constant Value | Constant. |
| Exposure Duration | $t_2$ | hr | 8 | — | 2 | 8 | — | -- | See Section N.2.5 |
| Averaging Time | $t_{avg}$ | hr | 8 | — | — | — | — | Constant Value | See Section N.2.6 |
| Vapor generation rate | G | mg/hr | 2.34E+07 | Average | 4.54E+02 | 4.67E+07 | — | Discrete | See Section N.2.7 |
| | | lb/hr | 51.50 | Average | 0.001 | 103.00 | — | Discrete | |
| Operating hours per day | OH | hr/day | 8 | — | — | — | — | Discrete | See Section E.2.8 |

**Table_Apx N-2. Summary of Parameter Values and Distributions Used in the Conveyorized Degreasing Near-Field/Far-Field Inhalation Exposure Model**

| Input Parameter | Symbol | Unit | Deterministic Values | | Uncertainty Analysis Distribution Parameters | | | Distribution Type | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | | |
| Far-field volume | $V_{FF}$ | ft³ | 10,594 | Midpoint | 10,594 | 70,629 | 17,657 | Triangular | See Section N.2.1 |
| Air exchange rate | AER | hr⁻¹ | 2 | Mode | 2 | 20 | 3.5 | Triangular | See Section N.2.2 |
| Near-field indoor wind speed | $V_{NF}$ | ft/hr | 1,181 | 50th percentile | 154 | 23,882 | — | — | See Section N.2.3 |
| | | cm/s | 10 | 50th percentile | 1.3 | 202.2 | — | | |
| Near-field length | $L_{NF}$ | ft | 10 | — | — | — | — | Constant Value | See Section N.2.4 |
| Near-field width | $W_{NF}$ | ft | 10 | — | — | — | — | Constant Value | |
| Near-field height | $H_{NF}$ | ft | 6 | — | — | — | — | Constant Value | |
| Starting time | $t_1$ | hr | 0 | — | — | — | — | Constant Value | Constant. |
| Exposure Duration | $t_2$ | hr | 24 | — | 24 | 8 | — | Constant Value | See Section N.2.5 |
| Averaging Time | $t_{avg}$ | hr | 8 | — | — | — | — | Constant Value | See Section N.2.6 |
| Vapor generation rate | G | mg/hr | 1.6E+07 | Average | 3.63E+05 | 3.29E+07 | — | Discrete | See Section N.2.7 |
| | | lb/hr | 36.6 | Average | 0.80 | 72.5 | — | Discrete | |
| Operating hours per day | OH | hr/day | 24 | — | — | — | — | Constant | See Section E.2.8 |

666
667

**Table_Apx N-3. Summary of Parameter Values and Distributions Used in the Web Degreasing Near-Field/Far-Field Inhalation Exposure Model**

| Input Parameter | Symbol | Unit | Deterministic Values | | Uncertainty Analysis Distribution Parameters | | | | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| Far-field volume | V_FF | ft³ | 10,594 | Midpoint | 10,594 | 70,629 | 17,657 | Triangular | See Section N.2.1 |
| Air exchange rate | AER | hr⁻¹ | 2 | Mode | 2 | 20 | 3.5 | Triangular | See Section N.2.2 |
| Near-field indoor wind speed | v_NF | ft/hr | 1,181 | 50th percentile | 154 | 23,882 | — | — | See Section N.2.3 |
| | | cm/s | 10 | 50th percentile | 1.3 | 202.2 | — | | |
| Near-field length | L_NF | ft | 10 | — | — | — | — | Constant Value | |
| Near-field width | W_NF | ft | 10 | — | — | — | — | Constant Value | See Section N.2.4 |
| Near-field height | H_NF | ft | 6 | — | — | — | — | Constant Value | |
| Starting time | t_1 | hr | 0 | — | — | — | — | Constant Value | Constant. |
| Exposure Duration | t_2 | hr | 8 | — | 8 | 8 | — | Constant Value | See Section N.2.5 |
| Averaging Time | t_avg | hr | 8 | — | — | — | — | Constant Value | See Section N.2.6 |
| Vapor generation rate | G | mg/hr | — | — | 1.12E+05 | 1.12E+05 | — | Discrete | See Section N.2.7; Single Data Point |
| Operating hours per day | OH | hr/day | 24 | — | — | — | — | Constant | See Section P.2.8 |

668
669
670

Table_Apx N-4. Summary of Parameter Values and Distributions Used in the Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model

| Input Parameter | Symbol | Unit | Deterministic Values | | Uncertainty Analysis Distribution Parameters | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| Far-field volume | V$_{FF}$ | ft³ | 10,594 | Midpoint | 10,594 | 70,629 | 17,657 | Triangular | See Section N.2.1 |
| Air exchange rate | AER | hr⁻¹ | 2 | Mode | 2 | 20 | 3.5 | Triangular | See Section N.2.2 |
| Near-field indoor wind speed | v$_{NF}$ | ft/hr | 1,181 | 50th percentile | 154 | 23,882 | — | — | See Section N.2.3 |
| | | cm/s | 10 | 50th percentile | 1.3 | 202.2 | — | | |
| Near-field length | L$_{NF}$ | ft | 10 | — | — | — | — | Constant Value | See Section N.2.4 |
| Near-field width | W$_{NF}$ | ft | 10 | — | — | — | — | Constant Value | |
| Near-field height | H$_{NF}$ | ft | 6 | — | — | — | — | Constant Value | |
| Starting time | t₁ | hr | 0 | — | — | — | — | Constant Value | Constant. |
| Exposure Duration | t₂ | hr | — | — | 3 | 8 | — | Discrete | See Section N.2.5 |
| Averaging Time | t$_{avg}$ | hr | 8 | — | — | — | — | Constant Value | See Section N.2.6 |
| Vapor generation rate | G | mg/hr | 5.14E+05 | Average | 6.28E+02 | 1.02E+06 | — | Discrete | See Section N.2.7 |
| | | lb/hr | 1.13 | Average | 0.001 | 2.26 | — | Discrete | |
| Operating hours per day | OH | hr/day | — | — | — | — | — | — | See Section P.2.8 |

### N.2.1    Far-Field Volume

EPA used the same far-field volume distribution for each of the models discussed. The far-field volume is based on information obtained from (Von Grote et al., 2003) that indicated volumes at German metal degreasing facilities can vary from 300 to several thousand cubic meters. They noted that smaller volumes are more typical and assumed 400 and 600 m³ (14,126 and 21,189 ft³) in their exposure models (Von Grote et al., 2003). These are the highest and lowest values EPA identified in the literature; therefore, EPA assumes a triangular distribution bound from 300 m³ (10,594 ft³) to 2,000 m³ (70,629 ft³) with a mode of 500 m³ (the midpoint of 400 and 600 m³) (17,657 ft³).

### N.2.2    Air Exchange Rate

EPA used the same air exchange rate distribution for each of the models discussed. The air exchange rate is based on data from (Hellweg et al., 2009) and information received from a peer reviewer during the development of the 2014 *TSCA Work Plan Chemical Risk Assessment Trichloroethylene: Degreasing, Spot Cleaning and Arts & Crafts Uses* (U.S. EPA, 2013a). (Hellweg et al., 2009) reported that average air exchange rates for occupational settings using mechanical ventilation systems vary from 3 to 20 hr⁻¹. The risk assessment peer reviewer comments indicated that values around 2 to 5 hr⁻¹ are likely (U.S. EPA, 2013a), in agreement with the low end reported by (Hellweg et al., 2009). Therefore, EPA used a triangular distribution with the mode equal to 3.5 hr⁻¹, the midpoint of the range provided by the risk assessment peer reviewer (3.5 is the midpoint of the range 2 to 5 hr⁻¹), with a minimum of 2 hr⁻¹, per the risk assessment peer reviewer (U.S. EPA, 2013a) and a maximum of 20 hr⁻¹ per (Hellweg et al., 2009).

### N.2.3    Near-Field Indoor Air Speed

(Baldwin and Maynard, 1998a) measured indoor air speeds across a variety of occupational settings in the United Kingdom. Fifty-five work areas were surveyed across a variety of workplaces.

EPA analyzed the air speed data from (Baldwin and Maynard, 1998a) and categorized the air speed surveys into settings representative of industrial facilities and representative of commercial facilities. EPA fit separate distributions for these industrial and commercial settings and used the industrial distribution for facilities performing vapor degreasing and/or cold cleaning.

EPA fit a lognormal distribution for both data sets as consistent with the authors observations that the air speed measurements within a surveyed location were lognormally distributed and the population of the mean air speeds among all surveys were lognormally distributed. Since lognormal distributions are bound by zero and positive infinity, EPA truncated the distribution at the largest observed value among all of the survey mean air speeds from (Baldwin and Maynard, 1998a) (1998).

EPA fit the air speed surveys representative of industrial facilities to a lognormal distribution with the following parameter values: mean of 22.414 cm/s and standard deviation of 19.958 cm/s. In the model, the lognormal distribution is truncated at a maximum allowed value of 202.2 cm/s (largest surveyed mean air speed observed in (Baldwin and Maynard, 1998a) (1998)) to prevent the model from sampling values that approach infinity or are otherwise unrealistically large.

(Baldwin and Maynard, 1998a) only presented the mean air speed of each survey. The authors did not present the individual measurements within each survey. Therefore, these distributions represent a distribution of mean air speeds and not a distribution of spatially variable air speeds within a single workplace setting. However, a mean air speed (averaged over a work area) is the required input for the model.

### N.2.4   Near-Field Volume

EPA assumed a near-field of constant dimensions of 10 ft x 10 ft x 6 ft resulting in a total volume of 600 ft$^3$.

### N.2.5   Exposure Duration

EPA assumed the maximum exposure duration for each model is equal to the entire work-shift (eight hours). Therefore, if the degreaser/cold cleaning machine operating time was greater than eight hours, then exposure duration was set equal to eight hours. If the operating time was less than eight hours, then exposure duration was set equal to the degreaser/cold cleaning machine operating time (see Appendix E.2.8 for discussion of operating hours).

### N.2.6   Averaging Time

EPA was interested in estimating 8-hr TWAs for use in risk calculations; therefore, a constant averaging time of eight hours was used for each of the models.

### N.2.7   Vapor Generation Rate

For the vapor generation rate from each machine type (OTVD, conveyorized and cold), EPA used a discrete distribution based on the annual unit emission rates reported in the (U.S. EPA, 2018a). No web degreasers were reported in the 2014 NEI, therefore, (U.S. EPA, 2011a) data were used for web degreasers. Annual unit emission rates were converted to hourly unit emission rates by dividing the annual reported emissions by the reported annual operating hours (see Appendix E.2.8). Reported annual emissions in NEI without accompanying reported annual operating hours were not included in the analysis. Emission rates reported as zero were also excluded as it is unclear if this is before or after vapor controls used by the site and if the vapor controls used would control emissions into the work area (thus reducing exposure) or only control emissions to the environment (which would not affect worker exposures). Table_Apx N-5 summarizes the data available in the 2014 NEI.

**Table_Apx N-5. Summary of Trichloroethylene Vapor Degreasing and Cold Cleaning Data from the 2014 NEI**

| Unit Type | Total Units | Units with Zero Emissions | Units without Accompanying Operating Hours | Units Used in Analysis[a] |
|---|---|---|---|---|
| Open-Top Vapor Degreasers | 149 | 29 | 62 | 76 |
| Conveyorized Degreasers | 8 | 0 | 5 | 3 |
| Web Degreasers[b] | 1 | 0 | 0 | 1 |
| Cold Cleaning Machines | 17 | 1 | 6 | 10 |

a – Some units with zero emissions also did not include accompanying operating hours; therefore, subtracting the units with zero emissions and the units without operating hours from the total units does not equal the units in the analysis due to double counting.
b – No web degreasers reported in the 2014 NEI. One web degreaser reported in the (U.S. EPA, 2011a) was used in this analysis.
Source: (U.S. EPA, 2018a); (U.S. EPA, 2011a)


Table_Apx N-6 through Table_Apx N-9 summarize the distribution of hourly unit emissions for each machine type calculated from the annual emission in the 2014 NEI.

754     **Table_Apx N-6. Distribution of Trichloroethylene Open-Top Vapor Degreasing Unit Emissions**

| Count of Units | Unit Emissions (lb/unit-hr) | Fractional Probability |
|:---:|:---:|:---:|
| 1 | 103.00 | 0.0132 |
| 1 | 63.95 | 0.0132 |
| 1 | 19.04 | 0.0132 |
| 1 | 13.20 | 0.0132 |
| 1 | 12.18 | 0.0132 |
| 1 | 9.47 | 0.0132 |
| 1 | 9.21 | 0.0132 |
| 1 | 8.14 | 0.0132 |
| 1 | 7.30 | 0.0132 |
| 1 | 6.93 | 0.0132 |
| 1 | 6.64 | 0.0132 |
| 1 | 6.61 | 0.0132 |
| 1 | 6.44 | 0.0132 |
| 1 | 6.40 | 0.0132 |
| 1 | 6.32 | 0.0132 |
| 1 | 5.10 | 0.0132 |
| 1 | 5.06 | 0.0132 |
| 1 | 4.89 | 0.0132 |
| 1 | 4.85 | 0.0132 |
| 1 | 4.14 | 0.0132 |
| 1 | 3.96 | 0.0132 |
| 1 | 3.82 | 0.0132 |
| 1 | 3.77 | 0.0132 |
| 1 | 3.68 | 0.0132 |
| 2 | 3.66 | 0.0263 |
| 1 | 3.64 | 0.0132 |
| 1 | 3.43 | 0.0132 |
| 1 | 3.40 | 0.0132 |
| 1 | 2.88 | 0.0132 |
| 1 | 2.79 | 0.0132 |
| 1 | 2.64 | 0.0132 |
| 1 | 2.61 | 0.0132 |
| 1 | 2.48 | 0.0132 |
| 1 | 2.37 | 0.0132 |
| 1 | 2.20 | 0.0132 |
| 1 | 1.97 | 0.0132 |
| 1 | 1.96 | 0.0132 |
| 1 | 1.73 | 0.0132 |
| 1 | 1.62 | 0.0132 |
| 1 | 1.59 | 0.0132 |

| Count of Units | Unit Emissions (lb/unit-hr) | Fractional Probability |
|---|---|---|
| 1 | 1.44 | 0.0132 |
| 1 | 1.33 | 0.0132 |
| 1 | 1.22 | 0.0132 |
| 1 | 1.09 | 0.0132 |
| 2 | 0.93 | 0.0263 |
| 1 | 0.90 | 0.0132 |
| 2 | 0.84 | 0.0263 |
| 1 | 0.83 | 0.0132 |
| 1 | 0.79 | 0.0132 |
| 3 | 0.79 | 0.0395 |
| 1 | 0.70 | 0.0132 |
| 1 | 0.62 | 0.0132 |
| 1 | 0.60 | 0.0132 |
| 1 | 0.43 | 0.0132 |
| 1 | 0.42 | 0.0132 |
| 1 | 0.39 | 0.0132 |
| 1 | 0.38 | 0.0132 |
| 1 | 0.38 | 0.0132 |
| 1 | 0.35 | 0.0132 |
| 1 | 0.23 | 0.0132 |
| 1 | 0.18 | 0.0132 |
| 1 | 0.15 | 0.0132 |
| 1 | 0.15 | 0.0132 |
| 1 | 0.14 | 0.0132 |
| 1 | 0.11 | 0.0132 |
| 1 | 0.10 | 0.0132 |
| 2 | 0.10 | 0.0263 |
| 1 | 0.07 | 0.0132 |
| 1 | 0.03 | 0.0132 |
| 1 | 0.001 | 0.0132 |

755
756      **Table_Apx N-7. Distribution of Trichloroethylene Conveyorized Degreasing Unit Emissions**

| Count of Units | Unit Emissions (lb/unit-hr) | Fractional Probability |
|---|---|---|
| 1 | 72.48 | 0.3333 |
| 1 | 1.51 | 0.3333 |
| 1 | 0.80 | 0.3333 |

757

758    **Table_Apx N-8. Distribution of Trichloroethylene Web Degreasing Unit Emissions**

| Count of Units | Unit Emissions (lb/unit-hr) | Fractional Probability |
|---|---|---|
| — | 0.247 | 1.00 |

759
760    **Table_Apx N-9. Distribution of Trichloroethylene Cold Cleaning Unit Emissions**

| Count of Units | Unit Emissions (lb/unit-hr) | Fractional Probability |
|---|---|---|
| 1.00 | 2.26 | 0.1000 |
| 1.00 | 0.83 | 0.1000 |
| 1.00 | 0.83 | 0.1000 |
| 1.00 | 0.83 | 0.1000 |
| 1.00 | 0.83 | 0.1000 |
| 1.00 | 0.05 | 0.1000 |
| 1.00 | 0.01 | 0.1000 |
| 1.00 | 0.01 | 0.1000 |
| 1.00 | 0.01 | 0.1000 |
| 1.00 | 0.00 | 0.1000 |

761

762    **N.2.8   Operating Hours**

763   For the operating hours of each machine type (OTVD, conveyorized, web, and cold), EPA used a
764   discrete distribution based on the daily operating hours reported in the 2014 NEI. It should be noted that
765   not all units had an accompanying reported daily operating hours; therefore, the distribution for the
766   operating hours per day is based on a subset of the reported units. Table_Apx N-10 through Table_Apx
767   N-13 summarize the distribution of operating hours per day for each machine type.

768
769    **Table_Apx N-10. Distribution of Trichloroethylene Open-Top Vapor Degreasing Operating Hours**

| Count of Occurrences | Operating Hours (hr/day) | Fractional Probability |
|---|---|---|
| — | 24 | 0.4048 |
| — | 16 | 0.0952 |
| — | 8 | 0.2381 |
| — | 6 | 0.0476 |
| — | 4 | 0.0714 |
| — | 2 | 0.1429 |

770
771    **Table_Apx N-11. Distribution of Trichloroethylene Conveyorized Degreasing Operating Hours**

| Count of Occurrences | Operating Hours (hr/day) | Fractional Probability |
|---|---|---|
| — | 24 | 1.0000 |

772

773    **Table_Apx N-12. Distribution of Trichloroethylene Web Degreasing Operating Hours**

| Count of Occurrences | Operating Hours (hr/day) | Fractional Probability |
|---|---|---|
| — | 24 | 1.0000 |

774

775    **Table_Apx N-13. Distribution of Trichloroethylene Cold Cleaning Operating Hours**

| Count of Occurrences | Operating Hours (hr/day) | Fractional Probability |
|---|---|---|
| — | 24 | 0.4000 |
| — | 8 | 0.5000 |
| — | 3 | 0.1000 |

776
777

778

# Appendix O BRAKE SERVICING NEAR-FIELD/FAR-FIELD INHALATION EXPOSURE MODEL APPROACH AND PARAMETERS

This appendix presents the modeling approach and model equations used in the Brake Servicing Near-Field/Far-Field Inhalation Exposure Model. The model was developed through review of the literature and consideration of existing EPA exposure models. This model uses a near-field/far-field approach (Nicas, 2009), where an aerosol application located inside the near-field generates a mist of droplets, and indoor air movements lead to the convection of the droplets between the near-field and far-field. Workers are assumed to be exposed to TCE droplet concentrations in the near-field, while occupational non-users are exposed at concentrations in the far-field.

The model uses the following parameters to estimate exposure concentrations in the near-field and far-field:

- Far-field size;
- Near-field size;
- Air exchange rate;
- Indoor air speed;
- Concentration of TCE in the aerosol formulation;
- Amount of degreaser used per brake job;
- Number of degreaser applications per brake job;
- Time duration of brake job;
- Operating hours per week; and
- Number of jobs per work shift.

An individual model input parameter could either have a discrete value or a distribution of values. EPA assigned statistical distributions based on reasonably available literature data. A Monte Carlo simulation (a type of stochastic simulation) was conducted to capture variability in the model input parameters. The simulation was conducted using the Latin hypercube sampling method in @Risk Industrial Edition, Version 7.0.0. The Latin hypercube sampling method is a statistical method for generating a sample of possible values from a multi-dimensional distribution. Latin hypercube sampling is a stratified method, meaning it guarantees that its generated samples are representative of the probability density function (variability) defined in the model. EPA performed the model at 100,000 iterations to capture the range of possible input values (*i.e.,* including values with low probability of occurrence).

Model results from the Monte Carlo simulation are presented as 95th and 50th percentile values. The statistics were calculated directly in @Risk. The 95th percentile value was selected to represent high-end exposure level, whereas the 50th percentile value was selected to represent central tendency exposure level. The following subsections detail the model design equations and parameters for the brake servicing model.

## O.1 Model Design Equations

In brake servicing, the vehicle is raised on an automobile lift to a comfortable working height to allow the worker (mechanic) to remove the wheel and access the brake system. Brake servicing can include

823  inspections, adjustments, brake pad replacements, and rotor resurfacing. These service types often
824  involve disassembly, replacement or repair, and reassembly of the brake system. Automotive brake
825  cleaners are used to remove oil, grease, brake fluid, brake pad dust, or dirt. Mechanics may occasionally
826  use brake cleaners, engine degreasers, carburetor cleaners, and general purpose degreasers
827  interchangeably (CARB, 2000). Automotive brake cleaners can come in aerosol or liquid form (CARB,
828  2000): this model estimates exposures from aerosol brake cleaners (degreasers).
829
830  Figure_Apx O-1 illustrates the near-field/far-field modeling approach as it was applied by EPA to brake
831  servicing using an aerosol degreaser. The application of the aerosol degreaser immediately generates a
832  mist of droplets in the near-field, resulting in worker exposures at a TCE concentration $C_{NF}$. The
833  concentration is directly proportional to the amount of aerosol degreaser applied by the worker, who is
834  standing in the near-field-zone (*i.e.,* the working zone). The volume of this zone is denoted by $V_{NF}$. The
835  ventilation rate for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field
836  (*i.e.,* the facility space surrounding the near-field), resulting in occupational non-user exposures to TCE
837  at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates out
838  of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly
839  TCE dissipates out of the surrounding space and into the outside air.
840



841
842  **Figure_Apx O-1. The Near-Field/Far-Field Model as Applied to the Brake Servicing Near-**
843  **Field/Far-Field Inhalation Exposure Model**
844
845  In brake servicing using an aerosol degreaser, aerosol degreaser droplets enter the near-field in non-
846  steady "bursts," where each burst results in a sudden rise in the near-field concentration. The near-field
847  and far-field concentrations then decay with time until the next burst causes a new rise in near-field
848  concentration. Based on site data from automotive maintenance and repair shops obtained by CARB
849  (CARB, 2000) for brake cleaning activities and as explained in Sections O.2.5 and O.2.9 below, the
850  model assumes a worker will perform an average of 11 applications of the degreaser product per brake
851  job with five minutes between each application and that a worker may perform one to four brake jobs
852  per day each taking one hour to complete. EPA modeled two scenarios: one where the brake jobs
853  occurred back-to-back and one where brake jobs occurred one hour apart. In both scenarios, EPA

854  assumed the worker does not perform a brake job, and does not use the aerosol degreaser, during the
855  first hour of the day.
856
857  EPA denoted the top of each five-minute period for each hour of the day (*e.g.,* 8:00 am, 8:05 am, 8:10
858  am, etc.) as $t_{m,n}$. Here, m has the values of 0, 1, 2, 3, 4, 5, 6, and 7 to indicate the top of each hour of the
859  day (*e.g.,* 8 am, 9 am, etc.) and n has the values of 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 to indicate the top
860  of each five-minute period within the hour. No aerosol degreaser is used, and no exposures occur, during
861  the first hour of the day, $t_{0,0}$ to $t_{0,11}$ (*e.g.,* 8 am to 9 am). Then, in both scenarios, the worker begins the
862  first brake job during the second hour, $t_{1,0}$ (*e.g.,* 9 am to 10 am). The worker applies the aerosol
863  degreaser at the top of the second 5-minute period and each subsequent 5-minute period during the hour-
864  long brake job (*e.g.,* 9:05 am, 9:10 am,…9:55 am). In the first scenario, the brake jobs are performed
865  back-to-back, if performing more than one brake job on the given day. Therefore, the second brake job
866  begins at the top of the third hour (*e.g.,* 10 am), and the worker applies the aerosol degreaser at the top
867  of the second 5-minute period and each subsequent 5-minute period (*e.g.,* 10:05 am, 10:10 am,…10:55
868  am). In the second scenario, the brake jobs are performed every other hour, if performing more than one
869  brake job on the given day. Therefore, the second brake job begins at the top of the fourth hour (*e.g.,* 11
870  am), and the worker applies the aerosol degreaser at the top of the second 5-minute period and each
871  subsequent 5-minute period (*e.g.,* 11:05 am, 11:10 am,…11:55 am).
872
873  In the first scenario, after the worker performs the last brake job, the workers and occupational non-users
874  (ONUs) continue to be exposed as the airborne concentrations decay during the final three to six hours
875  until the end of the day (*e.g.,* 4 pm). In the second scenario, after the worker performs each brake job,
876  the workers and ONUs continue to be exposed as the airborne concentrations decay during the time in
877  which no brake jobs are occurring and then again when the next brake job is initiated. In both scenarios,
878  the workers and ONUs are no longer exposed once they leave work.
879
880  Based on data from CARB (CARB, 2000), EPA assumes each brake job requires one 14.4-oz can of
881  aerosol brake cleaner as described in further detail below. The model determines the application rate of
882  TCE using the weight fraction of TCE in the aerosol product. EPA uses a uniform distribution of weight
883  fractions for TCE based on facility data for the aerosol products in use (CARB, 2000).
884
885  The model design equations are presented below.
886
887  Near-Field Mass Balance
888  **Equation L-1**

889
$$V_{NF} \frac{dC_{NF}}{dt} = C_{FF} Q_{NF} - C_{NF} Q_{NF}$$

890  Far-Field Mass Balance
891  **Equation L-2**

892
$$V_{FF} \frac{dC_{FF}}{dt} = C_{NF} Q_{NF} - C_{FF} Q_{NF} - C_{FF} Q_{FF}$$

893  Where:
894  $V_{NF}$      =      near-field volume;
895  $V_{FF}$      =      far-field volume;
896  $Q_{NF}$      =      near-field ventilation rate;
897  $Q_{FF}$      =      far-field ventilation rate;
898  $C_{NF}$      =      average near-field concentration;
899  $C_{FF}$      =      average far-field concentration; and
900  t       =      elapsed time.

Page **729** of **803**

901
902  Solving the above equations in terms of the time-varying concentrations in the near-field and far-field
903  yields Equation L-3 and Equation L-4, which EPA applied to each of the 12 five-minute increments
904  during each hour of the day. For each five-minute increment, EPA calculated the initial near-field
905  concentration at the top of the period ($t_{m,n}$), accounting for both the burst of TCE from the degreaser
906  application (if the five-minute increment is during a brake job) and the residual near-field concentration
907  remaining after the previous five-minute increment ($t_{m,n-1}$; except during the first hour and $t_{m,0}$ of the first
908  brake job, in which case there would be no residual TCE from a previous application). The initial far-
909  field concentration is equal to the residual far-field concentration remaining after the previous five-
910  minute increment. EPA then calculated the decayed concentration in the near-field and far-field at the
911  end of the five-minute period, just before the degreaser application at the top of the next period ($t_{m,n+1}$).
912  EPA then calculated a 5-minute TWA exposure for the near-field and far-field, representative of the
913  worker's and ONUs' exposures to the airborne concentrations during each five-minute increment using
914  Equation L-13 and Equation L-14. The $k$ coefficients (Equation L-5 through Equation L-8) are a
915  function of the initial near-field and far-field concentrations, and therefore are re-calculated at the top of
916  each five-minute period. In the equations below, where the subscript "m, n-1" is used, if the value of n-1
917  is less than zero, the value at "m-1, 11" is used and where the subscript "m, n+1" is used, if the value of
918  n+1 is greater than 11, the value at "m+1, 0" is used.

919
920  **Equation L-3**
921
$$C_{NF,t_{m,n+1}} = \left( k_{1,t_{m,n}} e^{\lambda_1 t} + k_{2,t_{m,n}} e^{\lambda_2 t} \right)$$
922
923  **Equation L-4**
924
$$C_{FF,t_{m,n+1}} = \left( k_{3,t_{m,n}} e^{\lambda_1 t} - k_{4,t_{m,n}} e^{\lambda_2 t} \right)$$
925
926  Where:
927  **Equation L-5**
928
$$k_{1,t_{m,n}} = \frac{Q_{NF}\left( C_{FF,0}(t_{m,n}) - C_{NF,0}(t_{m,n}) \right) - \lambda_2 V_{NF} C_{NF,0}(t_{m,n})}{V_{NF}(\lambda_1 - \lambda_2)}$$
929
930  **Equation L-6**
931
$$k_{2,t_{m,n}} = \frac{Q_{NF}\left( C_{NF,0}(t_{m,n}) - C_{FF,0}(t_{m,n}) \right) + \lambda_1 V_{NF} C_{NF,0}(t_{m,n})}{V_{NF}(\lambda_1 - \lambda_2)}$$
932
933  **Equation L-7**
934
$$k_{3,t_{m,n}} = \frac{(Q_{NF} + \lambda_1 V_{NF})(Q_{NF}\left( C_{FF,0}(t_{m,n}) - C_{NF,0}(t_{m,n}) \right) - \lambda_2 V_{NF} C_{NF,0}(t_{m,n}))}{Q_{NF} V_{NF}(\lambda_1 - \lambda_2)}$$
935
936  **Equation L-8**
937
$$k_{4,t_{m,n}} = \frac{(Q_{NF} + \lambda_2 V_{NF})(Q_{NF}\left( C_{NF,0}(t_{m,n}) - C_{FF,0}(t_{m,n}) \right) + \lambda_1 V_{NF} C_{NF,0}(t_{m,n}))}{Q_{NF} V_{NF}(\lambda_1 - \lambda_2)}$$
938

**Equation L-9**

$$\lambda_1 = 0.5\left[-\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right) + \sqrt{\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right)^2 - 4\left(\frac{Q_{NF}Q_{FF}}{V_{NF}V_{FF}}\right)}\right]$$

**Equation L-10**

$$\lambda_2 = 0.5\left[-\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right) - \sqrt{\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right)^2 - 4\left(\frac{Q_{NF}Q_{FF}}{V_{NF}V_{FF}}\right)}\right]$$

**Equation L-11**

$$C_{NF,o}(t_{m,n}) = \begin{cases} 0, \ m = 0 \\ \frac{Amt}{V_{NF}}\left(1,000\,\frac{mg}{g}\right) + C_{NF}(t_{m,n-1}), \ n > 0 \text{ for all } m \text{ where brake job occurs} \end{cases}$$

**Equation L-12**

$$C_{FF,o}(t_{m,n}) = \begin{cases} 0, \ m = 0 \\ C_{FF}(t_{m,n-1}), \ \text{for all } n \text{ where } m > 0 \end{cases}$$

**Equation L-13**

$$C_{NF,\text{ 5-min TWA},\,t_{m,n}} = \frac{\left(\frac{k_{1,t_{m,n-1}}}{\lambda_1}e^{\lambda_1 t_2} + \frac{k_{2,t_{m,n-1}}}{\lambda_2}e^{\lambda_2 t_2}\right) - \left(\frac{k_{1,t_{m,n-1}}}{\lambda_1}e^{\lambda_1 t_1} + \frac{k_{2,t_{m,n-1}}}{\lambda_2}e^{\lambda_2 t_1}\right)}{t_2 - t_1}$$

**Equation L-14**

$$C_{FF,\text{ 5-min TWA},\,t_{m,n}} = \frac{\left(\frac{k_{3,t_{m,n-1}}}{\lambda_1}e^{\lambda_1 t_2} + \frac{k_{4,t_{m,n-1}}}{\lambda_2}e^{\lambda_2 t_2}\right) - \left(\frac{k_{3,t_{m,n-1}}}{\lambda_1}e^{\lambda_1 t_1} + \frac{k_{4,t_{m,n-1}}}{\lambda_2}e^{\lambda_2 t_1}\right)}{t_2 - t_1}$$

After calculating all near-field/far-field 5-minute TWA exposures (*i.e.*, $C_{NF,\text{ 5-min TWA},\,t_{m,n}}$ and $C_{FF,\text{ 5-min TWA},\,t_{m,n}}$) for each five-minute period of the work day, EPA calculated the near-field/far-field 8-hour TWA concentration and 1-hour TWA concentrations following the equations below:

**Equation L-15**

$$C_{NF,\text{ 8-hr }TWA} = \frac{\sum_{m=0}^{7}\sum_{n=0}^{11}\left[C_{NF,\text{5-min }TWA,t_{m,n}} \times 0.0833\,hr\right]}{8\,hr}$$

**Equation L-16**

$$C_{NF,\text{ 8-hr }TWA} = \frac{\sum_{m=0}^{7}\sum_{n=0}^{11}\left[C_{FF,\text{5-min }TWA,t_{m,n}} \times 0.0833\,hr\right]}{8\,hr}$$

967     **Equation L-17**

968
$$C_{NF,\text{1-hr } TWA} = \frac{\sum_{n=0}^{11}\left[C_{NF,\text{5-min } TWA, t_{m,n}} \times 0.0833 \, hr\right]}{1 \, hr}$$

969
970     **Equation L-18**

971
$$C_{FF,\text{1-hr } TWA} = \frac{\sum_{n=0}^{11}\left[C_{FF,\text{5-min } TWA, t_{m,n}} \times 0.0833 \, hr\right]}{1 \, hr}$$

972

973     EPA calculated rolling 1-hour TWA's throughout the workday and the model reports the maximum
974     calculated 1-hour TWA.

975

976     To calculate the mass transfer to and from the near-field, the free surface area (FSA) is defined to be the
977     surface area through which mass transfer can occur. The FSA is not equal to the surface area of the
978     entire near-field. EPA defined the near-field zone to be a hemisphere with its major axis oriented
979     vertically, against the vehicle, and aligned through the center of the wheel (see Figure_Apx O-1). The
980     top half of the circular cross-section rests against, and is blocked by, the vehicle and is not available for
981     mass transfer. The FSA is calculated as the entire surface area of the hemisphere's curved surface and
982     half of the hemisphere's circular surface per Equation L-19, below:

983

984     **Equation L-19**

985
$$FSA = \left(\frac{1}{2} \times 4\pi R_{NF}^2\right) + \left(\frac{1}{2} \times \pi R_{NF}^2\right)$$

986

987         Where: $R_{NF}$ is the radius of the near-field

988

989     The near-field ventilation rate, $Q_{NF}$, is calculated in Equation M-1520 from the indoor wind speed, $v_{NF}$,
990     and FSA, assuming half of the FSA is available for mass transfer into the near-field and half of the FSA
991     is available for mass transfer out of the near-field:

992

993     **Equation L-20**

994
$$Q_{NF} = \frac{1}{2} v_{NF} FSA$$

995

996     The far-field volume, $V_{FF}$, and the air exchange rate, AER, is used to calculate the far-field ventilation
997     rate, $Q_{FF}$, as given by Equation M-21:

998

999     **Equation L-21**

1000
$$Q_{FF} = V_{FF} AER$$

1001

1002    Using the model inputs described in Appendix F.2, EPA estimated TCE inhalation exposures for
1003    workers in the near-field and for occupational non-users in the far-field. EPA then conducted the Monte
1004    Carlo simulations using @Risk (Version 7.0.0). The simulations applied 100,000 iterations and the Latin
1005    Hypercube sampling method.

1006

1007    ## O.2    Model Parameters

1008    Table_Apx O-1 summarizes the model parameters and their values for the Brake Servicing Near-Field/
1009    Far-Field Inhalation Exposure Model. Each parameter is discussed in detail in the following subsections.

## Table_Apx O-1. Summary of Parameter Values and Distributions Used in the Brake Servicing Near-Field/Far-Field Inhalation Exposure Model

| Input Parameter | Symbol | Unit | Constant Model Parameter Values | | Variable Model Parameter Values | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| Far-field volume | $V_{FF}$ | m³ | — | — | 206 | 70,679 | 3,769 | Triangular | Distribution based on data collected by CARB (CARB, 2000). |
| Air exchange rate | AER | hr⁻¹ | — | — | 1 | 20 | 3.5 | Triangular | (Denou et al., 2009) identifies typical AERs of 1 hr⁻¹ and 3 to 20 hr⁻¹ for occupational settings without and with mechanical ventilation systems, respectively. (Hellwee et al., 2009) identifies average AERs for occupational settings utilizing mechanical ventilation systems to be between 3 and 20 hr⁻¹. (Golstein et al., 2014) indicates a characteristic AER of 4 hr⁻¹. Peer reviewers of EPA's 2013 TCE draft risk assessment commented that values around 2 to 5 hr⁻¹ may be more likely (U.S. EPA, 2013a), in agreement with (Golstein et al., 2014). A triangular distribution is used with the mode equal to the midpoint of the range provided by the peer reviewer (3.5 is the midpoint of the range 2 to 5 hr⁻¹). |
| Near-field indoor wind speed | $v_{NF}$ | ft/hr | — | — | 0 | 23,882 | — | Lognormal | Lognormal distribution fit to commercial-type workplace data from (Baldwin and Maynard, 1998a). |
| | | cm/s | — | — | 0 | 202.2 | — | Lognormal | |
| Near-field radius | $R_{NF}$ | m | 1.5 | — | — | — | — | Constant Value | Constant. |
| Starting time for each application period | $t_1$ | hr | 0 | — | — | — | — | Constant Value | Constant. |

1013

| Input Parameter | Symbol | Unit | Constant Model Parameter Values | | Variable Model Parameter Values | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| End time for each application period | $t_2$ | hr | 0.0833 | — | — | — | — | Constant Value | Assumes aerosol degreaser is applied in 5-minute increments during brake job. |
| Averaging Time | $t_{avg}$ | hr | 8 | — | — | — | — | Constant Value | Constant. |
| TCE weight fraction | wtfrac | wt frac | — | — | 0.40 | 1.00 | — | Discrete | Discrete distribution of TCE-based aerosol product formulations based on products identified in EPA's Preliminary Information on Manufacturing, Processing, Distribution, Use, and Disposal for TCE (U.S. EPA 2017c). Where the weight fraction of TCE in the formulation was given as a range, EPA assumed a uniform distribution within the reported range for the TCE concentration in the product. |
| Degreaser Used per Brake Job | $W_d$ | oz/ job | 14.4 | — | — | — | — | Constant Value | Based on data from CARB (CARB, 2000) |
| Number of Applications per Job | $N_A$ | Applications/ job | 11 | — | — | — | — | Constant Value | Calculated from the average of the number of applications per brake and number of brakes per job. |
| Amount Used per Application | Amt | g. TCE/ application | — | — | 14.8 | 37.1 | — | Calculated | Calculated from wtfrac, $W_d$, and $N_A$. |
| Operating hours per week | OHpW | hr/week | — | — | 40 | 122.5 | — | Lognormal | Lognormal distribution fit to the operating hours per week observed in CARB (CARB, 2000) site visits. |
| Number of Brake Jobs per Work Shift | $N_j$ | jobs/site-shift | — | — | 1 | 4 | — | — | Calculated from the average number of brake jobs per site per year, OHpW, and assuming 52 operating weeks per year and 8 hours per work shift. |

1014        ### O.2.1    Far-Field Volume
1015    The far-field volume is based on information obtained from (CARB, 2000) from site visits of 137
1016    automotive maintenance and repair shops in California. (CARB, 2000) indicated that shop volumes at
1017    the visited sites ranged from 200 to 70,679 $m^3$ with an average shop volume of 3,769 $m^3$. Based on this
1018    data EPA assumed a triangular distribution bound from 200 $m^3$ to 70,679 $m^3$ with a mode of 3,769 $m^3$
1019    (the average of the data from (CARB, 2000)).
1020
1021    CARB measured the physical dimensions of the portion of the facility where brake service work was
1022    performed at the visited facilities. CARB did not consider other areas of the facility, such as customer
1023    waiting areas and adjacent storage rooms, if they were separated by a normally closed door. If the door
1024    was normally open, then CARB did consider those areas as part of the measured portion where brake
1025    servicing emissions could occur (CARB, 2000). CARB's methodology for measuring the physical
1026    dimensions of the visited facilities provides the appropriate physical dimensions needed to represent the
1027    far-field volume in EPA's model. Therefore, CARB's reported facility volume data are appropriate for
1028    EPA's modeling purposes.
1029        ### O.2.2    Air Exchange Rate
1030    The air exchange rate (AER) is based on data from (Demou et al., 2009), (Hellweg et al., 2009),
1031    (Golsteijn et al., 2014), and information received from a peer reviewer during the development of the
1032    2014 *TSCA Work Plan Chemical Risk Assessment Trichloroethylene: Degreasing, Spot Cleaning and*
1033    *Arts & Crafts Uses* (U.S. EPA, 2013a). (Demou et al., 2009) identifies typical AERs of 1 $hr^{-1}$ and 3 to 20
1034    $hr^{-1}$ for occupational settings without and with mechanical ventilation systems, respectively. Similarly,
1035    (Hellweg et al., 2009) identifies average AERs for occupational settings using mechanical ventilation
1036    systems to vary from 3 to 30 $hr^{-1}$. (Golsteijn et al., 2014) indicates a characteristic AER of 4 $hr^{-1}$. The
1037    risk assessment peer reviewer comments indicated that values around 2 to 5 $hr^{-1}$ are likely (U.S. EPA,
1038    2013a), in agreement with (Golsteijn et al., 2014)  and the low end reported by (Demou et al., 2009) and
1039    (Hellweg et al., 2009). Therefore, EPA used a triangular distribution with the mode equal to 3.5 $hr^{-1}$, the
1040    midpoint of the range provided by the risk assessment peer reviewer (3.5 is the midpoint of the range 2
1041    to 5 $hr^{-1}$), with a minimum of 1 $hr^{-1}$, per (Demou et al., 2009) and a maximum of 20 $hr^{-1}$ per (Demou et
1042    al., 2009) and (Hellweg et al., 2009)).
1043        ### O.2.3    Near-Field Indoor Air Speed
1044    (Baldwin and Maynard, 1998a) measured indoor air speeds across a variety of occupational settings in
1045    the United Kingdom. Fifty-five work areas were surveyed across a variety of workplaces.
1046
1047    EPA analyzed the air speed data from (Baldwin and Maynard, 1998a) and categorized the air speed
1048    surveys into settings representative of industrial facilities and representative of commercial facilities.
1049    EPA fit separate distributions for these industrial and commercial settings and used the commercial
1050    distribution for facilities performing aerosol degreasing or other aerosol applications.
1051
1052    EPA fit a lognormal distribution for both data sets as consistent with the authors observations that the air
1053    speed measurements within a surveyed location were lognormally distributed and the population of the
1054    mean air speeds among all surveys were lognormally distributed. Since lognormal distributions are
1055    bound by zero and positive infinity, EPA truncated the distribution at the largest observed value among
1056    all of the survey mean air speeds from (Baldwin and Maynard, 1998a).
1057
1058    EPA fit the air speed surveys representative of commercial facilities to a lognormal distribution with the
1059    following parameter values: mean of 10.853 cm/s and standard deviation of 7.883 cm/s. In the model,
1060    the lognormal distribution is truncated at a maximum allowed value of 202.2 cm/s (largest surveyed

1061  mean air speed observed in (Baldwin and Maynard, 1998a) to prevent the model from sampling values
1062  that approach infinity or are otherwise unrealistically large.
1063
1064  (Baldwin and Maynard, 1998a) only presented the mean air speed of each survey. The authors did not
1065  present the individual measurements within each survey. Therefore, these distributions represent a
1066  distribution of mean air speeds and not a distribution of spatially-variable air speeds within a single
1067  workplace setting. However, a mean air speed (averaged over a work area) is the required input for the
1068  model.

### O.2.4   Near-Field Volume

1070  EPA defined the near-field zone to be a hemisphere with its major axis oriented vertically, against the
1071  vehicle, and aligned through the center of the wheel (see Figure_Apx O-1). The near-field volume is
1072  calculated per Equation L-22. EPA defined a near-field radius ($R_{NF}$) of 1.5 meters, approximately 4.9
1073  feet, as an estimate of the working height of the wheel, as measured from the floor to the center of the
1074  wheel.

**Equation L-22**

$$V_{NF} = \frac{1}{2} \times \frac{4}{3} \pi R_{NF}^3$$

### O.2.5   Application Time

1079  EPA assumed an average of 11 brake cleaner applications per brake job (see Section F.2.9). CARB
1080  observed, from their site visits, that the visited facilities did not perform more than one brake job in any
1081  given hour (CARB, 2000). Therefore, EPA assumed a brake job takes one hour to perform. Using an
1082  assumed average of 11 brake cleaner applications per brake job and one hour to perform a brake job,
1083  EPA calculates an average brake cleaner application frequency of once every five minutes (0.0833 hr).
1084  EPA models an average brake job of having no brake cleaner application during its first five minutes
1085  and then one brake cleaner application per each subsequent 5-minute period during the one-hour brake
1086  job.

### O.2.6   Averaging Time

1088  EPA was interested in estimating 8-hr TWAs for use in risk calculations; therefore, a constant averaging
1089  time of eight hours was used.

### O.2.7   Trichloroethylene Weight Fraction

1091  EPA reviewed the *Preliminary Information on Manufacturing, Processing, Distribution, Use, and
1092  Disposal: Trichloroethylene* report (U.S. EPA, 2017c) for aerosol degreasers that contain TCE. EPA
1093  (2017) identifies 16 aerosol degreaser products that overall range in TCE content from 40 to 100 weight
1094  percent. The identified aerosol degreasers include a brake cleaner as well as general purpose degreasers,
1095  machine cleaners, electronic/electrical parts cleaners, and a mold cleaner. EPA includes all of these
1096  aerosol degreasers in the estimation of TCE content as: 1) automotive maintenance and repair facilities
1097  may use different degreaser products interchangeably as observed by (CARB, 2000); and 2) EPA uses
1098  this brake servicing model as an exposure scenario representative of all commercial-type aerosol
1099  degreaser applications.
1100
1101  EPA used a discrete distribution to model the TCE weight fraction based on the number of occurrences
1102  of each product type. In some instances, the concentration of TCE was reported as a range. For these
1103  product types, EPA used a uniform distribution to model the TCE weight fraction within the product
1104  type. Table_Apx O-2 provides a summary of the reported TCE content reported in the safety data sheets

1105 identified in (U.S. EPA, 2017c), the number of occurrences of each product type, and the fractional
1106 probability of each product type.
1107
1108 **Table_Apx O-2. Summary of Trichloroethylene-Based Aerosol Degreaser Formulations**

| Name of Aerosol Degreaser Product Identified in (U.S. EPA, 2017c) | Trichloroethylene Weight Percent | Number of Occurrences | Fractional Probability |
|---|---|---|---|
| C-60 Solvent Degreaser | 90-100% | 1 | 0.063 |
| Fusing Machine Cleaner | 40-60% | 1 | 0.063 |
| Solvent Degreaser | > 90% | 1 | 0.063 |
| Electro Blast | 90-100% | 1 | 0.063 |
| Electro Solv | 90-100% | 1 | 0.063 |
| Pro Tools NF Solvent Degreaser | 60-100% | 1 | 0.063 |
| Aerosolve II | >90% | 1 | 0.063 |
| Power Solv II | 90-100% | 1 | 0.063 |
| Zep 45 | 40-50% | 1 | 0.063 |
| Super Solv | 90-100% | 1 | 0.063 |
| Parts Cleaner | 45-55% | 1 | 0.063 |
| Electronic Contact Cleaner & Protectant - Aerosol | 97% | 1 | 0.063 |
| Flash Free Electrical Degreaser | 98% | 1 | 0.063 |
| Chlorinated Brake & Parts Cleaner – Aerosol | 98% | 1 | 0.063 |
| MR 351 - Mold Cleaner | 69% | 1 | 0.063 |
| C-60 Solvent [TCE Cleaner] Degreaser | 90-100% | 1 | 0.063 |
| **Total** | | **16** | **1.000** |

1109

### O.2.8    Volume of Degreaser Used per Brake Job

1111 (CARB, 2000) assumed that brake jobs require 14.4 oz of aerosol product. EPA did not identify other
1112 information to estimate the volume of aerosol product per job; therefore, EPA used a constant volume of
1113 14.4 oz per brake job based on (CARB, 2000).

### O.2.9    Number of Applications per Brake Job

1115 Workers typically apply the brake cleaner before, during, and after brake disassembly. Workers may
1116 also apply the brake cleaner after brake reassembly as a final cleaning process (CARB, 2000).
1117 Therefore, EPA assumed a worker applies a brake cleaner three or four times per wheel. Since a brake
1118 job can be performed on either one axle or two axles (CARB, 2000), EPA assumed a brake job may
1119 involve either two or four wheels. Therefore, the number of brake cleaner (aerosol degreaser)
1120 applications per brake job can range from six (3 applications/brake x 2 brakes) to 16 (4
1121 applications/brake x 4 brakes). EPA assumed a constant number of applications per brake job based on
1122 the midpoint of this range of 11 applications per brake job.

### O.2.10   Amount of Trichloroethylene Used per Application

EPA calculated the amount of Trichloroethylene used per application using Equation L-23. The calculated mass of Trichloroethylene used per application ranges from 14.8 to 37.1 grams.

**Equation L-23**

$$Amt = \frac{W_d \times wtfrac \times 28.3495 \frac{g}{oz}}{N_A}$$

Where:

| | | |
|---|---|---|
| Amt | = | Amount of TCE used per application (g/application); |
| $W_d$ | = | Weight of degreaser used per brake job (oz/job); |
| Wtfrac | = | Weight fraction of TCE in aerosol degreaser (unitless); and |
| $N_A$ | = | Number of degreaser applications per brake job (applications/job). |

### O.2.11   Operating Hours per Week

(CARB, 2000) collected weekly operating hour data for 54 automotive maintenance and repair facilities. The surveyed facilities included service stations (fuel retail stations), general automotive shops, car dealerships, brake repair shops, and vehicle fleet maintenance facilities. The weekly operating hours of the surveyed facilities ranged from 40 to 122.5 hr/week. EPA fit a lognormal distribution to the surveyed weekly operating hour data. The resulting lognormal distribution has a mean of 16.943 and standard deviation of 13.813, which set the shape of the lognormal distribution. EPA shifted the distribution to the right such that its minimum value is 40 hr/week and set a truncation of 122.5 hr/week (the truncation is set as 82.5 hr/week relative to the left shift of 40 hr/week).

### O.2.12   Number of Brake Jobs per Work Shift

(CARB, 2000) visited 137 automotive maintenance and repair shops and collected data on the number of brake jobs performed annually at each facility. CARB calculated an average of 936 brake jobs performed per facility per year. EPA calculated the number of brake jobs per work shift using the average number of jobs per site per year, the operating hours per week, and assuming 52 weeks of operation per year and eight hours per work shift using Equation L-24 and rounding to the nearest integer. The calculated number of brake jobs per work shift ranges from one to four.

**Equation L-24**

$$N_J = \frac{936 \frac{jobs}{site\text{-}year} \times 8 \frac{hours}{shift}}{52 \frac{weeks}{yr} \times OHpW}$$

Where:

| | | |
|---|---|---|
| $N_J$ | = | Number of brake jobs per work shift (jobs/site-shift); and |
| OHpW | = | Operating hours per week (hr/week). |

# Appendix P        SPOT CLEANING NEAR-FIELD/FAR-FIELD INHALATION EXPOSURE MODEL APPROACH AND PARAMETERS

This appendix presents the modeling approach and model equations used in the Spot Cleaning Near-Field/Far-Field Inhalation Exposure Model. The model was developed through review of relevant literature and consideration of existing EPA exposure models. The model uses a near-field/far-field approach (AIHA, 2009), where a vapor generation source located inside the near-field leads to the evaporation of vapors into the near-field, and indoor air movements lead to the convection of vapors between the near-field and far-field. Workers are assumed to be exposed to TCE vapor concentrations in the near-field, while occupational non-users are exposed at concentrations in the far-field.

The model uses the following parameters to estimate exposure concentrations in the near-field and far-field:

- Far-field size;
- Near-field size;
- Air exchange rate;
- Indoor air speed;
- Spot cleaner use rate;
- Vapor generation rate;
- Weight fraction of TCE in the spot cleaner; and
- Operating hours per day.

An individual model input parameter could either have a discrete value or a distribution of values. EPA assigned statistical distributions based on reasonably available literature data. A Monte Carlo simulation (a type of stochastic simulation) was conducted to capture variability in the model input parameters. The simulation was conducted using the Latin hypercube sampling method in @Risk Industrial Edition, Version 7.0.0. The Latin hypercube sampling method is a statistical method for generating a sample of possible values from a multi-dimensional distribution. Latin hypercube sampling is a stratified method, meaning it guarantees that its generated samples are representative of the probability density function (variability) defined in the model. EPA performed the model at 100,000 iterations to capture the range of possible input values (*i.e.,* including values with low probability of occurrence).

Model results from the Monte Carlo simulation are presented as 95th and 50th percentile values. The statistics were calculated directly in @Risk. The 95th percentile value was selected to represent a high-end exposure, whereas the 50th percentile value was selected to represent a central tendency exposure level. The following subsections detail the model design equations and parameters for the spot cleaning model.

## P.1      Model Design Equations

Figure_Apx P-1 illustrates the near-field/far-field modeling approach as it was applied by EPA to spot cleaning facilities. As the figure shows, TCE vapors evaporate into the near-field (at evaporation rate G), resulting in near-field exposures to workers at a concentration $C_{NF}$. The concentration is directly proportional to the amount of spot cleaner applied by the worker, who is standing in the near-field-zone (*i.e.,* the working zone). The volume of this zone is denoted by $V_{NF}$. The ventilation rate for the near-

field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field (*i.e.,* the facility space surrounding the near-field), resulting in occupational non-user exposures to TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates out of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly TCE dissipates out of the surrounding space and into the outdoor air.



**Figure_Apx P-1. The Near-Field/Far-Field Model as Applied to the Spot Cleaning Near-Field/Far-Field Inhalation Exposure Model**

The model design equations are presented below in Equation M-1 through Equation M-16.

Near-Field Mass Balance
**Equation M-1**

$$V_{NF}\frac{dC_{NF}}{dt} = C_{FF}Q_{NF} - C_{NF}Q_{NF} + G$$

Far-Field Mass Balance
**Equation M-2**

$$V_{FF}\frac{dC_{FF}}{dt} = C_{NF}Q_{NF} - C_{FF}Q_{NF} - C_{FF}Q_{FF}$$

Where:

| | | |
|---|---|---|
| $V_{NF}$ | = | near-field volume; |
| $V_{FF}$ | = | far-field volume; |
| $Q_{NF}$ | = | near-field ventilation rate; |
| $Q_{FF}$ | = | far-field ventilation rate; |
| $C_{NF}$ | = | average near-field concentration; |
| $C_{FF}$ | = | average far-field concentration; |
| G | = | average vapor generation rate; and |
| t | = | elapsed time. |

1229

1230 Both of the previous equations can be solved for the time-varying concentrations in the near-field and
1231 far-field as follows (AIHA, 2009):

1232

1233 **Equation M-3**

$$C_{NF} = G\left(k_1 + k_2 e^{\lambda_1 t} - k_3 e^{\lambda_2 t}\right)$$

1235

1236 **Equation M-4**

$$C_{FF} = G\left(\frac{1}{Q_{FF}} + k_4 e^{\lambda_1 t} - k_5 e^{\lambda_2 t}\right)$$

1238 Where:

1239 **Equation M-5**

$$k_1 = \frac{1}{\left(\frac{Q_{NF}}{Q_{NF} + Q_{FF}}\right)Q_{FF}}$$

1241

1242 **Equation M-6**

$$k_2 = \frac{Q_{NF}Q_{FF} + \lambda_2 V_{NF}(Q_{NF} + Q_{FF})}{Q_{NF}Q_{FF}V_{NF}(\lambda_1 - \lambda_2)}$$

1244

1245 **Equation M-7**

$$k_3 = \frac{Q_{NF}Q_{FF} + \lambda_1 V_{NF}(Q_{NF} + Q_{FF})}{Q_{NF}Q_{FF}V_{NF}(\lambda_1 - \lambda_2)}$$

1247

1248 **Equation M-8**

$$k_4 = \left(\frac{\lambda_1 V_{NF} + Q_{NF}}{Q_{NF}}\right)k_2$$

1250

1251 **Equation M-9**

$$k_5 = \left(\frac{\lambda_2 V_{NF} + Q_{NF}}{Q_{NF}}\right)k_3$$

1253

1254 **Equation M-10**

$$\lambda_1 = 0.5\left[-\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right) + \sqrt{\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right)^2 - 4\left(\frac{Q_{NF}Q_{FF}}{V_{NF}V_{FF}}\right)}\right]$$

1256

1257 **Equation M-11**

$$\lambda_2 = 0.5\left[-\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right) - \sqrt{\left(\frac{Q_{NF}V_{FF} + V_{NF}(Q_{NF} + Q_{FF})}{V_{NF}V_{FF}}\right)^2 - 4\left(\frac{Q_{NF}Q_{FF}}{V_{NF}V_{FF}}\right)}\right]$$

1259

1260 EPA calculated the hourly TWA concentrations in the near-field and far-field using the following
1261 equations. Note that the numerator and denominator of Equation M-12 and Equation M-1313, use two

different sets of time parameters. The numerator is based on the operating hours for the scenario while the denominator is fixed to an averaging time span, t_avg, of 8 hours (since EPA is interested in calculating 8-hr TWA exposures). Mathematically, the numerator and denominator must reflect the same amount of time. This is indeed the case: although the spot cleaning operating hours ranges from two to five hours (as discussed in Section A.2.8), EPA assumes exposures are equal to zero outside of the operating hours, such that the integral over the balance of the eight hours (three to six hours) is equal to zero in the numerator. Therefore, the numerator inherently includes an integral over the balance of the eight hours equal to zero that is summed to the integral from $t_1$ to $t_2$.

**Equation M-12**

$$C_{NF,TWA} = \frac{\int_{t_1}^{t_2} C_{NF} dt}{\int_0^{t_{avg}} dt} = \frac{\int_{t_1}^{t_2} G(k_1 + k_2 e^{\lambda_1 t} - k_3 e^{\lambda_2 t}) dt}{t_{avg}} =$$

$$\frac{G\left(k_1 t_2 + \frac{k_2 e^{\lambda_1 t_2}}{\lambda_1} - \frac{k_3 e^{\lambda_2 t_2}}{\lambda_2}\right) - G\left(k_1 t_1 + \frac{k_2 e^{\lambda_1 t_1}}{\lambda_1} - \frac{k_3 e^{\lambda_2 t_1}}{\lambda_2}\right)}{t_{avg}}$$

**Equation M-13**

$$C_{FF,TWA} = \frac{\int_{t_1}^{t_2} C_{FF} dt}{\int_0^{t_{avg}} dt} = \frac{\int_{t_1}^{t_2} G\left(\frac{1}{Q_{FF}} + k_4 e^{\lambda_1 t} - k_5 e^{\lambda_2 t}\right) dt}{t_{avg}} =$$

$$\frac{G\left(\frac{t_2}{Q_{FF}} + \frac{k_4 e^{\lambda_1 t_2}}{\lambda_1} - \frac{k_5 e^{\lambda_2 t_2}}{\lambda_2}\right) - G\left(\frac{t_1}{Q_{FF}} + \frac{k_4 e^{\lambda_1 t_1}}{\lambda_1} - \frac{k_5 e^{\lambda_2 t_1}}{\lambda_2}\right)}{t_{avg}}$$

To calculate the mass transfer to and from the near-field, the Free Surface Area, FSA, is defined to be the surface area through which mass transfer can occur. Note that the FSA is not equal to the surface area of the entire near-field. EPA defined the near-field zone to be a rectangular box resting on the floor; therefore, no mass transfer can occur through the near-field box's floor. FSA is calculated in Equation M-14, below:

**Equation M-14**

$$FSA = 2(L_{NF} H_{NF}) + 2(W_{NF} H_{NF}) + (L_{NF} W_{NF})$$

Where: $L_{NF}$, $W_{NF}$, and $H_{NF}$ are the length, width, and height of the near-field, respectively. The near-field ventilation rate, $Q_{NF}$, is calculated in Equation M-15 from the near-field indoor wind speed, $v_{NF}$, and FSA, assuming half of FSA is available for mass transfer into the near-field and half of FSA is available for mass transfer out of the near-field:

**Equation M-15**

$$Q_{NF} = \frac{1}{2} v_{NF} FSA$$

The far-field volume, $V_{FF}$, and the air exchange rate, AER, is used to calculate the far-field ventilation rate, $Q_{FF}$, as given by Equation M-:

1300
1301 **Equation M-16**
1302 $$Q_{FF} = V_{FF} AER$$
1303
1304 Using the model inputs in Table H-1, EPA estimated TCE inhalation exposures for workers in the near-
1305 field and for occupational non-user in the far-field. EPA then conducted the Monte Carlo simulations
1306 using @Risk (Version 7.0.0). The simulations applied 100,000 iterations and the Latin hypercube
1307 sampling method.
1308

## P.2    Model Parameters

1310 Table_Apx P-1 summarizes the model parameters and their values for the Spot Cleaning Near-Field/Far-
1311 Field Exposure Model. Each parameter is discussed in detail in the following subsections.

**Table_Apx P-1. Summary of Parameter Values and Distributions Used in the Spot Cleaning Near-Field/Far-Field Inhalation Exposure Model**

| Input Parameter | Symbol | Unit | Constant Model Parameter Values | | Variable Model Parameter Values | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| Floor Area | $A$ | $ft^2$ | — | — | 500 | 20,000 | — | Beta | Facility floor area is based on data from the (CARB, 2006) and King County (Whittaker and Johanson, 2011) study. ERG fit a beta function to this distribution with parameters: $\alpha_1$ = 6.655, $\alpha_2$ = 108.22, min = 500 $ft^2$, max = 20,000 $ft^2$. |
| Far-field volume | $V_{FF}$ | $ft^3$ | — | — | 6,000 | 240,000 | — | — | Floor area multiplied by height. Facility height is 12 ft (median value per (CARB, 2006) study). |
| Near-field length | $L_{NF}$ | ft | 10 | — | — | — | — | — | |
| Near-field width | $W_{NF}$ | ft | 10 | — | — | — | — | — | EPA assumed a constant near-field volume. |
| Near-field height | $H_{NF}$ | ft | 6 | — | — | — | — | — | |
| Air exchange rate | AER | $hr^{-1}$ | — | — | 1 | 19 | 3.5 | Triangular | Values based on (von Grote et al., 2006), and (U.S. EPA, 2013a). The mode represents the midpoint of the range reported in (U.S. EPA, 2013a). |
| Near-field indoor wind speed | $v_{NF}$ | cm/s | — | — | 0 | 202.2 | — | Lognormal | Lognormal distribution fit to the data presented in (Baldwin and Maynard, 1998a). |
| | | ft/hr | — | — | 0 | 23,882 | — | Lognormal | |
| Starting time | $t_1$ | hr | 0 | — | — | — | — | — | Constant value. |
| Exposure Duration | $t_2$ | hr | — | — | 2 | 5 | — | Uniform | Equal to operating hours per day. |
| Averaging time | $t_{avg}$ | hr | 8 | — | — | — | — | — | Constant value. |

| Input Parameter | Symbol | Unit | Constant Model Parameter Values | | Variable Model Parameter Values | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | | |
| Use rate | UR | gal/yr | 8.4 | — | — | — | — | — | | (IRTA, 2007) used estimates of the amount of TCE-based spot cleaner sold in California and the number of textile cleaning facilities in California to calculate a use rate value. |
| Vapor generation rate | G | mg/hr | — | — | 2.97E-03 | 9.32E-04 | — | Calculated | | G is calculated based on UR and assumes 100% volatilization and accounts for the weight fraction of TCE. |
| | | g/min | — | — | 0.05 | 1.55 | — | Calculated | | |
| TCE weight fraction | wtfrac | wt frac | — | — | 0.1 | 1 | — | Uniform | | (IRTA, 2007) observed TCE-based spotting agents contain 10% to 100% TCE. |
| Operating hours per day | OH | hr/day | — | — | 2 | 5 | — | Uniform | | Determined from a California survey performed by (Morris and Wolf, 2005) and an analysis of two model plants constructed by the researchers |
| Operating days per year | OD | days/yr | — | — | 249 | 313 | 300 | Triangular | | Operating days/yr distribution assumed as triangular distribution with min of 250, max of 312, and mode of 300. |

| Input Parameter | Symbol | Unit | Constant Model Parameter Values | | Variable Model Parameter Values | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value | Basis | Lower Bound | Upper Bound | Mode | Distribution Type | |
| Fractional number of operating days that a worker works | $f$ | Dimensionless | 1 | — | 0.8 | 1.0 | — | Uniform | In BLS/Census data, the weighted average worked hours per year and per worker in the dry cleaning sector is approximately 1,600 (*i.e.*, 200 day/yr at 8 hr/day). The BLS/Census data weighted average of 200 day/yr falls outside the triangular distribution of operating days and to account for lower exposure frequencies and part-time workers, EPA defines $f$ as a uniform distribution ranging from 0.8 to 1.0. The 0.8 value was derived from the observation that the weighted average of 200 day/yr worked (from BLS/Census) is 80% of the standard assumption that a full-time worker works 250 day/yr. The maximum of 1.0 is appropriate as dry cleaners may be family owned and operated and some workers may work as much as every operating day. |

### P.2.1    Far-Field Volume

EPA calculated the far-field volume by setting a distribution for the facility floor area and multiplying the floor area by a facility height of 12 ft (median value per (CARB, 2006) study) as discussed in more detail below.

The 2006 CARB *California Dry Cleaning Industry Technical Assessment Report* (CARB, 2006) and the Local Hazardous Waste Management Program in King County *A Profile of the Dry Cleaning Industry in King County, Washington* (Whittaker and Johanson, 2011) provide survey data on dry cleaning facility floor area. The CARB (2006) study also provides survey data on facility height. Using survey results from both studies, EPA composed the following distribution of floor area. To calculate facility volume, EPA used the median facility height from the CARB (2006) study. The facility height distribution in the CARB (2006) study has a low level of variability, so the median height value of 12 ft presents a simple but reasonable approach to calculate facility volume combined with the floor area distribution. Results are provided in Table_Apx P-2

**Table_Apx P-2. Composite Distribution of Dry Cleaning Facility Floor Areas**

| Floor Area Value (ft²) | Percentile (as fraction) | Source |
|---|---|---|
| 20,000 | 1 | King County |
| 3,000 | 0.96 | King County |
| 2,000 | 0.84 | King County |
| 1,600 | 0.5 | CARB 2006 |
| 1,100 | 0.1 | CARB 2006 |
| 500 | 0 | CARB 2006 |

EPA fit a beta function to this distribution with parameters: $\alpha_1 = 6.655$, $\alpha_2 = 108.22$, min = 500 ft², max = 20,000 ft².

### P.2.2    Near-Field Volume

EPA assumed a near-field of constant dimensions of 10 ft wide by 10 ft long by 6 ft high resulting in a total volume of 600 ft³.

### P.2.3    Air Exchange Rate

(von Grote et al., 2006) indicated typical air exchange rates (AERs) of 5 to 19 $hr^{-1}$ for dry cleaning facilities in Germany. (Klein and Kurz, 1994a) indicated AERs of 1 to 19 $hr^{-1}$, with a mean of 8 $hr^{-1}$ for dry cleaning facilities in Germany. During the 2013 peer review of EPA's 2013 draft risk assessment of TCE, a peer reviewer indicated that air exchange rate values around 2 to 5 $hr^{-1}$ are likely (U.S. EPA, 2013a), in agreement with the low end of the ranges reported by von Grote et al. and (Klein and Kurz, 1994a). A triangular distribution is used with the mode equal to the midpoint of the range provided by the peer reviewer (3.5 is the midpoint of the range 2 to 5 $hr^{-1}$).

### P.2.4    Near-Field Indoor Wind Speed

(Baldwin and Maynard, 1998a) measured indoor air speeds across a variety of occupational settings in the United Kingdom. Fifty-five work areas were surveyed across a variety of workplaces.

EPA analyzed the air speed data from (Baldwin and Maynard, 1998a) and categorizing the air speed surveys into settings representative of industrial facilities and representative of commercial facilities.

1352 EPA fit separate distributions for these industrial and commercial settings and used the commercial
1353 distribution for dry cleaners (including other textile cleaning facilities that conduct spot cleaning).
1354
1355 EPA fit a lognormal distribution for both data sets as consistent with the authors observations that the air
1356 speed measurements within a surveyed location were lognormally distributed and the population of the
1357 mean air speeds among all surveys were lognormally distributed. Since lognormal distributions are
1358 bound by zero and positive infinity, EPA truncated the distribution at the largest observed value among
1359 all of the survey mean air speeds from (Baldwin and Maynard, 1998a).
1360
1361 The air speed surveys representative of commercial facilities were fit to a lognormal distribution with
1362 the following parameter values: mean of 10.853 cm/s and standard deviation of 7.883 cm/s. In the
1363 model, the lognormal distribution is truncated at a maximum allowed value of 202.2 cm/s (largest
1364 surveyed mean air speed observed in (Baldwin and Maynard, 1998a) to prevent the model from
1365 sampling values that approach infinity or are otherwise unrealistically large.
1366
1367 (Baldwin and Maynard, 1998a) only presented the mean air speed of each survey. The authors did not
1368 present the individual measurements within each survey. Therefore, these distributions represent a
1369 distribution of mean air speeds and not a distribution of spatially-variable air speeds within a single
1370 workplace setting. However, a mean air speed (averaged over a work area) is the required input for the
1371 model.

### P.2.5    Averaging Time

1373 EPA is interested in estimating 8-hr TWAs for use in risk calculations; therefore, a constant averaging
1374 time of eight hours was used.

### P.2.6    Use Rate

1376 EPA used a top-down approach to estimate use rate based on the volume of TCE-based spotting agent
1377 sold in California and the number of textile cleaning facilities in California.
1378
1379 (IRTA, 2007) estimated 42,000 gal of TCE-based spotting agents are sold in California annually and
1380 there are approximately 5,000 textile cleaning facilities in California. This results in an average use rate
1381 of 8.4 gal/site-year of TCE-based spotting agents.
1382
1383 The study authors' review of safety data sheets identified TCE-based spotting agents contain 10% to
1384 100% TCE.

### P.2.7    Vapor Generation Rate

1386 EPA set the vapor generation rate for spot cleaning (G) equal to the use rate of TCE with appropriate
1387 unit conversions. EPA multiplied the spotting agent use rate by the weight fraction of TCE (which
1388 ranges from 0.1 to 1) and assumed all TCE applied to the garment evaporates. EPA used a density of
1389 1.46 g/cm³ (U.S. EPA, 2018d). To calculate an hourly vapor generation rate, EPA divided the annual use
1390 rate by the number of operating days and the number of operating hours selected from their respective
1391 distributions for each iteration.

### P.2.8    Operating Hours

1393 (Morris and Wolf, 2005) surveyed dry cleaners in California, including their spotting labor. The authors
1394 developed two model plants: a small PERC dry cleaner that cleans 40,000 lb of clothes annually; and a
1395 large PERC dry cleaner that cleans 100,000 lb of clothes annually. The authors modeled the small dry

1396   cleaner with a spotting labor of 2.46 hr/day and the large dry cleaner with a spotting labor of 5 hr/day.
1397   EPA models a uniform distribution of spotting labor varying from 2 to 5 hr/day.

### P.2.9    Operating Days

1399   EPA modeled the operating days per year using a triangular distribution from 250 to 312 days per year
1400   with a mode of 300 days per year.[31] The low-end operating days per year is based on the assumption that
1401   at a minimum the dry cleaner operates five days per week and 50 weeks per year. The mode of 300 days
1402   per year is based on an assumption that most dry cleaners will operate six days per week and 50 weeks
1403   per year. The high-end value is based on the assumption that the dry cleaner would operate at most six
1404   days per week and 52 weeks per year, assuming the dry cleaner is open year-round.

### P.2.10    Fractional Number of Operating Days that a Worker Works

1406   To account for lower exposure frequencies and part-time workers, EPA defines a fractional days of
1407   exposure as a uniform distribution ranging from 0.8 to 1.0. EPA expects a worker's annual working days
1408   may be less than the operating days based on BLS/Census data that showed the weighted average
1409   worked hours per year and per worker in the dry cleaning sector is approximately 1,600 (*i.e.,* 200 day/yr
1410   at 8 hr/day) which falls outside the range of operating days per year used in the model (250 to 312
1411   day/yr with mode of 300 day/yr).
1412
1413   The low end of the range, 0.8, was derived from the observation that the weighted average of 200 day/yr
1414   worked (from BLS/Census) is 80% of the standard assumption that a full-time worker works 250 day/yr.
1415   The maximum of 1.0 is appropriate as dry cleaners may be family owned and operated and some
1416   workers may work as much as every operating day. EPA defines the exposure frequency as the number
1417   of operating days (250 to 312 day/yr) multiplied by the fractional days of exposure (0.8 to 1.0).
1418

---

[31] For modeling purposes, the minimum value was set to 249 days per year and the maximum to 313 days per year; however, these values have a probability of zero; therefore, the true range is from 250 to 312 days per year.

# Appendix Q OCCUPATIONAL INHALATION EXPOSURE AND WATER RELEASE ASSESSMENT

## Q.1    Manufacturing

### Q.1.1    Exposure Assessment

EPA assessed inhalation exposures during manufacturing using identified inhalation exposure monitoring data. Table_Apx Q-1 summarizes 8-hr TWA samples obtained from data submitted by Arkema, Inc., a TCE manufacturer (Arkema, 2020), and by the Halogenated Solvents Industry Alliance (HSIA) (Halogenated Solvents Industry Alliance, 2018) via public comment for one company listed as "Company B". HSIA also provided "General 12-hr" full-shift exposure data from "Company A". However, "Company A" data points were listed as "Not detected ≤0.062 ppm. Two additional studies with monitoring data for manufacturing were identified; however, the data from these studies were not used as the data were from China and almost 30 years old and are unlikely to be representative of current conditions at U.S. manufacturing sites.  No data were found to estimate ONU exposures during TCE manufacturing. EPA estimates that ONU exposures are lower than worker exposures, since ONUs do not typically directly handle the chemical.

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 50 data points from 2 sources, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to high.

**Table_Apx Q-1. Summary of Worker Inhalation Exposure Monitoring Data from TCE Manufacturing**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 2.46 | 0.82 | 0.56 | 0.29 | 50 | High |
| Central Tendency | 0.12 | $3.8E^{-2}$ | $2.6E^{-2}$ | $1.0E^{-2}$ | | |

AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
Source: (Halogenated Solvents Industry Alliance, 2018 5176415)

### Q.1.2    Water Release Assessment

In general, potential sources of water releases in the chemical industry may include the following: equipment cleaning operations, aqueous wastes from scrubbers/decanters, reaction water, process water from washing intermediate products, and trace water settled in storage tanks (OECD, 2019). Based on the process for manufacturing TCE, EPA expects the sources of water releases to be from aqueous wastes from decanters used to separate catalyst fines, caustic neutralizer column, and caustic scrubbers; and water removed from the TCE product in drying columns (Most, 1989). Additional water releases

1457 may occur if a site uses water to clean process equipment; however, EPA does not expect this to be a
1458 primary source of water releases from manufacturing sites as equipment cleaning is not expected to
1459 occur daily and manufacturers would likely use an organic solvent to clean process equipment.
1460
1461 Of the five manufacturing sites assessed, three reported in the 2016 TRI (one of these three sites
1462 reported zero water releases to TRI). Additionally, one of these sites also reported to 2016 DMR. For the
1463 sites that reported water releases, EPA assessed water releases as reported in the 2016 TRI and 2016
1464 DMR. For the remaining two sites, EPA assessed water releases at the maximum daily and maximum
1465 average monthly concentrations allowed under the Organic Chemicals, Plastics and Synthetic Fibers
1466 (OCPSF) Effluent Guidelines (EG) and Standards (40 C.F.R. Part 414) (U.S. EPA, 2019g). The OCPSF
1467 EG applies to facilities classified under the following SIC codes:
1468
1469 • 2821—Plastic Materials, Synthetic Resins, and Nonvulcanizable Elastomers;
1470 • 2823—Cellulosic Man-Made Fibers;
1471 • 2865—Cyclic Crudes and Intermediates, Dyes, and Organic Pigments; and
1472 • 2869—Industrial Organic Chemicals, Not Elsewhere Classified.

1473 Manufacturers of TCE would typically be classified under SIC code 2869; therefore, the requirements of
1474 the OCPSF EG apply to these sites. Subparts I, J, and K of the OCPSF EG set limits for the
1475 concentration of TCE in wastewater effluents for industrial facilities that are direct discharge point
1476 sources using end-of-pipe biological treatment, direct discharge point sources that do not use end-of-
1477 pipe biological treatment, and indirect discharge point sources, respectively 40 C.F.R. Part 414 (U.S.
1478 EPA, 2019g). Direct dischargers are facilities that discharge effluents directly to surface waters and
1479 indirect dischargers are facilities that discharge effluents to publicly-owned treatment works (POTW).
1480 The OCPSF limits for TCE are provided in Table_Apx Q-2.
1481
1482 **Table_Apx Q-2. Summary of OCPSF Effluent Limitations for Trichloroethylene**

| OCPSF Subpart | Maximum for Any One Day (μg/L) | Maximum for Any Monthly Average (μg/L) | Basis |
|---|---|---|---|
| Subpart I – Direct Discharge Point Sources That Use End-of-Pipe Biological Treatment | 54 | 21 | BAT effluent limitations and NSPS |
| Subpart J – Direct Discharge Point Sources That Do Not Use End-of-Pipe Biological Treatment | 69 | 26 | BAT effluent limitations and NSPS |
| Subpart K – Indirect Discharge Point Sources | 69 | 26 | Pretreatment Standards for Existing Sources (PSES) and Pretreatment Standards for New Sources (PSNS) |

1483 BAT = Best Available Technology Economically Achievable; NSPS = New Source Performance Standards; PSES =
1484 Pretreatment Standards for Existing Sources; PSNS = Pretreatment Standards for New Sources.
1485 Source: (U.S. EPA, 2019g)
1486
1487 EPA did not identify TCE-specific information on the amount of wastewater produced per day. The
1488 Specific Environmental Release Category (SpERC) developed by the European Solvent Industry Group

1489    for the manufacture of a substance estimates 10 m$^3$ of wastewater generated per metric ton of substance
1490    produced (ESIG, 2012). In lieu of TCE-specific information, EPA estimated water releases using the
1491    SpERC specified wastewater production volume and the annual TCE production rates from each facility.
1492

1493    EPA estimated both a maximum daily release and an average daily release using the OCPSF EG
1494    limitations for TCE for maximum on any one day, and maximum for any monthly average, respectively.
1495    Prevalence of end-of-pipe biological treatment at TCE manufacturing sites is unknown; therefore, EPA
1496    used limitations for direct discharges with no end-of-pipe biological treatment and indirect dischargers
1497    to address the uncertainty at these sites. EPA estimated annual releases from the average daily release
1498    and assuming 350 days/yr of operation.[32]
1499

1500    Table_Apx Q-3 summarizes water releases from the manufacturing process for sites reporting to TRI
1501    and Table_Apx Q-4 summarizes water releases from sites not reporting to TRI. The estimated total
1502    annual release across all sites is 79.2 – 472.3 kg/yr discharged to surface water or POTWs.
1503

1504    **Table_Apx Q-3. Reported Water Releases of Trichloroethylene from Manufacturing Sites**
1505    **Reporting to 2016 TRI**

| Site | Annual Release[a] (kg/site-yr) | Annual Release Days (days/yr) | Average Daily Release[a] (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Olin Blue Cube, Freeport, TX | 24 | 350 | 0.07 | TX0059447 | non-POTW WWT |
| Geon Oxy Vinyl Laporte Plant, Laporte, TX | 0 | N/A | 0 | TX0070416 | N/A |
| Occidental Chemical Corp. Wichita, KS | 0 | N/A | 0 | Not available | N/A |
| Axiall Corporation dba Eagle US 2 LLC, Westlake, LA[b] | 49.9-443[c] | 350 | 0.14-1.27 | LA0000761[d] | Surface Water |

1506    POTW = Publicly-Owned Treatment Works; WWT = Wastewater Treatment; N/A = Not applicable
1507    [a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual
1508    release rate and assuming 300 days of operation per year.
1509    [b] Axiall was purchased by Westlake Chemical in 2016. The site at 1300 PPG Drive Westlake, LA dba Eagle US 2 LLC.
1510    [c] First value based on 2016 TRI, second value based on 2016 DMR data (U.S. EPA, 2016a).
1511    [d] Based on Eagle US 2 LLC NPDES Permit provided in DMR Data (U.S. EPA, 2016a).
1512
1513
1514
1515
1516
1517
1518
1519
1520

---

[32] Due to large throughput, manufacturing sites are assumed to operate seven days per week and 50 weeks per year with two
weeks per year for shutdown activities.

1521 **Table_Apx Q-4. Estimated Water Releases of Trichloroethylene from Manufacturing Sites Not**
1522 **Reporting to 2016 TRI**

| Site | Annual Operating Days (days/yr) | Daily Production Volume[a] (kg/site-day) | Daily Wastewater Flow[b] (L/site-day) | Maximum Daily Release[c] (kg/site-day) | Average Daily Release[d] (kg/site-day) | Average Annual Release[e] (kg/site-yr) | NPDES Code | Release Media |
|---|---|---|---|---|---|---|---|---|
| Solvents & Chemicals, Pearland, TX | 350 | 58,234 | 582,345 | 0.04 | 0.02 | 5.3 | Not available | Surface Water or POTW |

1523 POTW = Publicly-Owned Treatment Works
1524 [a] Daily production volume calculated using the annual production volume and dividing by the annual operating days per year
1525 (300 days/yr).
1526 [b] The estimated wastewater flow rate is calculated assuming 10 m$^3$ of wastewater is produced per metric ton of TCE
1527 produced (equivalent to 10 L wastewater/kg of TCE) based on the SpERC for the manufacture of a substance (ESIG, 2012).
1528 [c] The maximum daily release is calculated using the maximum daily concentration from the OCPSF EG, 26 µg/L, and
1529 multiplying by the daily wastewater flow.
1530 [d] The average daily release is calculated using the maximum monthly average concentration from the OCPSF EG, 69 µg/L,
1531 and multiplying by the daily wastewater flow.
1532 [e] The average annual release is calculated as the maximum monthly average concentration multiplied by the daily wastewater
1533 production, and 350 operating days/year.
1534

## Q.2    Processing as a Reactant

1535

### Q.2.1    Exposure Assessment

1536

1537 EPA did not identify inhalation exposure monitoring data related processing TCE as a reactant.
1538 Therefore, EPA used monitoring data from the manufacture of TCE as surrogate. EPA believes the
1539 handling and TCE concentrations for both conditions of use to be similar. However, EPA is unsure of
1540 the representativeness of these surrogate data toward actual exposures to TCE at all sites covered by this
1541 condition of use.
1542

1543 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
1544 to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths
1545 include the assessment approach, which is the use of surrogate monitoring data, in the middle of the
1546 inhalation approach hierarchy. These monitoring data include 50 data points from 2 sources, and the
1547 data quality ratings from systematic review for these data were medium. The primary limitations of
1548 these data include the uncertainty of the representativeness of these surrogate data toward the true
1549 distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on
1550 these strengths and limitations of the inhalation air concentration data, the overall confidence for these
1551 8-hr TWA data in this scenario is medium to low.
1552

1553 The surrogate data were obtained from (HSIA) via public comment (Halogenated Solvents Industry
1554 Alliance, 2018) and from the TCE manufacturer Arkema (Arkema, 2020), presented in Table_Apx Q-5
1555 below. No data were found to estimate ONU exposures during use of TCE as a reactant. EPA estimates

1556 that ONU exposures are lower than worker exposures, since ONUs do not typically directly handle the
1557 chemical.
1558
1559 **Table_Apx Q-5. Summary of Worker Inhalation Exposure Surrogate Monitoring Data from TCE**
1560 **Use as a Reactant**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Associated Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 2.46 | 0.82 | 0.56 | 0.29 | 50 | Medium |
| Central Tendency | 0.12 | $3.8E^{-2}$ | $2.6E^{-2}$ | $1.0E^{-2}$ | | |

1561 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.

1562 ### Q.2.2    Water Release Assessment

1563 In general, potential sources of water releases in the chemical industry may include the following:
1564 equipment cleaning operations, aqueous wastes from scrubbers/decanters, reaction water, process water
1565 from washing intermediate products, and trace water settled in storage tanks (OECD, 2019). Based on
1566 the use as a reactant, EPA expects minimal sources of TCE release to water.
1567
1568 Two of the three sites reporting to TRI did not report any water releases of TCE; the other TRI site
1569 reported 13 lb/yr (5.9 kg/yr) released to water. For the two sites found through DMR data, total water
1570 releases were calculated to be approximately 11 lb/yr (5 kg/yr). Based on the information for these 5
1571 sites, an average annual release of approximately 2.2 kg/site-yr was calculated. Using this estimate, and
1572 assuming 440 sites as a high-end estimate, the total TCE water discharge from these 440 sites equal
1573 approximately 968 kg/yr. Table_Apx Q-6 summarizes the low and high end water release estimates.
1574

1575 **Table_Apx Q-6. Water Release Estimates for Sites Using TCE as a Reactant**

| Number of Sites | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Low End Number of Sites | | | | | |
| Arkema Inc., Calvert City, KY | 5.9 | 350 | 0.02 | KY0003603 | Surface Water |
| Honeywell International - Geismar Complex, Geismar, LA | 4.5 | 350 | 0.01 | LA0006181 | Surface Water |
| Praxair Technology Center, Tonawanda, NY | 0.6 | 350 | 1.7E-03 | NY0000281 | Surface Water |
| High End Number of Sites | | | | | |
| 440 unknown sites | 2.2[a] | 350 | 6.3E-03 | N/A | Surface Water or POTW |

1576 [a] Calculated from the total yearly water releases of TCE from DMR and TRI data, and diving by the number of reporting sites
1577 (5 sites). Mexichem Fluor Inc. and Halocarbon Products Corp reported no water releases to TRI.
1578

1579 ## Q.3    Formulation of Aerosol and Non-Aerosol Products

1580 ### Q.3.1    Exposure Assessment

1581 EPA did not identify inhalation exposure monitoring data related using TCE when formulating aerosol
1582 and non-aerosol products. Therefore, EPA used monitoring data from repackaging as a surrogate, as
1583 EPA believes the handling and TCE concentrations for both conditions of use to be similar. However,

1584   EPA is unsure of the representativeness of these surrogate data toward actual exposures to TCE at all
1585   sites covered by this condition of use.
1586
1587   EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
1588   to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths
1589   include the assessment approach, which is the use of surrogate monitoring data, in the middle of the
1590   inhalation approach hierarchy. These monitoring data include 33 data points from 1 source, and the data
1591   quality ratings from systematic review for these data were high. The primary limitations of these data
1592   include the uncertainty of the representativeness of these surrogate data toward the true distribution of
1593   inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths
1594   and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data
1595   in this scenario is medium.
1596
1597   Table_Apx Q-7 summarizes the 8-hr TWA from monitoring data from unloading/loading TCE from
1598   bulk containers. The data were obtained from a Chemical Safety Report (DOW Deutschland, 2014b).
1599   No data were found to estimate ONU exposures during formulation of aerosol and non-aerosol products.
1600   EPA estimates that ONU exposures are lower than worker exposures, since ONUs do not typically
1601   directly handle the chemical.
1602

**Table_Apx Q-7. Summary of Worker Inhalation Exposure Monitoring Data for Unloading TCE During Formulation of Aerosol and Non-Aerosol Products**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 1.1 | 0.4 | 0.3 | 0.1 | 33 | Medium |
| Central Tendency | 4.9E-4 | 1.6E-4 | 1.1E-4 | 4.5E-5 | | |

1605   AC= Acute Exposure and ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

1606   ### Q.3.2   Water Release Assessment
1607   In general, potential sources of water releases in the chemical industry may include the following:
1608   equipment cleaning operations, aqueous wastes from scrubbers/decanters, reaction water, process water
1609   from washing intermediate products, and trace water settled in storage tanks (OECD, 2019). Based on
1610   the use in formulations and the amount of TCE used for this condition of use, EPA expects minimal
1611   sources of TCE release to water.
1612
1613   None of the sites reporting to TRI reported any water releases of TCE. All releases were to off-site land,
1614   incineration or recycling. Based on this information, EPA does not have enough information to estimate
1615   water releases of TCE for this condition of use.
1616

1617   # Q.4   Repackaging

1618   ### Q.4.1   Exposure Assessment
1619   EPA identified inhalation exposure monitoring data related unloading/loading TCE into/from bulk
1620   transport containers. Table_Apx Q-8 summarizes the 8-hr TWA from monitoring data from
1621   unloading/loading TCE from bulk containers. The data were obtained from a Chemical Safety Report

1622 (DOW Deutschland, 2014b). It should be noted that this study indicates that the filling system uses a
1623 "largely automated process" (DOW Deutschland, 2014b). Therefore, EPA is unsure of the
1624 representativeness of these data toward actual exposures to TCE for all sites covered by this condition of
1625 use.
1626
1627 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
1628 to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the
1629 primary strengths include the assessment approach, which is the use of monitoring data, the highest of
1630 the inhalation approach hierarchy. These monitoring data include 33 data points from 1 source, and the
1631 data quality ratings from systematic review for these data were high. The primary limitations of these
1632 data include the uncertainty of the representativeness of these data toward the true distribution of
1633 inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths
1634 and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data
1635 in this scenario is medium to high.
1636
1637 No data were found to estimate ONU exposures during formulation of aerosol and non-aerosol products.
1638 EPA estimates that ONU exposures are lower than worker exposures, since ONUs do not typically
1639 directly handle the chemical.
1640
1641 **Table_Apx Q-8. Summary of Worker Inhalation Exposure Monitoring Data for**
1642 **Unloading/Loading TCE from Bulk Containers**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 1.1 | 0.4 | 0.26 | 0.1 | 33 | Medium to High |
| Central Tendency | 4.9E-4 | 1.6E-4 | 1.1E-4 | 4.5E-5 | | |

1643 AC= Acute Exposure and ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

1644 ### Q.4.2    Water Release Assessment
1645 EPA expects the primary source of water releases from repackaging activities to be from the use of
1646 water or steam to clean bulk containers used to transport TCE or products containing TCE. EPA expects
1647 the use of water/steam for cleaning containers to be limited at repackaging sites as TCE is an organic
1648 substance and classified as a hazardous waste under RCRA. EPA expects the majority of sites to use
1649 organic cleaning solvents which would be disposed of as hazardous waste (incineration or landfill) over
1650 water or steam.
1651
1652 Water releases during repackaging were assessed using data reported in the 2016 DMR and 2016 TRI.
1653 One of the 20 sites reporting to TRI reported water releases of TCE to off-site wastewater treatment. All
1654 other sites reporting to TRI reported releases to off-site land or incineration.  EPA assessed annual
1655 releases as reported in the 2016 DMR and assessed daily releases by assuming 250 days of operation per
1656 year. A summary of the water releases reported to the 2016 DMR and TRI can be found in Table_Apx
1657 Q-9.
1658

1659   **Table_Apx Q-9. Reported Water Releases of Trichloroethylene from Sites Repackaging TCE**

| Site Identity | Annual Release (kg/site-yr)[a] | Annual Release Days (days/yr) | Daily Release (kg/site-day)[a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Hubbard-Hall Inc, Waterbury, CT | 277 | 250 | 1.1 | Not available | Non-POTW WWT |
| St. Gabriel Terminal, Saint Gabriel, LA | 1.4 | 250 | 5.5E-03 | LA0052353 | Surface Water |
| Vopak Terminal Westwego Inc, Westwego, LA | 1.2 | 250 | 4.7E-03 | LA0124583 | Surface Water |
| Oiltanking Houston Inc, Houston, TX | 0.8 | 250 | 3.3E-03 | TX0091855 | Surface Water |
| Research Solutions Group Inc, Pelham, AL | 0.01 | 250 | 3.3E-05 | AL0074276 | Surface Water |
| Carlisle Engineered Products Inc, Middlefield, OH | 1.7E-3 | 250 | 6.8E-06 | OH0052370 | Surface Water |

1660   [a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual
1661   release rate and assuming 250 days of operation per year.
1662   Sources: (U.S. EPA, 2016a) and (U.S. EPA, 2017c)
1663

1664   # Q.5      Batch Open Top Vapor Degreasing

1665   ## Q.5.1      Exposure Assessment

1666   EPA identified inhalation exposure monitoring data from NIOSH investigations at twelve sites using
1667   TCE as a degreasing solvent in OTVDs. Due to the large variety in shop types that may use TCE as a
1668   vapor degreasing solvent, it is unclear how representative these data are of a "typical" shop. Therefore,
1669   EPA supplemented the identified monitoring data using the Open-Top Vapor Degreasing Near-
1670   Field/Far-Field Inhalation Exposure Model.  The following subsections detail the results of EPA's
1671   occupational exposure assessment for batch open-top vapor degreasing based on inhalation exposure
1672   monitoring data and modeling.
1673

1674   Table_Apx Q-10 summarizes the 8-hr TWA monitoring data for the use of TCE in OTVDs. The data
1675   were obtained from NIOSH Health Hazard Evaluation reports (HHEs). NIOSH HHEs are conducted at
1676   the request of employees, employers, or union officials, and provide information on existing and
1677   potential hazards present in the workplaces evaluated (Daniels et al., 1988), (Ruhe et al., 1981), (Barsan,
1678   1991), (Ruhe, 1982), (Rosensteel and Lucas, 1975), (Seitz and Driscoll, 1989), (Gorman et al., 1984),
1679   (Gilles et al., 1977), (Vandervort and Polakoff, 1973), and (Lewis, 1980).
1680

1681   Data from these sources cover exposures at several industries including metal tube production, valve
1682   manufacturing, jet and rocket engine manufacture, air conditioning prep and assembly, and AC motor
1683   parts (Ruhe et al., 1981), (Barsan, 1991), (Rosensteel and Lucas, 1975), (Gorman et al., 1984),
1684   (Vandervort and Polakoff, 1973), and (Lewis, 1980). Except for one site, sample times ranged from
1685   approximately five to eight hours (Ruhe et al., 1981), (Barsan, 1991), (Rosensteel and Lucas, 1975),
1686   (Gorman et al., 1984), and (Lewis, 1980). The majority of samples taken at the other site were taken for
1687   2 hours or less (Vandervort and Polakoff, 1973). Where sample times were less than eight hours, EPA
1688   converted to an 8-hr TWA assuming exposure outside the sample time was zero. For sample times
1689   greater than eight hours, EPA left the measured concentration as is. It should be noted that additional
1690   sources for degreasing were identified but were not used in EPA's analysis as they either: 1) did not
1691   specify the machine type in use; or 2) only provided a statistical summary of worker exposure
1692   monitoring.

1693

1694 **Table_Apx Q-10. Summary of Worker Inhalation Exposure Monitoring Data for Batch Open-Top**
1695 **Vapor Degreasing**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| *Workers* | | | | | | |
| High-End | 77.8 | 25.9 | 17.8 | 9.1 | 113 | Medium |
| Central Tendency | 13.8 | 4.6 | 3.2 | 1.3 | | |
| *Occupational non-users* | | | | | | |
| High-End | 9.1 | 3.0 | 2.1 | 1.1 | 10 | Medium |
| Central Tendency | 1.1 | 0.4 | 0.3 | 0.1 | | |

1696 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
1697

1698 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
1699 to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the
1700 primary strengths include the assessment approach, which is the use of monitoring data, the highest of
1701 the inhalation approach hierarchy. These monitoring data include 123 data points from 16 sources, and
1702 the data quality ratings from systematic review for these data were medium. The primary limitations of
1703 these data include the uncertainty of the representativeness of these data toward the true distribution of
1704 inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths
1705 and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data
1706 in this scenario is medium.
1707

1708 EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. A
1709 Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input
1710 parameters. Vapor generation rates were derived from TCE unit emissions and operating hours reported
1711 in the 2014 National Emissions Inventory. The primary limitations of the air concentration outputs from
1712 the model include the uncertainty of the representativeness of these data toward the true distribution of
1713 inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties
1714 include that the underlying methodologies used to estimate these emissions in the 2014 NEI are
1715 unknown. Based on these strengths and limitations of the air concentrations, the overall confidence for
1716 these 8-hr TWA data in this scenario is medium to low.
1717

1718 Figure_Apx Q-1 illustrates the near-field/far-field model that can be applied to open-top vapor
1719 degreasing (AIHA, 2009). As the figure shows, volatile TCE vapors evaporate into the near-field,
1720 resulting in worker exposures at a concentration $C_{NF}$. The concentration is directly proportional to the
1721 evaporation rate of TCE, G, into the near-field, whose volume is denoted by $V_{NF}$. The ventilation rate
1722 for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field, resulting in
1723 occupational non-user exposures to TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field
1724 space into which the TCE dissipates out of the near-field. The ventilation rate for the surroundings,
1725 denoted by $Q_{FF}$, determines how quickly TCE dissipates out of the surrounding space and into the
1726 outside air.
1727



1728
**Figure_Apx Q-1. Schematic of the Open-Top Vapor Degreasing Near-Field/Far-Field Inhalation Exposure Model**

To estimate the TCE vapor generation rate, the model developed a distribution from the reported annual emission rates and annual operating times reported in the 2014 NEI. NEI records where the annual operating time was not reported were excluded from the distribution.

Batch degreasers are assumed to operate between two and 24 hours per day, based on NEI data on the reported operating hours for OTVD using TCE. EPA performed a Monte Carlo simulation with 100,000 iterations and the Latin Hypercube sampling method in @Risk to calculate 8-hour TWA near-field and far-field exposure concentrations. Near-field exposure represents exposure concentrations for workers who directly operate the vapor degreasing equipment, whereas far-field exposure represents exposure concentrations for occupational non-users (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment).

Table_Apx Q-11 presents a statistical summary of the exposure modeling results. These exposure estimates represent modeled exposures for the workers and occupational non-users. For workers, the 50th percentile exposure is 34.8 ppm 8-hr TWA, with a 95th percentile of 388 ppm 8-hr TWA.

Both of these values are an order of magnitude higher than identified in the monitoring data. This may be due to the limited number of sites from which the monitoring data were taken whereas the model is meant to capture a broader range of scenarios. It is also uncertain of the underlying methodologies used to estimate emissions in the 2014 NEI data.

1752
1753
1754
1755
1756
1757
1758

1759 **Table_Apx Q-11. Summary of Exposure Modeling Results for TCE Degreasing in OTVDs**

| Percentile | 8-hr TWA (ppm) | AC[a] (ppm) | ADC (ppm) | LADC (ppm) | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|
| *Workers (Near-field)* | | | | | |
| High-End | 388 | 129.3 | 88.5 | 35.3 | N/A – Modeled Data |
| Central Tendency | 34.8 | 79.0 | 8.0 | 3.0 | |
| *Occupational non-users (Far-Field)* | | | | | |
| High-End | 237 | 79.0 | 54.0 | 21.1 | N/A – Modeled Data |
| Central Tendency | 18.1 | 6.0 | 4.1 | 1.5 | |

1760 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
1761 [a] Acute exposures calculated as a 24-hr TWA.

1762 ### Q.5.2    Water Release Assessment

1763 The primary source of water releases from OTVDs is wastewater from the water separator. Water in the
1764 OTVD may come from two sources: 1) Moisture in the atmosphere that condenses into the solvent when
1765 exposed to the condensation coils on the OTVD; and/or 2) steam used to regenerate carbon adsorbers
1766 used to control solvent emissions on OTVDs with enclosures (Durkee, 2014; Kanegsberg and
1767 Kanegsberg, 2011; NIOSH, 2002a, b, c, d). The water is removed in a gravity separator and sent for
1768 disposal (NIOSH, 2002a, b, c, d). The current disposal practices of the wastewater are unknown;
1769 however, a 1982 EPA (Gilbert et al., 1982) report estimated 20% of water releases from metal cleaning
1770 (including batch systems, conveyorized systems, and vapor and cold systems) were direct discharges to
1771 surface water and 80% of water releases were discharged indirectly to a POTW.

1772

1773 Water releases for OTVDs were assessed using data reported in the 2016 TRI and 2016 DMR. Due to
1774 limited information in these reporting programs, these sites may in fact not operate OTVDs, but may
1775 operate other solvent cleaning machines or perform metalworking activities. They are included in the
1776 OTVD assessment as EPA expects OTVDs to be the most likely condition of use. EPA assessed annual
1777 releases as reported in the 2016 TRI or 2016 DMR and assessed daily releases by assuming 260 days of
1778 operation per year, as recommended in the 2017 ESD on Use of Vapor Degreasers, and averaging the
1779 annual releases over the operating days. A summary of the water releases reported to the 2016 TRI and
1780 DMR can be found in Table_Apx Q-12.

1781

1782 **Table_Apx Q-12. Reported Water Releases of Trichloroethylene from Sites Using TCE in Open-**
1783 **Top Vapor Degreasing**

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| US Nasa Michoud Assembly Facility, New Orleans, LA | 509 | 260 | 1.96 | LA0052256 | Surface Water |
| GM Components Holdings LLC, Lockport, NY | 34.2 | 260 | 0.13 | NY0000558 | Surface Water |
| Akebono Elizabethtown Plant, Elizabethtown, KY | 17.9 | 260 | 0.07 | KY0089672 | Surface Water |
| Delphi Harrison Thermal Systems, Dayton, OH | 9.3 | 260 | 0.04 | OH0009431 | Surface Water |

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Chemours Company Fc LLC, Washington, WV | 6.7 | 260 | 0.03 | WV0001279 | Surface Water |
| Equistar Chemicals LP, La Porte, TX | 4.4 | 260 | 0.02 | TX0119792 | Surface Water |
| GE Aviation, Lynn, MA | 2.6 | 260 | 0.01 | MA0003905 | Surface Water |
| Certa Vandalia LLC, Vandalia, OH | 2.1 | 260 | 0.01 | OH0122751 | Surface Water |
| GM Components Holdings LLC Kokomo Ops, Kokomo, IN | 1.7 | 260 | 0.01 | IN0001830 | Surface Water |
| Amphenol Corp-Aerospace Operations, Sidney, NY | 1.6 | 260 | 0.01 | NY0003824 | Surface Water |
| Emerson Power Trans Corp, Maysville, KY | 1.6 | 260 | 0.01 | KY0100196 | Surface Water |
| Olean Advanced Products, Olean, NY | 1.4 | 260 | 0.01 | NY0073547 | Surface Water |
| Texas Instruments, Inc., Attleboro, MA | 1.3 | 260 | 5.18E-03 | MA0001791 | Surface Water |
| Hollingsworth Saco Lowell, Easley, SC | 1.2 | 260 | 4.69E-03 | SC0046396 | Surface Water |
| Trelleborg YSH Incorporated Sandusky Plant, Sandusky, MI | 0.9 | 260 | 3.60E-03 | MI0028142 | Surface Water |
| Timken Us Corp Honea Path, Honea Path, SC | 0.9 | 260 | 3.55E-03 | SC0047520 | Surface Water |
| Johnson Controls Incorporated, Wichita, KS | 0.6 | 260 | 2.28E-03 | KS0000850 | Surface Water |
| Accellent Inc/Collegeville Microcoax, Collegeville, PA | 0.6 | 260 | 2.22E-03 | PA0042617 | Surface Water |
| National Railroad Passenger Corporation (Amtrak) Wilmington Maintenance Facility, Wilmington, DE | 0.5 | 260 | 2.03E-03 | DE0050962 | Surface Water |
| Electrolux Home Products (Formerly Frigidaire), Greenville, MI | 0.5 | 260 | 2.01E-03 | MI0002135 | Surface Water |
| Rex Heat Treat Lansdale Inc, Lansdale, PA | 0.5 | 260 | 1.94E-03 | PA0052965 | Surface Water |
| Carrier Corporation, Syracuse, NY | 0.5 | 260 | 1.77E-03 | NY0001163 | Surface Water |
| Globe Engineering Co Inc, Wichita, KS | 0.5 | 260 | 1.74E-03 | KS0086703 | Surface Water |
| Cascade Corp (0812100207), Springfield, OH | 0.3 | 260 | 1.17E-03 | OH0085715 | Surface Water |
| USAF-Wurtsmith AFB, Oscoda, MI | 0.3 | 260 | 1.15E-03 | MI0042285 | Surface Water |
| AAR Mobility Systems, Cadillac, MI | 0.3 | 260 | 1.12E-03 | MI0002640 | Surface Water |
| Eaton Mdh Company Inc, Kearney, NE | 0.3 | 260 | 1.07E-03 | NE0114405 | Surface Water |
| Motor Components L C, Elmira, NY | 0.3 | 260 | 9.64E-04 | NY0004081 | Surface Water |
| Salem Tube Mfg, Greenville, PA | 0.233 | 260 | 8.97E-04 | PA0221244 | Surface Water |
| Ametek Inc. U.S. Gauge Div., Sellersville, PA | 0.227 | 260 | 8.72E-04 | PA0056014 | Surface Water |

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| GE (Greenville) Gas Turbines LLC, Greenville, SC | 0.210 | 260 | 8.06E-04 | SC0003484 | Surface Water |
| Parker Hannifin Corporation, Waverly, OH | 0.194 | 260 | 7.47E-04 | OH0104132 | Surface Water |
| Mahle Enginecomponents USA Inc, Muskegon, MI | 0.193 | 260 | 7.42E-04 | MI0004057 | Surface Water |
| General Electric Company - Waynesboro, Waynesboro, VA | 0.191 | 260 | 7.33E-04 | VA0002402 | Surface Water |
| Gayston Corp, Dayton, OH | 0.167 | 260 | 6.43E-04 | OH0127043 | Surface Water |
| Styrolution America LLC, Channahon, IL | 0.166 | 260 | 6.37E-04 | IL0001619 | Surface Water |
| Remington Arms Co Inc, Ilion, NY | 0.159 | 260 | 6.12E-04 | NY0005282 | Surface Water |
| Lake Region Medical, Trappe, PA | 0.1 | 260 | 5.06E-04 | Not available | Surface Water |
| United Technologies Corporation, Pratt And Whitney Division, East Hartford, CT | 0.1 | 260 | 4.80E-04 | CT0001376 | Surface Water |
| Atk-Allegany Ballistics Lab (Nirop), Keyser, WV | 0.1 | 260 | 4.70E-04 | WV0020371 | Surface Water |
| Techalloy Co Inc, Union, IL | 0.1 | 260 | 4.27E-04 | IL0070408 | Surface Water |
| Owt Industries, Pickens, SC | 0.1 | 260 | 3.14E-04 | SC0026492 | Surface Water |
| Boler Company, Hillsdale, MI | 0.1 | 260 | 2.69E-04 | MI0053651 | Surface Water |
| Mccanna Inc., Carpentersville, IL | 0.1 | 260 | 2.68E-04 | IL0071340 | Surface Water |
| Cutler Hammer, Horseheads, NY | 0.1 | 260 | 2.38E-04 | NY0246174 | Surface Water |
| Sperry & Rice Manufacturing Co LLC, Brookville, IN | 8.54E-02 | 260 | 3.28E-04 | IN0001473 | Surface Water |
| US Air Force Offutt Afb Ne, Offutt A F B, NE | 4.14E-02 | 260 | 1.59E-04 | NE0121789 | Surface Water |
| Troxel Company, Moscow, TN | 3.49E-02 | 260 | 1.34E-04 | TN0000451 | Surface Water |
| Austin Tube Prod, Baldwin, MI | 2.96E-02 | 260 | 1.14E-04 | MI0054224 | Surface Water |
| LS Starrett Precision Tools, Athol, MA | 2.65E-02 | 260 | 1.02E-04 | MA0001350 | Surface Water |
| Avx Corp, Raleigh, NC | 2.30E-02 | 260 | 8.83E-05 | NC0089494 | Surface Water |
| Handy & Harman Tube Co/East Norriton, Norristown, PA | 1.61E-02 | 260 | 6.17E-05 | PA0011436 | Surface Water |
| Indian Head Division, Naval Surface Warfare Center, Indian Head, MD | 1.08E-02 | 260 | 4.16E-05 | MD0003158 | Surface Water |
| General Dynamics Ordnance Tactical Systems, Red Lion, PA | 6.34E-03 | 260 | 2.44E-05 | PA0043672 | Surface Water |
| Trane Residential Solutions - Fort Smith, Fort Smith, AR | 3.46E-03 | 260 | 1.33E-05 | AR0052477 | Surface Water |
| Lexmark International Inc., Lexington, KY | 3.23E-03 | 260 | 1.24E-05 | KY0097624 | Surface Water |
| Alliant Techsystems Operations LLC, Elkton, MD | 3.02E-03 | 260 | 1.16E-05 | MD0000078 | Surface Water |
| Daikin Applied America, Inc. (Formally Mcquay International), Scottsboro, AL | 2.15E-03 | 260 | 8.26E-06 | AL0069701 | Surface Water |

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Beechcraft Corporation, Wichita, KS | 2.04E-03 | 260 | 7.86E-06 | KS0000183 | Surface Water |
| Federal-Mogul Corp, Scottsville, KY | 1.50E-03 | 260 | 5.78E-06 | KY0106585 | Surface Water |
| Cessna Aircraft Co (Pawnee Facility), Wichita, KS | 1.36E-03 | 260 | 5.24E-06 | KS0000647 | Surface Water |
| N.G.I, Parkersburg, WV | 3.43E-04 | 260 | 1.32E-06 | WV0003204 | Surface Water |
| Hyster-Yale Group, Inc, Sulligent, AL | 2.35E-04 | 260 | 9.03E-07 | AL0069787 | Surface Water |
| Hitachi Electronic Devices (USA), Inc., Greenville, SC | 6.58E-05 | 260 | 2.53E-07 | SC0048411 | Surface Water |

WWT = Wastewater Treatment
[a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual release rate and assuming 260 days of operation per year.
Sources: 2016 TRI (U.S. EPA, 2017c); 2016 DMR (U.S. EPA, 2016a)

Data from TRI and DMR may not represent the entirety of sites using TCE in OTVDs. EPA did not identify other data sources to estimate water releases from sites not reporting to TRI or DMR. However, sites operating degreasers are regulated by the following national ELGs:

- Electroplating Point Source Category Subparts A, B, D, E, F, G, and H (U.S. EPA, 2019d);[33]
- Iron and Steel Manufacturing Point Source Category Subpart J (U.S. EPA, 2019e);
- Metal Finishing Point Source Category Subpart A (U.S. EPA, 2019f);[34]
- Coil Coating Point Source Category Subpart D (U.S. EPA, 2019b);
- Aluminum Forming Point Source Category Subparts A, B, C, D, E, and F (U.S. EPA, 2019a); and
- Electrical and Electronic Components Point Source Category Subparts A and B (U.S. EPA, 2019c).

All above ELGs set discharges limits based on the total toxic organics (TTO) concentration in the wastewater stream and not a specific TCE limit. TTO is the summation of the concentrations for a specified list of pollutants which may be different for each promulgated ELG and includes TCE for the above referenced ELGs. Therefore, the concentration of TCE in the effluent is expected to be less than the TTO limit.

The operation of the water separator via gravity separation is such that the maximum concentration of TCE leaving the OTVD is equal to the solubility of TCE in water, 1,280 mg/L (Durkee, 2014). In cases where this concentration exceeds the limit set by the applicable ELGs, EPA expects sites will perform some form of wastewater treatment for the effluent stream leaving the OTVD to ensure compliance with the ELG prior to discharge. EPA did not identify information on the amount of wastewater generated from OTVDs to estimate releases from sites not reporting to TRI or DMR.

---

[33] The Electroplating ELG applies only to sites that discharge to POTW (indirect discharge) that were in operation before July 15, 1983. Processes that began operating after July 15, 1983 and direct dischargers are subject to the Metal Finishing ELG (40 C.F.R Part 433).
[34] The Metal Finishing ELG do not apply when wastewater discharges from metal finishing operations are already regulated by the Iron and Steel, Coil Coating, Aluminum Forming, or Electrical and Electronic Components ELGs.

## Q.6    Batch Closed-Loop Vapor Degreasing

### Q.6.1    Exposure Assessment

EPA identified inhalation exposure monitoring data from a European Chemical Safety report using TCE in closed degreasing operations. However, it is unclear how representative these data are of a "typical" batch closed-loop degreasing shop. Table_Apx Q-13 summarizes the 8-hr TWA monitoring data for the use of TCE in vapor degreasers. The data were obtained from a Chemical Safety Report (DOW Deutschland, 2014a).

Data from these sources cover exposures at several industries where industrial parts cleaning occurred using vapor degreasing in closed systems. It should be noted that additional sources for degreasing were identified but were not used in EPA's analysis as they either: 1) did not specify the machine type in use; or 2) only provided a statistical summary of worker exposure monitoring.

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 19 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to high.

**Table_Apx Q-13. Summary of Worker Inhalation Exposure Monitoring Data for Batch Closed-Loop Vapor Degreasing**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 1.4 | 0.5 | 0.3 | 0.2 | 19 | High |
| Central Tendency | 0.5 | 0.2 | 0.1 | 0.04 | | |

AC = Acute Concentration, ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

### Q.6.2    Water Release Assessment

Similar to OTVDs, the primary source of water releases from closed-loop systems is wastewater from the water separator. However, unlike OTVDs, no water is expected to enter the system through condensation (Durkee, 2014). The reason for this is that enclosed systems flush the work chamber with water-free vapor (typically nitrogen gas) after the parts to be cleaned are added to the chamber and the chamber is sealed but before the solvent enters (Durkee, 2014). Multiple flushes can be performed to reduce the concentration of water to acceptable levels prior to solvent cleaning (Durkee, 2014). Therefore, the primary source of water in closed-loop systems is from steam used to regenerate carbon adsorbers (Durkee, 2014; Kanegsberg and Kanegsberg, 2011; NIOSH, 2002a, b, c, d). Similar to OTVDs, the water is removed in a gravity separator and sent for disposal (NIOSH, 2002a, b, c, d). As indicated in the OTVD assessment, current disposal practices of the wastewater are unknown with the latest available data from a 1982 EPA (Gilbert et al., 1982) report estimating 20% of water releases were direct discharges to surface water and 80% of water releases were discharged indirectly to a POTW.

1854 EPA assumes the TRI and DMR data cover all water discharges of TCE from closed-loop vapor
1855 degreasing. However, EPA cannot distinguish between degreaser types in TRI and DMR data; therefore,
1856 a single set of water release for all degreasing operations is used for OTVDs.
1857

## Q.7    Conveyorized Vapor Degreasing

1858

### Q.7.1    Exposure Assessment

1859

1860 EPA identified inhalation exposure monitoring data from NIOSH investigations at two sites using TCE
1861 in conveyorized degreasing. Due to the large variety in shop types that may use TCE as a vapor
1862 degreasing solvent, it is unclear how representative these data are of a "typical" shop. Therefore, EPA
1863 supplemented the identified monitoring data using the Conveyorized Degreasing Near-Field/Far-Field
1864 Inhalation Exposure Model.  The following subsections detail the results of EPA's occupational
1865 exposure assessment for batch open-top vapor degreasing based on inhalation exposure monitoring data
1866 and modeling.
1867

1868 Table_Apx Q-14 summarizes the 8-hr TWA monitoring data for the use of TCE in conveyorized
1869 degreasing. The data were obtained from two NIOSH Health Hazard Evaluation reports (HHEs)
1870 (Crandall and Albrecht, 1989), (Kinnes, 1998).
1871

1872 **Table_Apx Q-14. Summary of Worker Inhalation Exposure Monitoring Data for Conveyorized**
1873 **Vapor Degreasing**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 48.3 | 16.1 | 11.0 | 5.6 | 18 | Medium |
| Central Tendency | 32.4 | 10.8 | 7.4 | 2.9 | | |

1874 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
1875

1876 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
1877 to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the
1878 primary strengths include the assessment approach, which is the use of monitoring data, the highest of
1879 the inhalation approach hierarchy. These monitoring data include 18 data points from 2 sources, and the
1880 data quality ratings from systematic review for these data were medium. The primary limitations of
1881 these data include the uncertainty of the representativeness of these data toward the true distribution of
1882 inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths
1883 and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data
1884 in this scenario is medium to low.
1885

1886 EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. A
1887 Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input
1888 parameters. Vapor generation rates were derived from TCE unit emissions and operating hours reported
1889 in the 2014 National Emissions Inventory. The primary limitations of the air concentration outputs from
1890 the model include the uncertainty of the representativeness of these data toward the true distribution of
1891 inhalation concentrations for the industries and sites covered by this scenario. Added uncertainties
1892 include that emissions data available in the 2014 NEI were only found for three total units, and the
1893 underlying methodologies used to estimate these emissions are unknown. Based on these strengths and
1894 limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is
1895 medium to low.
1896

1897 Figure_Apx Q-2 illustrates the near-field/far-field model that can be applied to conveyorized vapor
1898 degreasing. As the figure shows, TCE vapors evaporate into the near-field (at evaporation rate G),
1899 resulting in near-field exposures to workers at a concentration $C_{NF}$. The concentration is directly
1900 proportional to the evaporation rate of TCE, G, into the near-field, whose volume is denoted by $V_{NF}$.
1901 The ventilation rate for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-
1902 field (*i.e.,* the facility space surrounding the near-field), resulting in occupational non-user exposures to
1903 TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates
1904 out of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly
1905 TCE dissipates out of the surrounding space and into the outdoor air.
1906



1907
1908 **Figure_Apx Q-2. Belt/Strip Conveyorized Vapor Degreasing Schematic of the Conveyorized**
1909 **Degreasing Near-Field/Far-Field Inhalation Exposure Model**
1910
1911 To estimate the TCE vapor generation rate, the model uses the annual emission rate and annual
1912 operating time from the single conveyorized degreasing unit reported in the 2014 NEI. Because the
1913 vapor generation rate is based a limited data set, it is unknown how representative the model is of a
1914 "typical" conveyorized degreasing site.
1915
1916 EPA performed a Monte Carlo simulation with 100,000 iterations and the Latin Hypercube sampling
1917 method in @Risk to calculate 8-hour TWA near-field and far-field exposure concentrations. Near-field
1918 exposure represents exposure concentrations for workers who directly operate the vapor degreasing
1919 equipment, whereas far-field exposure represents exposure concentrations for occupational non-users
1920 (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment).
1921
1922 Table_Apx Q-15 presents a statistical summary of the exposure modeling results. These exposure
1923 estimates represent modeled exposures for the workers and occupational non-users. For workers, the
1924 50th percentile exposure is 40.8 ppm 8-hr TWA, with a 95th percentile of 3,043 ppm 8-hr TWA.
1925
1926 The high-end value is two orders of magnitude higher than identified in the monitoring data, but the
1927 central tendency is comparable to the monitoring data. This may be due to the limited number of sites

1928 from which the monitoring data were taken or that limited data for conveyorized degreaser were
1929 reported to the 2014 NEI data (data were only found for three total units). It is also uncertain of the
1930 underlying methodologies used to estimate emissions in the 2014 NEI data.
1931
1932 **Table_Apx Q-15. Summary of Exposure Modeling Results for TCE Degreasing in Conveyorized**
1933 **Degreasers**

| Scenario | 8-hr TWA (ppm) | AC[a] (ppm) | ADC (ppm) | LADC (ppm) | Data Quality Rating of Associated Air Concentration Data |
|---|---|---|---|---|---|
| *Workers (Near-field)* | | | | | |
| High-End | 3,043 | 1,014.4 | 694.8 | 275.2 | N/A – Modeled Data |
| Central Tendency | 40.8 | 13.6 | 9.3 | 5.3 | |
| *Occupational non-users (Far-Field)* | | | | | |
| High-End | 1,878 | 626 | 428.8 | 168.3 | N/A – Modeled Data |
| Central Tendency | 23.3 | 7.8 | 5.3 | 3.6 | |

1934 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
1935 [a] Acute exposures calculated as a 24-hr TWA.

1936 ### Q.7.2    Water Release Assessment

1937 Similar to OTVDs, the primary source of water releases from conveyorized systems is expected to be
1938 from wastewater from the water separator with the primary sources of water being: 1) Moisture in the
1939 atmosphere that condenses into the solvent when exposed to the condensation coils on the system;
1940 and/or 2) steam used to regenerate carbon adsorbers used to control solvent emissions (Durkee, 2014;
1941 Kanegsberg and Kanegsberg, 2011; NIOSH, 2002a, b, c, d). The current disposal practices of the
1942 wastewater are unknown; however, a 1982 EPA (Gilbert et al., 1982) report estimated 20% of water
1943 releases from metal cleaning (including batch systems, conveyorized systems, and vapor and cold
1944 systems) were direct discharges to surface water and 80% of water releases were discharged indirectly to
1945 a POTW.
1946
1947 EPA assumes the TRI and DMR data cover all water discharges of TCE from conveyorized degreasing.
1948 However, EPA cannot distinguish between degreaser types in TRI and DMR data; therefore, a single set
1949 of water release for all degreasing operations is presented in Section Q.5.2 for OTVDs.
1950

1951 # Q.8    Web Vapor Degreasing

1952 ### Q.8.1    Exposure Assessment

1953 EPA did not identify inhalation exposure monitoring data related to the use of TCE in web degreasing.
1954 Therefore, EPA used the Near-Field/Far-Field Model to estimate exposures to workers and ONUs. The
1955 following details the results of EPA's occupational exposure assessment for use in web degreasers based
1956 on inhalation exposure modeling.
1957
1958 Figure_Apx Q-3 illustrates the near-field/far-field model that can be applied to web degreasing. As the
1959 figure shows, TCE vapors evaporate into the near-field (at evaporation rate G), resulting in near-field
1960 exposures to workers at a concentration $C_{NF}$. The concentration is directly proportional to the

1961 evaporation rate of TCE, G, into the near-field, whose volume is denoted by $V_{NF}$. The ventilation rate
1962 for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field (*i.e.,* the facility
1963 space surrounding the near-field), resulting in occupational non-user exposures to TCE at a
1964 concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates out of the
1965 near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly TCE
1966 dissipates out of the surrounding space and into the outdoor air.
1967



1968
1969 **Figure_Apx Q-3. Schematic of the Web Degreasing Near-Field/Far-Field Inhalation Exposure**
1970 **Model**
1971
1972 To estimate the TCE vapor generation rate, the model uses the annual emission rate and annual
1973 operating time from the single web degreasing unit reported in the (U.S. EPA, 2011). Because the vapor
1974 generation rate is based a limited data set, it is unknown how representative the model is of a "typical"
1975 web degreasing site.
1976
1977 EPA performed a Monte Carlo simulation with 100,000 iterations and the Latin Hypercube sampling
1978 method in @Risk to calculate 8-hour TWA near-field and far-field exposure concentrations. Near-field
1979 exposure represents exposure concentrations for workers who directly operate the vapor degreasing
1980 equipment, whereas far-field exposure represents exposure concentrations for occupational non-users
1981 (*i.e.,* workers in the surrounding area who do not handle the degreasing equipment).
1982
1983 Table_Apx Q-16 presents a statistical summary of the exposure modeling results. These exposure
1984 estimates represent modeled exposures for the workers and occupational non-users. For workers, the
1985 50th percentile exposure is 5.9 ppm 8-hr TWA, with a 95th percentile of 14.1 ppm 8-hr TWA.
1986
1987 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
1988 to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths
1989 include the assessment approach, which is the use of modeling, in the middle of the inhalation approach
1990 hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential
1991 input parameters. Vapor generation rates were derived from TCE unit emissions and operating hours
1992 reported in the 2014 National Emissions Inventory. The primary limitations of the air concentration
1993 outputs from the model include the uncertainty of the representativeness of these data toward the true

1994 distribution of inhalation concentrations for the industries and sites covered by this scenario. Added
1995 uncertainties include that emissions data available in the 2011 NEI were only found for one unit, and the
1996 underlying methodologies used to estimate the emission is unknown. Based on these strengths and
1997 limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is
1998 medium to low.
1999

2000 **Table_Apx Q-16. Summary of Exposure Modeling Results for TCE Degreasing in Web**
2001 **Degreasers**

| Scenario | 8-hr TWA (ppm) | AC[a] (ppm) | ADC (ppm) | LADC (ppm) | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|
| *Workers (Near-field)* | | | | | |
| High-End | 14.1 | 4.7 | 3.2 | 1.4 | N/A – Modeled Data |
| Central Tendency | 5.9 | 2.0 | 1.4 | 0.5 | |
| *Occupational non-users (Far-Field)* | | | | | |
| High-End | 9.6 | 3.2 | 2.2 | 0.9 | N/A – Modeled Data |
| Central Tendency | 3.1 | 1.0 | 0.7 | 0.3 | |

2002 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
2003 [a] Acute exposures calculated as a 24-hr TWA.

2004 **Q.8.2   Water Release Assessment**
2005 Similar to OTVDs, the primary source of water releases from web systems is expected to be from
2006 wastewater from the water separator with the primary sources of water being: 1) Moisture in the
2007 atmosphere that condenses into the solvent when exposed to the condensation coils on the system;
2008 and/or 2) steam used to regenerate carbon adsorbers used to control solvent emissions (Durkee, 2014;
2009 Kanegsberg and Kanegsberg, 2011; NIOSH, 2002a, b, c, d). The current disposal practices of the
2010 wastewater are unknown; however, a 1982 EPA (Gilbert et al., 1982) report estimated 20% of water
2011 releases from metal cleaning (including batch systems, conveyorized systems, and vapor and cold
2012 systems) were direct discharges to surface water and 80% of water releases were discharged indirectly to
2013 a POTW.

2014
2015 EPA assumes the TRI and DMR data cover all water discharges of TCE from web vapor degreasing.
2016 However, EPA cannot distinguish between degreaser types in TRI and DMR data; therefore, a single set
2017 of water release for all degreasing operations is used for OTVDs.

2018

2019 # Q.9   Cold Cleaning

2020 **Q.9.1   Exposure Assessment**
2021 EPA did not identify inhalation exposure monitoring data for the Cold Cleaning condition of use.
2022 Therefore, EPA used the Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model to estimate
2023 exposures to workers and ONUs.  The following details the results of EPA's occupational exposure
2024 assessment for cold cleaning based on modeling.
2025

Figure_Apx Q-4 illustrates the near-field/far-field model that can be applied to cold cleaning. As the figure shows, TCE vapors evaporate into the near-field (at evaporation rate G), resulting in near-field exposures to workers at a concentration $C_{NF}$. The concentration is directly proportional to the evaporation rate of TCE, G, into the near-field, whose volume is denoted by $V_{NF}$. The ventilation rate for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field (*i.e.,* the facility space surrounding the near-field), resulting in occupational non-user exposures to TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates out of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly TCE dissipates out of the surrounding space and into the outdoor air.



**Figure_Apx Q-4. Schematic of the Cold Cleaning Near-Field/Far-Field Inhalation Exposure Model**

To estimate the TCE vapor generation rate, the model developed a distribution from the reported annual emission rates and annual operating times reported in the 2014 NEI (U.S. EPA, 2018a). NEI records where the annual operating time was not reported were excluded from the distribution. Because the vapor generation rate is based a limited data set (ten total units), it is unknown how representative the model is of a "typical" cold cleaning site.

Cold cleaners are assumed to operate between 3 to 24 hours per day, based on NEI data on the reported operating hours for cold cleaners using TCE. EPA performed a Monte Carlo simulation with 100,000 iterations and the Latin Hypercube sampling method in @Risk to calculate 8-hour TWA near-field and far-field exposure concentrations. Near-field exposure represents exposure concentrations for workers who directly operate the vapor degreasing equipment, whereas far-field exposure represents exposure concentrations for occupational non-users (*i.e.,* workers in the surrounding area who do not handle the cold cleaning equipment).

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of modeling, in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential

2058 input parameters. Vapor generation rates were derived from TCE unit emissions and operating hours
2059 reported in the 2014 National Emissions Inventory. The primary limitations of the air concentration
2060 outputs from the model include the uncertainty of the representativeness of these data toward the true
2061 distribution of inhalation concentrations for the industries and sites covered by this scenario. Added
2062 uncertainties include that emissions data available in the 2014 NEI were only found for ten total units,
2063 and the underlying methodologies used to estimate these emissions are unknown. Based on these
2064 strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this
2065 scenario is medium to low.

2066

2067 Table_Apx Q-17 presents a statistical summary of the exposure modeling results. Estimates of AC,
2068 ADC, and LADC for use in assessing risk were made using the approach and equations described in
2069 Appendix B. These exposure estimates represent modeled exposures for the workers and occupational
2070 non-users. For workers, the 50th percentile exposure is 3.33 ppm 8-hr TWA, with a 95th percentile of
2071 57.2 ppm 8-hr TWA.

2072

2073 **Table_Apx Q-17. Summary of Exposure Modeling Results for Use of Trichloroethylene in Cold**
2074 **Cleaning**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|
| *Workers (Near-field)* | | | | | |
| High-End | 57.2 | 19.1 | 13.1 | 5.2 | N/A – Modeled Data |
| Central Tendency | 3.33 | 1.11 | 0.8 | 0.3 | |
| *Occupational non-users (Far-Field)* | | | | | |
| High-End | 34.7 | 11.6 | 7.9 | 3.1 | N/A – Modeled Data |
| Central Tendency | 1.8 | 0.6 | 0.4 | 0.2 | |

2075 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.

2076 ### Q.9.2    Water Release Assessment

2077 Similar to OTVDs, the primary source of water releases from cold cleaners is expected to be from
2078 wastewater from the water separator with the primary source of water expected to be from moisture in
2079 the atmosphere that condenses into the solvent. Water may also enter vapor degreasers via steam used to
2080 regenerate carbon adsorbers; however, it is unclear if carbon adsorbers would be used in conjunction
2081 with cold cleaning equipment. The current disposal practices of the wastewater are unknown; however, a
2082 1982 EPA (Gilbert et al., 1982) report estimated 20% of water releases from metal cleaning (including
2083 batch systems, conveyorized systems, and vapor and cold systems) were direct discharges to surface
2084 water and 80% of water releases were discharged indirectly to a POTW.

2085

2086 EPA assesses water release using TRI and DMR data. However, EPA cannot distinguish between
2087 degreasers and cold cleaners in TRI and DMR data; therefore, a single set of water release for all
2088 degreasing and cold cleaning operations is used for OTVDs.

2089

### Q.10    Aerosol Applications: Spray Degreasing/Cleaning, Automotive Brake and Parts Cleaners, Penetrating Lubricants, and Mold Releases

#### Q.10.1   Exposure Assessment

EPA did not identify inhalation exposure monitoring data related to the use of TCE in aerosol degreasers. Therefore, EPA estimated inhalation exposures using the Brake Servicing Near-field/Far-field Exposure Model. EPA used the brake servicing model as a representative scenario for this condition of use as there was ample data describing the brake servicing use and it is a significant use of TCE-based aerosol products. The following details the results of EPA's occupational exposure assessment for aerosol degreasing and aerosol lubricants based on modeling.

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of modeling, in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input parameters. Various model parameters were derived from a CARB brake service study and TCE concentration data for 16 products representative of the condition of use. The primary limitations of the air concentration outputs from the model include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is medium.

Figure_Apx Q-5 illustrates the near-field/far-field for the aerosol degreasing scenario. As the figure shows, TCE in aerosolized droplets immediately volatilizes into the near-field, resulting in worker exposures at a concentration $C_{NF}$. The concentration is directly proportional to the amount of aerosol degreaser applied by the worker, who is standing in the near-field-zone (*i.e.,* the working zone). The volume of this zone is denoted by $V_{NF}$. The ventilation rate for the near-field zone ($Q_{NF}$) determines how quickly TCE dissipates into the far-field (*i.e.,* the facility space surrounding the near-field), resulting in occupational non-user exposures to TCE at a concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the TCE dissipates out of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines how quickly TCE dissipates out of the surrounding space and into the outside air.

In this scenario, TCE mists enter the near-field in non-steady "bursts," where each burst results in a sudden rise in the near-field concentration, followed by a more gradual rise in the far-field concentration. The near-field and far-field concentrations then decay with time until the next burst causes a new rise in near-field concentration.

Based on site data from maintenance and auto repair shops obtained by CARB (CARB, 2000) for brake cleaning activities, the model assumes a worker will perform 11 applications of the degreaser product per brake job with five minutes between each application and that a worker may perform one to four brake jobs per day each taking one hour to complete. EPA modeled two scenarios, one where the brake cleaning jobs occurred back-to-back and one where braking cleaning jobs occurred one hour apart. Based on data from CARB (CARB, 2000), EPA assumes each brake job requires 14.4 oz of aerosol brake cleaner. The model determines the application rate of TCE using the weight fraction of TCE in the aerosol product. EPA uses uniform distribution of weight fractions for TCE based on facility data for the

2136 aerosol products in use (CARB, 2000). It is uncertain whether the use rate and weight fractions for brake
2137 cleaning are representative of other aerosol degreasing and lubricant applications.



2138
2139 **Figure_Apx Q-5. Schematic of the Near-Field/Far-Field Model for Aerosol Degreasing**
2140
2141 EPA performed a Monte Carlo simulation with 1,000,000 iterations and the Latin hypercube sampling
2142 method to model near-field and far-field exposure concentrations in the aerosol degreasing scenario. The
2143 model calculates both 8-hr TWA exposure concentrations and acute 24-hr TWA exposure
2144 concentrations. Table_Apx Q-18 presents a statistical summary of the exposure modeling results.
2145
2146 For workers, the exposures are 7.63 ppm 8-hr TWA at the 50th percentile and 23.98 ppm 8-hr TWA at
2147 the 95th percentile. For occupational non-users, the model exposures are 0.14 ppm 8-hr TWA at the 50th
2148 percentile and 1.04 ppm 8-hr TWA at the 95th percentile.
2149
2150 **Table_Apx Q-18. Summary of Worker and Occupational Non-User Inhalation Exposure**
2151 **Modeling Results for Aerosol Degreasing**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|
| *Workers (Near-field)* | | | | | |
| High-End | 24.0 | 8.0 | 5.5 | 2.2 | N/A – Modeled Data |
| Central Tendency | 7.6 | 2.5 | 1.7 | 0.6 | |
| *Occupational non-users (Far-Field)* | | | | | |
| High-End | 1.0 | 0.4 | 0.2 | 0.1 | N/A – Modeled Data |
| Central Tendency | 0.1 | 0.05 | 0.03 | 0.01 | |

2152 AC = Acute Concentration; ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

2153 **Q.10.2   Water Release Assessment**
2154 EPA does not expect releases of TCE to water from the use of aerosol products. Due to the volatility of
2155 TCE the majority of releases from the use of aerosol products will likely be to air as TCE evaporates

2156 from the aerosolized mist and the substrate surface. There is a potential that TCE that deposits on shop
2157 floors during the application process could possibly end up in a floor drain (if the shop has one) or could
2158 runoff outdoors if garage doors are open. However, EPA expects the potential release to water from this
2159 to be minimal as there would be time for TCE to evaporate before entering one of these pathways. This
2160 is consistent with estimates from the International Association for Soaps, Detergents and Maintenance
2161 Products (AISE) SpERC for Wide Dispersive Use of Cleaning and Maintenance Products, which
2162 estimates 100% of volatiles are released to air (Products, 2012). EPA expects residuals in the aerosol
2163 containers to be disposed of with shop trash that is either picked up by local waste management or by a
2164 waste handler that disposes shop wastes as hazardous waste.

## Q.11    Metalworking Fluids

### Q.11.1   Exposure Assessment

2168 EPA identified inhalation exposure monitoring data from OSHA facility inspections (OSHA, 2017) at
2169 two sites using TCE in metalworking fluids. Due to small sample sizes, it is unclear how representative
2170 these data are of "typical" MWF use. Therefore, EPA supplemented the identified monitoring data with
2171 an assessment of inhalation exposures using the ESD on the Use of Metalworking Fluids (OECD,
2172 2011b). The following subsections detail the results of EPA's occupational exposure assessment for
2173 TCE use in MWFs based on inhalation exposure monitoring data and modeling.

2175 Table_Apx Q-19 summarizes the 8-hr TWA monitoring data for the use of TCE in MWFs. No data were
2176 found to estimate ONU exposures from use in metalworking fluids. Data from this source covers
2177 exposures at a facility that produces various electrical resistors (Gilles and Philbin, 1976). The data were
2178 provided as full-shift TWAs.

2180 **Table_Apx Q-19. Summary of Worker Inhalation Exposure Monitoring Data for TCE Use in**
2181 **Metalworking Fluids**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 75.4 | 25.1 | 17.2 | 8.8 | 3 | High |
| Central Tendency | 69.7 | 23.2 | 15.9 | 6.3 | | |

2182 AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.

2184 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
2185 to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths
2186 include the assessment approach, which is the use of monitoring data, the highest of the inhalation
2187 approach hierarchy. These monitoring data include 3 data points from 1 source, and the data quality
2188 ratings from systematic review for these data were high. The primary limitations of these data include
2189 limited dataset (3 data points from 1 site), and the uncertainty of the representativeness of these data
2190 toward the true distribution of inhalation concentrations for the industries and sites covered by this
2191 scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall
2192 confidence for these 8-hr TWA data in this scenario is low.

2194 EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy.
2195 Data from the 2011 Emission Scenario Document on the Use of Metalworking Fluids was used to

2196  estimate inhalation exposures. The primary limitations of the exposure outputs from this model include
2197  the uncertainty of the representativeness of these data toward the true distribution of inhalation for all
2198  TCE uses for the industries and sites covered by this scenario, and the difference between the modeling
2199  data and monitoring data. Added uncertainties include that the underlying TCE concentration used in the
2200  metalworking fluid was assumed from one metalworking fluid product. Based on these strengths and
2201  limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this scenario is
2202  medium.

2203

2204  The ESD estimates typical and high-end exposures for different types of metalworking fluids. These
2205  estimates are provided in Table_Apx Q-20 and are based on a NIOSH study of 79 small metalworking
2206  facilities (OECD, 2011b). The concentrations for these estimates are for the solvent-extractable portion
2207  and do not include water contributions (OECD, 2011b). The "typical" mist concentration is the
2208  geometric mean of the data and the "high-end" is the 90th percentile of the data (OECD, 2011b).

2209

2210  **Table_Apx Q-20. ESD Exposure Estimates for Metalworking Fluids Based on Monitoring Data**

| Type of Metalworking Fluid | Typical Mist Concentration (mg/m$^3$)[a] | High-End Mist Concentration (mg/m$^3$)[b] |
|---|---|---|
| Conventional Soluble | 0.19 | 0.87 |
| Semi-Synthetic | 0.20 | 0.88 |
| Synthetic | 0.24 | 1.10 |
| Straight Oil | 0.39 | 1.42 |

2211  [a] The typical mist concentration is the geometric mean of the data (OECD, 2011b)
2212  [b] The high-end mist concentration is the 90th percentile of the data (OECD, 2011b)
2213  Source: (OECD, 2011b)

2214

2215  The recommended use of the TCE-based metalworking fluid is an oil-based cutting and tapping fluid;
2216  therefore, EPA assesses exposure to the TCE-based metalworking fluids using the straight oil mist
2217  concentrations and the max concentration of TCE in the metalworking fluid. Straight oils are not diluted;
2218  therefore, the concentration of TCE specified in the SDS (98%) (U.S. EPA, 2017b) is equal to the
2219  concentration of TCE in the mist. Table_Apx Q-21 presents the exposure estimates for the use of TCE-
2220  based metalworking fluids. The ESD estimates an exposure duration of eight hours per day; therefore,
2221  results are presented as 8-hr TWA exposure values.  It should be noted that these estimates may
2222  underestimate exposures to TCE during use of metalworking fluids as they do not account for exposure
2223  to TCE that evaporates from the mist droplets into the air. This exposure is difficult to estimate and is
2224  not considered in this assessment.

2225

2226  **Table_Apx Q-21. Summary of Exposure Results for Use of TCE in Metalworking Fluids Based on**
2227  **ESD Estimates**

| Scenario | 8-hr TWA (ppm)[a] | ADC (ppm) | LADC (ppm) | Data Quality Rating of Associated Air Concentration Data |
|---|---|---|---|---|
| High-End | 0.3 | 0.1 | 0.03 | N/A – Modeled Data |
| Central Tendency | 0.1 | 0.02 | 6.0E-3 | |

2228  ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.
2229  [a] The TCE exposure concentrations are calculated by multiplying the straight oil mist concentrations in Table_Apx Q-20 by
2230  98% (the concentration of TCE in the metalworking fluid) and converting to ppm.

2231
2232 The monitoring data obtained is two orders of magnitude higher than the modeling data. It is uncertain if
2233 the limited monitoring data set (three sample points), or the age of the monitoring data (1976) is
2234 representative of exposures to TCE for all sites covered by this condition of use.

2235 ### Q.11.2   Water Release Assessment

2236 The ESD states that water releases from use of straight oil metalworking fluids may come from disposal
2237 of container residue and dragout losses from cleaning the part after shaping (OECD, 2011b). Facilities
2238 typically treat wastewater onsite due to stringent discharge limits to POTWs (OECD, 2011b). Control
2239 technologies used in onsite wastewater treatment in the MP&M industry include ultrafiltration, oil/water
2240 separation, and chemical precipitation (OECD, 2011b). Facilities that do not treat wastewater onsite
2241 contract waste haulers to collect wastewater for off-site treatment (OECD, 2011b).
2242
2243 EPA assesses water release using TRI and DMR data. However, EPA cannot distinguish between sites
2244 using metalworking fluids and sites using TCE in degreasers in TRI and DMR data; therefore, a single
2245 set of water release for degreasing and metalworking fluid operations is used for OTVDs.
2246

2247 # Q.12   Adhesives, Sealants, Paints, and Coatings

2248 ### Q.12.1   Exposure Assessment

2249 EPA identified inhalation exposure monitoring data from a NIOSH a Health Hazard Evaluation report
2250 (HHE) (Chrostek, 1981) using TCE in coating applications and from OSHA facility inspections (OSHA,
2251 2017) at three sites using TCE in adhesives and coatings. The following details the results of EPA's
2252 occupational exposure assessment for coating applications based on inhalation exposure monitoring
2253 data.
2254
2255 Table_Apx Q-22 summarizes the 8-hr TWA monitoring data for the use of TCE in coatings. The data
2256 were obtained from a HHE (Chrostek, 1981) and from OSHA data (OSHA, 2017). EPA assumed this
2257 data is applicable to ONU exposure.  However, due to the limited data set and the various types of
2258 application methods that may be employed, EPA is unsure of the representativeness of these data toward
2259 actual exposures to TCE for all sites covered by this condition of use.
2260

2261 **Table_Apx Q-22. Summary of Worker Inhalation Exposure Monitoring Data for**
2262 **Adhesives/Paints/Coatings**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| *Workers* | | | | | | |
| High-End | 39.5 | 13.2 | 9.0 | 4.6 | 22 | Medium |
| Central Tendency | 4.6 | 1.6 | 1.1 | 0.4 | | |
| *Occupational non-users* | | | | | | |
| High-End | 1.0 | 0.3 | 0.2 | 0.1 | 2 | Medium |
| Central Tendency | 0.9 | 0.3 | 0.2 | 0.1 | | |

2263 AC = Acute Concentration, ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

2264 EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
2265 to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the
2266 primary strengths include the assessment approach, which is the use of monitoring data, the highest of
2267 the inhalation approach hierarchy. These monitoring data include 22 data points from 2 sources, and the
2268 data quality ratings from systematic review for these data were medium to high. The primary limitations
2269 of these data include the uncertainty of the representativeness of these data toward the true distribution
2270 of inhalation concentrations for the industries and sites covered by this scenario. Based on these
2271 strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr
2272 TWA data in this scenario is medium to low.
2273
2274 For the ONU inhalation air concentration data, the primary strengths include the assessment approach,
2275 which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring
2276 data include 2 data points from 1 source, and the data quality ratings from systematic review for the data
2277 point was high. The primary limitations of this data is the limited dataset (two data points from 1 site),
2278 and the uncertainty of the representativeness of this data toward the true distribution of inhalation
2279 concentrations for the industries and sites covered by this scenario. Based on these strengths and
2280 limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in
2281 this scenario is medium to low.
2282
2283 EPA did not find data to provide inhalation exposure estimates for commercial adhesive, sealant, paint
2284 and coating applications. Therefore, EPA uses the industrial data discussed above as surrogate for
2285 commercial coatings, as EPA believes the activities and exposures will be similar between industrial and
2286 commercial sites covered by this condition of use.

2287    ### Q.12.2   Water Release Assessment

2288 In general, potential sources of water releases from adhesive, sealants, and paints/coatings use may
2289 include the following: equipment cleaning operations, and container cleaning wastes (OECD, 2011a).
2290
2291 Water releases for adhesives, sealants, paints and coating sites were assessed using data reported from
2292 three sites in the 2016 TRI and 2016 DMR. For the sites in the 2014 NEI (where release information is
2293 not provided), an average release per site was calculated from the total releases of the three
2294 aforementioned sites reporting water releases to DMR and TRI, and dividing the total release by the
2295 total number of sites in TRI and DMR (17 sites). This average release per site was used to estimate
2296 releases from the sites provided in the 2014 NEI.  EPA assessed daily releases by assuming 250 days of
2297 operation per year, as recommended in the 2011 ESD on the Application of Radiation Curable Coatings,
2298 Inks, and Adhesives via Spray, Vacuum, Roll and Curtain Coating, and averaging the annual releases
2299 over the operating days (OECD, 2011a). A summary of the water releases can be found in Table_Apx
2300 Q-23.
2301
2302 **Table_Apx Q-23. Reported Water Releases of Trichloroethylene from Sites Using TCE in**
2303 **Adhesives, Sealants, Paints and Coatings**

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) [a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Able Electropolishing Co Inc, Chicago, IL | 74.4 | 250 | 0.30 | Not available | POTW |
| Garlock Sealing Technologies, Palmyra, NY | 0.08 | 250 | 3.3E-04 | NY0000078 | Surface Water |
| Ls Starrett Co, Athol, MA | 9.1E-04 | 250 | 3.6E-06 | MAR05B615 | Surface Water |

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) [a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Aerojet Rocketdyne, Inc., East Camden, AR | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Best One Tire & Service, Nashville, TN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Bridgestone Aircraft Tire (USA), Inc., Mayodan, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Clayton Homes Inc, Oxford, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Cmh Manufacturing, Inc. Dba Schult Homes - Plant 958, Richfield, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Delphi Thermal Systems, Lockport, NY | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Green Bay Packaging Inc - Coon Rapids, Coon Rapids, MN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Mastercraft Boat Company, Vonore, TN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Michelin Aircraft Tire Company, Norwood, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| M-Tek, Inc, Manchester, TN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Olin Corp, East Alton, IL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Parker Hannifin Corp - Paraflex Division, Manitowoc, WI | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Parrish Tire Company, Yadkinville, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Republic Doors And Frames, Mckenzie, TN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Ro-Lab Rubber Company Inc., Tracy, CA | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Royale Comfort Seating, Inc. - Plant No. 1, Taylorsville, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Snider Tire, Inc., Statesville, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Snyder Paper Corporation, Hickory, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Stellana Us, Lake Geneva, WI | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Thomas Built Buses - Courtesy Road, High Point, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) [a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Unicel Corp, Escondido, CA | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Acme Finishing Co Llc, Elk Grove Village, IL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Aerojet Rocketdyne, Inc., Rancho Cordova, CA | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Allegheny Cnty Airport Auth/Pgh Intl Airport, Pittsburgh, PA | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Amphenol Corp - Aerospace Operations, Sidney, NY | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Aprotech Powertrain, Asheville, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Clayton Homes Inc, Oxford, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Coating & Converting Tech Corp/Adhesive Coatings, Philadelphia, PA | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Corpus Christi Army Depot, Corpus Christi, TX | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Electronic Data Systems Camp Pendleton, Camp Pendleton, CA | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Florida Production Engineering, Inc., Ormond Beach, FL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Goodrich Corporation, Jacksonville, FL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Kasai North America Inc, Madison Plant, Madison, MS | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Kirtland Air Force Base, Albuquerque, NM | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Marvin Windows & Doors, Warroad, MN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Mcneilus Truck & Manufacturing Inc, Dodge Center, MN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Metal Finishing Co. - Wichita (S Mclean Blvd), Wichita, KS | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) [a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Michelin Aircraft Tire Company, Norwood, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Murakami Manufacturing Usa Inc, Campbellsville, KY | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Peterbilt Motors Denton Facility, Denton, TX | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Portsmouth Naval Shipyard, Kittery, ME | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| R.D. Henry & Co., Wichita, KS | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Raytheon Company, Portsmouth, RI | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Rehau Inc, Cullman, AL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Rotochopper Inc, Saint Martin, MN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Rubber Applications, Mulberry, FL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Sapa Precision Tubing Rockledge, Llc, Rockledge, FL | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Thomas & Betts, Albuquerque, NM | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Thomas Built Buses - Fairfield Road, High Point, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Timco, Dba Haeco Americas Airframe Services, Greensboro, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Trelleborg Coated Systems Us, Inc - Grace Advanced Materials, Rutherfordton, NC | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| U.S. Coast Guard Yard - Curtis Bay, Curtis Bay, MD | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |
| Viracon Inc, Owatonna, MN | 4.4 | 250 | 1.8E-02 | Not available | Surface Water or POTW |

2304 POTW = Publicly Owned Treatment Works
2305 Releases of 4.4 kg/site-yr for NEI sites estimated from total releases from TRI and DMR sites and divided by the 3 sites
2306 reporting water releases and the 14 sites reporting zero water releases in TRI).
2307 [a] Daily releases are back-calculated from the annual release rate and assuming 250 days of operation per year.
2308 Sources: (U.S. EPA, 2018a, 2017c, 2016a)

## Q.13    Other Industrial Uses

### Q.13.1   Exposure Assessment

EPA did not identify inhalation exposure monitoring data related to using TCE for other industrial uses. Therefore, EPA used monitoring data from loading/unloading TCE during manufacturing as a surrogate. See section Q.1.1 for additional information on the data used. EPA assumes the exposure sources, routes, and exposure levels are similar to those during loading at a TCE manufacturing facility. However, EPA is unsure of the representativeness of these surrogate data toward actual exposures to TCE at all sites covered by this condition of use.

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA inhalation air concentrations. The primary strengths include the assessment approach, which is the use of surrogate monitoring data, in the middle of the inhalation approach hierarchy. These monitoring data include 50 data points from 2 sources, and the data quality ratings from systematic review for these data were medium. The primary limitations of these data include the uncertainty of the representativeness of these surrogate data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low.

Table_Apx Q-24 summarizes the 8-hr TWA from monitoring data from TCE manufacturing. The data were obtained from obtained from data submitted by Arkema, Inc. (Arkema, 2020) and the Halogenated Solvents Industry Alliance (HSIA) (Halogenated Solvents Industry Alliance, 2018) via public comment. No data were found to estimate ONU exposures during other industrial uses of TCE. EPA estimates that ONU exposures are lower than worker exposures, since ONUs do not typically directly handle the chemical.

**Table_Apx Q-24. Summary of Occupational Exposure Surrogate Monitoring Data for Unloading TCE During Other Industrial Uses**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 2.46 | 0.82 | 0.56 | 0.29 | 50 | Medium |
| Central Tendency | 0.12 | $3.8\text{E}^{-2}$ | $2.6\text{E}^{-2}$ | $1.0\text{E}^{-2}$ | | |

AC = Acute Concentration; ADC = Average Daily Concentration; and LADC = Lifetime Average Daily Concentration.

### Q.13.2   Water Release Assessment

Specifics of the processes and potential sources of release for other industrial uses are unknown. However, general potential sources of water releases in the chemical industry may include the following: equipment cleaning operations, aqueous wastes from scrubbers/decanters, reaction water, process water from washing intermediate products, and trace water settled in storage tanks (OECD, 2019).

EPA assessed water releases using the annual discharge values reported to the 2016 TRI and the 2016 DMR by the 49 sites using TCE in other industrial uses. In the 2016 TRI, all 28 reported zero discharge to water. In the 2016 DMR, twenty-one sites reported a direct discharge to surface water (indirect discharges not reported in DMR data).

2349
2350 To estimate the daily release, EPA assumed a default of 250 days/yr of operation and averaged the
2351 annual release over the operating days. Table_Apx Q-25 summarizes the water releases from the 2016
2352 TRI and DMR for sites with non-zero discharges.
2353
2354 **Table_Apx Q-25. Reported Water Releases of Trichloroethylene from Other Industrial Uses**

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr)[a] | Daily Release (kg/site-day)[a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Eli Lilly And Company-Lilly Tech Ctr, Indianapolis, IN | 388 | 250 | 1.6 | IN0003310 | Surface Water |
| Oxy Vinyls LP - Deer Park Pvc, Deer Park, TX | 37 | 250 | 0.15 | TX0007412 | Surface Water |
| Solvay - Houston Plant, Houston, TX | 8.3 | 250 | 0.03 | TX0007072 | Surface Water |
| Washington Penn Plastics, Frankfort, KY | 8.0 | 250 | 0.03 | KY0097497 | Surface Water |
| Natrium Plant, New Martinsville, WV | 5.5 | 250 | 2.2E-02 | WV0004359 | Surface Water |
| Leroy Quarry, Leroy, NY | 4.8 | 250 | 1.9E-02 | NY0247189 | Surface Water |
| George C Marshall Space Flight Center, Huntsville, AL | 2.6 | 250 | 1.0E-02 | AL0000221 | Surface Water |
| Whelan Energy Center Power Plant, Hastings, NE | 2.4 | 250 | 9.4E-03 | NE0113506 | Surface Water |
| Akzo Nobel Surface Chemistry LLC, Morris, IL | 0.1 | 250 | 4.6E-04 | IL0026069 | Surface Water |
| Solutia Nitro Site, Nitro, WV | 0.1 | 250 | 4.4E-04 | WV0116181 | Surface Water |
| Amphenol Corporation - Columbia, Columbia, SC | 0.1 | 250 | 2.8E-04 | SC0046264 | Surface Water |
| Army Cold Regions Research & Engineering Lab, Hanover, NH | 0.1 | 250 | 2.3E-04 | NH0001619 | Surface Water |
| Corning - Canton Plant, Canton, NY | 0.1 | 250 | 2.2E-04 | NY0085006 | Surface Water |
| Keeshan And Bost Chemical Co., Inc., Manvel, TX | 0.03 | 250 | 1.3E-04 | TX0072168 | Surface Water |
| Ames Rubber Corp Plant #1, Hamburg Boro, NJ | 0.03 | 250 | 1. 1E-04 | NJG000141 | Surface Water |
| Gorham, Providence, RI | 0.02 | 250 | 9.2E-05 | RIG85E004 | Surface Water |
| Emerson Power Transmission, Ithaca, NY | 0.02 | 250 | 6.9E-05 | NY0002933 | Surface Water |
| Chemtura North and South Plants, Morgantown, WV | 8.3E-03 | 250 | 3.3E-05 | WV0004740 | Surface Water |
| Indorama Ventures Olefins, LLC, Sulphur, LA | 5.1E-03 | 250 | 2.0E-05 | LA0069850 | Surface Water |
| William E. Warne Power Plant, Los Angeles County, CA | 3.1E-03 | 250 | 1.2E-05 | CA0059188 | Surface Water |
| Raytheon Aircraft Co (Was Beech Aircraft), Boulder, CO | 2.3E-03 | 250 | 9.2E-06 | COG315176 | Surface Water |

2355 [a] Annual release amounts are based on the site reported values. Therefore, daily releases are calculated from the annual
2356 release rate and assuming 250 days of operation per year.
2357 Sources: (U.S. EPA, 2017c, 2016a)
2358

## Q.14    Spot Cleaning, Wipe Cleaning and Carpet Cleaning

### Q.14.1    Exposure Assessment

EPA identified minimal inhalation exposure monitoring data related to the spot cleaning using TCE. Therefore, EPA supplemented the identified monitoring data using the Near-field/Far-field Exposure Model. The following subsections detail the results of EPA's occupational exposure assessment for spot cleaning based on inhalation exposure monitoring data and modeling.

Table_Apx Q-26 summarizes the 8-hr TWA monitoring data and acute TWAs from the monitoring data for the use of TCE in spot cleaning. No data were found to estimate ONU exposures during spot cleaning. The data were obtained from NIOSH a Health Hazard Evaluation report (HHE) (Burton and Monesterskey, 1996), as well as a NIOSH Report on Control of Health and Safety Hazards on Commercial Drycleaners document (NIOSH, 1997). NIOSH HHEs are conducted at the request of employees, employers, or union officials, and provide information on existing and potential hazards present in the workplaces evaluated.  NIOSH Health and Safety documents represents NIOSH research in collaboration with industry, labor and other government organizations to protect the health of workers in industry.

For full shift values, sample times ranged from approximately seven to nine hours (Burton and Monesterskey, 1996). Where sample times were less than eight hours, EPA converted to an 8-hr TWA assuming exposure outside the sample time was zero. For sample times greater than eight hours, EPA left the measured concentration as is. Because of the limited data set, EPA is unsure of the representativeness of these data toward actual exposures to TCE for all sites covered by this condition of use.

**Table_Apx Q-26. Summary of Worker Inhalation Exposure Monitoring Data for Spot Cleaning Using TCE**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of 8-hr TWA Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 2.8 | 1.0 | 0.7 | 0.3 | 8 | Medium |
| Central Tendency | 0.4 | 0.1 | 0.1 | 0.04 | | |

AC = Acute Concentration; ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 8 data points from 2 sources, and the data quality ratings from systematic review for these data were medium. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 8-hr TWA data in this scenario is medium to low.

EPA also considered the use of modeling, which is in the middle of the inhalation approach hierarchy. A Monte Carlo simulation with 100,000 iterations was used to capture the range of potential input

2399   parameters. Various model parameters were derived from a CARB study. The primary limitations of the
2400   air concentration outputs from the model include the uncertainty of the representativeness of these data
2401   toward the true distribution of inhalation concentrations for the industries and sites covered by this
2402   scenario. Added uncertainties include that the underlying methodologies used to obtain the values in the
2403   CARB study, as well as the assumed TCE concentration in the spot cleaning product. Based on these
2404   strengths and limitations of the air concentrations, the overall confidence for these 8-hr TWA data in this
2405   scenario is medium to low.
2406
2407   Despite these limitation, the modeling and monitoring results match each other very closely.  Therefore,
2408   the overall confidence is medium.
2409
2410   Wolf and Morris (IRTA, 2007) estimated 42,000 gal of TCE-based spotting agents are sold in California
2411   annually. Review of SDS's identified TCE-based spotting agents contain 10% to 100% TCE. The study
2412   also estimated approximately 5,000 textile cleaning facilities in California. Results in average of 8.4
2413   gal/site-yr of TCE-based spotting agents used.
2414
2415   Figure_Apx Q-6 illustrates the near-field/far-field modeling approach that EPA applied to spot cleaning
2416   facilities. As the figure shows, chemical vapors evaporate into the near-field (at evaporation rate G),
2417   resulting in near-field exposures to workers at a concentration $C_{NF}$. The concentration is directly
2418   proportional to the amount of spot cleaner applied by the worker, who is standing in the near-field-zone
2419   (*i.e.,* the working zone). The volume of this zone is denoted by $V_{NF}$. The ventilation rate for the near-
2420   field zone ($Q_{NF}$) determines how quickly the chemical of interest dissipates into the far-field (*i.e.,* the
2421   facility space surrounding the near-field), resulting in occupational non-user exposures at a
2422   concentration $C_{FF}$. $V_{FF}$ denotes the volume of the far-field space into which the chemical of interest
2423   dissipates out of the near-field. The ventilation rate for the surroundings, denoted by $Q_{FF}$, determines
2424   how quickly the chemical dissipates out of the surrounding space and into the outdoor air.
2425



2426
2427   **Figure_Apx Q-6. Schematic of the Near-Field/Far-Field Model for Spot Cleaning**
2428
2429   EPA performed Monte Carlo simulations, applying one hundred thousand iterations and the Latin
2430   hypercube sampling method. Table_Apx Q-27 presents a statistical summary of the exposure modeling
2431   results. The 50th and 95th percentile near-field exposures are 0.96 ppm and 2.77 ppm 8-hr TWA,

2432  respectively. These results are comparable to the monitoring data. For occupational non-users (far-field),
2433  model 50th and 95th percentile exposure levels are 0.48 ppm and 1.75 ppm 8-hr TWA, respectively. EPA
2434  assumes no engineering controls are used at dry cleaning shops, which are typically small, family owned
2435  businesses.
2436
2437  The modeling results are comparable to the monitoring data. However, EPA is unsure of the
2438  representativeness of these data toward actual exposures to TCE for all sites covered by this condition of
2439  use.
2440
2441  **Table_Apx Q-27. Summary of Exposure Modeling Results for Spot Cleaning Using TCE**

| Scenario | 8-hr TWA (ppm) | AC (24-hr) (ppm) | ADC (ppm) | LADC (ppm) | Data Quality Rating of Associated Air Concentration Data |
|---|---|---|---|---|---|
| *Workers (Near-field)* | | | | | |
| High-End | 2.8 | 0.9 | 0.6 | 0.3 | N/A – Modeled Data |
| Central Tendency | 1.0 | 0.3 | 0.2 | 0.1 | |
| *Occupational non-users (Far-Field)* | | | | | |
| High-End | 1.8 | 0.6 | 0.4 | 0.2 | N/A – Modeled Data |
| Central Tendency | 0.5 | 0.2 | 0.1 | 0.04 | |

2442  AC = Acute Concentration; ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

2443  ### Q.14.2   Water Release Assessment

2444  TCE releases to water from spot cleaning will depend upon whether the stained surface is washed with
2445  water after spotting. For example, TCE-based cleaners used to pre-spot garments prior to cleaning in
2446  water or hydrocarbon-based machines would be a source of TCE in wastewater.
2447
2448  Water releases for spot cleaning were assessed using data reported in the 2016 DMR. No sites
2449  discharging TCE from spot cleaning activities were found in the 2016 TRI. EPA assessed annual
2450  releases as reported in the 2016 DMR and assessed daily releases by assuming 300 days of operation per
2451  year. A summary of the water releases reported to the 2016 DMR can be found in Table_Apx Q-28. The
2452  annual release for each of the unknown sites is calculated by taking the average annual release of the
2453  two sites reporting to DMR.
2454
2455  **Table_Apx Q-28. Reported Water Releases of Trichloroethylene from Sites Using TCE Spot**
2456  **Cleaning**

| Site | Annual Release[a] (kg/site-year) | Annual Release Days (days/yr) | Daily Release (kg/site-day)[a] | Media of Release |
|---|---|---|---|---|
| Boise State University, Boise, ID | 0.02 | 300 | 8.0E-05 | Surface Water |
| Venetian Hotel And Casino, Las Vegas, NV | 8.8E-3 | 300 | 2.9E-05 | Surface Water |
| 63,746 Unknown Sites | 0.02 | 300 | 5.4E-05 | Surface Water or POTW |

2457  POTW = Publicly Owned Treatment Works
2458  [a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual
2459  release rate and assuming 300 days of operation per year.
2460  Sources: 2016 DMR (U.S. EPA, 2016a)

## Q.15   Industrial Processing Aid

### Q.15.1   Exposure Assessment

EPA did identify inhalation exposure monitoring data related using TCE when used as an industrial processing aid from one site. The following details the results of EPA's occupational exposure assessment for use of TCE as an industrial processing aid based on inhalation exposure monitoring data.

Table_Apx Q-29 summarizes the 12-hr TWA monitoring data and acute TWAs from the monitoring data for the use of TCE as a processing aid for both workers and for ONUs. The data were obtained from a European Commission (EC) Technical Report (EC, 2014). The data were supplied to the EC as supporting documentation in an application for continued use of TCE under the REACH Regulation. The data indicate a full shift is 12 hours. Therefore, all exposures were calculated using a 12-hr shift. Because of the limited data set, EPA is unsure of the representativeness of these data toward actual exposures to TCE for all sites covered by this condition of use.

**Table_Apx Q-29. Summary of Exposure Monitoring Data for Use as a Processing Aid**

| Scenario | 12-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of 12-hr Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| *Workers* | | | | | | |
| High-End | 12.8 | 6.4 | 4.4 | 2.2 | 30 | Medium to High |
| Central Tendency | 4.2 | 2.1 | 1.5 | 0.6 | | |
| *Occupational non-users* | | | | | | |
| High-End | 2.9 | 1.4 | 1.0 | 0.5 | 4 | Medium |
| Central Tendency | 1.3 | 0.7 | 0.4 | 0.2 | | |

AC = Acute Concentration; ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.

EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results to determine a level of confidence for the 12-hr TWA data. For the inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 30 data points from 1 source, and the data quality ratings from systematic review for these data were high. The primary limitations of these data include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 12-hr TWA data in this scenario is medium to high.

For the ONU inhalation air concentration data, the primary strengths include the assessment approach, which is the use of monitoring data, the highest of the inhalation approach hierarchy. These monitoring data include 4 data points from 1 source, and the data quality ratings from systematic review for the data point was high. The primary limitations of this single data point include the uncertainty of the representativeness of these data toward the true distribution of inhalation concentrations for the industries and sites covered by this scenario. Based on these strengths and limitations of the inhalation air concentration data, the overall confidence for these 12-hr TWA data in this scenario is medium to low.

2496      ### Q.15.2   Water Release Assessment

2497   In general, potential sources of water releases in the chemical industry may include the following:
2498   equipment cleaning operations, aqueous wastes from scrubbers/decanters, reaction water, process water
2499   from washing intermediate products, and trace water settled in storage tanks (OECD, 2019). Based on
2500   the use as a processing aid and the amount of TCE used for this condition of use, EPA expects minimal
2501   sources of TCE release to water.

2502

2503   Water releases during use as a processing aid were assessed using data reported in the 2016 TRI as well
2504   as 2016 DMR. Four of the 16 sites reporting to TRI provided water releases.  The remaining 12 sites
2505   reported all releases were to off-site land, incineration or recycling.  EPA assessed annual releases as
2506   reported in the 2016 TRI and assessed daily releases by assuming 300 days of operation per year. A
2507   summary of the water releases reported to the 2016 DMR and 2016 TRI can be found in Table_Apx
2508   Q-30.

2509

2510   **Table_Apx Q-30. Reported Water Releases of Trichloroethylene from Industrial Processing Aid**
2511   **Sites Using TCE**

| Site Identity | Annual Release (kg/site-yr)[a] | Annual Release Days (days/yr) | Daily Release (kg/site-day)[a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Entek International LLC, Lebanon, OR | 113 | 300 | 0.4 | Not available | POTW |
| Occidental Chemical Corp Niagara Plant, Niagara Falls, NY | 5.8 | 300 | 0.02 | NY0003336 | Surface Water |
| National Electrical Carbon Products Dba Morgan Adv Materials, Fostoria, OH | 2.3 | 300 | 7. 6E-03 | Not available | POTW |
| Daramic LLC, Corydon, IN | 2.3 | 300 | 0.01 | Not available | Surface Water |
| PPG Industries Inc Barberton, Barberton, OH | 1.4 | 300 | 4.5E-3 | OH0123897 | POTW |
| Stepan Co Millsdale Road, Elwood, IL | 0.2 | 300 | 5.5E-04 | IL0002453 | Surface Water |

2512   [a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual
2513   release rate and assuming 300 days of operation per year.
2514   POTW = Publicly Owned Treatment Works
2515   Sources: (U.S. EPA, 2017c, 2016a)
2516

2517   # Q.16   Commercial Printing and Copying

2518      ### Q.16.1   Exposure Assessment

2519   EPA identified inhalation exposure monitoring data from a NIOSH a Health Hazard Evaluation report
2520   (HHE) (Finely and Page, 2005) using TCE in high speed printing presses. The following details the
2521   results of EPA's occupational exposure assessment for printing applications based on inhalation
2522   exposure monitoring data. Table_Apx Q-31 summarizes the 8-hr TWA monitoring data for the use of
2523   TCE in printing. The data were obtained from a HHE (Finely and Page, 2005).
2524

2525   EPA considered the assessment approach, the quality of the data, and uncertainties in assessment results
2526   to determine a level of confidence for the 8-hr TWA data. For the inhalation air concentration data, the
2527   primary strengths include the assessment approach, which is the use of monitoring data, the highest of
2528   the inhalation approach hierarchy. These monitoring data include 20 data points from 1 source, and the
2529   data quality ratings from systematic review for these data were medium. The primary limitations of

2530 these data include a limited dataset, and the uncertainty of the representativeness of these data toward
2531 the true distribution of inhalation concentrations for the industries and sites covered by this scenario.
2532 Based on these strengths and limitations of the inhalation air concentration data, the overall confidence
2533 for these 8-hr TWA data in this scenario is medium to low.
2534
2535 **Table_Apx Q-31. Summary of Worker Inhalation Exposure Monitoring Data for High Speed**
2536 **Printing Presses**

| Scenario | 8-hr TWA (ppm) | AC (ppm) | ADC (ppm) | LADC (ppm) | Number of Data Points | Confidence Rating of Air Concentration Data |
|---|---|---|---|---|---|---|
| High-End | 2.1 | 0.7 | 0.5 | 0.2 | | |
| Central Tendency | 0.1 | 0.03 | 0.02 | 8.0E-3 | 20 | Medium |

2537 AC = Acute Concentration, ADC = Average Daily Concentration and LADC = Lifetime Average Daily Concentration.
2538
2539 No monitoring data were available to estimate ONU exposures. EPA estimates that ONU exposures are
2540 lower than worker exposures, since ONUs do not typically directly handle the chemical.

### Q.16.2   Water Release Assessment

2542 A potential source of water releases from Printing/copying use would come from clean-out of printing
2543 equipment if the ink is water-based (OECD, 2010). Based on the use in printing/copying and the amount
2544 of TCE used for this condition of use, EPA expects minimal sources of TCE release to water.
2545
2546 Water releases during use in printing and copying were assessed using data reported in the 2016 DMR.
2547 One site provided water releases. EPA assessed annual releases as reported in the 2016 DMR and
2548 assessed daily releases by assuming 250 days of operation per year. A summary of the water releases
2549 reported to the 2016 DMR can be found in Table_Apx Q-32.
2550
2551 **Table_Apx Q-32. Reported Water Releases of Trichloroethylene from Commercial Printing and**
2552 **Copying**

| Site Identity | Annual Release (kg/site-yr)[a] | Annual Release Days (days/yr) | Daily Release (kg/site-day)[a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Printing and Pub Sys Div, Weatherford, OK | 0.05 | 250 | 2.0E-4 | OK0041785 | Surface Water |

2553 [a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual
2554 release rate and assuming 250 days of operation per year.
2555
2556 As only one site was identified with water releases for this condition of use, EPA acknowledges this site
2557 does not represent the entirety of commercial printing and copying sites using TCE. However, data is
2558 not reasonably available to estimate water releases from additional sites. Based on reasonably available
2559 EPA models releases from containers may be up to: 1) 0.3% to 0.6% for small containers (<20 gal) or
2560 drums that are emptied via pouring; or 2) 2.5% to 3% for drums emptied via pumping; however, not all
2561 sites are expected to dispose of container residues to water. Additional water release sources of TCE at
2562 these sites may exist and will vary depending on the use rate of the TCE-based products.
2563

## Q.17   Other Commercial Uses

### Q.17.1   Exposure Assessment

EPA did not identify any inhalation exposure monitoring data related to TCE use in other commercial uses, including use as a laboratory chemical for research, development, and testing services. See Section Q.14.1 for the assessment of worker exposure during spot cleaning activities. EPA assumes that some of the other commercial uses may have analogous exposure sources, routes, and exposure levels similar to those for spot cleaners.

### Q.17.2   Water Release Assessment

Specifics of the processes and potential sources of release for these uses are unknown. Based on the volatility of TCE, EPA expects the majority of TCE used for these applications to evaporate and be released to air. EPA expects residuals in containers to be disposed of with general site trash that is either picked up by local waste management or by a waste handler that disposes wastes as hazardous waste.

Table_Apx Q-33 summarizes non-zero water releases from sites using TCE in other commercial uses reported in the 2016 DMR. To estimate the daily release for the sites in Table_Apx Q-33, EPA assumed a default of 250 days/yr of operation and averaged the annual release over the operating days. These data are not expected to capture the entirety of water releases from these uses; however, EPA does not have information to estimate water releases from sites not reporting to DMR.

**Table_Apx Q-33. Reported Water Releases of Trichloroethylene from Other Commercial Uses in the 2016 DMR**

| Site Identity | Annual Release (kg/site-yr) | Annual Release Days (days/yr) | Daily Release (kg/site-day) | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Corning Hospital, Corning, NY | 3.2 | 250 | 0.013 | NY0246701 | Surface Water |
| Water Street Commercial Bldg, Dayton, OH | 0.7 | 250 | 2.8E-03 | OH0141496 | Surface Water |
| Union Station North Wing Office Building, Denver, CO | 1.0E-01 | 250 | 4.0E-04 | COG315293 | Surface Water |
| Confluence Park Apartments, Denver, CO | 7.1E-02 | 250 | 2.8E-04 | COG315339 | Surface Water |
| Park Place Mixed Use Development, Annapolis, MD | 6.7E-02 | 250 | 2.7E-04 | MD0068861 | Surface Water |
| Tree Top Inc Wenatchee Plant, Wenatchee, WA | 9.0E-03 | 250 | 3.6E-05 | WA0051527 | Surface Water |
| Wynkoop Denver LLCP St, Denver, CO | 7.8E-03 | 250 | 3.1E-05 | COG603115 | Surface Water |
| Greer Family LLC, South Burlington, VT | 1.3E-03 | 250 | 5.0E-06 | VT0001376 | Surface Water |
| John Marshall III Site, Mclean, VA | 4.7E-04 | 250 | 1.9E-06 | VA0090093 | Surface Water |

[a] Annual release amounts are based on the site reported values. Therefore, daily releases are calculated from the annual release rate and assuming 250 days of operation per year.
Sources: (U.S. EPA, 2016a)

## Q.18   Process Solvent Recycling and Worker Handling of Wastes

### Q.18.1   Exposure Assessment

EPA did not identify any inhalation exposure monitoring data related to waste handling/recycling. See Section Q.4.1 for the assessment of worker exposure from chemical unloading activities. EPA assumes the exposure sources, routes, and exposure levels are similar to those at a repackaging facility.

### Q.18.2   Water Release Assessment

Potential sources of water releases at disposal/recycling sites may include the following: aqueous wastes from scrubbers/decanter, trace water settled in storage tanks, and process water generated during the disposal/recycling process.

EPA assessed water releases using the values reported to the 2016 TRI and DMR by the 30 disposal/recycling sites. In the 2016 TRI, three of sites reported non-zero indirect discharges to off-site wastewater treatment; one site reported discharges to both off-site wastewater treatment as well as discharge to a POTW. All sites in TRI for this condition of use reported zero direct discharges to surface water.

To estimate the daily release, EPA used a default assumption of 250 days/yr of operation as and averaged the annual release over the operating days. Table_Apx Q-34 summarizes the water releases from the 2016 DMR and 2016 TRI for sites with non-zero releases.

**Table_Apx Q-34. Estimated Water Releases of Trichloroethylene from Disposal/Recycling of TCE**

| Site Identity | Annual Release (kg/site-yr)[a] | Annual Release Days (days/yr) | Daily Release (kg/site-day)[a] | NPDES Code | Release Media |
|---|---|---|---|---|---|
| Veolia Es Technical Solutions LLC, Middlesex, NJ | 6035 | 250 | 24.1 | Not available | POTW WWT (0.02%) and Non-POTW WWT (99.98%) |
| Clean Harbors Deer Park LLC, La Porte, TX | 87.1 | 250 | 0.3 | TX0005941 | Non-POTW WWT |
| Clean Harbors El Dorado LLC, El Dorado, AR | 9.1 | 250 | 0.04 | AR0037800 | Non-POTW WWT |
| Clean Water Of New York Inc, Staten Island, NY | 0.9 | 250 | 3.8E-03 | NY0200484 | Surface Water |
| Reserve Environmental Services, Ashtabula, OH | 3.9E-04 | 250 | 1.6E-06 | OH0098540 | Surface Water |

POTW = Publicly-Owned Treatment Works; WWT = Wastewater Treatment
[a] Annual release amounts are based on the site reported values. Therefore, daily releases are back-calculated from the annual release rate and assuming 250 days of operation per year.
Sources: (U.S. EPA, 2017c) and (U.S. EPA, 2016a)

## Q.19   Appendix Q References

AIHA (American Industrial Hygiene Association). (2009). Mathematical models for estimating occupational exposure to chemicals. In CB Keil; CE Simmons; TR Anthony (Eds.), (2nd ed.). Fairfax, VA: AIHA Press.

Arkema Inc. (2018). Arkema Inc. comments to inform EPAs rulemaking on Problem Formulations for the Risk Evaluations to be conducted under the Toxic Substances Control Act, and general guiding principles to apply systematic review in TSCA Risk Evaluations. (EPA-HQ-OPPT-

2016-0737-0109). Washington, D.C. https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0737-0109

ATSDR (Agency for Toxic Substances and Disease Registry). (2014). Toxicological profile for tetrachloroethylene (Draft for public comment). Atlanta, GA: US Department of Health and Human Services, Public Health Service. http://www.atsdr.cdc.gov/ToxProfiles/tp.asp?id=265&tid=48

Bakke, B; Stewart, P; Waters, M. (2007). Uses of and exposure to trichloroethylene in U.S. industry: A systematic literature review [Review]. J Occup Environ Hyg 4: 375-390. http://dx.doi.org/10.1080/15459620701301763

Baldwin, PE; Maynard, AD. (1998). A survey of wind speed in indoor workplaces. Ann Occup Hyg 42: 303-313. http://dx.doi.org/10.1016/S0003-4878(98)00031-3

Barsan, ME. (1991). Health hazard evaluation report no. HETA 90-344-2159, A.W. Cash Valve Manufacturing Corporation, Decatur, Illinois. (HETA 90-344-2159). Cincinnati, OH: National Institute for Occupational Safety and Health.

Burton, NC; Monesterskey, J. (1996). Health hazard evaluation report no. HETA 96-0135-2612, Eagle Knitting Mills, Inc., Shawano, Wisconsin. (HETA 96-0135-2612). Cincinnati, OH: National Institute for Occupational Safety and Health.

CARB (California Air Resources Board). (2000). Initial statement of reasons for the proposed airborne toxic control measure for emissions of chlorinated toxic air contaminants from automotive maintenance and repair activities.

CARB. (2006). California Dry Cleaning Industry Technical Assessment Report. Stationary Source Division, Emissions Assessment Branch. https://www.arb.ca.gov/toxics/dryclean/finaldrycleantechreport.pdf

Cherrie, JW; Semple, S; Brouwer, D. (2004). Gloves and Dermal Exposure to Chemicals: Proposals for Evaluating Workplace Effectiveness. Ann Occup Hyg 48: 607-615. http://dx.doi.org/10.1093/annhyg/meh060

Chrostek, WJ, ; Levine, M. S. (1981). Health hazard evaluation report no. HHE 30-153-881, Palmer Industrial Coatings Incorp., Williamsport, Pennsylvania. (HHE 30-153-881). Cincinnati, OH: National Institute for Occupational Safety and Health.

Crandall, MS; Albrecht, WN. (1989). Health Hazard Evaluation Report No. HETA-86-380-1957, York International Corporation, Madisonville, Kentucky (pp. 86-380). (NIOSH/00189611). Crandall, MS; Albrecht, WN.

Dancik, Y; Bigliardi, PL; Bigliardi-Qi, M, ei. (2015). What happens in the skin? Integrating skin permeation kinetics into studies of developmental and reproductive toxicity following topical exposure. Reprod Toxicol 58: 252-281. http://dx.doi.org/10.1016/j.reprotox.2015.10.001

Daniels, WJ; Orris, P; Kramkowski, R; Almaguer, D. (1988). Health Hazard Evaluation Report No. HETA-86-121-1923, Modern Plating Corporation, Freeport, Illinois (pp. 86-121). (NIOSH/00184446). Daniels, WJ; Orris, P; Kramkowski, R; Almaguer, D.

Demou, E; Hellweg, S; Wilson, MP; Hammond, SK; Mckone, TE. (2009). Evaluating indoor exposure modeling alternatives for LCA: A case study in the vehicle repair industry. Environ Sci Technol 43: 5804-5810. http://dx.doi.org/10.1021/es803551y

Dow Chemical (Dow Chemical Company). (2014). Product safety assessment: Trichloroethylene.

DOW Deutschland. (2014a). Chemical safety report: Use of trichloroethylene in industrial parts cleaning by vapour degreasing in closed systems where specific requirements (system of use-parameters) exist. Ispra, Italy: European Commission Joint Research Centre, Institute for Health and Consumer Protection, European Chemicals Bureau. http://ec.europa.eu/DocsRoom/documents/14369/attachments/1/translations/en/renditions/native

DOW Deutschland. (2014b). Chemical safety report: Use of trichloroethylene in packaging. Ispra, Italy: European Commission Joint Research Centre, Institute for Health and Consumer Protection,

| 2671 | European Chemicals Bureau. |
| 2672 | http://ec.europa.eu/DocsRoom/documents/14371/attachments/1/translations/en/renditions/native |

Durkee, J. (2014). Cleaning with solvents: Methods and machinery. In Cleaning with solvents: Methods and machinery. Oxford, UK: Elsevier Inc.
https://www.sciencedirect.com/book/9780323225205/cleaning-with-solvents-methods-and-machinery

EC (European Commission). (2014). Exposure scenario: Use: Trichloroethylene as an extraction solvent for removal of process oil and formation of the porous structure in polyethylene based separators used in lead-acid batteries. Ispra, Italy: European Commission Joint Research Centre, Institute for Health and Consumer Protection, European Chemicals Bureau.
http://ec.europa.eu/DocsRoom/documents/12344/attachments/1/translations/en/renditions/native

ECB (European Chemicals Bureau). (2004). European Union risk assessment report: Trichloroethylene (pp. 1-348). (EUR 21057 EN). European Commission.
https://echa.europa.eu/documents/10162/83f0c99f-f687-4cdf-a64b-514f1e26fdc0

Elkin, LM. (1969). Process Economics Program, Chlorinated Solvents, Report No. 48. In Kirk-Othmer Encyclopedia of Chemical Technology. Menlo Park, CA: Stanford Research Institute.

ENTEK International Limited. (2014). Analysis of alternatives: Use of trichloroethylene as an extraction solvent for removal of process oil and formation of the porous structure in polyethylene based separators used in lead-acid batteries. Helsinki, Finland: European Chemicals Agency.
https://echa.europa.eu/documents/10162/9a728963-e57f-48de-b977-7d05462c43e9

ESIG. (2012). SPERC fact sheet: Manufacture of substance - industrial (solvent-borne). Brussels, Belgium: European Solvents Industry Group (ESIG). https://www.esig.org/reach-ges/environment/

FH, F. (2012). Dermal Absorption of Finite doses of Volatile Compounds. J Pharm Sci 101: 2616-2619.
http://dx.doi.org/10.1080/15287394

Finely, M; Page, E. (2005). Health hazard evaluation report no. HETA 2003-0203-2952, Wallace Computer Services, Clinton, Illinois. (HETA 2003-0203-2952). Cincinnati, OH: National Institute for Occupational Safety and Health.

Frasch, HF; Bunge, AL. (2015). The transient dermal exposure II: post-exposure absorption and evaporation of volatile compounds. J Pharm Sci 104: 1499-1507.
http://dx.doi.org/10.1002/jps.24334

Frasch, HF; Dotson, GS; Barbero, AM. (2011). In vitro human epidermal penetration of 1-bromopropane. J Toxicol Environ Health A 74: 1249-1260.
http://dx.doi.org/10.1080/15287394.2011.595666

Garrod, AN; Phillips, AM; Pemberton, JA. (2001). Potential exposure of hands inside protective glovesa summary of data from non-agricultural pesticide surveys. Ann Occup Hyg 45: 55-60.
http://dx.doi.org/10.1016/S0003-4878(00)00013-2

Gilbert, D; Goyer, M; Lyman, W; Magil, G; Walker, P; Wallace, D; Wechsler, A; Yee, J. (1982). An exposure and risk assessment for tetrachloroethylene. (EPA-440/4-85-015). Washington, DC: U.S. Environmental Protection Agency, Office of Water Regulations and Standards.
http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000LLOH.txt

Gilles, D; Anania, TL; Ilka, R. (1977). Health hazard evaluation report no. HHE 77-12-418, Airtex Products, Fairfield, Illinois. (HHE 77-12-418). Cincinnati, OH: National Institute for Occupational Safety and Health.

Gilles, D; Philbin, E. (1976). Health hazard evaluation report no. HHE 76-61-337, TRW Incorporated, Philadelphia, Pennsylvania. (HHE 76-61-337). Cincinnati, OH: National Institute for Occupational Safety and Health.

GmbH, WC. (1940). German Patent 901,774. In Kirk-Othmer Encyclopedia of Chemical Technology. Wacker Chemie GmbH.

2720   Golsteijn, L; Huizer, D; Hauck, M; van Zelm, R; Huijbregts, MA. (2014). Including exposure variability
2721          in the life cycle impact assessment of indoor chemical emissions: the case of metal degreasing.
2722          Environ Int 71: 36-45. http://dx.doi.org/10.1016/j.envint.2014.06.003
2723   Gorman, R; Rinsky, R; Stein, G; Anderson, K. (1984). Health hazard evaluation report no. HETA 82-
2724          075-1545, Pratt & Whitney Aircraft, West Palm Beach, Florida. (HETA 82-075-1545).
2725          Cincinnati, OH: National Institute for Occupational Safety and Health.
2726   Halogenated Solvents Industry Alliance, I. (2017). RE: Docket no. EPA-HQ-2016-0737. (EPA-HQ-
2727          OPPT-2016-0737-0027). Washington, D.C. https://www.regulations.gov/document?D=EPA-
2728          HQ-OPPT-2016-0737-0027
2729   Halogenated Solvents Industry Alliance, I. (2018). Re: Docket no. EPA-HQ-OPPT-2016-0737. (EPA-
2730          HQ-OPPT-2016-0737-0103). Washington, D.C.
2731          https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0737-0103
2732   Hellweg, S; Demou, E; Bruzzi, R; Meijer, A; Rosenbaum, RK; Huijbregts, MA; Mckone, TE. (2009).
2733          Integrating human indoor air pollutant exposure within Life Cycle Impact Assessment [Review].
2734          Environ Sci Technol 43: 1670-1679. http://dx.doi.org/10.1021/es8018176
2735   ICF Consulting. (2004). The U.S. solvent cleaning industry and the transition to non ozone depleting
2736          substances. https://www.epa.gov/sites/production/files/2014-
2737          11/documents/epasolventmarketreport.pdf
2738   IRTA (Institute for Research and Technical Assistance). (2007). Spotting chemicals: Alternatives to
2739          perchloroethylene and trichloroethylene in the textile cleaning industry. Prepared for: Cal/EPAs
2740          Department of Toxic Substances Control and U.S. Environmental Protection Agency Region IX.
2741          http://www.irta.us/reports/DTSC%20Spotting%20Chemical%20for%20Web.pdf
2742   Kanegsberg, B; Kanegsberg, E. (2011). Handbook for critical cleaning, cleaning agents and systems
2743          (2nd ed.). Boca Raton, FL: CRC Press.
2744   Kasting, BG; Miller, MA. (2006). Kinetics of finite dose absorption through skin 2: Volatile
2745          compounds. J Pharm Sci 95: 268-280. http://dx.doi.org/10.1002/jps.20497
2746   Kinnes, GM. (1998). Health hazard evaluation report no. HETA 97-0214-2689, Dorma Door Controls,
2747          Inc., Reamstown Pennsylvania. (HETA 97-0214-2689). Cincinnati, OH: National Institute for
2748          Occupational Safety and Health.
2749   Klein, P; Kurz, J. (1994). [Reduction of Solvent Concentrations in Surroundings of Dry-Cleaning
2750          Shops]. Bonningheim, Germany: Hohenstein Physiological Institute on Clothing.
2751   Lewis, FA. (1980). Health hazard evaluation report no. HHE 80-87-708, Harowe Servo Contorls Inc.,
2752          West Chester, Pennsylvania. (HHE 80-87-708). Cincinnati, OH: National Institute for
2753          Occupational Safety and Health.
2754   Marquart, H; Franken, R; Goede, H; Fransman, W; Schinkel, J. (2017). Validation of the dermal
2755          exposure model in ECETOC TRA. Annals of Work Exposures and Health 61: 854-871.
2756          http://dx.doi.org/10.1093/annweh/wxx059
2757   Morford, RG. (2017). Comment submitted by Richard G. Morford, General Counsel, Enviro Tech
2758          International, Inc. Available online at https://www.regulations.gov/document?D=EPA-HQ-
2759          OPPT-2016-0741-0016
2760   Morris, M; Wolf, K. (2005). Evaluation of New and Emerging Technologies for Textile Cleaning.
2761          Institute for Research and Technical Assistance (IRTA).
2762          http://wsppn.org/pdf/irta/Emerging_Technologies_Textile_%20Clea.pdf
2763   Most, CC. (1989). Locating and estimating air emissions from sources of perchloroethylene and
2764          trichloroethylene. (EPA-450/2-89-013). Research Triangle Park, NC: U.S. EPA.
2765          https://www3.epa.gov/ttn/chief/le/perc.pdf
2766   NEWMOA (Northeast Waste Management Officials' Association). (2001). Pollution prevention
2767          technology profile - Closed loop vapor degreasing. Boston, MA.
2768          http://www.newmoa.org/prevention/p2tech/ProfileVaporDegreasing.pdf

2769  NIH. (2012). Hazardous Substances Data Bank (HSDB): Trichloroethylene. Bethesda, MD: U.S.
2770      Department of Health & Human Services, National Institutes of Health, U.S. National Library of
2771      Medicine. https://toxnet.nlm.nih.gov/newtoxnet/hsdb.htm
2772  NIOSH (National Institute for Occupational Safety and Health). (1997). Control of health and safety
2773      hazards in commercial drycleaners: chemical exposures, fire hazards, and ergonomic risk factors.
2774      In Education and Information Division. (DHHS (NIOSH) Publication Number 97-150). Atlanta,
2775      GA. http://www.cdc.gov/niosh/docs/97-150/
2776  NIOSH (National Institute for Occupational Safety and Health). (2001). Evaluation of Solvent
2777      Exposures from the Degreaser. Trilthic Inc., IN. In Hazard Evaluation Technical Assisstance
2778      Branch. (HETA 2000-0233-2845). NIOSH Publishing Office: National Institute of Occupational
2779      Safety and Health. http://www.cdc.gov/niosh/hhe/reports/pdfs/2000-0233-2845.pdf
2780  NIOSH. (2002a). In-depth survey report: control of perchloroethylene (PCE) in vapor degreasing
2781      operations, site #1. (EPHB 256-19b). Cincinnati, Ohio: National Institute for Occupational
2782      Safety and Health (NIOSH).
2783  NIOSH (National Institute for Occupational Safety and Health). (2002b). In-depth survey report:
2784      Control of perchloroethylene (PCE) in vapor degreasing operations, site #2. (EPHB 256-16b).
2785      CDC. https://www.cdc.gov/niosh/surveyreports/pdfs/256-16b.pdf
2786  NIOSH. (2002c). In-depth survey report: control of perchloroethylene (PCE) in vapor degreasing
2787      operations, site #4. (EPHB 256-18b). Cincinnati, Ohio: National Institute for Occupational
2788      Safety and Health (NIOSH).
2789  NIOSH (National Institute for Occupational Safety and Health). (2002d). In-depth survey report:
2790      Control of perchloroethylene exposure (PCE) in vapor degreasing operations, site #3. (EPHB
2791      256-17b). CDC. https://www.cdc.gov/niosh/surveyreports/pdfs/ECTB-256-17b.pdf
2792  OECD (Organisation for Economic Co-operation and Development). (2004). Emission scenario
2793      document on lubricants and lubricant additives. In OECD Series On Emission Scenario
2794      Documents. (JT00174617). Paris, France.
2795      http://www.olis.oecd.org/olis/2004doc.nsf/LinkTo/env-jm-mono(2004)21
2796  OECD (Organisation for Economic Co-operation and Development). (2009a). Emission scenario
2797      document on adhesive formulation. (JT03263583). Paris, France.
2798  OECD (Organisation for Economic Co-operation and Development). (2009b). Emission scenario
2799      documents on coating industry (paints, lacquers and varnishes). (JT03267833). Paris, France.
2800  OECD (Organisation for Economic Co-operation and Development). (2010). Scoping Document for
2801      Emission Scenario Document on Manufacturing and Use of Printing Inks. OECD Environmental
2802      Health and Safety Publications.
2803  OECD (Organisation for Economic Co-operation and Development). (2011a). EMISSION SCENARIO
2804      DOCUMENT ON RADIATION CURABLE COATING, INKS AND ADHESIVES. In Series
2805      on Emission Scenario Documents No 27. Paris: OECD Environmental Health and Safety
2806      Publications. http://www.oecd-
2807      ilibrary.org/docserver/download/9714111e.pdf?expires=1497031939&id=id&accname=guest&c
2808      hecksum=C794B2987D98D1D145225EAF9B482280
2809  OECD (Organisation for Economic Co-operation and Development). (2011b). Emission scenario
2810      document on the use of metalworking fluids. In OECD Environmental health and safety
2811      publications Series on emission scenario documents Emission scenario document on coating and
2812      application via spray painting in the automotive refinishing industry Number 11. (JT03304938).
2813      Organization for Economic Cooperation and Development.
2814  OECD (Organisation for Economic Co-operation and Development). (2015). Emission scenario
2815      document on use of adhesives. (Number 34). Paris, France.
2816      http://www.oecd.org/officialdocuments/publicdisplaydocumentpdf/?cote=ENV/JM/MONO(2015
2817      )4&doclanguage=en

2818   OECD. (2017). Draft ESD on Vapor Degreasing - Internal EPA document. Organization for Economic
2819       Co-operation and Development (OECD).
2820   OECD. (2019). Emission scenario documents. Available online at http://www.oecd.org/env/ehs/risk-
2821       assessment/emissionscenariodocuments.htm (accessed August 29, 2019).
2822   Orris, P; Daniels, W. (1981). Health Hazard Evaluation Report 80-201-816: Peterson/Puritan Company.
2823       (HE 80-201-816). NIOSH. https://www.cdc.gov/niosh/hhe/reports/pdfs/80-201-
2824       816.pdf?id=10.26616/NIOSHHHE80201816
2825   OSHA (Occupational Safety & Health Administration). (2017). Chemical Exposure Health Data
2826       (CEHD) provided by OSHA to EPA. U.S. Occupational Safety and Health Administration.
2827   Products, IAfSDaM. (2012). AISE SPERC fact sheet - wide dispersive use of cleaning and maintenance
2828       products. International Association for Soaps Detergents and Maintenance Products.
2829       https://www.aise.eu/our-activities/regulatory-context/reach/environmental-exposure-
2830       assessment.aspx
2831   Rosensteel, RE; Lucas, JB. (1975). Health hazard evaluation report no. HHE 74-28-212, Westinghouse
2832       Air Brake Company, Wilmerding, Pennsyvlania. (HHE 74-28-212). Cincinnati, OH: National
2833       Institute for Occupational Safety and Health.
2834   Ruhe, RL. (1982). Health hazard evaluation report no. HETA 82-040-119, Synthes Ltd. (USA),
2835       Monument, Colorado. (HETA 82-040-119). Cincinnati, OH: National Institute for Occupational
2836       Safety and Health.
2837   Ruhe, RL; Watanabe, A; Stein, G. (1981). Health hazard evaluation report no. HHE 80-49-808, Superior
2838       Tube Company, Collegeville, Pennsylvania. (HHE 80-49-808). Cincinnati, OH: National
2839       Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/hhe/reports/pdfs/80-49-
2840       808.pdf
2841   Saft America, I. (2017). Memorandum: Trichloroethylene, Docket ID number EPA-HQ-OPPT-2016-
2842       0737. (EPA-HQ-OPPT-2016-0737-0007). Washington, D.C.
2843       https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0737-0007
2844   SCG (Scientific Consulting Group, Inc.). (2013). Final peer review comments for the OPPT
2845       trichloroethylene (TCE) draft risk assessment. Available online at
2846       https://www.epa.gov/sites/production/files/2017-
2847       06/documents/tce_consolidated_peer_review_comments_september_5_2013.pdf
2848   Seitz, T; Driscoll, R. (1989). Health hazard evaluation report no. HETA 88-082-1971, Jostens
2849       Incorporated, Princeton, Illinois. (HETA 88-082-1971). Cincinnati, OH: National Institute for
2850       Occupational Safety and Health. https://www.cdc.gov/niosh/hhe/reports/pdfs/1988-0082-
2851       1971.pdf
2852   Smart, BE; Fernandez, RE. (2000). Fluorinated aliphatic compounds [Encyclopedia]. In Kirk-Othmer
2853       encyclopedia of chemical technology. Hoboken, NJ: John Wiley and Sons, Inc.
2854       http://dx.doi.org/10.1002/0471238961.0612211519130118.a01
2855   Snedecor, G; Hickman, JC; Mertens, JA. (2004). Chloroethylenes and chloroethanes.
2856   Tomer, A; Kane, J. (2015). The great port mismatch. U.S. goods trade and international transportation.
2857       The Global Cities Initiative. A joint project of Brookings and JPMorgan Chase.
2858       https://www.brookings.edu/wp-content/uploads/2015/06/brgkssrvygcifreightnetworks.pdf
2859   U.S. BLS (U.S. Bureau of Labor Statistics). (2014). Employee Tenure News Release. Available online
2860       at http://www.bls.gov/news.release/archives/tenure_09182014.htm
2861   U.S. BLS (U.S. Bureau of Labor Statistics). (2016). May 2016 Occupational Employment and Wage
2862       Estimates: National Industry-Specific Estimates. Available online at
2863       http://www.bls.gov/oes/tables.htm
2864   U.S. Census Bureau. (2013). Census 2012 Detailed Industry Code List [Database]. Retrieved from
2865       https://www.census.gov/topics/employment/industry-occupation/guidance/code-lists.html

2866 U.S. Census Bureau. (2015). Statistics of U.S. Businesses (SUSB).
2867     https://www.census.gov/data/tables/2015/econ/susb/2015-susb-annual.html
2868 U.S. Census Bureau. (2019). Survey of Income and Program Participation: SIPP introduction and
2869     history. Washington, DC. https://www.census.gov/programs-surveys/sipp/about/sipp-
2870     introduction-history.html
2871 U.S. EPA (U.S. Environmental Protection Agency). (1977). Control of volatile organic emissions from
2872     solvent metal cleaning [EPA Report]. (EPA-450/2-77-022). Research Triangle Park, NC: U.S.
2873     Environmental Protection Agency, Office of Air and Waste Management, Office of Air Quality
2874     Planning and Standards.
2875 U.S. EPA (U.S. Environmental Protection Agency). (1980). Chapter 4.7: Waste Solvent Reclamation. In
2876     AP-42 Compilation of air pollutant emission factors (5th ed.). Research Triangle Park, NC:
2877     Office of Air and Radiation, Office of Air Quality and Planning Standards.
2878     https://www3.epa.gov/ttn/chief/ap42/ch04/index.html
2879 U.S. EPA (U.S. Environmental Protection Agency). (1981). AP-42. Compilation of air pollutant
2880     emission factors. Chapter 4.6: Solvent degreasing. Washington, DC.
2881     http://www3.epa.gov/ttn/chief/ap42/ch04/final/c4s06.pdf
2882 U.S. EPA (U.S. Environmental Protection Agency). (1985). Occupational exposure and environmental
2883     release assessment of tetrachloroethylene. Office of Pesticides and Toxic Substances.
2884 U.S. EPA (U.S. Environmental Protection Agency). (1992). Guidelines for exposure assessment. Federal
2885     Register 57(104):22888-22938 [EPA Report]. In Guidelines for exposure assessment.
2886     (EPA/600/Z-92/001). Washington, DC.
2887     http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=15263
2888 U.S. EPA. (1994). Guidelines for Statistical Analysis of Occupational Exposure Data: Final. United
2889     States Environmental Protection Agency :: U.S. EPA.
2890 U.S. EPA (U.S. Environmental Protection Agency). (1997). Solvent Cleaning. Volume III, Chapter 6.
2891     pp. 6.2.1. Washington, DC. http://www3.epa.gov/ttnchie1/eiip/techreport/volume03/iii06fin.pdf
2892 U.S. EPA (U.S. Environmental Protection Agency). (2001a). Guide to industrial assessments for
2893     pollution prevention and energy efficiency [EPA Report]. (EPA/625/R-99/003). Cincinnati, OH:
2894     Office of Research and Development, National Risk Management Research Laboratory, Center
2895     for Environmental Research Information.
2896 U.S. EPA (U.S. Environmental Protection Agency). (2001b). Risk assessment guidance for superfund:
2897     Volume III - Part A, Process for conducting probabilistic risk assessment [EPA Report]. (EPA
2898     540-R-02-002). Washington, DC: U.S. Environmental Protection Agency, Office of Emergency
2899     and Remedial Response.
2900 U.S. EPA (U.S. Environmental Protection Agency). (2006). Risk assessment for the halogenated solvent
2901     cleaning source category [EPA Report]. (EPA Contract No. 68-D-01-052). Research Triangle
2902     Park, NC: U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards.
2903     https://www.regulations.gov/document?D=EPA-HQ-OAR-2002-0009-0022
2904 U.S. EPA (U.S. Environmental Protection Agency). (2011). The 2011 National Emissions Inventory.
2905     Retrieved from https://www.epa.gov/air-emissions-inventories/2011-national-emissions-
2906     inventory-nei-data
2907 U.S. EPA (U.S. Environmental Protection Agency). (2013). ChemSTEER user guide - Chemical
2908     screening tool for exposures and environmental releases. Washington, D.C.
2909     https://www.epa.gov/sites/production/files/2015-05/documents/user_guide.pdf
2910 U.S. EPA (U.S. Environmental Protection Agency). (2014a). Degreasing with TCE in commercial
2911     facilities: Protecting workers [EPA Report]. Washington, DC: U.S. Environmental Protection
2912     Agency, Office of Pollution Prevention and Toxics.
2913 U.S. EPA (U.S. Environmental Protection Agency). (2014b). TSCA work plan chemical risk
2914     assessment. Trichloroethylene: Degreasing, spot cleaning and arts & crafts uses. (740-R1-4002).

2915   Washington, DC: Environmental Protection Agency, Office of Chemical Safety and Pollution
2916   Prevention. http://www2.epa.gov/sites/production/files/2015-
2917   09/documents/tce_opptworkplanchemra_final_062414.pdf
2918   U.S. EPA (U.S. Environmental Protection Agency). (2016a). EPA Discharge Monitoring Report Data.
2919   Retrieved from https://cfpub.epa.gov/dmr/
2920   U.S. EPA (U.S. Environmental Protection Agency). (2016b). Instructions for reporting 2016 TSCA
2921   chemical data reporting. (EPA/600/R-09/052F). Washington, DC: U.S. Environmental Protection
2922   Agency, Office of Pollution Prevention and Toxics. https://www.epa.gov/chemical-data-
2923   reporting/instructions-reporting-2016-tsca-chemical-data-reporting
2924   U.S. EPA (U.S. Environmental Protection Agency). (2017a). Chemical data reporting under the Toxic
2925   Substances Control Act. Available online at https://www.epa.gov/chemical-data-reporting
2926   (accessed August 29, 2017).
2927   U.S. EPA (U.S. Environmental Protection Agency). (2017b). Preliminary information on manufacturing,
2928   processing, distribution, use, and disposal: Trichloroethylene [Comment]. (EPA-HQ-OPPT-
2929   2016-0737-003). Washington, DC: Office of Chemical Safety and Pollution Prevention.
2930   https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0737-0003
2931   U.S. EPA (U.S. Environmental Protection Agency). (2017c). Toxics Release Inventory (TRI), reporting
2932   year 2016. Retrieved from https://www.epa.gov/toxics-release-inventory-tri-program/tri-data-
2933   and-tools
2934   U.S. EPA (U.S. Environmental Protection Agency). (2017d). Trichloroethylene market and use report.
2935   Washington, DC: U.S. Environmental Protection Agency, Office of Chemical Safety and
2936   Pollution Prevention, Chemistry, Economics, and Sustainable Strategies Division.
2937   https://www.epa.gov/sites/production/files/2016-
2938   05/documents/instructions_for_reporting_2016_tsca_cdr_13may2016.pdf
2939   U.S. EPA (U.S. Environmental Protection Agency). (2018a). 2014 National Emissions Inventory
2940   Report. https://www.epa.gov/air-emissions-inventories/2014-national-emissions-inventory-nei-
2941   data
2942   U.S. EPA (U.S. Environmental Protection Agency). (2018b). Application of systematic review in TSCA
2943   Risk Evaluations. (740-P1-8001). Washington, DC: U.S. Environmental Protection Agency,
2944   Office of Chemical Safety and Pollution Prevention.
2945   https://www.epa.gov/sites/production/files/2018-
2946   06/documents/final_application_of_sr_in_tsca_05-31-18.pdf
2947   U.S. EPA (U.S. Environmental Protection Agency). (2018c). Problem Formulation of the Risk
2948   Evaluation for trichloroethylene. (EPA-740-R1-7014). Washington, DC: Office of Chemical
2949   Safety and Pollution Prevention, United States Environmental Protection Agency.
2950   https://www.epa.gov/sites/production/files/2018-06/documents/tce_problem_formulation_05-31-
2951   31.pdf
2952   U.S. EPA (U.S. Environmental Protection Agency). (2018d). TRI Reporting Forms and Instructions
2953   (RFI) Guidance Document.
2954   https://ofmpub.epa.gov/apex/guideme_ext/f?p=guideme_ext:41:0::NO:::
2955   U.S. EPA (U.S. Environmental Protection Agency). (2019a). Aluminum forming point source category.
2956   (40 CFR Part 467). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2957   idx?SID=117c2452100f178f42f8141c0887e5f4&mc=true&node=pt40.32.467&rgn=div5
2958   U.S. EPA (U.S. Environmental Protection Agency). (2019b). Coil coating point source category. (40
2959   CFR Part 465). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2960   idx?SID=117c2452100f178f42f8141c0887e5f4&mc=true&node=pt40.32.465&rgn=div5
2961   U.S. EPA (U.S. Environmental Protection Agency). (2019c). Electrical and electronic components point
2962   source category. (40 CFR Part 469). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2963   idx?SID=117c2452100f178f42f8141c0887e5f4&mc=true&node=pt40.32.469&rgn=div5

2964 U.S. EPA (U.S. Environmental Protection Agency). (2019d). Electroplating Point Source Category. (40
2965     CFR Part 413). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2966     idx?SID=5c5a19d4dd729db1e53fb9ca47e16706&mc=true&node=pt40.31.413&rgn=div5
2967 U.S. EPA (U.S. Environmental Protection Agency). (2019e). Iron and steel manufacturing point source
2968     category. (40 CFR Part 420). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2969     idx?SID=5c5a19d4dd729db1e53fb9ca47e16706&mc=true&node=pt40.31.420&rgn=div5
2970 U.S. EPA (U.S. Environmental Protection Agency). (2019f). Metal finishing point source company. (40
2971     CFR Part 433). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2972     idx?SID=117c2452100f178f42f8141c0887e5f4&mc=true&node=pt40.32.433&rgn=div5
2973 U.S. EPA (U.S. Environmental Protection Agency). (2019g). Organic chemicals, plastics, and synthetic
2974     fibers. (40 CFR Part 414). Washington, D.C. https://www.ecfr.gov/cgi-bin/text-
2975     idx?SID=5c5a19d4dd729db1e53fb9ca47e16706&mc=true&node=pt40.31.414&rgn=div5
2976 U.S. EPA (U.S. Environmental Protection Agency). (2019h). Risk Evaluation for trichloroethylene.
2977     Washington, D.C.
2978 Vandervort, R; Polakoff, PL. (1973). Health hazard evaluation report no. HHE 72-84-31, Dunham-Bush,
2979     Incroprated, West Hartford, Connecticut, Part 2. (HHE 72-84-31). Cincinnati, OH: National
2980     Institute for Occupational Safety and Health.
2981 von Grote, J; Hürlimann, C; Scheringer, M; Hungerbühler, K. (2006). Assessing occupational exposure
2982     to perchloroethylene in dry cleaning. J Occup Environ Hyg 3: 606-619.
2983     http://dx.doi.org/10.1080/15459620600912173
2984 Von Grote, J; Hurlimann, JC; Scheringer, M; Hungerbuhler, K. (2003). Reduction of Occupational
2985     Exposure to Perchloroethylene and Trichloroethylene in Metal Degreasing over the Last 30
2986     years: Influence of Technology Innovation and Legislation. J Expo Anal Environ Epidemiol 13:
2987     325-340. http://dx.doi.org/10.1038/sj.jea.7500288
2988 Whittaker, SG; Johanson, CA. (2011). A profile of the dry cleaning industry in King County,
2989     Washington: Final report. (LHWMP 0048). Seattle, WA: Local Hazardous Waste Management
2990     Program in King County.
2991     http://www.hazwastehelp.org/publications/publications_detail.aspx?DocID=Oh73%2fQilg9Q%3
2992     d
2993
2994 Young, ML. (2012). Pre-spotting step toward better cleaning. Available online at
2995     https://americandrycleaner.com/articles/pre-spotting-step-toward-better-cleaning
2996
2997

# Appendix R    MASS BALANCE

EPA developed a mass balance to account for the amount of TCE entering and leaving all facilities in the United States. EPA quantified the amount of trichloroethylene associated with each of its life cycle stages from introduction into commerce in the U.S. (from both domestic manufacture and import), processing, use, release, and disposal using 2016 CDR, 2017 TRI, 2017 NEI and readily available market data. Due to limitations in the available data (*e.g.,* reporting thresholds, CBI claims, data from different years), the mass balance may not account for all of the TCE in commerce in the U.S. or could potentially allocate portions of the production volume inaccurately. The following subsections described EPA's approach to developing the mass balance and the result of the mass balance.

## R.1    Approach for Developing the Mass Balance

EPA used the reported aggregated production volume of 171,929,400 lbs from the 2016 CDR data as the amount of TCE manufactured and imported to the U.S. (U.S. EPA, 2016c).Starting with this volume, EPA estimated the portion of the volume used domestically versus or exported. EPA used the reported aggregated production volume of 171,929,400 lbs from the 2016 CDR data as the amount of TCE manufactured and imported to the U.S. (U.S. EPA, 2016d). Starting with this volume, EPA estimated the portion of the volume used domestically versus or exported. The export volume was estimated to be 10,531,608 lbs in 2015; however, this does not account for export volumes claimed as CBI in the 2016 CDR (U.S. EPA, 2016d). The domestic use volume was assumed to be anything not reported as exported in the 2016 CDR plus any volume reported as transferred for off-site recycling in the 2017 TRI. EPA only considered the off-site recycling volume as EPA assumes any volume reported for on-site recycling is reused at the site with consumption, disposal, and treatment of the recycled volume accounted for in the facility's other reported TRI values and thus already accounted for in the mass balance. EPA assumed the volume reported for off-site recycling is reintroduced into commerce similar to virgin (*i.e.,* unused directly from manufacturer or importer) TCE. This resulted in a total of 161,666,878 lbs, or 94% of the total production volume, being used domestically.

Use volumes were determined based on the 2014 TCE risk assessment, which estimated 83.6% of the domestic use volume is used as an intermediate, 14.7% is used as a degreasing solvent, and 1.7% is for miscellaneous uses (U.S. EPA, 2014b). Accounting for exports and the off-site recycled volume, this resulted in 135,153,510 lbs for intermediate uses, 23,765,031 lbs for degreasing uses, and 2,748,337 lbs for miscellaneous uses.

During manufacture, processing, and use, a portion of volume of TCE at a given site may be released to the environment on-site or end up in waste streams that are ultimately sent off-site for treatment, disposal, energy recovery, or recycling. EPA used data from the 2017 TRI (U.S. EPA, 2020b) and 2017 NEI (U.S. EPA, 2020a) to quantify volumes associated with each end-of-life activities. 2017 TRI data was grouped into the following categories of end-of-life activities: wastewater discharges, air emissions, land disposal, off-site recycling, energy recovery, and waste treatment.

In addition to surface water discharges, the volume estimated for wastewater discharges includes the total volume reported by facilities as transferred to off-site wastewater treatment (non-POTW) and off-site POTW treatment. It does not account for subsequent removal from wastewater streams into air or sludge that may occur at such treatment sites. The amount calculated for land disposal includes the releases from all on-site and off-site underground injection, surface impoundment, land application, landfills, and any other land disposal reported in the 2017 TRI.

For recycling, TRI includes volumes for both on- and off-site recycling. As stated above, EPA assumed that any volume reported as recycled on-site is reused at the site with consumption, disposal, and treatment of the recycled volume accounted for in the facility's other reported TRI values and not further

3043   considered for the mass balance. EPA assumed the volume reported for off-site recycling is reintroduced
3044   into commerce similar to virgin (*i.e.,* unused directly from manufacturer or importer) TCE.

3045   The calculated amount of TCE released as air emissions include data from both 2017 TRI (U.S. EPA,
3046   2020b) and 2017 NEI (U.S. EPA, 2020a). The air emissions include the total reported fugitive air
3047   emissions and stack air emissions from 2017 TRI reporters as well as all nonpoint source emission totals
3048   from NEI. NEI also collects data from point sources which may include sites that also report to TRI. To
3049   avoid double counting any volume reported in both TRI and NEI, EPA excluded a point emission source
3050   if the facility also reported TCE to TRI. Such sites were identified by cross-walking TRIFDs reported in
3051   TRI to those in NEI. EPA also excluded emissions from any point source in NEI reported as being from
3052   landfills, POTW, or wastewater treatment facilities. EPA assumed that emissions from these sources are
3053   already accounted for in the "wastewater treatment" and "land disposal" volumes from TRI. Finally,
3054   EPA excluded air emissions from any point source reported as being from remediation activities. These
3055   volumes are assumed to be from historical uses of TCE such that any volume associated with those
3056   activities are not assumed to be related to the current year's production volume.

3057   Any unused, spent, or waste TCE not accounted for above is expected to be sent for further waste
3058   management. These methods can be reported to TRI specifically as energy recovery or generally as
3059   waste treatment. However, volumes reported as sent for off-site energy recovery or treatment can be
3060   double counted if the site receiving the waste TCE is also required to report to TRI for TCE. This double
3061   count was addressed by comparing the RCRA IDS of reported downstream waste processors with the
3062   RCRA IDs of reporting facilities. For the purpose of the mass balance, the treatment and energy
3063   recovery volumes also assume 100% destruction/removal efficiencies which is likely unrealistic.
3064   Therefore, some portion of these values may also be counted in releases.

3065   The end-of-life stage also accounts for TCE that is consumed in a reaction from intermediate uses. To
3066   estimate the amount that is consumed in reaction, EPA identified in the sites in TRI that report TCE uses
3067   as a reactant and subtracted out the volume reported as released, disposed of, or otherwise managed as
3068   waste at each site from the intermediate use volume and assumed the remainder was consumed. EPA
3069   acknowledges that some portion of the intermediate use volume may remain as unintended impurities in
3070   products from the reaction; however, this volume cannot be quantified.

## R.2   Results and Uncertainties in the Mass Balance

3071   
3072   Figure_Apx R-1 shows the result of the mass balance. The overall percentage of TCE accounted for at
3073   the end-of-life is 101.5% of the 2016 CDR production volume. The 1.5% of the volume that is
3074   overcounted is potentially due to incomplete reporting data and comparison of data from different years.
3075   Other sources of uncertainty include limitations in reporting requirements (*e.g.,* reporting thresholds),
3076   CBI claims on exported volumes, and unknown volumes of unreacted TCE remaining in products.
3077

**Figure_Apx R-1. Mass Balance for Trichloroethylene**

# Appendix S    LEVEL III FUGACITY RESULTS

EPA ran the level III fugacity model in EPISuite$^{TM}$ using emissions from a mass balance developed to account for the amount of TCE entering and leaving all facilities in the United States. For the mass balance EPA attempted to quantify the amount of trichloroethylene associated with each of its life cycle stages from introduction into commerce in the U.S. (from both domestic manufacture and import), processing, use, release, and disposal.  The mass balance development and uncertainties are detailed in Appendix R. Physical chemical and environmental fate properties used as input to the model were taken from Table 1-1 and Table 2-1 in the Risk Evaluation, respectively. The model was run holding the environmental release steady at 1000 kg/hour but varying the receiving medium. Releases range from 1000 kg/hour simultaneously for air, soil and water to 1000 kg/hour for two of the three media and finally, 1000kg/hour released to a single medium. A total of seven iterations were executed. The model was run using annual emissions to air and water from the mass balance converted to kilograms per hour. Land disposal, energy recovery and treatment, and off-site recycling were not considered as environmental releases. Results are shown below.


Level III Fugacity Model (Full-Output): EQC Default
==================================================

Chem Name  : TRICHLOROETHENE
Molecular Wt: 131.39
Henry's LC  : 0.00985 atm-m3/mole (user-entered)
Vapor Press : 69 mm Hg  (user-entered)
Log Kow    : 2.42  (user-entered)
Soil Koc   : 108  (EQC Model Default)

|  | Mass Amount (percent) | Half-Life (hr) | Emissions (kg/hr) | | |
|---|---|---|---|---|---|
| Air | 99.2 | 240 | 614 | | |
| Water | 0.696 | 10000 | 0.567 | | |
| Soil | 0.132 | 10000 | 0 | | |
| Sediment | 0.00553 | 10000 | 0 | | |

|  | Fugacity (atm) | Reaction (kg/hr) | Advection (kg/hr) | Reaction (percent) | Advection (percent) |
|---|---|---|---|---|---|
| Air | 8.86e-011 | 138 | 477 | 22.4 | 77.6 |
| Water | 1.25e-010 | 2.32e-008 | 0.334 | 3.77e-009 | 0.0544 |
| Soil | 8.92e-011 | 4.41e-009 | 0 | 7.17e-010 | 0 |
| Sediment | 1.39e-010 | 1.84e-010 | 5.31e-005 | 3e-011 | 8.65e-006 |

Persistence Time: 78.2 hr
Reaction Time:   349 hr
Advection Time:  101 hr
Percent Reacted: 22.4
Percent Advected: 77.6

```
3130   Water Compartment Percents:
3131   -------------------------
3132                        Mass Amount   Half-Life   Emissions
3133                        (percent)     (hr)        (kg/hr)
3134
3135   Air                  99.2          240         614
3136   Water                0.696         10000       0.567
3137   water                (0.696)
3138   biota                (9.15e-006)
3139   suspended
3140   sediment             (0.000113)
3141   Soil                 0.132         10000       0
3142   Sediment             0.00553       10000       0
3143
3144   Half-Lives (hr), (based upon user-entry):
3145   Air:    240
3146   Water:  10000
3147   Soil:   10000
3148   Sediment: 10000
3149
3150   Advection Times (hr):
3151   Air:    100
3152   Water:  1000
3153   Sediment: 50000
```