August 27, 2024

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Food & Water Watch v. EPA*, Case No. 17-cv-02162-EMC

Dear Judge Chen:

      We write in response to the Court's August 22, 2024, Order inviting the parties to submit a joint letter identifying whether the National Toxicology Program's recently published *Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopment and Cognition: A Systematic Review* ("published Monograph") is meaningfully different from the pre-publication version the Court reviewed at trial.

      The parties agree that there are no material differences between the published Monograph and the pre-publication version that was the subject of testimony and argument at trial (i.e., Exhibit 67).

                                                                           Respectfully,

| | |
|---|---|
| */s/ Michael Connett* | */s/ Brandon N. Adkins* |
| MICHAEL CONNETT | BRANDON N. ADKINS |
| SIRI & GLIMSTAD LLP | Senior Trial Counsel |
| | PAUL A. CAINTIC |
| C. ANDREW WATERS | Trial Attorney |
| KAY GUNDERSON REEVES (pro hac vice) | U.S. Department of Justice |
| WATERS, KRAUS & PAUL LLP | Environmental & Natural Resources Division |
| | |
| CHRISTPHER NIDEL (pro hac vice) | EMMET P. ONG |
| NIDEL & NACE, PLLC | Assistant United States Attorney |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |