August 29, 2024

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Food & Water Watch v. EPA*, Case No. 17-cv-02162-EMC

Dear Judge Chen:

The Plaintiffs wish to update the Court on one other development related to the National Toxicology Program (NTP). The NTP has announced that its meta-analysis on fluoride and IQ "has been accepted by a scientific journal for publication" and that it is expected to be published "later in 2024."[1]

Page 101 of the NTP's Published Monograph summarizes the findings of the "in-press" meta-analysis as follows:

> The group-level meta-analysis of 59 studies (n = 20,932 children) used SMD as the effect measure and reported statistically significant inverse associations between fluoride exposure measures and children's IQ. There was also a significant dose-response relationship between group-level fluoride exposure and IQ. **In stratified dose-response meta-analyses of the low risk-of-bias studies, the direction of association remained consistent when group-level exposure was restricted to <4 mg/L, <2 mg/L, and <1.5 mg/L fluoride in drinking water and <4 mg/L, <2 mg/L, and <1.5 mg/L fluoride in urine.** The regression slopes meta-analysis of 13 studies (n = 4,475 children) with individual-level measures of fluoride found **a significant decrease in IQ of 1.63 points (95% CI: −2.33,−0.93; p-value <0.001) per 1-mg/L increase in urinary fluoride.** In subgroup analyses of both group-level and individual-level data, the direction of the association remained inverse when stratified by study quality (high versus low risk of bias), sex, age group, outcome assessment, study location, exposure timing, and exposure metric.[2] (emphases added)

While based on a larger number of studies, these findings from the in-press meta-analysis are consistent with the draft version of the meta-analysis that was the subject of testimony and argument at trial (i.e., Exhibit 68).

---

[1] https://ntp.niehs.nih.gov/whatwestudy/assessments/noncancer/completed/fluoride (last accessed August 29, 2024).
[2] https://ntp.niehs.nih.gov/sites/default/files/2024-08/fluoride_final_508.pdf

Respectfully,

*/s/ Michael Connett*
MICHAEL CONNETT
SIRI & GLIMSTAD LLP

C. ANDREW WATERS
KAY GUNDERSON REEVES
WATERS, KRAUS & PAUL LLP

CHRISTPHER NIDEL
NIDEL & NACE, PLLC

*Attorneys for Plaintiffs*