

U.S. Department of Justice

Environment and Natural Resources Division

*Environmental Defense Section*             *Telephone (202) 514-2219*
*P.O. Box 7611*             *Facsimile (202) 514-8865*
*Washington, DC  20044*

August 30, 2024

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Food & Water Watch v. EPA*, Case No. 17-CV-02162-EMC

Dear Judge Chen:

    The Court invited the parties to submit a joint letter identifying whether the National Toxicology Program's recently published *Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopment and Cognition: A Systematic Review* ("published Monograph") is meaningfully different from the pre-publication version the Court reviewed at trial. Counsel for the parties conferred whether each party would submit separate statements in one letter identifying differences between the published Monograph and the prepublication version that was submitted at trial, or instead to submit a short, joint statement that there are not material differences between the two. The parties agreed to the latter approach and accordingly submitted a joint letter to that effect. *See* ECF No. 442.

    Unfortunately, Plaintiffs subsequently and without leave of Court submitted a second letter that effectively undoes the parties' agreement by quoting from the published Monograph. ECF No. 443. Plaintiffs' letter also discusses an in-press meta-analysis manuscript. Plaintiffs refuse to withdraw their letter. The record is closed, and the Court took the matter under submission. None of the material Plaintiffs discussed in their letter is in evidence. Plaintiffs' letter thus invites the Court to commit error. EPA objects to any consideration of it.

                                                                       Respectfully,

                                                                       */s/ Brandon N. Adkins*
                                                                       BRANDON N. ADKINS
                                                                       Senior Trial Counsel
                                                                       PAUL A. CAINTIC
                                                                       Trial Attorney
                                                                       U.S. Department of Justice
                                                                       Environmental & Natural Resources Division

                                                                       EMMET P. ONG
                                                                       Assistant United States Attorney

                                                                       *Attorneys for Defendants*