October 8, 2024

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Food & Water Watch v. EPA*, Case No. 17-cv-02162-EMC

Dear Judge Chen:

      On March 15, 2024, Plaintiffs filed their *Unopposed* Nunc Pro Tunc *Motion to Authorize the Video Recordings of Trial to Be Part of the Camera in Courts Pilot Project*. ECF No. 435. Plaintiffs respectfully request that the Court issue a ruling on this unopposed motion prior to entering final judgment in this matter.

      Respectfully,

*/s/ Michael Connett*
MICHAEL CONNETT
SIRI & GLIMSTAD LLP

C. ANDREW WATERS
KAY GUNDERSON REEVES
WATERS, KRAUS & PAUL LLP

CHRISTOPHER NIDEL
NIDEL & NACE, PLLC

*Attorneys for Plaintiffs*