UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 17-cv-02162-EMC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR FEES AND COSTS**<br><br>Docket No. 446 |

On September 24, 2024, the Court entered a judgment in Plaintiffs' favor, in its Order re Findings of Fact and Conclusions of Law. Docket No. 445. Plaintiffs may be entitled to costs under Rule 54-1, as well as additional costs and reasonable fees for attorneys and expert witnesses under TSCA's Citizen Petition Provision. The Court directed Parties to submit a proposed briefing schedule regarding costs and fees. *Id*. Parties filed a joint letter on October 8, 2024. Docket No. 446.

Defendants ask the Court to defer setting a briefing schedule until Defendants have assessed whether they plan to appeal, and if they appeal, until the outcome of the appeal is finalized. In the alternative, Defendants ask the Court that the "Plaintiffs' motion be due sixty days after the deadline to file a notice of appeal, that the government's response be due sixty days after the deadline for Plaintiffs' motion, and that Plaintiffs' reply, if any, be due sixty days after the deadline for the government's response." *Id*. Plaintiffs agree with Defendants' alternative timing, with the exception that the costs under Local Rule 54-1 can be handled separately, and under the Form CAND 133 process. The default for Local Rule 54-1 is that the costs should be filed no later than 14 days after entry of Final Judgment.

The Court sets the following briefing schedule:

1) Plaintiffs' request for fees covered by Local Rule 54-1 is due **Monday, November 18, 2024.**

2) Plaintiffs' motion for additional costs and fees under TSCA is due **60 days** after the earlier of the deadline to file a notice of appeal, or the actual filing of a notice of appeal.

3) Defendants' response is due **60 days** thereafter.

4) Plaintiffs' reply, if any, is due **30 days** following Defendants' response.

5) Hearing is likely to be scheduled in mid to late May 2025.

**IT IS SO ORDERED**.

Dated: October 31, 2024

_____
EDWARD M. CHEN
United States District Judge