| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐   No ☐ |
|---|---|---|---|
| 1. CASE NAME Food and Water Watch, et al. v Environmental Protection Agency, et al. | 2. CASE NUMBER 17-cv-02162-EMC | 3. DATE JUDGMENT ENTERED 9/24/24 (but Final Judgment has not yet been entered) | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Environmental Protection Agency |
| 5. NAME OF CLAIMING PARTY Food & Water Watch, et al. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Michael Connett | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS: (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400 | Declaration of Michael Connett (hereafter "Connett Decl."), ¶ 2 & Exhibit A. | | | |
| Service of Process, Civil LR 54-3(a)(2) | $1,320.92 | Connett Decl. ¶ 3 & Exhibit B | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $86,299.31 | Connett Decl. ¶ 4 & Exhibit C | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $1,162.29 | Connett Decl. ¶ 5 & Exhibit D | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $746.67 | Connett Decl. ¶ 6 & Exhibit E | | | |
| Visual aids, Civil LR 54(d)(5) | $12,078.75 | Connett Decl. ¶ 7 & Exhibit F | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $14,328.24 | Connett Decl. ¶¶ 8 to 13 & Exhibits G to K | | | |

| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | |
|---|---|---|---|---|
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $1,996.12 | Connett Decl., ¶ 14 & Exhibit L | | |
| g. MISCELLANEOUS COSTS | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | |
| TOTAL AMOUNT | $ 118,332.30 | | $ 0.00 | $ 0.00 |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

Pursuant to the Court's order (ECF No. 446), Plaintiffs will file a motion under separate cover to recover all other costs of suit that are recoverable under 21 USC § 2620(b)(4)(C).

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**: Michael Connett
SIGNATURE: [signature]   DATE: Nov. 8, 2024

11. Costs are taxed in the amount of _____ and included in the judgment.
Mark B. Busby
Clerk of Court
BY: _____   Deputy Clerk   DATE: _____

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Howard Hu | 1 | n/a | 2 | $215.90 | $563.43 | $563.43 | $779.33 |
| Bruce Lanphear | 2 | n/a | 3 | $909.62 | $322.50 | $322.50 | $1,232.12 |
| Philippe Grandjean | 2 | n/a | 3 | $1,094.60 | $8,156.97 | $8,156.97 | $9,251.57 |
| Brian Berridge | 1 | n/a | 2 | $569.29 | $615.51 | $615.51 | $1,184.80 |
| Kathleen Thiessen | 2 | n/a | 5 | $1,004.95 | $875.47 | $875.47 | $1,880.42 |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $14,328.24 |