MICHAEL CONNETT, ESQ., CA Bar No. 300314
SIRI & GLIMSTAD LLP
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
888-747-4529 Telephone

C. ANDREW WATERS, ESQ., CA Bar No. 147259
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
310-414-8146 Telephone

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

|  |  |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| | ) |
| Plaintiffs, | ) Civ. No. 17-CV-02162-EMC |
| vs. | ) |
| | ) **DECLARATION OF MICHAEL** |
| U.S. ENVIRONMENTAL PROTECTION | ) **CONNETT IN SUPPORT OF** |
| AGENCY, et al. | ) **PLAINTIFFS' RULE 54-1 BILL OF** |
| | ) **COSTS** |
| Defendants. | ) |
| | ) |

I, MICHAEL CONNETT, declare as follows:

1.      I am the lead attorney for Plaintiffs in the above-referenced action, and was personally involved in handling each and every one of the expenses identified herein. Each of these expenses was paid in full by the Plaintiffs.

2.      Attached as **Exhibit A** is a true and correct copy of a receipt for the $400 filing fee in this action. Plaintiffs seek reimbursement of this expense pursuant to Civil Local Rule 54-3(a)(1).

3.      Attached as **Exhibit B** are true and correct copies of receipts/invoices for process of service fees. This service of process was for deposition and document subpoenas to non-party organizations and

individuals. The identities of the subpoenaed organizations and individuals are identified in Exhibit B, with the exception of page 2 (documentation of expense for service of deposition subpoena on NSF International) and page 6 (receipt for document subpoena service on Eugenio Beltran). Plaintiffs seek reimbursement of these expenses pursuant to Civil Local Rule 54-3(a)(2).

4.    Attached as **Exhibit C** are true and correct copies of invoices for transcripts and video recordings of the depositions in this case. Plaintiffs seek reimbursement of these expenses pursuant to Civil Local Rule 54-3(c). For some of the depositions, Plaintiffs incurred a penalty for late payment (e.g., Adams & Simms [p. 5]; Fejerskov [p. 12]; Thiessen [p. 13]; Grandjean [p. 15]; Lanphear [p. 20]; Hu [p. 21]; Calderon [p. 22]; and Thiessen [p. 23]). The $86,299.31 that Plaintiffs are seeking for reimbursement of deposition expenses does *not* include the aforementioned late payment fees.

5.    Attached as **Exhibit D** are true and correct copies of receipts of expenses that Plaintiffs incurred for printing of deposition exhibits. Plaintiffs seek reimbursement of these expenses pursuant to Civil Local Rule 54-3(c)(3). The receipts on pages 2 and 3 are for Dr. Joyce Donohue's deposition; the receipts on pages 4, 5 and 6 are for Dr. Robert Carton's deposition; the receipt on page 7 is for Dr. Bill Hirzy's deposition; the receipt on page 8 is for Christine Wood's deposition; and the receipts on pages 9 and 10 are for the deposition of EPA's 30(b)(6) representative, Dr. Stanley Barone. (Plaintiffs were not able to locate all of the printing receipts, and thus Exhibit D does not reflect all of the actual printing expenses that Plaintiffs incurred.)

6.    Attached as **Exhibit E** is a true and correct invoice for the cost of printing trial exhibits to comply with the Court's request for hard copies of said exhibits. Plaintiffs seek reimbursement of this expense pursuant to Civil Local Rule 54-3(d)(4).

7.    Attached as **Exhibit F** are true and correct copies of invoices for expenses that Plaintiffs incurred to prepare visual aids for trial, including the purchase of zoom camera kits and video consulting services to ensure professional video quality at the June 2020 Zoom trial (pp. 2-3); as well as graphic design work for the figures, animations, and power point slides used at trial (pp. 4-12). Plaintiffs seek

reimbursement of these expenses pursuant to Civil Local Rule 54-3(d)(5).

8.      Attached as **Exhibits G to K** are receipts for the travel expenses that Plaintiffs' witnesses incurred at the second trial in January/February 2024. Plaintiffs reimbursed the witnesses for each of the identified expenses. For each witness, the airfare expense was for flights from the witnesses' home to San Francisco and back, with the exception of Dr. Lanphear as he did not charge Plaintiffs for his return flight. Plaintiffs seek reimbursement of these travel expenses pursuant to Civil Local Rule 54-3(e).

9.      Attached as **Exhibit G** are true and correct copies of travel expenses (i.e., airfare, Uber, and hotel) for Plaintiffs' expert, Dr. Howard Hu.

10.     Attached as **Exhibit H** are true and correct copies of travel expenses (i.e., airfare, hotel, and food) for Plaintiffs' expert, Dr. Bruce Lanphear. For the airfare expense, Plaintiffs have converted the Canadian dollar amount ($447.92) into US dollars using a conversion rate of 0.72. This conversion rate is lower than the actual conversion rate that was in effect when the expense was incurred by Plaintiffs in February of 2024, and is *less* than what Plaintiffs paid Dr. Lanphear for this expense.[1] Based on the conversion rate of 0.72, Plaintiffs are seeking a reimbursement of $322.50 US dollars for Dr. Lanphear's airfare.

11.     Attached as **Exhibit I** are true and correct copies of travel expenses (i.e., airfare, hotel, and food) for Plaintiffs' expert, Dr. Philippe Grandjean. For the airfare expense, Plaintiffs have converted the Danish kroner amount (38,497 DKK) into US dollars using a conversion rate of 0.142. This conversion rate is lower than the actual conversion rate that was in effect when the expense was incurred by Plaintiffs in February of 2024, and is *less* than what Plaintiffs paid Dr. Grandjean for this expense.[2] Based on the conversion rate of 0.142, Plaintiffs are seeking a reimbursement of $5,466.57 US dollars for Dr. Grandjean's flight from Denmark to the US, and back.

---

[1] The conversion rate for Canadian dollars into US dollars for all of 2024 can be accessed at the following website: https://www.exchange-rates.org/exchange-rate-history/cad-usd-2024

[2] The conversion rate for Danish kroner into US dollars for all of 2024 can be accessed at the following website: https://www.exchange-rates.org/exchange-rate-history/dkk-usd

12.     Attached as **Exhibit J** are true and correct copies of travel expenses (i.e., airfare, hotel, Uber, and food) for Plaintiffs' fact witness, Dr. Brian Berridge.

13.     Attached as **Exhibit K** are true and correct copies of travel expenses (i.e., airfare, hotel, Uber, and food) for Plaintiffs' expert, Dr. Kathleen Thiessen. For the expenses identified on pages 5 and 6 of this exhibit, Plaintiffs are only seeking reimbursement for the hotel expenses highlighted in green (totaling $863.60) and the food expenses highlighted in red minus the food expenses from February 2 and breakfast on February 3 (totaling $141.36). Dr. Thiessen had visited San Francisco a day early to spend time with family (on February 2, 2024), which is why Plaintiffs are not seeking reimbursement for the hotel and food expenses from the first day.

14.     Attached as **Exhibit L** is a true and correct copy of an invoice for the interpreter that Plaintiffs hired for the deposition of EPA's expert, Dr. Jesus Ibarluzea. Dr. Ibarluzea is a native Spanish speaker and requested that an interpreter be made available at his deposition to assist him with any language questions he had during the course of the deposition. Plaintiffs seek reimbursement of this expense pursuant to 28 USC § 1920(6).

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed: November 8, 2024                                      SIRI & GLIMSTAD LLP

Michael Connett

# Exhibit A
# Filing Fee

 Gmail

**Michael Connett <mconnett@gmail.com>**

---

## Pay.gov Payment Confirmation: CAND CM ECF

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>                    Tue, Apr 18, 2017 at 9:47 PM
To: "michael@fluoridealert.org" <michael@fluoridealert.org>, "mconnett@gmail.com" <mconnett@gmail.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel
this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 261UU04R
Agency Tracking ID: 0971-11324719
Transaction Type: Sale
Transaction Date: Apr 18, 2017 9:47:48 PM

Account Holder Name: Michael Connett
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ***********3135

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

4/16/24, 4:02 AM    Case 3:17-cv-02162-EMC   Activity in Case 4:17-cv-02162 Food & Water Watch, Inc. et al v. Environmental Protection Agency et al Complaint - mconnett@gm...

Case 3:17-cv-02162-EMC   Document 450-1   Filed 10/08/24   Page 7 of 133



The following transaction was entered by Connett, Michael on 4/18/2017 at 6:49 PM and filed on 4/18/2017

| | |
|---|---|
| **Case Name:** | Food & Water Watch, Inc. et al v. Environmental Protection Agency et al |
| **Case Number:** | 4:17-cv-02162 |
| **Filer:** | Fluoride Action Network |
| | Brenda Staudenmaier |
| | Food & Water Watch, Inc. |
| | International Academy of Oral Medicine & Toxicology |
| | Audrey Adams |
| | Ko Staudenmaier |
| | Neal Lavelle |
| | Moms Against Fluoridation |
| | Kristin Lavelle |
| | Hayden Staudenmaier |
| | Kyle Adams |
| | American Academy of Environmental Medicine |

**Document Number:** 1

**Docket Text:**
**COMPLAINT** *for Declaratory and Injunctive Relief* against Environmental Protection Agency, Se
fee **$ 400**, receipt number **0971-11324719**.). Filed byFluoride Action Network, Brenda Staudenm
Watch, Inc., International Academy of Oral Medicine & Toxicology, Audrey Adams, Ko Staudenm
Moms Against Fluoridation, Kristin Lavelle, Hayden Staudenmaier, Kyle Adams, American Aca
Environmental Medicine. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet)(Connett, Mic
4/18/2017)

**4:17-cv-02162 Notice has been electronically mailed to:**

Michael P Connett     mconnett@gmail.com

**4:17-cv-02162 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\TSCA_Complaint_FINAL_SIGNED.PDF
**Electronic document Stamp:**

New Message

# Exhibit B
# Service of Process

 Gmail

**Michael Connett <mconnett@gmail.com>**

---

## Link to pay service of Deposition Subpoena

**Ellen C** <ellen@fluoridealert.org>                                         Mon, Sep 17, 2018 at 4:22 PM
To: Michael Connett <mconnett@gmail.com>

PAID:

Invoice total $122.72

Amount paid $122.72

Balance Due $0.00

Date paidSeptember 17, 2018

                       MasterCard ●●●●6935
Payment method

Transaction IDPG0182146183

On Mon, Sep 17, 2018 at 4:17 PM, Michael Connett <mconnett@gmail.com> wrote:
  https://connect.intuit.com/portal/app/CommerceNetwork/view/21e99ffbb9134261b5095cc417ce3dd
  fc157dca3fd8c4e81bd3268f52f0fdff55e0c033515424cf5baa05e0cc0419d8e?cta=viewinvoicenow&locale=en_US

April 22, 2024

**TRI-COUNTY PROCESS SERVING L.L.C.**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132 Business
(208) 338-1530 Fax
Federal Tax ID: 82-0348092

**Invoice #170849**

**Attn: C. Andrew Waters**
WATERS, KRAUS & PAUL
222 N. PACIFIC COAST HIGHWAY, STE. 1900
EL SEGUNDO CA 90245
800-226-9880 Business

-------<

Reference Job #**170849** when remitting.
# Originally billed on October 24, 2018

 Food & Water Watch, et al. vs Environmental Protection Agency, et al.
**Case Number: 17-cv-02162**
**Attn: C. Andrew Waters**
**Documents: Subpoena to Testify at a Deposition in a Civil Action, Notice of Deposition**

**Service Upon: J.R. Simplot**

Personal Service to Megan Dickson, of Corporation Service Company, Registered Agent for J.R. Simplot Company, on October 23, 2018 at 1:05 PM,
at: J.R. Simplot, 12550 W. Explorer Dr., Ste. 100, Boise, ID 83713
by Antonio Roque

Service Fee $64.00
Rush $35.00

Total: $99.00
Amount Due: $0.00

**Job Notations: Thank you for your credit card payment of $99.00.**

There is no balance due:  **$0.00**

Thank You for Choosing
**Tri-County Process Serving LLC**!

HSPS Legal Services
702 S Gilbert St, Ste 111
Iowa City, IA 52240
(319) 354-2010
Jared@hspslegal.com
http://www.HSPSlegal.com



# Invoice

BILL TO
Michael P Connett
222 N Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 66189 | 10/22/2018 | $0.00 | 11/06/2018 | Net 15 | |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 10/22/2018 | Service for Steven Levy | 55.00 |
| 10/22/2018 | Rush Fee | 50.00 |

EIN # 46-3220040

PAYMENT                 105.00
BALANCE DUE           $0.00

Hawkeye State Process Serve LLC DBA HSPS Legal Services. Serving all
your legal papers for the entire State of Iowa and Missouri. Thank you for this
opportunity! We truly appreciate your business and hope to be of service in
the near future.

Hawkeye State Process Serve LLC DBA HSPS Legal Services EIN # 46-3220040  Serving all of your legal papers for the entire State of Iowa and Missouri.

**Professional Civil Process Of Texas, Inc**
103 Vista View Trail
Spicewood TX 78669
(512) 477-3500
Fax: (512) 477-8700

## PAST DUE STATEMENT

Account# 31494                                   Dec 12, 2018
Waters, Kraus & Paul
Connett, Michael P
222 N Pacific Coast Hwy,
Ste 1900
El Segundo CA 90245
All Items with open balances.

| Date Billed | Our Invoice# | Your Reference | Inv Amt | PTD | Late Fee | Bal.Due |
|---|---|---|---|---|---|---|
| 10/26/18 | A18A04818 | | 105.00 | .00 | .00 | 105.00 |

PERSONALLY Served on 10/23/18 Case#: 17-CV-02162
Service to: SOLVAY FLUORIDES, LLC
FOOD & WATER WATCH, ET AL. vs. ENVIRONMENTAL PROTECTION AGENCY, ET AL.
PRIORITY I/C SERVED $105.00,

You can make your check payable to: Professional Civil Process Of Texas, Inc

or you can fill-out this credit card authorization and _fax it to: (512) 477-8700_.

Credit Card#: _____

Name on the Card: _____

**AEHSP: TSCA LEGAL FUND**
16 LAMOILLE ST
ESSEX JUNCTION, VT 05452-3729

**119**

58-7253
2116

PAY  One hundred five) 00/100                    DOLLARS

DATE 12/21/18   TO THE ORDER OF Professional Civil Process of Texas, Inc.   DESCRIPTION A18A04818   CHECK NO. 119   $ 105.00

KEYBANK

AUTHORIZED SIGNATURE

⑈000119⑈ ⑆211672531⑆ 4545100232 6⑈

| Totals: | 105.00 | .00 | .00 | 105.00 |
|---|---|---|---|---|

            **Michael Connett <mconnett@gmail.com>**

---

## Subpoena for expedited service

**Michael Connett** <mconnett@gmail.com>
To: Account Manager <cases@atlprocessserver.com>

Fri, Nov 4, 2022 at 5:37 PM

I just paid $130 for the expedited service. Here is my receipt of payment (note that the name on the card is Ellen Connett):

---------- Forwarded message ---------
From: **Auto-Receipt** <noreply@mail.authorize.net>
Date: Fri, Nov 4, 2022 at 5:35 PM
Subject: Transaction Receipt from ATLANTA PROCESS SERVERS for $130.00 (USD)
To: Ellen Connett <mconnett@gmail.com>

Order Information

Description:     Goods or Services

**Billing Information**             **Shipping Information**
Ellen Connett
16 Lamoille St
Essex Junction, VT 05452
mconnett@gmail.com
802-355-0999

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|------|------|-------------|-----|---------|------------|------------|
| 2020 | Atlanta Process Server Checkout | Customer specified amount | 1 | N | $130.00 (USD) | $130.00 (USD) |
| | | | | | **Total: $130.00 (USD)** | |

Payment Information

Date/Time:       4-Nov-2022 17:35:51 EDT
Transaction ID:     64031973227
Payment Method:   Visa xxxx1348
Transaction Type:   Purchase
Auth Code:       06550G

Merchant Contact Information

ATLANTA PROCESS SERVERS
ATLANTA, GA 30308
US
margaret@atlprocessserver.com

[Quoted text hidden]

# INVOICE

**Legal Wheels Errand Services, LLC**

1101 Haynes St Ste 2
Raleigh, NC 27604

dispatch@legalwheels.com
+1 (919) 836-2210
www.legalwheels.com



DELIVERING CONFIDENCE

## Waters Kraus Paul

**Bill to**

Michael Connett
Waters Kraus Paul
222 N Pacific Coast Highway
Suite 1900
El Segundo, CA 90245

**Ship to**

Michael Connet
Waters Kraus Paul
222 N Pacific Coast Highway
Suite 1900
El Segundo, CA 90245

---

**Invoice details**

Invoice no.: 7244

Terms: Due on receipt

Invoice date: 11/05/2022

Due date: 11/05/2022

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 11/07/2022 | **Process Service** | Subpoena: National Institute of Environmental Health Sciences (NIEHS), RTP, NC | 1 | $100.00 | $100.00 |

## Ways to pay



Please Pay Here.

| | |
|---|---|
| **Total** | **$100.00** |
| Payment | -$100.00 |
| **Balance due** | **$0.00** |

**Paid in Full**

**EGA  Process Serving, LLC**
5000 Sunnyside Ave 101
Beltsville, MD  20705 US
(888) 565-7774
robert@egaprocessserving.com
www.EGAProcessServing.com

# Invoice



| BILL TO |
| --- |
| Partner Michael Connett |
| Waterskrauspaul |
| 222 N Pacific Coast Highway |
| suite 1900 |
| El Segundo, CA  90245 |

| SHIP TO |
| --- |
| Partner Michael Connett |
| Waterskrauspaul |
| 222 N Pacific Coast Highway |
| suite 1900 |
| El Segundo, CA  90245 |

| INVOICE  # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2022-1037 | 11/06/2022 | $208.00 | 11/21/2022 | Net 15 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Rush Service**<br>Food & Water Watch vs. U.S. Environmental Protection Agency (Mark Macek) | 1 | 200.00 | 200.00 |
| **Credit Card Process Fee:CREDIT CARD FEE**<br>Credit Card Fee, if paying by check please disregard this fee. | 1 | 8.00 | 8.00 |

Overdue invoices are subject to a late fee of 1.5% per month, plus court costs and reasonable attorney fees in the event of collection.

**BALANCE DUE**          **$208.00**

There will be a 3.75% processing fee for payments made by credit card.

Thank you for trusting in EGA Process Serving.

# INVOICE

**Legal Wheels Errand Services, LLC**
1101 Haynes St Ste 2
Raleigh, NC 27604

dispatch@legalwheels.com
+1 (919) 836-2210
www.legalwheels.com



Waters Kraus Paul

**Bill to**
Waters Kraus Paul
222 N Pacific Coast Highway
Suite 1900
El Segundo, CA 90245

**Ship to**
Waters Kraus Paul
222 N Pacific Coast Highway
Suite 1900
El Segundo, CA 90245

**Invoice details**

Invoice no.: 8178
Terms: Net 10
Invoice date: 01/21/2023
Due date: 01/31/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 01/19/2023 | Delivery | [WO_35277] USDC (Fed. Ct.) per Michael Connett (ECF Atty. Registration) | 1 | $25.00 | $25.00 |
| 2. | | Time | [WO_35277] Call, email, or other communications | 0.2 | $45.00 | $9.00 |
| 3. | 01/17/2023 | Process Service | 9769 - Subpoena to Dr. Richard Woychik in Chapel Hill, NC per Michael Connett (Food & Water Watch) | 1 | $130.00 | $130.00 |
| 4. | | Black & White Printing | Printing Fees (@ .15 per page) for service | 8 | $0.15 | $1.20 |

## Ways to pay

   

| | |
|---|---|
| **Total** | **$165.20** |
| Payment | -$165.20 |
| **Balance due** | **$0.00** |

**Paid in Full**

## Capital Process Service

**Priority: STANDARD**                                   **Field Sheet #2023000477**

Received: 2/28/2023 at 2:37 pm
**Court Date:        Filed:**

## SERVE:
**Jayanth Kumar,** 3430 Mas Amilos Way, Sacramento, CA 95835

**SPECIAL INSTRUCTIONS:**

**Attempts**                Server: **Jenice Rossner**
     Date     Time    Comments
1. ___/___  _____  _____
2. ___/___  _____  _____
3. ___/___  _____  _____
4. ___/___  _____  _____
5. ___/___  _____  _____
6. ___/___  _____  _____
7. ___/___  _____  _____
8. ___/___  _____  _____

**Actual Service Info**                    Married?_____
_____    Type:_____    Military?_____    Miles_____

Served on:_____As:_____    Hours_____

Address:_____    Additional Addr: 1  2

Comments:_____    Courier_____

_____    Out of Pocket Costs

_____    _____  _____
_____    _____  _____
_____    _____  _____

Age_____   Sex  M   F   Race_____   Height_____   Weight_____
Hair_____                                          Glasses  Y  N

Case Number: 17-CV-02162-EMC       Northern District Of California
Plaintiff                          Defendant
Food & Water Watch, et al          U.S. Environmenrtal Protection Ag

Type of Writ: **Subpoena to Testify at a Deposition in a Ciivil Action**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 17-cv-02161-EMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jayanth Kumar

on *(date)*     02/28/2023     .

☑ I served the subpoena by delivering a copy to the named person as follows: personal serivce to Jayanth Kumar

at his residence, located at 3430 Mas Amilos Way, Sacramento, CA at 3:15 pm

on *(date)*     03/01/2023     ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $     120.00     for travel and $             for services, for a total of $     120.00     .

I declare under penalty of perjury that this information is true.

Date:     03/03/2023

*Server's signature*

Jenice Rossner, Process Server

*Printed name and title*

3104 O Street, 3230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc.:



# Legal Process Service
**Professional Service Since 1982**
724 S. Eighth Street,  Las Vegas, Nevada 89101-7055
Telephone (702) 471-7255    Fax (702) 471-7248
**Tax ID - 88-0293775      State Lic. #604**
www.LPSNV.com      contact@LPSNV.com

Invoice #   **2301275**
Invoice Date:  03/08/2023

Michael Connett/Waters Kraus  Paul
Michael Connett
Attention:  Michael Connett
222 N. Pacific Coast Hwy Suite 1900
El Segundo , CA  90245

Insured:
Attention: *MICHAEL CONNETT*

**Thank you for choosing LPS! Attached is a copy of the Affidavit and paid invoice.  The original affidavit is en route to you. Please feel free to contact us if you have any questions.  Thank you! Charlie 3/8/2023

### *THANK YOU FOR CHOOSING LPS!*

| | | |
|---|---|---|
| Plaintiff(s) | *Food & Water Watch, et al.* vs *U.S. Environmental Protection Agency* | Court: United States District |
| | | County: Northern District of |
| Defendant(s) | | Case No.: 17-cv-02162-EMC |
| Re: | **Christine Wood** | Dept. No.: |
| Documents Served or Service Provided | Subpoena to Testify at a Deposition in a Civil Action | Your File |
| | | Purchase Order |
| | | Hearing Date 03/17/2023 |
| | | Date Served: 03/01/2023 |
| | | Time Served: 2:28PM |

| Date | Service Description | Service Fee | Date Paid | Check# / Auth # | Fee Paid |
|---|---|---|---|---|---|
| 02/28/23 | Advance Deposit CC | | 02/28/23 | 64228207438 | $166.00 |
| 03/01/23 | Immediate Handling | $68.00 | | | |
| 03/01/23 | Personal Service Required to: 3858 Cashill Blvd., Reno, NV 89509 | $93.00 | | | |
| | Fuel surcharge | $5.00 | | | |
| | **Sub-Totals:** | $166.00 | | **Total Paid:** | $166.00 |

**Terms**: Payment is due in full upon receipt; and is not contingent upon client or insurance reimbursement.  A past due fee of 15% will be assessed on all outstanding invoices of 30 days or more from the invoice date.

**Total Amount Due =**       **$0.00**
**Invoice Due Date:**   **4/7/2023**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this section with your payment. Make checks payable to Legal Process Service

Michael Connett/Waters Kraus  Paul
Michael Connett
222 N. Pacific Coast Hwy Suite 1900
El Segundo, CA  90245

*We Appreciate Your Business!  Thank You!*
*Please Pay By Due Date To Avoid Past Due Charges.*

**Remit Payment to:**

**Legal Process Service**
**724 South 8th Street**
**Las Vegas, NV 89101**

| | |
|---|---|
| **Work Order #** | **2301275** |
| Invoice Date: | 03/08/2023 |
| **Invoice Due Date:** | **4/7/2023** |
| Client ID #: | M18012 |

**Total Amount Due =** Page 12 of 12  **$0.00**

# Exhibit C
# Deposition Transcript/
# Video Recording

**Asbestos Reporters of California**
7119 W. Sunset Boulevard #440
Los Angeles, CA 90046
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 700
El Segundo, CA 90045

## Invoice #3462

| Date | Terms |
|------|-------|
| 11/06/2018 | Net 30 |

| Job #1884 on 10/15/2018 |
|---|

**Case:** Food & Water Watch v. EPA    **Shipped On:** 11/05/2018
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| Original Transcript of EPA Rule 30(b)(6) PMQ | | | |
| Original Transcript (378 Pages) | $ 4.00 | 1.00 | $ 1,512.00 |
| Expert/Technical/Video (378 Pages) | $ 0.30 | 1.00 | $ 113.40 |
| 3.5 hr min: 1 hr s/u; 2 depo hrs; 1/2 hr b/d (3.5 Hours) | $ 95.00 | 1.00 | $ 332.50 |
| Additional hours after minimum (6.5 Hours) | $ 95.00 | 1.00 | $ 617.50 |
| Overtime after 5:00 pm; before 8:00 am; weekends (3.07 Hours | $ 142.50 | 1.00 | $ 437.48 |
| DVD MPeg1; DVD Video (11.07 Hours) | $ 50.00 | 1.00 | $ 553.50 |
| Flash Drive | $ 20.00 | 1.00 | $ 20.00 |

$ 3,586.38

Amount Due: $ 3,586.38
Paid: $ 0.00

| Balance Due: | $ 3,586.38 |
|---|---|
| Payment Due: | 12/06/2018 |

*Thank you for your business!*

**Asbestos Reporters of California**
7119 W. Sunset Boulevard #440
Los Angeles, CA 90046
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 700
El Segundo, CA 90045

### *Invoice #3545*

| Date | Terms |
|------|-------|
| 11/21/2018 | Net 30 |

| Job #1955 on 11/06/2018 | | | |
|---|---|---|---|

**Case:** Food & Water Watch v. EPA

**Shipped On:** 11/21/2018
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of CDC | | | |
| Original Transcript (283 Pages) | $ 4.00 | 1.00 | $ 1,132.00 |
| Expert/Technical/Video (283 Pages) | $ 0.30 | 1.00 | $ 84.90 |
| Exhibits - Black & White (283 Pages) | $ 0.25 | 1.00 | $ 70.75 |
| Before 9 am After 5 pm (1 Hour) | $ 45.00 | 1.00 | $ 45.00 |
| 3.5 hr min: 1 hr s/u; 2 depo hrs; 1/2 hr b/d (3.5 Hours) | $ 95.00 | 1.00 | $ 332.50 |
| Additional hours after minimum (6 Hours) | $ 95.00 | 1.00 | $ 570.00 |
| Overtime after 5:00 pm; before 8:00 am; weekends (1 Hour) | $ 142.50 | 1.00 | $ 142.50 |
| DVD MPeg1; DVD Video (9 Hours) | $ 50.00 | 1.00 | $ 450.00 |
| Flash Drive | $ 20.00 | 1.00 | $ 20.00 |
| | | | $ 2,847.65 |

| | | |
|---|---|---|
| Amount Due: | $ 2,847.65 |
| Paid: | $ 0.00 |

*Thank you for your business!*

| Balance Due: | $ 2,847.65 |
|---|---|
| Payment Due: | 12/21/2018 |

**Hanson/Renaissance Reporting & Video**
400 Renaissance Center Suite 2160
Detroit, MI 48243
Phone: 313-567-8100
Fax: 313-567-4362



**HANSON RENAISSANCE**
COURT REPORTERS & VIDEO

Michael Connett
Waters Kraus & Paul
222 N Pacific Coast Highway
Suite 1900
El Segundo, CA 90245

## *Invoice #620981*

| Date | Terms |
|------|-------|
| 12/03/2018 | Net 45 |

---

**Assignment #126871 on 11/14/2018**

**Case:** Food & Water Watch, et al., v. U.S.
Environmental Protection Agency, et al.

**Shipped On:** 11/30/2018
**Shipped Via:** UPS
**Provider:** Darnbrook, Robin

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Amanda D. Phelka** | | | |
| Attendance (4 Hours) | $ 30.00 | 1.00 | $ 120.00 |
| Exhibits Emailed (110 Units) | $ 0.40 | 1.00 | $ 44.00 |
| (Hold) Original & Email Copy (111 Pages) | $ 3.75 | 1.00 | $ 416.25 |
| Shipping | $ 25.00 | 1.00 | $ 25.00 |
| | | | $ 605.25 |

| | |
|---|---|
| Amount Due: | $ 605.25 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | $ 605.25 |
| **Payment Due:** | 01/17/2019 |

*ORIGINAL EXHIBITS RETURNED TO ATTORNEY*

| | |
|---|---|
| Interest after 45 days at 1.50%: | $ 614.33 |

**THANK YOU   **We accept all major credit cards****

**"Payment Is Not Contingent On Client Reimbursement"**

**EIN:  38-2436945**

# 61080



# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

| | | |
|---|---|---|
| **Bill To:** Michael Connett<br>Waters Kraus & Paul<br>222 N Pacific Coast Highway<br>Ste 1900<br>El Segundo, CA, 90245 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS3581255<br>12/13/2018<br>$1,636.42 |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., et al. v. United States Environmental Protection Agency |
| **Job #:** | 3132121 \| Job Date: 11/28/2018 \| Delivery: Normal |
| **Case #:** | 317CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | US Attorney's Office |
| | 700 Stewart Street \| Suite 5220<br>Seattle, WA 98101 |
| **Sched Atty:** | Debra Carfora \| Environment & Natural Resources Division<br>(ENRD) Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 153.00 | $3.25 | $497.25 |
| **Audrey Adams** | Exhibits | Per Page | 44.00 | $0.35 | $15.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Certified Transcript | Page | 155.00 | $3.25 | $503.75 |
| **Julie Simms** | Exhibits | Per Page | 48.00 | $0.35 | $16.80 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,203.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $433.22 |
| | **Balance Due:** | $1,636.42 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

---

## THIS INVOICE IS 546 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.capitalreportingcompany.com**

58620    Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3581255 |
| **Job #:** | 3132121 |
| **Invoice Date:** | 12/13/2018 |
| **Balance:** | $1,636.42 |

**Asbestos Reporters of California**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4232*

| Date | Terms |
|------|-------|
| 06/06/2019 | Net 30 |

**PAST DUE**

| Job #2224 on 05/13/2019 |
|---|

**Case:** Food & Water Watch v. EPA     **Shipped On:** 05/28/2019
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Joyce Donohue** | | | |
| Original Transcript - Out of Area (287 Pages) | $ 4.25 | 1.00 | $ 1,219.75 |
| Expert/Technical/Video (287 Pages) | $ 0.30 | 1.00 | $ 86.10 |
| Exhibits - Black & White (360 Pages) | $ 0.45 | 1.00 | $ 162.00 |
| | | | $ 1,467.85 |

Amount Due: $ 1,467.85
Paid: $ 0.00

| Balance Due: | $ 1,467.85 |
|---|---|
| Payment Due: | 07/06/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4236*

| Date | Terms |
|------|-------|
| 06/07/2019 | Net 30 |

### **PAST DUE**

**Job #2225 on 05/15/2019**

**Case:** Food & Water Watch v. EPA

**Shipped On:** 05/28/2019
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Paul Price** | | | |
| Original Transcript - Out of Area (173 Pages) | $ 4.25 | 1.00 | $ 735.25 |
| Expert/Technical/Video (173 Pages) | $ 0.30 | 1.00 | $ 51.90 |
| Exhibits - Black & White (37 Pages) | $ 0.45 | 1.00 | $ 16.65 |
| | | | **$ 803.80** |

Amount Due: $ 803.80
Paid: $ 0.00

| Balance Due: | $ 803.80 |
|--------------|----------|
| Payment Due: | 07/07/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4439*

| Date | Terms |
|------|-------|
| 08/26/2019 | Net 30 |

---

**Job #2319 on 08/08/2019**

**Case:** Food & Water Watch v. EPA

**Shipped On:** 08/22/2019
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Charlotte Lewis T/C** | | | |
| Original Transcript (173 Pages) | $ 4.25 | 1.00 | $ 735.25 |
| Expert/Technical/Video (173 Pages) | $ 0.30 | 1.00 | $ 51.90 |
| Exhibits - Black & White (118 Pages) | $ 0.45 | 1.00 | $ 53.10 |
| 3.5 hr min: 1 hr s/u; 2 depo hrs; 1/2 hr b/d (3.5 Hours) | $ 100.00 | 1.00 | $ 350.00 |
| Additional Video Recording After 2 Hour Minimum (8 Units) | $ 100.00 | 1.00 | $ 800.00 |
| Overtime after 8 hours (3.5 Hours) | $ 150.00 | 1.00 | $ 525.00 |
| DVD MPeg1; DVD Video (5.1 Hours) | $ 50.00 | 1.00 | $ 255.00 |
| Video File - digital upload | $ 20.00 | 1.00 | $ 20.00 |
| | | | $ 2,790.25 |

Amount Due: $ 2,790.25
Paid: $ 0.00

| Balance Due: | $ 2,790.25 |
|--------------|-----------|
| Payment Due: | 09/25/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4441*

| Date | Terms |
|------|-------|
| 08/26/2019 | Net 30 |

---

**Job #2347 on 08/08/2019**

**Case:** Food & Water Watch v. EPA          **Shipped On:** 08/22/2019
                                             **Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Charlotte Lewis T/C** | | | |
| Original Transcript - Out of Area (165 Pages) | $ 4.25 | 1.00 | $ 701.25 |
| Expert/Technical/Video (165 Pages) | $ 0.30 | 1.00 | $ 49.50 |
| Exhibits - Black & White (52 Pages) | $ 0.45 | 1.00 | $ 23.40 |
| | | | **$ 774.15** |

---

Amount Due:     $ 774.15
Paid:     $ 0.00

| Balance Due: | $ 774.15 |
|--------------|----------|
| **Payment Due:** | **09/25/2019** |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## Invoice #4443

| Date | Terms |
|------|-------|
| 08/28/2019 | Net 30 |

**Job #2331 on 08/13/2019**

**Case:** Food & Water Watch v. EPA          **Shipped On:** 08/27/2019
                                             **Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Gary Slade PhD, DDPH,** | | | |
| Original Transcript - Out of Area (474 Pages) | $ 4.25 | 1.00 | $ 2,014.50 |
| Expert/Technical/Video (474 Pages) | $ 0.30 | 1.00 | $ 142.20 |
| Exhibits - Black & White (243 Pages) | $ 0.50 | 1.00 | $ 121.50 |
| 3.5 hr min: 1 hr s/u; 2 depo hrs; 1/2 hr b/d (3.5 Hours) | $ 100.00 | 1.00 | $ 350.00 |
| Additional Video Recording After 2 Hour Minimum (7 Units) | $ 100.00 | 1.00 | $ 700.00 |
| Overtime after 8 hours (2 Hours) | $ 150.00 | 1.00 | $ 300.00 |
| DVD MPeg1; DVD Video (9 Hours) | $ 50.00 | 1.00 | $ 450.00 |
| Video File - digital upload | $ 20.00 | 1.00 | $ 20.00 |
| Before 9 am After 5 pm (1 Hour) | $ 40.00 | 1.00 | $ 40.00 |
| | | | $ 4,138.20 |

Amount Due:   $ 4,138.20
Paid:   $ 0.00

| Balance Due: | $ 4,138.20 |
|---|---|
| Payment Due: | 09/27/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California, a GPS partr**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett                                    *Invoice #4447*
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

| Date | Terms |
|------|-------|
| 09/04/2019 | Net 30 |

**PAST DUE**

**Job #2332 on 08/20/2019**

**Case:** Food & Water Watch v. EPA          **Shipped On:** 09/04/2019
                                              **Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Tala Henry** | | | |
| Original Transcript - Out of Area (514 Pages) | $ 4.25 | 1.00 | $ 2,184.50 |
| Expert/Technical/Video (514 Pages) | $ 0.30 | 1.00 | $ 154.20 |
| Exhibits - Black & White (361 Pages) | $ 0.45 | 1.00 | $ 162.45 |
| Before 9 am After 5 pm (2.58 Hours) | $ 40.00 | 1.00 | $ 103.20 |
| 3.5 hr min: 1 hr s/u; 2 depo hrs; 1/2 hr b/d (3.5 Hours) | $ 100.00 | 1.00 | $ 350.00 |
| Additional Video Recording After 2 Hour Minimum (7 Units) | $ 100.00 | 1.00 | $ 700.00 |
| Overtime after 8 hours (4.5 Hours) | $ 150.00 | 1.00 | $ 675.00 |
| DVD MPeg1; DVD Video (10.58 Hours) | $ 50.00 | 1.00 | $ 529.00 |
| Video File - digital upload | $ 20.00 | 1.00 | $ 20.00 |

$ 4,878.35

Amount Due:    $ 4,878.35
Paid:          $ 0.00

| Balance Due: | $ 4,878.35 |
|--------------|------------|
| Payment Due: | 10/04/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

**CAPITAL**
REPORTING COMPANY ®

| | | |
|---|---|---|
| **Bill To:** Michael Connett<br>Waters Kraus & Paul<br>222 N Pacific Coast Highway<br>Ste 1900<br>El Segundo, CA, 90245 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS3933919<br>9/5/2019<br>$1,696.84 |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., Et Al. v. United States<br>Environmental Protection Agency |
| **Job #:** | 3502013 \| Job Date: 8/23/2019 \| Delivery: Normal |
| **Case #:** | 317CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | |
| | Environment & Natural Resources Division (ENRD),<br>Environmental Defense \| 4 Constitution Square, 150 M St. NE<br>Washington, DC 20002 |
| **Sched Atty:** | John Do \| Environment & Natural Resources Division (ENRD),<br>Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ole Fejerskov, DDS PhD | Certified Transcript | Page | 437.00 | $3.25 | $1,420.25 |
| | Exhibits | Per Page | 42.00 | $0.65 | $27.30 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,521.55 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $175.29 |
| | **Balance Due:** | $1,696.84 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

**THIS INVOICE IS 216 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
**www.capitalreportingcompany.com**

58620   Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3933919 |
| **Job #:** | 3502013 |
| **Invoice Date:** | 9/5/2019 |
| **Balance:** | $1,696.84 |

Page 12 of 39

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

**CAPITAL**
REPORTING COMPANY®

| | | | |
|---|---|---|---|
| **Bill To:** | Michael P Connett<br>Waters Kraus & Paul<br>222 N Pacific Coast Highway<br>Ste 1900<br>El Segundo, CA, 90245 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS3941668<br>9/12/2019<br>$2,238.78 |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency |
| **Job #:** | 3502514 \| Job Date: 8/27/2019 \| Delivery: Normal |
| **Case #:** | 317CV02162EMC |
| **Billing Atty:** | Michael P Connett |
| **Location:** | US Attorney's Office |
| | 800 Market Street \| Suite 211<br>Knoxville, TN 37902 |
| **Sched Atty:** | Debra Carfora \| Environment & Natural Resources Division (ENRD), Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 458.00 | $3.25 | $1,488.50 |
| | Surcharge - Extended Hours (Pages) | Page | 120.00 | $0.50 | $60.00 |
| | Exhibits - Color | Per Page | 304.00 | $0.35 | $106.40 |
| Kathleen M. Thiessen , Ph.D. | Exhibits | Per Page | 236.00 | $0.35 | $82.60 |
| | Surcharge - Expert/Medical/Technical | Page | 458.00 | $0.50 | $229.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,040.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $198.28 |
| | **Balance Due:** | $2,238.78 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

THIS INVOICE IS 209 DAYS PAST DUE, PLEASE REMIT - THANK YOU

To pay online, go to
**www.capitalreportingcompany.com**

58620    Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3941668 |
| **Job #:** | 3502514 |
| **Invoice Date:** | 9/12/2019 |
| **Balance:** | $2,238.78 |

Page 13 of 39

**Asbestos Reporters of California, a GPS partr**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4454*

| Date | Terms |
|------|-------|
| 09/30/2019 | Net 30 |

## PAST DUE

**Job #2334 on 08/29/2019**

**Case:** Food & Water Watch v. EPA

**Shipped On:** 09/12/2019
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Ellen Chang** | | | |
| Original Transcript - Out of Area (348 Pages) | $ 4.25 | 1.00 | $ 1,479.00 |
| Expert/Technical/Video (348 Pages) | $ 0.30 | 1.00 | $ 104.40 |
| Exhibits - Black & White (320 Pages) | $ 0.35 | 1.00 | $ 112.00 |
| Additional Video Recording After 2 Hour Minimum (8 Units) | $ 120.00 | 1.00 | $ 960.00 |
| Overtime after 8 hours (3 Hours) | $ 180.00 | 1.00 | $ 540.00 |
| DVD MPeg1; DVD Video (9.25 Hours) | $ 50.00 | 1.00 | $ 462.50 |
| Video File - digital upload | $ 15.00 | 1.00 | $ 15.00 |
| Synch of Video and Transcript (9.25 Hours) | $ 150.00 | 1.00 | $ 1,387.50 |
| Before 9 am After 5 pm (1 Hour) | $ 40.00 | 1.00 | $ 40.00 |
| Rough Draft (348 Pages) | $ 1.00 | 1.00 | $ 348.00 |
| | | | $ 5,448.40 |

Amount Due:  $ 5,448.40
Paid:  $ 0.00

| Balance Due: | $ 5,448.40 |
|--------------|------------|
| Payment Due: | 10/25/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

## Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

**CAPITAL**
REPORTING COMPANY ®

| Bill To: | Michael Connett | | |
|---|---|---|---|
| | Waters Kraus & Paul | **Invoice #:** | CS3962125 |
| | 222 N Pacific Coast Highway | **Invoice Date:** | 9/30/2019 |
| | Ste 1900 | **Balance Due:** | $1,681.42 |
| | El Segundo, CA, 90245 | | |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency |
| **Job #:** | 3520657 | Job Date: 9/13/2019 | Delivery: Normal |
| **Case #:** | 17CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | U.S. Department of Justice |
| | 4 Constitution Square | 150 M Street N.E., Room 5.1405 Washington, DC 20002 |
| **Sched Atty:** | Debra Carfora | Environment & Natural Resources Division (ENRD), Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 410.00 | $3.25 | $1,332.50 |
| Phillipe Grandjean | Exhibits - Color | Per Page | 63.00 | $2.00 | $126.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,532.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $148.92 |
| | **Balance Due:** | $1,681.42 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

**THIS INVOICE IS 191 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
**www.capitalreportingcompany.com**

58620    Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Capital Reporting Company**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS3962125 |
| **Job #:** | 3520657 |
| **Invoice Date:** | 9/30/2019 |
| **Balance:** | $1,681.42 |

**Asbestos Reporters of California, a GPS partr**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4478*

| Date | Terms |
|------|-------|
| 09/30/2019 | Net 30 |

## PAST DUE

**Job #2333 on 09/11/2019**

Case: Food & Water Watch v. EPA

Shipped On: 09/25/2019
Shipped Via: E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Joyce Tsuji** | | | |
| Original Transcript - Out of Area (451 Pages) | $ 4.25 | 1.00 | $ 1,916.75 |
| Expert/Technical/Video (451 Pages) | $ 0.30 | 1.00 | $ 135.30 |
| Exhibits - Black & White (163 Pages) | $ 0.35 | 1.00 | $ 57.05 |
| Additional Video Recording After 2 Hour Minimum (8 Units) | $ 120.00 | 1.00 | $ 960.00 |
| Overtime after 8 hours (3.5 Hours) | $ 180.00 | 1.00 | $ 630.00 |
| Synch of Video and Transcript (9.87 Hours) | $ 150.00 | 1.00 | $ 1,480.50 |
| Before 9 am After 5 pm (1.87 Hours) | $ 40.00 | 1.00 | $ 74.80 |
| Video File - digital upload | $ 15.00 | 1.00 | $ 15.00 |
| | | | $ 5,269.40 |

Amount Due: $ 5,269.40
Paid: $ 0.00

| Balance Due: | $ 5,269.40 |
|---|---|
| Payment Due: | 10/25/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California, a GPS partr**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4350*

| Date | Terms |
|---|---|
| 09/30/2019 | Net 30 |

**Job #2227 on 05/31/2019**

**Case:** Food & Water Watch v. EPA

**Shipped On:** 06/13/2019
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of Bill Hirzy** | | | |
| Original Transcript - Out of Area (353 Pages) | $ 4.25 | 1.00 | $ 1,500.25 |
| Expert/Technical/Video (353 Pages) | $ 0.30 | 1.00 | $ 105.90 |
| Exhibits - Black & White (309 Pages) | $ 0.45 | 1.00 | $ 139.05 |
| Additional Video Recording After 2 Hour Minimum (8 Units) | $ 120.00 | 1.00 | $ 960.00 |
| Overtime after 5:00 pm; before 8:00 am; weekends (3 Hours) | $ 180.00 | 1.00 | $ 540.00 |
| | | | $ 3,245.20 |

Amount Due:    $ 3,245.20
Paid:    $ 0.00

| Balance Due: | $ 3,245.20 |
|---|---|
| Payment Due: | 11/01/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California, a GPS partr**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

## *Invoice #4352*

| Date | Terms |
|------|-------|
| 09/30/2019 | Net 30 |

### **PAST DUE**

**Job #2228 on 05/29/2019**

**Case:** Food & Water Watch v. EPA

**Shipped On:** 06/14/2019
**Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Robert Carton** | | | |
| Original Transcript - Out of Area (282 Pages) | $ 4.25 | 1.00 | $ 1,198.50 |
| Expert/Technical/Video (282 Pages) | $ 0.30 | 1.00 | $ 84.60 |
| Exhibits - Black & White (273 Pages) | $ 0.45 | 1.00 | $ 122.85 |
| Conference Room | $ 350.00 | 1.00 | $ 350.00 |
| Additional Video Recording After 2 Hour Minimum (8 Units) | $ 120.00 | 1.00 | $ 960.00 |
| | | | **$ 2,715.95** |

| | |
|---|---|
| Amount Due: | $ 2,715.95 |
| Paid: | $ 0.00 |

| Balance Due: | $ 2,715.95 |
|--------------|-----------|
| Payment Due: | 10/25/2019 |

*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*
*Thank you for your business!*

Tax ID: 47-5053794

**Asbestos Reporters of California, a GPS partr**
7083 Hollywood Blvd. #538
Los Angeles, CA 90028
Phone: 888-779-9974



Michael Connett
Waters Kraus & Paul - LOS ANGELES
222 Pacific Coast Highway
Suite 1900
El Segundo, CA 90045

*Invoice #4348*

| Date | Terms |
|------|-------|
| 09/30/2019 | Net 30 |

**Job #2226 on 05/17/2019**

**Case:** Food & Water Watch v. EPA      **Shipped On:** 05/31/2019
                                          **Shipped Via:** E-Delivery

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of Kristina Thayer** | | | |
| Original Transcript - Out of Area (311 Pages) | $ 4.25 | 1.00 | $ 1,321.75 |
| Expert/Technical/Video (311 Pages) | $ 0.30 | 1.00 | $ 93.30 |
| Exhibits - Black & White (430 Pages) | $ 0.45 | 1.00 | $ 193.50 |
| | | | $ 1,608.55 |

Amount Due: $ 1,608.55
Paid: $ 0.00

| Balance Due: | $ 1,608.55 |
|--------------|------------|
| Payment Due: | 11/01/2019 |

*Thank you for your business!*
*Please note our new mailing address as of March 1st, 2019:*

*Asbestos Reporters*
*7083 Hollywood Blvd. #538*
*Los Angeles, CA 90028*
*888-779-9974*

Tax ID: 47-5053794

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

## CAPITAL
### REPORTING COMPANY®

| | | | |
|---|---|---|---|
| **Bill To:** | Michael Connett<br>Waters Kraus & Paul<br>222 N Pacific Coast Highway<br>Ste 1900<br>El Segundo, CA, 90245 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS3971071<br>10/2/2019<br>$2,214.24 |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., et al. v. United States Environmental Protection Agency |
| **Job #:** | 3524414 \| Job Date: 9/25/2019 \| Delivery: Expedited |
| **Case #:** | 317CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | YOM Court Reporting |
| | 1313 East Maple Street \| Cascade Conference Room<br>Bellingham, WA 98225 |
| **Sched Atty:** | Brandon Adkins \| Environment & Natural Resources Division<br>(ENRD), Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 311.00 | $5.53 | $1,719.83 |
| | Exhibits - Color | Per Page | 89.00 | $2.00 | $178.00 |
| | Exhibits | Per Page | 2.00 | $0.65 | $1.30 |
| **Bruce Lanphear** | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,018.13 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $196.11 |
| | **Balance Due:** | $2,214.24 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

**THIS INVOICE IS 189 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
**www.capitalreportingcompany.com**

Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3971071 |
| **Job #:** | 3524414 |
| **Invoice Date:** | 10/2/2019 |
| **Balance:** | $2,214.24 |

58620

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

## CAPITAL
### REPORTING COMPANY®

| | | | |
|---|---|---|---|
| **Bill To:** | Michael Connett<br>Waters Kraus & Paul<br>222 N Pacific Coast Highway<br>Ste 1900<br>El Segundo, CA, 90245 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS3970708<br>10/3/2019<br>$1,175.35 |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency |
| **Job #:** | 3560042 | Job Date: 9/24/2019 | Delivery: Normal |
| **Case #:** | 317CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | U.S. Attorney's Office |
| | 700 Stewart Street<br>Seattle, WA 98101 |
| **Sched Atty:** | Brandon Adkins | Environment & Natural Resources Division (ENRD), Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Howard Hu | Certified Transcript | Page | 265.00 | $3.25 | $861.25 |
| | Exhibits - Color | Per Page | 68.00 | $2.00 | $136.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,071.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $104.10 |
| | **Balance Due:** | $1,175.35 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

## THIS INVOICE IS 188 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.capitalreportingcompany.com**

58620    Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS3970708 |
|---|---|
| **Job #:** | 3560042 |
| **Invoice Date:** | 10/3/2019 |
| **Balance:** | $1,175.35 |

Page 21 of 39

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

**CAPITAL**
REPORTING COMPANY®

| | | | |
|---|---|---|---|
| **Bill To:** | Michael Connett<br>Waters Kraus & Paul<br>222 N Pacific Coast Highway<br>Ste 1900<br>El Segundo, CA, 90245 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS4073524<br>12/9/2019<br>$1,466.27 |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency |
| **Job #:** | 3502746 | Job Date: 9/4/2019 | Delivery: Normal |
| **Case #:** | 17CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | Water Kraus & Paul |
| | 222 N. Pacific Coast Highway | Suite 1900<br>El Segundo, CA 90245 |
| **Sched Atty:** | John Do | Environment & Natural Resources Division (ENRD),<br>Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 338.00 | $3.25 | $1,098.50 |
| | Exhibits - Color | Per Page | 71.00 | $2.00 | $142.00 |
| | Exhibits | Per Page | 31.00 | $0.65 | $20.15 |
| Jaqueline Calderon | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,379.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $86.62 |
| | **Balance Due:** | $1,466.27 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

**THIS INVOICE IS 121 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.capitalreportingcompany.com**

Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS4073524 |
|---|---|
| Job #: | 3502746 |
| Invoice Date: | 12/9/2019 |
| Balance: | $1,466.27 |

58620

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

**CAPITAL**
REPORTING COMPANY ®

| | | | |
|---|---|---|---|
| **Bill To:** | Michael Connett | **Invoice #:** | CS4300566 |
| | Waters Kraus & Paul | **Invoice Date:** | 4/28/2020 |
| | 222 N Pacific Coast Highway | **Balance Due:** | $4,063.35 |
| | Ste 1900 | | |
| | El Segundo, CA, 90245 | | |

| | |
|---|---|
| **Case:** | Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency |
| **Job #:** | 4079578 | Job Date: 4/23/2020 | Delivery: Normal |
| **Case #:** | 317CV02162EMC |
| **Billing Atty:** | Michael Connett |
| **Location:** | |
| | Via Veritext Virtual |
| | Washington, DC 20006 |
| **Sched Atty:** | Simi Bhat | Environment & Natural Resources Division (ENRD) Environmental Defense |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 194.00 | $3.50 | $679.00 |
| | Exhibits - Color | Per Page | 1241.00 | $2.25 | $2,792.25 |
| Kathleen M. Thiessen | Exhibits | Per Page | 627.00 | $0.65 | $407.55 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 | $48.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $48.50 | $48.50 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $4,003.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $60.05 |
| | **Balance Due:** | $4,063.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

## THIS INVOICE IS 44 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.capitalreportingcompany.com**

Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Capital Reporting Company**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS4300566 |
|---|---|
| **Job #:** | 4079578 |
| **Invoice Date:** | 4/28/2020 |
| **Balance:** | $4,063.35 |

58620

Page 23 of 39



Michael P. Connett
Waters Kraus & Paul - El Segundo
222 N Pacific Coast Highway,
Suite 1900
El Segundo, CA 90245

*Invoice #759655*

| Date | Terms |
|------|-------|
| 04/10/2023 | Due on receipt |

**Job #442254 on 03/24/2023**

**Firm Case#:** 18-0674
**Case:** FOOD & WATER WATCH, et al., vs. U.S.
ENVIRONMENTAL PROTECTION AGENCY, et
al.
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Christine Wood** | | |
| Original Transcript (379 Pages) | $ 4.00 | $ 1,516.00 |
| Video testimony (379 Pages) | $ 0.30 | $ 113.70 |
| | | $ 1,629.70 |

Amount Due: $ 1,629.70
Paid: $ 1,629.70

| | |
|---|---|
| **Balance Due:** | $ 0.00 |
| **Payment Due:** | **Upon Receipt** |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**



Michael P. Connett
Waters Kraus & Paul - El Segundo
222 N Pacific Coast Highway,
Suite 1900
El Segundo, CA 90245

### *Invoice #759849*

| Date | Terms |
|---|---|
| 04/12/2023 | Due on receipt |

| Job #442254 on 03/24/2023 |
|---|

**Firm Case#:** 18-0674
**Case:** FOOD & WATER WATCH, et al., vs. U.S.
ENVIRONMENTAL PROTECTION AGENCY, et
al.
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|---|---|---|
| **Christine Wood** | | |
| Videographer Hours (8 Units) | $ 175.00 | $ 1,400.00 |
| | | $ 1,400.00 |

| | |
|---|---|
| Amount Due: | $ 1,400.00 |
| Paid: | $ 1,400.00 |

*This Invoice reflects charges for the Video services provided for the witness listed above.*

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**



Michael P. Connett
Waters Kraus & Paul - El Segundo
222 N Pacific Coast Highway,
Suite 1900
El Segundo, CA 90245

## *Invoice #761050*

| Date | Terms |
|------|-------|
| 04/28/2023 | Due on receipt |

**Job #442249 on 03/31/2023**

**Firm Case#:** 18-0674
**Case:** FOOD & WATER WATCH, et al., vs. U.S.
ENVIRONMENTAL PROTECTION AGENCY, et
al.
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Jayanth Kumar** | | |
| Original Transcript (518 Pages) | $ 4.00 | $ 2,072.00 |
| Video testimony (518 Pages) | $ 0.30 | $ 155.40 |
| | | $ 2,227.40 |

| | |
|---|---|
| Amount Due: | $ 2,227.40 |
| Paid: | $ 2,227.40 |

| | |
|---|---|
| Balance Due: | $ 0.00 |
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**



Michael P. Connett
Waters Kraus & Paul - El Segundo
222 N Pacific Coast Highway,
Suite 1900
El Segundo, CA 90245

### *Invoice #761053*

| Date | Terms |
|------|-------|
| 04/28/2023 | Due on receipt |

| Job #442249 on 03/31/2023 |
|---|

**Firm Case#:** 18-0674
**Case:** FOOD & WATER WATCH, et al., vs. U.S.
ENVIRONMENTAL PROTECTION AGENCY, et
al.
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|---|---|---|
| **Jayanth Kumar** | | |
| Videographer Hours (10 Units) | $ 175.00 | $ 1,750.00 |
| | | $ 1,750.00 |

| | |
|---|---|
| Amount Due: | $ 1,750.00 |
| Paid: | $ 1,750.00 |

*This Invoice reflects charges for the Video services provided for the witness listed above.*

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**



Michael P. Connett
Waters Kraus & Paul - El Segundo
222 N Pacific Coast Highway,
Suite 1900
El Segundo, CA 90245

### *Invoice #767207*

| Date | Terms |
|------|-------|
| 08/08/2023 | Due on receipt |

**Job #447843 on 07/24/2023**

**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Stanley Barone - Environmental Protection Agency PMK** | | |
| Original Transcript (413 Pages) | $ 4.00 | $ 1,652.00 |
| Video testimony (413 Pages) | $ 0.30 | $ 123.90 |
| Rough Draft (413 Pages) | $ 1.00 | $ 413.00 |
| | | $ 2,188.90 |

Amount Due: $ 2,188.90
Paid: $ 0.00

| Balance Due: | $ 2,188.90 |
|--------------|------------|
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**



Michael P. Connett
Waters Kraus & Paul - El Segundo
222 N Pacific Coast Highway,
Suite 1900
El Segundo, CA 90245

### *Invoice #767243*

| Date | Terms |
|------|-------|
| 08/09/2023 | Due on receipt |

**Job #447843 on 07/24/2023**

**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Stanley Barone - Environmental Protection Agency PMK** Videographer Hours (10.5 Units) | $ 175.00 | $ 1,837.50 |
| | | $ 1,837.50 |

Amount Due: $ 1,837.50
Paid: $ 0.00

*This Invoice reflects charges for the Video services provided for the witness listed above.*

| Balance Due: | $ 1,837.50 |
|--------------|-----------|
| Payment Due: | Upon Receipt |

We value you as a Partner and appreciate your business.

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advanceone.com**

# Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



| Bill To: | Michael Connett | | |
| | Waters Kraus & Paul | **Invoice #:** | **6891580** |
| | 11601 Wilshire Blvd. | **Invoice Date:** | **10/12/2023** |
| | Suite 1900 | **Balance Due:** | **$0.00** |
| | Los Angeles, CA, 90025 | | |

| **Case: Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency (317CV02162EMC)** | **Proceeding Type: Depositions** |

Job #: 6111407  |  Job Date: 9/21/2023  |  Delivery: Normal

Location:        Knoxville, TN

Billing Atty:    Michael Connett

Scheduling Atty: Brandon Adkins | Environment & Natural Resources
                 Division (ENRD) Environmental Defense

| **Witness: Kathleen M. Thiessen , M.D.** | **Amount** |
| --- | --- |
| Transcript Services | $1,526.80 |
| Exhibits | $673.40 |
| Logistics, Processing & Electronic Files | $176.00 |

| Notes: | **Invoice Total:** | **$2,376.20** |
| | **Payment:** | **($2,376.20)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

---

**Remit to:**
Capital Reporting Company
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-0203552

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Capital Reporting Company
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 2049351 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card:
www.capitalreportingcompany.com

**Invoice #:  6891580**
**Invoice Date:  10/12/2023**
**Balance Due:  $0.00**

58620

# Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



| | | |
|---|---|---|
| Bill To: Michael Connett | **Invoice #:** | **6942892** |
| Waters Kraus & Paul | **Invoice Date:** | **10/31/2023** |
| 11601 Wilshire Blvd. | **Balance Due:** | **$0.00** |
| Suite 1900 | | |
| Los Angeles, CA, 90025 | | |

| | |
|---|---|
| **Case: Food & Water Watch, Et Al. v. United States Environmental Protection Agency, Et Al (3:17cv02162EMC)** | **Proceeding Type: Depositions** |

Job #: 6131683    |    Job Date: 10/16/2023    |    Delivery: Normal

Location:          Boston, MA

Billing Atty:       Michael Connett

Scheduling Atty:   Paul Caintic | Environment & Natural Resources Division
                  (ENRD) Environmental Defense

| Witness: Philippe Grandjean | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 377.00 | $3.75 | $1,413.75 |
| Transcript - Supplemental Surcharges* | 377.00 | $1.30 | $490.10 |
| Exhibits | 1322.00 | $0.65 | $859.30 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes:    *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | **Invoice Total:** | **$2,884.15** |
|---|---|---|
| | **Payment:** | **($2,884.15)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  6942892** |
| Capital Reporting Company | **A/C Name:**Capital Reporting Company | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   10/31/2023** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-0203552 | **Account No:**2049351 **ABA:**071000288 | **Balance Due:  $0.00** |
| | **Swift:** HATRUS44 | |

Pay by Credit Card:
www.capitalreportingcompany.com

Page 31 of 39

58620

# Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



| Bill To: | Michael Connett | | |
|---|---|---|---|
| | Waters Kraus & Paul | **Invoice #:** | **6944680** |
| | 222 N. Sepulveda Blvd | **Invoice Date:** | **11/6/2023** |
| | Suite 1900 | **Balance Due:** | **$0.00** |
| | El Segundo, CA, 90245 | | |

| **Case: Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency (317CV02162EMC)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6130741    |    Job Date: 10/13/2023    |    Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Michael Connett |
| Scheduling Atty: | Paul Caintic | Environment & Natural Resources Division (ENRD) Environmental Defense |

| **Witness: Howard Hu** | **Amount** |
|---|---|
| Transcript Services | $1,200.50 |
| Exhibits | $52.00 |
| Logistics, Processing & Electronic Files | $176.00 |

| Notes: | **Invoice Total:** | **$1,428.50** |
|---|---|---|
| | **Payment:** | **($1,428.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Capital Reporting Company | **A/C Name:**Capital Reporting Company | **Invoice #:  6944680** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Invoice Date:   11/6/2023** |
| Fed. Tax ID: 20-0203552 | **Account No:**2049351 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card:
www.capitalreportingcompany.com

58620

# Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



| Bill To: | Michael Connett |
|---|---|
| | Waters Kraus & Paul |
| | 222 N. Sepulveda Blvd |
| | Suite 1900 |
| | El Segundo, CA, 90245 |

| | |
|---|---|
| Invoice #: | 6975200 |
| Invoice Date: | 11/14/2023 |
| Balance Due: | $0.00 |

**Case: Food & Water Watch, Inc., Et Al. v. United States Environmental Protection Agency (317CV02162EMC)**  **Proceeding Type: Depositions**

Job #: 6144588  |  Job Date: 10/18/2023  |  Delivery: Normal

Location: Bellingham, WA

Billing Atty: Michael Connett

Scheduling Atty: Brandon Adkins | Environment & Natural Resources
Division (ENRD) Environmental Defense

| Witness: Bruce Lanphear | Amount |
|---|---|
| Transcript Services | $1,267.20 |
| Exhibits | $26.00 |
| Logistics, Processing & Electronic Files | $176.00 |

| Notes: | Invoice Total: | $1,469.20 |
|---|---|---|
| | Payment: | ($1,469.20) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

---

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Capital Reporting Company | A/C Name:Capital Reporting Company | Invoice #: 6975200 |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Invoice Date: 11/14/2023 |
| Chicago IL 60694-1303 | Bank Addr:311 W. Monroe Chicago, IL 60606 | Balance Due: $0.00 |
| Fed. Tax ID: 20-0203552 | Account No:2049351 ABA:071000288 | |
| | Swift: HATRUS44 | |

Pay by Credit Card:
www.capitalreportingcompany.com

58620



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

## *Invoice #772747*

| Date | Terms |
|------|-------|
| 11/28/2023 | Due on receipt |

**Job #450304 on 11/03/2023**

**Affiliate Job#:** 2023-914659
**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of David Savitz** | | |
| Original Transcript (496 Pages) | $ 4.00 | $ 1,984.00 |
| Video testimony (496 Pages) | $ 0.30 | $ 148.80 |
| Rough Draft (496 Pages) | $ 1.00 | $ 496.00 |
| | | $ 2,628.80 |

| | |
|---|---|
| Amount Due: | $ 2,628.80 |
| Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 2,628.80 |
| Payment Due: | Upon Receipt |

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

## *Invoice #772741*

| Date | Terms |
|------|-------|
| 11/28/2023 | Due on receipt |

| Job #450304 on 11/03/2023 | |
|---|---|

**Affiliate Job#:** 2023-914659
**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|---|---|---|
| **David Savitz** | | |
| Videographer Hours (11 Units) | $ 175.00 | $ 1,925.00 |
| | | $ 1,925.00 |

| | |
|---|---|
| Amount Due: | $ 1,925.00 |
| Paid: | $ 0.00 |

*This Invoice reflects charges for the Video services provided for the witness listed above.*

| Balance Due: | $ 1,925.00 |
|---|---|
| Payment Due: | Upon Receipt |

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
888-656-3376 or email billingcentral@advancedone.com



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

## *Invoice #772080*

| Date | Terms |
|------|-------|
| 11/13/2023 | Due on receipt |

| Job #449884 on 10/30/2023 |
|---|

**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Stanley Barone, Jr. - Stanley Barone 30b6** | | |
| Original Transcript (456 Pages) | $ 4.00 | $ 1,824.00 |
| Video testimony (456 Pages) | $ 0.30 | $ 136.80 |
| | | $ 1,960.80 |

| | |
|---|---|
| Amount Due: | $ 1,960.80 |
| Paid: | $ 1,960.80 |

| | |
|---|---|
| Balance Due: | $ 0.00 |
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

## *Invoice #772079*

| Date | Terms |
|------|-------|
| 11/13/2023 | Due on receipt |

**Job #449884 on 10/30/2023**

**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Stanley Barone, Jr. - Stanley Barone 30b6** | | |
| Videographer Hours (9 Units) | $ 175.00 | $ 1,575.00 |
| Equipment/Laptop Rental | $ 150.00 | $ 150.00 |
| | | $ 1,725.00 |

Amount Due: $ 1,725.00
Paid: $ 1,725.00

*This Invoice reflects charges for the Video services provided for the witness listed above.*

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | **Upon Receipt** |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

*Invoice #773529*

| Date | Terms |
|---|---|
| 12/13/2023 | Due on receipt |

**Job #450418 on 11/15/2023**

Firm Case#: 18-0674
Case: Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
Case#: 17-CV-02162-EMC

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Dr. Jesus Ibarluzea** | | |
| Original Transcript (484 Pages) | $ 4.00 | $ 1,936.00 |
| Video testimony (484 Pages) | $ 0.30 | $ 145.20 |
| | | **$ 2,081.20** |

| | Amount Due: | $ 2,081.20 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 2,081.20 |
|---|---|
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

*Invoice #773531*

| Date | Terms |
|------|-------|
| 12/13/2023 | Due on receipt |

| Job #450418 on 11/15/2023 | | |
|---|---|---|

**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|---|---|---|
| **Dr. Jesus Ibarluzea** | | |
| Videographer Hours (10.5 Units) | $ 175.00 | $ 1,837.50 |
| | | $ 1,837.50 |

| | Amount Due: | $ 1,837.50 |
|---|---|---|
| | Paid: | $ 0.00 |

*This Invoice reflects charges for the Video services provided for the witness listed above.*

| Balance Due: | $ 1,837.50 |
|---|---|
| Payment Due: | Upon Receipt |

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**

**Quick and Easy Online Payment option: https://lexitaslegal.com/bill-pay**

# **Exhibit D**
# **Deposition Exhibits**



**May 12, 2019 19:00**                     **Page: 1**
**Receipt #: 1815563330**
**MasterCard #: XXXXXXXXXXXX2527**
**2019/05/12 18:51**

| Qty | Description | Amount |
|-----|-------------|--------|
| 5 | PC Basic Station Time/Minute | 1.95 |
| 24 | Computer B&W Prints Letter/Legal | 14.16 |
| 15 | Computer B&W Prints Letter/Legal | 8.85 |
| 3 | Computer B&W Prints Letter/Legal | 1.77 |
| 15 | Computer B&W Prints Letter/Legal | 8.85 |
| 21 | Computer B&W Prints Letter/Legal | 12.39 |
| 87 | Computer B&W Prints Letter/Legal | 51.33 |

|  | SubTotal | 99.30 |
|--|----------|-------|
|  | Taxes | 5.96 |
|  | Total | 105.26 |

**The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**2020 K ST NW**
**WASHINGTON,DC 20006**
**(202) 331-9572**
**www.FedExOffice.com**

**Tell us how we're doing and receive**
**10% off your next $25 print order**
**at fedex.com/welisten or 1-800-398-0242**
**Offer Code:_____ Offer expires 06/30/19**

**Get your message out in a big way with**
**everything from full-color banners to**
**photo-quality posters, yard signs,**
**auto magnets and more.**

**Please Recycle This Receipt**



**May 12, 2019 19:00**                    **Page: 1**
**Receipt #: 1815563332**
**MasterCard #: XXXXXXXXXXXX2527**
**2019/05/12 18:56**

| Qty | Description | Amount |
|-----|-------------|--------|
| 4 | PC Basic Station Time/Minute | 1.56 |
| 90 | Computer B&W Prints Letter/Legal | 53.10 |

| | | |
|--|--|--|
| SubTotal | | 54.66 |
| Taxes | | 3.28 |
| Total | | 57.94 |

**The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**2020 K ST NW**
**WASHINGTON,DC 20006**
**(202) 331-9572**
**www.FedExOffice.com**

**Tell us how we're doing and receive**
**10% off your next $25 print order**
**at fedex.com/welisten or 1-800-398-0242**
**Offer Code:_____ Offer expires 06/30/19**

**Get your message out in a big way with**
**everything from full-color banners to**
**photo-quality posters, yard signs,**
**auto magnets and more.**

**Please Recycle This Receipt**

# STAPLES
### Make More Happen™

Low prices.  Every item.  Every day.

Store No: 0612

3701 Vestal Parkway East

Vestal, NY 13850

607-797-2524


262626 00 026 33344

Receipt #: 33344        05/28/2019 11:11

---

| Qty | Description | Amount |
|-----|-------------|--------|
| 257 | BW Print - 233568 | 28.27 |
| 22 | Staple - 233592 | 0.44 |
| 143 | Punching - 2502638 | 1.43 |
| 143 | 28lb Paper - 24345900 | 1.43 |
| 2 | Color Print - 233591 | 0.98 |

| | SubTotal | 32.55 |
|--|----------|-------|
| | Taxes | 2.60 |
| | Total | USD $35.15 |

MasterCard #:************2527 [C]

MasterCard

Chip Read

Auth No.: 00762C

Mode: Issuer

AID: A0000000041010

NO CVM

The Cardholder agrees to pay the Issuer of
the charge card in accordance with the
agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!



06120528193334426

# A FRESH PERSPECTIVE.

Brighten up your marketing materials with help from Staples® Print & Marketing Services.

Help us improve your Self-Serve experience by taking a quick 60-second survey!

Visit bit.ly/StaplesSelfServe

## 20% BACK
### in rewards on color printing.

During in-store checkout,
provide associate with your rewards number
and coupon code 73323.

Offer valid through 6/22/19. Exclusions apply. In store only. See staples.com/20back or a Print & Marketing Services associate for details.    STAPLES®

## 40% OFF
### select custom photo gifts.

Coupon code 21931

Offer valid through 6/22/19. Exclusions apply. In store only.    STAPLES®



**May 30, 2019 09:53**                    **Page: 1**
**Receipt #: 2556100103**
**MasterCard #: XXXXXXXXXXXX2527**
**2019/05/30 09:41**

| Qty | Description | Amount |
|-----|-------------|--------|
| 3 | PC Basic Station Time/Minute | 1.17 |
| 54 | Computer B&W Prints Letter/Legal | 31.86 |
| 6 | Computer B&W Prints Letter/Legal | 3.54 |
| 6 | Computer B&W Prints Letter/Legal | 3.54 |
| 84 | Computer B&W Prints Letter/Legal | 49.56 |

| | | |
|-----|-------------|--------|
| | SubTotal | 89.67 |
| | Taxes | 7.18 |
| | Total | 96.85 |

**The Cardholder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**279 Troy Rd
Rensselaer,NY 12144
518-268-2671
www.FedExOffice.com**

**Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



**May 30, 2019 09:53**                    **Page: 1**
**Receipt #: 2556100104**
**MasterCard #: XXXXXXXXXXX2527**
**2019/05/30 09:44**

| Qty | Description | Amount |
|-----|-------------|--------|
| 4 | PC Basic Station Time/Minute | 1.56 |
| 6 | Computer B&W Prints Letter/Legal | 3.54 |
| 3 | Computer B&W Prints Letter/Legal | 1.77 |
| 3 | Computer B&W Prints Letter/Legal | 1.77 |
| 12 | Computer B&W Prints Letter/Legal | 7.08 |
| 30 | Computer B&W Prints Letter/Legal | 17.70 |
| 12 | Computer B&W Prints Letter/Legal | 7.08 |
| 54 | Computer B&W Prints Letter/Legal | 31.86 |

|  | SubTotal | 72.36 |
|--|----------|-------|
|  | Taxes | 5.78 |
|  | Total | 78.14 |

**The Cardholder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**279 Troy Rd
Rensselaer,NY 12144
518-268-2671
www.FedExOffice.com**

**Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



**May 30, 2019 09:53**                      **Page: 1**
**Receipt #: 2556100105**
**MasterCard #: XXXXXXXXXXXX2527**
**2019/05/30 09:48**

| Qty | Description | Amount |
|---|---|---|
| 5 | PC Basic Station Time/Minute | 1.95 |
| 6 | Computer B&W Prints Letter/Legal | 3.54 |
| 6 | Computer B&W Prints Letter/Legal | 3.54 |

|  | SubTotal | 9.03 |
|---|---|---|
|  | Taxes | 0.72 |
|  | Total | 9.75 |

**The Cardholder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**279 Troy Rd**
**Rensselaer,NY 12144**
**518-268-2671**
**www.FedExOffice.com**

**Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



Minuteman Press of Exeter
1 Portsmouth Ave, Unit #5
Stratham, NH 03885

Ph: 603-418-7510  /  Fx: 603-418-7558

Web: www.exeter-nh.minutemanpress.com
E-mail: exeternh@minutemanpress.com

| | |
|---|---|
| Invoice Number | 2521 |
| Invoice Date | 3/20/2023 |

## INVOICE

| Bill to: | Waters Kraus & Paul | Ship to: | Waters Kraus & Paul |
|---|---|---|---|
| | Phone: 802-355-0999 | | Phone: 802-355-0999 |
| | Email: mconnett@waterskraus.com | | Email: mconnett@waterskraus.com |

| | |
|---|---|
| 964 EMAIL 4 - B&W Double Sided Copies - Stapled - 3 Hole Punch  (Job 7292) | $192.20 |

| | |
|---|---|
| Invoice Subtotal: | $192.20 |
| Invoice Total: | $192.20 |
| **Balance Due:** | **$192.20** |

### Click or Scan the QR Code
### to Pay Online



2.0000% interest per month on past-due invoices.

Thank you for your order.  We appreciate your business.



# Minuteman Press®

**DESIGN, PRINT & PROMOTE...YOU!**

Minuteman Press of Exeter
1 Portsmouth Ave, Unit #5
Stratham, NH 03885

Ph: 603-418-7510 / Fx: 603-418-7558

Web: www.exeter-nh.minutemanpress.com
E-mail: exeternh@minutemanpress.com

MINUTEMAN PRESS EXETER
1 PORTSMOUTH AVE UNIT 5
STRATHAM, NH 03885
(603)418-7510

## SALE

Store: 0210
        REF#: 00000002
Batch #: 299   RRN: 320018834605
07/19/23              14:01:58
Invoice #: 2918
Trans ID: 008426024708066
Ship-to /Postal/Zip: 03885
APPR CODE: 861782
AMEX                    Chip
***********2749          **/**

**AMOUNT       $409.00**

     APPROVED

AMERICAN EXPRESS
AID: A000000025010801
TVR: 00 00 00 80 00
TSI: E8 00

   CUSTOMER COPY

## INVOICE

Invoice Number          2918
Invoice Date          7/19/2023

Ship to:   Michael Connett
           Michael Connett

)99                 Phone: 802-355-0999
waterskraus.com     Email: mconnett@waterskraus.com

| | |
|---|---:|
| tematic Review of HBCD_wo appendices  (Job 8108) | $124.00 |
| _wo appendices  (Job 8109) | $87.00 |
| appendices  (Job 8110) | $136.00 |
| r Review of EPA  (Job 8111) | $33.00 |
| 3 Copies of 2022_06_Revised HBCD  (Job 8112) | $12.00 |
| 3 Copies of 2022_12_Revised PCE  (Job 8113) | $17.00 |

| | |
|---|---:|
| Invoice Subtotal: | $409.00 |
| Invoice Total: | $409.00 |
| **Balance Due:** | **$409.00** |

## Click or Scan the QR Code
## to Pay Online



Salesperson: Josh Coryea

**Thank you for your order.  We appreciate your business.**

<u>2.0000% interest per month on past-due invoices.</u>

# Minuteman Press®

**WE DESIGN, PRINT & PROMOTE...YOU!**

Minuteman Press of Exeter
1 Portsmouth Ave, Unit #5
Stratham, NH 03885

Ph: 603-418-7510 / Fx: 603-418-7558

Web: www.exeter-nh.minutemanpress.com
E-mail: exeternh@minutemanpress.com

| | |
|---|---|
| Invoice Number | 2927 |
| Invoice Date | 7/21/2023 |

## INVOICE

**Bill to:**
Michael Connett

Phone: 802-355-0999
Email: mconnett@waterskraus.com

**Ship to:**
Michael Connett
Michael Connett

Phone: 802-355-0999
Email: mconnett@waterskraus.com

| | |
|---|---|
| 3 Copies of Intraspecies Uncertainty Factor SINGLE SIDED  (Job 8137) | $25.00 |
| 3 Copies of 2014_EPA Guidance on UFs DOUBLE SIDED  (Job 8138) | $61.00 |
| 3 Copies of BP Excerpt DOUBLE SIDED  (Job 8143) | $80.00 |
| 3 Copies of 2022_08_Revised V29 DOUBLE SIDED  (Job 8144) | $12.00 |

| | |
|---|---|
| Invoice Subtotal: | $178.00 |
| Invoice Total: | $178.00 |
| **Balance Due:** | **$178.00** |

**Click or Scan the QR Code to Pay Online**



Thank you for your order.  We appreciate your business.

2.0000% interest per month on past-due invoices.

# **<u>Exhibit E</u>**
# **Trial Exhibits**

**J Standards Media**
1906 15th St.
San Francisco, CA 94114
(415) 730-2306
jstandards@yahoo.com

# INVOICE

INVOICE #2067
DATE: JAN. 5, 2024

**TO:**
Michael Connett, Esq
Waters Kraus & Paul
11601 Wilshire Blvd
Los Angeles, CA 90025

**FOR:**
FWW v EPA Trial

| DESCRIPTION | AMOUNT |
|---|---|
| 1/4/2024 Printing and delivery of trial exhibits (1,903 pages) | $746.67 |
| TOTAL | $746.67 |

**Make checks payable to Jay Sanders.**
**Payment is due upon receipt.**
**If you have any questions concerning this invoice, contact Jay (415) 730-2306 or jstandards@yahoo.com**

**Thank you for your business!**

# **Exhibit F**
# **Visual Aids**

2222 Foothill Blvd.
Suite E136
La Cañada CA 91011
Fed Tax ID 26-2442594
FCC Call Sign WQNZ285
Contact: Dan McCOY 818-326-2892

# ToneMesa Inc.

# Invoice

| Bill To: | | | |
|---|---|---|---|
| MOMS AGAINST FLOURIDATION | | Invoice No: | 062120MAF&WK |
| momsagainstfluoridation@gmail.com, | | Date: | 06/25/2020 |
| mconnett@waterskraus.com | | Terms: | NET 7 |
| ZOOM TRIAL TECH CONSULTING & RENTALS | | Due Date: | 07/02/2020 |
| 5/20 - 6/17 | | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Zoom Tech Consulting & Design Hours | 32 | $50.00 | $1,600.00 |
| FEDEX SHIPPING ZOOM KITS TO B.L./H.H./K.T. | 1 | $175.00 | $175.00 |
| 4x ZOOM TRIAL KITS $300/week rental 5/21-6/17 | 4 | $300.00 | $1,200.00 |
| 1x AT2020+ | | | |
| 1x Stand | | | |
| 1x USB 6' | | | |
| 1x IKAN LED LIGHT | | | |
| 1x 50' CAT6e Ethernet cable | | | |
| Rental for the LOGITECH 4K HDR CAMERA for WatersKraus IMAC 3 weeks @$100/week | 3 | $100.00 | $300.00 |

## Payment Details

JPMorgan Chase Bank, N.A.

Account: 4922547702
Swift code: CHASUS33
Routing: 322271627

## Please make payment to:

Bank Account Number: 40630112006795868
Routing Number: 121000248

| | | |
|---|---|---|
| Subtotal | | $3,275.00 |
| TAX 0% | | $0.00 |
| Total | | $3,275.00 |
| PAID | | $0.00 |

| Balance Due | $3,275.00 |
|---|---|


    

1 / 2

**Super Deluxe, LLC**
15 Juno Dr
Asheville, NC  28806 US
seifertjj@gmail.com

# Invoice

BILL TO
**Michael Connett**
**Waters, Kraus, and Paul**

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| **WATERS20200624** | 06/24/2020 | **$2,175.00** | 07/01/2020 | **Due on receipt** | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **FILM PRODUCTION**<br>Consultation and set up of audio/visual for lawyers and experts for the "Food and Water Watch vs the EPA" Zoom Trial | 43.50 | 50.00 | 2,175.00 |

So great working with you all on this. It was a great success!!

**BALANCE DUE**     **$2,175.00**

M **Gmail**                                                                   **Michael Connett <mconnett@gmail.com>**

## Scarp Labs-- Invoice 1244 from Scrap Labs, Inc
1 message

**Moms Against Fluoridation** <momsagainstfluoridation@gmail.com>          Tue, Apr 16, 2024 at 1:07 PM
To: Michael Connett <mconnett@gmail.com>

---------- Forwarded message ---------
From: **Scrap Labs, Inc** <quickbooks@notification.intuit.com>
Date: Sat, Dec 23, 2023 at 4:56 PM
Subject: Invoice 1244 from Scrap Labs, Inc
To: <momsagainstfluoridation@gmail.com>

INVOICE 1244 DETAILS

## Scrap Labs, Inc

**DUE 12/23/2023**

# $573.75

Review and pay

Powered by QuickBooks

Dear Mom's Against Flouridation,

Here's your invoice! We appreciate your prompt payment.

Have a great day,
Scrap Labs, Inc

**Bill to**                                      Mom's Against Flouridation

**Terms**                                        Due on receipt

Case 3:17-cv-02162-EMC          Document 450-1          Filed 11/08/24

**Illustration/ graphic design**                                        $170.00

10/12 Sketches and Layouts prepped for Michael Connett's presentation

2 X $85.00


**Illustration/ graphic design**                                        $21.25

12/06 chatted with Michael

0.25 X $85.00


**Illustration/ graphic design**                                        $85.00

12/12 Met with Michael and took notes. Planned out presentation hierarchy

1 X $85.00


**Illustration/ graphic design**                                        $127.50

12/17 Phone meeting and updates to content. Layout started

1.50 X $85.00


**Illustration/ graphic design**                                        $170.00

12/22 Designs for presentation

2 X $85.00

---

Balance due          $573.75


Review and pay

---

Scrap Labs, Inc

5004 York Blvd Ste 201 Los Angeles, CA 90042 US

noah@scraplabs.net

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service

**Invoice_1244_from_Scrap_Labs_Inc.pdf**
27K

**Scrap Labs, Inc**
5004 York Blvd Ste 201
Los Angeles, CA  90042 US
noah@scraplabs.net



# INVOICE

**BILL TO**
Cici

**INVOICE #** 1227
**DATE** 07/31/2023
**DUE DATE** 07/31/2023
**TERMS** Due on receipt

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Illustration/ graphic design | 07/19 Created EPA research graphs for Michael Cannett's meeting with the EPA | 2.50 | 90.00 | 225.00 |
| Illustration/ graphic design | 07/20 One hour of screen sharing design collaboration. my very favorite way to work. | 1 | 90.00 | 90.00 |
| Illustration/ graphic design | 07/21 Created two new graphs with Michael's updated data | 1 | 90.00 | 90.00 |

**BALANCE DUE**                **$405.00**

# BRIAN BURROWES

## INVOICE

609 Galston Drive
Spicewood, TX., 78669
c. 512.468.3560

**DATE:**  02.08.2024
**INVOICE #:**  MOMFLUO02082024

**TO:**

### Moms Against Fluoridation

| DAYS | DESCRIPTION | RATE | AMOUNT |
|:---:|:---:|:---:|---:|
|  | Fluoride on Trial |  |  |
| 3 | **Creating visual slides for the court case against the EPA** | $750 | $2250.00 |
|  |  | **TOTAL** | $2250.00 |

 **Gmail**

Michael Connett <mconnett@gmail.com>

## Colby-----New invoice 1179 from West Ashe Creative Agency
1 message

**Moms Against Fluoridation** <momsagainstfluoridation@gmail.com>        Tue, Apr 16, 2024 at 1:05 PM
To: Michael Connett <mconnett@gmail.com>

*CiCi*

CiCi Reed (volunteer)
Executive Director, Moms Against Fluoridation

---------- Forwarded message ---------
From: **Moms Against Fluoridation** <momsagainstfluoridation@gmail.com>
Date: Sun, Feb 4, 2024 at 7:33 PM
Subject: New invoice 1179 from West Ashe Creative Agency
To: <colby@westashe.com>

Hello Colby!

Thank you so much for all the help in working with Michael. Have you been watching the trial? Thank you for sending this invoice, and I have a question about it. I tried to pay just now, but it does not give a Credit Card option and that is what I need.

*CiCi*

CiCi Reed (volunteer)
Executive Director, Moms Against Fluoridation

**Moms on Facebook**
**Moms Against Fluoridation**

> *"Never doubt that a small group of thoughtful and committed*
> *citizens can change the world;*
> *it's the only thing that ever has."*
> *Margaret Mead*

---------- Forwarded message ---------
From: **Michael Connett** <mconnett@waterskraus.com>
Date: Sun, Feb 4, 2024 at 12:12 PM
Subject: FW: New invoice 1179 from West Ashe Creative Agency
To: Moms Against Fluoridation <momsagainstfluoridation@gmail.com>

Hi CiCi – Here's the invoice from Colby.

**PLEASE NOTE NEW ADDRESS FOR THE LOS ANGELES OFFICE**



**Michael Connett | Partner**
11601 Wilshire Boulevard, Suite 1900 | Los Angeles, CA 90025

Toll Free 800-226-9880  |  Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com  |  www.waterskrauspaul.com

**From:** West Ashe Creative Agency <quickbooks@notification.intuit.com>
**Date:** Sunday, February 4, 2024 at 9:11 AM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** colby@westashe.com <colby@westashe.com>
**Subject:** New invoice 1179 from West Ashe Creative Agency

> [CAUTION]: External Email



# Your invoice is ready!

Total $3,400.00

BALANCE DUE **$3,400.00**

Dear Michael Connett,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
West Ashe Creative Agency

Pay invoice



This invoice includes hours spent on the project and the 2x hourly rate for working Sunday, as discussed. Feel free to send a check or bank transfer, whatever is easiest for you.

**West Ashe Creative Agency**

78 Buena Vista Dr
Canton, NC 28716

colby@westashe.com

(828) 678-0471

www.WestAshe.com

If you receive an email that seems fraudulent, please check with the business owner before paying, or you can forward the email to security@intuit.com so we can look into it. Read more at security.intuit.com.

_____

**quickbooks**

Powered by QuickBooks

© 2024 Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service


Image removed by sender.

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.

Malicious phishing attempts continue to increase. Please be aware that scammers target firms by spoofing email domains and other sophisticated tactics. Our banking information rarely changes. If you receive a request to change wiring information associated with our firm, we request that you independently verify by calling a known contact within our firm or independently emailing a member of our firm before taking any action. Thank you

# <u>Exhibit G</u>
# Witness Expenses
# (Howard Hu)

4/19/24, 7:55 AM                    Gmail - HU: $253.19 ALASKAN Ticket: FLNDUC 01/30/24 - from Alaska Airlines

 **Gmail**

**Michael Connett <mconnett@gmail.com>**

---

## HU: $253.19 ALASKAN Ticket: FLNDUC 01/30/24 - from Alaska Airlines

---

**Moms Against Fluoridation** <momsagainstfluoridation@gmail.com>                    Fri, Apr 19, 2024 at 7:51 AM
To: Michael Connett <mconnett@gmail.com>

**Michael------- Dr Hu : $253.19 on Alaskan Air**

Date: Thu, Jan 25, 2024 at 11:15 AM
Subject: **ALASKAN Ticket: FLNDUC 01/30/24 - from Alaska Airlines**
To: Moms Against Fluoridation <momsagainstfluoridation@gmail.com>

Dear Dr. Hu,

Please let me know that you got this!  I am trying to change your ticket (as per Mr. Connett)  and I am struggling  to find a time.

There is a **noon** out of Burbank and a **2:15** out of LAX.  Your current ticket is BELOW.  Call with any questions--- 858.692.6559

Appreciatively,
CiCi

Hello Dr. Hu,

We have booked your First Class ticket to SF.  That ticket confirmation is below and it is for the flight times that you suggested.

Best,
CiCi

---------- Forwarded message ---------
From: **Alaska Airlines** <Alaska.IT@alaskaair.com>
Date: Fri, Jan 5, 2024 at 9:26 PM
Subject: Confirmation Letter - FLNDUC 01/30/24 - from Alaska Airlines
To: <DRINKINGWATER201@█████████>

If you have trouble viewing this message, click here to request a plain text-only version of this email.

**Alaska - oneworld**

Confirmation code:                              FLNDUC                              ADD TO MY TRIPS

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

View full details about your flight reservation and fare.

View/Manage

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska 3334 | Burbank ( BUR) | San Francisco ( SFO) | I | Howard Hu | 1A |
| Alaska 3334 | Tue, Jan 30 | Tue, Jan 30 | (First) | | |
| Embraer ERJ 175 | 5:00 pm | 6:29 pm | | | |

**Operated By SkyWest Airlines as AlaskaSkyWest. Check in with Alaska Airlines.**

Page 2 of 7

4/19/24, 7:55 AM                    Gmail - HU: $253.19 ALASKAN Ticket: FLNDUC 01/30/24 - from Alaska Airlines

| Alaska 3354 | San Francisco ( SFO) | Burbank ( BUR) | I | Howard Hu | 2A |
| Alaska 3354 | Wed, Jan 31 | Wed, Jan 31 | (First) | | |
| Embraer ERJ 175 | 7:15 pm | 8:30 pm | | | |

**Operated By SkyWest Airlines as AlaskaSkyWest. Check in with Alaska Airlines.**

Find a deal:
Exclusive rates
from leading car
rental suppliers

**Additional information**

Alaska
Airlines
Hotels: Earn up
to 10,000 miles
per night for for
hotel stays
worldwide

Prohibited hazardous materials
The Federal Government has specific restrictions about hazardous materials in carry-on and checked
baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more
information, visit: the FAA website.

Summary of airfare charges

Howard Hu
*Mileage Plan #*
Ticket 0272357183722

Sign up for
email deals

| Base Fare and Surcharges | $193.48 |
| Taxes and Other Fees | $44.71 |
| Ticketing Fee (nonrefundable) | $15.00 |
| Per person total | $253.19 |

Our email
deals features
exclusive fare
sales, discount
codes and web
specials
tailored to your
preferences,
as well as
Alaska Airlines
Mileage Plan
offers and
news.

**Total charges for air travel**                                **USD $253.19**
View all taxes, fees and charges

Total charges and credits
Nonrefundable fare of $253.19 to be charged to the Visa card with number ************8939 held by C
Reed on 01/05/2024.

Sign up

Service requests

Travel insurance by Allianz Global Assistance

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global
Assistance. Learn more

Alaska Airlines
provides a meet
and assist
service for
travelers who
need assistance
through the
airport. Request
this service
online or over the
phone.

Flight notifications

Flight notifications are how we will contact you with important travel information. Get alerts about
departures, arrivals, gate changes, cancelations and more.
SIGN UP

View reservation

Web Check-in

When traveling on Alaska Airlines, save time by checking in online 1 to 24 hours prior to departure.
You can also check in at one of our airport kiosks or at the ticket counter.
CHECK IN

For more information about minimum check-in times, required identification, international travel, and
traveling with minors, please visit our website.

Howard Hu
30 Westgate Pkwy #329
Asheville, NC 28806
United States

| | | | |
|---|---|---|---|
| **Arrival** | : | 01-30-24 | |
| **Departure** | : | 01-31-24 | |
| **Room No.** | : | 340 | |
| **Folio No.** | : | 515040 | |
| **Conf. No.** | : | 14927838 | |

**Group Code**    :  2401NCWARB
**Company Name**  :  National Association of Clean Water

| | | |
|---|---|---|
| **Cashier No.** | : | 12 |
| **Page No.** | : | 1 of 1 |

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01-30-24 | Room Charge | 185.00 | |
| 01-30-24 | Occupancy Tax | 25.90 | |
| 01-30-24 | Business Tourism Assessment | 4.63 | |
| 01-30-24 | CA Tourism Assessment | 0.37 | |
| 01-31-24 | Visa Payment | | 215.90 |
| | XXXXXXXXXXXX          XX/XX | | |

| | | | |
|---|---|---|---|
| **Total** | | **215.90** | **215.90** |
| **Balance** | | | **0.00** |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or
other 3rd party fails to pay for any part or the full amount of these
charges. Please leave your room key at the reception upon departure.*



January 30, 2024

## Thanks for tipping, Howard

Here's your updated Tuesday afternoon ride receipt.

| Total | $67.51 |
|---|---|

| | |
|---|---|
| Trip fare | $25.57 |

| | |
|---|---|
| Subtotal | $25.57 |
| Reservation Fee | $16.00 |
| Booking Fee | $12.75 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.79 |
| BUR Airport Surcharge | $3.50 |
| Tip | $8.80 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••<br>1/30/24 3:14 PM | $58.71 |
| VISA | Visa ••••<br>1/30/24 4:40 PM | $8.80 |

Visit the trip page for more information, including invoices (where available)

---

You rode with EDGAR

UberX    18.21 miles | 29 min

2:43 PM  Monterosa Dr, Altadena, CA 91001, US

3:13 PM | 2627 N Hollywood Way, Burbank, CA 91505, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

January 30, 2024

## Thanks for tipping, Howard

Here's your updated Tuesday evening ride receipt.

| Total | $61.16 |
| --- | --- |

| Trip fare | $42.81 |
| --- | --- |

| Subtotal | $42.81 |
| --- | --- |
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| SFO Airport Surcharge | $5.50 |
| Tip | $10.19 |

## Payments

| | VISA | Visa ••• | | $50.97 |
| --- | --- | --- | --- | --- |
| | | 1/31/24 5:25 AM | | |
| | VISA | Visa ••• | | $10.19 |
| | | 2/5/24 10:53 AM | | |

Visit the trip page for more information, including invoices (where available)

---

You rode with Sazzadur

UberX    14.29 miles | 51
min

■    6:32 PM | 780 McDonnell Rd, San Francisco, CA 94128, US

■    7:23 PM | 905 California St, San Francisco, CA 94108, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Page 6 of 7

# Uber

January 31, 2024

## Thanks for tipping, Howard

Here's your updated Wednesday evening ride receipt.

| Total | $115.75 |
|---|---|

| | |
|---|---|
| Trip fare | $42.28 |

| | |
|---|---|
| Subtotal | $42.28 |
| Reservation Fee | $39.00 |
| Booking Fee | $10.79 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.79 |
| BUR Airport Surcharge | $3.50 |
| Tip | $19.29 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••  7043 1/31/24 9:55 PM | $96.46 |
| VISA | Visa •• 2/5/24 10:53 AM | $19.29 |

A temporary hold of $96.46 was placed on your payment method •••• 7043. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

---

You rode with Oswaldo

UberX    18.38 miles | 27 min

■  9:03 PM | Terminal B, Hollywood Burbank Airport (BUR), Burbank, CA 91505, US

■  9:30 PM  Monterosa Dr, Altadena, CA 91001, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# **Exhibit H**
# **Witness Expenses (Bruce Lanphear)**

# THE STANFORD COURT
## SAN FRANCISCO

| | | | | |
|---|---|---|---|---|
| Bruce Lanphear | | **Arrival** | : | *01-30-24* |
| *United States* | | **Departure** | : | *02-03-24* |
| | | **Room No.** | : | *645* |
| | | **Folio No.** | : | *515605* |
| | | **Conf. No.** | : | *14928054* |
| **Group Code** | : *2401NCWARB* | **Cashier No.** | : | *183* |
| **Company Name** | : *National Association of Clean Water* | **Page No.** | : | *1 of 2* |

| Date | Description | Charges | Payments |
|---|---|---|---|
| *01-30-24* | Room Charge | 185.00 | |
| *01-30-24* | Occupancy Tax | 25.90 | |
| *01-30-24* | Business Tourism Assessment | 4.63 | |
| *01-30-24* | CA Tourism Assessment | 0.37 | |
| *01-31-24* | Restaurant Charges | 21.38 | |
| | *Room# 645 : CHECK# 127588* | | |
| *01-31-24* | Room Charge | 185.00 | |
| *01-31-24* | Occupancy Tax | 25.90 | |
| *01-31-24* | Business Tourism Assessment | 4.63 | |
| *01-31-24* | CA Tourism Assessment | 0.37 | |
| *02-01-24* | Restaurant Charges | 4.26 | |
| | *Room# 645 : CHECK# 127712* | | |
| *02-01-24* | Room Charge | 185.00 | |
| *02-01-24* | Occupancy Tax | 25.90 | |
| *02-01-24* | Business Tourism Assessment | 4.63 | |
| *02-01-24* | CA Tourism Assessment | 0.37 | |
| *02-02-24* | Restaurant Charges | 20.38 | |
| | *Room# 645 : CHECK# 127820* | | |
| *02-02-24* | Visa Payment | | 863.60 |
| | *XXXXXXXXXXXX8939*      *XX/XX* | | |
| *02-02-24* | Room Charge | 185.00 | |
| *02-02-24* | Occupancy Tax | 25.90 | |
| *02-02-24* | Business Tourism Assessment | 4.63 | |
| *02-02-24* | CA Tourism Assessment | 0.37 | |
| *02-03-24* | Visa Payment | | 46.02 |
| | *XXXXXXXXXXXX*&#9608;      *XX/XX* | | |

---

*The Stanford Court San Francisco . 905 California Street - Nob Hill. San Francisco . CA 94108 . Tel: 415 989 3500 . Fax: 415  391 0513*
*www.stanfordcourt.com*

# THE STANFORD COURT
### SAN FRANCISCO

| | | | |
|---|---|---|---|
| Bruce Lanphear | | **Arrival** | : 01-30-24 |
| United States | | **Departure** | : 02-03-24 |
| | | **Room No.** | : 645 |
| | | **Folio No.** | : 515605 |
| | | **Conf. No.** | : 14928054 |
| **Group Code** | : 2401NCWARB | **Cashier No.** | : 183 |
| **Company Name** | : National Association of Clean Water | **Page No.** | : 2 of 2 |

| Date | Description | | Charges | Payments |
|------|-------------|---|---------|----------|
| | **Total** | | **909.62** | **909.62** |
| | **Balance** | | | **0.00** |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or
other 3rd party fails to pay for any part or the full amount of these
charges. Please leave your room key at the reception upon departure.*

 **AIR CANADA**



## Booking Confirmation

| Booking Reference: **2JFBI3** | Date of issue: 19 Jan, 2024 |
|---|---|

This is your official itinerary/receipt. You must bring it with you to the airport for check-in and we recommend you keep a copy for your records. Please also take the time to review it as it contains the general conditions of carriage and applicable tariffs that apply to the tickets, bookings and air services detailed below, as well as baggage, dangerous goods and other important information related to your trip.

**Data Protection Notice**: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at the IATA Travel Centre website or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. We also invite you to view Air Canada's Privacy Policy directly.

Ensure you are in compliance with the entry requirements of your destination. For the latest information on entry requirements, our flexible booking policy, or our health and safety measures visit our Travel Ready hub.



## Depart

| | | | | |
|---|---|---|---|---|
| **Business Class (lowest)** | | | | |
| Tuesday 30 Jan, 2024 | 08:15 **Vancouver** Vancouver Int. (YVR), Terminal M |  | 10:40 **San Francisco** San Francisco Int. (SFO), Terminal 2 |  AC562 | **2hr25** Cabin : Business Class (Z) Operated by: Air Canada \| 737 MAX 8 Breakfast |

## Passengers

**✐ Bruce Perrin Lanphear**

**Ticket number**
0142188493783

Air Canada - Aeroplan
543476071

**Seats**
AC562   4C

.1

# Purchase summary

| American Express | | 1 adult |
|---|---|---|
| ********** | | |
| Amount paid: $447.92 | | |

| Flights | |
|---|---|
| **Air transportation charges** | |
| Base fare Business Class (lowest) | 338.00 |
| **Taxes, fees and charges** | |
| Air Travellers Security Charge - Canada | 12.10 |
| Goods and Services Tax - Canada - 100092287 RT0001 | 18.76 |
| Airport Improvement Fee - Canada | 25.00 |
| Transportation International/Domestic Tax - United States | 30.00 |
| Animal and Plant Health Inspection Service (APHIS) User Fee – United States | 5.18 |
| Immigration User Fee - United States | 9.46 |
| Customs User Fee - United States | 9.42 |
| Total before options (per passenger) | $447$^{92}$ |
| **GRAND TOTAL (Canadian dollars)** | $447$^{92}$ |

# Check-in and boarding gate deadlines

| Within Canada | To/From the U.S. | | |
|---|---|---|---|
| **90** minutes | **120** minutes[1] | **When to arrive at the airport** You should arrive no later than the times indicated at left. This will ensure you have plenty of time to check in, drop off your checked bags and pass through security. | |
| **45** minutes[2] | **60** minutes[3] | **Check-in and baggage drop-off deadline** You must have checked in, obtained your boarding pass and deposited all checked bags at the baggage drop-off counter before the end of the check-in period for your flight. | |
| **30** minutes | **30** minutes | **Boarding gate deadline** This is the latest you should be at the departure gate, ready for boarding. | |
| **15** minutes | **15** minutes | **Boarding gate closes** Arriving after this time will result in reassignment of any reserved seats, the cancellation of reservations, and/or ineligibility for denied boarding compensation. | |

From Toronto-Pearson Airport (YYZ) or Montreal-Trudeau Airport (YUL) - Recommended arrival time: 180 minutes.
From Toronto City Airport (YTZ) - Check-in and baggage drop-off deadline: 20 minutes.
From Toronto-Pearson Airport (YYZ) - Check-in and baggage drop-off deadline: 90 minutes.

.2

# Exhibit I
# Witness Expenses
# (Philippe Grandjean)

 Gmail

Michael Connett <mconnett@gmail.com>

---

## 38,497. Din flyvning [sø 28 jan. 2024], Booking :[TV87GC]
1 message

**Moms Against Fluoridation** <momsagainstfluoridation@gmail.com>        Mon, Apr 15, 2024 at 7:48 PM
To: Michael Connett <mconnett@gmail.com>

> *CiCi*
>
> CiCi Reed (volunteer)
> Executive Director, Moms Against Fluoridation
>
> **Moms on Facebook**
> **Moms Against Fluoridation**
>
> > *"Never doubt that a small group of thoughtful and committed*
> > *citizens can change the world;*
> > *it's the only thing that ever has."*
> > *Margaret Mead*

---------- Forwarded message ---------
From: **Michael Connett** <mconnett@waterskraus.com>
Date: Fri, Jan 19, 2024 at 4:46 PM
Subject: Fwd: Din flyvning [sø 28 jan. 2024], Booking :[TV87GC]
To: Moms Against Fluoridation <momsagainstfluoridation@gmail.com>

CiCi - Here is one of Philippe's flight receipts. He said he would be fine with us giving him a check at trial.
**PLEASE NOTE NEW ADDRESS FOR THE LOS ANGELES OFFICE**

## waterskrauspaul

**Michael Connett | Partner**
11601 Wilshire Boulevard, Suite 1900 | Los Angeles, CA 90025
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com

---

**From:** Philippe Grandjean <pgrand@sdu.dk>
**Sent:** Thursday, January 11, 2024 12:23:40 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Subject:** FW: Din flyvning [sø 28 jan. 2024], Booking :[TV87GC]

[CAUTION]: External Email

Dear Michael – This is the transatlantic ticket for CPH-BOS that will help me getting over the jetlag (and briefly meet with my university colleagues). Although the schedule seems to be all set, I chose a changeable/refundable ticket that would allow me work on the plane. The ticket was paid in Danish kroner from my Danish bank account, and I'm therefore asking for a refund of the DKK 38.497 (about $5,600) to be transferred to:

Bank Name and Address:

Danske Bank, Holmens Kanal 2, 1090 Copenhagen K, Denmark

Account Number: DK4030004592171716

Account Number: DK4030004592171716

Payee Account Name: Philippe Grandjean, Nabolos 4, 1206 Copenhagen K

Swift Code: DABADKKK

If this is not possible or too complicated, please convert to $ and transfer to my US bank.

Thank you! – Philippe

---

**From:** SAS <no-reply@flysas.com>
**Sent:** Wednesday, January 10, 2024 3:23 PM
**To:** Philippe Grandjean <pgrand@sdu.dk>
**Subject:** Din flyvning [sø 28 jan. 2024], Booking :[TV87GC]

You don't often get email from no-reply@flysas.com. Learn why this is important

## TAK, FOR AT DU FLYVER MED OS

Her er din bookingreference og information om din rejse. Hvis du ønsker at vide mere om, hvad der er omfattet af din billettype og dens regler for afbestilling og ombooking, kan du finde oplysningerne her.

**MINE RESERVATIONER**

Bookingref **TV87GC**      Foretag ændring af booking      Annullér booking

**UDREJSE**

Copenhagen **CPH** - Boston, MA **BOS**       SAS Business Pro

28 Jan 2024

12:50 - 15:25 (8h 35m, Direkte flyvning)      4 indchecket bagage

Page 3 of 10

Copenhagen **CPH** - Boston, MA **BOS**    Sæde: 4F
12:50 - 15:25 (8h 35m)

Måltid inkluderet

Afgangsterminal 3  -  Ankomstterminal E    Lounge for 1
SK 927 | Airbus A321neo | SAS
Reserveringsklasse D

---

☐   **RETUR**

---

Boston, MA **BOS** - Copenhagen **CPH**    SAS Business Pro

05 Feb 2024

17:25 - 06:50 (+1dag) (7h 25m, Direkte flyvning)    4 indchecket bagage

Boston, MA **BOS** - Copenhagen **CPH**    Sæde: 6F
17:25 - 06:50 (7h 25m)

Måltid inkluderet

Afgangsterminal E  -  Ankomstterminal 3
SK 928 | Airbus A321neo | SAS
Reserveringsklasse Z

---

## REJSENDE

### PHILIPPE GRANDJEAN

| **Bonusprogram** | **Kontaktoplysninger** | **Assistance** |
| --- | --- | --- |
| EBG008812349 | pgrand@sdu.dk | Anmod om assistance |
| Redigér frequent flyer-program | +4540983933 | |

## BETALINGSDETALJER

Page 4 of 10

https //mail google com/mail/u/0/?ik  b14a3734fe&view  pt&search  all&permthid  thread f 1796446569492023212&simpl  msg f 1796446569492023212    3/5

| Flyvninger | 33.982 DKK |
|---|---|
| Sæde | 0 DKK |
| Skatter og servicegebyrer | 4.515 DKK |

| **I ALT** | **38.497 DKK** |
|---|---|

Paypal

---

**Ønsker du at medbringe specialbagage?**

Du kan nu tilføje cykler, golftasker, ski og snowboards direkte under Mine bookinger. Bemærk venligst, at anden specialbagage skal registreres og godkendes

This e-mail (including any attached documents) is proprietary and confidential and may contain legally privileged information. It is intended for the named recipient(s) only. If you are not the intended recipient, you may not review, retain, copy or distribute this message, and we kindly ask you to notify the sender by reply e-mail immediately and delete this message from your system.

Page 5 of 10

https //mail google com/mail/u/0/?ik  b14a3734fe&view  pt&search  all&permthid  thread f 1796446569492023212&simpl  msg f 1796446569492023212    4/5

Thank you.
E-mail is susceptible to unauthorised alterations which may corrupt
the message of the e-mail. SAS Group only sends and receives e-mails on the basis that SAS Group is not
liable for any unauthorised alterations.

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.

Malicious phishing attempts continue to increase. Please be aware that scammers target firms by spoofing email domains and other sophisticated tactics. Our banking information rarely changes. If you receive a request to change wiring information associated with our firm, we request that you independently verify by calling a known contact within our firm or independently emailing a member of our firm before taking any action. Thank you

Page 6 of 10

https //mail google com/mail/u/0/?ik  b14a3734fe&view   pt&search  all&permthid  thread f 1796446569492023212&simpl  msg f 1796446569492023212          5/5

THE
**UNIVERSITY**
OF RHODE ISLAND

Philippe Grandjean <pgrand@uri.edu>

---

**eTicket Itinerary and Receipt for Confirmation FRL4TY**

---

**United Airlines** <Receipts@united.com>                          Wed, Jan 10, 2024 at 4:17 PM
To: PGRAND@uri.edu

                                                Wed, Jan 10, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# FRL4TY

Flight 1 of 2 UA1008                                               Class: United First (Z)

Tue, Jan 30, 2024                                                 Tue, Jan 30, 2024
# 08:00 AM                                                        # 11:50 AM
Boston, MA, US (BOS)                                    San Francisco, CA, US (SFO)

Flight 2 of 2 UA716                                                Class: United First (C)

Sat, Feb 03, 2024                                                 Sat, Feb 03, 2024
# 08:25 AM                                                        # 05:02 PM
San Francisco, CA, US (SFO)                                      Boston, MA, US (BOS)

Traveler Details

GRANDJEAN/PHILIPPEA
eTicket number: **0162355089445**                                Seats: **BOS-SFO 01F**
Frequent Flyer: **SK-XXXXXXXXX349 Star Alliance Gold**                **SFO-BOS 03A**

Purchase Summary

Method of payment:                                      **Master Card ending in 3175**
Date of purchase:                                              **Wed, Jan 10, 2024**

Airfare:                                                                  **2474.60**
U.S. Transportation Tax:                                                   **185.60**
U.S. Flight Segment Tax:                                                    **10.00**
September 11th Security Fee:                                                **11.20**
U.S. Passenger Facility Charge:                                             **9.00**

Total Per Passenger:                                                                 **2690.40 USD**

## Total:                                                                          **2690.40 USD**

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Philippea Grandjean | | | |
|---|---|---|---|
| Date | Flight | From/To | Award Miles |
| MileagePlus accrual totals: | | | 0 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Jan 30, 2024 Boston, MA, US (BOS) to San Francisco, CA, US (SFO) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Sat, Feb 03, 2024 San Francisco, CA, US (SFO) to Boston, MA, US (BOS) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

# THE STANFORD COURT
## SAN FRANCISCO

| | | | | |
|---|---|---|---|---|
| *Philippe Grandjean* | | **Arrival** | : | *01-30-24* |
| *United States* | | **Departure** | : | *02-03-24* |
| | | **Room No.** | : | *759* |
| | | **Folio No.** | : | *515606* |
| | | **Conf. No.** | : | *14927789* |
| **Group Code** | : *2401NCWARB* | **Cashier No.** | : | *183* |
| **Company Name** | : *National Association of Clean Water* | **Page No.** | : | *1 of 2* |

| Date | Description | Charges | Payments |
|---|---|---:|---:|
| *01-30-24* | Restaurant Charges | *49.00* | |
| | *Room# 759 : CHECK# 119697* | | |
| *01-30-24* | Room Charge | *185.00* | |
| *01-30-24* | Occupancy Tax | *25.90* | |
| *01-30-24* | Business Tourism Assessment | *4.63* | |
| *01-30-24* | CA Tourism Assessment | *0.37* | |
| *01-31-24* | Restaurant Charges | *27.00* | |
| | *Room# 759 : CHECK# 127601* | | |
| *01-31-24* | Restaurant Charges | *-27.00* | |
| | *Room# 759 : CHECK# 127601* | | |
| *01-31-24* | Restaurant Charges | *27.00* | |
| | *Room# 759 : CHECK# 127603* | | |
| *01-31-24* | Restaurant Charges | *30.00* | |
| | *Room# 759 : CHECK# 119782* | | |
| *01-31-24* | Room Charge | *185.00* | |
| *01-31-24* | Occupancy Tax | *25.90* | |
| *01-31-24* | Business Tourism Assessment | *4.63* | |
| *01-31-24* | CA Tourism Assessment | *0.37* | |
| *02-01-24* | Restaurant Charges | *25.00* | |
| | *Room# 759 : CHECK# 127710* | | |
| *02-01-24* | Restaurant Charges | *58.00* | |
| | *Room# 759 : CHECK# 119844* | | |
| *02-01-24* | Room Charge | *185.00* | |
| *02-01-24* | Occupancy Tax | *25.90* | |
| *02-01-24* | Business Tourism Assessment | *4.63* | |
| *02-01-24* | CA Tourism Assessment | *0.37* | |
| *02-02-24* | Restaurant Charges | *25.00* | |
| | *Room# 759 : CHECK# 127818* | | |
| *02-02-24* | Restaurant Charges | *17.00* | |
| | *Room# 759 : CHECK# 119900* | | |

# THE STANFORD COURT
### SAN FRANCISCO

| | | | |
|---|---|---|---|
| *Philippe Grandjean* | | **Arrival** | : *01-30-24* |
| *United States* | | **Departure** | : *02-03-24* |
| | | **Room No.** | : *759* |
| | | **Folio No.** | : *515606* |
| | | **Conf. No.** | : *14927789* |
| **Group Code** | : *2401NCWARB* | **Cashier No.** | : *183* |
| **Company Name** | : *National Association of Clean Water* | **Page No.** | : *2 of 2* |

| Date | Description | | Charges | Payments |
|---|---|---|---|---|
| *02-02-24* | *Visa Payment* | | | *1,094.60* |
| | *XXXXXXXXXXXX8*▮ | *XX/XX* | | |
| *02-02-24* | *Room Charge* | | *185.00* | |
| *02-02-24* | *Occupancy Tax* | | *25.90* | |
| *02-02-24* | *Business Tourism Assessment* | | *4.63* | |
| *02-02-24* | *CA Tourism Assessment* | | *0.37* | |

| | | |
|---|---|---|
| **Total** | **1,094.60** | **1,094.60** |
| **Balance** | | **0.00** |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or other 3rd party fails to pay for any part or the full amount of these charges. Please leave your room key at the reception upon departure.*

# <u>Exhibit J</u>
# Witness Expenses
# (Brian Berridge)

**brberridge@b2pathologysolutions.com**

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Saturday, January 27, 2024 7:48 AM |
| **To:** | BRBERRIDGE@ |
| **Subject:** | Your trip confirmation (RDU - SFO) |



Issued: January 27, 2024

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **CHVNTS**

### Sunday, February 4, 2024

**RDU**
Raleigh-Durham
8:00 AM

AA 2728

**DFW**
Dallas/Fort Worth
10:25 AM

Seat: **17D**
Class: **Economy (S)**
Meals: **Refreshment**

**DFW**
Dallas/Fort Worth
11:35 AM

AA 1264

**SFO**
San Francisco

Seat: **19D**
Class: **Economy (S)**
Meals: **Food for purchase**

1

1:33 PM

## Tuesday, February 6, 2024



**SFO**
San Francisco
10:21 AM

AA 2743

**CLT**
Charlotte
6:16 PM

Seat: **12C**
Class: **Economy (N)**
Meals: **Food for purchase**

**CLT**
Charlotte
7:25 PM

AA 1645

**RDU**
Raleigh-Durham
8:18 PM

Seat: **12D**
Class: **Economy (N)**
Meals:

**Manage your trip**

# Earn 50,000 bonus miles

Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**Brian Berridge - AAdvantage® #:** ▮▮▮▮

New ticket (0012111356535)                          $483.70
[$405.58 + Taxes & carrier-imposed fees
$78.12]



| Total cost | $483.70 |
|---|---|

## Your payment

| Trip Credit (ending █) | $311.50 |
|---|---|
| MasterCard (ending █) | $172.20 |

| **Total paid** | **$483.70** |
|---|---|

## Bag information

### Checked Bag (Airport)

RDU - SFO

| 1st bag | No charge |
|---|---|
| 2nd bag | No charge |

### Checked Bag (Online*)

RDU - SFO

| 1st bag | No charge |
|---|---|
| 2nd bag | No charge |

RDU - SFO
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

| **1st carry-on** | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| **2nd carry-on** | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

3

Brian Berridge
408 Weycroft Grant Dr
Cary, NC 27519
United States

| | | |
|---|---|---|
| **Arrival** | : | 02-04-24 |
| **Departure** | : | 02-06-24 |
| **Room No.** | : | 635 |
| **Folio No.** | : | 515979 |
| **Conf. No.** | : | 14928436 |
| **Cashier No.** | : | 118 |
| **Page No.** | : | 1 of 1 |

**Group Code** : 2401NCWARB
**Company Name** : National Association of Clean Water

| Date | Description | | Charges | Payments |
|---|---|---|---|---|
| 02-04-24 | Room Charge | | 185.00 | |
| 02-04-24 | Occupancy Tax | | 25.90 | |
| 02-04-24 | Business Tourism Assessment | | 4.63 | |
| 02-04-24 | CA Tourism Assessment | | 0.37 | |
| 02-05-24 | Room Charge | | 185.00 | |
| 02-05-24 | Occupancy Tax | | 25.90 | |
| 02-05-24 | Business Tourism Assessment | | 4.63 | |
| 02-05-24 | CA Tourism Assessment | | 0.37 | |
| 02-06-24 | Visa Payment | | | 431.80 |
| | XXXXXXXXXXXX███ | XX/XX | | |

| | | |
|---|---|---|
| **Total** | **431.80** | **431.80** |
| **Balance** | | **0.00** |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or other 3rd party fails to pay for any part or the full amount of these charges. Please leave your room key at the reception upon departure. T*

Brian Berridge
408 Weycroft Grant Dr
Cary, NC 27519
United States

| | | |
|---|---|---|
| **Arrival** | : | 02-04-24 |
| **Departure** | : | 02-06-24 |
| **Room No.** | : | 635 |
| **Folio No.** | : | 515978 |
| **Conf. No.** | : | 14928436 |
| **Cashier No.** | : | 118 |
| **Page No.** | : | 1 of 1 |

| | | |
|---|---|---|
| **Group Code** | : | 2401NCWARB |
| **Company Name** | : | National Association of Clean Water |

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02-04-24 | Restaurant Charges | 51.45 | |
| | Room# 635 : CHECK# 119989 | | |
| 02-05-24 | Restaurant Charges | 43.11 | |
| | Room# 635 : CHECK# 128077 | | |
| 02-05-24 | Restaurant Charges | 42.93 | |
| | Room# 635 : CHECK# 120028 | | |
| 02-06-24 | Visa Payment | | 137.49 |
| | XXXXXXXXXXX&#9632;&#9632;&#9632;&#9632;    XX/XX | | |

| | | |
|---|---|---|
| **Total** | 137.49 | 137.49 |
| **Balance** | | 0.00 |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or other 3rd party fails to pay for any part or the full amount of these charges. Please leave your room key at the reception upon departure.*

## Receipt from Fog City Cab

### Fog City Cab <messenger@messaging.squareup.com>

Sun 2/4/2024 5:49 PM

To:brberridge@gmail.com <brberridge@ ████████ >

Now when you shop at sellers who use Square, your receipts will be delivered automatically.

Not your receipt?



**Fog City Cab**

 

Let Fog City Cab know how your
experience was

# $67.16

| | |
|---|---|
| Custom Amount | $58.40 |
| | |
| Purchase Subtotal | $58.40 |
| Tip | $8.76 |
| **Total** | **$67.16** |

Fog City Cab

Receipt from City Cab of San Jose 4 - Outlook

(415) 748-9238



| | |
|---|---|
| MasterCard ▮▮▮ (Chip) | Feb 4 2024 at 2:49 PM |
| BRIAN R BERRIDGE | #5wGO |
| | Auth code: 23759Z |

AID: A0000000041010



### Receipt Settings

Not your receipt?     Manage preferences

Report message to Square

© 2024 Square  Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612

**Your Monday morning trip with Uber**

Uber Receipts <noreply@uber.com>
Tue 2/6/2024 10:19 AM
To:brberridge@gmail.com <brberridge@ ███████ >



| | |
|---|---|
| **Uber** | Total **$12.92** |
| | February 5, 2024 |

# Thanks for tipping, Brian

Here's your updated Monday
morning ride receipt.



# Total                          $12.92

| | |
|---|---|
| Trip fare | $7.92 |
| | |
| Subtotal | $7.92 |
| Booking Fee ❓ | $2.24 |
| Access for All Fee ❓ | $0.10 |
| CA Driver Benefits ❓ | $0.32 |
| Tip | $2.00 |
| San Francisco City Tax ❓ | $0.34 |

**Payments**

 **Personal CC** •••• ████                          $10.92

Page 9 of 16

2/5/24 9:18 PM

 **Personal CC** •• ▇▇▇▇          $2.00

2/6/24 7:19 AM

Trip ID: 99337f20-dee2-40e0-aac3-5146e9535415

**Switch Payment Method**

**Download PDF**

# You rode with Jintang

**4.97 ★** Rating          👥✓  Has passed a multi-step safety screen

License Plate: 9AWU865

> When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

Uber Green          1.25 miles | 7 min

■     **10:21 AM**

**555 Turk St, San Francisco, CA**

↓     **10:28 AM**

**905 California St, San Francisco, CA**





**Blunder #10: Mismanaging Retirement Withdrawals**

You've accumulated a large nest egg—are your portfolio withdrawals putting it at risk? If you have a $500k+ portfolio, you should read *13 Retirement Investment Blunders to Avoid.*

**Learn More**    FISHER INVESTMENTS®

Click here to unsubscribe from seeing advertisements in your email receipt.

Report lost item  ›          Contact support  ›

My trips  ›

Forgot password

Privacy

Terms

Ads powered by **LiveIntent**    AdChoices ▷



about blank?windowId  SecondaryReadingPane13                                    3/4

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

Your Tuesday morning trip with Uber

Uber Receipts <noreply@uber.com>
Tue 2/6/2024 11:39 AM
To:brberridge@gmail.com <brberridge@ ███████ >

**Uber**

Total **$51.73**
February 6, 2024

# Thanks for tipping, Brian

Here's your updated Tuesday
morning ride receipt.



# Total                                    $51.73

| | |
|---|---|
| Trip fare | $31.18 |
| | |
| Subtotal | $31.18 |
| Booking Fee ❓ | $7.26 |
| Uber Airport Surcharge | $5.50 |
| Access for All Fee ❓ | $0.10 |
| CA Driver Benefits ❓ | $0.32 |
| Tip | $6.74 |
| San Francisco City Tax ❓ | $0.63 |

**Payments**

**Personal CC** ●●●● ███    $51.73

2/6/24 8:38 AM

Trip ID: 4a6f8fcd-87f4-48dd-9daf-a9e40b832512

**Switch Payment Method**

**Download PDF**

# You rode with Joseph

**4.84** ★ Rating    Has passed a multi-step safety screen

License Plate: 47308R1

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Uber Green    14.48 miles | 33 min

■    **7:13 AM**

**905 California St, San Francisco, CA**

↓    **7:47 AM**

**Harvey Milk Terminal 1, San Francisco International Airport (SFO), San Francisco, CA**



## 9 Reasons to Avoid Annuities

Buying an annuity might seem like a safe option for your retirement, but what are you leaving on the table? If you have a $500k portfolio and own an annuity, you have a lot at stake.

Learn More

FISHER INVESTMENTS®

Click here to unsubscribe from seeing advertisements in your email receipt.

Report lost item  ❯                Contact support  ❯

My trips  ❯

Forgot password

Privacy

Terms

 | 

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

# Exhibit K
# Witness Expenses
# (Kathleen Thiessen)

# Your Flight Receipt - KATHLEEN MOORE THIESSEN 02FEB24

**From:**      Delta Air Lines <DeltaAirLines@t.delta.com>
**To:**           <thiessenkm@▮▮▮▮▮▮▮>
**Subject:**   Your Flight Receipt - KATHLEEN MOORE THIESSEN 02FEB24
**Date:**      Jan 19, 2024 12:42 PM

View as a Web Page



#▮▮▮▮▮▮▮
SkyMiles® Member

## CONFIRMATION #: G2O36U



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: KATHLEEN MOORE THIESSEN
SkyMiles #2100112016

| FLIGHT | SEAT |
|--------|------|
| DELTA 1181 | 25E |
| DELTA 823 | 33E |
| DELTA 416 | 18F |
| DELTA 1687 | 22F |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to
access a receipt of your purchase.

| Fri, 02FEB | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1181<br>Main Cabin (H) | KNOXVILLE, TN<br>10:56am | ATLANTA<br>12:04pm |
| DELTA 823<br>Main Cabin (H) | ATLANTA<br>3:15pm | SAN FRANCISCO, CA<br>5:41pm |

| Wed, 07FEB | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 416<br>Main Cabin (U) | SAN FRANCISCO, CA<br>2:10pm | ATLANTA<br>9:44pm |
| DELTA 1687<br>Main Cabin (U) | ATLANTA<br>10:50pm | KNOXVILLE, TN<br>11:43pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: **0062204435924**
Place of Issue:
Issue Date: 19JAN24
Expiration Date: 19JAN25

| METHOD OF PAYMENT | |
| --- | --- |
| VI***********████ | $697.20 USD |

| CHARGES | |
| --- | --- |
| **Air Transportation Charges** | |
| Base Fare | $602.79 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $45.21 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $20.00 USD |
| **TICKET AMOUNT** | **$697.20 USD** |

# THE STANFORD COURT
## SAN FRANCISCO

| | | |
|---|---|---|
| Kathleen Thiessen | **Arrival** | : 02-02-24 |
| | **Departure** | : 02-07-24 |
| United States | **Room No.** | : 837 |
| | **Folio No.** | : 516143 |
| | **Conf. No.** | : 14927821 |
| **Group Code** : 2401NCWARB | **Cashier No.** | : 160 |
| **Company Name** : National Association of Clean Water | **Page No.** | : 1 of 2 |

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02-02-24 | Restaurant Charges *dinner* | 49.28 | ~~25~~ Kmt meal |
| | Room# 837 : CHECK# 119907 | | |
| 02-02-24 | Room Charge | 185.00 | personal |
| 02-02-24 | Occupancy Tax | 25.90 | |
| 02-02-24 | Business Tourism Assessment | 4.63 | |
| 02-02-24 | CA Tourism Assessment | 0.37 | |
| 02-03-24 | Restaurant Charges *breakfast* | 64.31 | 30 — Kmt meal |
| | Room# 837 : CHECK# 127943 | *196.36* | |
| 02-03-24 | Restaurant Charges *dinner* | 32.07 | 115 — Kmt meal |
| | Room# 837 : CHECK# 119963 | | |
| 02-03-24 | Room Charge | 185.00 | |
| 02-03-24 | Occupancy Tax | 25.90 | business |
| 02-03-24 | Business Tourism Assessment | 4.63 | |
| 02-03-24 | CA Tourism Assessment | 0.37 | |
| 02-04-24 | Restaurant Charges *breakfast* | 88.21 | 25 — Kmt meal |
| | Room# 837 : CHECK# 128034 | | |
| 02-04-24 | Restaurant Charges *dinner* | 151.01 | 25 — Kmt meal |
| | Room# 837 : CHECK# 119999 | *863.60* | |
| 02-04-24 | Room Charge | 185.00 | |
| 02-04-24 | Occupancy Tax | 25.90 | business |
| 02-04-24 | Business Tourism Assessment | 4.63 | |
| 02-04-24 | CA Tourism Assessment | 0.37 | |
| 02-05-24 | Restaurant Charges | 17.12 | Kmt — meal |
| | Room# 837 : CHECK# 128091 | | |
| 02-05-24 | Room Charge | 185.00 | |
| 02-05-24 | Occupancy Tax | 25.90 | business |
| 02-05-24 | Business Tourism Assessment | 4.63 | |
| 02-05-24 | CA Tourism Assessment | 0.37 | |
| 02-06-24 | Restaurant Charges | 17.12 | Kmt — meal |
| | Room# 837 : CHECK# 128170 | | |

The Stanford Court San Francisco . 905 California Street - Nob Hill. San Francisco . CA 94108 . Tel: 415 989 3500 . Fax: 415  391 0513
www.stanfordcourt.com

Page 6 of 11

# THE STANFORD COURT
### SAN FRANCISCO

Kathleen Thiessen

United States

| | | | |
|---|---|---|---|
| **Arrival** | : | 02-02-24 |
| **Departure** | : | 02-07-24 |
| **Room No.** | : | 837 |
| **Folio No.** | : | 516143 |
| **Conf. No.** | : | 14927821 |
| **Cashier No.** | : | 160 |
| **Page No.** | : | 2 of 2 |

| **Group Code** | : | 2401NCWARB |
| **Company Name** | : | National Association of Clean Water |

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02-06-24 | Restaurant Charges | 128.45 | |
| | Room# 837 : CHECK# 120083 | | |
| 02-06-24 | Room Charge | 185.00 | |
| 02-06-24 | Occupancy Tax | 25.90 | |
| 02-06-24 | Business Tourism Assessment | 4.63 | |
| 02-06-24 | CA Tourism Assessment | 0.37 | |
| 02-07-24 | Restaurant Charges | 17.12 | |
| | Room# 837 : CHECK# 128241 | | |
| 02-07-24 | Visa Payment | | 1,644.19 |
| | XXXXXXXXXXXX&#9608;&#9608;&#9608;     XX/XX | | |

| | | |
|---|---|---|
| **Total** | **1,644.19** | **1,644.19** |
| **Balance** | | **0.00** |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or
other 3rd party fails to pay for any part or the full amount of these
charges. Please leave your room key at the reception upon departure.*

*The Stanford Court San Francisco . 905 California Street - Nob Hill, San Francisco . CA 94108 . Tel: 415 989 3500 . Fax: 415  391 0513*
*www.stanfordcourt.com*

## Receipt from 1-N-Only Airport Taxi Service

| | |
|---|---|
| **From:** | 1-N-Only Airport Taxi Service <messenger@messaging.squareup.com> |
| **To:** | <thiessenkm@████████ |
| **Subject:** | Receipt from 1-N-Only Airport Taxi Service |
| **Date:** | Feb 2, 2024 8:54 AM |

Square automatically sends receipts to the email address you used at any Square seller. Learn more





Let 1-N-Only Airport Taxi Service
know how your experience was

# $79.50

| | |
|---|---|
| **Custom Amount** | **$75.00** |
| | |
| Purchase Subtotal | $75.00 |
| Square Card Fees (6%) | $4.50 |
| | |
| **Total** | **$79.50** |



## 1-N-Only Airport Taxi Service
### (865) 740-8026

 

Visa 3420 (Chip)                    Feb 2 2024 at 8:54 AM

**VISA**                                              #zP5J

KATHLEEN M THIESSEN              Auth code: 002318

AID: A0000000031010

**We are Now Hiring Driver across all shifts. Drivers must be 25 years of age. Have a clean driving record and pass background check. Drivers make around $600.00 to $800.00 a week plus tips. some of my top drivers bring home $1200.00 plus tips a week. So please pass this info to anyone you may know that you think might make us a great driver.**
**865-740-8026**

**Run your own business?**

Start using Square and process $1,000 in sales for free.

```
Get Started with Square
```



# Receipt from 1-N-Only Airport Taxi Service

**From:**    1-N-Only Airport Taxi Service <messenger@messaging.squareup.com>

**To:**    <thiessenkm@████████>

**Subject:**    Receipt from 1-N-Only Airport Taxi Service

**Date:**    Feb 8, 2024 1:16 AM

Square automatically sends receipts to the email address you used at any Square seller. Learn more





Let 1-N-Only Airport Taxi Service
know how your experience was

# $98.77

| Custom Amount | $75.40 |
|---|---|
| Purchase Subtotal | $75.40 |
| Square Card Fees (6%) | $4.52 |
| Tip | $18.85 |

**Total**                              **$98.77**

**1-N-Only Airport Taxi Service**
(865) 740-8026

 

Visa 1420 (Chip)              Feb 8 2024 at 1:16 AM
VISA                                       #T5yt
KATHLEEN M THIESSEN        Auth code. 008696

AID: A000000031010

Signature Verified

**We are Now Hiring Driver across all shifts. Drivers must be 25 years of age. Have a clean driving record and pass background check. Drivers make around $600.00 to $800.00 a week plus tips. some of my top drivers bring home $1200.00 plus tips a week. So please pass this info to anyone you may know that you think might make us a great driver. 865-740-8026**

**Run your own business?**

Start using Square and process $1,000 in sales for free.

Get Started with Square



# <u>Exhibit L</u>
# Interpreter Fee



Michael Connett
Waters Kraus & Paul, LLP - Los Angeles
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025

*Invoice #773143*

| Date | Terms |
|------|-------|
| 12/05/2023 | Due on receipt |

**Job #450418 on 11/15/2023**

**Firm Case#:** 18-0674
**Case:** Food & Water Watch et al vs. U.S.
Environmental Protection Agency et al
**Case#:** 17-CV-02162-EMC

| Description | Price | Amount |
|-------------|-------|--------|
| **Dr. Jesus Ibarluzea** | | |
| Interpreter - Full Day | $ 1,996.12 | $ 1,996.12 |
| | | $ 1,996.12 |

| | |
|--|--|
| Amount Due: | $ 1,996.12 |
| Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 1,996.12** |
| **Payment Due:** | **Upon Receipt** |

**We value you as a Partner and appreciate your business.**

****AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers****

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**888-656-3376 or email billingcentral@advancedone.com**

**Quick and Easy Online Payment option: https://lexitaslegal.com/bill-pay**