

**U.S. Department of Justice**

Environment and Natural Resources Division

*Environmental Defense Section*  *Telephone (202) 514-2219*
*P.O. Box 7611*  *Facsimile (202) 514-8865*
*Washington, DC  20044*

November 20, 2024

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Food & Water Watch v. EPA*, Case No. 17-CV-02162-EMC

Dear Judge Chen:

    On September 24, 2024, the Court entered Findings of Fact and Conclusions of Law that directed the Clerk of Court to enter judgment in Plaintiffs' favor. ECF No. 445. In a subsequent Order, the Court stated that the Findings of Fact and Conclusions of Law "entered a judgment in Plaintiffs' favor" and ordered briefing deadlines for attorney's fees based on the deadline to file a notice of appeal. ECF No. 449.

    To avoid any potential misunderstanding, we write to set forth the United States' view that final judgment has not yet been entered in this case. In this instance, judgment is entered when set out in a separate document or would be deemed entered when 150 days runs from the entry of the Findings of Fact and Conclusions of Law. *See* Fed. R. Civ. P. 58(a), (c). To date, no judgment has been set out in a separate document, nor has 150 days passed since the entry of the Findings of Fact and Conclusions of Law. Accordingly, the sixty-day period to file a notice of appeal has not commenced. *See* Fed. R. App. P. 4(a)(1)(B); *Bankers Trust Co. v. Mallis*, 435 U.S. 381, 384 (1978) ("The sole purpose of the separate-document requirement, which was added to Rule 58 in 1963, was to clarify when the time for appeal under 28 U.S.C. § 2107 begins to run. . . . The 1963 amendment to Rule 58 made clear that a party need not file a notice of appeal until a separate judgment has been filed and entered.").

                                                     Respectfully,

                                                     */s/ Brandon N. Adkins*
                                                     BRANDON N. ADKINS
                                                     Senior Trial Counsel
                                                     U.S. Department of Justice
                                                     Environmental & Natural Resources Division

                                                     *Counsel for Defendants*