UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 17-cv-02162-EMC<br><br>**JUDGMENT** |

This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiffs against Defendants.

**IT IS SO ORDERED.**

Dated: November 20, 2024

_____
EDWARD M. CHEN
United States District Judge