TODD KIM
Assistant Attorney General

BRANDON N. ADKINS (D.C. Bar No. 1010947)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*. | Case No.: 17-cv-02162-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OBJECTIONS TO PLAINTIFFS' BILL OF COSTS** |

The parties jointly submit this stipulation to resolve Defendants' objections to the amount of Plaintiffs' Bill of Costs and when those costs should be paid:

WHEREAS, the Court ordered Plaintiffs to file their Bill of Costs by November 18, 2024, and to file a motion for additional costs and fees under the Toxic Substances Control Act sixty days after the earlier of the deadline to file a notice of appeal or the actual filing of a notice of appeal, ECF No. 449;

WHEREAS, on November 8, 2024, Plaintiffs filed their Bill of Costs that claims a total amount of $118,332.30 in costs against Defendants, ECF No. 450;

WHEREAS, Defendants' deadline to object to any item of cost claimed in Plaintiffs' Bill of Costs is November 22, 2024, Civil Local R. 54-2(a);

WHEREAS, Defendants advised Plaintiffs of objections to certain items in Plaintiffs' Bill of Costs that Defendants intended to lodge with the Court;

WHEREAS, the parties met and conferred in good faith over Defendants' objections to the amounts charged in Plaintiffs' Bill of Costs and agree and stipulate as follows:

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, through their respective counsel of record, as follows:

1. The costs charged in Plaintiffs' Bill of Costs are reduced by $15,604.97, so that the total costs against Defendants are $102,727.33.

2. If the deadline to file a notice of appeal passes with no party filing a notice of appeal, payment of the stipulated costs in Paragraph 1 against Defendants will be due 120 days after the deadline to file a notice of appeal. Otherwise, payment of the stipulated costs in Paragraph 1 will be contingent on the outcome of an appeal and shall be made payable within 120 days of final resolution of the appeal (i.e., issuance of the mandate), provided that and only if Plaintiffs are the prevailing party on appeal. If motion practice is necessary to determine whether Plaintiffs are the prevailing party on appeal, and that issue is resolved in favor of Plaintiffs, the amount owed for costs incurred through the date of this Stipulation will be as stated in Paragraph 1 and this amount shall not be subject to dispute on any motion practice following resolution of an appeal of this matter.

3. Defendants will forgo filing their objections to Plaintiffs' Bill of Costs unless the Court does not enter this Stipulation as an Order of the Court, in which case Plaintiffs agree not to oppose extending the deadline to file objections to the Bill of Costs until seven days after the Court acts on this Stipulation.

4. This Stipulation is without regard to and does not in any way affect any party's right to appeal any Orders of the Court or to seek a stay on an appeal, if any.

5. The parties acknowledge that this Stipulation is entered into solely for purpose of resolving the issue of the amount of costs charged in Plaintiffs' Bill of Costs, and it shall not be

construed as evidence or as an admission by Defendants, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by Defendants regarding Plaintiffs' entitlement to other costs and fees under the Toxic Substances Control Act. This Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or proceeding involving Defendants.

**SO STIPULATED AND AGREED.**

DATED: November 22, 2024        Respectfully submitted,

*/s/ Michael Connett (with permission)*
MICHAEL CONNETT (CA Bar No. 300314)
Siri & Glimstad LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 974-1740
Mconnett@sirillp.com

*Counsel for Plaintiffs*

DATED: November 22, 2024        TODD KIM
Assistant Attorney General

*/s/ Brandon N. Adkins*
BRANDON N. ADKINS (D.C. Bar No. 1010947)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                EDWARD M. CHEN
                                United States District Judge

3