KATHERINE E. KONSCHNICK
Acting Assistant Attorney General

BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and JANE NISHIDA, Acting Administrator, U.S. Environmental Protection Agency, <br><br> Defendants. | Case No. 17-CV-02162-EMC <br><br> **NOTICE OF APPEAL** |

The U.S. Environmental Protection Agency and Jane Nishida, in her official capacity as Acting Administrator of the U.S. Environmental Protection Agency, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on November 20, 2024.[1] Defendants are exempt from paying the filing and docketing fees. *See* 9th Cir. R. 3-1.

---

[1] Acting Administrator Nishida is substituted for former Administrator Regan pursuant to Federal Rule of Civil Procedure 25(d).

Date: January 17, 2025

Respectfully Submitted,

KATHERINE E. KONSCHNICK
Acting Assistant Assistant Attorney General

*/s/ Brandon N. Adkins*
BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562
Fax: (202) 514-8865
Email: Brandon.Adkins@usdoj.gov

*Attorneys for Defendants*