UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION TO THE CURRENT BRIEFING SCHEDULE ON ATTORNEY FEES AND COSTS |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

Having reviewed Plaintiffs' Unopposed Motion for an Extension to the Current Briefing Schedule on Attorney Fees and Costs, the Court GRANTS the motion. The deadline for Plaintiffs motion is thereby extended by **45 days.**

IT IS SO ORDERED. Dated this __4__ day of __March__, 2025.

_____
HON. EDWARD M. CHEN
United States District Judge

1