C. ANDREW WATERS, ESQ., CA Bar No. 147259
KAY GUNDERSON REEVES, ESQ. *Pro Hac Vice*
WATERS, KRAUS & PAUL
11601 Wilshire Blvd., Suite 1900
Los Angeles, CA  90025
310-414-8146 Telephone
310-414-8156 Facsimile

MICHAEL CONNETT, ESQ. CA Bar No. 300314
SIRI GILMSTAD LLP
700 Flower St., Suite 1000
Los Angeles, CA  90017
213-376-3739 Telephone
646-417-5967 Fascimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | )  Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | )  **JOINT STIPULATION FOR** |
| vs. | )  **EXTENSION OF BRIEFING** |
| | )  **SCHEDULE AND** |
| U.S. ENVIRONMENTAL PROTECTION | )  **[PROPOSED] ORDER** |
| AGENCY, et al. | )  **[LOCAL RULE 7-12]** |
| Defendants. | )  Judge: Hon. Edward M. Chen |
| | )  Courtroom: 5, 17th Floor |

WHEREAS, On October 31, 2024, the Court entered a briefing schedule for Plaintiffs' motion on attorney fees and costs of suit. ECF No. 449. Pursuant to a stipulation by the parties, the Court ordered that Plaintiffs' motion be filed "60 days after the earlier of the deadline to file a notice of appeal, or the actual filing of a notice of appeal." Id. at 2. EPA filed a notice of its intention to appeal on January 17, 2025. ECF No. 455, making Plaintiffs' fee motion due on March 18, 2025.

WHEREAS, on February 27, 2025, Plaintiffs filed an unopposed administrative motion to extend the deadline to file the motion for attorney fees and costs by 45-days, May 2, 2025, ECD No. 469, to allow the parties to this action to discuss potential settlement of the fees and costs issues.  The Court granted this motion.

WHEREAS, the parties have engaged in settlement discussions, but have been unable to resolve their issues.  Therefore, it will be necessary to proceed with the motion for fees and costs.

WHEREAS, petitioners' expert on hourly rates in the Northern District is currently unavailable due to a planned vacation, and will not be able to prepare a declaration prior to May 2, 2025.

WHEREAS, the parties have met and conferred and have agreed that it is reasonable to extend all dates for the attorney fee and cost motion by 30-days. The parties have stipulated pursuant to Local Rule 7-12 of the Northern District or California as follows:

Deadline for Plaintiffs' Motion for Fees and Costs:  June 2, 2025;

Deadline for Defendant's Opposition: August 1, 2025

Deadline for Plaintiffs' Reply: September 1, 2025.

**IT IS SO STIPULATED**

April 22, 2025                    */s/ Michael Connett*
Dated                               MICHAEL CONNETT
                                        Attorney for Plaintiffs


April 22, 2025                    */s/ Brandon N. Adkins (signed with permission)*
Dated                               BRANDON N. ADKINS
                                        Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**


April 24, 2025                   _____
Dated                               HON. EDWARD M. CHEN
                                        UNITED STATES DISTRICT JUDGE