MICHAEL CONNETT, ESQ., CA Bar No. 300314
SIRI GLIMSTAD LLP
700 Flower St, Suite 1000
Los Angeles, CA 90017
213-376-3739 Telephone
646-417-5967 Facsimile

C. ANDREW WATERS, ESQ., CA Bar No. 147259
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES AND EXPENSES** <br><br> DATE: TBD <br> TIME: TBD <br> Courtroom: 5, 17th Floor <br> Judge: Hon. Edward M. Chen |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date to be determined pursuant to the Court's Order re Briefing Schedule on Fees and Cost (Doc. 449), as amended, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Edward M. Chen, Plaintiffs Food and Water Watch et al will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 54(d) for an award of Plaintiffs' reasonable attorneys' fees and expenses incurred in this case.

Plaintiffs seek an award of attorneys' fees based on a lodestar of $5,419,427.65.  Plaintiffs also request that the merits work performed by one of Plaintiffs' counsel, Michael Connett, be adjusted upward by a multiplier of 2.0 pursuant to federal law based on the superior quality of his work leading to a superior result and other factors that are not reflected in or fully compensated by the merits lodestar, making the total award for fees $9,589,310.25. Plaintiffs further seek an award of attorneys' fees for work preparing this Motion, which amount will be updated with Plaintiffs' Reply papers.  Plaintiffs also seek an award of reasonable expenses in the amount of $458,663. The total award sought in this Motion for fees and expenses at this time is $10,047,973.20, to be supplemented by any further work required on reply and/or argument.

This Motion is based on this Notice of Motion; the Memorandum of Points and Authorities filed herewith; the supporting declarations of Michael Connett, Richard Toshiyuki Drury, Richard M. Pearl, Linda Birnbaum, and Linda Dardarian, and the exhibits thereto; the pleadings and orders on file in this matter; and any oral argument or evidence permitted at any hearings on this Motion.

DATED:  June 2, 2025                    Respectfully submitted,

                                        LOZEAU DRURY LLP

                                        By:  /s/ Richard Toshiyuki Drury