1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

                    Plaintiffs,

          v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

                    Defendants.

Case No. 17-CV-02162-EMC

**STIPULATION AND [PROPOSED]
ORDER GRANTING EPA LEAVE TO
SERVE POST-JUDGMENT
DISCOVERY**

The parties jointly submit this stipulation regarding EPA's intent to seek leave to serve certain post-judgment discovery:

WHEREAS, Plaintiffs moved for an award of attorneys' fees and expenses totaling $10,047,973.20, ECF No. 479;

WHEREAS, EPA has been reviewing the motion, consulting with an expert witness it expects to offer in support of an opposition to the motion, and researching the relevant legal issues raised by the motion;

WHEREAS, while EPA wishes to avoid litigation-on-litigation over Plaintiffs' charged fees and expenses, EPA believes certain limited discovery on the reasonableness and amount of those charged fees and expenses is needed for EPA to respond to the motion and for the Court to resolve disputed issues;

WHEREAS, EPA advised Plaintiffs of EPA's intention to seek leave to serve requests to produce documents and answer interrogatories and provided copies of the proposed discovery requests, which are also attached as exhibits to this stipulation;

WHEREAS, counsel for the parties conferred and, without waiver of Plaintiffs' right to object to the specific discovery requests (e.g., relevance, privilege), agree that EPA should be granted leave to serve the proposed discovery requests; and

WHEREAS, the parties will not be serving any additional discovery.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the parties, through their respective counsel of record, as follows:

1.    EPA shall serve the proposed requests for production and interrogatories on Plaintiffs.

2.    Plaintiffs shall respond to the discovery requests by July 30, 2025.

**SO STIPULATED AND AGREED.**

DATED: July 2, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Brandon N. Adkins*
BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562 (Adkins)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Counsel for Defendants*

DATED: July 2, 2025

*/s/ Richard M. Pearl (with permission)*
RICHARD M. PEARL
Law Offices of Richard M. Pearl
1816 Fifth Street
Berkeley, CA 94710
Tel: (510) 649-0810
rpearl@interx.net

*Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this __ day of July, 2025.

_____
EDWARD M. CHEN
United States District Judge