# Exhibit 1

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-CV-02162 EMC <br><br> **[PROPOSED] EPA'S POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION** |

Pursuant to Federal Rule of Civil Procedure 34, Defendants request that Plaintiffs produce to the United States the following documents and electronically stored information ("ESI") within thirty days after service.

**DEFINITIONS AND GENERAL INSTRUCTIONS**

"Counsel" throughout these requests means Michael P. Connett, Charles Andrew Waters, Christopher Thomas Nidel, Kay Gunderson Reeves, Richard Toshiyuki Drury, and Richard Morse Pearl and any law firm with which they were associated during the course of this litigation, including Waters Kraus & Paul LLP, Siri & Glimstad LLP, Nidel & Nace PLLC, Lozeau Drury LLP, and the Law Offices of Richard M. Pearl.

"Documents" throughout these requests includes all items within the scope of Federal Rule of Civil Procedure 34.

"Fee Arrangements" throughout these requests means any verbal or written agreement between any Plaintiff and Counsel, or between and among Counsel, regarding the payment of fees or litigation expenses for the above-captioned case.

The documents requested shall be produced in a searchable PDF form, where possible. Where not possible, the parties will meet and confer regarding the appropriate, proportional, and reasonable format of production.

**REQUESTS FOR PRODUCTION**

1. All Fee Arrangements.

2. Documents sufficient to identify the rates charged by Counsel to clients from 2017 to the present for work performed in connection with cases commenced in the U.S. District Court for the Northern District of California.

3. Documents sufficient to identify Counsel's billing rates for new clients from 2017 to the present.

4. Documents sufficient to identify fundraising efforts by Counsel or any Plaintiff that refer to this case.

5. Documents sufficient to identify anything of value received by each Plaintiff in response to an appeal for donations that referred to this case or that referred to this litigation in the

donation instrument or accompanying documents, or that each Plaintiff designated for fees or expenses associated with this case.

Date:                                   ADAM R.F. GUSTAFSON
                                        Acting Assistant Attorney General

                                        _____
                                        BRANDON N. ADKINS
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        P.O. Box 7611
                                        Washington, DC. 20044-7611
                                        Tel: (202) 598-9562
                                        Fax: (202) 514-8865
                                        Brandon.Adkins@usdoj.gov

                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this __th day of _____, 2025, a true and correct copy of EPA's Post-Judgment Requests for Production of Documents and Electronically Stored Information was served on counsel for Plaintiffs.

                                                Brandon N. Adkins
                                                United States Department of Justice

[PROPOSED] EPA's POST-JUDGMENT REQUESTS FOR PRODUCTION
Case No. 17-cv-02162 EMC