# Exhibit 2

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　　　Defendants. | Case No. 17-CV-02162 EMC<br><br>**[PROPOSED] EPA'S POST-JUDGMENT INTERROGATORIES TO PLAINTIFFS** |

Pursuant to Federal Rule of Civil Procedure 33, Defendants request that Plaintiffs answer the following interrogatories, fully and separately, in writing, under oath, within thirty days after service.

## INTERROGATORIES

1. Identify for each year from 2017 to the present the following information for Michael P. Connett, Charles Andrew Waters, Christopher Thomas Nidel, Kay Gunderson Reeves, Richard Toshiyuki Drury, and Richard Morse Pearl: the rates actually charged to a client that year and the general subject-matter of the representation.

2. Identify for each year from 2017 to the present anything of value received by each Plaintiff in response to an appeal for donations that referred to this litigation, that referred to this litigation in the donation instrument or accompanying documents, or that Plaintiff designated for fees or expenses associated with this case.

Date:    ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

_____
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC. 20044-7611
Tel: (202) 598-9562
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this __th day of _____, 2025, a true and correct copy of EPA's Post-Judgment Interrogatories to Plaintiff was served on counsel for Plaintiffs.

_____
Brandon N. Adkins
United States Department of Justice