ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Hon. Edward M. Chen <br><br> Case No. 17-CV-02162-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE** |

Pursuant to Local Rule 7-12, the parties jointly submit this stipulation to extend the remaining deadlines relating to Plaintiffs' pending motion for attorney fees and costs, ECF No. 479:

WHEREAS, Plaintiffs' fee motion became due on March 18, 2025, (60 days after EPA filed a notice of appeal) pursuant to a stipulated briefing schedule. ECF No. 449.

WHEREAS, upon Plaintiffs' unopposed motion, the Court extended Plaintiffs' deadline to file their motion for attorney fees and costs by 45 days to May 2, 2025, to allow the parties to continue settlement discussions. ECF No. 472.

WHEREAS, the parties were unable to resolve the matter of Plaintiffs' attorney fees and costs.

WHEREAS, upon stipulation, the Court extended all deadlines regarding Plaintiffs' motion for attorney fees and costs by 30 days due to Plaintiffs' expert's unavailability. ECF No. 476.

WHEREAS, on June 2, 2025, Plaintiffs filed their motion for attorney fees and costs. ECF No. 479.

WHEREAS, the Clerk of Court noticed a hearing on Plaintiffs' motion for October 2, 2025, at 1:30 p.m. ECF No. 487.

WHEREAS, upon stipulation, the Court granted EPA leave to serve post-judgment discovery on Plaintiffs, to which responses are due by July 30, 2025. ECF No. 489.

WHEREAS, Defendants' counsel has been working diligently to review the motion, research relevant legal issues, and consult with and retain an expert witness.

WHEREAS, due to planned vacations that elapsed after Plaintiffs filed their motion and the press of business, Defendants' counsel needs additional time to prepare EPA's response and obtain approval by those within the government with the requisite authorities.

WHEREAS, due to a planned vacation and a different matter with an immediate deadline, the expert that EPA retained also needs additional time to prepare a declaration that will be submitted in support of EPA's response.

WHEREAS, counsel for the parties conferred and agree that an extension of all remaining deadlines relating to Plaintiffs' motion for attorney fees and costs by about 30 days is reasonable.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the parties, through their respective counsel of record, as follows:

1. EPA's response to Plaintiffs' motion for attorney fees and costs (ECF No. 479) is due August 29, 2025;

2. Plaintiffs' reply, if any, is due September 29, 2025; and

3. The Clerk of Court will reset the October 2, 2025, hearing on the motion for a date that is convenient for the Court.

**SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| DATED: July 18, 2025 | | ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br><br>/s/ Brandon N. Adkins<br>BRANDON N. ADKINS<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel: (202) 598-9562<br>Fax: (202) 514-8865<br>Brandon.Adkins@usdoj.gov<br><br>*Counsel for Defendants* |
| DATED: July 18, 2025 | | /s/ Richard M. Pearl (with permission)<br>RICHARD M. PEARL<br>Law Offices of Richard M. Pearl<br>1816 Fifth Street<br>Berkeley, CA 94710<br>Tel: (510) 649-0810<br>rpearl@interx.net<br><br>*Counsel for Plaintiffs* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this ___ day of July, 2025.

_____
EDWARD M. CHEN
United States District Judge