

U.S. Department of Justice

Environment and Natural Resources Division

---

*Environmental Defense Section*     *Telephone (202) 514-2219*
*P.O. Box 7611*     *Facsimile (202) 514-8865*
*Washington, DC 20044*

January 9, 2026

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

       Re: *Food & Water Watch v. EPA*, Case No. 17-CV-02162-EMC

Dear Judge Chen:

       On January 5, 2026, the Court entered an Order Awarding Fees & Costs in the above-referenced case. ECF No. 503. We write to advise the Court of what appears to be a clerical error in the Order. The Real Rate Report displays rate data for San Francisco in a variety of tables: by attorney title, litigation versus non-litigation matters, and years of experience. The Court's Order intended to set rates based on "the Real Report Rates for San Francisco attorneys generally engaged in civil litigation." Order 6. But the rates adopted in the Order are based on the years-of-experience tables that reflect all legal services in San Francisco, not just litigation.

       The following table reflects the Real Rate Report rates for San Francisco *litigation*, which are categorized by partner and associate. Third-quartile rates for fees incurred when Michael Connett was an associate are used, consistent with the Court's Order. No rate report is available for 2019; the average of 2018 and 2020 rates is used for 2019, consistent with how the Court calculated Mr. Connett's rate in the Order. The rates for legal assistants and for fees incurred in 2025 are unchanged from the Order.

| **Attorney** | **Year** | **Hours** | **Rate** | **Lodestar** |
|---|---|---:|---:|---:|
| **C. Andrew Waters** | 2018 | 30.8 | $650.00 | $20,020.00 |
| | 2019 | 43.3 | $650.00 | $28,145.00 |
| | 2020 | 104.0 | $650.00 | $67,600.00 |
| | 2021 | 11.4 | $663.00 | $7,558.20 |
| | 2022 | 12.0 | $675.00 | $8,100.00 |
| | 2023 | 27.4 | $750.00 | $20,550.00 |
| | 2024 | 109.2 | $825.00 | $90,090.00 |

| | | | | |
|---|---|---|---|---|
| | 2025 | 7.5 | $1,033.00 | $7,747.50 |
| Waters Subtotal | | 345.6 | | **$249,810.70** |
| | | | | |
| **Christopher Nidel** | 2017 | 5.9 | $531.63 | $3,136.62 |
| | 2018 | 16.3 | $650.00 | $10,595.00 |
| | 2019 | 23.7 | $650.00 | $15,405.00 |
| | 2020 | 72.3 | $650.00 | $46,995.00 |
| | 2021 | 0.7 | $663.00 | $464.10 |
| | 2022 | 1.2 | $675.00 | $810.00 |
| | 2023 | 0.4 | $750.00 | $300.00 |
| | 2024 | 55.0 | $825.00 | $45,375.00 |
| Nidel Subtotal | | 175.5 | | **$123,080.72** |
| | | | | |
| **Kay Reeves** | 2019 | 10.0 | $650.00 | $6,500.00 |
| | 2020 | 434.3 | $650.00 | $282,295.00 |
| | 2021 | 14.8 | $663.00 | $9,812.40 |
| | 2022 | 13.2 | $675.00 | $8,910.00 |
| | 2023 | 27.5 | $750.00 | $20,625.00 |
| | 2024 | 1.6 | $825.00 | $1,320.00 |
| | 2025 | 28.7 | $1,033.00 | $29,647.10 |
| Reeves Subtotal | | 530.1 | | **$359,109.50** |
| | | | | |
| **Michael Connett** | 2016 | 8.6 | $464.31 | $3,993.07 |
| | 2017 | 137.8 | $475.00 | $65,455.00 |
| | 2018 | 809.0 | $550.00 | $444,950.00 |
| | 2019 | 1580.2 | $558.50 | $882,541.70 |
| | 2020 | 668.8 | $567.00 | $379,209.60 |
| | 2021 | 145.7 | $663.00 | $96,599.10 |
| | 2022 | 145.9 | $675.00 | $98,482.50 |
| | 2023 | 710.6 | $750.00 | $532,950.00 |
| | 2024 | 531.6 | $825.00 | $438,570.00 |
| | 2025 | 139.2 | $1,033.00 | $143,752.28 |
| Connett Subtotal | | 4877.4 | | **$3,086,503.25** |
| | | | | |
| **Marina Resciniti** | 2025 | 15.3 | $636.00 | **$9,730.80** |
| | | | | |
| **Legal Assistants** | | | | |
| | 2019 | 31.9 | $220.00 | $7,018.00 |
| | 2020 | 32.7 | $221.00 | $7,226.70 |
| | 2021 | 15.5 | $224.00 | $3,472.00 |
| | 2023 | 20.3 | $245.00 | $4,961.25 |

|  | 2025 | 8.9 | $281.00 | $2,500.90 |
| --- | --- | --- | --- | --- |
| Legal Assistants Subtotal |  | 109.3 |  | **$25,178.85** |
|  |  |  |  |  |
| **Richard Drury** | 2025 | 92.4 | $1,033.00 | **$95,449.20** |
|  |  |  |  |  |
| **Kylah Staley** | 2025 | 6.1 | $473.00 | **$2,885.30** |
|  |  |  |  |  |
| **Richard Pearl** | 2025 | 104.7 | $1,033.00 | **$108,155.10** |
|  |  |  |  |  |
| Corrected Total Lodestar |  |  |  | $4,059,903.41 |

    Applying the same five-percent "haircut" to all counsel's corrected lodestar values and 1.3 multiplier to Mr. Connett's lodestar that the Court adopted, Plaintiffs' fee award should be $4,736,561.67. When combined with the Court's award of $496,745 in litigation expenses, the total award should be **$5,233,306.67**. If the Court disagrees that this was a clerical error, we respectfully reserve the right to file an appropriate motion for relief.

                                                Respectfully,

                                                BRANDON N. ADKINS
                                                Senior Trial Counsel
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division

                                                *Counsel for Defendants*

cc: all counsel of record