# Siri | Glimstad

sirillp.com | NEW YORK | LOS ANGELES | MIAMI | PHOENIX
DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

January 14, 2026

Hon. Edward M. Chen
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Food & Water Watch v. EPA*, Case No. 17-CV-02162-EMC

Dear Judge Chen:

I write regarding the letter that EPA filed with this Court on January 9, 2026. After reviewing this letter, and after conferring with EPA's counsel, Plaintiffs agree that the hourly rates identified in the letter accurately reflect the litigation-specific hourly rates set forth in the Real Rate Reports. Plaintiffs therefore do not object to the Court adopting the numbers set forth in EPA's letter.

Sincerely,

*/s/ Michael Connett*

MICHAEL CONNETT
SIRI & GLIMSTAD LLP
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
802-355-0999
mconnett@sirillp.com

CC:

all counsel of record