UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-cv-02162-EMC  (EMC) <br><br> **ORDER CORRECTING FEE ORDER** <br><br> Docket No. 504, 505 |

On January 5, 2026, the Court issued an order awarding fees and costs to Plaintiffs. Dkt. No. 503. Defendant EPA has submitted a letter requesting correction of a clerical error in the rates used and submitting revised numbers. Dkt. No. 504. Plaintiffs agree that EPA's numbers are accurate and do not oppose the Court adopting EPA's numbers. Dkt. No. 505. Accordingly, the Court adopts the rates and totals provided in EPA's letter.

Plaintiffs are awarded **$4,736,561.67** in fees and **$496,745** in litigation expenses, for a total award of **$5,233,306.67**, subject to the pending appeal. Payment thereof is stayed pending the appeal.

**IT IS SO ORDERED**.

Dated: 1/14/2026

_____
EDWARD M. CHEN
United States District Judge