UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FOOD & WATER WATCH; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States and LEE ZELDIN, in his official capacity as Acting Administrator of the U.S. Environmental Protection Agency,<br><br>    Defendants - Appellants. | No. 25-384<br><br>D.C. No.<br>3:17-cv-02162-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: S.R. THOMAS and GOULD, Circuit Judges, and MORRIS, Chief District Judge.[*]

Plaintiffs-Appellees Food & Water Watch, et al. ("Plaintiffs") filed a Motion for Clarification on the Scope of Remand on Standing (Dkt. No. 88) pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-10. Plaintiffs argue that the panel's order proves unclear in that it directed the district court to "rule based solely on the first trial record," but also noted that the district court had not violated the party presentation principle when it invited amendment on standing. Dkt. No. 88 at 2–3. EPA opposes the motion. *Id*. at 3.

---

[*] The Honorable Brian M. Morris, United States Chief District Judge for the District of Montana, sitting by designation.

The Court directs EPA to respond to the motion for clarification filed by Plaintiffs within 10 days of this order.

Accordingly, IT IS HEREBY ORDERED that EPA is directed to respond within 10 days to Plaintiffs-Appellees Motion for Clarification on the Scope of Remand on Standing (Dkt. No. 88).

25-384