UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOOD & WATER WATCH; et al.,

Plaintiffs - Appellees,

and

AMERICAN ACADEMY OF ENVIRONMENTAL MEDICINE and INTERNATIONAL ACADEMY OF ORAL MEDICINE & TOXICOLOGY,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and E. SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency, in his official capacity,

Defendants - Appellants.

No. 26-1365

D.C. No.
3:17-cv-02162-EMC
Northern District of California,
San Francisco

ORDER

The Clerk is directed to temporarily close this court's docket for administrative purposes until November 24, 2026. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

On or before November 17, 2026, counsel are requested to contact the mediator (Kay_Suk@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator