UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOOD & WATER WATCH; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States and LEE ZELDIN, in his official capacity as Acting Administrator of the U.S. Environmental Protection Agency,

Defendants - Appellants.

No. 25-384

D.C. No.
3:17-cv-02162-EMC
Northern District of California,
San Francisco

ORDER

Before: S.R. THOMAS and GOULD, Circuit Judges, and MORRIS, Chief District Judge.*

Appellant is ordered to file a response to Appellees' Petition for Panel Rehearing and Petition for Rehearing En Banc, Dkt. 100, filed with this Court on November 9, 2026. The response must be filed no later than twenty-one (21) days from the date of this order.

---

* The Honorable Brian M. Morris, United States Chief District Judge for the District of Montana, sitting by designation.